| | |
|---|---|
| 1 | KALPANA SRINIVASAN (237460) |
|   | ksrinivasan@susmangodfrey.com |
| 2 | OLEG ELKHUNOVICH (269238) |
|   | oeklhunovich@susmangodfrey.com |
| 3 | MICHAEL GERVAIS (330731) |
|   | mgervais@susmangodfrey.com |
| 4 | LEAR JIANG (338600) |
|   | ljiang@susmangodfrey.com |
| 5 | SUSMAN GODFREY L.L.P. |
|   | 1900 Avenue of the Stars, Suite 1400 |
| 6 | Los Angeles, California  90067-6029 |
|   | Telephone:  (310) 789-3100 |
| 7 | Facsimile:  (310) 789-3150 |
| 8 | CHANLER LANGHAM (*Pro Hac Vice to be submitted*) |
|   | clangham@susmangodfrey.com |
| 9 | SUSMAN GODFREY L.L.P. |
|   | 1000 Louisiana, Suite 5100 |
| 10 | Houston, Texas  77002-5096 |
|    | Telephone:  (713) 651-9366 |
| 11 | Facsimile:  (713) 654-6666 |
| 12 | Counsel for Plaintiff Meta Platforms, Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation, | Case No. 3:23-CV-00154 |
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| VOYAGER LABS LTD., a United Kingdom corporation, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Meta Platforms, Inc., through their undersigned counsel, states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: January 12, 2023

KALPANA SRINIVASAN
CHANLER LANGHAM
OLEG ELKHUNOVICH
MICHAEL GERVAIS
LEAR JIANG
SUSMAN GODFREY L.L.P.

By: */s/ Kalpana Srinivasan*
       Kalpana Srinivasan

Attorneys for Plaintiff Meta Platforms, Inc.