IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC., <br> Plaintiff, <br> v. <br> VOYAGER LABS LTD., <br> Defendant. | Case No. 23-cv-00154-MMC <br><br> **ORDER OF RECUSAL** |

I, the undersigned Judge of the Court, finding myself disqualified in the above-titled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: March 22, 2023

MAXINE M. CHESNEY
United States District Judge