UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Meta Platforms Inc., et al.,

Plaintiff(s),

v.

Voyager Labs Limited,

Defendant(s).

Case No. 4:23-cv-00154-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Andrew D. Gish, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Voyager Labs Limited in the above-entitled action. My local co-counsel in this case is Abraham A. Tabaie, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 260727.

41 Madison Ave, Fl 31, NY, NY 10010
MY ADDRESS OF RECORD

(212) 518-2000
MY TELEPHONE # OF RECORD

andrew@gishpllc.com
MY EMAIL ADDRESS OF RECORD

525 University Ave, Palo Alto, CA 94301
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(650) 470-4500
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

abraham.tabaie@skadden.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4918454.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 27, 2023

Andrew D. Gish
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Andrew D. Gish is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/28/2023

Haywood S. Gilliam Jr.
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

ANDREW GISH, Bar # AG2013

was duly admitted to practice in the Court on

March 26, 2013

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  December 16, 2022
New York, New York

Ruby J. Krajick              By         s/ S. Gonzalez
Clerk of Court                          Deputy Clerk