1  KALPANA SRINIVASAN (237460)
   ksrinivasan@susmangodfrey.com
2  OLEG ELKHUNOVICH (269238)
   oeklhunovich@susmangodfrey.com
3  MICHAEL GERVAIS (330731)
   mgervais@susmangodfrey.com
4  LEAR JIANG (338600)
   ljiang@susmangodfrey.com
5  SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, Suite 1400
6  Los Angeles, California  90067-6029
   Telephone:  (310) 789-3100
7  Facsimile:  (310) 789-3150

8  CHANLER LANGHAM (*Pro Hac Vice*)
   clangham@susmangodfrey.com
9  SUSMAN GODFREY L.L.P.
   1000 Louisiana, Suite 5100
10 Houston, Texas  77002-5096
   Telephone:  (713) 651-9366
11 Facsimile:  (713) 654-6666

12 Attorneys for Plaintiff Meta Platforms, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>VOYAGER LABS LTD., a United Kingdom corporation,<br><br>Defendant. | Case No. 23-cv-00154-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE THE OPPOSITION AND REPLY TO DEFENDANT'S MOTION TO DISMISS**<br><br>Complaint Filed: Jan 12, 2023 |

Plaintiff Meta Platforms, Inc. ("Plaintiff") and Defendant Voyager Labs Ltd., ("Defendant"), collectively, "the Parties," by and through their undersigned counsel, respectfully submit this Stipulated Request for an Order.

WHEREAS, Plaintiff filed the operative Complaint in this action on January 12, 2023;

WHEREAS, Defendant filed its Motion to Dismiss the Complaint on April 13, 2023 (Dkt. 36);

WHEREAS, the hearing on the Motion to Dismiss is currently scheduled for June 1, 2023;

WHEREAS, the current deadline for Plaintiff to file its opposition to the Motion to Dismiss is April 27, 2023, and the current deadline for Defendant to file its reply in support of the Motion to Dismiss is May 4, 2023;

WHEREAS, the parties have met and conferred and have agreed that it would be in the interest of the parties to extend the current deadlines related to the Motion to Dismiss;

WHEREAS, this would be the first such request for an order extending any deadline in this case, and would not affect any hearing date currently set on the Court's calendar;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective counsel to the following briefing schedule to Defendant's Motion to Dismiss and further request that the court make this stipulation an Order of the Court:

1. Plaintiff will have until May 5, 2023 to either file an opposition to the Motion to Dismiss or to file an Amended Complaint;
2. Defendant will have until May 18, 2023 to file its reply in support of the Motion to Dismiss.

IT IS SO STIPULATED.

Dated: April 18, 2023                KALPANA SRINIVASAN
                                      CHANLER LANGHAM
                                      OLEG ELKHUNOVICH
                                      MICHAEL GERVAIS
                                      LEAR JIANG
                                      SUSMAN GODFREY L.L.P.

|   |   |
|---|---|
|   | By:    */s/ Lear Jiang* |
|   |         Lear Jiang |
|   | Attorneys for Plaintiff |
|   | META PLATFORMS, INC. |

Dated: April 18, 2023

By: */s/ Edward L. Tulin*
Edward L. Tulin
Andrew Gish
Raymond Johnson Bilderbeck
Gish PLLC
41 Madison Avenue, 31st Floor
New York, NY 10010
Telephone: (212) 518-2332
edward@gishpllc.com
andrew@gishpllc.com
ray@gishpllc.com

Abraham A. Tabaie
Emily Anne Reitmeier
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Palo Alto, California  94301
Telephone: (650) 470-4500
abraham.tabaie@skadden.com
emily.reitmeier@skadden.com

Attorneys for Defendant
VOYAGER LABS LTD.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

**ATTESTATION**

I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated: April 18, 2023

SUSMAN GODFREY L.L.P.

By: */s/ Lear Jiang*
    Lear Jiang

Attorneys for Plaintiff
META PLATFORMS, INC.
