KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
OLEG ELKHUNOVICH (269238)
oelkhunovich@susmangodfrey.com
MICHAEL GERVAIS (330731)
mgervais@susmangodfrey.com
LEAR JIANG (338600)
ljiang@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

CHANLER LANGHAM (*Pro Hac Vice*)
clangham@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation;<br><br>          Plaintiff,<br><br>     v.<br><br>VOYAGER LABS LTD., a United Kingdom corporation,<br><br>          Defendant. | Case No. 23-cv-00154-HSG<br><br>**DECLARATION OF LEAR JIANG IN SUPPORT JOINT STIPULATION [AND PROPOSED ORDER] FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY TO DEFENDANT'S MOTION TO DISMISS OR AMENDED COMPLAINT** |

I, Lear Jiang, hereby declare and state as follows:

1.     I am an associate at the law firm of Susman Godfrey L.L.P., counsel of record for Plaintiff Meta Platforms, Inc. ("Plaintiff"). I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently thereto.

2.     I make this declaration in support of the parties Joint Stipulation and [Proposed] Order for Extension of Time to File the Opposition and Reply to Defendant's Motion to Dismiss.

3.     Plaintiff filed the operative Complaint in this action on January 12, 2023.

4.     Defendant filed its Motion to Dismiss the Complaint on April 13, 2023.

5.     The hearing on the Motion to Dismiss is currently scheduled for June 1, 2023.

6.     The current deadline for Plaintiff to file its opposition to the Motion to Dismiss is April 27, 2023, and the deadline for Defendant to file its reply in support of the Motion to Dismiss is May 4, 2023.

7.     The parties have conferred and have agreed that it would be in the interest of the parties to extend the current deadlines related to the Motion to Dismiss in order to fully prepare the opposition and reply related to the Motion to Dismiss.  The parties have agreed that it would be in the best interest of the parties and the Court to extend Plaintiff's deadline to file its opposition to the Motion to Dismiss or otherwise file an Amended Complaint to May 5, 2023, and to extend Defendant's deadline to file its reply in support of the Motion to Dismiss to May 18, 2023.

8.     The requested extensions are not sought for the purposes of delay, but rather for the good cause described.

9.     This would be the first such request for an order extending any deadline in this case, and would not affect any hearing date currently set on the Court's calendar.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 18th day of April 2023, at Los Angeles, California.

*/s/ Lear Jiang*
Lear Jiang

DECLARATION OF L. JIANG
Case No. 23-cv-00154-HSG