KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
OLEG ELKHUNOVICH (269238)
oeklhunovich@susmangodfrey.com
MICHAEL GERVAIS (330731)
mgervais@susmangodfrey.com
LEAR JIANG (338600)
ljiang@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
Telephone: (310) 789-3100
Facsimile:  310) 789-3150

CHANLER LANGHAM (*Pro Hac Vice*)
clangham@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas  77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff Meta Platforms, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation,<br><br>             Plaintiff,<br>      v.<br><br>VOYAGER LABS LTD., a United Kingdom corporation,<br><br>             Defendant. | Case No. 4:23-cv-00154-HSG<br><br><br>**FIRST AMENDED COMPLAINT**<br><br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Meta Platforms, Inc. ("Plaintiff" or "Meta") alleges the following:

**INTRODUCTION**

1.      Beginning no later than July 2022, Defendant Voyager Labs Ltd. developed, distributed, and used surveillance software that relied on fake accounts and unauthorized automated means to collect—or "scrape"—data from Facebook and Instagram, and other websites such as Twitter, YouTube, LinkedIn, and Telegram (the "Surveillance Software").  By January 2023, Defendant had created and used over 38,000 fake Facebook user accounts and its Surveillance Software to scrape more than 600,000 Facebook users' viewable profile information, including posts, likes, friends lists, photos, and comments, and information from Facebook Groups and Pages.  Defendant designed the Surveillance Software to conceal its presence and activity from Meta and others, and sold and licensed for profit the data it scraped.

2.      Beginning no later than January 12, 2023, after Plaintiff revoked Defendant's access to Facebook and Instagram and filed a legal action, Defendant created and caused to be created over 11,000 new fake accounts on Facebook and scraped additional Facebook users' profiles. On February 23, 2023, Plaintiff sent Defendant another cease-and-desist letter, notifying Defendant of its ongoing violations and reiterating that Meta had revoked Defendant's access to Facebook and Instagram. Subsequently, Defendant created and caused to be created more than 6,000 new fake accounts, and scraped additional Facebook users' profiles.

3.      Defendant's conduct was not authorized by Meta and violates Facebook's and Instagram's terms, as well as the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 (the "CFAA") and the California Comprehensive Computer Data Access and Fraud Act, California Penal Code, § 502 (the "CDAFA").  Accordingly, Meta seeks damages and injunctive relief to stop Defendant's use of Meta's platforms and services.

**PARTIES**

4.      Plaintiff Meta is a Delaware corporation with its principal place of business in Menlo Park, California.  Meta operates, among other services, Facebook and Instagram.

5.      Defendant Voyager Labs Ltd. ("Voyager Labs" or "Defendant") is a privately owned limited liability company registered in the United Kingdom, with its registered address in

1

London, United Kingdom.  Ex. 1 at 3.  Voyager Labs has offices in the United States, Israel, Singapore, the Emirates, and the United Kingdom.  In its Annual Report and Consolidated Financial Statement for the Year Ended 31 December 2021 (the "2021 Annual Report"), Voyager Labs describes itself as "head[ing] an international group of companies" consisting of Voyager Labs and its wholly owned subsidiaries, Voyager Analytics, Inc. and Bionic 8 Analytics Ltd., and its indirect subsidiary Novarize, Inc.  Ex. 1 at 4, 31.

6.      Voyager Analytics, Inc. is a Delaware corporation.  Its principal activity consists of sales and marketing.  Bionic 8 Analytics Ltd. is an Israeli corporation.  Its principal activities are research, development, sales, and marketing. Bionic 8 Analytics Ltd. is the data controller of www.voyager-labs.com.  Novarize, Inc. is a Delaware corporation.  Its principal activity consists of sales and marketing.

7.      Defendant Voyager Labs Ltd. exercises complete control over its subsidiaries— including governing the subsidiaries' financial and operating policies—and files annual reports that consolidate Voyager Labs Ltd.'s and its subsidiaries' financial statements.  *See* Ex. 1 at 4, 21, 31–32.  Accordingly, the business of Voyager Labs and its subsidiaries is so intertwined that it is impossible to distinguish the actions of one company from the other.  Indeed, at least Voyager Labs Ltd. and Voyager Analytics, Inc. both operate under the name "Voyager Labs."  Voyager Labs Ltd. can therefore be held responsible for the activities of its subsidiaries as if Voyager Labs Ltd. itself was the actor.

8.      Defendant developed, tested, distributed, operated, maintained, and used its Surveillance Software, which is comprised of four core offerings: (i) VoyagerInsights; (ii) VoyagerAnalytics; (iii) VoyagerVision; and (iv) VoyagerCheck.  Defendant marketed the Surveillance Software to clients that wanted to conduct surveillance on social media websites without being detected.  Defendant states on its website that the Surveillance Software was "designed to analyze massive amounts of . . . data" and "to uncover social whereabouts and hidden connections between entities . . . ."  Ex. 2.  Additionally, Defendant's marketing materials claim that "Voyager's unique collection methods enable traceless collection from social media networks" and assure potential customers that the "collection process cannot be associated with

clients' servers by any 3rd party or by the social network itself." Ex. 3 at 28.

9.     Defendant promoted the use of the Surveillance Software to "enable[] collection [of data] from the following networks: Facebook, Twitter, Instagram, Vkontakte, Google+, Pinterest, Medium, Vimeo, YouTube, Tumblr, LinkedIn and Telegram," and that "[a]dditional networks can be added." Ex. 3 at 107.

## JURISDICTION AND VENUE

10.     The Court has federal question jurisdiction over the federal cause of action alleged in this Complaint pursuant to 28 U.S.C. § 1331.

11.     The Court has jurisdiction under 28 U.S.C. § 1332 over the state law causes of action alleged in this Complaint because complete diversity exists and the amount in controversy exceeds $75,000.

12.     The Court has supplemental jurisdiction over the state law causes of action alleged in the Complaint pursuant to 28 U.S.C. § 1367 because these claims arise out of the same nucleus of operative facts as Plaintiff's federal claim.

13.     The Court has personal jurisdiction over Defendant because Defendant had multiple Facebook and Instagram accounts and thereby agreed to Facebook's Terms of Service, Meta's Commercial Terms, and Instagram's Terms of Use, each of which contain a forum selection clause that requires Defendant to submit to the personal jurisdiction of the U.S. District Court for the Northern District of California or a state court located in San Mateo County.

14.     The Court also has personal jurisdiction because Defendant knowingly directed and targeted its conduct at Meta—which has its principal place of business in California—and at least 30,000 Facebook users located in California. Defendant transacted business and engaged in commerce in California by, among other things, marketing, offering, and distributing the Surveillance Software to one or more customers located in California, including at least the City of Los Angeles Police Department. Plaintiff's claims arise directly from and relate to these California contacts.

15.     By agreeing to each forum selection clause, Defendant further agreed that venue in this Court is proper.

**FACTUAL ALLEGATIONS**

**A.      Background on Meta Products**

16.     Meta operates Facebook, a social networking website and mobile application that enables its users to create their own personal profiles and connect with each other on their personal computers and mobile devices.  As of September 30, 2022, Facebook daily active users averaged 1.98 billion and monthly active users averaged 2.96 billion.

17.     Meta also operates Instagram, a photo and video sharing service, website, and mobile application.  Instagram users can post photos and videos to their profile.  They can also view, comment on, and like posts shared by others on Instagram.  The Instagram service is a Meta product.

18.     To create a Facebook account, Meta requires each user to register with their name, email or mobile phone number, password, date of birth, and gender.  To create an Instagram account, Meta requires each user to register with their email address and to create a username and password.

19.     Registered Facebook users can create user profiles and include information about themselves, including their email address, phone numbers, date of birth, education, work, current city, hometown, and other personal information about themselves and their interests.  Registered Facebook users can also make connections on Facebook by becoming "friends" with other Facebook users.  Users who are "friends" with other Facebook users may see each other's activity in Feed, Stories, and Photos.

20.     Registered Instagram users can create user profiles and include information about themselves.  Registered Instagram users can also "follow" other Instagram users and can view, comment on, and like posts shared by others on Instagram.  Users who "follow" other Instagram users will be shown posts from those users.

21.     Meta provides Facebook and Instagram users control over how to customize their profiles and how much personal information to include in their profiles.  In addition, Facebook and Instagram privacy settings provide users with control over how much information is viewable to others or to the users' friends and followers.  Users can change their privacy settings at any

time.

22.    A Facebook Page is a public page on Facebook designed for businesses, organizations, and public figures.  Only registered Facebook users can create, manage, and leave a comment on a Facebook Page.

23.    Meta Business Manager is a tool that helps Facebook users organize and manage multiple Facebook ad accounts and Pages, and run and track advertisements.  An ad account is required to run ads, and a Business Manager account is required to use the Meta Business Manager tool.  Only a Facebook user can create a Business Manager account.

24.    Meta also operates a Developer Platform, which enables developers of software applications to create and run applications that interact with Meta's services, such as Facebook and Instagram, and users of those services.

**B.**    **Facebook's and Instagram's Terms**

25.    Everyone who creates a Facebook account or otherwise uses Facebook must agree to Facebook's Terms of Service and other rules that govern access to and use of Facebook, including Facebook's Community Standards and, as applicable, Meta's Commercial Terms (collectively "Facebook's Terms").  A Facebook user account cannot be created without the user agreeing to Facebook's Terms.  Likewise, by continuing to access and use a Facebook account, the user is agreeing to Facebook's Terms.

26.    Everyone who "create[s] an Instagram account or use[s] Instagram" must agree to Instagram's Terms of Use and other rules that govern access to and use of Instagram, including Instagram's Community Guidelines (collectively, "Instagram's Terms").  Because Instagram is a Meta service, Instagram's Terms constitute an agreement between the Instagram user and Meta.  An Instagram user account cannot be created without the user agreeing to Instagram's Terms.  Likewise, by continuing to use an Instagram account, the user is agreeing to Instagram's Terms.

27.    Section 3.2.1 of Facebook's Terms of Service prohibits "do[ing] . . . anything . . . unlawful, misleading, . . . or fraudulent," or facilitating or supporting others in doing so.  Instagram's Terms also prohibit "do[ing] anything unlawful, misleading, or fraudulent," or facilitating or supporting others in doing so.

28.     Section 3.2.3 of Facebook's Terms of Service prohibits "access[ing] or collect[ing] data from [Meta] Products using automated means (without our prior permission) or attempt[ing] to access data you do not have permission to access."  Instagram's Terms of Use also prohibit "access[ing] or collect[ing] in unauthorized ways . . . [including] collecting information in an automated way without our express permission."

29.     Section 3.1 of Facebook's Terms of Service require users to, among other things, "[p]rovide for your account the same name that you use in everyday life," "provide accurate information about yourself," and "[o]nly create one account (your own) and use it for personal purposes."  Facebook's Community Standards prohibit the use of fake accounts.

30.     Section 3.1 of Facebook's Terms of Service further prohibit anyone from using Facebook if Meta has "previously disabled your account for violations of our Terms or the Community Standards, or other terms and policies that apply to your use of Facebook."  If Meta disables an account, users "agree not to create another account without our permission."  Instagram's Terms similarly prohibit using Instagram if Meta "previously disabled your account for violation of law or any of [Instagram's] policies."

31.     Section 3.2.5 of Facebook's Terms of Service prohibits "sell[ing], licens[ing], or purchas[ing] any data obtained from us or our services, except as provided in the Platform Terms."  Instagram's Terms also prohibit "sell[ing], licens[ing], or purchas[ing] any account or data obtained from us or our Service."

**C.     Defendant Agreed to Facebook's and Instagram's Terms**

32.     At all relevant times, Defendant was bound by Facebook's Terms, Instagram's Terms.

33.     Between May 1, 2015, and at least May 5, 2023, Defendant, through its employees and agents, created, controlled and used one or more Facebook user accounts, Instagram accounts, Facebook Pages, Business Manager accounts, and applications on the Developer Platform:

a.     Defendant, through its employees and agents, created a Facebook account on February 1, 2016, with the name "Voyager Analytics."

b.  Defendant, through its employees and agents, created an Instagram account on February 24, 2016, with the name "voyageranalytics."

c.  Defendant, through its employees and agents, created an Instagram account on February 16, 2016, with the name "voyageranalytics8166."

d.  Between February 16, 2016, and January 12, 2023, Defendant, through its employees and agents, created and administered at least one Facebook Page with the name "Voyager Labs" to promote its business.

e.  Between October 9, 2017, and January 12, 2023, Defendant, through its employees and agents, created and controlled at least one Facebook Business Manager account with the name "Voyager Labs."

f.  Between July 31, 2016, and January 12, 2023, Defendant, through its employees and agents, created and controlled at least two applications on the Developer Platform.

g.  Beginning no later than July 1, 2022, Defendant, through its employees and agents, created, controlled, and used over 38,000 Facebook user accounts to scrape data from Facebook.

34.  On October 16, 2017, Meta sent a cease-and-desist letter to Defendant.  Ex. 4.  The letter contained links to Facebook's and Instagram's Terms and reiterated:

> [Facebook and Instagram] have developed their terms in order to protect their users and facilitate these goals.  These terms prohibit, among other things, automated access to either platform without express permission . . . and using data obtained from the platforms for surveillance.

*Id*. at 2.

35.  After acknowledging receipt of Meta's October 16, 2017 cease-and-desist letter, Defendant continued to violate Facebook's and Instagram's Terms by continuing to collect and facilitate the collection of data from Facebook and Instagram in an automated manner, and creating and using various fake accounts.

**D.  <u>Background on Scraping</u>**

36.  Scraping is a form of data collection that relies on unauthorized automation for the purpose of extracting data from a website or app.

37.     To combat scraping and other abuses, Meta proactively uses a combination of technological measures designed to control access and use of Facebook and Instagram and to detect and disrupt scraping at different stages.

a.     <u>Registration</u>. Meta requires users to create and log in to an account to access certain information and features on Facebook and Instagram. Meta monitors for the automated creation of accounts and blocks the registration of an account when the process of creating the account appears suspicious or automated, or when the same IP address is known to have previously engaged in scraping. Meta uses a lockout mechanism to limit access to information on Facebook and Instagram without first creating and logging into an account.

b.     <u>Confirmation</u>. After registering, Meta requires Facebook and Instagram users to respond to an email or text message Meta sends to the contact information provided during registration. Meta also limits the number of user accounts that can share the same phone number or email address.

c.     <u>Post-Registration Monitoring for Suspicious Activity</u>. Facebook and Instagram apply machine-learning models, using user-agent strings and other information, to detect accounts engaged in suspicious activity, such as inauthentic behavior, compromised accounts, and automated accounts after registration. If an account is flagged for suspicious activity on Facebook and Instagram, Meta may ask the user to enter a phone number, confirm a code sent to the registration email, or ask the user to respond to various technical tests or "checks," including reCAPTCHA, to confirm that he or she is a human. Similarly, Instagram also uses machine learning and other tools to help identify accounts engaged in inauthentic activity (*i.e.*, likes, follows, and comments). These accounts may be temporarily or permanently blocked from accessing Facebook and Instagram. For example, between July 2022 and March 2023, Meta identified and took enforcement actions against 2.8 billion fake accounts.

d.     <u>Post-Registration Monitoring for Scraping</u>. Meta also uses machine-learning models and other tools to detect and block users engaged in scraping based on use patterns that are inconsistent with a human user. Meta also identifies and blocks IP addresses known to be used to scrape data.

e.     <u>Rate and Data Limits</u>.  Meta employs rate and data limits to control access to certain data and prevent scraping.  Rate limits cap the number of times anyone can interact with Meta computers in a given amount of time.  Data limits restrict how many times certain types of data can be requested by a user.  Once a user reaches a rate or data limit Meta will block a user's ability to access certain content.  Meta has blocked billions of suspected scraping actions per day across Facebook and Instagram using these measures.

**E.     Background on Defendant and The Surveillance Software**

38.     Beginning no later than July 2022, Defendant developed, tested, distributed, operated, maintained, and used the Surveillance Software to scrape data from various social media platforms, including Facebook and Instagram, and to analyze the scraped data to provide insights about a particular person's social behaviors and interests.  As described below, Defendant claimed an ability to scrape "massive amounts" of data while concealing its presence and scraping activity, and licensed the Surveillance Software to its customers.

39.     Defendant designed the Surveillance Software to "enable traceless collection" and analysis of "massive amounts" of data from "social media networks" such as Facebook, Instagram, Twitter, YouTube, and other websites.  Exs. 2, 3.  Indeed, Defendant promoted the Surveillance Software as "Near-Real Time Data Gathering – Gather data that would otherwise take an army of analysts months to acquire, or, more likely, would simply be impossible to obtain."  Ex. 3 at 107; *see also id.* at 82 ("The collection process may take a few minutes to a few hours, depending on the amount of data available.").  Defendant further promoted the Surveillance Software's data collection as "[u]ntraceable" and operating in "[a] completely anonymous environment."  *Id.* at 107.  According to Defendant, "[c]ollection is conducted anonymously, using multiple proxies from different locations and multiple vendors, so that the collection process cannot be associated with clients' servers by any 3rd party or by the social network itself."  *Id.* at 28.

40.     According to Defendant, as shown in Figure 1 below, Defendant's Surveillance Software operated "in three steps: [data] collection, analysis and actionable insights visualized."  *Id.* at 40.

**Figure 1: Excerpt from Voyager's October 2020 Marketing Materials (Ex. 3 at 40), also available at https://lacity.nextrequest.com/documents/8519950  (last visited Oct. 24, 2022).**



41.    <u>Collection</u>: According to Defendant, it designed its Surveillance Software to automatically scrape the "most recent data about an entity of interest"—*e.g.*, a user—from Facebook, Twitter, Instagram, VK, Telegram, TikTok, Linkedln, Tumblr, YouTube, Pinterest, Medium, and Vimeo. *Id.* Defendant also offered to scrape data from websites at its customers' request. *Id.*

42.    <u>Analysis</u>: Defendant designed its Surveillance Software to analyze the scraped data to enable its customers to profile the scraping target, including to "uncover[] . . . behavior patterns," "infer human behavior," and "build a comprehensive presence" of the scraping target based on their "relationships, opinions, trends, activities and other signals," and identify the scraping target's "direct connections on a given social media platform" and "indirect connections" (*e.g.*, "friends in common"). *Id.* at 34–35, 41, 91–92, 110, 122.

43.    <u>Visualization</u>: According to Defendant's documents, following an analysis of the scraped data, Defendant's Surveillance Software generated a graphical representation of the scraped data consisting of different "nodes." *Id.* at 46. Each "node" in the visualization represented an individual "connected" to the scraping target. *Id.* These connections may be direct connections (*e.g.*, friends on Facebook or followers on Instagram) or indirect connections (*e.g.*, people who have connections in common with the target but are not themselves connected to the target). "For individuals whose Facebook friends lists are closed, a network of inferred

friends based on publicly available information is displayed." *Id.* at 91.  Clicking on a node displayed the scraped data, including "the individual's profile picture, biographical information disclosed by that person (*e.g.* hometown, workplace, and/or educational details), and any identification for that profile entered by a system user." *Id.* at 98.  Defendant's Surveillance Software displayed up to 5,000 such nodes for each entity of interest.  *Id.* at 99.

44.    Defendant's Surveillance Software included an "updates" feature that enabled Voyager's customers to "schedule periodic re-collections of an individual's profile to detect various changes, such as publishing new posts and adding new connections." *Id.* at 38.  "The automatic collection can be set to weekly or monthly," *id.*, and "new data will be added to the existing profile, but any deleted posts or friends will remain intact.  Posted media (*i.e.* photos) are downloaded and stored within [the Surveillance Software], even if the profile is deleted or removed." *Id.* at 82–83.  Additionally, Defendant's Surveillance Software stored and retained "collected data . . . throughout the lifetime of the user license," meaning the customer can continue accessing that data so long as the client continues paying Defendant.  *Id.* at 82.  The Surveillance Software also allowed Voyager's customers to export collected data, including "profile pictures and images within a profile's posts." *Id.* at 39.  According to Defendant, "[s]aving images locally will keep them available in the system in case the profile is suspended from the network." *Id.*

45.    Defendant licensed the Surveillance Software to customers on a perpetual or term basis for a fee and by charging fees for maintenance, customer support, and other related services.  According to Defendant's 2021 Annual Report, Defendant generated nearly $22 million in revenue through their Surveillance Software license fees and related maintenance and services fees.  Ex. 1 at 4.

46.    As shown in Figure 2 below, as of June 2020, Defendant charged $705,000 for an annual license to use the Surveillance Software.  Ex. 3 at 16.  Defendant separately charged $54,750 for "Profile Finder"—a feature Defendant offered within its Surveillance Software (as described below), which enabled Voyager customers to identify individual scraping targets.  Defendant offered customers a discount for agreeing to multi-year contracts.

**Figure 2: Excerpt from Voyager's June 2020 Pricing Proposal (Ex. 3 at 16), also available at https://lacity.nextrequest.com/documents/8519950 (last visited Oct. 24, 2022).**

Pricing Table:

| | | Full Retail Pricelist | | 1 Year Contract | 3 Year Contract |
| --- | --- | --- | --- | --- | --- |
| Item | Description | | Cost | 35% Discount | 50% Discount |
| VA | VoyagerAnalytics software annual license, enabling collection and analysis of publicly available data from social media, open and dark web. License includes 13,250 annual queries (up to 50 queries per day) and Genesis license (parsing social media warrants) with capacity of 150 files per month (5G files) | | 705,000 | $ | $ 394,800 |
| PF | Profile Finder enables target/lead acquisition by identifying relevant social media URLs. License includes 18,250 annual queries (and up to 50 queries per day) | | 54,750 | $ | $ 30,660 |
| Users | 25 User licenses (unique password/concurrent usage) | | 50,000 | $ | $ 28,000 |
| Active Persona | | | $ 17,400 | $ - | $ - |
| Group TNT | | | $ 11,600 | $ - | $ - |
| Updates/Alerts | | | $ 29,000 | $ - | $ - |
| Media Storage | | | $ 11,600 | $ - | $ - |
| | Total | | 879,350 | $ | $ 453,460 |

47.     Defendant offered a license to both a cloud-based and locally implemented version of the Surveillance Software.  *Id.*  To use the Surveillance Software, Defendant's customers first had to authenticate themselves with Voyager through a customer portal hosted on a subdomain of voyager-analytics.com dedicated to the customer.  For example, on information and belief, va-waltsso.voyager-analytics.com, va-dany.voyager-analytics.com, and va-cheetah-new.voyager-analytics.com are subdomains used by different Voyager customers to access Voyager's scraping infrastructure and use the Surveillance Software.

**F.     Defendant's Scraping Activity**

**1.     Overview**

48.     Beginning no later than July 2022, Defendant used fake accounts and automated means without Meta's prior permission to scrape and facilitate scraping of information on Facebook.  Defendant took a number of steps in order to scrape data from Facebook.  *First*, since at least June 2020, Defendant began creating fake Facebook user accounts.  *Second*, Defendant set up various computer infrastructure, including IP addresses and servers in the United States, that were used and controlled by Defendant and its customers to initiate data scraping requests and obtain data from Facebook.  *Third*, Defendant used, distributed, tested, and maintained its Surveillance Software and used the fake accounts to scrape data.

**2.      Defendant Controlled and Maintained Thousands of Fake Facebook User Accounts**

49.      Between June 2020 and at least September 2022, Defendant, through its agents and employees, created and controlled at least 38,000 fake Facebook user accounts.  Defendant used the fake accounts to scrape data from Meta beginning no later than July 2022.  Defendant's fake accounts generally had no friends, no followers, did not include profile information such as hometown or city, and engaged in unauthorized automated activity on Defendant's behalf.  Further, in general, these accounts were registered using either phone numbers with an Israel country code (972) or similar email addresses that shared a pattern of containing letters from the first name, followed by letters from the last name, and then a string of random letters or numbers.

50.      Defendant maintained the fake accounts and took steps to troubleshoot the fake accounts' ability to access Facebook.  For example, on August 23, 2022, Plaintiff required eleven fake accounts to complete a technical test or "check" to confirm the accounts were authentic by requiring those users to log in to Facebook.  The next day, on August 24, 2022, Defendant, through one of its agents or employees, logged in each of the eleven accounts using the same computer and browser.

**3.      Defendant Set Up Computer Infrastructure Used to Scrape Data from Meta's Computers**

51.       In addition to the network of IP addresses that Defendant used to create and maintain its fake Facebook user accounts, Defendant registered and maintained several domains to promote their scraping services and control access to its Surveillance Software, including voyager-analytics.com, which was registered on or about December 10, 2012, voyagerlabs.co, which was registered on or about May 10, 2016, and voyager-labs.com, which was registered on or about October 10, 2016.  These domains were registered using an anonymization service.

52.      Defendant created and controlled at least forty subdomains of voyager-analytics.com that were used to initiate requests to Defendant to scrape data from Facebook and Instagram using the Surveillance Software.  For example, as shown below in Figure 3, Defendant's subdomains hosted a customer login portal that allowed Defendant to control its customers' access to Defendant's scraping infrastructure and the Surveillance Software.

**Figure 3:  Customer Login Screen for Voyager Analytics on October 27, 2022**



53.     Defendant hosted these subdomains on servers in the United States and elsewhere. For example, as recently as January 7, 2022, Defendant hosted a customer login portal at subdomain va-cheetah-new.voyager-analytics.com on an Amazon server at IP address 54.165.102.229 located in Ashburn, Virginia.  Once a Voyager Labs customer successfully logged into the subdomain, the customer could initiate a request to Defendant to scrape data from Facebook or Instagram.  Defendant would execute that scraping request with its network of thousands of fake accounts.

**4.    Defendant's Unauthorized Automation and Data Scraping**

54.     Beginning no later than July 2022, Defendant used automated means without Meta's prior permission to scrape and facilitate the scraping of data from Facebook and Instagram.  On information and belief, Defendant began developing and testing its Surveillance Software as early as 2019.  According to Defendant's financial statements, in 2019, Defendant's research and development group had 77 employees on a monthly average, and expended $13,155,000 in research and development.  And according to Voyager's marketing materials, in or around March 2020, Defendant had collected data from at least one Facebook user.  Ex. 3 at 46, 50, 68–69.

55.     Between July 2022 and at least September 2022, Defendant used, and caused to be used, the fake Facebook user accounts it controlled and the Surveillance Software to scrape

14

information from Facebook associated with more than 600,000 Facebook users, including more than 15,000 users in California.  Defendant scraped information from Facebook Pages, Facebook Groups, and viewable user profile information, including their timeline, photos, videos, list of friends, posts, employment, education, self-disclosed location information, and certain user engagement activity.  For example:

a.     Between July 4 and 6, 2022, Defendant used approximately 250 fake Facebook user accounts and the Surveillance Software to scrape information from Facebook users, including posts from the users' accounts.

b.     Between July 6 and 7, 2022, Defendant used approximately ten fake Facebook user accounts—including a fake Facebook user account with the name "Olga Herrera"—and the Surveillance Software to scrape information from a Facebook Page.

56.    Among Facebook users located in California that had their information scraped by Defendant were employees of non-profit organizations, universities, news media organizations, healthcare facilities, the armed forces of the United States, and local, state, and federal government agencies, as well as full-time parents, retirees, and union members.

57.    Defendant used additional unauthorized automation that was not designed to scrape, but instead to verify that the accounts had not been detected and disabled by Meta.  For example, between August 14 and 23, 2022, Defendant used automation to programmatically confirm, in approximately 12-hour intervals, that a fake account in the name of "Caleb Plant" had not been disabled.

58.    According to Defendant's documents, Defendant's Surveillance Software offered multiple functionalities designed specifically to scrape data from Facebook and Instagram, including at least the following:

a.     Profile Query: "A profile query is a 'full coverage' data collection on a social media profile from any one of the seven covered platforms (Facebook, Twitter, Google+, Instagram, Vkontakte, or Tumblr)."  Ex. 3 at 82.  Defendant programmed the Surveillance Software to update the scraping results wherein "new data will be added to the existing profile, but any deleted posts or friends will remain intact.  Posted media (*i.e.* photos) are downloaded and

stored within the platform, even if the profile is deleted or removed." *Id.*

b.  <u>Facebook Community Query</u>: As shown in Figure 4 below, Defendant programmed the Surveillance Software to scrape data from Facebook by selecting the "Type" of data to scrape—such as Facebook Pages, Facebook Groups, and Facebook Events—and accepted a "Profile Name" as the query parameter.  Ex. 3 at 82; Ex. 5.  Figure 4 is a screenshot of this functionality as included in an October 2, 2019, email from an individual at the Los Angeles Police Department to Defendant, requesting technical assistance with Defendant's Surveillance Software.

**Figure 4: Excerpt from a Customer's October 2019 Email to Voyager (Ex. 5),** ***also available at*** **https://lacity.nextrequest.com/documents/8519951** **(last visited Oct. 24, 2022).**



c.  <u>Facebook Post Expansion</u>: Defendant programmed its Surveillance Software to scrape: "Timeline posts – public posts the seed published on his Timeline"; "Posts to others' timelines – posted by the seed on the publicly available Timelines of other users"; "Tagged – public posts published by others in which the seed was tagged"; "Interactions – public posts the seed liked or commented on"; "Check-ins – public posts published by or tagging the seed which were geo-located or the location was explicitly indicated via the Facebook 'check-in' function"; and "Life Events- public posts published by the seed using Facebook's 'life event' feature."  Ex. 3 at 95–96.

d.    <u>Friendship Report</u>: Defendant designed the Surveillance Software to scrape and analyze data from Meta to create a "fully exportable 'deep dive' on the relationship between the [target account] and [the friend's of that target account]." *Id.* at 89.  "The report includes a summary of who their mutual friends are, the frequency of their interactions, and links to these specific interactions," and "the date their connection was established." *Id.*  On August 25, 2019, Voyager Labs stated to a customer that the "Friendship Report is only available for Facebook and Instagram profiles."  Ex. 5 at 957.

e.    <u>Profile Finder</u>:  Defendant designed the Surveillance Software to find Facebook and Instagram user accounts, using "phone numbers, email addresses, name and picture."  Ex. 3 at 90.

**G.    <u>Meta's Enforcement Actions Against Defendant</u>**

59.    Since October 2017, Meta has taken multiple enforcement actions against Defendant, including disabling accounts, sending cease-and-desist letters, filing this present suit, and revoking Defendant's access to Facebook and Instagram

60.    On October 16, 2017, Meta sent a cease-and-desist letter to Defendant.  Ex. 4.

61.    In August 2022, Meta required user verification of 23,000 fake Facebook accounts associated with Defendant's scraping, including the Facebook account with the fake username "Olga Herrera," by requiring each account to verify the name listed on the user account or to log in with a password.  Subsequently, between August and September 2022, Defendant created nearly 5,000 new fake Facebook user accounts.  And as of September 13, 2022, approximately 250 of the fake Facebook accounts completed the verification.  The "Olga Herrera" account did not complete the verification at that time, and instead was verified after Meta notified Voyager of its claim, as set forth below.

62.    On November 11, 2022, Meta sent a letter to Defendant with details of the claims in this Complaint and a demand that Defendant immediately stop engaging in further violations of Facebook's and Instagram's Terms.  Meta specifically alleged, among other things, that Defendant created and controlled the fake Facebook account with the name "Olga Herrera."

63.    On December 5, 2022, a Voyager employee—who identified himself on LinkedIn

17

as a "QA Manager and Automation Tests Development Specialist" at Voyager Labs ("Voyager Employee 1")—logged in, using the account password, to the "Olga Herrera" fake Facebook account that Meta had identified in its November 11, 2022 letter.

64.     On December 8, 2022, despite Voyager Employee 1 having logged in to the "Olga Herrera" account on December 5, 2022, Defendant responded to Meta's November 11, 2022 letter and stated that it "did not create or control" the Facebook account with the name "Olga Herrera." And on December 14, 2022, Defendant further stated that "none of its subsidiaries (nor their officers or employees) created the ["Olga Herrera" Facebook user account] or used [it] to access Facebook," when, in fact, Voyager Employee 1 accessed, used, and controlled at least the "Olga Herrera" account on Facebook on December 5, 2022.

65.     On January 5, 2023, Defendant denied Meta's request to conduct an audit for the purpose of verifying Defendant's representations to Meta.

66.     On or about January 12, 2023, Meta filed this action, disabled over 60,000 Facebook and Instagram accounts and Pages associated with Defendant, including at least 38,000 fake accounts, and revoked Defendant's access to Facebook and Instagram.

**H.      After Meta Revoked Access, Defendant Created New Fake Accounts, and Scraped Data from Meta's Computers**

67.     After January 12, 2023, Defendant created and caused to be created over 17,000 new fake Facebook accounts ("the fake accounts") and used its Surveillance Software to scrape at least 600,000 additional Facebook user profiles.

68.     For example, on January 13, 2023, the day after Meta disabled 60,000 Facebook and Instagram accounts and Pages associated with Defendant, and filed a legal action against Defendant, a Voyager employee—who identified himself on LinkedIn as a Voyager Labs "Technical Support Manager" ("Voyager Employee 2")—accessed at least two fake accounts in the names of "Susan Walter" and "Roxie Coote."

69.     On January 24, 2023, and February 23, 2023, Meta disabled the fake accounts in the names of "Susan Walter" and "Roxie Coote."

70.     On January 21, 2023, Defendant created and caused to be created a fake account in

18

the name of "Kari Fowler."

71.    On February 13, 2023, Defendant created and caused to be created a fake account in the name of "Felicia West."

72.    Between January 12, 2023, and at least until February 22, 2023, in addition to creating fake accounts, Defendant used and caused to be used, over 7,000 fake accounts—including newly created accounts and other previously created accounts—to scrape more than 170,000 Facebook user profiles.

73.    On February 23, 2023, Meta sent another cease-and-desist letter to Defendant, Ex. 6, stating:

> [We] write to reiterate that Meta revoked Voyager's limited license to access and use Facebook and Instagram. Accordingly, Voyager must stop accessing and using Facebook and Instagram, and cease its unauthorized data collection practices immediately. This includes Voyager's activities supporting and facilitating the unauthorized collection of data from Facebook and Instagram by Voyager's customers.

74.    On the same day, Meta disabled thousands of accounts used by Defendant to scrape data from Meta's computers.

75.    After Meta took these additional technical enforcement measures against Defendant, Defendant continued to create new fake accounts and knowingly access and collect data from Meta's computers without authorization. For example:

a.    Between February 23, 2023, and March 31, 2023, Defendant, through its employees and agents, created over 6,000 new fake accounts.

b.    Beginning no later than February 23, 2023, Defendant used, and caused to be used, approximately 16,000 fake accounts—including newly created accounts—and the Surveillance Software to scrape data of at least 400,000 Facebook user profiles.

c.    On March 5, 2023, a Voyager employee—who identified himself on LinkedIn as a Voyager Labs "NOC [Network Operations Center] Team Leader" ("Voyager Employee 3")—accessed a fake account with the name of "Paul Aldridge."

d.    On March 15, 2023, Defendant created and caused to be created two fake Facebook accounts in the names of "Katie Moore" and "Bob Shankar."

76.     On or about May 5, 2023, Meta took additional enforcement measures against Defendant, including disabling over 16,000 fake Facebook accounts used by Defendant to scrape Meta's computers.

**I.      Defendant Unjustly Enriched Itself and Harmed Meta**

77.     Defendant's violations of Facebook's and Instagram's Terms have harmed Meta.

78.     Meta suffered damages attributable to the efforts and resources it used to investigate and remediate Defendant's conduct in an amount to be determined at trial.

79.     Since at least July 2022, Defendant has unjustly enriched itself at Meta's expense in an amount to be determined at trial.  Meta is entitled to an accounting by Defendant and a disgorgement of all unlawful profits gained from its conduct.

**FIRST CAUSE OF ACTION**

(Breach of Contract)

80.     Meta realleges and incorporates all preceding paragraphs here.

81.     Since at least February 1, 2016, Defendant, through its employees and agents, created and used multiple Facebook and Instagram accounts and thereby agreed to Facebook's and Instagram's Terms.  Facebook's and Instagram's Terms constitute agreements between Defendant and Meta.

82.     Plaintiff Meta has performed all conditions, covenants, and promises required of them in accordance with Facebook's and Instagram's Terms.

83.     Beginning no later than July 2022 and continuing to the present, Defendant has breached and continues to breach Facebook's and Instagram's Terms, including at least Sections 3.1, 3.2.1, 3.2.2, 3.2.3, and 3.2.5 of Facebook's Terms of Service.  Facebook's Terms and Instagram's Terms prohibit (a) using automated means without Meta's permission to scrape data from Facebook and Instagram; (b) selling, licensing, or purchasing data obtained by scraping Facebook and Instagram; (c) facilitating others to violate Facebook's Terms and Instagram's Terms; and (d) using Facebook and Instagram if Meta previously disabled the user's account.  Facebook's Terms further prohibit (e) using fake Facebook accounts.

84.     Defendant's many breaches have caused Meta to incur damages, including

20

1  investigative costs, in an amount to be proven at trial.

2      85.    Meta likewise seeks injunctive relief.  As a direct result of Defendant's unlawful

3  actions, Meta has suffered and continues to suffer irreparable harm for which there is no adequate

4  remedy at law, and which will continue unless Defendant's actions are enjoined.

5      86.    Defendant's acts also constitute unjust enrichment of Defendant at Meta's expense.

6      87.    Defendant received a benefit by profiting from its use of Meta's computers,

7  computer systems, and computer network, via automated means without Meta's permission.  But

8  for Defendant's wrongful and intentional use of Facebook and Instagram via automated means

9  without Meta's permission, it would not have obtained such profits.

10     88.    Defendant's retention of the profits derived from such use of Meta's computers,

11  computer system, and computer network would be unjust.

12     89.    Meta seeks an accounting and disgorgement of Defendant's ill-gotten profits in an

13  amount to be proven at trial.

14                    **SECOND CAUSE OF ACTION**

15                  (Computer Fraud and Abuse Act, 18 U.S.C. § 1030)

16     90.    Meta realleges and incorporates all preceding paragraphs here.

17     91.    Defendant violated and attempted to violate 18 U.S.C. § 1030.

18     92.    Meta's computers are "protected computers" as defined by 18 U.S.C. §

19  1030(e)(2)(B) because they are "used in or affecting interstate or foreign commerce or

20  communication."

21     93.    Defendant violated and attempted to violate 18 U.S.C. § 1030(a)(2) because it

22  intentionally accessed and attempted to access Meta's protected computers without authorization

23  and obtained information, namely Facebook user profile information, including posts, likes,

24  friends lists, photos, and comments, and information from Facebook Groups and Pages.

25  Defendant's access was without authorization because Meta previously revoked Defendant's

26  access to Facebook and Instagram, including by sending cease-and-desist letters, disabling

27  Defendant's accounts, and filing a civil action against Defendant.

28     94.    Defendant's actions caused Meta to incur a loss as defined by 18 U.S.C. §

21

1030(e)(11), in an amount in excess of $5,000 during one-year period, including the expenditure of resources to investigate and remediate Defendant's fraud and unauthorized access. Meta is entitled to be compensated for losses and any other amount to be proven at trial.

**THIRD CAUSE OF ACTION**

(California Penal Code § 502)

95.     Meta realleges and incorporates all preceding paragraphs here.

96.     Defendant violated California Penal Code, § 502.

97.     Defendant, without permission, knowingly accessed and otherwise used Meta's computers, computer system, and/or computer network in order to (a) devise or execute any scheme or artifice to defraud and deceive, and (b) wrongfully obtain money data, in violation of California Penal Code § 502(c)(1).

98.     Defendant, without permission, knowingly accessed and took, copied, and made use of data from Meta's computers, computer system, and/or computer network in violation of California Penal Code § 502(c)(2).

99.     Defendant, without permission, knowingly used or caused to be used Meta's computer services in violation of California Penal Code § 502(c)(3).

100.     Defendant, without permission, knowingly provided or assisted in providing a means of accessing Meta's computers, computer systems, and/or computer network in violation of California Penal Code § 502(c)(7).

101.     Defendant, without permission, knowingly accessed and caused to be accessed Meta's computers, computer systems, and/or computer network in violation of California Penal Code § 502(c)(7).

102.     Defendant's access to and use of Meta's computers, computer systems, and/or computer network was without permission because Defendant accessed Meta's computer network after Meta revoked Defendant's access to Facebook and Instagram and filed a civil action against Defendant.

103.     Because Meta suffered damages and losses as a result of Defendant's actions and continues to suffer damages and losses as a result of Defendant's actions, Meta is entitled to

compensatory damages in an amount to be proven at trial, attorney fees, any other amount of damages proven at trial, and injunctive relief under California Penal Code § 502(e)(1) and (2).

## **REQUEST FOR RELIEF**

**WHEREFORE**, Plaintiff requests judgement against Defendant as follows:

1. That the Court enter judgement against Defendant that Defendant had:

    a. Breached its contracts with Meta in violation of California law;

    b. Violated the Computer Fraud and Abuse Act, in violation of 18 U.S.C. § 1030;

    c. Violated the California Comprehensive Computer Data Access and Fraud Act, in violation of California Penal Code § 502; and

    d. Been unjustly enriched at the expense of Meta in violation of California law.

2. That the Court enter a permanent injunction enjoining and restraining Defendant and its agents, servants, employees, successors, and assigns, and all other persons acting in concert with or conspiracy with them or who are affiliated with them from:

    a. Accessing or attempting to access Meta's platforms, including Facebook and Instagram, and Meta's computer systems;

    b. Developing, offering, and marketing software, computer code, or other products or services intended to automate the collection of data from Meta's platforms or circumvent Meta's enforcement measures;

    c. Engaging in any activity, or facilitating others to do the same, that violates Facebook's and Instagram's Terms; and

    d. Distributing data of any kind obtained or purportedly obtained from Meta or its services, including Facebook and Instagram.

3. That the Court enter an injunction requiring Defendant to identify the location of any and all data obtained from Meta or its services, including Facebook and Instagram, delete any and all such data, and identify any and all individuals and entities with whom Defendant shared such data.

4.    That Plaintiff be awarded damages, including, but not limited to, compensatory, statutory, and punitive damages, as permitted by law and in such amounts to be proven at trial.

5.    That Plaintiff be awarded its reasonable costs, including reasonable attorneys' fees.

6.    That Plaintiff be awarded pre- and post-judgment interest as allowed by law.

7.    That the Court grant all such other and further relief as the Court may deem just and proper.

**PLAINTIFF RESPECTFULLY DEMANDS A JURY TRIAL.**

Dated: May 5, 2023

Respectfully submitted,

KALPANA SRINIVASAN
CHANLER LANGHAM
OLEG ELKHUNOVICH
MICHAEL GERVAIS
LEAR JIANG
SUSMAN GODFREY L.L.P.

By:   */s/ Kalpana Srinivasan*
        Kalpana Srinivasan

Attorneys for Plaintiff Meta Platforms, Inc.

*Of Counsel:*

**META PLATFORMS, INC.
PLATFORM ENFORCEMENT AND
LITIGATION**

Jessica Romero
Michael Chmelar
Jimmy Doan
Sarah Prutzman
Nair Cordas

# EXHIBIT 1

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**Registered number: 07154170**

# VOYAGER LABS LIMITED

**ANNUAL REPORT AND CONSOLIDATED FINANCIAL STATEMENTS**

**FOR THE YEAR ENDED 31 DECEMBER 2021**

TUESDAY

*ABXT36B6*

A07          21/02/2023          #143

COMPANIES HOUSE

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**CONTENTS**

|  | Page(s) |
|---|---|
| **Directors and professional advisors** | 2 |
| **Strategic report** | 3-4 |
| **Directors' report** | 5-7 |
| **Independent auditors' report** | 8-10 |
| **Consolidated statement of comprehensive income** | 11 |
| **Consolidated statement of financial position** | 12 |
| **Consolidated statement of changes in equity** | 13 |
| **Consolidated statement of cash flows** | 14 |
| **Company statement of financial position** | 15 |
| **Company statement of changes in equity** | 16 |
| **Company statement of cash flows** | 17 |
| **Notes to the financial statements (Group and Company)** | 18-36 |

Exhibit 1, Page 2

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**DIRECTORS AND PROFESSIONAL ADVISORS**

| | |
|---|---|
| **BOARD OF DIRECTORS** | Jonathan Leon Joffe<br>Avi Korenblum<br>Stephan Robert Kappes<br>Yair Cohen<br>Dror Michman (appointed on July 8th, 2021) |
| **REGISTERED NUMBER** | 07154170 |
| **REGISTERED OFFICE** | 22 Manchester Square<br>London<br>W1U 3PT |
| **INDEPENDENT AUDITORS** | PricewaterhouseCoopers LLP<br>1 Embankment Place<br>London<br>WC2N 6RH<br>United Kingdom |

2

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

## STRATEGIC REPORT FOR THE YEAR ENDED 31 DECEMBER 2021

**Business Review**

Voyager Labs Limited (the "Company"), incorporated under UK Company law, is a privately-owned company which heads an international group of companies ("the Group").

The Group has developed a proprietary AI-based technology that harnesses billions of data points from unstructured data to reveal deep actionable insights.

The Group's unique technology searches, aggregates and fuses data points and human behaviour indicators from multiple data sources, intelligently processing and analysing them to provide a holistic view of reality from insights that were previously unattainable. Using an innovative, scalable, and cognitive approach, the Group has an unparalleled ability to interpret the complex layers of the digital world.

The Group's platforms are used by analysts, agents and other professionals worldwide to tackle challenges like fraud, crime, terror, insider threats, trafficking and other risks, helping to create a safer world for all.

The Group ended 2021 well capitalised, with $13,223 thousands (2020 – $23,027 thousands) of total equity, $11,701 thousands (2020 – $23,300 thousands) of cash and cash equivalents and $24,980 thousands (2020 – $30,914 thousands) of total assets.

Total revenues for the year ended December 31, 2021 increased to $21,928 thousands from $15,376 thousands in the year ended December 31, 2020, the increase is due to an increase in customer base and due to new contracts in the period. Total loss for the year ended December 31, 2021 decreased to $11,249 thousands from $11,474 thousands in the year ended December 31, 2020. The increase in revenue during the year was off-set by the increased in selling and marketing costs, resulting in broadly flat losses across the two years.

**Key performance indicators**

The Group has several key performance measures used internally to monitor and challenge performance and to assist in business decisions. The important performance indicators in the current and prior years include revenues and customers' base (number of customers).

**Principal activities**

The Group develops and sells software solutions based on artificial intelligence and big data analytics.

**Business environment and future development**

The Group will continue developing artificial intelligence and cognitive deep learning solutions and capabilities.

3

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**STRATEGIC REPORT FOR THE YEAR ENDED 31 DECEMBER 2021 (continued)**

**Principal Risks and Uncertainties**

The Group faces a number of risks and uncertainties in the ordinary course of its business, such as (i) risks arising from adverse changes in global macroeconomic and other conditions, economic uncertainty and potential slowdowns, political unrest or outbreak of disease, such as the COVID-19 pandemic, around the world which may cause companies and governments to delay, reduce, or even cancel planned spending and may impact the Group's business and operations; (ii) risks arising from rapid changing technology and evolving industry standards and challenges in the market for the Group's product;  (iii) risks arising from intense competition in the Group's market including from competitors with greater resources; (iv)  risks arising from the Group's ability to execute on growth initiatives it pursues; (v) risks arising from the Group's ability to build and maintain relationship with third parties that market and sell the Group's products, and other business risks. These risks and uncertainties are managed by maintaining strong relationships with customers and partners, hiring talented staff to develop technologies and maintaining robust control environments. The Group undertakes certain transactions denominated in foreign currencies; hence it is exposed to foreign exchange rate fluctuations.

In February 2022, a military conflict erupted involving Russia and Ukraine. The Company is closely monitoring the situation and has put procedures in place to ensure compliance with sanctions. As of the issuance date of these consolidated financial statements, no adverse impact has affected the Company, as it has no affiliation to Russian clients, suppliers, investors nor any funds are invested in Russian financial institutions under the sanctions. The outcome and long-term consequences of this conflict remain unknown, as this is an ongoing situation.

<u>Financial risk management</u>

There are a number of financial risks to which the Group is exposed. The major risks and the controls designed to manage and mitigate them are set out and explained in Note 3."

On behalf of the board

Jonathan Leon Joffe, Director

February 13, 2023

4

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**DIRECTORS' REPORT**
**FOR THE YEAR ENDED 31 DECEMBER 2021**

The directors present the annual report and consolidated audited financial statements of the Group and Company for the year ended 31 December 2021.

**Directors**

The Directors of the Company during the year and up to the date of signing of these financial statements were:

Jonathan Leon Joffe
Avi Korenblum
Stephan Robert Kappes
Yair Cohen
Dror Michman (appointed on July 8th, 2021)

**Dividends**

The directors do not recommend the payment of a dividend (2020: nil).

**Going Concern**

In assessing the Company's and Group's ability to continue as a going concern, the board of directors considered the business's cash flow forecasts for a period of at least 12 months from the date of approval of these consolidated financial statements. These include sales projections which are not yet fully contractually secured, and growth in operating expenditure aligned with the Group's investment plans.

After the balance sheet date, as detailed in Note 20 – Subsequent Event, the Group has secured a credit line from an Israeli bank and to date, has withdrawn the entire principal amount of $12 million. The Group has also signed an agreement with its shareholders and received the funding of $5million in the month of December 2022 in the form of a convertible loan.

Management has prepared a cash flow forecast that covers the period to the end of February 2024. In sensitising its cash flow forecasts, in particular the receipt of amounts attributed to the Group's revenues from its contracts with customers, the board of directors noted that the Group would under a severe but plausible downside scenario utilise all, or substantially all, of its cash reserves by the end of February 2024.

These conditions indicate the existence of a material uncertainty that may cast significant doubt over the Group's and the Company's ability to continue as a going concern. These consolidated financial statements do not include any adjustments that might result from the outcome of this uncertainty.

**Statement of directors' responsibilities in respect of the financial statements**

The directors are responsible for preparing the Annual Report and the financial statements in accordance with applicable law and regulation.

Company law requires the directors to prepare financial statements for each financial year. Under that law the directors have prepared the group and the company financial statements in accordance with UK-adopted international accounting standards.

Under company law, directors must not approve the financial statements unless they are satisfied that they give a true and fair view of the state of affairs of the group and company and of the profit or loss of the group for that period. In preparing the financial statements, the directors are required to:

**DIRECTORS' REPORT (Continued)**

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**Statement of directors' responsibilities in respect of the financial statements (continued)**

- select suitable accounting policies and then apply them consistently;

- state whether applicable UK-adopted international accounting standards have been followed, subject to any material departures disclosed and explained in the financial statements;

- make judgements and accounting estimates that are reasonable and prudent; and

- prepare the financial statements on the going concern basis unless it is inappropriate to presume that the group and company will continue in business.

The directors are responsible for safeguarding the assets of the group and company and hence for taking reasonable steps for the prevention and detection of fraud and other irregularities.

The directors are also responsible for keeping adequate accounting records that are sufficient to show and explain the group's and company's transactions and disclose with reasonable accuracy at any time the financial position of the group and company and enable them to ensure that the financial statements comply with the Companies Act 2006.

## Directors' confirmations

In the case of each director in office at the date the directors' report is approved:

- so far as the director is aware, there is no relevant audit information of which the group's and company's auditors are unaware; and

- they have taken all the steps that they ought to have taken as a director in order to make themselves aware of any relevant audit information and to establish that the group's and company's auditors are aware of that information.

## Financial risk management

Refer to the financial risk management section in strategic report on page 3.

**Third party indemnity**

The directors have the benefit of an indemnity which is a qualifying third-party indemnity provision as defined by Section 234 of the Companies Act 2006. The indemnity was in force throughout the last financial year and also at the date of approval of the financial statements.

**Israel branch**

The Company has a branch in Israel.

**DIRECTORS' REPORT (Continued)**

6

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**FOR THE YEAR ENDED 31 DECEMBER 2021**

**Research and development expenditure**

The Groups main platforms include: (i) VoyagerAnalytics, which harnesses publicly available unstructured data to reveal deep, actionable insights on targets, groups and topics and the intricate interplay between them; (ii) VoyagerCheck, which puts pioneering deep learning, machine learning, and Natural Language Processing (NLP) algorithms to work for security professionals; and (iii) VoyagerVision, which applies industry-leading core technology for pattern recognition and computer vision to model and analyse the explicit and implicit information contained in oceans of visual data

The Group continues to enhance the features and performance of its existing solutions and to introduce new solutions through extensive research and development activities. In addition to the development of new solutions and the addition of capabilities to existing solutions, its research and development activities include quality assurance and advanced technical support for the Group's customer services organization. Research and development are performed in Israel.

To support its research and development efforts, the Group makes significant investments in R&D every year. The Group allocates its research and development resources in response to market research and customer demand for additional features and solutions. The Group's development strategy involves rolling the initial releases of its products and adding features over time. The Group incorporates product feedback received from its customers into its product development process.

The group has incurred $10,684 thousands in research and development expenditure during the year ended December 31, 2021 (2020 - $11,521 thousands).

**Business environment and future development**

Detail of business environment and future development are disclosed in the strategic report on Page 4. Details of risk management are disclosed on Note 3 of the financial statements.

**Independent Auditors**

In accordance with section 485 of the Companies Act 2006, the independent auditors, PricewaterhouseCoopers LLP, have indicated their willingness to continue in office, and a resolution concerning their re-appointment will be proposed at the Annual General Meeting.

This report was approved by the board on February 13, 2023 and signed on its behalf.



Jonathan Lipworth, Director

Exhibit 1, Page 8

VOYAGER LABS LIMITED

# Independent auditors' report to the members of Voyager Labs Limited

## Report on the audit of the financial statements

### Qualified opinion

In our opinion, except for the possible effects of the matter described in the Basis for qualified opinion paragraph below, Voyager Labs Limited's group financial statements and company financial statements (the "financial statements"):

- give a true and fair view of the state of the group's and of the company's affairs as at 31 December 2021 and of the group's loss and the group's cash flows for the year then ended;
- have been properly prepared in accordance with UK-adopted international accounting standards as applied in accordance with the provisions of the Companies Act 2006; and
- have been prepared in accordance with the requirements of the Companies Act 2006.

We have audited the financial statements, included within the Annual Report, which comprise: the Consolidated and Company statements of financial position as at 31 December 2021; the Consolidated statement of comprehensive income, the Consolidated and Company statements of changes in equity and the Consolidated and Company statements of cash flows for the year then ended; and the notes to the financial statements, which include a description of the significant accounting policies.

### Basis for qualified opinion

The Consolidated and Company statements of financial position include an investment in WeLab (investment) measured at fair value through profit or loss account, with a carrying amount of $2,864 thousand at 31 December 2021 (31 December 2020: $2,864 thousand). In the absence of observable data points, we have been unable to obtain sufficient appropriate audit evidence as to the fair value of the investment in accordance with IFRS 9 - Financial Instruments, as such we are unable to satisfy ourselves as to the carrying amount of the investment.

We conducted our audit in accordance with International Standards on Auditing (UK) ("ISAs (UK)") and applicable law. Our responsibilities under ISAs (UK) are further described in the Auditors' responsibilities for the audit of the financial statements section of our report. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our qualified opinion.

### Independence

We remained independent of the group in accordance with the ethical requirements that are relevant to our audit of the financial statements in the UK, which includes the FRC's Ethical Standard, and we have fulfilled our other ethical responsibilities in accordance with these requirements.

### Material uncertainty related to going concern

Without further modifying our opinion on the financial statements, we have considered the adequacy of the disclosure made in note 2.2 to the financial statements concerning the group's and the company's ability to continue as a going concern. The Directors' cash flow projections include sales projections which are not yet fully contractually secured, and growth in operating expenditure aligned with the group's investment plans. In sensitising its cash flow forecasts, in particular the receipt of amounts attributed to the group's revenues from its contracts with customers, the board of directors noted that the group would under a severe but plausible downside scenario utilise all, or substantially all, of its cash reserves by the end of February 2024. These conditions, along with the other matters explained in note 2.2 to the financial statements, indicate the existence of a material uncertainty which may cast significant doubt about the group's and the company's ability to continue as a going concern. The financial statements do not include the adjustments that would result if the group and the company were unable to continue as a going concern.

In auditing the financial statements, we have concluded that the directors' use of the going concern basis of accounting in the preparation of the financial statements is appropriate.

8

**VOYAGER LABS LIMITED**

Our responsibilities and the responsibilities of the directors with respect to going concern are described in the relevant sections of this report.

## Reporting on other information

The other information comprises all of the information in the Annual Report other than the financial statements and our auditors' report thereon. The directors are responsible for the other information. Our opinion on the financial statements does not cover the other information and, accordingly, we do not express an audit opinion or, except to the extent otherwise explicitly stated in this report, any form of assurance thereon.

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit, or otherwise appears to be materially misstated. If we identify an apparent material inconsistency or material misstatement, we are required to perform procedures to conclude whether there is a material misstatement of the financial statements or a material misstatement of the other information. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. We have nothing to report based on these responsibilities.

With respect to the Strategic report and Directors' report, we also considered whether the disclosures required by the UK Companies Act 2006 have been included.

Based on our work undertaken in the course of the audit, the Companies Act 2006 requires us also to report certain opinions and matters as described below.

## Strategic report and Directors' report

In our opinion, based on the work undertaken in the course of the audit, the information given in the Strategic report and Directors' report for the year ended 31 December 2021 is consistent with the financial statements and has been prepared in accordance with applicable legal requirements.

In light of the knowledge and understanding of the group and company and their environment obtained in the course of the audit, we did not identify any material misstatements in the Strategic report and Directors' report.

## Responsibilities for the financial statements and the audit

## Responsibilities of the directors for the financial statements

As explained more fully in the Statement of directors' responsibilities, the directors are responsible for the preparation of the financial statements in accordance with the applicable framework and for being satisfied that they give a true and fair view. The directors are also responsible for such internal control as they determine is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, the directors are responsible for assessing the group's and the company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless the directors either intend to liquidate the group or the company or to cease operations, or have no realistic alternative but to do so.

## Auditors' responsibilities for the audit of the financial statements

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs (UK) will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

Irregularities, including fraud, are instances of non-compliance with laws and regulations. We design procedures in line with our responsibilities, outlined above, to detect material misstatements in respect of irregularities, including fraud. The extent to which our procedures are capable of detecting irregularities, including fraud, is detailed below.

Based on our understanding of the group and industry, we identified that the principal risks of non-compliance with laws and regulations related to the Companies Act 2006 and applicable tax legislations, and we considered the extent to which non-

9

**VOYAGER LABS LIMITED**

compliance might have a material effect on the financial statements. We evaluated management's incentives and opportunities for fraudulent manipulation of the financial statements (including the risk of override of controls), and determined that the principal risks were related to posting inappropriate journal entries. Audit procedures performed by the engagement team included:

- Understanding and evaluating the design and implementation of controls designed to prevent and detect irregularities and fraud;
- Inquiry of management and the group's legal advisors regarding their consideration of known or suspected instances of non-compliance with laws and regulations and fraud; and
- Identifying and testing journal entries, in particular any journal entries posted with unusual account combinations.

There are inherent limitations in the audit procedures described above. We are less likely to become aware of instances of non-compliance with laws and regulations that are not closely related to events and transactions reflected in the financial statements. Also, the risk of not detecting a material misstatement due to fraud is higher than the risk of not detecting one resulting from error, as fraud may involve deliberate concealment by, for example, forgery or intentional misrepresentations, or through collusion.

A further description of our responsibilities for the audit of the financial statements is located on the FRC's website at: www.frc.org.uk/auditorsresponsibilities. This description forms part of our auditors' report.

## Use of this report

This report, including the opinions, has been prepared for and only for the company's members as a body in accordance with Chapter 3 of Part 16 of the Companies Act 2006 and for no other purpose. We do not, in giving these opinions, accept or assume responsibility for any other purpose or to any other person to whom this report is shown or into whose hands it may come save where expressly agreed by our prior consent in writing.

# Other required reporting

## Companies Act 2006 exception reporting

In respect solely of the limitation on our work relating to fair valuation of investment, described in the Basis for qualified opinion paragraph above:

- we have not obtained all the information and explanations that we considered necessary for the purpose of our audit; and
- we were unable to determine whether adequate accounting records have been kept by the company.

Under the Companies Act 2006 we are also required to report to you if, in our opinion:

- returns adequate for our audit have not been received from branches not visited by us; or
- certain disclosures of directors' remuneration specified by law are not made; or
- the company financial statements are not in agreement with the accounting records and returns.

We have no exceptions to report arising from this responsibility.

Alex Lazarus (Senior Statutory Auditor)
for and on behalf of PricewaterhouseCoopers LLP
Chartered Accountants and Statutory Auditors
London
13 February 2023

10

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**CONSOLIDATED STATEMENT OF COMPREHENSIVE INCOME**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

| | Note | 2021 | 2020 |
|---|---|---|---|
| Revenue | | 21,928 | 15,376 |
| Cost of sales | | (5,348) | (3,886) |
| **Gross profit** | | 16,580 | 11,490 |
| **Operating expenses** | 4 | (27,553) | (23,862) |
| **Operating loss on ordinary activities before interest and taxes** | | (10,973) | (12,372) |
| Finance income | | 20 | 1,051 |
| Finance expenses | | (184) | (66) |
| **Loss before income tax** | | (11,137) | (11,387) |
| Income tax expense | 6 | (112) | (87) |
| **Loss for the year** | | (11,249) | (11,474) |
| **Total comprehensive loss for the year** | | (11,249) | (11,474) |

The accompanying notes on pages 18 to 36 form an integral part of these financial statements.

The results above refer entirely to continuing operations.

11

Exhibit 1, Page 12

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**CONSOLIDATED STATEMENT OF FINANCIAL POSITION**
AS AT 31 DECEMBER 2021 (U.S. Dollars in thousands)

| | Note | 31 December 2021 | 31 December 2020 |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Financial asset at FVTPL | 7 | 2,864 | 2,864 |
| Property, plant and equipment | 8 | 378 | 598 |
| Right of use assets | 9 | 161 | 508 |
| | | 3,403 | 3,970 |
| **Current assets** | | | |
| Trade and other receivables | 12 | 9,876 | 3,644 |
| Cash and cash equivalents | | 11,701 | 23,300 |
| | | 21,577 | 26,944 |
| **Total assets** | | 24,980 | 30,914 |
| **Liabilities** | | | |
| **Current liabilities** | | | |
| Lease liabilities | 9 | 78 | 522 |
| Income tax liabilities | 6 | 55 | 112 |
| Trade and other payables | 13 | 8,999 | 7,030 |
| | | 9,132 | 7,664 |
| **Long-term liabilities** | | | |
| Lease liabilities | 9 | 110 | - |
| Other long-term liabilities | 14 | 2,515 | 223 |
| | | 2,625 | 223 |
| **Total liabilities** | | 11,757 | 7,887 |
| **Net assets** | | 13,223 | 23,027 |
| **Equity** | | | |
| Share capital | 15 | 33 | 32 |
| Share premium | | 103,297 | 102,673 |
| Other reserves | | 7,890 | 7,070 |
| Accumulated losses | | (97,997) | (86,748) |
| **Total equity** | | 13,223 | 23,027 |

The accompanying notes on pages 18 to 36 form an integral part of these financial statements.

These financial statements on pages 11 to 36 were approved by the Board of Directors on February 13, 2023 and signed on its behalf by

*Jonathan Joffe*
5D7067D23A104A5...
Jonathan Leon Joffe, Director

12

Exhibit 1, Page 13

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**CONSOLIDATED STATEMENT OF CHANGES IN EQUITY**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

| | Note | Share capital | Share premium | Other reserves | Retained earnings (Accumulated losses) | Total equity |
|---|---|---|---|---|---|---|
| **Balance at 1 January 2020** | | 32 | 102,666 | 5326 | (75,724) | 33,528 |
| Total comprehensive loss for the year | | - | - | - | (11,474) | (11,474) |
| Exercise of options | | *- | 7 | - | - | 7 |
| Share based payment expense | 18 | - | - | 966 | - | 966 |
| **Balance at 31 December 2020** | | 32 | 102,673 | 7,070 | (86,748) | 23,027 |
| Total Comprehensive loss for the year | | - | - | - | (11,249) | (11,249) |
| Exercise of options | | 1 | 624 | - | - | 625 |
| Share based payment expense | 18 | - | - | 820 | - | 820 |
| **Balance at 31 December 2021** | | 33 | 103,297 | 7,890 | (97,997) | 13,223 |

Other reserves represent reserves in respect of share-based compensation.
* Less than $1 thousand
The accompanying notes on pages 18 to 36 form an integral part of these financial statements.

13

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**CONSOLIDATED STATEMENT OF CASH FLOWS**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

|  | Note | 2021 | 2020 |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Cash used in operations | 11 | (11,563) | (11,013) |
| Income tax paid | | (72) | (54) |
| **Net cash used in operating activities** | | (11,635) | (11,067) |
| **Cash flows from investing activities** | | | |
| Additions to property, plant and equipment | 8 | (87) | (249) |
| **Net cash used in investing activities** | | (87) | (249) |
| **Cash flows from financing activities** | | | |
| Principal elements of lease payments | 9 | (502) | (504) |
| Proceeds from exercise of options | 18 | 625 | 7 |
| **Net cash generated from/(used in)** | | 123 | (497) |
| **Net decrease in cash and cash equivalents** | | (11,599) | (11,813) |
| Cash and cash equivalents at 1 January | | 23,300 | 35,113 |
| **Cash and cash equivalents at 31 December** | | 11,701 | 23,300 |

The accompanying notes on pages 18 to 36 form an integral part of these financial statements.

14

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**COMPANY STATEMENT OF FINANCIAL POSITION**
AS AT 31 DECEMBER 2021 (U.S. Dollars in thousands)

| | Note | 31 December 2021 | 31 December 2020 (Restated) | 31 December 2019 (Restated) |
|---|---|---|---|---|
| **Assets** | | | | |
| **Non-current assets** | | | | |
| Financial asset at FVTPL | 7 | **2,864** | 2,864 | 2,000 |
| Investment in subsidiary | 10 & 2.3(a) | **59,340** | 58,520 | 40,404 |
| | | **62,204** | 61,384 | 42,404 |
| **Current assets** | | | | |
| Trade and other receivables | 12 | **32,293** | 25,381 | 23,859 |
| Cash and cash equivalents | | **5,514** | 9,778 | 28,374 |
| | | **37,807** | 35,159 | 52,233 |
| **Total assets** | | **100,011** | 96,543 | 94,637 |
| **Liabilities** | | | | |
| **Current liabilities** | | | | |
| Income tax liabilities | 6 | **16** | 6 | 138 |
| Trade and other payables | 13 | **4,108** | 1,210 | 838 |
| | | **4,124** | 1,216 | 976 |
| **Long-term liabilities** | | | | |
| Other long-term liabilities | | **154** | - | - |
| | | **154** | - | - |
| **Total liabilities** | | **4,278** | 1,216 | 976 |
| **Net assets** | | **95,733** | 95,327 | 93,691 |
| **Equity** | | | | |
| Share capital | 15 | **33** | 32 | 32 |
| Share premium | | **103,297** | 102,673 | 102,666 |
| Other reserves | 2.3(a) | **7,890** | 7,070 | 6,104 |
| Accumulated losses | | **(15,487)** | (14,448) | (15,141) |
| **Total equity** | | **95,733** | 95,327 | 93,661 |

The accompanying notes on pages 18 to 36 form an integral part of these financial statements.

The Company has elected to take the exemption under section 408 of the Companies Act not to present the Company income statement. The loss for the financial year of the Company for the year ended December 31, 2021 was $1,039 thousands (profit for the financial year ended 31 December 2020: $693 thousands).

These financial statements on pages 11 to 36 were approved by the Board of Directors on February 13, 2023 and signed on its behalf by

DocuSigned by:

*Jonathan Joffe*

5B7067D23A104A5...

Jonathan Leon Joffe, Director

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**COMPANY STATEMENT OF CHANGES IN EQUITY**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

| | Share capital | Share premium | Other reserves (restated) | Accumulated losses | Total equity (restated) |
|---|---|---|---|---|---|
| **Balance at 1 January 2020** | 32 | 102,666 | - | (15,141) | 87,557 |
| Impact of restatement (Note 2.3(a)) | - | - | 6,104 | - | 6,104 |
| **Balance at 1 January 2020 (restated)** | 32 | 102,666 | 6,104 | (15,141) | 93,661 |
| Impact of restatement (Note 2.3(a)) | - | - | 966 | - | 966 |
| Total comprehensive profit for the year | - | - | - | 693 | 693 |
| Exercise of options | *- | 7 | - | - | 7 |
| **Balance at 31 December 2020 and at 1 January 2021 (restated)** | 32 | 102,673 | 7,070 | (14,448) | 95,327 |
| Total comprehensive loss for the year | - | - | - | (1,039) | (1,039) |
| Share based payment expense | - | - | 820 | - | 820 |
| Exercise of options | 1 | 624 | - | - | 625 |
| **Balance at 31 December 2021** | 33 | 103,297 | 7,890 | (15,487) | 95,733 |

* Less than $1 thousand

The accompanying notes on pages 18 to 36 form an integral part of these financial statements.

16

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**COMPANY STATEMENT OF CASH FLOWS**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

| | Note | 2021 | 2020 |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Cash used in from operation | 11 | **(4,889)** | (1,453) |
| **Net cash used in operations** | | **(4,889)** | (1,453) |
| **Cash flows from investment activities** | | | |
| Investment in subsidiary | | **-** | (17,150) |
| **Net cash used in investment activities** | | **-** | (17,150) |
| **Cash flows from financing activities** | | | |
| Proceeds from exercise of options | 18 | **625** | 7 |
| **Net cash generated from financing activities** | | **625** | 7 |
| **Net decrease in cash and cash equivalents** | | **(4,264)** | (18,596) |
| Cash and cash equivalents at 1 January | | **9,778** | 28,374 |
| **Cash and cash equivalents at 31 December** | | **5,514** | 9,778 |

The accompanying notes on pages 18 to 36 form an integral part of these financial statements.

17

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS (GROUP AND COMPANY)**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

1. **GENERAL INFORMATION**

The Company is incorporated under the law of England and domiciled in England - the United Kingdom under the Companies Act 2006. The Company is limited by shares. The address of the registered office is 22 Manchester Square, London W1U 3PT. The Company is a privately-owned company and has wholly-owned subsidiaries in Israel and in the United States. The principal activities of the Company and its subsidiaries ('the Group") are disclosed in the Strategic report.

2. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES AND ESTIMATES**

**2.1 Basis of presentation**

On 31 December 2020, IFRS as adopted by the European Union at that date was brought into UK law and became UK-adopted International Accounting Standards, with future changes being subject to endorsement by the UK Endorsement Board. The Group transitioned to UK-adopted International Accounting Standards in its company financial statements on 1 January 2021. This change constitutes a change in accounting framework. However, there is no impact on recognition, measurement or disclosure in the period reported as a result of the change in framework.

The consolidated financial statements of the Group and Company have been prepared in accordance with UK-adopted International Accounting Standards and with the requirements of the Companies Act 2006 as applicable to companies reporting under those standards. The financial statements are presented in U.S. dollars and have been prepared under the historical cost convention, modified by revaluation of financial assets held at fair value through profit and loss.

Accounting policies have been applied consistently, other than where new policies have been adopted.

The consolidated financial statements have been presented in United States Dollars ("USD") which is the presentation and functional currency of the Company and Group and all values are rounded off to the nearest thousand dollars except where otherwise stated.

**2.2 Going concern**

In assessing the Company's and Group's ability to continue as a going concern, the board of directors considered the business's cash flow forecasts for a period of at least 12 months from the date of approval of these consolidated financial statements. These include sales projections which are not yet fully contractually secured, and growth in operating expenditure aligned with the Group's investment plans.

After the balance sheet date, as detailed in Note 20 – Subsequent Event, the Group has secured a credit line from an Israeli bank and to date, has withdrawn the entire principal amount of $12 million. The Group has also signed an agreement with its shareholders and received the funding of $5million in the month of December 2022 in the form of a convertible loan.

Management has prepared a cash flow forecast that covers the period to the end of February 2024. In sensitising its cash flow forecasts, in particular the receipt of amounts attributed to the Group's revenues from its contracts with customers, the board of directors noted that the Group would under a severe but plausible downside scenario utilise all, or substantially all, of its cash reserves by the end of February 2024.

These conditions indicate the existence of a material uncertainty that may cast significant doubt over the Group's and the Company's ability to continue as a going concern. These consolidated financial statements do not include any adjustments that might result from the outcome of this uncertainty.

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS (GROUP AND COMPANY) (continued)**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

**2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES AND ESTIMATES (CONTINUED)**

**2.3 Change in accounting policy and disclosures**

**New and amended standards adopted by the Group**

the Group and Company has applied the following standards and amendments for the first time for its annual reporting period commencing 1 January 2021:

• Definition of Material – Amendments to IAS 1 and IAS 8; and
• Revised Conceptual Framework for Financial Reporting.

The amendments listed above did not have any impact on the amounts recognised in prior periods and are not expected to significantly affect the current or future periods.

**New standards and interpretations not yet adopted**

Certain new accounting standards and interpretations have been published that are not mandatory for 31 December 2021 reporting periods and have not been early adopted by the company. None of these are expected to have a material impact on the company in the current or future reporting periods and on foreseeable future transactions.

**2.3(a) Prior year restatement**

The prior year comparatives of the Company statement of financial position and Company statement of changes in equity have been restated to incorporate the effects of share-based payment transaction in the Parent Company not included in prior years. Accordingly, an additional statement of financial position as at 31 December 2019 is presented in the Company financial statements due to retrospective correction of prior period errors.

The table below shows the impact of the prior year restatement on the primary financial statements:

**Company statement of financial position**

|  | Investment in subsidiary | Other reserves* |
|---|---|---|
| Reported as at 31 December 2019 | 34,300 | - |
| Cumulative effects of restatement | 6,104 | 6,104 |
| **Restated as at 31 December 2019/1 January 2020** | **40,404** | **6,104** |
| Additions made during the year as reported (Note 10) | 17,150 | - |
| Impact of restatement | 966 | 966 |
| **Restated as at 31 December 2020** | **58,520** | **7,070** |

*Other reserves have also been restated in the Company statement of changes in equity.

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS (GROUP AND COMPANY) (continued)**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

## 2.  SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES AND ESTIMATES (CONTINUED)

### 2.4    Basis of consolidation

Subsidiaries are all entities over which the Group has control.  Subsidiaries are fully consolidated from the date on which control passes to the Group and are deconsolidated from the date that control ceases.  The Group controls an entity when the Group has the power to govern the entity's financial and operating policies, is exposed to, or has rights to, variable returns from its involvement with the entity and has the ability to affect those returns through its power over the entity.  The consolidated financial statements present the results of the Company and its subsidiaries ('the Group') applying consistent accounting policies and after the elimination of intercompany transactions and balances between group companies. Subsidiary investments held by the Company are carried at cost, less any provision for impairment.

The results and financial position of foreign subsidiaries are included in the consolidated financial statements after the elimination of intercompany balances and transactions. Any foreign exchange gain or loss arising on intercompany that cannot be eliminated is recognised in the statement of changes in equity under other reserves.

### 2.5    Revenue recognition

Revenue represents fair value of consideration received or receivable from contracts for providing goods and services, over time or at a point in time, by the Group to customers in the ordinary course of the Group's activities.

Revenue is recognized net of value-added tax, returns, rebates and discounts.

Revenue is measured based on a consideration specified in a contract with a customer and are only recognised to the extent that it is highly probable that a significant reversal will not occur.

*Nature of Goods and Services*

The Group generate revenues primarily in the form of software license fees and related maintenance and services fees. Software license revenues include fees from the sales of perpetual and term licenses. Maintenance and services revenues primarily consist of fees for maintenance services (including support and unspecified upgrades and enhancements when and if they are available), training and professional services.

As the Group's stand-alone selling price of the good or service is highly variable or uncertain, we use the residual approach in order to estimate the stand-alone selling price of the good or service.

Customer support revenue is derived from providing on-call telephone support, technical support services, bug fixes and unspecified software updates and upgrades to customers on a when-and-if-available basis. Each of these performance obligations provide benefit to the customer on a standalone basis and are distinct in the context of the contract and the Company account for these support services as a single performance obligation. The Company recognize support services on pro-rata basis over the contractual term. The Company's contracts with customers generally include a one year of support and maintenance. For such contracts, the Company allocate revenue to the support and maintenance obligation based on its relative standalone selling price. The Company generally determines standalone selling prices based on the prices charged to its customers.

20

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS (GROUP AND COMPANY) (continued)**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

## 2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES AND ESTIMATES (CONTINUED)

### 2.5 Revenues recognition (continued)

The following table provide information about revenues from software license fees and related maintenance and services:

| Group: | 2021 | 2020 |
|---|---|---|
| Software license fee | 16,432 | 11,388 |
| Maintenance and services fee | 5,496 | 3,988 |
| | 21,928 | 15,376 |

*Costs to Obtain and Fulfil Contracts*

The Group capitalises commission expenses paid to internal sales personnel and agent commission expenses that are incremental to obtaining customer contracts. The Company have determined that these commission expenses are in fact incremental and would not have occurred absent the customer contract. Capitalized sales and agent commissions are amortized over the period the goods or services are transferred to the customer to which the assets relate, which ranges from one to three years. For practical expedient, where the asset that would be recognized as a result of capitalizing the cost of obtaining a contract would be amortized over one year or less, the Company expense those costs when incurred.

Total capitalized costs to obtain contracts were $1,692 thousands for the year ended December 31, 2021 ($153 thousands for the year ended December 31, 2020).

*Contract balances:*

The following table provides information about trade receivables, contract assets and contract liabilities from contracts with customers (U.S. Dollars in thousands):

| Group: | 31 December 2021 | 31 December 2020 |
|---|---|---|
| Trade receivables, net | 2,215 | 625 |
| Unbilled receivables | 5,363 | 1,494 |
| Deferred revenues | 4,579 | 2,976 |

The Group receives payments from customers based upon contractual payment schedules; trade receivables are recorded when the right to consideration becomes unconditional, and an invoice is issued to the customer. Contract assets include amounts related to the Company's contractual right to consideration for completed performance objectives not yet invoiced. Contract liabilities (deferred revenue) include payments received in advance of performance under the contract, and are realized with the associated revenue recognized under the contract.

The amount of revenues recognized in the period that was included in the opening deferred revenues balance was $3,179 and $3,343 thousand for the years ended December 31, 2021 and 2020, respectively.

Of the balance as of December 31, 2021 the Company expects to recognize approximately $3,575 thousand over the next 12 months and the remainder thereafter.

21

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS (GROUP AND COMPANY) (continued)**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

## 2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES AND ESTIMATES (CONTINUED)

### 2.6 Leases

The Company's leases include property. At inception of a contract, the Company assesses whether a contract is, or contains, a lease. A contract is, or contains, a lease if the contract conveys the right to control the use of an identified asset for a period of time in exchange for consideration. The Company reassesses whether a contract is, or contains, a lease only if the terms and conditions of the contract are changed.

The Group recognises for all leases except for short-term and low value leases, a right-of-use asset and a corresponding lease liability at present value for future lease payables as at balance sheet date.

Lease liabilities include the following lease payments:
• Fixed payments, less lease incentives offered by the lessor:
• Variable payments linked to an index or interest rate:
• Expected residual payments from residual value guarantees;
• The exercise price of call options when exercise is estimated to be sufficiently likely; and
• Contractual penalties for the termination of lease if the lease term reflects the exercise of a termination option

Lease payments are discounted at the implicit interest rate underlying the lease to the extent that this can be determined. Otherwise, discounting is at the incremental borrowing rate being the rate that the individual lessee would have to pay to borrow the funds necessary to obtain an asset of similar value to the right-of-use asset in a similar economic environment with similar terms, security and conditions.

Lease payments are allocated between principal and interest cost. The finance cost is charged to the income statement over the lease period so as to produce a constant periodic rate of interest on the remaining balance of the liability for each period.

Right-of-use assets are measured at cost, which comprises the following:
• Lease liability;
• Lease payments made at or prior to delivery, less lease incentives received; and
• Initial direct costs

Right-of-use assets are subsequently measured at amortised cost. They are depreciated over the term of the lease using the straight-line method. An asset's carrying amount is written down immediately to its recoverable amount if the asset's carrying amount is greater than its estimated recoverable amount.

Payments associated with short-term and low value leases are recognised on a straight-line basis as an expense in profit or loss in accordance with IFRS 16. Short-term leases are leases with a lease term of 12 months or less. Low-value assets are assets that are not interrelated with other leased assets and is low value in nature.

Extension and termination options exist for a number of leases, particularly for real estate. Such contract terms offer the Group the greatest possible flexibility in doing business. In determining lease terms, all facts and circumstances offering economic incentives for exercising extension options or not exercising termination options are taken into account. Changes due to the exercise or non-exercise of such options are considered in determining the lease term only if they are sufficiently probable.

### 2.7 Investment in unlisted securities

Investment represents Investment in unlisted securities. Financial assets that are within the scope of IFRS 9 are required to be subsequently measured at fair value on the basis of the Group's business model for managing financial assets. The group measured the investment in unlisted securities on fair value through profit or loss. In connection with unlisted securities held as of 31 December 2021 and 2020, see Note 7.

22

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS (GROUP AND COMPANY) (continued)**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

## 2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES AND ESTIMATES (CONTINUED)

### 2.8   Property, plant and equipment and depreciation

Property, plant and equipment are stated at cost at acquisition less accumulated depreciation. Cost includes the original purchase price for the asset and costs attributable to bringing the asset to its working condition for its intended use.

Depreciation is provided on all property, plant and equipment so as to write off the cost, less any residual value, on a straight-line basis over the expected useful economic lives of the assets concerned by applying the following annual lives

| | | |
|---|---|---|
| Leasehold improvement | - | Over the remaining term of the lease |
| Office furniture and equipment | - | 6-7 years straight line |
| Computer, software and peripheral equipment | - | 3 years straight line |

At each reporting date, the Group reviews the carrying amounts of its tangible assets to determine whether there is any indication that those assets have suffered an impairment loss. An asset's carrying amount is written down immediately to its recoverable amount (higher of an asset's fair value less costs to sell and value in use) if the asset's carrying amount is greater than its estimated recoverable amount. Gains and losses on disposals are determined by comparing the proceeds with the carrying amount and are recognised within the consolidated income statement.

### 2.9   Trade payables

Trade payables are either obligations to pay for goods and services that have been acquired in the ordinary course of business from suppliers or transaction obligations for amounts due to end customer.

Trade payables are recognised initially at fair value and subsequently measured at amortised cost using the effective interest method.

Trade payables are classified as current liabilities if settlement is due within one year or less.  If not, they are presented as non-current liabilities.

### 2.10   Foreign currency translation

(a) Functional and presentation currency

Items included in the financial statements of each of the Group's entities are measured using the currency of the primary economic environment in which the entity operates ('the functional currency'). The consolidated financial statements are presented in U.S. Dollars ($), which is the Company's and the Group's functional and presentational currency.
The exchange rate as of December 31, 2021 and 2020 from British Pound ("GBP") to United States Dollars ("USD") was: GBP= 1.35148 USD and GBP=1.366 USD.

The exchange rate as of December 31, 2021 and 2020 from New Israeli Shekel ("NIS") to United States Dollars ("USD") was: NIS= 0.32154 USD and NIS= 0.31104 USD.

The exchange rate as of December 31, 2021 and 2020 from EUR to United States Dollars ("USD") was: EUR= 1.1318 USD and EUR= 1.22678 USD.

(b) Transactions and balances

Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions or valuation where items are re-measured. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation to year-end exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in the income statement.

23

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS (GROUP AND COMPANY) (continued)**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

## 2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES AND ESTIMATES (CONTINUED)

### 2.10 Foreign currency translation (continued)

The assets and liabilities of foreign operations are translated to the Group's presentational currency at foreign exchange rates ruling at the reporting date. Exchange differences arising from this translation of foreign operations are taken directly to the foreign exchange reserve.

The income and expenses of foreign operations are translated at an average rate for the year where this rate approximates to the foreign exchange rates ruling at the dates of the transactions.

### 2.11    Taxation

The tax expense for the period comprises current and deferred tax.

Current income tax is recognised based on the amounts expected to be paid or recovered under the tax rates and laws in the countries where the Company and its subsidiaries operate and generate taxable income at the reporting date.

Deferred income tax is provided in full, using the liability method, on temporary differences that arise between the
carrying amounts of assets and liabilities for financial reporting purposes and their corresponding tax base. A temporary difference is a taxable temporary difference if it will give rise to taxable amounts in the future when the asset or liability is settled. Deferred income tax is determined using tax rates and laws that have been enacted or
substantively enacted by the reporting date and are expected to apply when the related deferred income tax asset
is realised, or the deferred income tax liability is settled.

Deferred tax assets are recognised to the extent that it is probable that future taxable profits will be available against which the asset can be offset. Deferred tax assets and liabilities recognised are not discounted. Current tax assets and liabilities are shown separately on the face of the statement of financial position. Deferred taxation assets and liabilities are offset when there is a legally enforceable right to offset taxation assets with taxation liabilities.

A Deferred tax asset for the carry forward tax losses was not recognised as there is not sufficient evidence to support the utilisation of these tax losses.

### 2.12    Share based compensation

The Group makes share-based payments to certain employees. The Group measured and recognize the compensation expense based on estimated fair values for all share-based payment awards made to employees and directors.

The Group estimate the fair value of equity-based payment awards on the date of grant using an option-pricing model. The value of the portion of the award that is ultimately expected to vest is recognized as an expense over the requisite service periods in the Company's consolidated statements of operations, based on the accelerated attribution method.

### 2.13  Share capital

Ordinary and preferred shares are classified as equity.

Incremental costs directly attributable to the issue of new ordinary shares or options are shown in equity as a deduction, net of tax, from the proceeds.

24

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS (GROUP AND COMPANY) (continued)**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

**2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES AND ESTIMATES (CONTINUED)**

**2.14  Provisions and contingencies**

Provisions are recognised when the Group has a present legal or constructive obligation as a result of past events and it is probable that an outflow of resources will be required to settle the obligation; and if the amount can be reliably measured.  If the obligation cannot be reliably measured, it is classified as a contingent liability.

**2.15  Critical accounting judgements and estimates**

The preparation of the financial statement requires the use of accounting estimates which, by definition, will seldom equal the actual results. Significant estimates and judgement include:

(i)      Revenue recognition: The Group's revenue recognition policies require it to make significant judgments and estimates. In applying its revenue recognition policy, The Group must determine which portions of its revenue are recognized at a point in time (generally product revenue) and which portions must be deferred and recognized over time (generally services and support revenue). The Group analyses various factors including, but not limited to, the selling price of undelivered services when sold on a stand-alone basis, the creditworthiness of its customers, and contractual terms and conditions in helping the Group to make such judgments about revenue recognition. Changes in judgment on any of these factors could materially impact the timing and amount of revenue recognized in a given period;

(ii)      Stock based compensation: the Group selected the Black-Scholes-Merton option-pricing model as the most appropriate method for computing the fair value of its share-based awards, using the standard parameters established in that model including estimates relating to the fair value of its ordinary shares, volatility, estimated life of the instruments, risk-free interest rates and dividends yield Any changes  to these factors and assumptions can affect the  estimate of fair value of stock-based compensation and, consequently, the related expense recognized;

(iii)      Financial asset at FVTPL – see note 7 and 17.

**2.16   Cash and cash equivalents**

Cash is defined as cash in hand and on demand deposits. Cash equivalents are defined as short term, highly liquid investments with original maturities of three months or less.

**2.17   Trade receivables**

Trade receivables are amounts due from customers for goods sold or services performed in the ordinary course of business. They are generally due for settlement within 30-60 days and are therefore all classified as current. Trade receivables are recognised initially at the amount of consideration that is unconditional, unless they contain significant financing components, when they are recognised at fair value. The group holds the trade receivables with the objective of collecting the contractual cash flows and therefore measures them subsequently at amortised cost using the effective interest method.

**2.18   Financial instruments**

The fair value of financial instruments that are not traded in an active market is determined using valuation techniques. The Group uses its judgement to select a variety of methods and make assumptions that are mainly based on market conditions existing at the end of each reporting period.

25

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS (GROUP AND COMPANY) (continued)**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

**3. RISK MANAGEMENT**

**3.1    Financial Risk Management**

**Exchange Rate Risk**

Some of the Group's assets and liabilities are affected by fluctuations in the exchange rate primarily between the U.S. dollar and the New Israeli Shekels ("NIS") and to a lesser extent between the U.S. dollar and the Euro and GBP.

As of December 31, 2021, the Group's total assets and liabilities linked to the NIS amounted to $2,866 thousands and $3,515 thousands, respectively. A 10% depreciation of the dollar in relation to the NIS would cause an exchange gain of $72 thousands (2020: loss of $72 thousands).

As of December 31, 2021, the Group's total assets and liabilities linked to the Euro amounted to $811 thousands and $62 thousands, respectively. A 10% depreciation of the dollar in relation to the Euro would cause an exchange rate income of $83 thousands. (2020: income of $150 thousands).

**Interest Rate Risk**

The Group invests in cash, cash equivalents and bank deposits. Market interest rate changes increase or decrease the interest income the Group generates from these interest-bearing assets.

**Liquidity Risk**

Prudent liquidity risk management implies maintaining sufficient cash and cash equivalent to meet obligations when due and to close out market positions. At the end of the reporting period the group held deposits at call of $3,698 thousand (2020: $9,750 thousand) that are expected to readily generate cash inflows for managing liquidity risk.

**3.2    Capital risk management**

The group's objectives when managing capital are to:
* safeguard their ability to continue as a going concern, so that they can continue to provide returns for shareholders and benefits for other stakeholders; and
* maintain an optimal capital structure to reduce the cost of capital.
* In order to maintain or adjust the capital structure, the group might adjust the amount of dividends paid to shareholders, return capital to shareholders, issue new shares or sell assets to reduce debt.

Currently, the Group does not have any debt and is debt-free and has not paid any dividend as it loss making.

The Group has only ordinary and preferred shares and no additional capital that require risk management (Note 15)

**3.3    Credit risk management**

Financial instruments that subject the Group to concentrations of credit risk consist primarily of cash, cash equivalents and restricted cash, which are deposited in major UK, Israeli and American financial institutions. Management believes that these financial institutions are financially sound and there is no significant risk.

Customers risk control assesses the credit quality of the customer, taking into account its financial position, past experience and other factors. Individual risk limits are set, based on internal or external ratings, in accordance with limits set by the board. The compliance with credit limits by customers is regularly monitored by line management.

26

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS (GROUP AND COMPANY) (continued)**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

**3. RISK MANAGEMENT (CONTINUED)**

**3.3    Credit risk management (continued)**

The Company maintains allowance for estimated losses resulting from the inability of the Group's customers to make required payments. Allowance of expected credit losses represents the current estimate of lifetime expected credit losses over the remaining duration of existing accounts receivable considering current market conditions and supportable forecasts when appropriate. The estimate is a result of the Group's ongoing evaluation of collectability, customer creditworthiness, historical levels of credit losses and future expectations.

The allowance of expected credit losses was not material for the periods presented.

**4. OPERATING EXPENSES**

Operating expenses is stated after charging/(crediting):

|  | Group 2021 | Group 2020 |
|---|---|---|
| Salaries and related expenses including share-based payments | 17,486 | 17,052 |
| Fair value unrealised gain on investments | - | (864) |
| Provision for bad debt | 58 | - |
| Depreciation of right of use assets | 516 | 518 |
| Depreciation | 307 | 339 |
| Fees payable to the Company's auditors and their associates for the audit of parent company and consolidated financial statements | 169 | 55 |
| Fees payable to the Company's auditors for other services | 6 | 9 |
| Fees payable to the Company's auditors associates for the audit of the Company's subsidiaries | 10 | 24 |
| Fees payable to the Company's auditors associates for other services | 13 | 13 |

Average monthly number of persons employed by the Group per activities, was:

|  | Group 2021 | Group 2020 |
|---|---|---|
| Operation | 10 | 9 |
| Research and development | 55 | 59 |
| Sales and marketing | 33 | 27 |
| General and administrative | 16 | 14 |
| Total | 114 | 109 |

Employment costs for all the above employees, including directors, were:

|  | Group 2021 | Group 2020 |
|---|---|---|
| Wages and salaries | 16,049 | 13,330 |
| Social security costs | 617 | 2,756 |
| Share based payments | 820 | 966 |
| Total | 17,486 | 17,052 |

27

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS (GROUP AND COMPANY) (continued)**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

**5.  DIRECTORS' EMOLUMENTS**

Total emoluments in respect of all directors of the Group and Company are:

|                            | 2021 | 2020 |
|----------------------------|------|------|
| Salaries and related expenses | 379  | 375  |
| Share based payments       | 43   | 22   |
| Total                      | 422  | 397  |

The board of directors are considered to be key management personnel.

During the year the highest paid director received aggregate emoluments (salaries and related expenses only) of $379 (2020 - $375).

**6.  INCOME TAX EXPENSE**

**(a) Tax on loss on ordinary activities**

|                   | Group 2021 | Group 2020 |
|-------------------|------------|------------|
| **Current tax**   |            |            |
| Overseas tax      | 105        | 108        |
| Local tax         | 7          | (21)       |
| **Total tax expense** | 112    | 87         |

Overseas tax is calculated based on net profit in the entities and the local tax statutory rules and rates.

The Israeli subsidiary carry forward losses for tax purposes are approximately $64.5 million (2020 – $58 million). No deferred tax asset has been recognised in the year.

**(b) Factor affecting tax charge for the year**

The tax assessed for the year is lower than the standard rate of corporation tax in the UK of 19%. The differences are explained below:

|                                                                                  | Group 2021 | Group 2020 |
|----------------------------------------------------------------------------------|------------|------------|
| **Loss on ordinary activities before tax**                                       | (11,137)   | (11,387)   |
| Loss before tax on ordinary activities multiplied by standard rate of corporation tax in the UK of 19% (2020:19%) | (2,116)    | (2,164)    |
| Effects of:                                                                      |            |            |
| Expenses not deductible for tax purposes                                         | 156        | 73         |
| Unrelieved tax losses carried forward                                            | 1,868      | 2,127      |
| Overseas tax rate higher than UK corporate tax rate                              | (104)      | 58         |
| Other differences leading to increase (decrease) in tax                          | 308        | (7)        |
| **Total tax expense**                                                            | 112        | 87         |

28

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS (GROUP AND COMPANY) (continued)**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

### 7. FINANCIAL ASSET AT FVTPL

In December 2015, the Company invested $2,000 in a privately-held company. As of the investment date and as at 31 December 2020 the Company holds insignificant holdings in this company's equity.

Financial assets that are within the scope of IFRS 9 are required to be subsequently measured at fair value on the basis of the Group's business model for managing financial assets. The Group measured the investment in the unlisted securities on fair value through profit or loss. Due to unavailability of observable data inputs as at balance sheet date, the investment has been carried on the prior year fair value which was based on Series C funding round held in February 2021. This is determined to be a level 2 financial asset.

### 8. PROPERTY, PLANT AND EQUIPMENT

| | Computer, software and peripheral equipment | Leasehold improvement | Office furniture and equipment | Total |
|---|---|---|---|---|
| **Group** | | | | |
| **Cost** | | | | |
| **At 1 January 2020** | 1,304 | 344 | 161 | 1,809 |
| Additions | 247 | - | 2 | 249 |
| **At 31 December 2020** | 1,551 | 344 | 163 | 2,058 |
| Additions | 113 | 2 | (28) | 87 |
| **At 31 December 2021** | 1,664 | 346 | 135 | 2,145 |
| | | | | |
| **Accumulated depreciation** | | | | |
| **At 1 January 2020** | 770 | 312 | 39 | 1,121 |
| Charge for the year | 308 | 12 | 19 | 339 |
| **At 31 December 2020** | 1,078 | 324 | 58 | 1,460 |
| Charge for the year | 320 | 3 | (16) | 307 |
| **At 31 December 2021** | 1398 | 327 | 42 | 1767 |
| | | | | |
| **Net book value** | | | | |
| **At 31 December 2021** | 266 | 19 | 93 | 378 |
| At 31 December 2020 | 473 | 20 | 105 | 598 |

### 9. LEASES

The Company applies IFRS16 for two of its lease agreements, for the premises used by its Israeli Subsidiary. Both leases are classified as operating leases in accordance with the standard.

In November 2019, the Israeli Subsidiary signed a lease agreement for office space in the Southern area. The one-year lease included an option provision for an additional year, for which the Company determined that its exercise is reasonably certain. The monthly lease payments are approximately $5 thousand, including a maintenance fee.

In January 2020, the Israeli Subsidiary signed an additional lease agreement for office and parking spaces in the Central area. The two-year lease included an option provision for an additional year, for which the Company determined that its exercise is not reasonably certain. The monthly lease payments are approximately $40 thousand, including a maintenance fee. The lease payments are denominated in NIS and are linked to the consumer price index (CPI).

The Company's operating lease expenses are recognized on a straight-line basis. Operating lease cost and cash payments for the twelve months ended December 31, 2021 and 2020, were as follows:

29

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS (GROUP AND COMPANY) (continued)**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

**9. LEASES (continued)**

|  | Group 2021 | Group 2020 |
|---|---|---|
| Cash payments for operating leases | 497 | 550 |
| Operating lease cost | 484 | 564 |
| Short term lease costs* | 301 | 226 |
| Right-of-use assets obtained in exchange for new operating lease liabilities | 169 | 913 |

\* Short term lease costs relate to leases under the practical expedient regarding leases for under 12 months in Voyager Analytics Inc.

The right of use asset relates to the lease for the office premises. The carrying value of the right of use asset as at 31 December 2021 is $161 (2020: $508). The depreciation on the right of use asset for the year ended 31 December 2021 was $516 (2020: $518)."

Future maturities of the Israeli Subsidiary's operating lease liabilities are approximately $198 thousand in 2021 (2020: $538).

| Lease liabilities | 31 December 2021 | 31 December 2020 |
|---|---|---|
| **Current** | 78 | 522 |
| **Non-Current** | 110 | - |
| **Present value of lease liabilities** | 188 | 522 |
| **Imputed interest** | 10 | 16 |
| **Future maturities** | 198 | 538 |

**10. INVESTMENT IN SUBSIDIARY UNDERTAKINGS**

The Company holds the entire issued share capital (both direct and indirect) of the following companies:

| Company name | Country of incorporation | Address | Percentage Shareholding | Principal Activity |
|---|---|---|---|---|
| Bionic 8 Analytics Ltd | Israel | 6 Hacharash St. Hod Hasharon | 100% | Research, development and sales and marketing |
| Voyager Analytics, Inc. | United States of America | 11200 Rockville Pike, North Bethesda, MD  20852 | 100% | Sales and marketing |
| Novarize, Inc. (indirect holding) | United Stated of America | 11200 Rockville Pike, North Bethesda, MD  20852 | 100% | Sales and marketing |

30

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS (GROUP AND COMPANY) (continued)**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

**10.  INVESTMENT IN SUBSIDIARY UNDERTAKINGS (continued)**

All subsidiary undertakings have been included in the consolidated and Company financial statements.

|  | Company 2021 | Company 2020 (Restated) |
|---|---|---|
| Beginning of year – restated (Noted 2.3 (a)) | 58,520 | 40,404 |
| Additions in year | - | 17,150 |
| Effects of share-based payment transactions |  |  |
| - Impact of restatement (Note 2.3(a)) | -- | 966 |
| - Contribution made during the year | 820 | - |
| End of year | 59,340 | 58,520 |

The Company believes that the value of the Investment is supported by the recoverable amount of Bionic 8 Analytics Ltd.

**11.  CASH USED IN OPERATIONS**

|  | Group 2021 | Company 2021 | Group 2020 | Company 2020 |
|---|---|---|---|---|
| **Group** |  |  |  |  |
| (Loss) / profit before income tax | (11,137) | (1,039) | (11,387) | 693 |
| Adjustments for: |  |  |  |  |
| Depreciation | 307 | - | 339 | - |
| Depreciation of right of use assets | 516 | - | 518 | - |
| Share based payments | 820 | - | 966 | - |
| Changes in working capital: |  |  |  |  |
| Increase in trade and other receivables | (6,232) | (6,912) | (999) | (1,522) |
| Accrued severance pay | 68 | - | 31 | - |
| Increase in trade and other payables | 4,095 | 3,062 | 383 | 240 |
| Unrealised gain on investments | - | - | (864) | (864) |
| **Cash used in operations** | **(11,563)** | **(4,889)** | **(11,013)** | **(1,453)** |

**12.  TRADE AND OTHER RECEIVABLES**

|  | Group 31 December 2021 | Company 31 December 2021 | Group 31 December 2020 | Company 31 December 2020 |
|---|---|---|---|---|
| Trade receivables, net | 2,215 | 404 | 625 | - |
| Unbilled receivables | 5,363 | 405 | 1,494 | 468 |
| Amounts owed by Group undertaking | - | 30,659 | - | 24,284 |
| Contract assets and prepaid expenses | 1,781 | 697 | 508 | 149 |
| Other receivables | 517 | 128 | 1,017 | 480 |
| **Total** | **9,876** | **32,293** | **3,644** | **25,381** |

*Net of allowances of $58 as of December 31, 2022.

31

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS (GROUP AND COMPANY) (continued)**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

### 13.  TRADE AND OTHER PAYABLES

| | Group 31 December 2021 | Company 31 December 2021 | Group 31 December 2020 | Company 31 December 2020 |
|---|---|---|---|---|
| Trade payables | 2,895 | 56 | 1,398 | 6 |
| Amounts owed to Group undertaking | - | 3,720 | - | - |
| Payable to employees | 3,388 | - | 2,172 | - |
| Contract liabilities * | 2,357 | 255 | 2,976 | 1,151 |
| Accrued expenses | 359 | 77 | 484 | 53 |
| **Total** | **8,999** | **4,108** | **7,030** | **1,210** |

\* Total gross contract liabilities as of December 31, 2021 amounted to $6,554 (December 31, 2020 - $3,997). The increase in contract liabilities is on account receipt of advance from customers on account of sales contracts during the year.

### 14.  Other long-term liabilities

**Accrued severance pay**

Israeli labour law generally requires payment of severance pay upon dismissal of an employee or upon termination of employment in certain other circumstances. The Company's pension and severance pay liability to certain employees is covered mainly by purchase of insurance policies. Pursuant to section 14 of the Severance Compensation Act, 1963 ("section 14"), most of the Company's employees are entitled to monthly deposits, at a rate of 8.33% of their monthly salary, made in their name with insurance companies. Payments in accordance with section 14 relieve the Company from any future severance payments in respect of those employees and as such the Company may only utilize the insurance policies for the purpose of disbursement of severance pay. The Company has recorded a severance pay liability for the amount that would be paid if certain of its employees were terminated at the balance sheet date, in accordance with Israeli labour law. This liability is computed based upon the number of years of service multiplied by their monthly salary. Accrued severance pay for the Group as of 31 December 2021 and 2020 were $291 and $223 respectively.

**Non-current contract liabilities**

These contract liabilities represents advance received from customers and are not expected to be settled in next 12 months amounting to $2,223 (2020: Nil).

### 15.  SHARE CAPITAL AND SHARE PREMIUM

a.      The Company issued 4,515 preferred A-3 shares 3,408 preferred A-2 shares and 2,634 preferred A-1 shares in consideration of $74,997, $19,997 and $5,000 on April 2015, September 2014 and February 2014, respectively.

The total consideration from those issuances, net of issuance costs, amounted to $99,572 thousands.

b.      In September 2015 the Company issued bonus shares, such that each current shareholder that hold one share, received additional 999 shares from the same type.

32

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS (GROUP AND COMPANY) (continued)**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

### 15. SHARE CAPITAL AND SHARE PREMIUM (continued)

c.      The Company's capital consisted of the following as of 31 December, 2021 and 2020:

| | Authorized capital | | Fully paid and issue | |
|---|---|---|---|---|
| | 31 December | | 31 December | |
| | 2021 | 2020 | 2021 | 2020 |
| | Number of shares | | Number of shares | |
| A Preferred Shares of £0.001 each | 5,700,000 | 5,700,000 | 5,700,000 | 5,700,000 |
| A-1 Preferred Shares of £0.001 each | 2,634,000 | 2,634,000 | 2,634,000 | 2,634,000 |
| A-2 Preferred Shares of £0.001 each | 3,408,000 | 3,408,000 | 3,408,000 | 3,408,000 |
| A-3 Preferred Shares of £0.001 each | 4,515,000 | 4,515,000 | 4,515,000 | 4,515,000 |
| B Ordinary Shares of £0.001 each | 4,300,000 | 4,300,000 | 4,300,000 | 4,300,000 |
| C Ordinary Shares of £0.001 each | 2,284,111 | 2,284,111 | 1,000,989 | 918,341 |
| | 22,841,111 | 22,841,111 | 21,557,989 | 21,475,341 |

Par value of the company fully paid and issue shares in U.S. Dollars in thousands as of December 31, 2021 and 2020:

| | 31 December | |
|---|---|---|
| | 2021 | 2020 |
| A Preferred Shares of £0.001 each | 9 | 9 |
| A-1 Preferred Shares of £0.001 each | 4 | 4 |
| A-2 Preferred Shares of £0.001 each | 5 | 5 |
| A-3 Preferred Shares of £0.001 each | 7 | 7 |
| B Ordinary Shares of £0.001 each | 6 | 6 |
| C Ordinary Shares of £0.001 each | 2 | 1 |
| | 33 | 32 |

d.      The preferred shares listed above carried certain preferential rights to conversion, dividends rights, liquidation preferences and voting rights over certain corporate actions.

### 16. COMPANY RELATED PARTY TRANSACTIONS

The Company has elected the exemption not to disclose transactions entered into with other entities in which 100% of the share capital of such entities are held within the Group.

For directors' emolument see Note 5.

During the year the Company incurred the following related party transactions with its Group companies:

| Receivables Balances | Company 31 December 2021 | Company 31 December 2020 |
|---|---|---|
| Bionic 8 Analytics Ltd | 30,659 | 24,322 |

| Payables Balances | Company 31 December 2021 | Company 31 December 2020 |
|---|---|---|
| Bionic 8 Analytics Ltd | 3,720 | 38 |

33

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS (GROUP AND COMPANY) (continued)**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

**16. COMPANY RELATED PARTY TRANSACTIONS (continued)**

The Company, in the ordinary course of business, entered into distribution agreement and management services with Bionic 8 Analytics. These transactions are under terms that are no less favourable to the Group than those arranged with third parties. Total services from Bionic 8 Analytics Ltd during the year ended 31 December, 2021 amounted of $ $3,720 (31 December 2020 – $5,609).

**17. FAIR VALUES OF FINANCIAL INSTRUMENTS (Group and Company)**

Financial instruments comprise financial assets and financial liabilities.
Financial assets consist of bank balances and Trade and Other receivables. Financial liabilities consist of Trade and Other payables and amounts due to related parties.

All financial assets and financial liabilities have been recognised at their carrying values which are not materially different to their fair values. None of the financial assets and financial liabilities need to be impaired.

The fair value of the financial assets and liabilities are included at the amount at which the instrument could be exchanged in a current transaction between willing parties, other than in a forced or liquidation sale.

The carrying amounts of cash and cash equivalents, trade receivables and trade payables approximate their fair value due to the short-term maturity of such instruments.

The following table categorises the carrying value of the financial assets and liabilities at the balance sheet date all of which are held at amortised cost. In each case, the fair value is not materially different to the carrying value.

|  | Group 31 December 2021 | Company 31 December 2021 | Group 31 December 2020 | Company 31 December 2020 |
|---|---|---|---|---|
| **Financial assets** |  |  |  |  |
| Trade and other receivables | 7,728 | 31,522 | 3,136 | 25,232 |
| Cash and cash equivalents | 11,701 | 5,514 | 23,300 | 9,778 |
| Financial assets at FVTPL | 2,864 | 2,864 | 2,864 | 2,864 |
|  | 22,293 | 39,900 | 29,300 | 37,874 |
| **Financial liabilities** |  |  |  |  |
| Trade and other payables | 6,642 | 3,853 | 4,054 | 59 |
| Lease liabilities | 188 | - | 522 | - |
|  | 6,830 | 3,853 | 4,576 | 59 |

The following table categorises the carrying value of the financial assets at the balance sheet date all of which are held at fair value through profit or loss. The asset is classified as a level 2 financial asset.

|  | Group and Company | |
|---|---|---|
|  | 31 December 2021 | 31 December 2020 |
| Financial asset at FVTPL | 2,864 | 2,864 |

34

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS (GROUP AND COMPANY) (continued)**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

## 18. SHARE BASED PAYMENTS

The Company has adopted a share option plan on February 27, 2013, which was amended in February 2016, in favour of employees of and consultants to the Company and any of its subsidiary undertakings in respect of options over C Shares.

The Company has reserved 2,284,111 shares for issuance under the Option Plan, as amended.

Share option grants generally vest over a four-year period and generally have contractual terms of ten years.

The following table summarizes share option activity for the years ended 31 December 2021 and 2020, including adjustment derives from the stock dividend, as mentioned in Note 15b:

| | Number of options | Weighted average exercise price ($) |
|---|---|---|
| Options outstanding as of 1 January 2020 | 861,458 | 7.050 |
| Granted | 118,743 | 8.880 |
| Exercised | (1,167) | 6.340 |
| Forfeited | (183,987) | 7.334 |
| Options outstanding as of 31 December 2020 | 795,047 | 7.259 |
| Granted | 297,730 | 10.320 |
| Exercised | (82,648) | 7.539 |
| Forfeited | (157,033) | 8.649 |
| Options outstanding as of 31 December 2021 | 853,096 | 8.044 |

Options exercisable as of 31 December 2021 amount to 389,391 (31 December 2020 – 343,278).

The fair value of option granted was estimated using the Black-Scholes option-pricing model. The assumptions used to value options granted during 2021 and 2020 was as follows:

| Assumptions: | 2021 | 2020 |
|---|---|---|
| Risk-free interest rate | 0.71%-1.21% | 0.29%-0.41% |
| Expected term (in years) | 6.25 | 6.25 |
| Dividend yield | 0% | 0% |
| Volatility | 76.40% | 49.50% |
| Average fair value market | $10.5 | $8.88 |

Share based compensation expenses totalled to $820 thousands and $966 thousands for the years ended on 31 December 2021 and 2020, respectively.

The proceeds received net of any directly attributable transaction costs are credited to share capital (nominal value) and share premium when the options are exercised.

## 19. CONTROLLING PARTY

The Company is owned by a number of private shareholders and companies, none of whom own a significant proportion of the issued share capital of the Company. Accordingly, there is no parent entity nor ultimate controlling party in which the company's results are consolidated.

35

DocuSign Envelope ID: 858A8348-00CB-41B1-9668-E8E044E8D10F

**VOYAGER LABS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS (GROUP AND COMPANY) (continued)**
FOR THE YEAR ENDED 31 DECEMBER 2021 (U.S. Dollars in thousands)

**20.  SUBSEQUENT EVENT**

**Bank Loan**

On April 14, 2022 (hereafter – agreement date), the Israeli Subsidiary entered into an agreement with an Israeli bank, under which the bank shall provide a credit line of up to $12 million which may be withdrawn in one or more drawdowns (the credit line shall expire within 364 days from agreement date), the repayment period will be 36 months from the date of the first drawdown. Amounts drawn shall bear an interest rate of 6% per annum, plus Secured Overnight Financing Rate ("SOFR"). Under the agreement, the Group must have a deposit amounting to at least 50% of the credit line's current maturities, including accumulated interest, in accordance with the amortization schedule, with principal repayments commencing from December 2022.

The Group withdrew the full $12 million principal amount between May and September 2022.

**Litigation and claims**

On January 12, 2023, Meta Platforms, Inc. filed a complaint in the U.S. District Court for the Northern District of California, asserting breach of contract against Voyager Labs Limited.  In its Complaint, Meta alleges that Voyager Labs Limited has violated the Facebook Terms of Service, the Instagram Terms of Service, and the Meta Commercial Terms of Use.  In addition to permanent injunctive relief, Meta seeks an unspecified amount of damages for investigative costs and a disgorgement of profits.  At this early stage of the litigation, it is not possible to estimate Meta's likely monetary recovery if it were to prevail.   Voyager Labs Limited intends to vigorously defend against Meta's Complaint, which it believes lacks merit.

36

# EXHIBIT 2

# VoyagerAnalytics

### Investigate in depth

Request Demo     Watch Video

## Understand human behavior from unstructured data

Every day, an immense amount of publicly available, unstructured data is produced on the open, deep, and dark web. The ability to gain immediate and actionable insights from this vast amount of data is critical for any investigation.

VoyagerAnalytics is an AI-based analysis platform, designed to analyze massive amounts of unstructured open, deep, and dark web data, as well as internal data, in order to reveal actionable insights.

The platform enables investigators to uncover social whereabouts and hidden connections between entities and focus on the most relevant leads and critical pieces of information from an ocean of unstructured data.



### AI-driven automation

Simplify data gathering, analysis and smart visualization that would take months to handle. It presents the most relevant and important information in near real-time, saving resources normally spent retrieving, processing, and analyzing vast amounts of unstructured data.



### Simplicity and speed of use

No advanced data preparation or infrastructure required. Offers a visual and intuitive interface - accessible to all users. Simple and quick to deploy, automatically processed insights are displayed in a visual manner in minutes.



### Harness publicly available data in near real-time

Extract insights from unstructured data from a wide variety of sources within the open, deep, and dark web as well as internal data. Use these insights to enrich existing leads and, uncover new leads.



### Integration to existing database

Fuse with existing data repositories or external databases. Easy discovery of new entities which share common attributes within the data repositories.


Request Demo

---



**Platforms**
VoyagerInsights
VoyagerAnalytics
VoyagerCheck
VoyagerVision

**Solutions by Industry**
U.S. Public Sector
National Security
Law Enforcement
Corporate Security
Financial Services

**Solutions by Challenge**
Criminal Investigations
Organized Crime
Counter-terrorism
Narcotics Interdiction
Anti-trafficking
Fraud
Insider Threat
Border Security
Financial Crime

**Company**
About us
Careers
News & Events
Privacy Policy
Blog
Contact Us

 

Exhibit 2, Page 1

Page URL: https://www.voyager-labs.com/platforms/voyageranalytics/

# EXHIBIT 3



# LAPD
# VoyagerAnalytics Trial Highlights

Prepared for: LAPD
Date: 9/18/2019



Exhibit 3, Page 1





# LAPD Usage Stats & Feedback

Exhibit 3, Page 2

# LAPD Pilot Usage Statistics

- Logins across 16 users (Training through Sept 13th): **391**

- Total Queries: **630** (Created: 584, Updated: 46)

- Profile Queries: **517** (Created: 488, Updated: 29)

- Topic Queries: **93** (Created: 76, Updated: 17)

- Warrants uploaded and analyzed: **87**

- Views of warrant messages: **2,422**

- Approximate number of warrant messages parsed and ready for quick analysis in the system: **12,876**



[1] Based on average number of warrant messages

Confidential
Exhibit 3, Page 3

3

# Weekly Queries by User Sample

| USER | User 1 | User 2 | User 3 | User 4 | Total Count |
|------|--------|--------|--------|--------|-------------|
| Week 1 (July 10-20) | 11 | 2 | 2 | 7 | **22** |
| Week 2 (July 21-27) | 51 | 4 | 1 | 16 | **72** |
| Week 3 (July 28-Aug 3) | 82 | 1 | 1 | 8 | **92** |
| Week 4 (Aug 4-10) | 53 | | | 2 | **55** |
| Week 5 (Aug 11-17) | 43 | 2 | 12 | 8 | **65** |
| Week 6 (Aug 18-24) | 62 | | 22 | | **84** |
| Week 7 (Aug 25-31) | 53 | | | 5 | **58** |
| Week 8 (Sept 1-7) | 2 | | 3 | | **5** |
| Week 9 (Sept 8-13) | 15 | 1 | | 2 | **18** |
| **Total** | **372** | **10** | **41** | **48** | **471** |



# LAPD User Quotes

*"Voyager dramatically reduces the time it takes to analyze all of this data and extract actionable/pertinent information."*

*"The most significant benefit to utilizing Voyager during this period was time/cost savings in contrast to performing the same work manually."*

*"Able to identify a few new targets in a much easier to read format"* and *"able to process warrants returns much faster which were much easier to read"*

*"Saved time with a 10,000+ page warrant return"*

*"Voyager helps investigative support staff quickly produce analytic products for decision makers and case presentations."*



Confidential

5

Exhibit 3, Page 5





# Use Cases

Exhibit 3, Page 6

# Examples of Use Cases Provided by Users

- LAPD officer down/murder investigation ███████████

- █████ gang murder series

- Protective intelligence for County, City, & Department VIPs

- Real-time tactical intelligence ████████████ on Rampart 187

- █████████████ murders and other South Bureau violent crime series

- Hate group topics ██████████████████

- ████████ homicide involving active shooter ████████████

- ██████████ gang officer down investigation







# Future Capabilities

# Feedback

○ **Demonstrated Value (mid-pilot)**

- **Time / Cost Savings**
- **Significant new insights** (i.e. "Examination of criminal networks at scale")
- **Presentation** to Command; Collaboration with colleagues & prosecutors

○ **Opportunity for Increased Value**

- **Profile Finder -** Comprehensive plan for a short-term delivery (internal development and 3rd party integrations)
- **Topic Query -** Roadmap: Expanded capabilities for real-time events, advanced AI analytics for results filtering

○ **Requests**

- Ability to Upload Previous Facebook Warrants/IG Warrants **-** delivered
- Active Persona **–** supported for Facebook, Instagram, Telegram
- Batch Upload **–** supported



○ Confidential
3

# VoyagerAnalytics 2019-20 Timeline





Confidential

Exhibit 3, Page 10

13

# Voyager**Analytics** 2019-2020 Timeline

- Enhanced Profile Reporting
- Instagram Warrant**
- Profile Finder Conversion Improvements
- Profile Finder results for Telegram and TrueCaller
- Profile Finder for Instagram based on name & photo
- Group Creation Improvements

- Identity Merger – unified analysis of individual's multiple profiles
- Temporal Activity Analysis
- Inferred Geo-Location Analysis
- Object Recognition
- AI based Semantic Search in Posts
- Generic collector from Open Web

| Oct 19 | V5.5 | Dec 19 | V5.6 | Mar 20 | V6.0 | Jun 20 | V6.1 |

- Enhanced & Personalized Queries UI
- Dark Web Search
- SinaWeibo Profile Analysis
- Scheduled Batch Upload
- Profile Finder: VK, Conversion Improvements, Additional data on target
- Comprehensive Topic for real-time events

- Case Management
- Identity Merger – automatic identification
- AI-based Documents Analysis
- Identification by photo of targets
- Instagram Private Profile Collection


Voyager Labs

** Development accelerated to meet customer need during pilot

Confidential
Exhibit 3, Page 11

13

# Confirmation of LAPD Feedback & Voyager Value Provided

- Identification of new targets and investigations to known networks

- Network Preservation

- Collaboration and Expansion of Evidence for each case

- Anonymous Collections and analytic environment for research

- Fast-tracking warrant process and cutting down time



# *"Social Media is the new 21st Century Crime Scene"*

### *~NYPD Commissioner James P. O'Neill '19*



Confidential

13





Q&A

Exhibit 3, Page 14

# VoyagerAnalytics<sup>TM</sup>

## AI-Driven In-Depth Analysis Platform –
## Pricing Proposal
## June 2020

Pricing Table:

| Item | Description | Cost | 1 Year Contract 35% Discount | | 3 Year Contract 50% Discount |
|------|-------------|------|------|---|------|
| | Full Retail Pricelist | | | | |
| VA | VoyagerAnalytics software annual license, enabling collection and analysis of publicly available data from social media, open and dark web. License includes 13,250 annual queries (up to 50 queries per day) and Genesis license (parsing social media warrants) with capacity of 150 files per month (5G files) | 705,000 | $ | | $ 394,800 |
| PF | Profile Finder enables target/lead acquisition by identifying relevant social media URLs. License includes 18,250 annual queries (and up to 50 queries per day) | 54,750 | $ | | $ 30,660 |
| Users | 25 User licenses (unique password/concurrent usage) | 50,000 | $ | | $ 28,000 |
| Active Persona | | $ 17,400 | $ | - | $ - |
| Group TNT | | $ 11,600 | $ | - | $ - |
| Updates/Alerts | | $ 29,000 | $ | - | $ - |
| Media Storage | | $ 11,600 | $ | - | $ - |
| | Total | 879,350 | $ | | $ 453,460 |

Notes:

1. The 3-year contract represents total savings of $1,277,670 during the contract period

2. $80,782 (3-year annual total) of reseller administrative fees removed from previous proposal

3. Voyager Labs will enable data migration from system that was used during the 4-month trial at no additional cost

4. Voyager Labs will provide 20 days of professional services ($30,000) at no additional cost if agreement is signed by 8.30.2020. Services include additional requested training and/or intelligence analysts' consultation services

5. All premium features were included at no additional cost

6. Deployment includes 2 days of standard training

7. Above pricing is for a cloud-based system

8. The above pricing proposal is subject to Voyager Labs' standard Terms & Conditions, available upon request

9. Prices are in US Dollar. Payment terms are Net 30 after invoicing

10. Above pricing valid for a direct acquisition by LAPD. If purchase is done through a 3rd party, pricing may increase

*CONFIDENTIAL*
- 2 -

Exhibit 3, Page 16





Bringing
Individuality
To Light

VoyagerAnalytics™

AI-Driven In-Depth Analysis Platform –

Pricing Proposal

November 2020



Exhibit 3, Page 17




### New "Intro" Package for LAPD - $215,619 (1 Year agreement)

5 users from the following groups (1 user per group):
- o  RHD – Robbery Homicide Division
- o  Major Crimes
- o  South Bureau Homicide
- o  DOC Operations
- o  Media Relations

**VoyagerAnalytics Software**

- Voyager Analytics version 5.X (**most current version)**
- Queries Per Day (QPD) - up to 20 Queries Per Day (7300 Annual Queries)
- Profile Finder – 25 Queries Per Day (9125 Annual Queries)
- Analyst Seats – up to 5 seats (named users)
- Deep and Dark Web now included
- Other Premier added: Media Storage, Active Persona, Group TNT, Updates/Alerts
- Standard Support and Maintenance

**Voyager Genesis Software**
- 10 - total warrants per month (2 parallel servers)

~1 Free month ($17,968 in savings) will be added, if signed by 12/31/2020
~ All pricing valid until 12/31/2020

Notes:

1. Voyager Labs will enable data migration from system that was used during the 4-month trial at no additional cost
2. Voyager Labs will provide 5 days of professional services ($7,500) at no additional cost if agreement is signed by 12.31.2020. Services include additional requested training and/or intelligence analysts' consultation services
3. All premium features were included at no additional cost and Deep & Dark Web was added to department request
4. Deployment includes 2 days of standard training
5. Above pricing is for a cloud-based system
6. The above pricing proposal is subject to Voyager Labs' standard Terms & Conditions, available upon request
7. Prices are in US Dollars. Payment terms are Net 30 after invoicing

CONFIDENTIAL

!




8. Above pricing valid for a direct acquisition by LAPD. If purchase is done through a 3rd party, pricing may increase

9. Voyager Labs will allow 50% of the queries to be pooled for the first 6 months; Distribution of the remaining queries to be resolved between both parties during 6th month

CONFIDENTIAL

!

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Thursday, June 18, 2020 11:31 AM |
| **To:** | Jens Back;Richard Meza |
| **Subject:** | Fwd: Other Contract Vehicles |

Jens and Richard,

Great talking with you today and very much appreciate your time. Per our discussion, I have enclosed the email that was sent to Arnold regarding the Procurement options (outside of the Police Foundation) and in case you needed those options.

Please let me know if you have any questions. I will forward over the proposal with an explanation shortly of everything we discussed and what has changed from the original proposal sent on Feb. 10th to Arnold.

Thanks again for your time and have a great day!


**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1

scottm@voyagerlabs.co

www.voyagerlabs.co


---------- Forwarded message ---------
From: **Scott McAndrews** <scottm@voyagerlabs.co>
Date: Wed, Mar 18, 2020 at 4:14 PM
Subject: Fwd: Other Contract Vehicles
To: Arnold Suzukamo <n1103@lapd.online>


Arnold,

Exhibit 3, Page 20

I was just told we have the following options for you all : NASPO, NCPA, National IPA, California CMS (GSA based contract) &  GSA . Which do you prefer?

However, they want to know if it is the product description (i.e. the way Insights wrote it on contract) that is causing issues or if it is a contract vehicle issue? If it is with Insights, perhaps we can rewrite it and I was told this has happened in the past with their descriptions.

Scott


**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**:  +1

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co


---------- Forwarded message ---------
From: **Arnold Suzukamo** <n1103@lapd.online>
Date: Wed, Mar 18, 2020 at 3:37 PM
Subject: Re: Other Contract Vehicles
To: Scott McAndrews <scottm@voyagerlabs.co>


we are getting friction from the city attorney on their STRICT interpretation of software as a service.  so we want to see what other avenues there are for us on this and a couple of other purchases that i've gotten roadblocked on.  i've explained that the definition will need to be revaluated because of where the industry is going.  as usual, technology is out pacing legal interpretations of policy and contract language.  we went through the same issue with CAL DOJ.

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Wednesday, March 18, 2020 12:27 PM
**To:** Arnold Suzukamo <n1103@lapd.online>
**Subject:** Re: Other Contract Vehicles

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

I am on the case for other existing contract alternatives (which we possibly do have)...

Talking with our #1 contracting partner as we speak.

Was something wrong with Insights?

On Wed, Mar 18, 2020 at 2:58 PM Arnold Suzukamo <n1103@lapd.online> wrote:
Scott,
We are considering alternative channels to complete this transaction.  How is Voyager being procured by other agencies.
Are there existing contracts that we can piggyback on.



**Carahsoft Technology Corp**

11493 SUNSET HILLS ROAD | SUITE 100 | RESTON, VIRGINIA 20190
IONE (703) 871-8500 | FAX (703) 871-8505 | TOLL FREE (888) 66CARAH
WWW.CARAHSOFT.COM | SALES@CARAHSOFT.COM

**carahsoft.**

| TO: | Arnold Suzukamo<br>SSA II<br>LAPD<br>100 W. First Street<br>Los Angeles, CA 90012 USA | FROM: | Matthew Kern<br>Carahsoft Technology Corp.<br>11493 Sunset Hills Road<br>Suite 100<br>Reston, Virginia 20190 |
|---|---|---|---|
| EMAIL: | N1103@lapd.online | EMAIL: | Matthew.Kern@carahsoft.com |
| PHONE: | ▮▮▮▮▮ | PHONE: | ▮▮▮▮▮   FAX:   (703) 871-8505 |

| TERMS: | GSA Schedule No: GS-35F-0119Y<br>Term: December 20, 2011 - December 19, 2021<br>FTIN: 5 2-2189693<br>Shipping Point: FOB Destination<br>Credit Cards: VISA/MasterCard/AMEX<br>Remit To: Same as Above<br>Payment Terms: Net 30 (On Approved Credit)<br>Cage Code: 1P3C5<br>DUNS No: 088365767<br>Business Size: Other than Small<br>Sales Tax May Apply | | QUOTE NO:   24513774<br>QUOTE DATE:   11/17/2020<br>QUOTE EXPIRES:   11/30/2020<br>RFQNO:<br>SHIPPING:   GROUND<br>TOTAL PRICE:   $203,318.64 |
|---|---|---|---|
| | | TOTAL QUOTE: | $203,318.64 |

| LINE NO. | PART NO. | DESCRIPTION | - | QUOTE PRICE | QTY | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1 | 314-22 | Voyager Analytics software-as-a-service (on a dedicated system) product v 3.8, provides the capability of gathering and analysing social data, based on Voyager Analytics standard 5 sources. Up to 400 Data Units per day, up to 5 Analyst seats, annual subs<br>*PLEASE SEE ADDENDUM NOTES AT THE BOTTOM OF THE QUOTE FOR UPDATED PART DESCRIPTION*<br>Voyager Analytics Inc - 22 | | $203,318.64   GSA | 1 | $203,318.64 |

| | | | | | SUBTOTAL: | $203,318.64 |
|---|---|---|---|---|---|---|
| | | | | | TOTAL PRICE: | **$203,318.64** |
| | | | | | TOTAL QUOTE: | **$203,318.64** |



# GOVERNMENT PRICE QUOTATION

**Carahsoft Technology Corp**



11493 SUNSET HILLS ROAD | SUITE 100 | RESTON, VIRGINIA 20190
PHONE (703) 871-8500 | FAX (703) 871-8505 | TOLL FREE (888) 66CARAH
WWW.CARAHSOFT.COM | SALES@CARAHSOFT.COM

| LINE NO. | PART NO. | DESCRIPTION | - | QUOTE PRICE | QTY | EXTENDED PRICE |
|----------|----------|-------------|---|-------------|-----|----------------|

-Voyager Analytics Version 5.X (most current version)
-Up to 12 Queries Per Day(QPD) (4380 Annual Queries)
-15 Profile Finder Queries Per Day (██████ Annual Queries)
-Up to 3 analyst seats (named users)
-Deep/Dark Web included
-Media storage, active persona, group TNT, updates/alerts
-Standard support and maintenance
-10 total warrants on Genesis per month (2 parallel servers)

-Deployment Includes 2 days of standard training
-Voyager Labs will allow 50% of the queries to be pooled for the first 6 months; Distribution of the remaining queries to be resolved between both parties during 6th month

Any organization who wishes to resell Voyager Analytics products to a third party must agree to the third party reseller terms found at www.carahsoft.com/reseller/voyageranalytics<http://www.carahsoft.com/reseller/voyageranalytics>
All customers and resellers who purchase Voyager Analytics for internal usage must agree to the end user license agreement found at http://www.carahsoft.com/application/files/8914/7455/8605/Voyager_Analytics_CSA_vetted_and_approved.pdf. End user agencies/organizations may print and sign the EULA or they may include similar language to the below statement on their purchase order to Carahsoft. All resellers will need to provide proof that the aforementioned terms have been agreed to by the end user.

Exhibit 3, Page 24

QUOTE DATE: 11/17/2020
QUOTE NO: 24513774




8. Above pricing valid for a direct acquisition by LAPD. If purchase is done through a 3rd party, pricing may increase

9. Voyager Labs will allow 50% of the queries to be pooled for the first 6 months; Distribution of the remaining queries to be resolved between both parties during 6th month

CONFIDENTIAL

!



Carahsoft Technology Corp



11493 SUNSET HILLS ROAD | SUITE 100 | RESTON, VIRGINIA 20190
IONE (703) 871-8500 | FAX (703) 871-8505 | TOLL FREE (888) 66CARAH
WWW.CARAHSOFT.COM | SALES@CARAHSOFT.COM

| TO: | Arnold Suzukamo<br>SSA II<br>LAPD<br>100 W. First Street<br>Los Angeles, CA 90012 USA | FROM: | Matthew Kern<br>Carahsoft Technology Corp.<br>11493 Sunset Hills Road<br>Suite 100<br>Reston, Virginia 20190 |
|---|---|---|---|
| EMAIL: | N1103@lapd.online | EMAIL: | Matthew.Kern@carahsoft.com |
| PHONE: | ▓▓▓▓▓ | PHONE: | ▓▓▓▓▓   FAX:   (703) 871-8505 |

| TERMS: | GSA Schedule No: GS-35F-0119Y<br>Term: December 20, 2011 - December 19, 2021<br>FTIN: 52-2189693<br>Shipping Point: FOB Destination<br>Credit Cards: VISA/MasterCard/AMEX<br>Remit To: Same as Above<br>Payment Terms: Net 30 (On Approved Credit)<br>Cage Code: 1P3C5<br>DUNS No: 088365767<br>Business Size: Other than Small<br>Sales Tax May Apply | | |
|---|---|---|---|

| | | |
|---|---|---|
| QUOTE NO: | | 24512445 |
| QUOTE DATE: | | 11/17/2020 |
| QUOTE EXPIRES: | | 12/31/2020 |
| RFQNO: | | |
| SHIPPING: | | GROUND |
| TOTAL PRICE: | | $226,371.65 |
| TOTAL QUOTE: | | $226,371.65 |

| LINE NO. | PART NO. | DESCRIPTION | - | QUOTE PRICE | QTY | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1 | 314-22 | Voyager Analytics software-as-a-service (on a dedicated system) product v 3.8, provides the capability of gathering and analysing social data, based on Voyager Analytics standard 5 sources. Up to 400 Data Units per day, up to 5 Analyst seats, annual subs<br>*PLEASE SEE ADDENDUM NOTES AT THE BOTTOM OF THE QUOTE FOR UPDATED PART DESCRIPTION*<br>Voyager Analytics Inc - 22 | | $226,371.65   GSA | 1 | $226,371.65 |

| | | |
|---|---|---|
| SUBTOTAL: | | $226,371.65 |
| TOTAL PRICE: | | $226,371.65 |
| TOTAL QUOTE: | | $226,371.65 |

CONFIDENTIAL
PAGE 1 of 2

Exhibit 3, Page 26



**GOVERNMENT'S PRICE QUOTATION**

**Carahsoft Technology Corp**



11493 SUNSET HILLS ROAD | SUITE 100 | RESTON, VIRGINIA 20190
PHONE (703) 871-8500 | FAX (703) 871-8505 | TOLL FREE (888) 66CARAH
WWW.CARAHSOFT.COM | SALES@CARAHSOFT.COM

| LINE NO. | PART NO. | DESCRIPTION | - | QUOTE PRICE | QTY | EXTENDED PRICE |
|---|---|---|---|---|---|---|

-Voyager Analytics Version 5.X (most current version)
-Up to 20 Queries Per Day(QPD) (7300 Annual Queries)
-25 Profile Finder Queries Per Day (9125 Annual Queries)
-Up to 5 analyst seats (named users)
-Deep/Dark Web included
-Media storage, active persona, group TNT, updates/alerts
-Standard support and maintenance
-10 total warrants on Genesis per month (2 parallel servers)

-Deployment Includes 2 days of standard training
-Voyager Labs will allow 50% of the queries to be pooled for the first 6 months; Distribution of the remaining queries to be resolved between both parties during 6th month

Any organization who wishes to resell Voyager Analytics products to a third party must agree to the third party reseller terms found at www.carahsoft.com/reseller/voyageranlytics<http://www.carahsoft.com/reseller/voyageranlytics>
All customers and resellers who purchase Voyager Analytics for internal usage must agree to the end user license agreement found at http://www.carahsoft.com/application/files/8914/7455/8605/Voyager_Analytics_CSA_vetted_and_approved.pdf. End user agencies/organizations may print and sign the EULA or they may include similar language to the below statement on their purchase order to Carahsoft. All resellers will need to provide proof that the aforementioned terms have been agreed to by the end user.

Exhibit 3, Page 27

QUOTE DATE: 11/17/2020
QUOTE NO: 24512445



**Oct. 14, 2020**
**Officer** ▮▮▮▮▮▮▮▮
**100 W 1st St**
**Los Angeles, CA 90012**

Dear Officer ▮▮▮▮▮▮▮▮

Please accept this letter as affirmation of Voyager Labs as an authorized and Sole Proprietor provider of the Voyager Labs suite of products intended for purchase by Los Angeles Police Department.

1. Voyager's unique collection methods enable traceless collection from social media networks, are independent of these networks and allow the reconstruction of closed profiles based on publicly available information.

   a. Collection is conducted anonymously, using multiple proxies from different locations and multiple vendors, so that the collection process cannot be associated with clients' servers by any 3rd party or by the social network itself.

   b. Sources include all major social media platforms, including lesser-known ones such as VK and Telegram.

   c. Initial data collection is agnostic to languages and can be conducted in any language. The platform provides the analyst with translation capabilities for more than 100 languages.

2. The VoyagerAnalytics in-depth analysis platform enables users to uncover previously unattainable insights. These insights, unparalleled in the market, are fully automated and based on Voyager Labs' proprietary AI algorithms, data storage and indexing methodology. Users uncover insights at a depth impossible to replicate on the open web or using other tools. These include:

   a. Relationship strength, type and essence, including 2nd & 3rd degree relationships between accounts or groups of accounts. This analysis unearths previously unknown middlemen or instances of potentially improper association.





    b.  Detection of links between an individual and prior database searches. These links enable the analyst to uncover hidden intermediaries, who often become persons of interest in an investigation.

    c.  Conducting group analysis on any required target group and discovering the core group members.

    d.  Clustering connections according to common criteria, e.g., connections from the same hometown, connections who attended the same school.

    e.  Identifying fictitious accounts and correlating them with actual accounts.

3.  Voyager Labs' Voyager Discovery technology for topic analysis enriches VoyagerAnalytics data by unearthing content ideologically tied to a specific topic and revealing highly specific, often previously unknown entities behind this content. The technology's understanding of ideological affiliation, personal involvement, and objectivity surrounding a topic provide insights unmatched by any other platform.

4.  Voyager Labs' Genesis technology parses social media search warrant PDF returns in minutes, exponentially condensing the time needed to analyze documents which are often thousands of pages. Our ability to seamlessly synthesize this parsed data with existing data in the VoyagerAnalytics platform produces results that are without peer in the market. In numerous cases, its effectiveness has prompted our clients to request additional PDF warrant returns from social media providers.

5.  The inter-compatibility of these data analysis, image processing and NLU technologies empowers customers to achieve significant investigative gains and time savings. The platforms can be used collectively. No other company offers these unique capabilities to provide a cohesive intelligence perspective.

Please feel free to contact me directly if I can be of assistance in any matter. I can be reached at ▮▮▮▮▮▮▮▮▮▮ at your convenience.

Warm regards,

Scott McAndrews

*Scott McAndrews*

DIRECTOR OF SALES





Bringing
Individuality
To Light

VoyagerAnalytics™

AI-Driven In-Depth Analysis Platform –

Pricing Proposal

October 2020







### New "Intro" Package for LAPD - $215,619 (1 Year agreement)

5 users from the following groups (1 user per group):
- o RHD – Robbery Homicide Division
- o Major Crimes
- o South Bureau Homicide
- o DOC Operations
- o Media Relations

**VoyagerAnalytics Software**

- Voyager Analytics version 5.X (**most current version)**
- Queries Per Day (QPD) - up to 20 Queries Per Day (7300 Annual Queries)
- Profile Finder – 25 Queries Per Day (9125 Annual Queries)
- Analyst Seats – up to 5 seats (named users)
- Deep and Dark Web now included
- Other Premier added: Media Storage, Active Persona, Group TNT, Updates/Alerts
- Standard Support and Maintenance

**Voyager Genesis Software**
- 10 - total warrants per month (2 parallel servers)

~1 Free month ($17,968 in savings) will be added, if signed by 12/31/2020
~ All pricing valid until 12/31/2020

Notes:

1. Voyager Labs will enable data migration from system that was used during the 4-month trial at no additional cost
2. Voyager Labs will provide 5 days of professional services ($7,500) at no additional cost if agreement is signed by 12.31.2020. Services include additional requested training and/or intelligence analysts' consultation services
3. All premium features were included at no additional cost and Deep & Dark Web was added to department request
4. Deployment includes 2 days of standard training
5. Above pricing is for a cloud-based system
6. The above pricing proposal is subject to Voyager Labs' standard Terms & Conditions, available upon request
7. Prices are in US Dollars. Payment terms are Net 30 after invoicing

Exhibit 3, Page 31

 

8.  Above pricing valid for a direct acquisition by LAPD. If purchase is done through a 3rd party, pricing may increase

CONFIDENTIAL





Bringing
Individuality
To Light

Voyager Analytics™

AI-Driven In-Depth Analysis Platform

October 2020



# 1. INTRODUCTION

Voyager Labs welcomes the opportunity to submit this proposal for the Voyager Analytics™ AI-driven, in-depth analysis platform. This document describes the benefits, capabilities, and workflow of the Voyager Analytics platform.

Each day, an immense amount of publicly available, unstructured data is produced. Approximately 4.5 billion people using the internet worldwide constantly create billions of data points. This reality presents an opportunity for agencies tasked with public safety. By leveraging this vast ocean of data, they can gain actionable insights on individuals, groups and topics, and then deep dive to uncover even more.

To harness open source data, Voyager Labs offers its unique Voyager Analytics platform, designed to analyze massive amounts of unstructured data and infer human behavior insights. This analysis is based on AI-based technologies such as machine learning, pattern recognition, natural language processing, combinatorial and statistical algorithms and more. These deep, actionable insights provide analysts and investigators with a comprehensive view of individuals, groups and topics, including social whereabouts, circles, key and hidden relationships and content based on relevancy and importance to the specific use case.

Based on these insights, an analyst can make decisions which enable fast and efficient reactions to developing situations or proactive prevention of event escalation.

While other existing solutions are at times too complex and time-consuming, or superficial and only partially effective, Voyager Labs' unique technology is simple, fast, and profound in the depth of insights and hidden truths it enables analysts to uncover.

Exhibit 3, Page 34



## 2. PLATFORM MAIN BENEFITS

### AI-driven Automation

Voyager Analytics simplifies and enhances data gathering, analysis and smart visualization that would take an army of analysts months to handle or, more likely, would simply be otherwise impossible to obtain (such as the mediators between a pharmacy and a drug trafficking ring; an alias or fictitious identity; close connections between an airport employee and an extremist recruiter, etc.). These key and hidden insights can prove pivotal in an investigation or intelligence mission. The platform presents the most relevant and important pieces of information in near-real time, saving valuable efforts normally spent retrieving, processing and analyzing vast amounts of unstructured data.

### Harnessing publicly available unstructured data in near-real time

Unstructured data consists of a complex mesh of images, texts, dialects and what we call 'human behavior indicators' – relationships, opinions, trends, activities and other signals that make their mark on the digital world. Voyager Analytics enables analysts to harness unstructured data from a wide variety of sources within the social sphere. The platform's insights enable the customer to enrich existing leads as well as highlight new leads, such as additional core group members or relations to existing known entities, all detected within seconds for further examination.

### Simplicity and Ease of Use

Voyager Analytics can provide a cloud-based solution, not requiring any advance preparation of data or infrastructures. Voyager Analytics provides a simple visual and intuitive interface – designed by intelligence experts but accessible to any user type. Straightforward and quick to deploy, automatically processed insights are displayed in a simple, visual manner in minutes. With two days of training and two days for deployment, the platform can yield immediate intelligence generation.



### Collaborate & Share Existing Know-how: The Database

Voyager Analytics enables analysts to connect new entities to the existing data repository or to an external database. In addition, the platform enables the discovery of new entities which share common attributes within the data repository. Voyager Analytics can dramatically enrich analysts' existing databases from the first day.

A word about publicly available data

Here's why publicly available data has so much value:

o   It is a vast & growing data source, where people are encouraged to participate by their peers and by the networks themselves.

o   It is rich with insights (for instance, even if your target isn't active online, their environment is).

o   The social sphere is the optimal medium for those looking to influence people and societies.

o   It is a unique, potent source for receiving a very clear view of what is happening in social networks, as well as relationships between individuals and groups and topics of interest.

o   Gangs, terrorists, traffickers and extremists, for example, use social networks to recruit, communicate, sell illegal goods, spread propaganda and create impact.

*CONFIDENTIAL*
- -



## 2.1.Premium Capabilities and Features

- o **Profile Finder** – This feature enables the analyst to correlate a given email or phone number with a social network ID. Voyager Analytics integrates these conversion functionalities into the analyst workflow. The Profile Finder module enables the conversion and provides the analyst with the relevant social IDs, when available. The analyst can then commence analysis of the target directly.[1]

- o **VoyagerDiscover** - Voyager Discover helps public safety investigators expand topic analysis to find under-the-radar leads that would otherwise never be found, and often indicates those most likely to act, rather than simply those with the most media reach. This information is presented as the social profiles who most fully identify with a stance on any given topic.

  Voyager Discover takes Voyager Analytics' abilities a step further, analyzing not only who is most influential but also who is most invested in a given stance: emotionally, ideologically and personally. This ability moves the discussion from those who are most engaged online to those most engaged in their hearts. These new leads may lack media savvy and therefore slip under the radar of most topic analysis platforms. In the world of public safety, however, it is these very people who are of interest: they have the passion needed to act on their beliefs.

  The following parameters are taken into account when determining ideological solidarity.

  - o Personal Involvement
  - o Emotional Involvement
  - o Knowledge
  - o Call to Action

---

[1] Discovery of social ID depends on availability of factors outside the control of Voyager Analytics and thus cannot be guaranteed. Current average conversion rates are around 20-40% and are constantly being improved. Please note the following:
- Profile Finder functionality is cloud-based. Even in an on-premises implementation, this functionality accesses the cloud for identity resolution.
- Profile Finder queries are priced separately from standard Voyager Labs queries.

*CONFIDENTIAL*
- -



In addition, this sentiment analysis can be acquired in near-real time. Unlike most platforms, which require a period of "learning" to gradually recognize sentiment around a given issue, VD acquires the domain expertise on the fly.

o   Genesis – Enables deriving immediate analysis and insights from massive document repositories. These documents contain the full user record for Facebook and Instagram accounts supplied to law enforcement agencies via court-order or subpoena.

o   Updates – This capability enables analysts to schedule periodic re-collections of an individual's profile to detect various changes, such as publishing new posts and adding new connections. For each target, any change to the new content or new connections is highlighted and the analyst is notified of the change. The automatic collection can be set to weekly or monthly.[2]

o   Active Persona – This capability enables analysts to use avatars, provided and maintained by the analysts or their organizations, to collect and analyze information that is otherwise inaccessible. Data collected using the Active Persona is analyzed exactly as all other data collected using the system, thus enabling a unified, effective, investigation flow.[3]

o   Telegram – This feature enables analysts to periodically collect posts, media, and other relevant data from Telegram channels and groups, including post content, media, and group details. Collection from Telegram is performed by using an Active Persona provided and maintained by the customer.

o   Group Target - Non-Target - Target – This advanced algorithm enables analysts to examine the connections of the whole group according to previously identified profiles in the system through hidden links, connections or go-betweens. This unearths new profiles of interest that usually could not have been found in any other way.

---

[2] Available for selected networks.
[3] Available for selected networks.

CONFIDENTIAL
- -



- o Media Download – For profile pictures and images within a profile's posts, Voyager Analytics enables analysts to download the images and save them locally. Saving images locally will keep them available in the system in case the profile is suspended from the network.[4]

---

[4] Available for selected networks.



## 3. VOYAGER ANALYTICS WORKFLOW

### 3.1. Overview

The Voyager Analytics platform enables analysts to view, query and analyze publicly accessible data points from a wide range of publicly available data sources. This, in turn, enables analysts to receive in-depth, aggregated, contextual and actionable insights about individuals, groups and dedicated topics of particular interest. Voyager Analytics provides analysts with valuable output in many domains.

### 3.2. Workflow

Voyager Analytics sources publicly available, unstructured data from the social sphere: images, texts, dialects, and other indicators such as relationships, opinions, trends, and activities. It can also integrate data from existing databases into its analysis.

Voyager Analytics allows you to analyze data and provides actionable insights in three steps: collection, analysis and actionable insights visualized.



*Figure 1: Voyager Analytics Workflow*

1. Collection – Upon user initiation, Voyager Analytics collects publicly available, unstructured data, which are processed in near-real time and presented as in-depth insights. This provides the analyst with the latest and most recent data about an entity of interest. The platform runs on a distributed collection engine which uses a variety



of proprietary methods to enable analysts to collect relevant public data; for the analyst, this process is transparent.

Voyager Analytics enables collection from the following networks: Facebook, Twitter, Instagram, VK, Telegram, TikTok, LinkedIn, Tumblr, YouTube, Pinterest, Medium, and Vimeo, per customer's request and authorizations. For most of these networks both profile and topic information is collected, for a few only profile or only topic is available. Extracting topic information from Dark Web is also available. Additional networks can be added, subject to prior agreement.

2.  Analysis – Following the collection stage, Voyager Analytics applies algorithms based on multidisciplinary methods to enable analysts to build a comprehensive presence of the entity of interest within the social sphere. Voyager Analytics enables the analyst to combine different data points and derive multiple aspects of the social behavior of that entity of interest, using cutting-edge AI-based technologies such as machine learning, cognitive computing, pattern recognition, natural language processing, combinatorial and statistical algorithms and more.

3.  Visualization – Following the analysis stage, the actionable insights regarding individuals, groups and topics are visualized for the analyst in an intuitive and interactive user interface. The visualization layer provides analysts with an easy-to-use GUI which enables them to combine the powerful Voyager Analytics capabilities with their own know-how and skills. The result: previously unattainable insights of unprecedented depth at the analysts' fingertips.

CONFIDENTIAL
- -



## 4. ABOUT US

Voyager Labs is a world leader in AI-driven advanced technologies for human behavior analysis. The company has developed a proprietary AI-based technology that harnesses billions of data points from unstructured data to reveal deep actionable insights.

Our unique technology searches, aggregates and fuses data points and human behavior indicators from multiple data sources, intelligently processing and analyzing them to provide a holistic view of reality from insights that were previously unattainable. Using an innovative, scalable, and cognitive approach, we have an unparalleled ability to interpret the complex layers of the digital world.

Our platforms are used by analysts, agents and other professionals worldwide to tackle challenges like fraud, crime, terror, insider threats, trafficking and other risks, helping to create a safer world for all.

Founded in 2012, Voyager Labs employs a multidisciplinary team of AI researchers, data scientists, engineers and intelligence experts. Our offices are located in Washington DC, New York City, Singapore and Israel.

CONFIDENTIAL



# COVID-19 Outbreak:

# Investigating a Threat Actor

March 2020

# Introduction

- In March 2020, New York City-based Muslim Brotherhood activist Bahgat Saber publicly urged his friends and followers to take any opportunities they may have to infect Egyptian government officials and supporters with COVID-19/coronavirus.



Confidential

3

# Introduction

- Saber posted this video on his Facebook page – ██████████████████████

- Analysts quickly identified two other social media profiles belonging to Saber – a Twitter account ██████████████ and a personal Facebook profile ██████████████









Confidential    3

# Saber Profile Query: Direct Connections

VoyagerAnalytics' collection and analysis of Saber's personal Facebook profile collected information about 3,959 of Saber's publicly-available friends.

- **Blue nodes:** Each node represents one of Saber's friends.

- **Pink nodes:** The system highlights Saber's 10 **top connections –** those who interact with him the most and share the most mutual connections, among other determining factors.

- **Yellow nodes:** The activist's **mediators–** accounts that are not only strongly connected to him, but also to other connections within him network.

- **Green nodes:** The system highlights the Saber's **ghosts** – accounts that have similar networks and behaviors on social media. In this case, the one ghost account in this network appears to be a second profile of Saber's.





Confidential          4

# Profile Query: Searching a Network

VoyagerAnalytics' collection methodology means that users do not only have access to Saber's publicly-reported biographical data – but also to his friends' publicly-reported biographical data. This information is all keyword searchable and filterable, allowing us to:

- Identify 58 of Saber's nearly 4,000 friends who list a location in or affiliation with New York City (see attached "Bahgat Saber NYC Friends" spreadsheet)
- Clicking on a highlighted node shows where in the public profile the owner of the account said they were NYC-based.



Confidential    3

# Profile Query: Searching a Network

The same search tools were used to identify two individuals connected to ▆▆▆▆ who work for State and Federal Government agencies and therefore may have easier access to U.S. officials who have a similar profile to the Egyptian officials and government supporters who ▆▆▆▆ was urging his followers to target.



Country: United States of America

Hometown: Chicago, Illinois
Current City: Chicago, Illinois
Address: Chicago, Cook County, Illinois, United States of America
Gender: Male

Note ▆▆▆▆ Facebook profile is no longer active, but ▆▆▆▆ profile is ▆▆▆▆

Country: United States of America

Hometown: Brooklyn, New York
Current City: New York, New York
Address: New York, United States of America
Gender: Male

Voyager Labs

○ Confidential    3

Exhibit 3, Page 48

# Profile Query: Indirect Connections

In addition to analyzing Saber's direct connections, VoyagerAnalytics' Target-Nontarget-Target (TNT) function allowed users to see Saber's indirect connections to dozens of previously identified both in the Middle East, Europe, and within the United States – including individuals connected to persons and pages of interest in the Pensacola attack in December 2019.

The **Blue Nodes** are Saber's friends who have connections to previously-identified individuals, who are all labeled and highlighted in **Orange**, whom Saber is not directly connected to.

- Although Saber himself is not directly connected to anyone who had been previously flagged as an extremist threat, many of his followers are.

*Please see attached "Bahgat Saber Top Indirect connections" spreadsheet for the URLs of Saber's closest indirect connections.*



Confidential

3

# Profile Query: Post Analysis

- Along with public network data, Saber's 3,663 public posts were collected. This collection includes likes and comments, and all content is fully searchable and translatable with the click of a button.

Voyager Labs

Confidential

# Profile Query: Post Analysis

o Posts can also be viewed by media only and by public geotags, which are then displayed on a Google Maps interface, as shown below.



The media view only shows users posts that included pictures and/or videos

The map view shows all of a user's publicly geotagged posts in a Google maps interface. Clicking on an individual pin will highlight the post in question.



o Confidential   3

Exhibit 3, Page 51

# Summary

- VoyagerAnalytics identified information about nearly 4,000 of Bahgat Saber's friends, including 58 who publicly claim a connection with or location in New York City, and two who claim to work for government agencies.

- Indirect connections to dozens of known extremist accounts were identified, confirming the affinity of at least some of Saber's network for violent, radical ideologies.

- Over 3,600 of Saber's posts were collected and analyzed, including 2,211 pictures and videos and 260 geotagged posts – the vast majority of which were in or around New York City.

- Similar collections and analysis can be conducted on people who – unwittingly or deliberately – are placing themselves and others at risk with reckless behavior related to the spread of COVID-19.



Confidential    3

Exhibit 3, Page 52

## Corpus Christi Naval Air Station Shooter Adam Alsahli:

## Insights from his Social Media Accounts

Adam Alsahli, the Syrian-born man killed in his attempt to attack the Corpus Christi Naval Air Station on 21 May 2020 in what authorities have deemed a terrorist attack, had a profilic presence on social media, including Facebook, Instagram, Twitter, and Telegram.

In addition to reflecting Islamic fundamentalism and extremism in his activities and comments on these social media platforms, investigators' reviews of these accounts can determine the strength and nature of his direct and indirect connections to other Persons of Interest.

Our law enforcement clients using Voyager technologies have emphasized the value of finding new leads for investigations, corroborating information from other sources, and identifying witnesses who clearly know and have interacted with criminal suspects, both in social media and in "real life."  Also remarkable are the speed of collections, ease of use, and time savings for investigators and analysts.

The summary of Alsahli's social media activities and interactions below captures some of the advantages for law enforcement officials to use real-time, anonymized collection and analysis technologies for rapid investigations, as well as for proactive vetting and risk assessments prior to an event, to gain situational awareness about emerging and developing risks.

**Search Warrant Returns for Facebook and Instagram accounts:**  Voyager's Genesis technology allows law enforcement officials to parse the data that is in pdf format from search warrants of Facebook and Instagram accounts.  This allows law enforcement agencies to load pdf's that are the equivalent of hundreds of thousands of pages for immediate access to the full information and data within those accounts, including IP/geo-locational addresses for user log-ons, as well as the details of messenger chats and exchanges of media and text by the user with others on those two platforms.  Our law enforcement clients have praised this capability for the great time-savings and automated analytic and investigative insights provided, as well as the lead information generated for immediate onward collections of open source data in social media.   For Alsahli's Facebook and Instagram accounts, search warrant returns would likely provide a wealth of insights and information to understand his activities, connections, and the evolution of his mindset and radicalization.

**Facebook account:** Open source coverage of Adam Alsahli's Facebook account (User ID:          ) shows 31 posts between November 2017 and January 2018, 29 of which are pictures with Islamic themes. Due to his shared posts with three other Facebook users in November 2017, these three Facebook users might know Alsahli, have had other interactions with him outside social media, or been connecting in the same Islamist circles and forums:

**Rapid Risk Assessment – Connections to Islamists or solidarity with Islamist content:**

VoyagerCheck allows our clients to gain immediate insights about a social media user's ties to or affinity for Islamic fundamentalism or extremism. The results are color coded (green, orange, and red), based on Artificial Intelligence calibrations, to allow for a result within minutes that does not require any intervention or assessments by an analyst or investigator. This provides a flag or indication for further vetting or investigation, before an incident has occurred, as part of an effort to put in place a "trip wire" to indicate emerging threats.

For the case of Alsahli and those cited above, just checking his social media URL in this system yields "orange" for him, "red" for     "red" for         and "orange" for

**Instagram:**  Alsahli appears to have had at least six Instagram accounts, with four still "active" in the sense that they had not been shut down.  Our "Genesis" capability would provide law enforcement with full insights and details on the data in information on those accounts, if obtained by search warrant.

The cross-referencing of his social media accounts between Facebook, Instagram, Twitter, and Telegram is a frequent phenomenon among those active on social media, and allows the investigator to rapidly identify affiliated and associated accounts, and then collect all that is publicly available on those accounts and their direct and indirect connections, for a more complete view of a Person of Interest.

Alsahli's choice for his Instagram accounts of the name _____ ) appears to reflect his pride in and identification with his Arab heritage.

**Profile 1 -**
- 2,994 connections
- 52 following, 2,966 followers
    - 25 both "following" and "followers."  Most profiles are in Arabic, and Voyager's capability allows for immediate and complete translation of Arabia and more than 100 other foreign languages.

        In general, most of the mutual followers/followings appear to be accounts publishing religious content (hadiths, videos), with a few that appear to be actual "personal" accounts,
    - Two connections mention "USA" in their profiles.
-

**Profile 2** -

- 

 - This profile follows a significantly higher number of profiles (353), and is followed by 134. Only 12 are two-way connections (followers and following). Most other two-way connections appear to be religious accounts.

**Profile 3** -

- 

 - 100 following, 157 followers. 21 two-way connections. This account seems to have more actual personal accounts as two-way connections than the other accounts (along with the religious hadith accounts).

**Profile 4 -**

- 

 - 144 following, 154 followers; 28 two-way connections
- 

**Group Analysis of these four Instagram Accounts**

 - Taking all four of these Instagram accounts and viewing them as a Group, there is a total of 254 Instagram accounts that link to at lest two of the four accounts, including 25 Instagram account connected to all four accounts.

**Twitter**: Although Twitter closed the accounts of Alsahli soon after the terrorist attack at the Naval Air Station on 21 May, we were able to cover two of his Twitter accounts. One of these accounts was active until 2017, and the second one was active until 18 May 2020. The majority of his posts deal with Islam, with the last past made 12:26 am on 18 May 2020. He expressed his support for the mujahideen in many of his posts. The indirect connections of these two Twitter accounts to previously-collected Islamist accounts show heavy overlap between his Twitter universe and that of other Islamic fundamentalists and extremists, including to the extremist imams Turaifi and Qunaibi.



# 2019−20 Coronavirus (COVID-19) Outbreak

March 2020

# Introduction

○ The Coronavirus (COVID-19) outbreak began in December 2019 in Wuhan, China. It has since spread to other countries, most notably the Republic of Korea and Italy, with over 7000 confirmed cases of the disease in each country.

○ Using our platforms, we are able to monitor the spread of the virus through infected individuals

○ This report contains the analysis of the social network accounts in three use cases:

- **An individual diagnosed with the virus.**

- **A location visited by an infected individual.**

- **A community whose members were diagnosed with the virus.**

○ Confidential    ③

# Use Case 1 – Infected Individual: Mattia

- The Italian media identified the patient zero in the COVID-19 outbreak in Italy as marathon runner named "Mattia".

- His wife who was also diagnosed with COVID-19, was identified as "Valentina".

- Both were claimed to be from the city of Lodi, receiving medical treatment in the hospital of Codogno.

    https://www.dailymail.co.uk/health/article-8050705/Trail-Italian-coronavirus-super-spreader-Marathon-runner-38-heart-crisis-Europe.html

- The publicly available information about the patient was used in a topic query in order to identify additional information.

- The results contained a post about the two, revealing their full names.



O Confidential   3

Exhibit 3, Page 60

# Profile Finder

○ Mattia's Facebook profile was identified using the system's profile finder.

○ The profile was collected for further analysis.



○ Confidential   3

# Individual Profile – Content Analysis

○ The system automatically analyses the target's content, identifying the most impactful posts.

○ Filtering Mattia's content by impact, revealed that his most impactful post is a picture of him running in a competition. Confirming that he is indeed the correct Mattia.



5

# Individual Profile – Mattia

The system analyzed Mattia's direct connections and provided automatic insights:

- **Blue nodes:** the system identified Mattia's **direct connections**. Mattia's friends and individuals that interacted with him.

- **Pink nodes:** the system highlights Mattia's **strongest connections**, the entities that interacted with him the most.

- **Yellow nodes:** the system highlights Mattia's **mediators**, entities that are not only strongly connected to him, but also have multiple connections to his socials circles.



Notice that Mattia's **wife**, Valentina, was identified as both a **close connection** and a **mediator**.

Confidential   3

Exhibit 3, Page 63

# Individual Profile – Internal Connections

- In support of attempts to limit the spread of the virus, our internal connections visualization enables us to see which social circles of Mattia's friends might be affected.

- The system **automatically** analyzed the internal connections of the entities directly connected to Mattia, revealing clusters of his social connections.

- The system provides insights about each cluster, thus, allowing insights about the potential spread of the disease.

- One cluster seems to be **his work place**, where there is a high likelihood of exposure to the virus.



Community's Insights
1 . Originally from : Milan, Italy (6%).
3 . Currently lives in : Milan, Italy (10%).

Community's Insights
1 . Originally from : Codogno (36%).
2 . Currently lives in : Codogno (36%) Castiglione d'Adda (14%).

Community's Insights
1 . Originally from : Codogno (29%).
3 . Currently lives in : Codogno (26%).

Exhibit 3, Page 64

# Individual Profile – Internal Connections - Identifying potential connections affected by COVID-19

By focusing on the mutual connection of Mattia and his wife Valentina, both identified as infected by the virus, we can isolate a group that was potentially exposed to both of them.



Confidential

3

Exhibit 3, Page 65

# Use Case 2 – Prince of Wales Pub

- The Prince of Wales Pub was identified as a venue visited by an individual infected by the COVID-19 virus, leading the venue managers to close the pub.

**The Prince Of Wales - Nick & Becky**



02/29/2020
1:15 PM

**28%**

Impact



PLEASE NOTE This is a precautionary measure only. Our staff and customers health and happiness is our main priority here. We look forward to opening and welcoming you all back as soon as we have had a full deep clean! Many thanks, Nick and Becky.

A pub in Haslemere has been "closed until further notice" after a customer who has tested positive for coronavirus visited the premises.

A notice board was placed outside The Prince of Wales pub, in Hammer Vale, on Sunday (March 1), which said it was closing for "a full deep clean".

The notice board read: "We are closed until further notice. Unfortunately, a customer who visited us has tested positive for coronavirus, so as a precautionary measure, we are closing for a full deep clean.

https://www.getsurrey.co.uk/news/surrey-news/surrey-coronavirus-haslemere-pub-closed-17841417

Confidential    3

Exhibit 3, Page 66

# Individual Profile – Lexicon Search

- The social media page of the pub was collected to the system.

- The system is able to **identify the most frequent visitors of the pub**, who are potentially infected.

- The system automatically identified the page's direct connections

- The system highlights in **pink** the page's top connections. For example he pub's manager, Nick.



0 Selected
405 Nodes
808 Nexuses

Confidential   3

Exhibit 3, Page 67

# Use Case 3 – Shincheonji Church

- According to the media, Shincheonji Church is at the epicentre of South Korea's coronavirus outbreak, with a vast majority of the country's positive cases linked to the religious group.

- The Church's Facebook page was collected to analyse the information about the members of this community who might have been exposed to the COVID-19 virus.

> Since mid-February when a woman tested positive after attending services at a branch of the Shincheonji Church of Jesus in the southeastern city of Daegu, the number of infections has exploded in South Korea, giving it the most cases outside China.
>
> There are 7,041 cases in total including a new small cluster of cases reported on Saturday at an apartment complex in Daegu, where some members of the church live, the KCDC said.

https://www.reuters.com/article/us-health-coronavirus-south-korea/south-koreas-coronavirus-cases-climb-above-7000-most-cases-traced-to-church-idUSKBN20U02M

o Confidential   3

# Church Community – Connection Analysis

- The system automatically collected the all community members and highlights the top individuals

- The system automatically provides insights about the page's supporters.

  - For example, providing their location in their current cities such as Seoul, Daejeon, Busan and Gwangju.
  - While Daegu was mentioned in the media as the Church center.

- At the same time, the system allows to **search for additional locations, to monitor the possible spread** outside of the community



0 Selected
5000 Nodes
9992 Releases

rrent City:

| | |
|---|---|
| 765 | TOTAL |
| 5 | Seoul Korea |
| | Daejeon |
| | Busan South Korea |
| | Gwangju |

Confidential   3

# Group Query

- A group query of the Shincheonji Church's Facebook page's top connections was created to identify the top connections' mutual connections and potential persons of interest.

- By focusing on the group members, the system can reveal strongly connected entities.



Exhibit 3, Page 70

# Summary

- The system analyzed three use cases: and infected individual, a location visited by an infected individual, and an infected community.

- The system can reveal the people that came in touch with an infected individual, and importantly, identify who an individual was in contact with during the incubation period when they could have been asymptomatic

- The system can also provide leads on what people might be exposed to the virus without them knowing

- Based on the location of the targets' connections and locations, the system identified potential new centers of COVID-19 outbreak.

- **Report analysis and preparation time:** 1 hour

Confidential   3

# Insight
PUBLIC SECTOR

INSIGHT PUBLIC SECTOR SLED
6820 S HARL AVE
TEMPE AZ  85283-4318
Tel: 800-467-4448

**Page** 1 of 2

**SOLD-TO PARTY**      10978551

LOS ANGELES POLICE DEPARTMENT
100 W 1ST ST
LOS ANGELES CA  90012-4112

**SHIP-TO PARTY**

LOS ANGELES POLICE DEPARTMENT
100 W 1ST ST
LOS ANGELES CA  90012-4112

## Quotation

| | |
|---|---|
| **Quotation Number** : | 222015458 |
| **Document Date** : | 20-FEB-2020 |
| **PO Number** : | |
| **PO Release** : | |
| **Sales Rep** : | Christopher Letsinger |
| **Email** : | CHRISTOPHER.LETSINGER@INSIGHT.C |
| **Telephone** : | ▓▓▓▓▓▓▓ |

**We deliver according to the following terms:**

| | | |
|---|---|---|
| **Payment Terms** | : | Net 45 days |
| **Ship Via** | : | Insight Assigned Carrier/Ground |
| **Terms of Delivery** | : | FOB DESTINATION |
| **Currency** | : | USD |

:Block Query Items are separate from quote and are suggested items the customer may order at any time during their contract
:Block Query Pricing is subject to change annually
:Additional Queries purchased from block pricing will be honored in full
:Initial training of 3 days free - separate from professional support line item

| Material | Material Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| LAPD-PACKAGE-YR1 | VOYAGER LABS YEAR 1 FULL VOYAGER ANALYTICS SYSTEM, 36QPD(13.250 ANNUAL) 50QPD SIZING GENESIS 5GB FILES PROFILE FINDER 50QPD 25 USER LICENSES INCLUDES: ACTIVE PERSONA, GROUP TNT, UPDATES, AND MEDIA STORAGE FOR LAPD Coverage Dates:     20-FEB-2020 - 20-FEB-2021 CITY OF LOS ANGELES - COMPUTER SOFTWARE AND RELATED SUPPORT(# 4400006644 / 59749) Insight List Price: 549985.99 Discount %: 10.00% | 1 | 494,987.39 | 494,987.39 |
| LAPD-PACKAGE-YR2 | VOYAGER LABS YEAR 2 FULL VOYAGER ANALYTICS SYSTEM, 36QPD(13.250 ANNUAL) 50QPD SIZING GENESIS 5GB FILES PROFILE FINDER 50QPD 25 USER LICENSES INCLUDES: ACTIVE PERSONA, GROUP TNT, UPDATES, AND MEDIA STORAGE FOR LAPD Coverage Dates:     20-FEB-2020 - 20-FEB-2021 CITY OF LOS ANGELES - COMPUTER SOFTWARE AND RELATED SUPPORT(# 4400006644 / 59749) Insight List Price: 549985.99 Discount %: 10.00% | 1 | 494,987.39 | 494,987.39 |
| LAPD-PACKAGE-YR3 | VOYAGER LABS YEAR 3 FULL VOYAGER ANALYTICS SYSTEM, 36QPD(13.250 ANNUAL) 50QPD SIZING GENESIS 5GB FILES PROFILE FINDER 50QPD 25 USER LICENSES INCLUDES: ACTIVE PERSONA, GROUP TNT, UPDATES, AND MEDIA STORAGE FOR LAPD Coverage Dates:     20-FEB-2020 - 20-FEB-2021 CITY OF LOS ANGELES - COMPUTER SOFTWARE AND RELATED SUPPORT(# 4400006644 / 59749) Insight List Price: 549985.99 Discount %: 10.00% | 1 | 494,987.39 | 494,987.39 |
| LAPD-SPRT-PKG | VOYAGER LABS PROFESSIONAL SERVICES 20 DAYS OF TRAINING, TECH SPRT, AND CONSULTATION/ANALYSIS FOR LAPD OPEN MARKET | 1 | 0.00 | 0.00 |



**Quotation Number** 222015458
**Document Date** 20-FEB-2020
**Page**   2 of 2

| Material | Material Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| VA-QUERY-ADD-ON-1 | VOYAGER LABS VOYAGER ANALYTICS ADDL 5,000 QUERIES FOR LAPD<br>Coverage Dates:      20-FEB-2020 - 20-FEB-2021<br>CITY OF LOS ANGELES - COMPUTER SOFTWARE AND RELATED SUPPORT(#4400006644 / 59749)<br>Insight List Price: 179307.99<br>Discount %: 16.60%<br>Optional Item | 1 | 149,549.64 | 149,549.64 |
| VA-QUERY-ADD-ON-2 | VOYAGER LABS VOYAGER ANALYTICS ADDL 10,000 QUERIES FOR LAPD<br>Coverage Dates:      20-FEB-2020 - 20-FEB-2021<br>CITY OF LOS ANGELES - COMPUTER SOFTWARE AND RELATED SUPPORT(#4400006644 / 59749)<br>Insight List Price: 307384.99<br>Discount %: 16.60%<br>Optional Item | 1 | 256,370.82 | 256,370.82 |

| | |
|---|---|
| Product Subtotal | 1,890,882.63 |
| TAX | 0.00 |
| Total | 1,890,882.63 |

Thank you for considering Insight.  Please contact us with any questions or for additional information about Insight's complete IT solution offering.

Sincerely,

Christopher Letsinger
|   ■   ■
CHRISTOPHER.LETSINGER@INSIGHT.COM
Fax    4807608104

Insight Global Finance has a wide variety of flexible financing options and technology refresh solutions.  Contact your Insight representative for an innovative approach to maximizing your technology and developing a strategy to manage your financial options.

The U.S. government has imposed tariffs on technology-related goods. Many of Insight's OEM and distribution partners have notified Insight that these tariffs will result in frequent and significant price increases.  Some of our major partners have already provided Insight with cost increases, in some instances multiple times per day, while other providers are still assessing their situations.  Due to the situation it is possible this quote may be subject to cost changes for Insight which will necessitate changes to the quoted pricing, or withdrawal of the quote.

This purchase is subject to Insight's online Terms of Sale unless you have a separate purchase agreement signed by both your company and Insight, in which case, that separate agreement will govern. Insight's online Terms of Sale can be found at:
http://www.insight.com/en_US/help/terms-of-sale-products-ips.html



# LAPD/Voyager Labs Contact information:

**Scott McAndrews**
**Sales Director**
**Public & Private Sector**
**M:** +1 ███████████
scottm@voyagerlabs.co

**Autumn Francois**
**Director, Intelligence Analysis**
**M:** +1 ███████████
**O:** +1 212 404 2402
autumn@voyagerlabs.co

**Jonathan Larkin**
**Intelligence Analyst - Public Sector**
**M:** 1-███████████
jonathanl@voyagerlabs.co

**Lawson Ferguson**
**Intelligence Analyst - Public Sector**
**M:** 1-███████████
lawson@voyagerlabs.co

**Yulia Shvetsova**
**Intelligence Analyst - Public Sector**
**M:** 1-███████████
yulias@voyagerlabs.co

**David Whitehead**
**Director, Technical Account Management**
**M:** ███████████
davidw@voyagerlabs.co

**Amit Gavish**
**Executive Vice President, Sales - Americas**
**M:** +1 ███████████
**O:** + 1 212.404.2402
amitg@voyagerlabs.co

CONFIDENTIAL

New York 1185 Avenue of the Americas, New York, NY 10036 Tel: +1 212 404 2402
Washington 11710 Plaza America Drive, Reston VA 20190 Tel: +1 703 621 9001
Singapore 9 Temasek Boulevard, Suntec Tower 2, 038989 Tel: +65 6407 1412
India Level 15, Eros Corporate Tower, Nehru Place, New Delhi, 110019 Tel: +91-11-66155370

sales@voyagerlabs.co    safe.voyagerlabs.co

Exhibit 3, Page 74

## VOYAGER ANALYTICS TRIAL EVALUATION

Use this evaluation every time you use voyager. The evaluation will help establish the importance of the tool. Please forward to CIANII Rebecca Nagy#N4309

Date Used: 7/25/19

Name/Rank: BEARD | SGT

Division/ Unit: OSB   T/F

Purpose for using Voyager (circle or indicate all that apply):

- Identification of New Targets

- Investigations to known networks

- Network Preservation

- Collaboration and expansion of Evidence

- Anonymous Collections and analytic s environment for research

- Fast- Tracking warrant process

Outcome:

- **Successful** (circle or indicate all that apply):
  - ○ Saved time
  - ○ Found new targets
  - ○ Established a pattern
  - ○ Suspect Identification
  - ○ Other
- **Unsuccessful**
- **Is it user friendly** (circle or indicate) Y (N)
- **Are the reports easy to understand** (circle or indicate) Y (N)

Brief Description of outcome:

STILL WAITING ON INSTAGRAM WARRANT PROCESS TO GO LIVE.

# VOYAGER ANALYTICS TRIAL EVALUATION

Use this evaluation every time you use voyager. The evaluation will help establish the importance of the tool. Please forward to CIANII Rebecca Nagy#N4309

**Date Used:** 8/1/19

**Name/Rank:** SGT BEARD

**Division/ Unit:** OSB T/F

**Purpose for using Voyager** (circle or indicate all that apply):

- (Identification of New Targets)

- Investigations to known networks

- (Network Preservation)

- Collaboration and expansion of Evidence

- Anonymous Collections and analytic s environment for research

- Fast- Tracking warrant process

**Outcome:**

- **Successful** (circle or indicate all that apply):
  - ○ (Saved time)
  - ○ (Found new targets)
  - ○ Established a pattern
  - ○ Suspect Identification
  - ○ Other
- **Unsuccessful**
- **Is it user friendly** (circle or indicate (Y) N
- **Are the reports easy to understand** (circle or indicate (Y) N

**Brief Description of outcome:**

ABLE TO IDENTIFY A FEW NEW TARGETS IN A MUCH EASIER TO READ FORMAT

# VOYAGER ANALYTICS TRIAL EVALUATION

**Use this evaluation every time you use voyager. The evaluation will help establish the importance of the tool. Please forward to CIANII Rebecca Nagy#N4309**

**Date Used:** 7/25/19

**Name/Rank:** BEARD | SGT

**Division/ Unit:** OSB FBI TF

**Purpose for using Voyager** (circle or indicate all that apply):

- Identification of New Targets

- Investigations to known networks

- Network Preservation

- Collaboration and expansion of Evidence

- Anonymous Collections and analytic s environment for research

- (Fast- Tracking warrant process)

**Outcome:**

- **Successful** (circle or indicate all that apply):
  - ○ (Saved time)
  - ○ (Found new targets)
  - ○ Established a pattern
  - ○ Suspect Identification
  - ○ Other
- **Unsuccessful**
- **Is it user friendly** (circle or indicate (Y)/ N
- **Are the reports easy to understand** (circle or indicate (Y)/ N

**Brief Description of outcome:** ABLE TO PROCESS WARRANT RETURNS FASTER- MUCH EASIER TO READ.

## VOYAGER ANALYTICS TRIAL EVALUATION

**Use this evaluation every time you use voyager. The evaluation will help establish the importance of the tool. Please forward to CIANII Rebecca Nagy#N4309**

**Date Used:** 7/17/19

**Name/Rank:** BEARD / SGT

**Division/ Unit:** DSB - ████████████████

**Purpose for using Voyager** (circle or indicate all that apply):

- Identification of New Targets

- Investigations to known networks

- Network Preservation

- Collaboration and expansion of Evidence

- Anonymous Collections and analytic s environment for research

- (Fast - Tracking warrant process)

**Outcome:**

- **Successful** (circle or indicate all that apply):
  - ○ (Saved time)
  - ○ Found new targets
  - ○ (Established a pattern)
  - ○ Suspect Identification
  - ○ Other
- **Unsuccessful**
- **Is it user friendly** (circle or indicate) (Y)/ N
- **Are the reports easy to understand** (circle or indicate) (Y)/ N

**Brief Description of outcome:**

MUCH FASTER - SAVED TIME WITH A 10,000 + PAGE WARRANT RETURN.

Exhibit 3, Page 78

## VOYAGER ANALYTICS TRIAL EVALUATION

**Use this evaluation every time you use voyager. The evaluation will help establish the importance of the tool. Please forward to CIANII Rebecca Nagy#N4309**

Date Used: 08|22|19

Name/Rank: KEVAN BEARD /SGT

Division/ Unit: OSB |

**Purpose for using Voyager** (circle or indicate all that apply):

- Identification of New Targets

- Investigations to known networks

- Network Preservation

- Collaboration and expansion of Evidence

- Anonymous Collections and analytic s environment for research

- Fast- Tracking warrant process

**Outcome:**

- **Successful** (circle or indicate all that apply):
  - Saved time
  - Found new targets
  - Established a pattern
  - Suspect Identification
  - Other
- **Unsuccessful**
- **Is it user friendly** (circle or indicate Y/ N
- **Are the reports easy to understand** (circle or indicate Y / N

**Brief Description of outcome:**

UPLOADED (4) SXIM MEDIA WARRANTS ONE WAS OVER 10,000 PAGES.
SAVED CONSIDERABLE TIME IN GOING THROUGH THE WARRANT. LOCATED
INFO RELATED TO MY INVESTIGATION RATHER EASILY.

Exhibit 3, Page 79

# Voyager Analytics: Mid-Pilot Review for Command Staff
Completed by Los Angeles Police Department | Robbery-Homicide Division

## Executive Summary

LAPD's Robbery-Homicide Division (RHD) is currently participating in a pilot of Voyager Analytics, a platform that enables the collection, analysis, and production of online/open source data – such as that maintained by social media companies (Facebook, Instagram, etc.). During this pilot, RHD analytic support personnel have successfully used Voyager in several high-profile cases. The most significant benefit to utilizing Voyager during this period was time/cost savings in contrast to performing the same work manually. RHD staff also noted that there were some tools contained in Voyager that did not meet mission needs.

## Use Cases During Trial Period to Date

- LAPD officer down/murder investigation
-      gang murder series
- Protective intelligence for County, City, & Department VIPs
- Real-time tactical intelligence
-                murders and other South Bureau violent crime series
- Hate group topics
- Quadruple homicide involving active shooter in SF Valley
-       gang officer down investigation

## Strengths

- **Time/cost savings** – open source/social media collection and analysis is extremely time intensive due to the volume, velocity, and variety of "Big Data." This includes what is public and posted online, as well as search warrant files returned on cases from companies such as Facebook (which can be 30,000+ pages long). Voyager dramatically reduces the time it takes to analyze all of this data and extract actionable/pertinent information.
- **Examination of criminal networks at scale** – Voyager allows investigators and analysts to quickly look at online networks of people who are often connected offline (such as criminal street gangs), useful in many cases involving gang violence in the City of Los Angeles.
- **Presentation for decision makers, court, etc**. – Voyager helps investigative support staff quickly produce analytic products for decision makers, case presentations, etc. Business records from social media providers, such as Facebook, are clunky and difficult to read. Voyager allows us to extract relevant content and provide this to leaders, tactical assets, detectives, and deputy district attorneys. Additionally, California law (per CalECPA and privacy considerations) *requires us* to drill down on ONLY data that is relevant to our cases.

## Weaknesses

- **Profile Finder**, the Voyager tool used to locate target accounts, has not been working properly for the duration of this pilot when searching via phone numbers.
- **Topic Query**, while useful for general Department "brand monitoring," is not comprehensive enough to use for major events in real-time.
- **Intuitive interface:** Voyager is not an especially intuitive platform for more traditional investigators – it is a robust analytic tool that can be deployed to good effect by power users.
- **Batch query:** the ability to use Profile Finder for large numbers of phone numbers (call data records, jail calls, etc.) would further increase workflow efficiency.

# Voyager Analytics™



Version 5.3
# User Guide

April 2019

Exhibit 3, Page 81

# 1. Query Types

**A query is a collection of publicly accessible data that can be identified for a social media profile or topic, whether initiated from the New Search, the Full Coverage slider in the Real Time Display of a given profile, or the slider in the Queries tab for recollection of previously run queries. The collection process may take a few minutes to a few hours, depending on the amount of data available. The collected data is retained throughout the lifetime of the user license.**

## PROFILE QUERY

A profile query is a "full coverage" data collection on a social media profile from any one of the seven covered platforms (Facebook, Twitter, Google+, Instagram, VKontakte, or Tumblr). A profile query may be initiated via the New Search page or the Full Coverage ON/OFF slider that appears on the Real Time Display for a node within an existing collection.

When naming the query, the user is asked to assign a Profile Query Name. It is recommended that user follow a naming convention of CASE NUMBER: PROFILE NAME, e.g. "BANKS : John Smith."

In many cases a profile is collected in the system before its relevance to a given investigation is confirmed. In this version, we allow users to run profile query without an initial identification and to add it later as needed.

When running a profile query, a progress bar in the Status column of the Queries tab for that query displays an estimated completion expressed as a percentage of data in the collection process.

Users may initiate queries in excess of daily capacity to be processed during subsequent days. Queries not run on the day they were created will have a status of <Pending>.

**This search uses up some amount of the data processing capacity allotted to the Client license and therefore counts against daily limits**.

### RESULTS

Executed Profile Queries are indexed in the left column of the Queries tab. A query can also be updated/recollected via the corresponding ON/OFF slider in the Queries tab. Note that when you update/recollect, new data will be added to the existing profile, but any deleted posts or friends will remain intact. Posted media (i.e. photos) are downloaded and stored

Exhibit 3, Page 82
Confidential

VoyagerAnalytics™                                           Version 5.3 – User Guide

within the platform, even if the profile is deleted or removed.

## FACEBOOK COMMUNITY QUERIES

Facebook Community Queries, initiated via the corresponding Community tab on the Profile Query portion of the New Search screen, allows collection and analysis of recently published content from Facebook Pages (e.g. Organizations, Businesses, Musicians/Bands, Products) and Facebook Groups, whether public or closed. Secret Facebook Groups are not available for collection.

### FACEBOOK PAGES

A Page Query collects recent content posted to public pages (whether by the page administrator or the page followers) and generates topologies of the most active users—whether individuals or other pages—creating and interacting with this content.

### FACEBOOK GROUPS

For public Facebook Groups, the system collects recent content and creates a topology of the most significant and active group members based on their interactions with the page content. Group admins, when identified, are highlighted in the topology.

### FACEBOOK EVENTS

This feature enables collection and analysis of public Facebook Events.  This feature identifies key contributors and event hosts and allows users to analyze discussions on the Event's timeline.  The query collects up to 5,000 prioritized profiles affiliated with the Event. Relationship strength of each constituent profile is based on the affiliation status (interested/going and the level of activity on the Event timeline).

Similar to other Community queries in Voyager Analytics, the Facebook Event query enables users to analyze Real-Time Display (displays the event page and a set of general aggregated data about the Event, including the number of people interested/going; Posts (lists all related posts and their calculated level of impact, including Media and Map displays); and Topology Discovery (graphic display of direct connections and related organizations).

**Community queries use the data processing capacity allotted to the Client license and therefore count against daily limits.**

2

Confidential

Voyager*Analytics*™

## FACEBOOK SEARCH WARRANT RETURNS

This feature enables upload, parsing, and analysis of Facebook Search Warrant data received from Facebook in the form of a PDF in response to a search warrant or subpoena.

Initiating a Warrant Upload

Initiate the warrant file upload via the New Search tab, selecting the File button from the blue horizontal navigation bar on the Profile Query page. This will permit you to choose the file from its stored location.

The results will be displayed in the same format and accessible to the same analytic tools as open source collections, with the addition of a new left-side Conversations tab and topology containing the content of private messages exchanged via Messenger and a visualization of the friends exchanging these private messages with the target individual. As with Posts, important private messages can be flagged by the user and filtered by "flagged only." These flags will only be visible within the user's specific user group. Non-analytically valuable messages, such as "session activity"-type messages, can be filtered out using the Post Type filter.

Source File ID is a mandatory field for a warrant upload. Source File ID is applied to all posts and messages populated from the relevant warrant to enable easy tracing of post or message content back to its source in the event that evidence comes from multiple, interconnected warrants.

If a conversation or post is duplicated several times through the warrant (typically due to multiple preservation requests prior to the warrant), the system displays the content only one time in the results pane, but the list of all the relevant page numbers is displayed for each post/message. Page numbers are displayed in [square brackets] following the Source file ID. Again, to use this feature for a warrant previously loaded in the system, it must be reloaded.

Analyzing Warrant Data

Warrant message content can be analyzed in two locations, the Conversations tab and the Posts tab:

In the Conversations tab, messages are grouped by conversations – some conversations may only consist of one message, while others may contain thousands. Within the

3

Conversations tab, you can search messages for keywords, for profiles participating in the conversations, and filter conversations by date or oldest to newest, and vice versa.

In the Posts tab, you can view a profile's warrant messages and publicly available Posts simultaneously. Many users find this view of the warrant messages valuable, because the private messages can be viewed in the context of publicly available content as well. Moreover, messages can be searched using Lexicons (lists of keywords) in the Posts tab, but not in the Conversations tab. To include warrant messages in Posts, go to the Post Type drop down menu, and check the box for "Conversations." If you would like to review the warrant message data without any of the publicly available Posts, check only the "Conversations" box.

Exporting Warrant Messages

In the Conversations tab, warrant conversations, including all of the messages contained in that conversation, can be individually exported to PDF.

In the Posts tab, after including Conversations in the Post Type filter, messages can be exported to CSV.

Messages Topology

A profile's warrant messages can also be viewed in a topology, similar to the 1st sphere topology that shows a profile's connections to other profiles. In a messages topology, the thickness of the links represents the volume of messages between the seed profile and their contacts. The Relationship Strength slider at the top of the screen can be used to quickly isolate profiles which the seed profile is communicating with most frequently.

**Note: Facebook Search Warrant uploads use some of the data processing capacity allotted to the Client license and therefore count against daily limits.**

## TOPIC QUERY

Topic queries are collections of all available, recent social media chatter (data availability parameters vary by platform) associated with keywords, hashtags and/or geographical locations on any of the above-mentioned social media platforms covered under your VoyagerAnalytics license, and four additional content-focused platforms: YouTube, Pinterest, Vimeo, and Medium. Current results are automatically integrated with any relevant content previously collected in association with a profile or topic query.

4

Confidential

**This action uses some of the data processing capacity allotted to the Client license and therefore counts against daily limits.**

## BASIC SEARCH

Enter keywords into the Topic Search field to search for publicly available posts referencing one or more of these words. Note that this field does not accept Boolean operators, map points, or exact phrases.

## ADVANCED SEARCH

To execute complex searches and/or search for posts referencing an exact phrase or location, click on the settings wheel to the right of the basic Topic Search bar. This opens an Advanced Search screen with separate fields for searching 'All of these words' as if they were connected by the Boolean operator AND; 'Any of these words' as if they were connected by OR; and 'None of these words' as if they were connected to the terms above with NOT.

Exact phrases marked within quotation marks can be entered in any of these fields as well, but no commas or Boolean operators may be used.

Note that these fields can be used in combination with each other, and that the "#" symbol is not necessary to search for hashtags.

The Voyager Expansion smart search capabilities allow users to enhance their searches based on words, phrases, and hashtags associated with the terms they have already defined.

- o Within the Advanced Topic Query pane, users can select the Automated radio button to automatically enrich a Topic Query with relevant, trending hashtags. This feature is useful when conducting queries related to real-time news events such as protests or natural disasters, or to gauge sentiment regarding brand launches or other company news.

- o To cut down on the 'noise' of potentially unrelated results, users can select the Interactive radio button to review and approve or remove suggested hashtags before the expanded query is run.

For either option, the list of the hashtags added to your search will be displayed in the topic search details in the Queries list. The returned results will include "related" posts generated by the added hashtags but not necessarily referencing the originally specified search terms. Queries can be further limited to specific time periods and/or networks via the applicable

Exhibit 3, Page 86
Confidential

VoyagerAnalytics™                                                    Version 5.3 – User Guide

search field.

**This action uses some of the data processing capacity allotted to the Client license and therefore counts against daily limits.**

**TOPIC QUERY RESULTS**

**Executed Topic Queries are indexed in the right of the Queries tab. Click 'View' to open the results.**

Content Tab:

The number of posts referencing the desired keywords, hashtags, and/or locations returned by the search is tallied in the bottom left corner of the viewing pane.

Posts can be viewed in two Display categories: **Media** (including text, pictures, and videos in a paneled view), and **Map** (displaying the location of all geotagged posts or check-ins).

A **Sort By** drop down defaults to Impact (a calculation of how widely that post was disseminated across social networks, including the number of followers the original poster had as well as the number and size of individual networks it was shared with) but also permits chronological or reverse chronological sorting.

Clicking on any post expands its pane and permits review of the date and time the post was made, its impact score, and number of likes, comments, or shares. A drop-down menu on the top right corner allows users to get a translation, summary, or Word document export of the post, and forward and back arrows permit easy browsing of adjacent posts. There is also a link to view the original post on the open web.

If you would like to learn more about the social media user who posted this content, click on the profile name or picture and a new Profile Query tab will open displaying all data collected about this user to date and permitting you to execute a full Profile Query if you wish.

Select the settings wheel directly underneath the Content tab to filter posts by relevant keywords or lexicons via the free text **Search field**, or by **Social Network, Location,** or **Time.**

Top Accounts:

The Top Accounts view ranks the Top Influencers, Top Contributors, and Top Mentioned accounts responsive to the Topic Query search criteria. Top Influencers are accounts with the highest Impact calculations for this Topic. Top Contributors are accounts that published the greatest number of posts within this collection. Top Mentioned accounts are those accounts referenced the most by the Twitter posts returned for this query.

Top Stories:

Exhibit 3, Page 87
Confidential

Top Stories provides automated analysis to identify prominent or trending sub-narratives within Topic Query results. These insights can be accessed one of two ways:

- The bright blue Top Stories toolbar at the top of the Content tab contains a button for each identified sub-narrative so that you can zoom in on just the query results that are relevant to the specific topic of your interest.

- The corresponding Top Stories tab presents these sub-narratives in a graphic display showing their relative weight within the overall result set.

  Note that the Top Stories algorithm is currently optimized for English-language posts.

## SYSTEM SEARCH

The System Search function, accessed via the default Search for profiles in system search field on the default landing and New Search screen, permits users to type in the names of social media users and search across all existing data in their system for a match. Full or partial matches appear in the drop down as you type, or in the Results pane if you hit enter, with the most recently accessed or collected profiles at the top.

The 'Go to Advanced Search' link permits access to a whole dropdown of filters for identifying profiles in the existing data by collection attributes such as Identification, Collection Date, and social media platform, as well as by the target's reported Location, Education, Workplace, and/or Description.

Multiple search terms should be entered into attribute fields without Boolean operators, quotation marks, or other punctuation. Define an exact phrase by typing the whole phrase (e.g. New York) before hitting 'enter.' Multiple terms and/or phrases entered into a single attribute field will be treated as though separated by 'OR,' while an implicit 'AND' operator will connect the attribute fields.

Users can also click on the blue + sign on the right side of a given attribute field to select a predefined lexicon, but note that only one lexicon in a single search field can be supported at a time ping a term (e.g. New York) into the Free Text field will return all existing profiles referencing that term, regardless of attribute field (e.g. a New York Magazine Instagram page as well as a FB user reporting that she studied at Columbia University in New York).

**This capability accesses existing data only and does not count against daily data collection capacity limits.**

**EXTENDED SEARCH (New in 5.3):** The existing system search has been upgraded, and now supports extended system search. Users can now choose between two search options:
- Profiles - including auto complete and Advance Search

Exhibit 3, Page 88
Confidential

- Extended Search - aggregated display of three result types:
  - Profiles
  - Queries
  - Posts and comments

Extended Search runs on pre-collected data in VA from all social networks together.
Search attributes are specific for each searched entity:
- Profile: full name, identification, user name, education, workplace, description, current city, hometown, full address, country name
- Query: query name
- Post: country name, location, post content, post comments

(Note: Extended Search in VA 5.3 supports exact match only)

Results:

Search results includes data from all social networks in one display. Results are displayed over 3 columns: Profiles, Queries, Posts. For each matched entity, descriptive information is displayed, with an option to open the full profile / query result in a new VA tab.


## FRIENDSHIP REPORT

Accessed via the "Show Friendship" link in the Node Analysis sidebar that appears on the right when you click on any Facebook connection (or two-way Instagram connection) in the seed's 1st sphere topology, a Friendship Report is a fully exportable "deep dive" on the relationship between the seed and that friend. The report includes a summary of who their mutual friends are, the frequency of their interactions, and links to these specific interactions. A Friendship Report for individuals connected on Facebook will typically also record the date that their connection was established.

**Because Friendship Reports involve the collection of additional data on a relationship of interest, this search does count against daily collection capacity limits.**

8

Confidential

## APOLLO

Apollo queries, initiated from the New Searches page, show indirect connections (secondary and tertiary) between individuals or groups.

**Because the data is drawn from previously executed searches, Apollo queries do not count against the daily collection capacity limits.**

## GROUPS

Group Queries, which aggregate all of the available post and network data for a group of individuals, can be initiated on the New Searches page or via the Create Group button available on 1st sphere topologies for individual or group queries (right-click to select nodes that you'd like include as seeds of the Group).

The Edit Group capability permits users to subsequently add or remove group members, and/or edit the group name or identification, if desired, by clicking on the yellow Edit Group button on the left side of the dark blue toolbar at the top of the query results.

**Because the data is drawn from previously executed searches only, Group Queries do not count against daily capacity limits.**

## PROFILE FINDER

A new feature in 5.3 to help convert of phone numbers, email addresses, name and picture into a Social ID which can be collected in Voyager Analytics.

Input whatever details are available, and a similarity score will be assigned to each matching result. To initiate a profile query, select a matching result, provide any identification details, and click "Collect." The resulting Profile Query will join the list in the Queries Tab.

Exhibit 3, Page 90
Confidential

Voyager Analytics™

# Topology Discovery

**A topology is a visualization of the connections of a target individual, or seed. For Facebook profiles, which have the richest network data, five topologies—1st sphere, Organizations, Internal Connections, 2nd sphere, and TNT—are accessed from a vertical sidebar appearing on the left side of the Topology Discovery View. Two others, Apollo and Groups, simultaneously plot the network data of multiple, user-selected profiles and, once initiated, appear in the left-side Profile Queries column on the Queries tab. All topologies permit keyword or lexicon searching via the Free Text search bar.**

## 1ST SPHERE

An individual's 1st sphere topology is a visualization of that person's direct connections on a given social media platform. The seed is represented by a central node surrounded by smaller nodes, each one representing the profile of a connection or friend. Clicking on any node highlights it and causes a summary of the associated self-reported profile information to appear in the Node Analysis sidebar to the right.

Connections between nodes are called Nexuses. A counter in the bottom left corner tallies the total number of nodes and nexuses shown on each topology view.

Facebook is the only platform requiring that these connections be two-way. For Twitter and Instagram topologies, checkboxes on the top right side permit the user to distinguish between Followers of the seed and those profiles that the seed is Following.

For individuals whose Facebook friends lists are closed, a network of inferred friends based on publicly available information is displayed.

## INTERNAL CONNECTIONS

This topology displays relationships between the seed individual's friends. The default view identifies the main subgroups of friends, with each individual assigned to the cluster where s/he has the greatest number of friends in common with the seed individual.

Hovering over any one of these clusters will cause a Community Insights bubble to appear

10

Confidential

in the top left corner displaying some of the key commonalities among the group, as reported by the individual friends (for example, workplace, hometown or educational details). These individuals are assigned to a dominant subgroup cluster (e.g. hometown or workplace).

Activating the Relationship Essence button displays a color-coded, algorithmic assessment of the likely nature of each node's friendship with the seed (e.g. business, shared educational background, family) based on an analysis of these clusters of friends.

Clicking on the Clusters button does away with the dominant clusters displayed in the default view, showing all of the interconnections among the seed individual's friends, regardless of each person's dominant subgroup. Clicking on any individual node within this view will display all of the mutual friends shared by that person and the seed.

## ORGANIZATIONS

The Organizations topology displays a topology of current or prior workplaces reported by the seed's friends. This topology defaults to show workplaces that are strongly related to the seed, but the relationship strength slider at the top of the page can be moved down to display other workplaces reported by a smaller number of friends and/or by friends who are not as strongly related to the seed.

## 2ND SPHERE

An individual's 2nd sphere topology is a visualization of that person's direct connections plus any indirect connections who have a significant number of friends in common with the seed. The default threshold for the number of mutual friends the indirect connections share with the seed is 4 and is controlled via the Mutual Friends slider at the top of this topology view.

## TNT

An acronym for "Target > Nontarget > Target," TNT displays any indirect relationships (or friends in common) between the individual you are analyzing and any other previously identified individuals. (Note that direct connections to identified individuals are already highlighted on 1st sphere topologies.) It is useful for identifying previously unknown

Confidential

Voyager Analytics™

Version 5.3 – User Guide

"middlemen" connecting individuals of interest, and/or for mapping the seed's position within a broader network.

TNT capabilities have been extended to Group Topologies. Open the corresponding topology tab within a Group to view any identified profiles that share mutual friends with two or more of the Group's seeds.

12

Exhibit 3, Page 93
Confidential

VoyagerAnalytics™

# 2. Analytic Tools and Exports: Posts

**The following is a list of some key analytic tools, filters, and export capabilities available for posts.**

## DISPLAY

Posts can be viewed in three Display categories: Content (including status updates and other written posts), Media (including pictures, and videos in a paneled view), and Map (displaying the location of all geotagged posts or check ins). Within each category, a list of posts appears in the left column, while clicking on any of these posts highlights it in the pane on the right. Posts in fifty-three recognized foreign languages can be translated and long posts can be summarized via the drop-down menu and buttons located at the top of this pane.

## INTERACTIONS

The Interactions counter that appears to the right of each listed post tallies the number of Likes, Comments, or Shares.

## SEARCH KEYWORDS AND LEXICONS

Posts have a Search bar available to find keywords across all posts, whether entered singly, with Boolean operators, or as elements of a Lexicon (search string).

To search for references to exact phrases, enter the phrase in quotation marks in the Search bar (e.g. "Bank of America"). If the phrase is listed without the quotation marks, profiles that contain all of the words regardless of their order will be returned.

To search a whole string of terms across Post content at once, create a Lexicon by clicking on the Settings tab that appears in the top left-hand of the screen. Next, click on Add New, give the Lexicon a title, and enter an unlimited number of search terms, one to a line, in the pane on the right before saving it. Search terms with two or more words must be entered within quotation marks. To use a Lexicon search string, simply type the name of the Lexicon in the Search field.

The following Boolean operations are also supported by the Find Keywords search bar:

- "Santa Barbara" OR "San Diego" will return all profiles referencing Santa Barbara or San Diego.

13

Confidential

- (San OR Santa) AND (Barbara OR Clara OR Diego OR Bernardino): will return all profiles referencing San Diego, San Bernardino, Santa Clara, or Santa Barbara

- New AND (York OR Jersey): will return all profiles referencing New York or New Jersey

- New AND (York NOT Jersey): will return all profiles referencing New York but not any that (also) reference New Jersey

- Root Expander: Use and asterisk (*) to search for a partial word. For example, Agen* will return all profiles referencing a word beginning with this letter sequence, e.g. Agent, Agency, Agencia.

## FILTERS

Posts can be filtered by Profile Name (in Group queries only), Location (provided this data is publicly available), or Date via the corresponding filters in the top blue toolbar. Important posts can be flagged by the user and subsequently filtered by a checkbox for Flagged Only. The flags are visible only within the same user group. A Sort By filter in the same row permits users to display posts in chronological or reverse chronological order, or Impact – a measure of the interactions and 'buzz' generated by posts among the individual or group's connections.

## FACEBOOK POST EXPANSION

This feature expands the collected content of a Facebook profile. It enables collection and analysis of different types of posts additional to the posts from the seed's timeline which were collected in previous versions.

The extended collection includes the following post types:

- Timeline posts – public posts the seed published on his Timeline.

- Posts to others' timelines– posted by the seed on the publicly available Timelines of other users.

- Tagged – public posts published by others in which the seed was tagged.

- Interactions – public posts the seed liked or commented on.

- Check-ins – public posts published by or tagging the seed which were geo-located or the location was explicitly indicated via the Facebook" check-in" function.

14

Confidential

Voyager**Analytics**™

- Life Events – public posts published by the seed using Facebook's "life event" feature.

## POST NOTES AND FLAGS

To facilitate collaboration, users can flag important posts by clicking to highlight the flag icon on the right side of its entry on the Posts List pane, or beneath the Impact score on the Full Post Display pane.

Users can also click on the 'Add Note' button on the top of the Full Post Display pane to attach their own contextual notes and/or translations to specific posts. Different users can add multiple notes to the same post and all the notes can be viewed together. For each note, user name and creation date are displayed. Only the note creator may edit or delete his/her note; other users may only view it. The notes are only visible within the creator's original user group.

## EXPORT TO PDF

The download symbol within the Full Post Display pane will export an individual post to a PDF document. The export features the date and time of the post, post text, post media and/or notes (if any), and all likes and comments.

## EXPORT TO CSV

The download symbol in the upper right corner of the Post screen will export all posts from the collection or Group to a .csv file. The .csv file contains for each post the date and time, caption, text of post content, and a link to the original post.

If a user wishes to export selected posts, s/he can filter them by dates/keywords or flag them and check <Flagged Only> option before exporting.  In that case, only the displayed posts are exported to csv.

## EMOJI SEARCH (New in 5.3)

VA collects emojis from profile posts and comments and allows to search for emojis in the profile posts tab. Emojis can be searched either by selecting the emojis in the emojis drop down list or by entering the emoji-text in the search text box.

The posts results are filtered to display only posts that contain at least one of the selected

15

Confidential

**Voyager**Analytics™

Version 5.3 – User Guide

emojis in the post itself or in the collected comments. Emojis collection and search is supported for all social media that are supported for profile queries.

16

Exhibit 3, Page 97
Confidential

VoyagerAnalytics™                                                Version 5.3 – User Guide

# 3. Analytic Tools and Exports: Topologies

**The following is a list of some key analytic tools available for profile queries. Any tool that is activated by clicking on a button is toggled off in the same manner.**

## NODE ANALYSIS

Clicking on a node will activate a Node Analysis sidebar to the right, including the individual's profile picture, biographical information disclosed by that person (e.g. hometown, workplace, and/or educational details), and any identification for that profile entered by a system user. If more than one node is selected (via a keyword search or manual right-click selection), histograms compiling and summarizing the listed data for all of the selected individuals will appear in the Node Analysis sidebar.

## RELATIONSHIP STRENGTH

Available as a slider at the top of all profile query topologies, Relationship Strength activates VoyagerAnalytics' proprietary algorithms to weigh a variety of social media platform-specific relationship indicators and assess the strength of each displayed connection (or 'nexus').

## CLIQUES

The Cliques tool allows you to discover individuals connected to a network you define. To use it in any network topology (that is, beyond the 1st sphere, which only shows connections relative to a seed, and not any mutual friendships), first select up to ten individuals of interest by right-clicking on these nodes. Next, activate the Cliques button to display a 1-10 scale slider and use it to display nodes that are connected to at least that number of the selected individuals. For instance, if you've selected a group of 8 individuals, moving the Cliques slider to 3 will display nodes that are connected to at least three of the group, while moving it to 8, its logical maximum in that scenario, will display only those nodes that are connected to all eight members of the selected group.

## SEARCH KEYWORDS AND LEXICONS

Like posts, topologies have a Search available to search across all text. This search box supports all of the exact search capabilities and Boolean operators detailed in the Posts section above. A keyword search looks across all the details available within the social media profiles of the displayed network. Search for organization names, individual names (and even their handles) as well as schools or locations.

17

Confidential

To search a whole string of terms within a Profile, Topic, or Group query at once, create a Lexicon by clicking on the Settings tab that appears in the top left-hand of the screen. Next, click on Add New, give the Lexicon a title, and enter an unlimited number of search terms, one to a line, in the pane on the right. Search terms with two or more words must be entered within quotation marks.

To apply a Lexicon search string, simply type the name of the Lexicon in the Search field. The Boolean operators described above with respect to Posts are also available to search across Topologies.

## NAVIGATION AND TABS

All filters and manipulations applied to any topology tab -- including keywords search, relationship strength, selecting and dragging nodes, displaying identified only or showing labels -- will be retained when returning to the topology tab after navigating to another tab. Similarly, clicking on <Go to Profile> on any node in a given topology will open a new tab but preserve the state of the original topology on return.

## MUTUAL FRIENDS

The Mutual Friends slider appears on an individual's 2nd sphere topology and defaults to 4, augmenting the target individual's 1st sphere connections with profiles of individuals who are not directly connected to but who have at least four friends in common with the seed. Sliding it up will increase that threshold and decrease the number of connections displayed, while sliding it down will decrease the threshold and increase the number of connections displayed, up to a maximum of 5,000 connections. If an individual's profile is queried in isolation and proves to be unrelated to any previously collected profile, no data on mutual friends will exist. This feature is particularly valuable for analysis of a personal or professional network, gang, or group.

Exhibit 3, Page 99
Confidential

VoyagerAnalytics™                                    Version 5.3 – User Guide

## INSIGHTS

Insights are analytic predictions derived from VoyagerAnalytics' proprietary algorithms and displayed as color-coded nodes on the 1st sphere topology of a profile, page, or group query. These include the following:

### ☾ GHOSTS (GREEN)

(Individual Profile Queries only) The overall structure of the ghost's social network overlaps significantly with that of the target individual (or "seed") in a way that is suggestive of a very close relationship or even an alternate screen identity/alias. Note that the algorithm takes both profile characteristics and use patterns into account, so that while a connection may appear as a Ghost in one individual's topology, the inverse relationship may not always be true. Putting both individuals under full coverage may reduce the likelihood of this discrepancy, but it may also reflect a true difference in the way they use social media.

### ☾ IDENTIFIED (ORANGE)

(Individual Profile, Page, and Group Queries) The profiles of individuals who have been identified (or "tagged") by a user—whether as part of the process of putting them under full coverage, or as the result of entering and saving descriptions of their relevance in the field appearing beneath their screen name—are retained with these identifications in the platform. Identifying key individuals builds an internal database that leverages and preserves the user group's collective knowledge and can integrate key findings or data points from sources other than social media; extends the platform's analytic capabilities; and provides immediate, added context and insights to future investigations involving these individuals.

### ☾ MEDIATORS (YELLOW)

(Individual Profile Queries only) Mediators are connections who participate in more than one of the target individual's friendship clusters as displayed on the Internal Connections topography. These individuals tend to be strongly related to the seed, and due to their mutual friendships with people from different facets of the seed's life (e.g. family members and high school friends, or college friends and work friends) are positioned to serve as go-betweens, sources of introduction, and/or persons of influence within the target individual's network.

### ☾ TOP CONNECTIONS (PINK)

19

Confidential

VoyagerAnalytics™

Version 5.3 – User Guide

(Individual Profile, Page, and Group Queries) Displayed by clicking on the node of the target individual in the 1st sphere topology or on any node in the Internal Connections topology, these hot-pink nodes correspond to that individual's strongest relationships as calculated by VoyagerAnalytics' proprietary algorithm. This calculation weighs a variety of data patterns indicative of strong connection, such as the duration and frequency of the individuals' interactions on the platform and/or their mutual connections to other key individuals in the seed's network.

###  NOTED (LIGHT BLUE)

Users can add Notes to any profile via the Notes tab on the Real Time Display. Profiles with attached Notes are highlighted in relevant 1st sphere topologies with a light blue "Noted" insight. A Notes link in the Node Analysis pane opens the corresponding Notes tab for that profile. To filter on and view only Noted profiles in a given topology, first uncheck the 'Show Insights' box near the Relationship Strength bar, then click on the Noted button in the right-side toolbar dropdown. Notes are not included in data exports from the system.

### STRONGLY CONNECTED MEMBERS (MAGENTA)

(Group Queries only) A shortcut to a common function of the Cliques tool, the Strongly Connected Members Insight highlights profiles directly connected to at least 80% of the group's seeds.

## EXPORT SCREENSHOT

Use the Export button in the vertical toolbar to the right of all topologies to generate a screenshot in .png format that can be saved as a PDF. To limit the display to a select group of nodes, first right click on each node you'd like to retain to select it. Next, click Invert Selection followed by Remove Nodes so that only the desired nodes remain. Use the Show Labels checkbox at the top of the screen to display each person's name.

## EXPORT TO CSV

The Export to CSV button, available on 1st sphere, Group, and Apollo topologies, downloads all available information about the seed's connections into a spreadsheet, including each person's unique profile ID, relationship strength, and any information provided by the user, including Workplace, Education, Current City, Hometown, and Date of Birth. This download can be restricted to selected nodes, or nodes that remain after a filter has been applied.

Exhibit 3, Page 101
Confidential

VoyagerAnalytics™

If a user wishes to export selected nodes only, s/he can first filter for them (for example, by using the Relationship Strength or through a keyword or Lexicon search, or by flagging them and checking <Flagged Only> option before exporting. Whichever method is used to isolate certain nodes, only the nodes displayed on the screen will be exported to csv. However, if no nodes are selected, the whole topology will be exported.

## SPOTLIGHT REPORT

A Spotlight Report is a comprehensive summary of an individual's profile information and key network data. It is generated by clicking on the button at the bottom of the far-left toolbar, and can be exported to a PDF via the corresponding button appearing to the right of the individual's name.

Spotlight reports display self-provided details regarding location, hometown, workplace, and education, as well as those details that can be inferred from the individual's network. Spotlight reports can also be customized by clicking on the setting wheel that appears in the top right corner of the screen and then clicking on the Spotlight Generator button in the left toolbar of the screen that appears.

Users can then create a Rules List (under the icon of a book with a checkmark on its cover) stipulating that the report list all of the seed's friends that have hits on a specific lexicon within a given profile field. For example, a Rule could state that the report list all friends/connections who reference an Ivy League school (from a lexicon of these schools) in their Education field.

Users can also create a Condition (under the icon of two interlocking circles) stipulating that the report display the names of friends who report the same Workplace, Education details, Hometown, or current Location as the seed individual.

### Profile Attributes (New in 5.3)

Profile attributes are now displayed in the 'Social Profile' section:

- Social network name

- Username

- User's ID

21

Confidential

In order to facilitate our training session next week, each user should provide 2-5 URLs of active social media profiles from Facebook, Twitter, Instagram, or VK that we can preload to your trial system.  These can be profiles that are relevant for current or prior work.

If you have any questions or need any guidance regarding how to find relevant profiles, please don't hesitate to reach out. Recent changes to the Facebook Graph Search and a number of online free open source search sites has made identifying profiles a bit of a challenge (luckily we'll be sharing our Profile Finder tool during training which will enable you to find profiles using email & phone number!). Here are a few open source search methodologies we recommend:

- If you have access to a CLEAR/Accurint/TLO report, sometimes social URLa associated with that individual are listed.

- Within the Facebook graph search, you can still search by: "Firstname Lastname" Current/Prior Location (i.e. "Autumn Francois" ▬▬▬▬▬) to find profiles:



- Leveraging Boolean searching in Google (particularly if your subject has name variations). Limiting with a known location is also helpful.



Here are a few examples of where to copy & paste profile URLs from various networks:

**Facebook**



**Twitter**



**Instagram**



Please feel free to reach out if you have any questions. The Voyager Labs team is looking forward to meeting you all next week!



### LAPD/Voyager Labs Contact information:

**Amit Gavish**
**Executive Vice President, Sales - Americas**
**M:** +1 ███████████
**O:** + 1 212.404.2402
amitg@voyagerlabs.co

**Scott McAndrews**
**Sales Director**
**Public & Private Sector**
**M:** +1 ███████████
scottm@voyagerlabs.co

**Autumn Francois**
**Director, Intelligence Analysis**
**M:** +1 ███████████
**O:** +1 212 404 2402
autumn@voyagerlabs.co

**Jonathan Larkin**
**Intelligence Analyst - Public Sector**
**M:** 1-███████████
jonathanl@voyagerlabs.co

**David Whitehead**
**Director, Technical Account Management**
**M:** ███████████
davidw@voyagerlabs.co

**Lawson Ferguson**
**Intelligence Analyst - Public Sector**
**M:** 1-███████████
lawson@voyagerlabs.co

**CONFIDENTIAL**

**New York** 1185 Avenue of the Americas, New York, NY 10036 **Tel:** + 1 212 404 2402
**Washington** 11710 Plaza America Drive, Reston VA 20190 **Tel:** +1 703 621 9001
**Singapore** 9 Temasek Boulevard, Suntec Tower 2, 038989 **Tel:** +65 6407 1412
**India** Level 15, Eros Corporate Tower, Nehru Place, New Delhi, 110019 **Tel:** +91-11-66155370

sales@voyagerlabs.co    safe.voyagerlabs.co

Exhibit 3, Page 105

March 6th, 2019

**Commander John McMahon**

Los Angeles Police Department
100 West 1st Street
Los Angeles, CA 90012

Dear Commander John McMahon,

Please accept this letter as affirmation of Voyager Labs as an authorized and Sole Proprietor provider of VoyagerAnalytics™ - In-depth Analysis Platform - intended for purchase by the Los Angeles Police Department (LAPD)

1. Voyager Labs' unique collection methods enable traceless and anonymous collection from social media networks, is independent of these networks and allows the reconstruction of closed profiles based on publicly available information.

2. Voyager Lab's platform enables users to uncover previously unattainable deep dive insights. These insights are fully automated and based on Voyager Lab's proprietary AI algorithms. They include:

   a. Relationship strength, type and essence.
   b. Detection of aliases / fake profiles and mediators between groups.
   c. Conducting group analysis on any required target group and discovering the core group members.

3. Voyager Lab's proprietary 'Ideology Synapse' technology unearths content that is ideologically tied to a specific topic and reveals the individuals behind this content.

Please feel free to contact me directly if I can be of assistance in any matter. I can be reached at                    at your convenience.

Warm regards,



Scott McAndrews
Regional Sales Director, Voyager Labs

Exhibit 3, Page 106



# VoyagerAnalytics™

## System Highlights

**VoyagerAnalytics is an AI-driven in-depth analysis platform.** It enables analysts to reveal insights, uncover hidden connections, and focus on the most relevant leads in investigations. By tapping into the vast ocean of publicly available unstructured data, users can reveal deep, actionable insights on individuals, groups and topics, then deep dive to uncover more information on each. VoyagerAnalytics' deep focus on individuals and groups often exceeds the reach of other solutions on the market.

In particular, VoyagerAnalytics focuses on analysis of publicly available information beyond the scope of search engines. This type of data, coupled with the right technology, demonstrably yields valuable insights into human behavior.

### Data Gathering

- **Near-Real Time Data Gathering** – Gather data that would otherwise take an army of analysts months to acquire, or, more likely, would simply be impossible to obtain.

- **Untraceable** – A completely anonymous environment.

- **Sustainable** – The VoyagerAnalytics platform is agnostic to changes in the open source environment.

- **Wide Range of Networks** – VoyagerAnalytics enables collection from the following networks: Facebook, Twitter, Instagram, Vkontakte, Google+, Pinterest, Medium, Vimeo, YouTube, Tumblr, LinkedIn and Telegram. Additional networks can be added, subject to prior agreement.

### Analysis

- **Relationship Strength** – VoyagerAnalytics' proprietary algorithms weigh a variety of specific relationship indicators and enable analysts to assess the relative strength of each connection within an individual's network, enabling analysts to understand where to focus their investigation, which individuals are closest to the target and which trail is the



most relevant one to follow. This allows analysts to narrow their search from thousands of possible relationships to the five or ten most significant ones – a tremendous time-saver.

- **Ghost** – In many investigations, this may be an alias or fake profile, and the key to unraveling details the target is trying to keep hidden. Often, matching an individual's active but disguised "hidden" account to their mundane actual account is the key to cracking open an investigation.

- **Mediators –** Mediators are entities that connect between two or more groups or social circles. They are key players, groups, trendsetters or highly influential individuals. As part of an individual's social circle, they are identified as go-betweens, sources of introduction, and/or persons of influence within his or her network.

- **Clusters –** Automatically visualize groups of strongly interconnected entities, around a common theme.

- **Target - Non-Target - Target –** Uncover seemingly innocent go-betweens amidst two known targets. These go-betweens often become persons of interest in an investigation.



- **Apollo -** Discovers relationships between two groups of given entities. This process often unearths the identity of previously unknown middlemen or instances of potentially improper association, e.g., between doctors and drug dealers, or between traders and bankers.

- **Impact -** VoyagerAnalytics allows analysts to measure for each specific content its audience reach and engagement, enabling them to discover the most viral or significant content on a searched topic across selected networks in near-real time.

- **Language and Translation** - VoyagerAnalytics provides the analyst with translation capabilities for more than 100 languages, and textual analysis using Natural Language Understanding.



- **Rapid Document Analysis –** Enables deriving immediate analysis and insights from massive document repositories. These documents contain the full user record for social media accounts supplied to law enforcement agencies via court-order or subpoena.

# Deployment

- With two days of training and two days of deployment on average, the VoyagerAnalytics can yield **immediate intelligence generation**.

- **On-premises or cloud-based** solution available.

- Easily **share** information and **integrate** with existing systems.

sales@VoyagerLabs.co    www.VoyagerLabs.co



# VoyagerAnalytics™ for AI-driven Rapid Document Analysis

An exclusive investigative platform, delivering deep, actionable insights for Law Enforcement

**Process:** Ingest social media information extracted from a court ordered PDF.

**Analysis:** Interpret social influences, map relationships and uncover hidden information.

**Insight:** Draw direct conclusions and informed decisions in timely, customizable formats.

**Enrichment:** Add real-time information to gain a holistic picture of the target.

In response to a search warrant or subpoena, social media providers may supply law enforcement agencies with a massive PDF file about a suspect's account activity. While this file includes data which may hold critical insights for criminal investigations, it is often disordered and numbers tens of thousands of pages, making it prohibitively difficult to analyze.

**VoyagerAnalytics** ingests this data and enables investigators to swiftly reveal profound insights that would otherwise be very difficult to obtain. Investigators can unearth human relationships, develop more complete profiles of suspects, and piece together affiliations and patterns in diffuse criminal enterprises.

## Tier 1 Law Enforcement Agencies use this solution to:

- **Gather** important evidence to help solve crimes

- **Analyze** massive document repositories in minutes, including all historic data

- **Uncover** relationship patterns to identify individuals who could aid in or be eliminated from an investigation

- **Obtain** actionable, otherwise-unattainable insights about individuals, groups or topics, including how they are connected.



Confidential



Use cases show that Voyager Analytics is often instrumental in uncovering evidence that leads to arrests and prosecution.

Driving the document analysis feature is an array of AI algorithms, data analysis tools, and Natural Language Understanding capabilities. These technologies enable the relationship mapping, data visualization, and search capabilities at the heart of this platform. The document analysis abilities mirror those of the Voyager Analytics platform as a whole; Voyager Analytics also enables analysis of publicly available unstructured data from online sources and provides investigators with key and hidden insights about individuals, groups or topics.

## Important Capabilities

- **Bring to life** a court-ordered/subpoenaed PDF as if you were viewing the information in its original native format

- **Display** individuals in the suspect's network that have been linked to previous law enforcement searches

- **Enrich** insight with real-time information

- **Search** in multiple foreign languages

- **Visualize** data in an easy-to-read format

- **Order** photos and posts by timeline, relevancy or interaction

- **Search** by keyword

**New York**
1185 Avenue of the Americas, 3rd floor,
New York, NY 10036
(212) 404-2402

**Washington**
11710 Plaza America Drive,
Suite 2000, Reston, VA 20190
(703) 621-9001

**Israel**
6 HaHarash Street.
Hod Hasharon 4524079
+9729-881-0180



sales@voyagerlabs.co

 

www.voyagerlabs.co

This document contains confidential and proprietary information of Voyager Analytics Inc. and its affiliates and is protected by copyright laws and related international treaties. Unauthorized use, duplication, disclosure or modification of this document in whole or in part without the written consent of Voyager Analytics Inc. is strictly prohibited. By providing this document, Voyager Analytics Inc. and its affiliates are not making any representations regarding the correctness or completeness of its content and reserve the right to alter this document at any time without notice. © 2018 Voyager Labs Limited and Voyager Analytics. Inc. All rights reserved.



# Voyager**Analytics**™ & Voyager**Check**™

## Unraveling the Digital Universe & Finding Reality



**Billions** of individuals, groups & topic interactions

Our technology is unmatched in its ability to analyze vast amounts of unstructured data.  We drill down to the "human pixel" level, and transform that into an understanding of content, connections and concepts – bringing a multitude of invaluable insights to our users.

Our VoyagerAnalytics platform puts core AI and deep cognitive learning to work for those who have the profound responsibility of investigation, vetting, and other security-related activities. For them, we don't just connect existing dots - we create new dots. What seem like random and inconsequential interactions, behaviors or interests, suddenly become clear and comprehensible. Our clients include global enterprises, consulting firms, security organizations and law enforcement agencies.

VoyagerAnalytics offers intelligence and investigative experts a comprehensive analytic tool that accelerates and intensifies their expertise - delivering actionable insights in seconds instead of weeks or months.

Our second invaluable tool is VoyagerCheck, an automated vetting system that instantly answers a predetermined set of questions. This enables the appropriate stakeholders to make crucial decisions on the spot. Many of our clients use VoyagerAnalytics and VoyagerCheck in parallel - because results surfaced by VoyagerCheck can trigger the deeper dive that our analytics platform makes possible.

## Benefits of Voyager**Analytics**™ & Voyager**Check**™



**Identify** key connections previously impossible to detect



**Detect** behavioral anomalies in near real-time



**Analyze & investigate** complex cases faster & more intuitively



**Reveal** far-reaching, deep actionable insights

Exhibit 3, Page 112



# Voyager Analytics™

## Unprecedented Visibility Yields Unique Insights



Untapped Big Data          Human Behavior Analysis          Platform Coverage

## Our Platform brings you three levels of critical Insights:



**INDIVIDUALS**

We enable you to build a comprehensive, multi-dimensional view of individuals - on a human pixel by human pixel basis. This is based on their networks, behaviors and preferences - all accessed from publicly available data. Easily uncover primary relationships including close advisors, relatives, friends, business partners, influencers, intermediaries and communication pathways.

**GROUPS**

The same investigatory engine can focus on group behavior and group dynamics - revealing key members, as well as additional members who are adjacent but significant. We can even uncover patterns and interconnections that shine a light on subgroups - uncovering improprieties; instantly highlighting recent conversions, flips and conflicts of interests.

**TOPICS**

Our ability to understand voluminous sets of unstructured data turns up narratives built around topics of interest by analyzing public events - revealing key figures, influencers and powerful but non-obvious individuals. The synthesized result is new and powerful behavioral and situational awareness.



# VoyagerCheck™

## Totally Automated. Remarkably Powerful



**Billions** of Data & Insights points

Investigations take many forms in today's world, and Voyager Analytics addresses them all.

On the most complex level, Voyager Analytics provides a platform for expert-led investigations into individuals and their networks. However, when dealing with millions of people, organizations need a rapid and scalable assessment solution that does not require an analyst. Until now, there has been no tool that can scale pre-set criteria and derive critical insights in-the-moment. VoyagerCheck fills that essential gap because it has access to the same structured and unstructured behavioral data that our expert system uses – while delivering the automated responses required in real-time, to pre-determined questions. In fact, the VoyagerCheck system can be tailored to address each client's unique security concerns.





**New York**
1185 Avenue of the Americas,
New York, NY 10036
(212) 404-2402

**Washington DC**
11710 Plaza America Drive,
Reston, VA 20190
(703) 621-9001

**Israel**
6 HaHarash Street,
Hod Hasharon 4524079
+972-9-881-0180

sales@voyagerlabs.co   www.voyagerlabs.co

This document contains confidential and proprietary information of Voyager Labs and its Affiliates and is protected by copyright laws and related international treaties. Unauthorized use, duplication, disclosure or modification of this document in whole or in part without the written consent of Voyager Labs is strictly prohibited. By providing this document, Voyager Labs and its Affiliates are not making any representations regarding the correctness or completeness of its content and reserves the right to alter this document at any time without notice. © 2017 Voyager Labs and Voyager Analytics. All rights reserved. CP-VL-5-17

Exhibit 3, Page 114





Bringing
Individuality
to Light

Voyager*Analytics*TM

AI-Driven In-Depth Analysis Platform

March 2019



# CONTENTS

1    INTRODUCTION .......................................................................................................3

2    DEVELOPMENT ROADMAP ..................................................................................4

Copyright © 2019 Voyager Labs Ltd. or its affiliates ("VoyagerLabs"). All rights reserved. VoyagerLabs™ and VoyagerAnalytics™ are trademarks of Voyager Labs. Any unauthorized copying or use of the trademarks is unlawful and may lead to prosecution.

The materials and information herein are confidential and proprietary and are the exclusive property of Voyager Labs. Usage of the materials or information herein, in any form or by any means, is permitted only for internal non-commercial use. Any other usage of said materials or information, in any form or by any means, without the express written permission of Voyager Labs, is strictly forbidden. Without derogating from the above-mentioned, modification of the materials or information herein and/or changes in, or deletion of author attribution, trademark legend or copyright notices are strictly forbidden.

Exhibit 3, Page 116

# 1   INTRODUCTION

This document provides an overview of the VoyagerAnalytics roadmap for the upcoming year. Our roadmap is planned to develop and empower products' capabilities across all product components – collection, analysis, visualization.

Please note the following:

- The information contained in this document is provided on a non-binding basis. The company reserves the right to change product roadmap at any time, including capabilities presented, their scope, timelines, pricing model and designation (standard or premium). The company does not guarantee the provisioning of any of the below capabilities.
- Some of the presented features may require a change on existing VoyagerAnalytics deployments in terms of infrastructure and/or hardware.
- The capabilities described in this document are not necessarily included in the standard product S&M plan.

Exhibit 3, Page 117



## 2    DEVELOPMENT ROADMAP

| Item | Requirement | Details | Estimated Delivery |
|------|-------------|---------|--------------------|
| AI Analytics | | | |
| #1 | Semantic Search | The system will enable using semantic search to analyze a profile's posts collected from different networks. This proprietary NLP-based algorithm will improve search accuracy by understanding the searcher's intent and the contextual meaning of terms as they appear in the collected content, to generate more relevant results. | Q1 |
| #2 | Inferred Profile Location | The system will use AI capabilities to determine the most relevant locations with which the seed is affiliated. | Q4 |
| #3 | Identity Merger | In order to enable holistic analysis of an individual based on insights derived from all his social accounts, the system will allow the analyst to merge multiple profiles of an individual from different networks. Merged profile will enable unified analysis of content from different networks and new AI insights based on unified connections from different networks. | Q4 |
| #4 | Object Recognition | The system will enable searching for selected objects across images in the collected content. | Q4 |

Exhibit 3, Page 118



| New Data Sources | | | |
|---|---|---|---|
| #1 | WhatsApp | The system will support collection and analysis of WhatsApp groups. The collection will be based on the existing Active Persona mechanism, meaning the user will have to provide the system with an avatar with access to the group from which he wishes to collect. | Q3 |
| #2 | Instagram Warrant | The system will support upload and parsing of an Instagram warrant file. The system will extract posts, images, connections and private messages. Similar to the open source collection, the system will enable content and connection analysis. | Q2 |
| #3 | Snapchat Warrant | The system will support upload and parsing of a Snapchat warrant file. The system will extract from the warrant all available content and media. The system will enable analyzing this content and media using VoyagerAnalytics NLP and image processing capabilities. | Q4 |
| #4 | Sina Weibo | The system will support collection and analysis of publicly available data on profiles in Sina Weibo | Q4 |
| #5 | Darkweb | The system will support keyword search across various forums and marketplaces on Darkweb. The content and media will be collected, stored and analyzed. | TBD |
| Reporting | | | |
| #1 | Enhanced Summary Report | Effective, customizable and exportable report that summarizes a profile's investigation. Enhanced summary report will enable adding selected insights, saved posts, and screenshots from the system and analyst notes. | Q3 |



| Analytics | | | |
|---|---|---|---|
| #1 | Profile Interests | VoyagerAnalytics will enable analysis of seeds' interests, based on the pages they like, group memberships, events attended or interested in, and the profile's apps. | Q1 |
| | | As a part of Facebook and LinkedIn profile collection, the system will collect the relevant data about seed's interests. | |
| **Collection** | | | |
| #1 | Profile Finder to Twitter/Instagram | The system will enable locating Twitter and Instagram profile IDs based on emails. Once the profile is located, the analyst will be able to proceed to its full collection. Successful conversion depends on multiple factors outside our control and thus cannot be guaranteed. | Q2 |
| **Technical** | | | |
| #1 | Flexibility in capacity allocation | In order to enable more flexible management of collections, the system will support allocation of collection capacity per user group. The allocation of capacity will be performed by a system administrator. | Q1 |
| **Usability** | | | |
| #1 | Extended system search | Currently, system search enables searching for profiles collected within the system by various parameters. This feature will be expanding the search to enable keyword searches across all textual system entities in the system, such as profiles, posts, comments and queries. | Q1 |

Exhibit 3, Page 120





# VoyagerAnalytics™

## Artificial Intelligence in the Service of Police Departments

The suspect. The target. The network. Every case you investigate is unique, but many share a common thread: the digital footprint left over time in cyberspace. VoyagerAnalytics is an unparalleled in-depth analysis platform based on artificial intelligence, that empowers law enforcement to navigate the parallel universe of unstructured data with agency and efficiency. It's a field-tested tool that compresses painstaking investigations of weeks and months into minutes.



VoyagerAnalytics is used by tier-one law enforcement and intelligence agencies in the battle against crime, counter-terrorism, and narcotics trafficking, aiding operators both at headquarters and in the field to uncover the most accurate insights in near real time and keep communities safe.

### Phase I: Open Source Discovery

VoyagerAnalytics is your gateway to the modeling and analysis of publically available unstructured data. It enhances your investigation with deep insights into individuals, groups and topics, uncovering connections, associations, behavior patterns, affiliations and more. Leveraging the power of VoyagerAnalytics, the complex digital mesh of texts, images, dialect, identities and other human behavior indicators yields crystal clear answers and actionable leads. VoyagerAnalytics turns the ocean of unstructured data into a highly revealing layer of reality, instantly putting into the hands of officers, agents and investigators the kind of evidence that can establish probable cause and help obtain search warrants and subpoenas.

### Phase II: Document Repository Analytics

VoyagerAnalytics' best-in-class analytical abilities also enable you to derive automated insights from massive document repositories available to law enforcement agents in response to warrants or subpoenas. The system allows users to analyze voluminous archives containing hundreds of thousands of pages in minutes. In this digital environment, VoyagerAnalytics allows investigators to reveal real-world connections, develop more complete profiles of suspects and piece together affiliations and patterns in diffuse criminal enterprises. Use cases show that VoyagerAnalytics is often instrumental to clients in uncovering evidence that leads to arrests and prosecution.

confidential

Exhibit 3, Page 122



# The Technology

VoyagerAnalytics is a proprietary platform driven by Artificial Intelligence, developed by a world-class team of researchers, data scientists and engineers with a firm background in intelligence and analytics. The technology employs an array of unstructured data analysis tools, AI algorithms and models, including Natural Language Understanding, Image Recognition, Human Behavior Pattern Analysis and two-way translation in multiple languages. Its intuitive user interface and data-visualization features enable searches as wide or as granular as needed into targets, networks, topics, affiliations and trends.

# The Benefits



**TURN DATA TO INSIGHTS.**
Enhance your investigations with digital evidence.



**REVEAL KEY AND HIDDEN CONNECTIONS.**
Instantly gain deep actionable insights about individuals, groups or topics, including key and hidden connections.



**CONDENSE INVESTIGATION TIME.**
Turn weeks of data sifting into minutes.



**SHARE KNOWLEDGE.**
Cooperate across teams, departments, jurisdictions and agencies.



**INTEGRATE WITH YOUR EXISTING SOURCES.**
Consolidate with your law enforcement data systems.



**HARNESS PUBLICLY AVAILABLE DATA IN NEAR REAL TIME.**
Receive the most relevant and current information.



**PROCESS LARGE DOCUMENTS RAPIDLY.**
Analyze massive document repositories in minutes.

## VoyagerAnalytics™
Case Closed.

**New York**
1185 Avenue of the Americas,
New York, NY 10036
(212) 404-2402

**Washington D**
11710 Plaza America Drive,
Reston, VA 20190
(703) 621-9001

**Israel**
6 HaHarash Street,
Hod Hasharon 4524079
+972-9-881-0180

sales@voyagerlabs.co    www.voyagerlabs.co

This document contains confidential and proprietary information of Voyager Labs and its Affiliates and is protected by copyright laws and related international treaties. Unauthorized use, duplication, disclosure or modification of this document in whole or in part without the written consent of Voyager Labs is strictly prohibited. By providing this document, Voyager Labs and its Affiliates are not making any representations regarding the correctness or completeness of its content and reserves the right to alter this document at any time without notice. © 2017 Voyager Labs and Voyager Analytics. All rights reserved. CP-VLS-17

confidential

Exhibit 3, Page 123



# Voyager Analytics™ for Law Enforcement

A powerful tool to reveal insights, uncover hidden connections, and help investigators focus on the most promising leads in criminal investigations

At the heart of every inquiry or investigation is one simple fact: the answers exist. The challenge is finding them.

VoyagerAnalytics is a potent, field-tested tool that criminal investigators can use to help uncover those key answers and insights, allowing them to accomplish in minutes what might take months with traditional techniques.

In the course of investigations, analysts use VoyagerAnalytics to develop more detailed pictures of individual persons of interest, map the membership of criminal organizations, connect seemingly separate crimes, reveal geographic links in drug and human trafficking cases, chart networks of connected individuals in intelligence operations, and more—all in a safe, anonymized browsing platform.

The key to these capabilities is a vast open data landscape that hides potentially millions of leads and insights. Using advanced AI, deep learning and cognitive computing VoyagerAnalytics provides unparalleled, near real-time access to this unstructured data in more than 50 languages. Moreover, it lets analysts efficiently integrate publicly available unstructured data with other key data sources. Fully compliant with privacy standards, VoyagerAnalytics allows users to specifically characterize data access based on their internal policies and authorizations. In the hands of experienced investigators, VoyagerAnalytics is a powerful lens that can find hidden answers and make them visible.

## Solutions for criminal investigators

### Narcotics and other trafficking

Both drug and human trafficking invariably involve networks of individuals acting in concert. Investigators use VoyagerAnalytics to help identify and chart the members and associates of these criminal networks. Its ability to make geographic connections visible can also be useful in trafficking investigations, and its tools for preserving captured data mean that evidence is not lost if the public data is subsequently scrubbed or masked.

### Criminal organizations

As with trafficking cases, investigators use VoyagerAnalytics to find and identify members of criminal organizations and gain insights into their activities and locations. The ability of VoyagerAnalytics to help investigators piece together an organization's structure can make it easier to target its leaders, greatly increasing the chances of dismantling the entire enterprise. The tool's ability to reveal indirect relationships can be especially useful in finding unknown members who may be taking steps to conceal their public footprint.

## Why VoyagerAnalytics

- Efficiently tap an incredibly rich, largely unexploited data source where criminals often reveal much more than they intend to

- Develop deeper, more complete profiles of suspects and their habits, locations, and associates

- See key connections that aren't visible in any other data sources

- Piece together networks and affiliations in minutes instead of weeks

- Map geographic locations, relationships and patterns in dispersed criminal enterprises

- No complex setup or integration required

## Dismantling a criminal organization

In one major investigation in a large U.S. city, police had developed a case against a violent street gang involved in drug trafficking and murder. As the investigation progressed, seven gang members were identified.

When VoyagerAnalytics was used to collect information on these individuals, it initially identified more than **15,000** separate connections for all seven. It quickly reduced that number fivefold, to around **3,000** connections shared by at least two of the suspects. Even so, this dense mass of data might take a human investigator many weeks to sift through, if it was attempted at all.

In the space of just a few more minutes, VoyagerAnalytics further narrowed down those 3,000 separate data points to only four individuals who were connected to all seven known suspects. This provided analysts with clear, actionable leads for further investigation, the kind of leads that result in additional arrests and prosecutions.

Exhibit 3, Page 124

 Voyager Labs

# VoyagerAnalytics™ for Law Enforcement

Conversely, in cases where gang members are prone to broadcast their activities in order to gain stature, VoyagerAnalytics provides unmatched tools for finding and surfacing incriminating online declarations.

### Intelligence and open source data

Many law enforcement agencies already have digital review teams who do their work manually, using data pasted into spreadsheets. Those teams can use VoyagerAnalytics to dramatically amplify their effectiveness in every kind of inquiry, finding in minutes connections that might otherwise take weeks or months of online work.

### Counter-terrorism

The way that extremist and terrorist groups use the online world for recruiting, networking, and advancing their ideologies is by now well known. In fact, these activities require such groups to make much of their information publicly accessible, with low privacy settings. VoyagerAnalytics gives counter-terrorism investigators powerful tools for discovering, visualizing, and charting online extremist activity, from members to supporters to financers.

### Real-time crime response

When first responders' lives are on the line, it's critical to get them as much information as possible, as quickly as you can. Real-time crime centers were created to provide almost instant access to the full range of structured databases available to law enforcement. VoyagerAnalytics adds a crucial missing piece: near real-time access to the huge mass of unstructured open source data and the information, patterns, and insights it can contain.

### Corrections

VoyagerAnalytics helps investigators uncover hidden or anomalous connections between inmates, corrections officers, and associates on the outside—the connections that underpin many crimes within prisons or directed from them.

## Countering a terrorist attack

Recently, in a rapidly unfolding major terrorist incident in a European city, authorities almost immediately identified one attacker.

The attacker had no online profile, but analysts used VoyagerAnalytics to identify several of his family members and associates within minutes of the attack. By integrating both structured and unstructured data, VoyagerAnalytics revealed a range of overlapping connections between the attacker's associates and known extremists, including some who had been arrested or killed by authorities in other locations.

It also uncovered a significant geographic link between individuals in the city where the attack took place and extremists in another country with a high level of terrorist activity. Most importantly, it revealed a mosaic of strong connections to previously unknown individuals, exactly the near real-time information authorities need to identify and disrupt potential new threats and dismantle terrorist cells and their support structures.

 

**www.voyagerlabs.co**

  

| **New York** | **Washington DC** | **Israel** |
| 1185 Avenue of the Americas, 3rd floor, | 11710 Plaza America Drive, | 6 HaHarash Street. |
| New York, NY 10036 | Suite 2000, Reston, VA 20190 | Hod Hasharon 4524079 |
| (212) 404-2402 | (703) 621-9001 | +972-9-881-0180 |

This document contains confidential and proprietary information of Voyager Analytics Inc. and its affiliates and is protected by copyright laws and related international treaties. Unauthorized use, duplication, disclosure or modification of this document in whole or in part without the written consent of Voyager Analytics Inc. is strictly prohibited. By providing this document, Voyager Analytics Inc. and its affiliates are not making any representations regarding the correctness or completeness of its content and reserve the right to alter this document at any time without notice. ©2018 Voyager Labs Limited and Voyager Analytics, Inc. All rights reserved.

Exhibit 3, Page 125

# Contact information:

*Kathy McAnany, Sergeant II*
*Supervising Intelligence Analyst*

*32502@lapd.online*

**Gilbert Hernandez**
IT Coordinator

# Voyager Labs Contact information:

Scott McAndrews
Regional Director
Public & Private Sector
M: +1
O: + 1 212.404.2402
scottm@voyagerlabs.co

Autumn Francois
Director, Intelligence Analysis
M: +1
O: +1 212 404 2402
autumn@voyagerlabs.co
www.voyagerlabs.co

Lawson Ferguson
Intelligence Analyst - Public Sector
M: 1-
lawson@voyagerlabs.co
www.voyagerlabs.co

**Use this evaluation every time you use voyager. The evaluation will help establish the importance of the tool. Please forward to CIANII Rebecca Nagy#N4309**

**Date Used:**

**Name/Rank:**

**Division/ Unit:**

**Purpose for using Voyager** (circle all that apply)**:**

- Identification of New Targets

- Investigations to known networks

- Network Preservation

- Collaboration and expansion of Evidence

- Anonymous Collections and analytic s environment for research

- Fast- Tracking warrant process

**Outcome:**

- **Successful** (circle all that apply)**:**
  o Saved time
  o Found new targets
  o Established a pattern
  o Suspect Identification
  o Other
- **Unsuccessful**

**Brief Description of outcome:**

**Meeting on 1/23/19 - 1/24/19**

| NAME | DEPT |
|------|------|
| Al Vincencio | LAPD/HIDTA |
| Tony Rodriguez | LAPD/HIDTA |
| Erica Roach | |
| Annabel Lee | |
| Andres Toyoda | |
| Loraine Mendoza | |
| Tracy Frederickson | |
| Melinda Gottesman | |
| Amy Ochoa | |
| Stephen Flores | LAPD |
| Alejandro Rasch | |
| Elizabeth Nguyen | |
| Robert Long | LAPD |
| Pete Zarcone | LAPD |
| Horace Frank | LAPD |
| Stephen Carmona | LAPD |
| Marisol Morales | |
| Jane Chung | |
| Lee Trujicco | |
| Chief Moore | LAPD |

**Meeting on 10/23/18**

| NAME | DEPT |
|------|------|
| Kathy McAnany | LAPD/ |
| Rebecca Nagy | LAPD - Major Crimes |
| More names on this list (retrieving for you | |

**EMAIL**                    **PHONE**

33885@lapd.online
35136@lapd.online

stephen.flores@ic.fbi.gov

27410@lapd.online
26271@lapd.online
25958@lapd.online
23605@lapd.online

**EMAIL**                    **PHONE**

32502@lapd.online
n4309@lapd.online

| First Name | Last Name | Dept. | Title | Phone |
|---|---|---|---|---|
| Harold | Crossley | Major Crimes | Det. | |
| Brian | Verschueren | RHD | | |
| Ed | Dorrah | Major Crimes | Det. | |
| Rebecca | Nagy | Major Crimes | Crime and Intelligence Analyst II | |
| Arnold | Suzukamo | IT | | |
| Robert | Long | Major Crimes | Captain | |

**Email**

37864@LAPD.online

N5477@LAPD.online

33227@LAPD.online


N4309@LAPD.online

n1103@lapd.online

robert.long@lapd.online





# VoyagerAnalytics
# Pilot Planning
# Los Angeles Police Department

July 2019

# Pilot Summary

| | |
|---|---|
| **Description** | • Pilot will offer users the opportunity to conduct a 4-month hands-on evaluation of the Voyager Analytics platform.<br>• Users will receive a 2 day interactive training and learn how to leverage Voyager Analytics' suite of analyst tools to gain detailed insights enabling more effective and efficient social media analysis |
| **Users** | • MCA/RHD/South Bureau– Homicide |
| **User Prerequisites** | • Familiarity with different social data platforms relevant to investigative process and the types of data available on each<br>• Conducts social data analysis as part of investigative methodology frequently (at least weekly)<br>• Available to attend mandatory training and planned availability to participate in least 75% of the pilot and monthly feedback meetings |
| **Objectives** | • To determine whether the Voyager Analytics platform provides value as defined by the success criteria |


Voyager Analytics

# Technical & Logistical Requirements

- **Workstation Configuration:**
  - Operating System: Windows 7 or greater
  - RAM / CPU: 4GB (8GB recommended) / Intel i5 processor or equivalent
  - Browser: Google Chrome (required)
  - Ports 80 and 443 open

- **Network Requirements**
  - Access to Google.com (required)
  - Minimum 3.0Mb/1.5Mb bandwidth between user PCs and Voyager Analytics servers
  - The faster the Internet connection the better system performance

- **Training Room**
  - Desktop or laptop computer connected to network for each training participant
  - Access to network or guest wifi for trainers
  - Monitor/projector with VGA or HDMI hook up to display trainers laptop
  - Ability to share participants' screens



Voyager Analytics

Confidential
Exhibit 3, Page 134

3

# User Engagement

- **Identification of Users:**  pilot users names, role/rank, division, and email address should be provided no later than 1 week prior to kickoff.

- **Provision of data for training:** each pilot user should provide at least 2 social media profiles from the covered platforms (i.e. Facebook, Twitter, Instagram, Tumblr, VK etc…) for use during training.  These profiles can be from active cases or previous investigations.  Profiles should be provided no later than 1 week prior to kickoff.

- **Availability of Users for Training & Feedback:** all pilot users should attend the mandatory two-day pilot kickoff training session (10AM – 3PM both days). Additionally, pilot users should attend feedback meetings (4).

- **Deskside Support:** pilot users receive weekly support at their specified site for duration of the pilot. Additional remote / in-person assistance is available to users as needed.

- **System Usage:** pilot users agree to engage in analysis within the Voyager Analytics system at least three times per week for the duration of the pilot. At least one session must include introduction of data to the system (profile query or warrant upload).

- **Availability of Key Stakeholders:** key stakeholders should attend Midpoint and Closeout feedback sessions.



# Pilot Kickoff Training - Sample Agenda

| Time | Subject | Description | Duration |
|---|---|---|---|
| 10:00 – 10:30 | Introductions | Introducing Voyager Labs | 30 min |
| 10:30 – 11:00 | VoyagerAnalytics Overview | How our customers use the platform | 30 min |
| 11:00 – 11:30 | Getting Started | Logging in and initiating queries | 30 min |
| 11:30 – 11:45 | Break | | 15 min |
| 11:45 – 13:00 | Introduction to Analyzing Connections Data | Individual profile analysis | 65 min |
| | | 1st Sphere topology | |
| | | Internal Connections | |
| | | Organizations | |
| | | 2nd Sphere topology | |
| | | TNT | |
| 13:00 – 14:00 | Working Lunch | | 60 min |
| 14:00 – 15:00 | Analyzing Content | Posts | 60 min |



Confidential
Exhibit 3, Page 136

3

# Proposed Pilot Schedule

| Date | Pilot Week | Schedule |
|---|---|---|
| Week of July 15 | Week 0 | Kick-off Training (July 16-17)***  July 18-19 if needed second group |
| Week of July 22 | Week 1 | Desk-side Support |
| Week of July 29 | Week 2 | Desk-side Support |
| Week of August 5 | Week 3 | Desk-side Support |
| *Week of August 12* | *Week 4* | *Monthly Feedback (Users Only) /Desk-side Support / Product Team Visit* |
| Week of August 19 | Week 5 | Desk-side Support |
| Week of August 26 | Week 6 | Desk-side Support |
| Week of September 2 | Week 7 | Desk-side Support |
| *Week of September 9* | *Week 8* | *Midpoint Evaluation Meeting (Users & Stakeholders)* |



Voyager Analytics

# Proposed Pilot Schedule

| Date | Pilot Week | Schedule |
|------|-----------|----------|
| **Week of September 16** | **Week 9** | **Desk-side Support** |
| **Week of September 23** | **Week 10** | **Desk-side Support** |
| **Week of September 30** | **Week 11** | **Desk-side Support** |
| *Week of October 7* | *Week 12* | *Monthly Feedback (Users Only) /Desk-side Support* |
| **Week of October 14** | **Week 13** | **Desk-side Support** |
| **Week of October 21** | **Week 14** | **Desk-side Support** |
| **Week of October 28** | **Week 15** | **Desk-side Support** |
| *Week of November 4* | *Week 16* | *Final Evaluation Meeting (Users & Stakeholders)* |



Confidential





Exhibit 3, Page 139

# Examples of Use Cases Provided by RHD (cont'd)

- Officer ▆▆▆▆▆ murder investigation

- Multiple threats to LAPD personnel

- MCD & RHD collaboration (arsonist/threat)

- ▆▆▆▆▆▆▆▆ protective intel

- ▆▆▆▆ gang officer OIS/officer down

- Pop-up "sesh" dispensaries 211/187

- N. Hollywood ▆▆▆▆▆ gang 187

- Assistance to Harbor Gangs

- ▆▆▆▆▆▆ no-body 187s

- ▆▆▆▆▆ celebrity hairdresser 187

- ▆▆▆▆▆ arson/stabbing 187

- ▆▆▆▆▆ USC gang 187

- Rampart ▆▆▆ gang 187 series

- ▆▆▆▆ Uber/Lyft sex assault cases

- Imminent threat to life/kidnaps

- Real-time tactical intel support ▆▆▆▆

- Hate groups (▆▆▆▆▆▆▆▆▆)

- ▆▆▆▆ active shooter 187



**Voyager** Labs


Confidential

Exhibit 3, Page 140

# Officer ██████████ Murder Investigation



**Shooter Profiles**

Suspect #2

0 Selected
276 Nodes

Voyager mapped the **connections.** Exhibit 3, Page 141



Confidential

2

# Voyager Search Warrant Processing Saves Time/Money



*Sample business record from search warrant.*

Here is a ▆▆▆▆ murder case handled by RHD and South Bureau Homicide. In a chat, the suspect states that he ▆▆▆▆▆▆▆▆▆▆ Voyager allows investigators to quickly find pertinent information from THOUSANDS of pages of business records. CA law (CalECPA) now requires that investigators extract only data that's relevant to the crime(s).



*Data processed through Voyager.*



Confidential

Exhibit 3, Page 142

3



# LAPD
# VoyagerAnalytics Trial Highlights

Prepared for: LAPD
Date: 11/13/2019







# Use Cases

Exhibit 3, Page 144

# Examples of Use Cases Provided by Users

- LAPD officer down/murder investigation ███████████

- ██████ gang murder series

- Protective intelligence for County, City, & Department VIPs

- Real-time tactical intelligence ████████████████ on Rampart 187

- ████████████████ murders and other South Bureau violent crime series

- Hate group topics (██████████████████████████████)

- ████████████ homicide involving active shooter ██████████████

- ████████████ gang officer down investigation



Confidential

# Examples of Use Cases Provided by Users (cont'd)

- XXX

- XXX



# LAPD User List

First Name          Last Name          Position          Division

Phone                    Email

Social Media URLs for training

| First Name | Last Name | Dept. | Title | Phone |
|---|---|---|---|---|
| Harold | Crossley | Major Crimes | Det. | |
| Brian | Verschueren | RHD | | |
| Ed | Dorrah | Major Crimes | Det. | |
| | | | Crime and | |
| | | | Intelligence | |
| | | | Analyst II | |
| Rebecca | Nagy | Major Crimes | | |
| Arnold | Suzukamo | IT | | |
| Robert | Long | Major Crimes | Captain | |

| First Name | Last Name | Dept. | Title | Phone |
|---|---|---|---|---|
| Nathan | Kouri | SBHD | Detective III | |
| Iris | Romero *** | SBHD | Detective II | |
| Aaron | Harrington | SBHD | PO II | |
| Thorsten | Timmermans *** | SBHD | PO II | |
| John | Jamison | SBHD | Detective III | |
| Scott | Teubert | SBHD | PO III | |
| Ryan | Bellows *** | 77th GIT | Detective II | |
| Brian | Gallagher | CSOC/ ATF | Sergeant I | |
| Kevan | Beard *** | | Sergeant I | |
| Manny | Castaneda | | Police Officer 3 | |
| Yudith | Martinez | | Police Officer II | |
| Daniel | Hernandez | | Police Officer II | |
| Dennis | Jarrott | | Police Officer II | |
| David | Gamero *** | CSOC | Police Officer 3 | |

**Email**

37864@LAPD.online
N5477@LAPD.online
33227@LAPD.online


N4309@LAPD.online
n1103@lapd.online
robert.long@lapd.online


34340@lapd.online
37658@lapd.online
41254@lapd.online
37459@lapd.online
33398@lapd.online
35745@lapd.online
35366@lapd.onlime
31490@lapd.online
35841@lapd.online
37474@lapd.online
38249@lapd.online
39929@lapd.online
375537@lapd.online
38043@lapd.online

| Row Labels | Count of Event |
|---|---|
| | 26 |
| | 11 |
| | 6 |
| | 156 |
| | 6 |
| | 4 |
| | 6 |
| | 2 |
| | 29 |
| | 19 |
| | 2 |
| | 5 |
| | 18 |
| | 51 |
| | 4 |
| **Grand Total** | **345** |







| Row Labels | Count of Event |
|---|---|
| | 46 |
| | 17 |
| | 7 |
| | 380 |
| | 12 |
| | 16 |
| | 2 |
| | 1 |
| | 9 |
| | 39 |
| | 1 |
| | 1 |
| | 52 |
| | 41 |
| | 2 |
| **Grand Total** | **626** |





(blank)







| Time | User | User Group | Event | Component |
|------|------|-----------|-------|-----------|
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | created | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | RHD | viewed | advanced topic query |
| ############# | | MCD | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | restarted | advanced topic query |
| ############# | | Analysts | restarted | advanced topic query |
| ############# | | Analysts | restarted | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | created | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | created | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | created | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | created | advanced topic query |
| ############# | | Analysts | created | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | created | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | created | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |

| ############# | | Analysts | viewed | advanced topic query |
|---|---|---|---|---|
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | created | advanced topic query |
| ############# | | Analysts | created | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | created | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | created | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | created | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |

| | | | |
|---|---|---|---|
| ############# | Analysts | viewed | advanced topic query |
| ############# | Analysts | viewed | advanced topic query |
| ############# | Analysts | viewed | advanced topic query |
| ############# | Analysts | viewed | advanced topic query |
| 8/15/2019 9:44 | Analysts | viewed | advanced topic query |
| 8/15/2019 9:23 | Analysts | viewed | advanced topic query |
| 8/15/2019 9:20 | Analysts | viewed | advanced topic query |
| 8/15/2019 9:19 | Analysts | viewed | advanced topic query |
| 8/15/2019 9:19 | Analysts | viewed | advanced topic query |
| 8/15/2019 9:00 | Analysts | created | advanced topic query |
| 8/15/2019 9:00 | Analysts | created | advanced topic query |
| 8/15/2019 8:08 | South Bureau Homicide | viewed | advanced topic query |
| 8/15/2019 8:02 | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | created | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | created | advanced topic query |
| ############# | South Bureau Homicide | viewed | advanced topic query |
| ############# | South Bureau Homicide | created | advanced topic query |
| ############# | South Bureau Homicide | created | advanced topic query |

| | | | |
|---|---|---|---|
| ############# | ███████ | South Bureau Homicide | viewed | advanced topic query |
| ############# | ███████ | MCD | viewed | advanced topic query |
| ############# | ███████ | MCD | viewed | advanced topic query |
| ############# | ███████ | MCD | viewed | advanced topic query |
| ############# | ███████ | MCD | viewed | advanced topic query |
| ############# | ███████ | MCD | viewed | advanced topic query |
| ############# | ███████ | MCD | viewed | advanced topic query |
| ############# | ███████ | MCD | viewed | advanced topic query |
| ############# | ███████ | MCD | viewed | advanced topic query |
| ############# | ███████ | MCD | viewed | advanced topic query |
| ############# | ███████ | MCD | viewed | advanced topic query |
| ############# | ███████ | MCD | viewed | advanced topic query |
| ############# | ███████ | MCD | viewed | advanced topic query |
| ############# | ███████ | MCD | viewed | advanced topic query |
| ############# | ███████ | MCD | viewed | advanced topic query |
| ############# | ███████ | MCD | created | advanced topic query |
| ############# | ███████ | Analysts | viewed | advanced topic query |
| ############# | ███████ | Analysts | viewed | advanced topic query |
| ############# | ███████ | Analysts | viewed | advanced topic query |
| ############# | ███████ | Analysts | viewed | advanced topic query |
| ############# | ███████ | Analysts | viewed | advanced topic query |
| ############# | ███████ | Analysts | viewed | advanced topic query |
| ############# | ███████ | Analysts | viewed | advanced topic query |
| ############# | ███████ | Analysts | viewed | advanced topic query |
| ############# | ███████ | Analysts | viewed | advanced topic query |
| ############# | ███████ | Analysts | viewed | advanced topic query |
| ############# | ███████ | Analysts | viewed | advanced topic query |
| ############# | ███████ | Analysts | viewed | advanced topic query |
| ############# | ███████ | Analysts | viewed | advanced topic query |
| ############# | ███████ | Analysts | viewed | advanced topic query |
| ############# | ███████ | Analysts | viewed | advanced topic query |
| ############# | ███████ | Analysts | viewed | advanced topic query |
| ############# | ███████ | Analysts | viewed | advanced topic query |
| ############# | ███████ | Analysts | viewed | advanced topic query |
| ############# | ███████ | Analysts | restarted | advanced topic query |
| ############# | ███████ | Analysts | restarted | advanced topic query |
| ############# | ███████ | Analysts | restarted | advanced topic query |
| ############# | ███████ | Analysts | viewed | advanced topic query |
| ############# | ███████ | Analysts | viewed | advanced topic query |
| ############# | ███████ | Analysts | viewed | advanced topic query |

| ############# | | Analysts | viewed | advanced topic query |
|---|---|---|---|---|
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | created | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | RHD | viewed | advanced topic query |
| 8/13/2019 9:36 | | Analysts | viewed | advanced topic query |
| 8/13/2019 9:33 | | Analysts | viewed | advanced topic query |

| | | | |
|---|---|---|---|
| 8/13/2019 9:33 | ████████████ | Analysts | viewed | advanced topic query |
| 8/13/2019 9:33 | ████████████ | Analysts | viewed | advanced topic query |
| 8/13/2019 9:04 | ████████████ | Analysts | viewed | advanced topic query |
| 8/13/2019 9:04 | ████████████ | Analysts | viewed | advanced topic query |
| 8/13/2019 9:04 | ████████████ | Analysts | viewed | advanced topic query |
| 8/13/2019 8:54 | ████████████ | Analysts | viewed | advanced topic query |
| 8/13/2019 8:53 | ████████████ | Analysts | viewed | advanced topic query |
| 8/13/2019 8:53 | ████████████ | Analysts | viewed | advanced topic query |
| 8/13/2019 8:53 | ████████████ | Analysts | viewed | advanced topic query |
| 8/13/2019 8:53 | ████████████ | Analysts | created | advanced topic query |
| 8/13/2019 8:50 | ████████████ | Analysts | viewed | advanced topic query |
| 8/13/2019 8:49 | ████████████ | Analysts | viewed | advanced topic query |
| 8/13/2019 8:26 | ████████████ | Analysts | restarted | advanced topic query |
| ############ | ████████████ | RHD | viewed | advanced topic query |
| ############ | ████████████ | RHD | viewed | advanced topic query |
| ############ | ████████████ | South Bureau Homicide | viewed | advanced topic query |
| ############ | ████████████ | South Bureau Homicide | created | advanced topic query |
| ############ | ████████████ | South Bureau Homicide | viewed | advanced topic query |
| ############ | ████████████ | RHD | viewed | advanced topic query |
| ############ | ████████████ | RHD | viewed | advanced topic query |
| ############ | ████████████ | RHD | viewed | advanced topic query |
| ############ | ████████████ | RHD | viewed | advanced topic query |
| 8/12/2019 9:53 | ████████████ | RHD | viewed | advanced topic query |
| 8/6/2019 19:17 | ████████████ | RHD | restarted | advanced topic query |
| 8/6/2019 19:17 | ████████████ | RHD | restarted | advanced topic query |
| 8/6/2019 19:17 | ████████████ | RHD | restarted | advanced topic query |
| 8/6/2019 19:17 | ████████████ | RHD | restarted | advanced topic query |
| 8/6/2019 19:17 | ████████████ | RHD | restarted | advanced topic query |
| 8/6/2019 19:17 | ████████████ | RHD | restarted | advanced topic query |
| ############ | ████████████ | Analysts | viewed | advanced topic query |
| ############ | ████████████ | Analysts | viewed | advanced topic query |
| ############ | ████████████ | Analysts | viewed | advanced topic query |
| ############ | ████████████ | Analysts | viewed | advanced topic query |
| ############ | ████████████ | Analysts | viewed | advanced topic query |
| ############ | ████████████ | Analysts | viewed | advanced topic query |
| ############ | ████████████ | Analysts | viewed | advanced topic query |
| ############ | ████████████ | Analysts | viewed | advanced topic query |
| ############ | ████████████ | Analysts | viewed | advanced topic query |
| ############ | ████████████ | Analysts | created | advanced topic query |
| ############ | ████████████ | Analysts | created | advanced topic query |
| ############ | ████████████ | Analysts | viewed | advanced topic query |

| ############# | | Analysts | viewed | advanced topic query |
|---|---|---|---|---|
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | restarted | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | created | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | created | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |

| | | | | |
|---|---|---|---|---|
| ############## | ████████ | Analysts | viewed | advanced topic query |
| ############## | ████████ | Analysts | viewed | advanced topic query |
| ############## | ████████ | Analysts | viewed | advanced topic query |
| ############## | ████████ | Analysts | viewed | advanced topic query |
| ############## | ████████ | Analysts | viewed | advanced topic query |
| ############## | ████████ | Analysts | viewed | advanced topic query |
| ############## | ████████ | Analysts | viewed | advanced topic query |
| ############## | ████████ | Analysts | viewed | advanced topic query |
| ############## | ████████ | Analysts | viewed | advanced topic query |
| ############## | ████████ | Analysts | viewed | advanced topic query |
| ############## | ████████ | Analysts | viewed | advanced topic query |
| ############## | ████████ | Analysts | viewed | advanced topic query |
| ############## | ████████ | Analysts | viewed | advanced topic query |
| ############## | ████████ | Analysts | viewed | advanced topic query |
| ############## | ████████ | Analysts | viewed | advanced topic query |
| ############## | ████████ | Analysts | created | advanced topic query |
| ############## | ████████ | Analysts | created | advanced topic query |
| ############## | ████████ | Analysts | viewed | advanced topic query |
| ############## | ████████ | ████ | viewed | advanced topic query |
| ############## | ████████ | Analysts | viewed | advanced topic query |
| ############## | ████████ | Analysts | viewed | advanced topic query |
| ############## | ████████ | Analysts | viewed | advanced topic query |
| 7/24/2019 1:45 | ████████ | | viewed | advanced topic query |
| 7/24/2019 1:34 | ████████ | | viewed | advanced topic query |
| 7/24/2019 1:34 | ████████ | | viewed | advanced topic query |
| 7/24/2019 1:32 | ████████ | | viewed | advanced topic query |
| 7/24/2019 1:27 | ████████ | | viewed | advanced topic query |
| 7/24/2019 1:27 | ████████ | | created | advanced topic query |
| 7/24/2019 1:23 | | Analysts | viewed | advanced topic query |
| 7/24/2019 1:22 | | Analysts | viewed | advanced topic query |
| ############## | | RHD | viewed | advanced topic query |
| ############## | | RHD | viewed | advanced topic query |
| ############## | | RHD | viewed | advanced topic query |
| ############## | | RHD | restarted | advanced topic query |
| ############## | | RHD | restarted | advanced topic query |
| ############## | | RHD | viewed | advanced topic query |
| ############## | | RHD | viewed | advanced topic query |
| ############## | | RHD | viewed | advanced topic query |
| ############## | | RHD | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |

| | | | |
|---|---|---|---|
| ############# | Analysts | viewed | advanced topic query |
| ############# | Analysts | created | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | created | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | created | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | created | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | created | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | created | advanced topic query |
| ############# | RHD | created | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | viewed | advanced topic query |
| ############# | RHD | created | advanced topic query |
| ############# | Analysts | viewed | advanced topic query |
| ############# | Analysts | viewed | advanced topic query |
| ############# | Analysts | viewed | advanced topic query |
| ############# | Analysts | viewed | advanced topic query |
| ############# | Analysts | viewed | advanced topic query |

| | | | | |
|---|---|---|---|---|
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | created | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |

| | | | | |
|---|---|---|---|---|
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | created | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | RHD | viewed | advanced topic query |
| ############ | ███████ | RHD | viewed | advanced topic query |
| ############ | ███████ | RHD | viewed | advanced topic query |
| ############ | ███████ | RHD | created | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |
| ############ | ███████ | Analysts | viewed | advanced topic query |

| ############## | | Analysts | created | advanced topic query |
|---|---|---|---|---|
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | created | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |
| ############## | | Analysts | viewed | advanced topic query |

| ############ | | Analysts | viewed | advanced topic query |
|---|---|---|---|---|
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | created | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | created | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | created | advanced topic query |
| ############ | | Analysts | created | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |

| | | | |
|---|---|---|---|
| ############ | ██████████ | Analysts | viewed | advanced topic query |
| ############ | ██████████ | Analysts | viewed | advanced topic query |
| ############ | ██████████ | Analysts | viewed | advanced topic query |
| ############ | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 9:48 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 9:46 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 9:45 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 9:45 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 9:45 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 9:45 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 9:45 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 9:45 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 9:45 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 9:43 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 9:41 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 9:39 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 9:39 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 9:24 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 9:16 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 9:16 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 9:16 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 9:15 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 8:47 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 8:45 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 8:42 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 8:39 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 8:39 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 8:38 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 8:38 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 8:38 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 8:38 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 8:37 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 8:37 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 8:36 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 8:36 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 8:35 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 8:35 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 8:35 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 8:32 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 8:26 | ██████████ | Analysts | viewed | advanced topic query |
| 7/18/2019 8:25 | ██████████ | Analysts | viewed | advanced topic query |

| 7/18/2019 8:25 | ███████████ | Analysts | created | advanced topic query |
|---|---|---|---|---|
| 7/18/2019 8:25 | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | created | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | created | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |

| | | | |
|---|---|---|---|
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | created | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | created | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |
| ############# | ██████████ | Analysts | viewed | advanced topic query |

| ############# | | Analysts | viewed | advanced topic query |
|---|---|---|---|---|
| ############# | | Analysts | created | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | created | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | created | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | created | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | created | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |
| ############# | | Analysts | viewed | advanced topic query |

| | | | |
|---|---|---|---|
| ############ | | Analysts | created | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | created | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | created | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | created | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | created | advanced topic query |
| ############ | | Analysts | viewed | advanced topic query |
| ############ | | Analysts | created | advanced topic query |

Consumption
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0

0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0

0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0

0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0

0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0

0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0

0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0

0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0

0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0

0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0

0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0

0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0

0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0

0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0

0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0

0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0

0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0

0
0
0
0
0
0
0
0
0
0
0
0

| First Name | Last Name | Position | Division |
|---|---|---|---|
| Rebecca | Nagy | CIAN II | MCD |
| Adam | Broderick | Sgt. II | MCD - CIS |
| Albert | Shinfeld | Det II | MCD - TOCS |
| Suzanne (Suzie) | Reed | | MCD |
| Brian | Verschueren | CIAN I | RHD |
| ███████ | | P II | RHD |
| William | Lu | CIAN II | CSOC (South Bureau-based) |
| Scott | Teubert | Police Ofcr III | South Bur Homicide |
| Kevan | Beard | Sergeant I | South Bureau |
| Thorsten "T" | Timmermans | Police Officer II | South Bure Homicide |

August Training

| First Name | Last Name | Position | Division |
|---|---|---|---|
| Ed | Dorroh | Detective II | MCD - CSS |
| Harold | Crossley | Detective II | MCD - CSS |
| Pam | Meesri | Det. I | MCD - CIS |
| Eldin | Stupar | Det. I | MCD - TOCS |

Individual Deskside as Available

| First Name | Last Name | Position | Division |
|---|---|---|---|
| Iris | Romero | Detective II | South Bur Homicide |
| Cedric | Washington | Detective | South Bur Homicide |
| Will | Roecker | | RHD |
| Dana | Lee | | CSOC (South Bureau-based) |

Exhibit 3, Page 194

| Phone | Email | Additional |
|---|---|---|
| ███████ | N4309@lapd.online | July Training |
|  | 32053@lapd.online | July Training |
|  | 35915@lapd.online | July Training |
|  | 33873@lapd.online | July Training |
|  | N5477@lapd.online | July Training |
|  | ███████ | July Training |
|  | N5961@lapd.online | July Training |
|  | 35745@lapd.online | July Training |
|  | 35841@lapd.online | July Training |
|  | 37459@lapd.online | July Training |

| Phone | Email | Additional |
|---|---|---|
| ███████ | 33227@lapd.online | August Training |
|  | 37864@lapd.online | August Training |
|  | 31677@lapd.online | August Training |
|  | 39522@lapd.online | August Training |
|  | 37658@lapd.online | July Training |
|  | 31784@lapd.online | New User |
|  | 42908@lapd.online | New User |
|  | n2294@lapd.online | New User |

Exhibit 3, Page 195

Trained Aug 14
Training Sep 5

Trained Aug 12
Trained Aug 12
Trained Aug 27
Trained Aug 14

| # | Tier | Name | vCPU | Memory GB | OS | Network | Root Partition (GB, SSD Required) | Second Partition (GB, SSD Required) | Third Partition (GB, SSD Required) |
|---|------|------|------|-----------|----|---------|-----------------------------------|-------------------------------------|------------------------------------|
| 1 | Admin, Web, App | | 8 | 16 | CentOS 7 | | 50 | | |
| 2 | Admin, Web, App | | 8 | 16 | CentOS 7 | | 50 | | |
| 3 | Application | | 8 | 16 | CentOS 7 | | 50 | 100 | |
| 4 | Application | | 8 | 16 | CentOS 7 | | 50 | 100 | |
| 5 | DB | | 8 | 16 | CentOS 7 | | 50 | 200 - DB (mounted on /opt/cassandra) | 200GB (mounted on /opt/cassandra/dump) |
| 6 | DB | | 8 | 16 | CentOS 7 | | 50 | 200 - DB (mounted on /opt/cassandra) | 200GB (mounted on /opt/cassandra/dump) |
| 7 | DB | | 8 | 16 | CentOS 7 | | 50 | 200 - DB (mounted on /opt/cassandra) | 200GB (mounted on /opt/cassandra/dump) |
| 8 | DB | | 8 | 16 | CentOS 7 | | 50 | 200 - DB (mounted on /opt/cassandra) | 200GB (mounted on /opt/cassandra/dump) |
| 9 | DB | | 8 | 16 | CentOS 7 | | 50 | 100 - DB (mounted on /opt/solr) | |
| 10 | DB | | 8 | 16 | CentOS 7 | | 50 | 100 - DB (mounted on /opt/solr) | |
| 11 | DB | | 8 | 16 | CentOS 7 | | 50 | 100 - DB (mounted on /opt/solr) | |
| 12 | DB | | 8 | 16 | CentOS 7 | | 50 | 100 - DB (mounted on /opt/solr) | |
| 13 | Collection / Application | | 8 | 16 | CentOS 7 | Public Static IP | 50 | | |
| 14 | Collection / Application | | 8 | 16 | CentOS 7 | Public Static IP | 50 | | |
| 15 | Collection / Application | | 8 | 16 | CentOS 7 | Public Static IP | 50 | | |
| 16 | Collection / Application | | 8 | 16 | CentOS 7 | Public Static IP | 50 | | |

VMs

| Server Name | Tier | Type | OS | Note |
|---|---|---|---|---|
| | admin | m5.large | CentOS-7 | Will check on auto-shutdown or manual bring up |
| | admin | m5.large | CentOS-7 | Will check on auto-shutdown or manual bring up |
| | app | c5.xlarge | CentOS-7 | |
| | app | c5.large | CentOS-7 | |
| | app | m5.large | CentOS-7 | |
| | app | c5.2xlarge | CentOS-7 | |
| | app | m5.large | CentOS-7 | |
| | collection | c5.xlarge | CentOS-7 | |
| | collection | c5.xlarge | CentOS-7 | |
| | db | c5.xlarge | CentOS-7 | |
| | db | c5.xlarge | CentOS-7 | |
| | db | c5.xlarge | CentOS-7 | |
| | db | c5.xlarge | CentOS-7 | |
| | db | t2.medium | CentOS-7 | |
| | db | t2.medium | CentOS-7 | |
| | db | t2.medium | CentOS-7 | |
| | db | m5.xlarge | CentOS-7 | |
| | db | m5.xlarge | CentOS-7 | |
| | db | m5.xlarge | CentOS-7 | |
| | db | m5.xlarge | CentOS-7 | |
| | web | c5.xlarge | CentOS-7 | |

Exhibit 3, Page 198

VMs

| Config. Info. |
|---|
| Public IP |
| |
| |
| |
| |
| |
| |
| Public IP |
| Public IP |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| Requires VPN access |

# VOYAGER ANALYTICS TRIAL EVALUATION

**Use this evaluation every time you use voyager. The evaluation will help establish the importance of the tool. Please forward to CIANII Rebecca Nagy#N4309**

**Date Used: 08/13/2019**

**Name/Rank: William Lu #N5961**

**Division/ Unit: Operations – South Bureau / Community Safety Operations Center**

**Purpose for using Voyager** (circle or indicate all that apply)**:**

- Identification of New Targets

- Investigations to known networks

- Network Preservation

- Collaboration and expansion of Evidence

- Anonymous Collections and analytics environment for research

- Fast- Tracking warrant process

- Other: Used topic query to gather information relating to ██████████████ ████████████████

**Outcome:**

- **Successful** (circle or indicate all that apply)**:**
  - Saved time
  - Found new targets
  - Established a pattern
  - Suspect Identification
  - Other
- **Unsuccessful**
- **Is it user friendly?** (circle or indicate) **Yes**
- **Are the reports easy to understand?** (circle or indicate) **Yes**

**Brief Description of outcome:**

Received a request from Captain Neal from 77th division to do a quick look at social media regarding ████████████████████ This program allowed me to gather information quickly and identify "hot" or trending topics in a time efficient manner.

Exhibit 3, Page 200

Voyager Feed back by email

---

**Adam MCD – Feed Back**

Unfortunately, I will be in the field tomorrow afternoon so I can't make the conference call.

Some positive thoughts on Voyager thus far…

I like the Topology Discovery feature.  I think it could be helpful in some cases.  It seems like a quick place to see if a target is connected to other people of interest during our investigations.  Once I understand better what information it can provide me with, I think it will become more useful.

I like that there's a Profile Finder now.  That should be valuable at some point.

I like that my queries are saved automatically.  This eliminates the need to do a repeat search for the same person.

As for the things I don't yet grasp, or otherwise find useful….

With so many options, it's difficult to remember what all it can really do to help me out.  Things like Posts, Spotlight, or Topic search would require additional training and practice to understand the true usefulness of them.

I still like Skopenow for its user-friendly and straight-forward approach.  I plug in minimal info like a name, location and maybe an age range, and it brings up everything on one page (i.e., related email addresses, phone numbers, social media and Google results, etc.)

I haven't had one "success" since my trial use began.  The info is interesting, but I can't say it's helped me find something I couldn't find elsewhere anyway.  Since I'm still a new user, it takes time to fumble around for the right page/option so it hasn't saved me any time yet either.

Voyager is too much to learn in one sitting (for me at least).  It's a little bit of learning, practice…more learning, more practice, more learning, more practice.  Rinse and repeat.

Unfortunately, we don't all have the time to sit still and learn because of our day to day tasks.

Just my two cents.

---

**William- CSOC**

Good afternoon Rebecca,

I used Voyager today for ███████████████████████████████████
███████████████████████████████████████████████████████████
████████████████████████████████ there were a few
incidents in the immediate weeks ████████████████████████████
█████████████████████████████████████

Hope this helps!

-William


 Good afternoon all! I am about to go on vacation, so I'd like to contribute some feedback before I leave.

Since our training, I've used Voyager a few times to look for profiles. The profile finder was useful with phone numbers. I was able to find profiles of the person of interest, but their profiles were set to private, so I was unable to go further with any of these.

I've also used the Topic Query several times ████████████████████████████ It is very helpful to be able to gather posts from multiple sources all in the same run.

General Questions:

1.  Are the time stamps from the posts reflective of the subject's time zone, or Los Angeles' time zone? I was curious if the time stamps are in UTC or if it was converted into Pacific time for us.

2.  I've noticed that the posts from Facebook queries only show "outgoing" posts from the subject. Would we be able to pull posts that the subject's friends post into his/her wall?

That's all I have for now, thank you again for all the work!
-William


████████ **RHD**

I've had an opportunity to throw some things at Voyager this past week. My first impressions are very positive. This is a valuable best-in-class tool for social media analysis that would surely benefit us.

What it does well:

•  Outstanding tool for locating profiles during time-sensitive investigations (for example, yesterday's multi-4 homicide)
•  Fantastic for looking at criminal networks, associates, and other connections ████████████
•  Decent job with handling search warrant records*
•  Very intuitive and user friendly
•  Support has been great
•  All of these tasks are very time/labor intensive – this software will cut down on hours

Limitations:

- *2 GB limit on search warrants is impractical, especially as more people move to content-heavy Instagram. I just downloaded a 27 GB warrant the other day
- In general, Facebook is slowly dying (a la Myspace circa 2009), needs more emphasis on Instagram
- Topic monitoring tool not particularly effective/user-friendly compared to competitors
- Needs a better way to manage separate cases so that data doesn't cross-pollinate when we don't want it to
- User-guide is far too text-heavy, online help/FAQ missing some images, could be better

As an example of a truly 21st Century case, check out:
https://www.latimes.com/local/lanow/la-me-ln-ray-diaz-assault-arrest-20190713-story.html
This started online, bypassed traditional news almost altogether until arrest, involved a lot of online content, and went viral to the point where public outrage reached the Chief of Police via Twitter. We were able to insert ourselves into this process early on with positive results. By the time Department command staff woke up to the flood of messages in the morning, he was in custody at the border.

This is where an effective monitoring solution (Recorded Future, MediaSonar, Silobreaker, et al.) + analysis tool (Voyager) would have been very helpful. I think we're going to see more of these. For monitoring, DOC, Media Relations, TMU, RHD, and MCD should all have a license. Right now at DOC, from what I've seen, all their big screens are traditional 20th Century media. If they're only watching the news, they're already receiving their information too late.

V/R,


Hi Yulia,

Thank you for your patience as we're scaling down after our major case. I have a new partner here named Will Roecker (cc'd on this email). I was hoping to see if we can substitute Will and get him a trial account (we can change him out with our own Ellen Fama, if needed – she gave permission), ████████ ████████████████████████████████████████ Will's extremely sharp and has already been messing around with Voyager a bit with me, and I wanted to see if you two can connect for some desk side support. He is here this week through Thursday at RHD.

Recently we have:

A. been able to have a good success story on a robbery series with Voyager using the Group feature, which is outstanding; and
B. Identified several phone numbers were tied to matching social media profiles using our old standalone contact exploitation technique (covert phone/profile). Unfortunately, during testing, Voyager did not locate those same profiles in Voyager Profile Finder. This happened on our recent big case, and has happened again on another. ██████████████████████████ ████████████████████████████████████████ Profile Finder via phone continues to be hit and miss. Will can relay more info if needed.

Finally, when we're doing search warrants to Facebook/Instagram we get one .zip file and one .pdf file per account we request from the provider. The .pdf files are all smaller than the .zip files, size-wise.

V/R,

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | First name | Last name | Position | Division | Phone | Email | Social Media URLs |
| 2 | | | | | | | |
| 3 | Kevan | Beard | Sergeant I | South Bureau | ███ | 35841@lapd.online | ███ |
| 4 | ███ | | | | | | |
| 5 | | | | | | | |
| 6 | Iris | Romero | Detective II | South Bur Homicide | ███ | 37658@lapd.online | |
| 7 | Thorsten | Timmermans | Police Officer II | South Bure Homicide | | 37459@lapd.online | |
| 8 | Scott | Teubert | Police Ofcr III | South Bur Homicide | ███ | 35745@lapd.online | |
| 9 | William | Lu | Crime Analyst | CSOC | | N5961@lapd.online | |

# LAPD User List

| First Name | Last Name | Position | Division |
|------------|-----------|----------|----------|
| Ed | Dorroh | Detective II | MCD - CSS |
| Harold | Crossley | Detective II | MCD - CSS |
| Rebecca | Nagy | CIAN II | MCD |
| Adam | Broderick | Sgt. II | MCD - CIS |
| Pam | Meesri | Det. I | MCD - CIS |
| Albert | Shinfeld | Det II | MCD - TOCS |
| Elsin | Stupar | Det. I | MCD - TOCS |
| Brian | Verschueren | CIAN I | RHD |
| █████████ | █████████ | P II | RHD |
| Ellen | Fama | CIAN II | RHD |



| Phone | Email |
|---|---|
| | 33227@lapd.online |
| | 37864@laod.online |
| | N4309@lapd.online |
| | 32053@lapd.online |
| | 31677@lapd.online |
| | 35915@lapd.online |
| | 39522@lapd.online |
| | N5477@lapd.online |
| | |
| | N4311@lapd.online |

| Social Media URLs for training | Additional |
|---|---|
| | August Training |
| | August Training |
| | July Training |
| | July Training |
| | August Training |
| | July Training |
| | July Training |
| | July Training |
| | July Training |
| | July Training |





Bringing
Individuality
To Light

VoyagerAnalytics™

AI-Driven In-Depth Analysis Platform –

Pricing Proposal

June 2021







### _New "Intro" Package for LAPD_ - **$215,619 (1 Year agreement)**

5 users from the following groups (1 user per group):
- o  RHD – Robbery Homicide Division
- o  Major Crimes
- o  South Bureau Homicide
- o  DOC Operations
- o  Media Relations

**VoyagerAnalytics Software**

- Voyager Analytics version 5.X (**most current version)**
- Queries Per Day (QPD) - up to 20 Queries Per Day (7300 Annual Queries)
- Profile Finder – 25 Queries Per Day (9125 Annual Queries)
- Analyst Seats – up to 5 seats (named users)
- Deep and Dark Web now included
- Other Premier added: Media Storage, Active Persona, Group TNT, Updates/Alerts
- Standard Support and Maintenance

**Voyager Genesis Software**
- 10 - total warrants per month (2 parallel servers)

~1 Free Month ($17,968 in savings) will be added, if signed by 12/31/2020

Notes:

1. Voyager Labs will enable data migration from system that was used during the 4-month trial at no additional cost
2. Voyager Labs will provide 5 days of professional services ($7,500) at no additional cost if agreement is signed by 12.31.2020. Services include additional requested training and/or intelligence analysts' consultation services
3. All premium features were included at no additional cost and Deep & Dark Web was added to department request
4. Deployment includes 2 days of standard training
5. Above pricing is for a cloud-based system
6. The above pricing proposal is subject to Voyager Labs' standard Terms & Conditions, available upon request
7. Prices are in US Dollars. Payment terms are Net 30 after invoicing
8. Above pricing valid for a direct acquisition by LAPD. If purchase is done through a 3rd party, pricing may increase

Exhibit 3, Page 210

# EXHIBIT 4



1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

+1.206.359.8000
+1.206.359.9000
PerkinsCoie.com

October 16, 2017

Amelia M. Gerlicher
AGerlicher@perkinscoie.com
D.   +1.206.359.3445
F.   +1.206.359.4445

**VIA EMAIL**

Tzahy Shanny
VP & General Counsel
Voyager Labs
6 HaHarash Street
Hod Hasharon 4524079
tzachs@voyagerlabs.co

**Re:     Potential Scraping of Facebook and Instagram**

Dear Mr. Shanny:

We represent Facebook, Inc. and Instagram LLC, based in Menlo Park, California.  We have been asked to contact you following your recent correspondence with Gillian Dunne regarding Voyager Labs products.

Voyager Labs' website, voyagerlabs.co, touts:

- "Using an innovative, scalable, and cognitive approach, we have an unparalleled ability to interpret the complex layers of unstructured data in the social sphere. By analyzing billions of 'human pixels' and signals—publicly available data that is available to all, but not understandable to all—we provide comprehensive, far-reaching, and high resolution insights on individual and group behavior.

- "Our platforms work at scale; searching, aggregating, and fusing billions of publicly available data points and human behavior pulses from the social sphere."

You also claim to analyze "social data points," such as a person's connections as well as their "lifestyle, behaviors, interests, and preferences." Voyager advertises these abilities to clients in order to allow them to more efficiently investigate, advertise, or extend credit to the people whose social profiles you analyze.

As you are no doubt aware, Facebook and Instagram are, by a significant margin, the largest social networks that host public "unstructured data in the social sphere." Our clients are thus understandably concerned that you are exploiting the information users share on their platforms

Voyager Labs
October 16, 2017
Page 2

for your own gain, in violation of the terms and conditions under which those users chose to share information.

Facebook and Instagram take the privacy and protection of their users' experience seriously and are committed to keeping their platforms safe for users to interact and share.  They have developed their terms in order to protect their users and facilitate these goals.  These terms prohibit, among other things, automated access to either platform without express permission, analyzing user data to make decisions on loan eligibility or to otherwise discriminate, using posted content to target users for advertising or to provide advertising-related services, and using data obtained from the platforms for surveillance. Each of these prohibitions apply regardless of the privacy setting applied to the content. *See* Statement of Rights and Responsibilities, https://www.facebook.com/legal/terms, Facebook Platform Policies, https://developers.facebook.com/policy/, Instagram Terms of Use, http://instagram.com/about/legal/terms/, and Instagram API Terms of Use, http://instagram.com/about/legal/terms/api/.

The publicly available descriptions of your services strongly suggest that you use Facebook and Instagram user data, and no such use is possible without violating Facebook's and Instagram's terms and, in turn, the trust of their users. It was these concerns that prompted Ms. Dunne to reach out to you seeking to understand Voyager's product on an informal basis.[1] You have continually refused to discuss the matter with Facebook, and instead have continued to repeat the same marketing statements from your website that prompted the concern in the first place. Your failure to address Facebook's concerns after repeated inquiry has escalated the concern that your products improperly access and use Facebook and Instagram user data.

In order to resolve this issue, we ask that you respond in writing **within 48 hours** confirming that Voyager does not in any way access, download, store, or analyze, or provide the means for any others to access, download, store or analyze, any Facebook or Instagram user data for any purpose related to Voyager Labs, its products, or its related businesses. We further ask that you confirm that the references to the "social sphere" and "social data points" on your website and marketing materials do not include Facebook or Instagram.

If you are unable to make such representations, Facebook and Instagram demand that Voyager immediately:

- Stop accessing Facebook and Instagram for any purpose whatsoever related to Voyager Labs, its products, or its related businesses;

---

[1] As stated by Ms. Dunne, Voyager Labs came to Facebook's attention via an external report. That report contained no verifiable details, but prompted discovery of the publicly-available products discussed above.

Voyager Labs
October 16, 2017
Page 3

- Provide a complete and detailed technical explanation of how you obtain Facebook and Instagram data, including a full list of all apps or APIs that you utilized or developed and a full list of all data types you obtain from Facebook and Instagram; and

- Provide a complete accounting of any and all Facebook and Instagram data (regardless of how it was gathered) in your possession.

If you ignore this letter or otherwise fail to provide the information above, Facebook and Instagram may take additional measures to enforce their rights and protect their users, including additional technical or legal measures.

This letter is not intended by Facebook and Instagram, and should not be construed by you, as a waiver or relinquishment of any of their rights or remedies in this matter.  Facebook and Instagram specifically reserve all such rights and remedies, whether at law or in equity.

Sincerely,

Amelia M. Gerlicher

137294392.3
Perkins Coie LLP

Exhibit 4, Page 3

# EXHIBIT 5

| From: | Scott McAndrews <scottm@voyagerlabs.co> |
|-------|-------------------------------------------|
| Sent: | Tuesday, December 31, 2019 9:19 AM |
| To: | Rebecca Nagy; |
| Subject: | Fwd: Voyager Trial Ending |

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Happy New Year's Eve.  Just wanted to let you guys know that people are asking about access to the system.

We can talk in the next week, however I would love to know if you have heard anything on your end and how your conversation went with commander McMahon.

 Thanks guys and happy New Years to you both!


---------- Forwarded message ---------
From: **Yulia Shvetsova** <yulias@voyagerlabs.co>
Date: Tue, Dec 31, 2019, 12:09 PM
Subject: Re: Voyager Trial Ending
To: Adam Broderick <32053@lapd.online>
Cc: Scott McAndrews <scottm@voyagerlabs.co>


Hi Adam,

Thank you and happy holidays to you as well!

The trial expired at the beginning of November but we allowed access only rights until December 1. However, due to ongoing costs associated with keeping the system running, after December 1st, the system was disabled until further agreement.

Please let me know if you have any further questions.

Best,

Yulia

On Tue, Dec 31, 2019 at 08:34 Adam Broderick <32053@lapd.online> wrote:
 Greetings and Happy Holidays Yulia!

 Question…  Are we still able to access our prior searches still?  I've tried the link to https://va-bruins.voyager-analytics.com/ , but the site will not
 load.  I receive an error message.

 I'm not sure if it's my computer or if the link is now expired since the trial is over.  I thought we'd have continued access per the email below.

 Thank you.



 **Respectfully,**


 **Sergeant II Adam Broderick**
 **Criminal Investigation Section**
 **LAPD - Major Crimes Division**
 **FBI/TFO - Complex Financial Crimes**
                                    **Desk**
 **(213) 486-7397 Fax**



 **From:** Yulia Shvetsova [mailto:yulias@voyagerlabs.co]
 **Sent:** Friday, November 15, 2019 4:03 PM
 **To:** Rebecca Nagy <n4309@lapd.online>; Adam Broderick <32053@lapd.online>; Albert Shinfeld <35915@lapd.online>; Brian Verschueren
 <n5477@lapd.online>;                    <                    >; William Lu <n5961@lapd.online>; Scott Teubert <35745@lapd.online>; Kevan Beard
 <35841@lapd.online>; Thorsten Timmermans <37459@lapd.online>; Edward Dorroh <33227@lapd.online>; Harold Crossley
 <37864@lapd.online>; Iris Romero <37658@lapd.online>; Cedric Washington <31784@lapd.online>; William Roecker <42908@lapd.online>;
 Dana Lee <n2294@lapd.online>; Christina Ledesma <41115@lapd.online>; Walaski, Stephen A. <Stephen.A.Walaski@usdoj.gov>; Andrea Acosta

<n5967@lapd.online>
**Cc:** Scott McAndrews <scottm@voyagerlabs.co>; Autumn Francois <autumn@voyagerlabs.co>; David Whitehead <davidw@voyagerlabs.co>
**Subject:** Re: Voyager Trial Ending

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Hi all,

Please note that Monday, Nov. 18th will be the last day to input new queries or documents into Voyager. Starting on Tuesday, your existing data will still be viewable/analyzable using the same URL/credentials. Please let me know if you have any questions!

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**:
  1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Sun, Nov 10, 2019 at 6:49 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
Hi all,

Thank you for participating in this trial run of Voyager Analytics! Just a reminder, that this coming week (Nov. 11-18th) is the last week of our trial with you.

Please look for an email in the coming few days detailing the next steps and the handling of the data that has been collected into Voyager. Thank you!

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
M:
1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, November 15, 2019 4:03 PM
**To:** Rebecca Nagy <n4309@lapd.online>; Adam Broderick <32053@lapd.online>; Albert Shinfeld <35915@lapd.online>; Brian Verschueren <n5477@lapd.online>;                    <                    >; William Lu <n5961@lapd.online>; Scott Teubert <35745@lapd.online>; Kevan Beard <35841@lapd.online>; Thorsten Timmermans <37459@lapd.online>; Edward Dorroh <33227@lapd.online>; Harold Crossley <37864@lapd.online>; Iris Romero <37658@lapd.online>; Cedric Washington <31784@lapd.online>; William Roecker <42908@lapd.online>; Dana Lee <n2294@lapd.online>; Christina Ledesma <41115@lapd.online>; Walaski, Stephen A. <Stephen.A.Walaski@usdoj.gov>; Andrea Acosta <n5967@lapd.online>
**Cc:** Scott McAndrews <scottm@voyagerlabs.co>; Autumn Francois <autumn@voyagerlabs.co>; David Whitehead <davidw@voyagerlabs.co>
**Subject:** Re: Voyager Trial Ending

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Hi all,

Please note that Monday, Nov. 18th will be the last day to input new queries or documents into Voyager. Starting on Tuesday, your existing data will still be viewable/analyzable using the same URL/credentials. Please let me know if you have any questions!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Sun, Nov 10, 2019 at 6:49 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
Hi all,

Thank you for participating in this trial run of Voyager Analytics! Just a reminder, that this coming week (Nov. 11-18th) is the last week of our trial with you.

Please look for an email in the coming few days detailing the next steps and the handling of the data that has been collected into Voyager.
Thank you!

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| From: | Yulia Shvetsova <yulias@voyagerlabs.co> |
|---|---|
| Sent: | Tuesday, December 31, 2019 9:09 AM |
| To: | Adam Broderick |
| Cc: | Scott McAndrews |
| Subject: | Re: Voyager Trial Ending |

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Hi Adam,

Thank you and happy holidays to you as well!

The trial expired at the beginning of November but we allowed access only rights until December 1. However, due to ongoing costs associated with keeping the system running, after December 1st, the system was disabled until further agreement.

Please let me know if you have any further questions.

Best,
Yulia


On Tue, Dec 31, 2019 at 08:34 Adam Broderick <32053@lapd.online> wrote:
Greetings and Happy Holidays Yulia!

Question... Are we still able to access our prior searches still? I've tried the link to https://va-bruins.voyager-analytics.com/ , but the site will not load. I receive an error message.

I'm not sure if it's my computer or if the link is now expired since the trial is over. I thought we'd have continued access per the email below.

Thank you.

Respectfully,


**Sergeant II Adam Broderick**
**Criminal Investigation Section**
**LAPD - Major Crimes Division**
**FBI/TFO - Complex Financial Crimes**
                              **Desk**
**(213) 486-7397 Fax**



**From:** Yulia Shvetsova [mailto:yulias@voyagerlabs.co]
**Sent:** Friday, November 15, 2019 4:03 PM
**To:** Rebecca Nagy <n4309@lapd.online>; Adam Broderick <32053@lapd.online>; Albert Shinfeld <35915@lapd.online>; Brian Verschueren <n5477@lapd.online>;                 <                      >; William Lu <n5961@lapd.online>; Scott Teubert <35745@lapd.online>; Kevan Beard <35841@lapd.online>; Thorsten Timmermans <37459@lapd.online>; Edward Dorroh <33227@lapd.online>; Harold Crossley <37864@lapd.online>; Iris Romero <37658@lapd.online>; Cedric Washington <31784@lapd.online>; William Roecker <42908@lapd.online>; Dana Lee <n2294@lapd.online>; Christina Ledesma <41115@lapd.online>; Walaski, Stephen A. <Stephen.A.Walaski@usdoj.gov>; Andrea Acosta <n5967@lapd.online>
**Cc:** Scott McAndrews <scottm@voyagerlabs.co>; Autumn Francois <autumn@voyagerlabs.co>; David Whitehead <davidw@voyagerlabs.co>
**Subject:** Re: Voyager Trial Ending


ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.


Hi all,

Please note that Monday, Nov. 18th will be the last day to input new queries or documents into Voyager. Starting on Tuesday, your existing data will still be viewable/analyzable using the same URL/credentials. Please let me know if you have any questions!

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
M:
 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including
attachments (if any), contains confidential and/or proprietary information
intended only for use by the intended recipients. Any unauthorized review, use,
dissemination, distribution, downloading, or copying of this communication is
prohibited. If you are not the intended recipient and have received this communication
in error, please immediately notify the sender by reply email, delete the
communication and any attachments and destroy all copies.

On Sun, Nov 10, 2019 at 6:49 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
Hi all,

Thank you for participating in this trial run of Voyager Analytics! Just a reminder, that this coming week (Nov. 11-18th) is the last week of our trial with you.

Please look for an email in the coming few days detailing the next steps and the handling of the data that has been collected into Voyager.
Thank you!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M:
1 ▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, November 15, 2019 4:03 PM
**To:** Rebecca Nagy <n4309@lapd.online>; Adam Broderick <32053@lapd.online>; Albert Shinfeld <3591S@lapd.online>; Brian Verschueren <n5477@lapd.online>; ▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮>; William Lu <n5961@lapd.online>; Scott Teubert <35745@lapd.online>; Kevan Beard <35841@lapd.online>; Thorsten Timmermans <37459@lapd.online>; Edward Dorroh <33227@lapd.online>; Harold Crossley <37864@lapd.online>; Iris Romero <37658@lapd.online>; Cedric Washington <31784@lapd.online>; William Roecker <42908@lapd.online>; Dana Lee <n2294@lapd.online>; Christina Ledesma <4111S@lapd.online>; Walaski, Stephen A. <Stephen.A.Walaski@usdoj.gov>; Andrea Acosta <n5967@lapd.online>
**Cc:** Scott McAndrews <scottm@voyagerlabs.co>; Autumn Francois <autumn@voyagerlabs.co>; David Whitehead <davidw@voyagerlabs.co>
**Subject:** Re: Voyager Trial Ending

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Hi all,

Please note that Monday, Nov. 18th will be the last day to input new queries or documents into Voyager. Starting on Tuesday, your existing data will still be viewable/analyzable using the same URL/credentials. Please let me know if you have any questions!

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Sun, Nov 10, 2019 at 6:49 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
Hi all,

Thank you for participating in this trial run of Voyager Analytics! Just a reminder, that this coming week (Nov. 11-18th) is the last week of our trial with you.

Please look for an email in the coming few days detailing the next steps and the handling of the data that has been collected into Voyager.
Thank you!

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Adam Broderick |
| **Sent:** | Tuesday, December 31, 2019 8:34 AM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager Trial Ending |

Greetings and Happy Holidays Yulia!

Question…  Are we still able to access our prior searches still?  I've tried the link to https://va-bruins.voyager-analytics.com/ , but the site will not load.  I receive an error message.

I'm not sure if it's my computer or if the link is now expired since the trial is over.  I thought we'd have continued access per the email below.

Thank you.

**Respectfully,**

**Sergeant II Adam Broderick**
**Criminal Investigation Section**
**LAPD - Major Crimes Division**
**FBI/TFO - Complex Financial Crimes**
                           **Desk**
**(213) 486-7397 Fax**

**From:** Yulia Shvetsova [mailto:yulias@voyagerlabs.co]
**Sent:** Friday, November 15, 2019 4:03 PM
**To:** Rebecca Nagy <n4309@lapd.online>; Adam Broderick <32053@lapd.online>; Albert Shinfeld <35915@lapd.online>; Brian Verschueren <n5477@lapd.online>;                    <                        >; William Lu <n5961@lapd.online>; Scott Teubert <35745@lapd.online>; Kevan Beard <35841@lapd.online>; Thorsten Timmermans <37459@lapd.online>; Edward Dorroh <33227@lapd.online>; Harold Crossley <37864@lapd.online>; Iris Romero <37658@lapd.online>; Cedric Washington <31784@lapd.online>; William Roecker <42908@lapd.online>; Dana

Lee <n2294@lapd.online>; Christina Ledesma <41115@lapd.online>; Walaski, Stephen A. <Stephen.A.Walaski@usdoj.gov>; Andrea Acosta <n5967@lapd.online>
**Cc:** Scott McAndrews <scottm@voyagerlabs.co>; Autumn Francois <autumn@voyagerlabs.co>; David Whitehead <davidw@voyagerlabs.co>
**Subject:** Re: Voyager Trial Ending

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Hi all,

Please note that Monday, Nov. 18th will be the last day to input new queries or documents into Voyager. Starting on Tuesday, your existing data will still be viewable/analyzable using the same URL/credentials. Please let me know if you have any questions!

Best,

---

**Yulia Shvetsova**
**Intelligence Analyst**
M:
  1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including
attachments (if any), contains confidential and/or proprietary information
intended only for use by the intended recipients. Any unauthorized review, use,
dissemination, distribution, downloading, or copying of this communication is
prohibited. If you are not the intended recipient and have received this communication
in error, please immediately notify the sender by reply email, delete the
communication and any attachments and destroy all copies.

On Sun, Nov 10, 2019 at 6:49 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
Hi all,

Thank you for participating in this trial run of Voyager Analytics! Just a reminder, that this coming week (Nov. 11-18th) is the last week of our trial with you.

Please look for an email in the coming few days detailing the next steps and the handling of the data that has been collected into Voyager. Thank you!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M:
 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, November 15, 2019 4:03 PM
**To:** Rebecca Nagy <n4309@lapd.online>; Adam Broderick <32053@lapd.online>; Albert Shinfeld <35915@lapd.online>; Brian Verschueren <n5477@lapd.online>;                    <                    >; William Lu <n5961@lapd.online>; Scott Teubert <35745@lapd.online>; Kevan Beard <35841@lapd.online>; Thorsten Timmermans <37459@lapd.online>; Edward Dorroh <33227@lapd.online>; Harold Crossley <37864@lapd.online>; Iris Romero <37658@lapd.online>; Cedric Washington <31784@lapd.online>; William Roecker <42908@lapd.online>; Dana Lee <n2294@lapd.online>; Christina Ledesma <41115@lapd.online>; Walaski, Stephen A. <Stephen.A.Walaski@usdoj.gov>; Andrea Acosta <n5967@lapd.online>
**Cc:** Scott McAndrews <scottm@voyagerlabs.co>; Autumn Francois <autumn@voyagerlabs.co>; David Whitehead <davidw@voyagerlabs.co>
**Subject:** Re: Voyager Trial Ending

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hy perlinks or opening attachments if you are unfamiliar with the sender.

Hi all,

Please note that Monday, Nov. 18th will be the last day to input new queries or documents into Voyager. Starting on Tuesday, your existing data will still be viewable/analyzable using the same URL/credentials. Please let me know if you have any questions!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▇▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Sun, Nov 10, 2019 at 6:49 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
Hi all,

Thank you for participating in this trial run of Voyager Analytics! Just a reminder, that this coming week (Nov. 11-18th) is the last week of our trial with you.

Please look for an email in the coming few days detailing the next steps and the handling of the data that has been collected into Voyager.
Thank you!

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
M: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Tuesday, December 24, 2019 3:19 PM |
| **To:** | ▇▇▇▇ |
| **Cc:** | Rebecca Nagy |
| **Subject:** | Re: Hey |

<div style="background-color: yellow">ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.</div>

No worries. I understand things are busy.

I do want to connect with both of you and hear how your meeting went with Cmr. McMahon. I also want to give you some feedback that we heard from the LA DA based on the feedback given to them (was quite interesting).

Enjoy the holidays and let me know when you guys want to chat (I will be around for the next week).

Happy Holidays to you both!

 **Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ▇▇▇▇▇▇▇

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

On Tue, Dec 24, 2019 at 4:40 PM ██████████ <████████████> wrote:

Scott,

Happy holidays! Sorry I meant to get back to you earlier but got busy. Hope all is well and looking forward to 2020!

Best,

████

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Tuesday, December 17, 2019 8:12:13 PM
**To:** ██████████ <████████████>; Rebecca Nagy <n4309@lapd.online>
**Subject:** Hey

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Just checking in with you both. Would love to catch up with you 2 before the end of the week. (Together or individually).

Hope you both are well and having a good holiday season!

 **Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M:** +1 █████████████

**O:** + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

**From:** ▮▮▮▮▮
**Sent:** Tuesday, December 24, 2019 1:41 PM
**To:** Scott McAndrews;Rebecca Nagy
**Subject:** Re: Hey

Scott,

Happy holidays! Sorry I meant to get back to you earlier but got busy. Hope all is well and looking forward to 2020!

Best,

▮▮▮▮

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Tuesday, December 17, 2019 8:12:13 PM
**To:** ▮▮▮▮ <▮▮▮▮▮▮▮▮>; Rebecca Nagy <n4309@lapd.online>
**Subject:** Hey

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Just checking in with you both. Would love to catch up with you 2 before the end of the week. (Together or individually).

Hope you both are well and having a good holiday season!

**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

M: +1

O: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

| From: | Scott McAndrews <scottm@voyagerlabs.co> |
|---|---|
| Sent: | Tuesday, December 24, 2019 10:47 AM |
| To: | John McMahon;Steven Ramos;Arnold Suzukamo;Robert Long;Peter Marx |
| Cc: | Paul Joyal;Amit Gavish |
| Subject: | Happy Holidays to everyone at LAPD |

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Hello all,

We just wanted to send our warmest holiday wishes to everyone at LAPD. Thanks to all of you for everything you do, and we are truly thankful to have had the pleasure to work with absolute professionals like yourselves. We hope you & your families have a safe and happy holiday season.

Looking forward to talking with you all in the new year!

Happy Holidays!




**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ████████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Tuesday, December 17, 2019 8:12 PM |
| **To:** | ▉▉▉▉ Rebecca Nagy |
| **Subject:** | Hey |

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Just checking in with you both. Would love to catch up with you 2 before the end of the week. (Together or individually).

Hope you both are well and having a good holiday season!

 **Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ▉▉▉▉▉▉▉

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Friday, December 6, 2019 3:09 PM |
| **To:** | ▮▮▮▮▮ |
| **Subject:** | Re: issue with export of large conversations |

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Happy holidays! We are working hard on those licenses for you guys :)

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Fri, Dec 6, 2019 at 2:44 PM ▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮> wrote:


Hi Yulia!

Thanks for the follow-up, and glad the bug was squished. I am currently going through Voyager withdrawal, haha (as I open a  blank browser webpage and weep like a baby). I appreciate all your support throughout this process. Happy holidays to you and the Voyager team, and I sincerely hope we're able to acquire licenses soon!

Best,

_____

,

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

       **cell/voicemail**

        **email**

**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, December 06, 2019 1:29 PM
**To:** ██████████ <████████████████>
**Subject:** Re: issue with export of large conversations

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Hey ████,

Just checking back in with this - our tech team discovered what the bug was, and they are building the fix to be included in the next Voyager release. Thank you for bringing this to our attention! Hope all is well.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Nov 26, 2019 at 6:07 PM ▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮▮▮> wrote:

Ok no problem. I know it's a special week.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, November 26, 2019 5:53 PM
**To:** ▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮▮>
**Cc:** Daniel Jenks <24605@lapd.online>; Matthew Casalicchio <37621@lapd.online>; Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: issue with export of large conversations

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Hey ███,

I'm not sure - I can forward to my team and have them take a look. I think I've experienced this before and it just took the computer a bit longer to load but we can test. To set expectations, I'm not 100% sure this will be resolved before this weekend, depending on what the underlying cause is.

Best,

Yulia

On Tue, Nov 26, 2019 at 17:56 ███████ <████████████> wrote:

Hi Yulia,

I'm going through and exporting some search warrant conversations out of Voyager before the deadline. I noticed that some especially long conversations (1,500+ messages or so) will not open up the Chrome print to .pdf window for export. I click export and nothing happens. Got any workaround? I'm in Chrome incognito. No issues with smaller conversations/page counts.

I've attached a screenshot.

Thanks!

--

Best,


**Yulia Shvetsova**
**Intelligence Analyst**
M: 1
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**
**Sent:**               Friday, December 6, 2019 2:45 PM
**To:**                  Yulia Shvetsova
**Subject:**          RE: issue with export of large conversations

Hi Yulia!

Thanks for the follow-up, and glad the bug was squished. I am currently going through Voyager withdrawal, haha (as I open a  blank browser webpage and weep like a baby). I appreciate all your support throughout this process. Happy holidays to you and the Voyager team, and I sincerely hope we're able to acquire licenses soon!

Best,

_____,
**LAPD Robbery-Homicide Division**
**Website: click here**
**(213) 486-6850 office**
                  **cell/voicemail**
                      **email**

**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, December 06, 2019 1:29 PM
**To:**            <                >
**Subject:** Re: issue with export of large conversations

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Hey ███,

Just checking back in with this - our tech team discovered what the bug was, and they are building the fix to be included in the next Voyager release. Thank you for bringing this to our attention! Hope all is well.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Nov 26, 2019 at 6:07 PM ███████ <███████████> wrote:

Ok no problem. I know it's a special week.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, November 26, 2019 5:53 PM

**To:** ██████████ <████████████████>
**Cc:** Daniel Jenks <24605@lapd.online>; Matthew Casalicchio <37621@lapd.online>; Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: issue with export of large conversations

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Hey ████,

I'm not sure - I can forward to my team and have them take a look. I think I've experienced this before and it just took the computer a bit longer to load but we can test. To set expectations, I'm not 100% sure this will be resolved before this weekend, depending on what the underlying cause is.

Best,

Yulia

On Tue, Nov 26, 2019 at 17:56 ██████████ <████████████████> wrote:

Hi Yulia,

I'm going through and exporting some search warrant conversations out of Voyager before the deadline. I noticed that some especially long conversations (1,500+ messages or so) will not open up the Chrome print to .pdf window for export. I click export and nothing happens. Got any workaround? I'm in Chrome incognito. No issues with smaller conversations/page counts.

I've attached a screenshot.


Thanks!




--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**        Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**        Friday, December 6, 2019 1:29 PM
**To:**          ▮▮▮▮▮▮
**Subject:**     Re: issue with export of large conversations

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Hey ▮▮▮▮▮,

Just checking back in with this - our tech team discovered what the bug was, and they are building the fix to be included in the next Voyager release. Thank you for bringing this to our attention! Hope all is well.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Nov 26, 2019 at 6:07 PM ▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮> wrote:

Ok no problem. I know it's a special week.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, November 26, 2019 5:53 PM
**To:** ███████ <████████████████>
**Cc:** Daniel Jenks <2460S@lapd.online>; Matthew Casalicchio <37621@lapd.online>; Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: issue with export of large conversations

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Hey ████,

I'm not sure - I can forward to my team and have them take a look. I think I've experienced this before and it just took the computer a bit longer to load but we can test. To set expectations, I'm not 100% sure this will be resolved before this weekend, depending on what the underlying cause is.

Best,

Yulia

On Tue, Nov 26, 2019 at 17:56 ███████ <████████████████> wrote:

Hi Yulia,

I'm going through and exporting some search warrant conversations out of Voyager before the deadline. I noticed that some especially long conversations (1,500+ messages or so) will not open up the Chrome print to .pdf window for export. I click export and nothing happens. Got any workaround? I'm in Chrome incognito. No issues with smaller conversations/page counts.

I've attached a screenshot.

Thanks!

--

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
M: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Robert Long
**Sent:** Wednesday, November 27, 2019 1:49 PM
**To:** Amit Gavish
**Subject:** Re: Voyager Follow Up

That would be great.  Have a Happy Thanksgiving

Bob Long

Commanding Officer

Major Crimes Division

Los Angeles Police Department

**From:** Amit Gavish <amitg@voyagerlabs.co>

**Sent:** Wednesday, November 27, 2019 1:35:46 PM

**To:** Robert Long <27410@lapd.online>

**Subject:** Re: Voyager Follow Up

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Understood. BTW we were planning on suggesting to the department that while we work on all the details, to keep the system operational for a smaller monthly amount using operational budget.

I was planning on addressing it with McMahon but didn't hear back yet.

We can connect after the holiday and come up with a plan.

Amit Gavish

Executive VP Sales

███████████

On Wed, Nov 27, 2019, 4:07 PM Robert Long <27410@lapd.online> wrote:

A lot of the issue are because we are larger.  Lots of bureaucracy and competing interests on the department.  Smaller department can pull the trigger on these things much easier.

**From:** Amit Gavish <amitg@voyagerlabs.co>
**Sent:** Wednesday, November 27, 2019 1:05 PM
**To:** Robert Long <27410@lapd.online>
**Subject:** RE: Voyager Follow Up

ATTENTION :This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Bob,

Thanks for the note!

Exhibit 5, Page 40

I remain optimistic that the department will recognize the potential and proceed with the purchase (as an FYI, there are some LE agencies 1/100 of the size of LAPD buying similar packages so I am a little confused).

Have a wonderful Thanksgiving. It was a real pleasure teaming up with you guys.

Stay safe and send my regards to the team.

Amit

**From:** Robert Long <27410@lapd.online>
**Sent:** Wednesday, 27 November 2019 12:26
**To:** Amit Gavish <amitg@voyagerlabs.co>
**Subject:** Re: Voyager Follow Up

Hi Amit,  just wanted to thank you guys for not only developing a great product but having a engaged, supportive staff that was open to an ideas my people came up with.  I hope the Department purchases your product but if not, I wanted you to know your people did an outstanding job.

Bob Long

Commanding Officer

Major Crimes Division

Los Angeles Police Department

---

**From:** Amit Gavish <amitg@voyagerlabs.co>

**Sent:** Monday, November 25, 2019 2:45:28 PM

**To:** John McMahon <26681@lapd.online>; Robert Long <27410@lapd.online>; Steven Ramos <34666@lapd.online>; Peter Marx <marxp@lapd.online>

**Cc:** Scott McAndrews <scottm@voyagerlabs.co>; Paul Joyal <pjoyal@nationalstrategies.com>

**Subject:** Voyager Follow Up

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

To the LAPD team;

I wanted to take a moment and send you a quick note following the call last week.

While we are waiting for your guidance as to how to proceed, I am sending Thanksgiving greetings to you and yours on behalf of myself and the entire Voyager team.

It was a pleasure assisting the mission for the past 4 months. The level of engagement (both professionally and personally) was much appreciated on our end.

Peter- I believe you had some questions and I'd like to suggest a brief follow up call on Wed to make sure there is full clarity with all outstanding questions.

Warm regards,

**Amit Gavish**

**Executive Vice President- Americas**

**M: +1**

**O**: + 1 212.404.2402

amitg@voyagerlabs.co

www.voyagerlabs.co

| | |
|---|---|
| **From:** | Amit Gavish <amitg@voyagerlabs.co> |
| **Sent:** | Wednesday, November 27, 2019 1:36 PM |
| **To:** | Robert Long |
| **Subject:** | Re: Voyager Follow Up |

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Understood. BTW we were planning on suggesting to the department that while we work on all the details, to keep the system operational for a smaller monthly amount using operational budget.

I was planning on addressing it with McMahon but didn't hear back yet.

We can connect after the holiday and come up with a plan.

Amit Gavish
Executive VP Sales
██████████

On Wed, Nov 27, 2019, 4:07 PM Robert Long <27410@lapd.online> wrote:

> A lot of the issue are because we are larger.  Lots of bureaucracy and competing interests on the department.  Smaller department can pull the trigger on these things much easier.
>
>
> **From:** Amit Gavish <amitg@voyagerlabs.co>
> **Sent:** Wednesday, November 27, 2019 1:05 PM
> **To:** Robert Long <27410@lapd.online>
> **Subject:** RE: Voyager Follow Up

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Bob,

Thanks for the note!

I remain optimistic that the department will recognize the potential and proceed with the purchase (as an FYI, there are some LE agencies 1/100 of the size of LAPD buying similar packages so I am a little confused).

Have a wonderful Thanksgiving. It was a real pleasure teaming up with you guys.

Stay safe and send my regards to the team.

Amit

**From:** Robert Long <27410@lapd.online>
**Sent:** Wednesday, 27 November 2019 12:26
**To:** Amit Gavish <amitg@voyagerlabs.co>
**Subject:** Re: Voyager Follow Up

Hi Amit,  just wanted to thank you guys for not only developing a great product but having a engaged, supportive staff that was open to an ideas my people came up with.  I hope the Department purchases your product but if not, I wanted you to know your people did an outstanding job.

Bob Long

Commanding Officer

Major Crimes Division

Los Angeles Police Department

---

**From:** Amit Gavish <amitg@voyagerlabs.co>

**Sent:** Monday, November 25, 2019 2:45:28 PM

**To:** John McMahon <26681@lapd.online>; Robert Long <27410@lapd.online>; Steven Ramos <34666@lapd.online>; Peter Marx <marxp@lapd.online>

**Cc:** Scott McAndrews <scottm@voyagerlabs.co>; Paul Joyal <pjoyal@nationalstrategies.com>

**Subject:** Voyager Follow Up

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

To the LAPD team;

I wanted to take a moment and send you a quick note following the call last week.

While we are waiting for your guidance as to how to proceed, I am sending Thanksgiving greetings to you and yours on behalf of myself and the entire Voyager team.

It was a pleasure assisting the mission for the past 4 months. The level of engagement (both professionally and personally) was much appreciated on our end.

Peter- I believe you had some questions and I'd like to suggest a brief follow up call on Wed to make sure there is full clarity with all outstanding questions.

Warm regards,

**Amit Gavish**

**Executive Vice President- Americas**

**M**: +1

**O**: + 1 212.404.2402

amitg@voyagerlabs.co

www.voyagerlabs.co

Exhibit 5, Page 47

| | |
|---|---|
| **From:** | Robert Long |
| **Sent:** | Wednesday, November 27, 2019 1:08 PM |
| **To:** | Amit Gavish |
| **Subject:** | RE: Voyager Follow Up |

A lot of the issue are because we are larger.  Lots of bureaucracy and competing interests on the department.  Smaller department can pull the trigger on these things much easier.

**From:** Amit Gavish <amitg@voyagerlabs.co>
**Sent:** Wednesday, November 27, 2019 1:05 PM
**To:** Robert Long <27410@lapd.online>
**Subject:** RE: Voyager Follow Up

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Bob,

Thanks for the note!
I remain optimistic that the department will recognize the potential and proceed with the purchase (as an FYI, there are some LE agencies 1/100 of the size of LAPD buying similar packages so I am a little confused).

Have a wonderful Thanksgiving. It was a real pleasure teaming up with you guys.

Stay safe and send my regards to the team.

Amit

**From:** Robert Long <27410@lapd.online>
**Sent:** Wednesday, 27 November 2019 12:26
**To:** Amit Gavish <amitg@voyagerlabs.co>
**Subject:** Re: Voyager Follow Up

Exhibit 5, Page 48

Hi Amit,  just wanted to thank you guys for not only developing a great product but having a engaged, supportive staff that was open to an ideas my people came up with.  I hope the Department purchases your product but if not, I wanted you to know your people did an outstanding job.

Bob Long
Commanding Officer
Major Crimes Division
Los Angeles Police Department

**From:** Amit Gavish <amitg@voyagerlabs.co>

**Sent:** Monday, November 25, 2019 2:45:28 PM

**To:** John McMahon <26681@lapd.online>; Robert Long <27410@lapd.online>; Steven Ramos <34666@lapd.online>; Peter Marx <marxp@lapd.online>

**Cc:** Scott McAndrews <scottm@voyagerlabs.co>; Paul Joyal <pjoyal@nationalstrategies.com>

**Subject:** Voyager Follow Up

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

To the LAPD team;

I wanted to take a moment and send you a quick note following the call last week.

While we are waiting for your guidance as to how to proceed, I am sending Thanksgiving greetings to you and yours on behalf of myself and the entire Voyager team.

It was a pleasure assisting the mission for the past 4 months. The level of engagement (both professionally and personally) was much appreciated on our end.

Peter- I believe you had some questions and I'd like to suggest a brief follow up call on Wed to make sure there is full clarity with all outstanding questions.

Warm regards,

**Amit Gavish**

**Executive Vice President- Americas**

**M**: +1

**O**: + 1 212.404.2402

amitg@voyagerlabs.co

www.voyagerlabs.co

| | |
|---|---|
| **From:** | Amit Gavish <amitg@voyagerlabs.co> |
| **Sent:** | Wednesday, November 27, 2019 1:05 PM |
| **To:** | Robert Long |
| **Subject:** | RE: Voyager Follow Up |

**ATTENTION:** This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Bob,

Thanks for the note!
I remain optimistic that the department will recognize the potential and proceed with the purchase (as an FYI, there are some LE agencies 1/100 of the size of LAPD buying similar packages so I am a little confused).

Have a wonderful Thanksgiving. It was a real pleasure teaming up with you guys.

Stay safe and send my regards to the team.

Amit

**From:** Robert Long <27410@lapd.online>
**Sent:** Wednesday, 27 November 2019 12:26
**To:** Amit Gavish <amitg@voyagerlabs.co>
**Subject:** Re: Voyager Follow Up

Hi Amit, just wanted to thank you guys for not only developing a great product but having a engaged, supportive staff that was open to an ideas my people came up with. I hope the Department purchases your product but if not, I wanted you to know your people did an outstanding job.

Bob Long

Commanding Officer

Major Crimes Division

Los Angeles Police Department

Exhibit 5, Page 51

**From:** Amit Gavish <amitg@voyagerlabs.co>

**Sent:** Monday, November 25, 2019 2:45:28 PM

**To:** John McMahon <26681@lapd.online>; Robert Long <27410@lapd.online>; Steven Ramos <34666@lapd.online>; Peter Marx <marxp@lapd.online>

**Cc:** Scott McAndrews <scottm@voyagerlabs.co>; Paul Joyal <pjoyal@nationalstrategies.com>

**Subject:** Voyager Follow Up

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

To the LAPD team;

I wanted to take a moment and send you a quick note following the call last week.

While we are waiting for your guidance as to how to proceed, I am sending Thanksgiving greetings to you and yours on behalf of myself and the entire Voyager team.

It was a pleasure assisting the mission for the past 4 months. The level of engagement (both professionally and personally) was much appreciated on our end.

Peter- I believe you had some questions and I'd like to suggest a brief follow up call on Wed to make sure there is full clarity with all outstanding questions.

Warm regards,

**Amit Gavish**

**Executive Vice President- Americas**

**M:** +1 ▮▮▮▮▮▮▮▮

**O**: + 1 212.404.2402

amitg@voyagerlabs.co

www.voyagerlabs.co

| From: | Robert Long |
|---|---|
| Sent: | Wednesday, November 27, 2019 9:26 AM |
| To: | Amit Gavish |
| Subject: | Re: Voyager Follow Up |

Hi Amit,  just wanted to thank you guys for not only developing a great product but having a engaged, supportive staff that was open to an ideas my people came up with.  I hope the Department purchases your product but if not, I wanted you to know your people did an outstanding job.

Bob Long

Commanding Officer

Major Crimes Division

Los Angeles Police Department

**From:** Amit Gavish <amitg@voyagerlabs.co>

**Sent:** Monday, November 25, 2019 2:45:28 PM

**To:** John McMahon <26681@lapd.online>; Robert Long <27410@lapd.online>; Steven Ramos <34666@lapd.online>; Peter Marx <marxp@lapd.online>

**Cc:** Scott McAndrews <scottm@voyagerlabs.co>; Paul Joyal <pjoyal@nationalstrategies.com>

**Subject:** Voyager Follow Up

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

To the LAPD team;

I wanted to take a moment and send you a quick note following the call last week.

While we are waiting for your guidance as to how to proceed, I am sending Thanksgiving greetings to you and yours on behalf of myself and the entire Voyager team.

It was a pleasure assisting the mission for the past 4 months. The level of engagement (both professionally and personally) was much appreciated on our end.

Peter- I believe you had some questions and I'd like to suggest a brief follow up call on Wed to make sure there is full clarity with all outstanding questions.

Warm regards,

**Amit Gavish**

**Executive Vice President- Americas**

**M**: +1

**O**: + 1 212.404.2402

amitg@voyagerlabs.co

www.voyagerlabs.co

**From:** ▮▮▮▮▮▮
**Sent:** Tuesday, November 26, 2019 6:07 PM
**To:** Yulia Shvetsova
**Subject:** RE: issue with export of large conversations

Ok no problem. I know it's a special week.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, November 26, 2019 5:53 PM
**To:** ▮▮▮▮▮▮ <▮▮▮▮▮▮▮>
**Cc:** Daniel Jenks <2460S@lapd.online>; Matthew Casalicchio <37621@lapd.online>; Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: issue with export of large conversations

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Hey ▮▮▮▮▮,

I'm not sure - I can forward to my team and have them take a look. I think I've experienced this before and it just took the computer a bit longer to load but we can test. To set expectations, I'm not 100% sure this will be resolved before this weekend, depending on what the underlying cause is.

Best,
Yulia

On Tue, Nov 26, 2019 at 17:56 ▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮> wrote:

Hi Yulia,

I'm going through and exporting some search warrant conversations out of Voyager before the deadline. I noticed that some especially long conversations (1,500+ messages or so) will not open up the Chrome print to .pdf window for export. I click export and nothing happens. Got any workaround? I'm in Chrome incognito. No issues with smaller conversations/page counts.

I've attached a screenshot.

Thanks!

--
Best,

**Yulia Shvetsova**
**Intelligence Analyst**
M: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| From: | Yulia Shvetsova <yulias@voyagerlabs.co> |
|---|---|
| Sent: | Tuesday, November 26, 2019 5:53 PM |
| To: | ▌ |
| Cc: | Daniel Jenks;Matthew Casalicchio;Rebecca Nagy |
| Subject: | Re: issue with export of large conversations |

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Hey ▌,

I'm not sure - I can forward to my team and have them take a look. I think I've experienced this before and it just took the computer a bit longer to load but we can test. To set expectations, I'm not 100% sure this will be resolved before this weekend, depending on what the underlying cause is.

Best,
Yulia

On Tue, Nov 26, 2019 at 17:56 ▌ <▌> wrote:

> Hi Yulia,
>
> I'm going through and exporting some search warrant conversations out of Voyager before the deadline. I noticed that some especially long conversations {1,500+ messages or so) will not open up the Chrome print to .pdf window for export. I click export and nothing happens. Got any workaround? I'm in Chrome incognito. No issues with smaller conversations/page counts.
>
> I've attached a screenshot.

Thanks!

--
Best,

**Yulia Shvetsova**
**Intelligence Analyst**
M: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**
**Sent:**            Tuesday, November 26, 2019 4:56 PM
**To:**              Yulia Shvetsova
**Cc:**              Rebecca Nagy;Daniel Jenks;Matthew Casalicchio
**Subject:**         issue with export of large conversations
**Attachments:**     capture.png


Hi Yulia,

I'm going through and exporting some search warrant conversations out of Voyager before the deadline. I noticed that some especially long conversations (1,500+ messages or so) will not open up the Chrome print to .pdf window for export. I click export and nothing happens. Got any workaround? I'm in Chrome incognito. No issues with smaller conversations/page counts.

I've attached a screenshot.

Thanks!

| | |
|---|---|
| **From:** | Amit Gavish <amitg@voyagerlabs.co> |
| **Sent:** | Monday, November 25, 2019 2:45 PM |
| **To:** | John McMahon;Robert Long;Steven Ramos;Peter Marx |
| **Cc:** | Scott McAndrews;Paul Joyal |
| **Subject:** | Voyager Follow Up |

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

To the LAPD team;

I wanted to take a moment and send you a quick note following the call last week.
While we are waiting for your guidance as to how to proceed, I am sending Thanksgiving greetings to you and yours on behalf of myself and the entire Voyager team.
It was a pleasure assisting the mission for the past 4 months. The level of engagement (both professionally and personally) was much appreciated on our end.

Peter- I believe you had some questions and I'd like to suggest a brief follow up call on Wed to make sure there is full clarity with all outstanding questions.

Warm regards,


**Amit Gavish**
**Executive Vice President- Americas**
M: +1 █████████████
O: + 1 212.404.2402
amitg@voyagerlabs.co
www.voyagerlabs.co

**From:** ██████████
**Sent:** Monday, November 25, 2019 9:54 AM
**To:** Yulia Shvetsova
**Subject:** RE: ██████ data, quick win

Thank you Yulia! This is a great gift I look forward to digging into.

Happy holidays,

_____, _____
**LAPD Robbery-Homicide Division**
**Website: click here**
**(213) 486-6850 office**
████████ cell/voicemail
████████ email



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, November 25, 2019 6:18 AM
**To:** ████████ < ████████ >
**Subject:** Re: ████████ data, quick win

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Hey          ,

All of the              data has been uploaded. We ran the batch uploads over the course of this week (post trial so no ones work would be impacted) and we had the 50 query a day limit, which is why it took a few days. There were a few profiles that Voyager could not collect:

The ones that worked have been uploaded into the              usergroup where Rebeca and yourself are included. Let me know if you need additional help with these! Happy holiday week!

Best,
Yulia

On Fri, Nov 15, 2019 at 17:31              <              > wrote:

 Perfect, thank you!

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, November 15, 2019 4:08 PM
**To:**                    <                    >
**Cc:** Rebecca Nagy <n4309@lapd.online>; Scott McAndrews <scottm@voyagerlabs.co>
**Subject:** Re:              data, quick win

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Hey        ,

Wanted to touch base with you and let you know that we are still working on the easiest way for us to upload all of these without interrupting everyone else's last few days. I think at this point, the easiest solution is for us to do it on the back-end after the trial ends (as we discussed, you will be able to analyze **even** after Monday's deadline. Since I promised you we'd get this in, we will make sure to do whatever we need, as we are trying to partner with you as much as possible.

Will keep you posted!

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Nov 13, 2019 at 8:14 AM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:

Hey          ,


Glad to help, May you please give me a call back today when you have a few minutes?


Thanks!


On Tue, Nov 12, 2019 at 20:55            <                > wrote:


Hi Yulia,

I know we're coming down to the wire on the trial. I had a thought about a possible "quick win" I wanted to try before the expiration, and I wanted to see if you may be able to help. It's not case specific, so it'd be data that's more open to share. I would have been working on this earlier but today is my first day back.

Within the past week, a trove of data                                        was posted

Since the data release, researchers have been interrogating the data. I've taken a look at it and

and I both work on hate crime projects, and this is a hot topic in our city and across the U.S.

but it's slow going and it looks like I'm hitting the query limit each day. If there's anything you bring to bear on this, either from a collection or analysis side (or both), thank you!

See attached.

Best,

--

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,

**Yulia Shvetsova**
**Intelligence Analyst**
M: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| From: | Yulia Shvetsova <yulias@voyagerlabs.co> |
|---|---|
| Sent: | Monday, November 25, 2019 6:18 AM |
| To: | ███████ |
| Subject: | Re: ████████ data, quick win |

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Hey ██████,

All of the ████████ data has been uploaded. We ran the batch uploads over the course of this week (post trial so no ones work would be impacted) and we had the 50 query a day limit, which is why it took a few days. There were a few profiles that Voyager could not collect:



The ones that worked have been uploaded into the ████████ usergroup where Rebeca and yourself are included. Let me know if you need additional help with these! Happy holiday week!

Best,
Yulia

On Fri, Nov 15, 2019 at 17:31          <                    > wrote:


Perfect, thank you!




**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, November 15, 2019 4:08 PM
**To:**                <                    >
**Cc:** Rebecca Nagy <n4309@lapd.online>; Scott McAndrews <scottm@voyagerlabs.co>
**Subject:** Re:              data, quick win




ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.


Hey          ,


Wanted to touch base with you and let you know that we are still working on the easiest way for us to upload all of these without interrupting everyone else's last few days. I think at this point, the easiest solution is for us to do it on the back-end after the trial ends (as we discussed, you will be able to analyze **even** after Monday's deadline. Since I promised you we'd get this in, we will make sure to do whatever we need, as we are trying to partner with you as much as possible.

Will keep you posted!

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Nov 13, 2019 at 8:14 AM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:

  Hey          ,

  Glad to help, May you please give me a call back today when you have a few minutes?

Thanks!


On Tue, Nov 12, 2019 at 20:55            <                    > wrote:


Hi Yulia,


I know we're coming down to the wire on the trial. I had a thought about a possible "quick win" I wanted to try before the expiration, and I wanted to see if you may be able to help. It's not case specific, so it'd be data that's more open to share. I would have been working on this earlier but today is my first day back.


Within the past week, a trove of data                                    was posted


Since the data release, researchers have been interrogating the data. I've taken a look at it

and I both work on hate crime projects, and this is a hot topic in our city and across the U.S.

but it's slow going and it looks like I'm hitting the query limit each day. If there's anything you bring to bear on this, either from a collection or analysis side (or both), thank you!

See attached.

Best,

--

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,

**Yulia Shvetsova**
**Intelligence Analyst**
M: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Paul Joyal <pjoyal@nationalstrategies.com> |
| **Sent:** | Wednesday, November 20, 2019 7:23 AM |
| **To:** | John McMahon;scottm@voyagerlabs.co;amitg@voyagerlabs.co;Robert Long;Steven Ramos;Peter Marx |
| **Subject:** | Re: Thank you |

**ATTENTION:** This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Commander McMahon and LAPD team

I wanted to extend my many thanks for the successful collaboration on this very effective pilot of VoyagerAnalytics with LAPD.

It has been a pleasure to be associated with such a professional organization and exceptional analysts that utilized the Voyager platform so effectively for effective investigative support.

Their proven skills to provide timely information in pursuit of a number of critical investigations was well noted and appreciated by the Voyager team.

We look forward to our continued discussions and supporting LAPD with the finest capabilities and commitment that VoyagerAnalytics can provide to ensure your success.

Thank you,

Very respectfully,

Paul

Paul M. Joyal
NSI | Managing Director, Public Safety, Homeland Security, Intelligence Practice
1990 K Street NW  Suite 320| Washington, DC 20005 T ▮▮▮▮▮▮▮ (direct) |
M ▮▮▮▮▮▮ pjoyal@nationalstrategies.com www.nationalstrategies.com <http://www.nationalstrategies.com/>

**From:** John McMahon <26681@lapd.online>
**Date:** Monday, November 18, 2019 at 4:21 PM

**To:** "scottm@voyagerlabs.co" <scottm@voyagerlabs.co>, "amitg@voyagerlabs.co" <amitg@voyagerlabs.co>, "pjoyal@nationalstrategies.com" <pjoyal@nationalstrategies.com>, Robert Long <27410@lapd.online>, Steven Ramos <34666@lapd.online>, Peter Marx <marxp@lapd.online>
**Subject:** Canceled: Voyager Pilot Conference Call

USE CALL BRIDGE PROVIDED BY AMIT GAVISH

| | |
|---|---|
| **From:** | Amit Gavish <amitg@voyagerlabs.co> |
| **Sent:** | Monday, November 18, 2019 5:22 AM |
| **To:** | John McMahon |
| **Subject:** | Meeting Forward Notification: Voyager Pilot Conference Call |

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

## Your meeting was forwarded

Amit Gavish  has forwarded your meeting request to additional people.

**Meeting**

Voyager Pilot Conference Call

**Meeting Time**

Monday, 18 November 2019 17:00 - Monday, 18 November 2019 18:00

**Recipients**

Mary Woodard

All times listed are in the following time zone:  (UTC-05:00) Eastern Time (US & Canada)

**From:** Rebecca Nagy
**Sent:** Friday, November 15, 2019 4:38 PM
**To:** Yulia Shvetsova
**Subject:** Re: Voyager Trial Ending

thank you!

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department

████████████

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, November 15, 2019 4:34 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Voyager Trial Ending

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Thank you! Saw you got nominated on the board downstairs for employee of the year, so you are too!



Best,

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Fri, Nov 15, 2019 at 4:12 PM Rebecca Nagy <n4309@lapd.online> wrote:
 Thank you Yulia!
  You have been fantastic.

 Rebecca Nagy, CCIA
 Crime and Intelligence Analyst II
 Major Crimes Division
 Los Angeles Police Department

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, November 15, 2019 4:03 PM
**To:** Rebecca Nagy <n4309@lapd.online>; Adam Broderick <32053@lapd.online>; Albert Shinfeld <35915@lapd.online>; Brian Verschueren <n5477@lapd.online>;                    <                    >; William Lu <n5961@lapd.online>; Scott Teubert <35745@lapd.online>; Kevan Beard <35841@lapd.online>; Thorsten Timmermans <37459@lapd.online>; Edward Dorroh <33227@lapd.online>; Harold Crossley <37864@lapd.online>; Iris Romero <37658@lapd.online>; Cedric Washington <31784@lapd.online>; William Roecker <42908@lapd.online>; Dana Lee <n2294@lapd.online>; Christina Ledesma <41115@lapd.online>; Walaski, Stephen A. <Stephen.A.Walaski@usdoj.gov>; Andrea Acosta <n5967@lapd.online>
**Cc:** Scott McAndrews <scottm@voyagerlabs.co>; Autumn Francois <autumn@voyagerlabs.co>; David Whitehead <davidw@voyagerlabs.co>
**Subject:** Re: Voyager Trial Ending

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Hi all,

Please note that Monday, Nov. 18th will be the last day to input new queries or documents into Voyager. Starting on Tuesday, your existing data will still be viewable/analyzable using the same URL/credentials. Please let me know if you have any questions!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Sun, Nov 10, 2019 at 6:49 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
Hi all,

Thank you for participating in this trial run of Voyager Analytics! Just a reminder, that this coming week (Nov. 11-18th) is the last week of our trial with you.

Please look for an email in the coming few days detailing the next steps and the handling of the data that has been collected into Voyager.
Thank you!

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Friday, November 15, 2019 4:35 PM |
| **To:** | Rebecca Nagy |
| **Subject:** | Re: Voyager Trial Ending |

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Thank you! Saw you got nominated on the board downstairs for employee of the year, so you are too!



Exhibit 5, Page 84

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Fri, Nov 15, 2019 at 4:12 PM Rebecca Nagy <n4309@lapd.online> wrote:
Thank you Yulia!
  You have been fantastic.

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, November 15, 2019 4:03 PM
**To:** Rebecca Nagy <n4309@lapd.online>; Adam Broderick <32053@lapd.online>; Albert Shinfeld <35915@lapd.online>; Brian Verschueren <n5477@lapd.online>;                    <                    >; William Lu <n5961@lapd.online>; Scott Teubert <35745@lapd.online>; Kevan Beard <35841@lapd.online>; Thorsten Timmermans <37459@lapd.online>; Edward Dorroh <33227@lapd.online>; Harold Crossley <37864@lapd.online>; Iris Romero <37658@lapd.online>; Cedric Washington <31784@lapd.online>; William Roecker <42908@lapd.online>; Dana Lee <n2294@lapd.online>; Christina Ledesma <41115@lapd.online>; Walaski, Stephen A. <Stephen.A.Walaski@usdoj.gov>; Andrea Acosta <n5967@lapd.online>
**Cc:** Scott McAndrews <scottm@voyagerlabs.co>; Autumn Francois <autumn@voyagerlabs.co>; David Whitehead <davidw@voyagerlabs.co>
**Subject:** Re: Voyager Trial Ending

ATTENTION This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Hi all,

Please note that Monday, Nov. 18th will be the last day to input new queries or documents into Voyager. Starting on Tuesday, your existing data will still be viewable/analyzable using the same URL/credentials. Please let me know if you have any questions!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Sun, Nov 10, 2019 at 6:49 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
Hi all,

Thank you for participating in this trial run of Voyager Analytics! Just a reminder, that this coming week (Nov. 11-18th) is the last week of our trial with you.

Please look for an email in the coming few days detailing the next steps and the handling of the data that has been collected into Voyager.
Thank you!

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
M: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,

**Yulia Shvetsova**
**Intelligence Analyst**
M: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Friday, November 15, 2019 4:32 PM |
| **To:** | ▮▮▮▮▮ |
| **Subject:** | Re: any luck with those warrant PDF page #'s? |

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Thanks so much!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Fri, Nov 15, 2019 at 4:30 PM ▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮▮> wrote:

Hi Yulia,

Okay, random sample of 10 warrants averaged out to **8,081** pages.

The largest warrant I have so far,                                                is **82,799** pages(!).

[I'm seeing that the numbers vary wildly based on the time range requested for the warrant, and the activity level of the user.]

Best,

_____

                    ,

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

                **cell/voicemail**

                    **email**

**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, November 15, 2019 4:00 PM
**To:** ███████████ <███████████████████>
**Subject:** any luck with those warrant PDF page #'s?

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

We were trying to get these for the Monday meeting. If it's too time consuming, no worries, we will omit that statistic :)

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** ▮▮▮▮
**Sent:** Friday, November 15, 2019 4:31 PM
**To:** Yulia Shvetsova
**Subject:** RE: ▮▮▮▮▮ data, quick win

Perfect, thank you!

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, November 15, 2019 4:08 PM
**To:** ▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮>
**Cc:** Rebecca Nagy <n4309@lapd.online>; Scott McAndrews <scottm@voyagerlabs.co>
**Subject:** Re: ▮▮▮▮▮ data, quick win

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Hey ▮▮▮▮,

Wanted to touch base with you and let you know that we are still working on the easiest way for us to upload all of these without interrupting everyone else's last few days. I think at this point, the easiest solution is for us to do it on the back-end after the trial ends (as we discussed, you will be able to analyze even after Monday's deadline. Since I promised you we'd get this in, we will make sure to do whatever we need, as we are trying to partner with you as much as possible.

Will keep you posted!

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Nov 13, 2019 at 8:14 AM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:

Hey ▇▇▇▇,

Glad to help, May you please give me a call back today when you have a few minutes?

Thanks!

On Tue, Nov 12, 2019 at 20:55 ▇▇▇▇▇▇ <▇▇▇▇▇▇▇▇▇▇> wrote:

Hi Yulia,

I know we're coming down to the wire on the trial. I had a thought about a possible "quick win" I wanted to try before the expiration, and I wanted to see if you may be able to help. It's not case specific, so it'd be data that's more open to share. I would have been working on this earlier but today is my first day back.

Within the past week, a trove of data ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ was posted ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Since the data release, researchers have been interrogating the data. I've taken a look at it ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

██████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████

██████████and I both work on hate crime projects, and this is a hot topic in our city and across the U.S. ████████████████████

████████████████████████████████████████████████████████████████████but it's slow going and it looks like I'm hitting the query limit each day. If there's anything you bring to bear on this, either from a collection or analysis side (or both), thank you!

See attached.

Best,

██████

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** ▓▓▓▓▓▓
**Sent:** Friday, November 15, 2019 4:31 PM
**To:** Yulia Shvetsova
**Subject:** RE: any luck with those warrant PDF page #'s?


Hi Yulia,

Okay, random sample of 10 warrants averaged out to **8,081** pages.

The largest warrant I have so far, ███████████████████████████████ is **82,799** pages(!).

[I'm seeing that the numbers vary wildly based on the time range requested for the warrant, and the activity level of the user.]

Best,


‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾, ▓▓▓▓▓
**LAPD Robbery-Homicide Division**
Website: <u>click here</u>
**(213) 486-6850 office**
██████████ **cell/voicemail**
██████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, November 15, 2019 4:00 PM
**To:** ███████ <██████████████>
**Subject:** any luck with those warrant PDF page #'s?

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

We were trying to get these for the Monday meeting. If it's too time consuming, no worries, we will omit that statistic :)

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Rebecca Nagy |
| **Sent:** | Friday, November 15, 2019 4:12 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager Trial Ending |

Thank you Yulia!
You have been fantastic.

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
██████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, November 15, 2019 4:03 PM
**To:** Rebecca Nagy <n4309@lapd.online>; Adam Broderick <32053@lapd.online>; Albert Shinfeld <35915@lapd.online>; Brian Verschueren <n5477@lapd.online>; ██████████ <██████████>; William Lu <n5961@lapd.online>; Scott Teubert <35745@lapd.online>; Kevan Beard <35841@lapd.online>; Thorsten Timmermans <37459@lapd.online>; Edward Dorroh <33227@lapd.online>; Harold Crossley <37864@lapd.online>; Iris Romero <37658@lapd.online>; Cedric Washington <31784@lapd.online>; William Roecker <42908@lapd.online>; Dana Lee <n2294@lapd.online>; Christina Ledesma <41115@lapd.online>; Walaski, Stephen A. <Stephen.A.Walaski@usdoj.gov>; Andrea Acosta <n5967@lapd.online>
**Cc:** Scott McAndrews <scottm@voyagerlabs.co>; Autumn Francois <autumn@voyagerlabs.co>; David Whitehead <davidw@voyagerlabs.co>
**Subject:** Re: Voyager Trial Ending

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Hi all,

Please note that Monday, Nov. 18th will be the last day to input new queries or documents into Voyager. Starting on Tuesday, your existing data will still be viewable/analyzable using the same URL/credentials. Please let me know if you have any questions!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Sun, Nov 10, 2019 at 6:49 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
Hi all,

Thank you for participating in this trial run of Voyager Analytics! Just a reminder, that this coming week (Nov. 11-18th) is the last week of our trial with you.

Please look for an email in the coming few days detailing the next steps and the handling of the data that has been collected into Voyager.
Thank you!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Friday, November 15, 2019 4:08 PM |
| **To:** | ▇▇▇▇ |
| **Cc:** | Rebecca Nagy;Scott McAndrews |
| **Subject:** | Re: ▇▇▇▇▇ data, quick win |

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Hey ▇▇▇▇,

Wanted to touch base with you and let you know that we are still working on the easiest way for us to upload all of these without interrupting everyone else's last few days. I think at this point, the easiest solution is for us to do it on the back-end after the trial ends (as we discussed, you will be able to analyze even after Monday's deadline. Since I promised you we'd get this in, we will make sure to do whatever we need, as we are trying to partner with you as much as possible.

Will keep you posted!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Nov 13, 2019 at 8:14 AM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:

  Hey ███,

  Glad to help, May you please give me a call back today when you have a few minutes?

  Thanks!

  On Tue, Nov 12, 2019 at 20:55 ███████ <███████████> wrote:

    Hi Yulia,

    I know we're coming down to the wire on the trial. I had a thought about a possible "quick win" I wanted to try before the expiration, and I wanted to see if you may be able to help. It's not case specific, so it'd be data that's more open to share. I would have been working on this earlier but today is my first day back.

    Within the past week, a trove of data █████████████████████ was posted █████████████████████████ ████████████████████████

    Since the data release, researchers have been interrogating the data. I've taken a look at it █████████████████████████ █████████████████████████████████ █████████████████████████████████ █████████████████████████████████ █████████████████████████████████

    █████████████████████████████ █████████████████████████████████ █████████████████████████████████ █████████

    ███████ and I both work on hate crime projects, and this is a hot topic in our city and across the U.S. ████████████████ ██████████████████████████████ but it's slow going and it looks like I'm hitting the query limit each day. If there's anything you bring to bear on this, either from a collection or analysis side (or both), thank you!

    See attached.

    Best,

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▮▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Friday, November 15, 2019 4:03 PM |
| **To:** | Rebecca Nagy;Adam Broderick;Albert Shinfeld;Brian Verschueren;▮▮▮▮▮▮;William Lu;Scott Teubert;Kevan Beard;Thorsten Timmermans;Edward Dorroh;Harold Crossley;Iris Romero;Cedric Washington;William Roecker;Dana Lee;Christina Ledesma;Walaski, Stephen A.;Andrea Acosta |
| **Cc:** | Scott McAndrews;Autumn Francois;David Whitehead |
| **Subject:** | Re: Voyager Trial Ending |

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Hi all,

Please note that Monday, Nov. 18th will be the last day to input new queries or documents into Voyager. Starting on Tuesday, your existing data will still be viewable/analyzable using the same URL/credentials. Please let me know if you have any questions!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Sun, Nov 10, 2019 at 6:49 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
  Hi all,

Thank you for participating in this trial run of Voyager Analytics! Just a reminder, that this coming week (Nov. 11-18th) is the last week of our trial with you.

Please look for an email in the coming few days detailing the next steps and the handling of the data that has been collected into Voyager.
Thank you!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, November 15, 2019 4:00 PM
**To:** ▮▮▮▮▮▮▮
**Subject:** any luck with those warrant PDF page #'s?

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

We were trying to get these for the Monday meeting. If it's too time consuming, no worries, we will omit that statistic :)

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** ███████
**Sent:** Thursday, November 14, 2019 2:55 PM
**To:** Scott McAndrews
**Cc:** Rebecca Nagy
**Subject:** RE: threat investigation, Voyager success


I think Captain Long is going to rep us users there. But there is no one I trust more to understand this stuff and its importance. ████████████████

---

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Thursday, November 14, 2019 2:53 PM
**To:** ██████████ <██████████████>
**Cc:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: threat investigation, Voyager success

Nice. Love to hear this!!!

As an fyi, our big meeting is on for 2 PM PST Monday.

Attendees:

1) Cmr. McMahon
2) Ramos
3) Capt. Long
4) Amit (our EVP)
5) myself
6) Yulia
7) Paul Joyal - Consultant that is very good friends with Chief Moore
8) Either of you???



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

On Thu, Nov 14, 2019 at 5:40 PM ██████████ <██████████████> wrote:

Hi Scott,

Just a quick update: Voyager was extremely helpful during our investigation ████████████████ █████████████████████████████████████████ ████████████████████████████████ ████████████████████

In this case it was Voyager + Palantir + boots on the ground for the win!

Best,

_____

██████████, ██████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

████████ cell/voicemail

████████ email



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

ATTENTION! This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Thursday, November 14, 2019 2:53 PM
**To:** ███████
**Cc:** Rebecca Nagy
**Subject:** Re: threat investigation, Voyager success

Nice. Love to hear this!!!

As an fyi, our big meeting is on for 2 PM PST Monday.

Attendees:

1) Cmr. McMahon
2) Ramos
3) Capt. Long
4) Amit (our EVP)
5) myself
6) Yulia
7) Paul Joyal - Consultant that is very good friends with Chief Moore
8) Either of you???


 **Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M:** +1 ████████████

**O:** + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co


On Thu, Nov 14, 2019 at 5:40 PM ████████ <████████████> wrote:

Hi Scott,

Just a quick update: Voyager was extremely helpful ████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████

In this case it was Voyager + Palantir + boots on the ground for the win!

Best,

_____

███████████, ████████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

████████████████ **cell/voicemail**

████████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

ATTENTION! This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

**From:**
**Sent:**      Thursday, November 14, 2019 2:40 PM
**To:**        Scott McAndrews
**Cc:**        Rebecca Nagy
**Subject:**   threat investigation, Voyager success


Hi Scott,

Just a quick update: Voyager was extremely helpful during our investigation ██████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
██████████████████████████████

In this case it was Voyager + Palantir + boots on the ground for the win!

Best,


_____, _____
**LAPD Robbery-Homicide Division**
**Website:** **click here**
**(213) 486-6850 office**
████████████████ **cell/voicemail**
████████████████ **email**




**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Thursday, November 14, 2019 6:22 AM |
| **To:** | John McMahon |
| **Subject:** | Re: Request quick catch up call Friday or Monday |

Thank you sir. Looking forward to our call and hope you are doing well

On Thu, Nov 14, 2019, 9:13 AM John McMahon <26681@lapd.online> wrote:
> I have sent out information for those of you who will be calling in.  Yes, this has been scheduled for Monday, November 18th @ 2:00 PST.
>
> Thank you

---

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Thursday, November 14, 2019 5:20 AM
**To:** Amit Gavish <amitg@voyagerlabs.co>
**Cc:** John McMahon <26681@lapd.online>; Paul Joyal <pjoyal@nationalstrategies.com>; Robert Long <27410@lapd.online>; Steven Ramos <34666@lapd.online>
**Subject:** Re: Request quick catch up call Friday or Monday

Cmr. McMahon, just to be clear, that is 2:00 p.m. PST... correct?

Thanks and looking forward to our call.

Scott

On Thu, Nov 14, 2019, 8:15 AM Amit Gavish <amitg@voyagerlabs.co> wrote:

> Works for us as well.
>
>
> Amit

Exhibit 5, Page 112

**From:** John McMahon <26681@lapd.online>
**Sent:** Thursday, 14 November 2019 0:30
**To:** Paul Joyal <pjoyal@nationalstrategies.com>
**Cc:** Amit Gavish <amitg@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>; Robert Long <27410@lapd.online>; Steven Ramos <34666@lapd.online>
**Subject:** Re: Request quick catch up call Friday or Monday

Good evening,

Wondering if a conference call on Monday, Nov. 18th @ 2:00 will work for everyone?

Thank you

**From:** Paul Joyal <pjoyal@nationalstrategies.com>
**Sent:** Wednesday, November 13, 2019 3:55 AM
**To:** John McMahon <26681@lapd.online>
**Cc:** Amit Gavish <amitg@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>; Robert Long <27410@lapd.online>; Steven Ramos <34666@lapd.online>
**Subject:** Re: Request quick catch up call Friday or Monday

Thank you John, waiting for your proposed times

On 11/12/19, 10:58 PM, "John McMahon" <26681@lapd.online> wrote:

    Hi Paul, I will have my office coordinate a call.

On 11/12/19, 5:57 PM, "Paul Joyal" <pjoyal@nationalstrategies.com> wrote:

Hi John and Bob

Hope all is well.  Just getting my sea legs back after returning from 2 weeks overseas.  In this short time the son of Cathy Boudin from the Weather Underground terrorist is elected DA and San Francisco and Chief Beck is back in Chicago as interim chief until the permanent  selection is made.  Additionally, Commissioner O'Neil has submitted his resignation at NYPD, wow my head is spinning.

Needless to say I understand the Voyager pilot is about to be completed. In keeping with the discussion Amit had with Chief Moore in Chicago we would appreciate a quick call Friday or Monday to review status and next steps upon completion of the pilot. Voyager thanks you for the great support received during the pilot.

I look forward to your response and our very best to the Chief!

Respectfully,

Paul

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Exhibit 5, Page 114

**ATTENTION:** This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

| | |
|---|---|
| **From:** | Paul Joyal <pjoyal@nationalstrategies.com> |
| **Sent:** | Thursday, November 14, 2019 6:16 AM |
| **To:** | John McMahon;Scott McAndrews;Amit Gavish |
| **Cc:** | Robert Long;Steven Ramos |
| **Subject:** | Re: Request quick catch up call Friday or Monday |

Roger that, thanks much, p

---

**From:** John McMahon <26681@lapd.online>
**Date:** Thursday, November 14, 2019 at 9:13 AM
**To:** Scott McAndrews <scottm@voyagerlabs.co>, Amit Gavish <amitg@voyagerlabs.co>
**Cc:** Paul Joyal <pjoyal@nationalstrategies.com>, Robert Long <27410@lapd.online>, Steven Ramos <34666@lapd.online>
**Subject:** Re: Request quick catch up call Friday or Monday

I have sent out information for those of you who will be calling in.  Yes, this has been scheduled for Monday, November 18th @ 2:00 PST.

Thank you

---

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Thursday, November 14, 2019 5:20 AM
**To:** Amit Gavish <amitg@voyagerlabs.co>
**Cc:** John McMahon <26681@lapd.online>; Paul Joyal <pjoyal@nationalstrategies.com>; Robert Long <27410@lapd.online>; Steven Ramos <34666@lapd.online>
**Subject:** Re: Request quick catch up call Friday or Monday

Cmr. McMahon, just to be clear, that is 2:00 p.m. PST... correct?

 Thanks and looking forward to our call.

Scott

On Thu, Nov 14, 2019, 8:15 AM Amit Gavish <amitg@voyagerlabs.co> wrote:

> Works for us as well.
>
> Amit

**From:** John McMahon <26681@lapd.online>
**Sent:** Thursday, 14 November 2019 0:30
**To:** Paul Joyal <pjoyal@nationalstrategies.com>
**Cc:** Amit Gavish <amitg@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>; Robert Long <27410@lapd.online>; Steven Ramos <34666@lapd.online>
**Subject:** Re: Request quick catch up call Friday or Monday

Good evening,

Wondering if a conference call on Monday, Nov. 18th @ 2:00 will work for everyone?

Thank you

---

**From:** Paul Joyal <pjoyal@nationalstrategies.com>
**Sent:** Wednesday, November 13, 2019 3:55 AM
**To:** John McMahon <26681@lapd.online>
**Cc:** Amit Gavish <amitg@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>; Robert Long <27410@lapd.online>; Steven Ramos <34666@lapd.online>
**Subject:** Re: Request quick catch up call Friday or Monday

Thank you John, waiting for your proposed times

On 11/12/19, 10:58 PM, "John McMahon" <26681@lapd.online> wrote:

   Hi Paul, I will have my office coordinate a call.

   On 11/12/19, 5:57 PM, "Paul Joyal" <pjoyal@nationalstrategies.com> wrote:

      Hi John and Bob

      Hope all is well.  Just getting my sea legs back after returning from 2 weeks overseas.  In this short time the son of Cathy Boudin from the Weather Underground terrorist is elected DA and San Francisco and Chief Beck is back in Chicago as interim chief until the permanent  selection is made.  Additionally, Commissioner O'Neil has submitted his resignation at NYPD, wow my head is spinning.

      Needless to say I understand the Voyager pilot is about to be completed. In keeping with the discussion Amit had with Chief Moore in Chicago we would appreciate a quick call Friday or Monday to review status and next steps upon completion of the pilot. Voyager thanks you for the great support received during the pilot.

Exhibit 5, Page 117

I look forward to your response and our **very best** to the Chief!

Respectfully,

Paul

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

| | |
|---|---|
| **From:** | John McMahon |
| **Sent:** | Thursday, November 14, 2019 6:14 AM |
| **To:** | Scott McAndrews;Amit Gavish |
| **Cc:** | Paul Joyal;Robert Long;Steven Ramos |
| **Subject:** | Re: Request quick catch up call Friday or Monday |

I have sent out information for those of you who will be calling in.  Yes, this has been scheduled for Monday, November 18th @ 2:00 PST.

Thank you

---

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Thursday, November 14, 2019 5:20 AM
**To:** Amit Gavish <amitg@voyagerlabs.co>
**Cc:** John McMahon <26681@lapd.online>; Paul Joyal <pjoyal@nationalstrategies.com>; Robert Long <27410@lapd.online>; Steven Ramos <34666@lapd.online>
**Subject:** Re: Request quick catch up call Friday or Monday

Cmr. McMahon, just to be clear, that is 2:00 p.m. PST... correct?

 Thanks and looking forward to our call.

Scott

On Thu, Nov 14, 2019, 8:15 AM Amit Gavish <amitg@voyagerlabs.co> wrote:
 Works for us as well.

Amit

---

**From:** John McMahon <26681@lapd.online>
**Sent:** Thursday, 14 November 2019 0:30
**To:** Paul Joyal <pjoyal@nationalstrategies.com>
**Cc:** Amit Gavish <amitg@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>; Robert Long <27410@lapd.online>; Steven Ramos <34666@lapd.online>
**Subject:** Re: Request quick catch up call Friday or Monday

Good evening,

Wondering if a conference call on Monday, Nov. 18th @ 2:00 will work for everyone?

Thank you

---

**From:** Paul Joyal <pjoyal@nationalstrategies.com>
**Sent:** Wednesday, November 13, 2019 3:55 AM
**To:** John McMahon <26681@lapd.online>
**Cc:** Amit Gavish <amitg@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>; Robert Long <27410@lapd.online>; Steven Ramos <34666@lapd.online>
**Subject:** Re: Request quick catch up call Friday or Monday

Thank you John, waiting for your proposed times

On 11/12/19, 10:58 PM, "John McMahon" <26681@lapd.online> wrote:

   Hi Paul, I will have my office coordinate a call.

   On 11/12/19, 5:57 PM, "Paul Joyal" <pjoyal@nationalstrategies.com> wrote:

     Hi John and Bob

     Hope all is well.  Just getting my sea legs back after returning from 2 weeks overseas.  In this short time the son of Cathy Boudin from the Weather Underground terrorist is elected DA and San Francisco and Chief Beck is back in Chicago as interim chief until the permanent  selection is made.  Additionally, Commissioner O'Neil has submitted his resignation at NYPD, wow my head is spinning.

     Needless to say I understand the Voyager pilot is about to be completed. In keeping with the discussion Amit had with Chief Moore in Chicago we would appreciate a quick call Friday or Monday to review status and next steps upon completion of the pilot. Voyager thanks you for the great support received during the pilot.

     I look forward to your response and our very best to the Chief!

     Respectfully,

     Paul

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

**ATTENTION:** This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Thursday, November 14, 2019 5:21 AM |
| **To:** | Amit Gavish |
| **Cc:** | John McMahon;Paul Joyal;Robert Long;Steven Ramos |
| **Subject:** | Re: Request quick catch up call Friday or Monday |

Cmr. McMahon, just to be clear, that is 2:00 p.m. PST... correct?

Thanks and looking forward to our call.

Scott

On Thu, Nov 14, 2019, 8:15 AM Amit Gavish <amitg@voyagerlabs.co> wrote:

Works for us as well.


Amit


**From:** John McMahon <26681@lapd.online>
**Sent:** Thursday, 14 November 2019 0:30
**To:** Paul Joyal <pjoyal@nationalstrategies.com>
**Cc:** Amit Gavish <amitg@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>; Robert Long <27410@lapd.online>; Steven Ramos <34666@lapd.online>
**Subject:** Re: Request quick catch up call Friday or Monday


Good evening,


Wondering if a conference call on Monday, Nov. 18th @ 2:00 will work for everyone?

Thank you

---

**From:** Paul Joyal <pjoyal@nationalstrategies.com>
**Sent:** Wednesday, November 13, 2019 3:55 AM
**To:** John McMahon <26681@lapd.online>
**Cc:** Amit Gavish <amitg@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>; Robert Long <27410@lapd.online>; Steven Ramos <34666@lapd.online>
**Subject:** Re: Request quick catch up call Friday or Monday


Thank you John, waiting for your proposed times

On 11/12/19, 10:58 PM, "John McMahon" <26681@lapd.online> wrote:

    Hi Paul, I will have my office coordinate a call.

    On 11/12/19, 5:57 PM, "Paul Joyal" <pjoyal@nationalstrategies.com> wrote:

      Hi John and Bob

      Hope all is well.  Just getting my sea legs back after returning from 2 weeks overseas.  In this short time the son of Cathy Boudin from the Weather Underground terrorist is elected DA and San Francisco and Chief Beck is back in Chicago as interim chief until the permanent  selection is made.  Additionally, Commissioner O'Neil has submitted his resignation at NYPD, wow my head is spinning.

      Needless to say I understand the Voyager pilot is about to be completed. In keeping with the discussion Amit had with Chief Moore in Chicago we would appreciate a quick call Friday or Monday to review status and next steps upon completion of the pilot. Voyager thanks you for the great support received during the pilot.

      I look forward to your response and our very best to the Chief!

      Respectfully,

Paul

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

**ATTENTION:** This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

| | |
|---|---|
| **From:** | Amit Gavish <amitg@voyagerlabs.co> |
| **Sent:** | Thursday, November 14, 2019 5:15 AM |
| **To:** | John McMahon;Paul Joyal |
| **Cc:** | Scott McAndrews;Robert Long;Steven Ramos |
| **Subject:** | RE: Request quick catch up call Friday or Monday |

Works for us as well.

Amit

**From:** John McMahon <26681@lapd.online>
**Sent:** Thursday, 14 November 2019 0:30
**To:** Paul Joyal <pjoyal@nationalstrategies.com>
**Cc:** Amit Gavish <amitg@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>; Robert Long <27410@lapd.online>; Steven Ramos <34666@lapd.online>
**Subject:** Re: Request quick catch up call Friday or Monday

Good evening,

Wondering if a conference call on Monday, Nov. 18th @ 2:00 will work for everyone?

Thank you

**From:** Paul Joyal <pjoyal@nationalstrategies.com>
**Sent:** Wednesday, November 13, 2019 3:55 AM
**To:** John McMahon <26681@lapd.online>
**Cc:** Amit Gavish <amitg@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>; Robert Long <27410@lapd.online>; Steven Ramos <34666@lapd.online>
**Subject:** Re: Request quick catch up call Friday or Monday

Thank you John, waiting for your proposed times

On 11/12/19, 10:58 PM, "John McMahon" <26681@lapd.online> wrote:

    Hi Paul, I will have my office coordinate a call.

    On 11/12/19, 5:57 PM, "Paul Joyal" <pjoyal@nationalstrategies.com> wrote:

Exhibit 5, Page 125

Hi John and Bob

Hope all is well.  Just getting my sea legs back after returning from 2 weeks overseas.  In this short time the son of Cathy Boudin from the Weather Underground terrorist is elected DA and San Francisco and Chief Beck is back in Chicago as interim chief until the permanent  selection is made.  Additionally, Commissioner O'Neil has submitted his resignation at NYPD, wow my head is spinning.

Needless to say I understand the Voyager pilot is about to be completed. In keeping with the discussion Amit had with Chief Moore in Chicago we would appreciate a quick call Friday or Monday to review status and next steps upon completion of the pilot. Voyager thanks you for the great support received during the pilot.

I look forward to your response and our very best to the Chief!

Respectfully,

Paul

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

**ATTENTION:** This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

| | |
|---|---|
| **From:** | Paul Joyal <pjoyal@nationalstrategies.com> |
| **Sent:** | Thursday, November 14, 2019 2:33 AM |
| **To:** | John McMahon |
| **Cc:** | Amit Gavish;Scott McAndrews;Robert Long;Steven Ramos |
| **Subject:** | Re: Request quick catch up call Friday or Monday |

Good for me

Sent from my BlackBerry 10 smartphone.

**From:** John McMahon
**Sent:** Thursday, November 14, 2019 00:30
**To:** Paul Joyal
**Cc:** Amit Gavish; Scott McAndrews; Robert Long; Steven Ramos
**Subject:** Re: Request quick catch up call Friday or Monday

Good evening,

Wondering if a conference call on Monday, Nov. 18th @ 2:00 will work for everyone?

Thank you

**From:** Paul Joyal <pjoyal@nationalstrategies.com>
**Sent:** Wednesday, November 13, 2019 3:55 AM
**To:** John McMahon <26681@lapd.online>
**Cc:** Amit Gavish <amitg@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>; Robert Long <27410@lapd.online>; Steven Ramos <34666@lapd.online>
**Subject:** Re: Request quick catch up call Friday or Monday

Thank you John, waiting for your proposed times

On 11/12/19, 10:58 PM, "John McMahon" <26681@lapd.online> wrote:

Hi Paul, I will have my office coordinate a call.

On 11/12/19, 5:57 PM, "Paul Joyal" <pjoyal@nationalstrategies.com> wrote:

Hi John and Bob

Hope all is well.  Just getting my sea legs back after returning from 2 weeks overseas.  In this short time the son of Cathy Boudin from the Weather Underground terrorist is elected DA and San Francisco and Chief Beck is back in Chicago as interim chief until the permanent  selection is made.  Additionally, Commissioner O'Neil has submitted his resignation at NYPD, wow my head is spinning.

Needless to say I understand the Voyager pilot is about to be completed. In keeping with the discussion Amit had with Chief Moore in Chicago we would appreciate a quick call Friday or Monday to review status and next steps upon completion of the pilot. Voyager thanks you for the great support received during the pilot.

I look forward to your response and our very best to the Chief!

Respectfully,

Paul

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

**ATTENTION:** This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

| | |
|---|---|
| **From:** | Robert Long |
| **Sent:** | Wednesday, November 13, 2019 9:30 PM |
| **To:** | John McMahon;Paul Joyal |
| **Cc:** | Amit Gavish;Scott McAndrews;Steven Ramos |
| **Subject:** | Re: Request quick catch up call Friday or Monday |

Good for me

Bob Long

Commanding Officer

Major Crimes Division

Los Angeles Police Department

---

**From:** John McMahon <26681@lapd.online>

**Sent:** Wednesday, November 13, 2019 9:29:57 PM

**To:** Paul Joyal <pjoyal@nationalstrategies.com>

**Cc:** Amit Gavish <amitg@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>; Robert Long <27410@lapd.online>; Steven Ramos <34666@lapd.online>

**Subject:** Re: Request quick catch up call Friday or Monday

Good evening,

Wondering if a conference call on Monday, Nov. 18th @ 2:00 will work for everyone?

Thank you

**From:** Paul Joyal <pjoyal@nationalstrategies.com>

**Sent:** Wednesday, November 13, 2019 3:55 AM

**To:** John McMahon <26681@lapd.online>

**Cc:** Amit Gavish <amitg@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>; Robert Long <27410@lapd.online>; Steven Ramos <34666@lapd.online>

**Subject:** Re: Request quick catch up call Friday or Monday

Thank you John, waiting for your proposed times

On 11/12/19, 10:58 PM, "John McMahon" <26681@lapd.online> wrote:

Hi Paul, I will have my office coordinate a call.

On 11/12/19, 5:57 PM, "Paul Joyal" <pjoyal@nationalstrategies.com> wrote:

Hi John and Bob

Hope all is well.  Just getting my sea legs back after returning from 2 weeks overseas.  In this short time the son of Cathy Boudin from the Weather Underground terrorist is elected DA and San Francisco and Chief Beck is back in Chicago as interim chief until the permanent  selection is made.  Additionally, Commissioner O'Neil has submitted his resignation at NYPD, wow my head is spinning.

Needless to say I understand the Voyager pilot is about to be completed. In keeping with the discussion Amit had with Chief Moore in Chicago we would appreciate a quick call Friday or Monday to review status and next steps upon completion of the pilot. Voyager thanks you for the great support received during the pilot.

I look forward to your response and our very best to the Chief!

Respectfully,

Paul

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

| | |
|---|---|
| **From:** | John McMahon |
| **Sent:** | Wednesday, November 13, 2019 9:30 PM |
| **To:** | Paul Joyal |
| **Cc:** | Amit Gavish;Scott McAndrews;Robert Long;Steven Ramos |
| **Subject:** | Re: Request quick catch up call Friday or Monday |

Good evening,

Wondering if a conference call on Monday, Nov. 18th @ 2:00 will work for everyone?

Thank you

---

**From:** Paul Joyal <pjoyal@nationalstrategies.com>
**Sent:** Wednesday, November 13, 2019 3:55 AM
**To:** John McMahon <26681@lapd.online>
**Cc:** Amit Gavish <amitg@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>; Robert Long <27410@lapd.online>; Steven Ramos <34666@lapd.online>
**Subject:** Re: Request quick catch up call Friday or Monday

Thank you John, waiting for your proposed times

On 11/12/19, 10:58 PM, "John McMahon" <26681@lapd.online> wrote:

Hi Paul, I will have my office coordinate a call.

On 11/12/19, 5:57 PM, "Paul Joyal" <pjoyal@nationalstrategies.com> wrote:

Hi John and Bob

Hope all is well.  Just getting my sea legs back after returning from 2 weeks overseas.  In this short time the son of Cathy Boudin from the Weather Underground terrorist is elected DA and San Francisco and Chief Beck is back in Chicago as interim chief until the permanent  selection is made.  Additionally, Commissioner O'Neil has submitted his resignation at NYPD, wow my head is spinning.

Needless to say I understand the Voyager pilot is about to be completed. In keeping with the discussion Amit had with Chief Moore in Chicago we would appreciate a quick call Friday or Monday to review status and next steps upon completion of the pilot. Voyager thanks you for the great support received during the pilot.

I look forward to your response and our very best to the Chief!

Respectfully,

Paul

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

**From:**       Rebecca Nagy
**Sent:**       Wednesday, November 13, 2019 2:43 PM
**To:**         █████ Scott McAndrews
**Subject:**    Re: Per our conversation...
**Attachments:**   LAPD Bullet Points rough draft for Chief revised.pptx

Hi guys I was lazy and just added on to █████ with a slide.
Most of my cases are a bit sensitive. If Captain Long is on the call/ meeting he will be able to add disction

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
████████

---

**From:** ████████ <████████>
**Sent:** Tuesday, November 12, 2019 5:13 PM
**To:** Scott McAndrews <scottm@voyagerlabs.co>; Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Per our conversation...

Scott,

Here you go! My two cents for what they're worth. If you can get some more for another slide from the other participants that'd be great. One thing to note is that RHD and MCD were able to successfully collaborate together several times USING Voyager. So it's a silobreaker, too.

(████████████████████████Thanks!)

Best,

████

Exhibit 5, Page 134

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Tuesday, November 12, 2019 3:35 PM
**To:** ███████ <███████████>; Rebecca Nagy <n4309@lapd.online>
**Subject:** Per our conversation...

Per my text, I just need to update pages attached slides (3&4) and anything else that you can share.

Thanks and I will keep you posted.

PS - █████, ████████████████



**Scott McAndrews**
**Regional Director**
**Public & Private Sector**
**M:** +1 ███████████
**O:** + 1 212.404.2402
scottm@voyagerlabs.co
www.voyagerlabs.co

**ATTENTION:** This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Exhibit 5, Page 135

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, November 13, 2019 8:18 AM |
| **To:** | ████████ |
| **Subject:** | Estimated average FB warrant pages |

Hey ████,

Was wondering if you could do me a quick favor and let me know a rough page count of about 5 warrants that you've used Voyager to help you parse. We're trying to get some stats together and wanted to know on average (I know it's not going to accurate as they can be VERY different) how many pages per warrant you guys get in your returns.

Thanks!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**ATTENTION:** This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, November 13, 2019 8:14 AM |
| **To:** | ███████ |
| **Cc:** | Rebecca Nagy;Scott McAndrews |
| **Subject:** | Re: █████████ data, quick win |

Hey ██████,

Glad to help, May you please give me a call back today when you have a few minutes?

Thanks!

On Tue, Nov 12, 2019 at 20:55 ███████████ <████████████████> wrote:

> Hi Yulia,
>
> I know we're coming down to the wire on the trial. I had a thought about a possible "quick win" I wanted to try before the expiration, and I wanted to see if you may be able to help. It's not case specific, so it'd be data that's more open to share. I would have been working on this earlier but today is my first day back.
>
> Within the past week, a trove of data ████████████████████████ was posted ███████████████████████████████████
> ████████████████████████
>
> Since the data release, researchers have been interrogating the data. I've taken a look at it ██████████████████
> ████████████████████████████████████████████
> ████████████████████████████████████████████
> ████████████████████████████████████████
>
> ████████████████████████████████████████████████
> ████████████████████████████████████████████████
> ████████████████████████████████████████████████
> █████████████
>
> ██████ and I both work on hate crime projects, and this is a hot topic in our city and across the U.S. ██████████
> ██████████████████████████████████████████████████████████████
> ████████████████████████████████████ but it's slow going and it looks like I'm
> hitting the query limit each day. If there's anything you bring to bear on this, either from a collection or analysis side (or both), thank you!

Exhibit 5, Page 137

See attached.

Best,

██████

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**ATTENTION:** This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

**From:**        Paul Joyal <pjoyal@nationalstrategies.com>
**Sent:**        Wednesday, November 13, 2019 3:56 AM
**To:**          John McMahon
**Cc:**          Amit Gavish;Scott McAndrews;Robert Long;Steven Ramos
**Subject:**     Re: Request quick catch up call Friday or Monday

Thank you John, waiting for your proposed times

On 11/12/19, 10:58 PM, "John McMahon" <26681@lapd.online> wrote:

   Hi Paul, I will have my office coordinate a call.

   On 11/12/19, 5:57 PM, "Paul Joyal" <pjoyal@nationalstrategies.com> wrote:

      Hi John and Bob

      Hope all is well.  Just getting my sea legs back after returning from 2 weeks overseas.  In this short time the son of Cathy Boudin from the Weather Underground terrorist is elected DA and San Francisco and Chief Beck is back in Chicago as interim chief until the permanent  selection is made.  Additionally, Commissioner O'Neil has submitted his resignation at NYPD, wow my head is spinning.

      Needless to say I understand the Voyager pilot is about to be completed. In keeping with the discussion Amit had with Chief Moore in Chicago we would appreciate a quick call Friday or Monday to review status and next steps upon completion of the pilot. Voyager thanks you for the great support received during the pilot.

      I look forward to your response and our very best to the Chief!

      Respectfully,

      Paul

Exhibit 5, Page 139

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

| | |
|---|---|
| **From:** | Paul Joyal <pjoyal@nationalstrategies.com> |
| **Sent:** | Wednesday, November 13, 2019 3:56 AM |
| **To:** | Robert Long;John McMahon |
| **Cc:** | Amit Gavish;Scott McAndrews |
| **Subject:** | Re: Request quick catch up call Friday or Monday |

Thanks much Bob

**From:** Robert Long <27410@lapd.online>
**Date:** Tuesday, November 12, 2019 at 9:32 PM
**To:** Paul Joyal <pjoyal@nationalstrategies.com>, John McMahon <26681@lapd.online>
**Cc:** Amit Gavish <amitg@voyagerlabs.co>, Scott McAndrews <scottm@voyagerlabs.co>
**Subject:** Re: Request quick catch up call Friday or Monday

Off Friday so Monday would be better but can make Friday work if it is good for everyone else.  Let me know

Bob Long
Commanding Officer
Major Crimes Division
Los Angeles Police Department

**From:** Paul Joyal <pjoyal@nationalstrategies.com>
**Sent:** Tuesday, November 12, 2019 5:57:06 PM
**To:** John McMahon <26681@lapd.online>; Robert Long <27410@lapd.online>
**Cc:** Amit Gavish <amitg@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>
**Subject:** Request quick catch up call Friday or Monday

Hi John and Bob

Hope all is well.  Just getting my sea legs back after returning from 2 weeks overseas.  In this short time the son of Cathy Boudin from the Weather Underground terrorist is elected DA and San Francisco and Chief Beck is back in Chicago as interim chief until the permanent  selection is made.  Additionally, Commissioner O'Neil has submitted his resignation at NYPD, wow my head is spinning.

Needless to say I understand the Voyager pilot is about to be completed. In keeping with the discussion Amit had with Chief Moore in Chicago we would appreciate a quick call Friday or Monday to review status and next steps upon completion of the pilot. Voyager thanks you for the great support received during the pilot.

I look forward to your response and our very best to the Chief!

Respectfully,

Paul

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

**ATTENTION:** This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

**From:**
**Sent:** Tuesday, November 12, 2019 8:55 PM
**To:** Yulia Shvetsova
**Cc:** Scott McAndrews;Rebecca Nagy
**Subject:** ███████ data, quick win
**Attachments:** ████████████

Hi Yulia,

I know we're coming down to the wire on the trial. I had a thought about a possible "quick win" I wanted to try before the expiration, and I wanted to see if you may be able to help. It's not case specific, so it'd be data that's more open to share. I would have been working on this earlier but today is my first day back.

Within the past week, a trove of data ████████████████████ was posted ████████████████████ ████████████████████

Since the data release, researchers have been interrogating the data. I've taken a look at it ████████████████ ████████████████████████ ████████████████████████ ████████████████

████████████████████ ████████████████████ ████████

████ and I both work on hate crime projects, and this is a hot topic in our city and across the U.S. ████████████ ████████████████████ but it's slow going and it looks like I'm hitting the query limit each day. If there's anything you bring to bear on this, either from a collection or analysis side (or both), thank you!

See attached.

Best,

████

| | |
|---|---|
| **From:** | John McMahon |
| **Sent:** | Tuesday, November 12, 2019 7:59 PM |
| **To:** | Paul Joyal |
| **Cc:** | Amit Gavish;Scott McAndrews;Robert Long;Steven Ramos |
| **Subject:** | Re: Request quick catch up call Friday or Monday |

Hi Paul, I will have my office coordinate a call.

On 11/12/19, 5:57 PM, "Paul Joyal" <pjoyal@nationalstrategies.com> wrote:

Hi John and Bob

Hope all is well.  Just getting my sea legs back after returning from 2 weeks overseas.  In this short time the son of Cathy Boudin from the Weather Underground terrorist is elected DA and San Francisco and Chief Beck is back in Chicago as interim chief until the permanent  selection is made.  Additionally, Commissioner O'Neil has submitted his resignation at NYPD, wow my head is spinning.

Needless to say I understand the Voyager pilot is about to be completed. In keeping with the discussion Amit had with Chief Moore in Chicago we would appreciate a quick call Friday or Monday to review status and next steps upon completion of the pilot. Voyager thanks you for the great support received during the pilot.

I look forward to your response and our very best to the Chief!

Respectfully,

Paul

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

| | |
|---|---|
| **From:** | Robert Long |
| **Sent:** | Tuesday, November 12, 2019 6:33 PM |
| **To:** | Paul Joyal;John McMahon |
| **Cc:** | Amit Gavish;Scott McAndrews |
| **Subject:** | Re: Request quick catch up call Friday or Monday |

Off Friday so Monday would be better but can make Friday work if it is good for everyone else.  Let me know

Bob Long

Commanding Officer

Major Crimes Division

Los Angeles Police Department

---

**From:** Paul Joyal <pjoyal@nationalstrategies.com>

**Sent:** Tuesday, November 12, 2019 5:57:06 PM

**To:** John McMahon <26681@lapd.online>; Robert Long <27410@lapd.online>

**Cc:** Amit Gavish <amitg@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>

**Subject:** Request quick catch up call Friday or Monday

Hi John and Bob

Hope all is well.  Just getting my sea legs back after returning from 2 weeks overseas.  In this short time the son of Cathy Boudin from the Weather Underground terrorist is elected DA and San Francisco and Chief Beck is back in Chicago as interim chief until the permanent  selection is made.  Additionally, Commissioner O'Neil has submitted his resignation at NYPD, wow my head is spinning.

Needless to say I understand the Voyager pilot is about to be completed. In keeping with the discussion Amit had with Chief Moore in Chicago we would appreciate a quick call Friday or Monday to review status and next steps upon completion of the pilot. Voyager thanks you for the great support received during the pilot.

Exhibit 5, Page 145

I look forward to your response and our very best to the Chief!

Respectfully,

Paul

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

**From:**        Paul Joyal <pjoyal@nationalstrategies.com>
**Sent:**        Tuesday, November 12, 2019 5:57 PM
**To:**        John McMahon;Robert Long
**Cc:**        Amit Gavish;Scott McAndrews
**Subject:**        Request quick catch up call Friday or Monday

Hi John and Bob

Hope all is well.  Just getting my sea legs back after returning from 2 weeks overseas.  In this short time the son of Cathy Boudin from the Weather Underground terrorist is elected DA and San Francisco and Chief Beck is back in Chicago as interim chief until the permanent  selection is made.  Additionally, Commissioner O'Neil has submitted his resignation at NYPD, wow my head is spinning.

Needless to say I understand the Voyager pilot is about to be completed. In keeping with the discussion Amit had with Chief Moore in Chicago we would appreciate a quick call Friday or Monday to review status and next steps upon completion of the pilot. Voyager thanks you for the great support received during the pilot.

I look forward to your response and our very best to the Chief!

Respectfully,

Paul

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

**From:** ██████████
**Sent:** Tuesday, November 12, 2019 5:14 PM
**To:** Scott McAndrews;Rebecca Nagy
**Subject:** Re: Per our conversation...
**Attachments:** LAPD Bullet Points rough draft for Chief revised.pptx

Scott,

Here you go! My two cents for what they're worth. If you can get some more for another slide from the other participants that'd be great. One thing to note is that RHD and MCD were able to successfully collaborate together several times USING Voyager. So it's a silobreaker, too.

(████████████████████████████████████████████ Thanks!)

Best,

██████

---

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Tuesday, November 12, 2019 3:35 PM
**To:** ██████████ <████████████>; Rebecca Nagy <n4309@lapd.online>
**Subject:** Per our conversation...

Per my text, I just need to update pages attached slides (3&4) and anything else that you can share.

Thanks and I will keep you posted.

PS - ██████, ████████████████

Exhibit 5, Page 148



**Scott McAndrews**
**Regional Director**
**Public & Private Sector**
**M**: +1 ██████████
**O**: + 1 212.404.2402
scottm@voyagerlabs.co
www.voyagerlabs.co

**ATTENTION:** This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

| From: | Scott McAndrews <scottm@voyagerlabs.co> |
|---|---|
| Sent: | Tuesday, November 12, 2019 3:35 PM |
| To: | ▓▓▓▓ Rebecca Nagy |
| Subject: | Per our conversation... |
| Attachments: | LAPD Bullet Points rough draft for Chief.pptx |

Per my text, I just need to update pages attached slides (3&4) and anything else that you can share.

Thanks and I will keep you posted.

PS - ▓▓▓, ▓▓▓▓▓▓▓▓▓▓▓▓▓



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ▓▓▓▓▓▓▓▓▓

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

**ATTENTION:** This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

**From:**        Amit Gavish <amitg@voyagerlabs.co>
**Sent:**        Tuesday, November 12, 2019 2:28 PM
**To:**        Arnold Suzukamo
**Cc:**        Scott McAndrews
**Subject:**        FW: Voyager next steps

+ Scott
Hi Arnold,

Checking in on the below email. I received an auto reply yesterday and wasn't sure if you are back in the office yet?

We need to jump on a quick call ASAP to address the points below. Please let Scott and I know your availability this week.

Warm regards,


**Amit Gavish**
**Executive Vice President- Americas**
**M**: +1 ▮▮▮▮▮▮▮▮▮▮
**O**: + 1 212.404.2402
amitg@voyagerlabs.co
www.voyagerlabs.co


**From:** Amit Gavish <amitg@voyagerlabs.co>
**Sent:** Monday, 11 November 2019 12:34
**To:** 'n1103@lapd.online' <n1103@lapd.online>
**Subject:** Voyager next steps
**Importance:** High

Hi Arnold,

Hope my email finds you well! I understand you are coming back from vacation. Hope it was relaxing and enjoyable.
We need to connect on several items ASAP so let me know when would be a good time to connect this week.

Agenda:

Exhibit 5, Page 151

1. Discuss the IBM repeating inquiries and potentially arrange a joint call with them as needed
2. Debrief regarding the meeting I had with Chief Moore in Chicago
3. Pilot ends next week- we need to have a solid plan for moving forward

My schedule is fairly flexible this week so let me know what works best and I will try and adjust accordingly.

**Amit Gavish**
**Executive Vice President- Americas**
**M**: +1 ████████████
**O**: + 1 212.404.2402
amitg@voyagerlabs.co
www.voyagerlabs.co

**ATTENTION:** This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

| | |
|---|---|
| **From:** | Amit Gavish <amitg@voyagerlabs.co> |
| **Sent:** | Monday, November 11, 2019 9:34 AM |
| **To:** | Arnold Suzukamo |
| **Subject:** | Voyager next steps |

Hi Arnold,

Hope my email finds you well! I understand you are coming back from vacation. Hope it was relaxing and enjoyable.
We need to connect on several items ASAP so let me know when would be a good time to connect this week.

Agenda:

1. Discuss the IBM repeating inquiries and potentially arrange a joint call with them as needed
2. Debrief regarding the meeting I had with Chief Moore in Chicago
3. Pilot ends next week- we need to have a solid plan for moving forward

My schedule is fairly flexible this week so let me know what works best and I will try and adjust accordingly.

**Amit Gavish**
**Executive Vice President- Americas**
**M**: +1 ████████████
**O**: + 1 212.404.2402
amitg@voyagerlabs.co
www.voyagerlabs.co

ATTENTION: This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Exhibit 5, Page 153

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Sunday, November 10, 2019 6:50 PM |
| **To:** | Rebecca Nagy;Adam Broderick;Albert Shinfeld;Brian Verschueren;███████████;William Lu;Scott Teubert;Kevan Beard;Thorsten Timmermans;Edward Dorroh;Harold Crossley;Iris Romero;Cedric Washington;William Roecker;Dana Lee;Christina Ledesma;Walaski, Stephen A.;Andrea Acosta |
| **Cc:** | Scott McAndrews;Autumn Francois;David Whitehead |
| **Subject:** | Voyager Trial Ending |

Hi all,

Thank you for participating in this trial run of Voyager Analytics! Just a reminder, that this coming week (Nov. 11-18th) is the last week of our trial with you.

Please look for an email in the coming few days detailing the next steps and the handling of the data that has been collected into Voyager.
Thank you!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**ATTENTION:** This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Exhibit 5, Page 154

**From:** ██████████
**Sent:** Wednesday, November 6, 2019 9:27 PM
**To:** Scott McAndrews
**Subject:** Re: ██████████████████?

Yes please ... text me at ██████████ .

---

**From:** Scott McAndrews <scottm@voyagerlabs.co>

**Sent:** Wednesday, November 6, 2019 8:43:21 PM

**To:** ██████████ <██████████████>

**Subject:** Re: ██████████████████?

Kathy is indeed great people!

██████████████████████████ Let me know if you need anything in between from you coming back. At some point, I need to make you aware of what happened on Friday from one of the "middle layer" parties that we discussed on our group call. It is exactly what we thought and I wanted to make you aware of this before your conversation with the person you mentioned. I can text you if you want and it is something you should know.

Have a great night!

Exhibit 5, Page 155



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ▮▮▮▮▮▮▮▮▮▮

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

On Wed, Nov 6, 2019 at 11:35 PM ▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮> wrote:

Hi Scott,

That's great news — I'll have to reach out to Kathy. She was the 2nd person to originally mention Voyager to me (the first being one of the heads of Chicago's fusion center at an LEIU conference ... his name escapes me). She's great people. We're going to team teach an OSINT class in December.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I

reached out to Rebecca so we can hit the ground running.

More soon,

▮▮▮▮

**From:** Scott McAndrews <scottm@voyagerlabs.co>

**Sent:** Wednesday, November 6, 2019 8:26:56 PM

**To:** ▮▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>

**Subject:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?

Hope you are doing better ▮▮▮▮▮.

I just got back from the National Fusion Center Conference Conference. They won the Top Fusion Center Award. Kathy McAnany and Director Trujillo accepted the award. Was very cool. Anyways, Kathy mentioned your name today and had very positive things to say about both yourself/Rebecca and the hard work you all do. Just thought I would pass on the kind words.



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M:** +1 ▮▮▮▮▮▮▮▮

**O:** + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

**ATTENTION:** This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

**ATTENTION:** This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Wednesday, November 6, 2019 8:43 PM |
| **To:** | ███████████ |
| **Subject:** | Re: ████████████████? |

Kathy is indeed great people!

██████████████████████████████ Let me know if you need anything in between from you coming back. At some point, I need to make you aware of what happened on Friday from one of the "middle layer" parties that we discussed on our group call. It is exactly what we thought and I wanted to make you aware of this before your conversation with the person you mentioned. I can text you if you want and it is something you should know.

Have a great night!

**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M:** +1 ████████████

**O:** + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

On Wed, Nov 6, 2019 at 11:35 PM ████████████ <████████████████> wrote:

Hi Scott,

Exhibit 5, Page 159

That's great news — I'll have to reach out to Kathy. She was the 2nd person to originally mention Voyager to me (the first being one of the heads of Chicago's fusion center at an LEIU conference ... his name escapes me). She's great people. We're going to team teach an OSINT class in December. ███████████████████████████████████████████████████████ I reached out to Rebecca so we can hit the ground running.

More soon,

████

---

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Wednesday, November 6, 2019 8:26:56 PM
**To:** ████████ <████████████████>
**Subject:** ████████████████████?

Hope you are doing better █████.

I just got back from the National Fusion Center Conference Conference. They won the Top Fusion Center Award. Kathy McAnany and Director Trujillo accepted the award. Was very cool. Anyways, Kathy mentioned your name today and had very positive things to say about both yourself/Rebecca and the hard work you all do. Just thought I would pass on the kind words.

**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ████████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

**ATTENTION:** This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

**ATTENTION:** This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

**From:**
**Sent:**       Wednesday, November 6, 2019 8:35 PM
**To:**          Scott McAndrews
**Subject:**   Re: ███████████████?

Hi Scott,

That's great news — I'll have to reach out to Kathy. She was the 2nd person to originally mention Voyager to me (the first being one of the heads of Chicago's fusion center at an LEIU conference ... his name escapes me). She's great people. We're going to team teach an OSINT class in December.

███████████████████████████████████████████████████████████ I reached out to Rebecca so we can hit the ground running.

More soon,

██████

---

**From:** Scott McAndrews <scottm@voyagerlabs.co>

**Sent:** Wednesday, November 6, 2019 8:26:56 PM

**To:** ████████ <██████████████>

**Subject:** ████████████████?

Hope you are doing better ██████.

I just got back from the National Fusion Center Conference Conference. They won the Top Fusion Center Award. Kathy McAnany and Director Trujillo accepted the award. Was very cool. Anyways, Kathy mentioned your name today and had very positive things to say about both yourself/Rebecca and the hard work you all do. Just thought I would pass on the kind words.



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ██████████

**O**: + 1 212.404.2402

[scottm@voyagerlabs.co](mailto:scottm@voyagerlabs.co)

[www.voyagerlabs.co](http://www.voyagerlabs.co)

**ATTENTION:** This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Wednesday, November 6, 2019 8:27 PM
**To:** ████████████
**Subject:** ████████████████████?

Hope you are doing better ██████.

I just got back from the National Fusion Center Conference Conference. They won the Top Fusion Center Award. Kathy McAnany and Director Trujillo accepted the award. Was very cool. Anyways, Kathy mentioned your name today and had very positive things to say about both yourself/Rebecca and the hard work you all do. Just thought I would pass on the kind words.



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M:** +1 ████████████

**O:** + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

---

**ATTENTION:** This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, November 6, 2019 4:07 PM |
| **To:** | Cullen Schmitz |
| **Subject:** | Re: Re: |

Hey Cullen,

Thanks for sitting down with me today. My cell is ▬▬▬▬ if you have any questions. The trial is officially over in November, but we are trying to not get this turned off for you guys!

I'm including all the info I promised you earlier:

**The new login procedure**:

1.  Navigate to the regular URL: https://va-bruins.voyager-analytics.com/

2.  The first time you log in from a new device, the system will prompt you as follows:



3.  Enter these credentials (*everyone uses the same ones, the password is case sensitive*)
Username: ▬▬▬▬
Password: ▬▬▬▬▬

**Note:** Chrome will ask you if you want to save these credentials. If this is a trusted computer, you may select "**save**". If not, you will need to enter these credentials again the next time you log in.

4.  You will be redirected to the regular sign-in page:

# Welcome to VoyagerAnalytics



5.  Enter your individual username (█████) and password to access the system as usual.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Nov 6, 2019 at 9:32 AM Cullen Schmitz <42774@lapd.online> wrote:

████████████

Get Outlook for iOS

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, November 6, 2019 9:31:08 AM
**To:** Cullen Schmitz <42774@lapd.online>
**Subject:** Re:

Yes, I am on my way to you. What is your phone number so I can call you when I arrive?

On Wed, Nov 6, 2019 at 09:30 Cullen Schmitz <42774@lapd.online> wrote:
Good morning!

I should be back in the office around 10 or shortly thereafter if you are still available for training?

Thank you,

Cullen Schmitz

Get Outlook for iOS

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▮▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**ATTENTION:** This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and then delete it from your inbox.

**ATTENTION:** This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, November 6, 2019 3:57 PM |
| **To:** | Andrea Acosta |
| **Subject:** | Re: Voyager Application |

Thank you for letting me know! Have a great week.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Nov 5, 2019 at 7:32 AM Andrea Acosta <n5967@lapd.online> wrote:

Good morning Yulia,

Thank you for checking in. Along with being on vacation for a couple weeks, I haven't really received any data/requests to run any subjects through the system. I will follow up with Christina, but thank you again for checking in.

Andrea

Exhibit 5, Page 169

Andrea De La Merced, CCIA

Crime & Intelligence Analyst II

Los Angeles Police Department

Harbor Division

Direct Line: ███████████

Email: N5967@lapd.online

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, November 04, 2019 2:55 PM
**To:** Christina Ledesma <41115@lapd.online>
**Cc:** Andrea Acosta <N5967@lapd.online>
**Subject:** Re: Voyager Application

Hi Christina and Andrea,

I wanted to check in and see how Voyager was going for you - I noticed since our demo, you hadn't really found much value in using the system. Is there anything I can help with/explain better, or has there been no reason to run anyone through the system since? Just making sure I am helping in any way I can! I am also available to come down and work on investigations with you if that would be preferable.


Best,




**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Mon, Sep 23, 2019 at 12:44 PM Christina Ledesma <41115@lapd.online> wrote:

Hello,

First of all thank you very much for the help! I will be the point of contact as well as Andrea De La Merced who is our Harbor Division Crime & Intelligence Analyst II.  I can be reach at my cell phone at ████████████

Police Officer Christina Ledesma

Los Angeles Police Department

Harbor Division

███████████

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ████████████████ and delete it from your Inbox.

**ATTENTION:** This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, November 6, 2019 3:56 PM |
| **To:** | Edward Dorroh |
| **Subject:** | Re: Voyager Check-In |

Thank you for letting me know! Have a great week.


Best,




**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Tue, Nov 5, 2019 at 6:27 AM Edward Dorroh <33227@lapd.online> wrote:

Thank you Yulia, however I have been trying to catch up on my reports in between other tasking and have not had need for Voyager as of late. ████████████
████████████████████████████████


It's just a case of bad timing.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, November 4, 2019 2:59 PM
**Subject:** Voyager Check-In

Hello,

I wanted to check in and see how you were doing with the Voyager platform. Do you have any questions I can answer? I'm also available to come and sit desk-side to help with any investigation analysis you may want assistance with.

Thanks!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ██████████████████ and delete it from your Inbox.

**ATTENTION:** This email originated outside of LAPD.Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

| | |
|---|---|
| **From:** | Cullen Schmitz |
| **Sent:** | Wednesday, November 6, 2019 9:32 AM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Re: |

████████████

Get Outlook for iOS

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, November 6, 2019 9:31:08 AM
**To:** Cullen Schmitz <42774@lapd.online>
**Subject:** Re:

Yes, I am on my way to you. What is your phone number so I can call you when I arrive?

On Wed, Nov 6, 2019 at 09:30 Cullen Schmitz <42774@lapd.online> wrote:

> Good morning!
>
> I should be back in the office around 10 or shortly thereafter if you are still available for training?
>
> Thank you,
>
> Cullen Schmitz
>
> Get Outlook for iOS
> --
> Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**ATTENTION:** This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ██████████████████ and then delete it from your inbox.

**From:**     Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**     Wednesday, November 6, 2019 9:31 AM
**To:**       Cullen Schmitz
**Subject:**  Re:

Yes, I am on my way to you. What is your phone number so I can call you when I arrive?

On Wed, Nov 6, 2019 at 09:30 Cullen Schmitz <42774@lapd.online> wrote:

Good morning!

I should be back in the office around 10 or shortly thereafter if you are still available for training?

Thank you,

Cullen Schmitz

Get Outlook for iOS

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**ATTENTION:** This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ███████████████████ and then delete it from your inbox.

**From:** Cullen Schmitz
**Sent:** Wednesday, November 6, 2019 9:30 AM
**To:** yulias@voyagerlabs.co

Good morning!

I should be back in the office around 10 or shortly thereafter if you are still available for training?

Thank you,

Cullen Schmitz

Get Outlook for iOS

| | |
|---|---|
| **From:** | Andrea Acosta |
| **Sent:** | Tuesday, November 5, 2019 7:32 AM |
| **To:** | Yulia Shvetsova |
| **Subject:** | RE: Voyager Application |

Good morning Yulia,

Thank you for checking in. Along with being on vacation for a couple weeks, I haven't really received any data/requests to run any subjects through the system. I will follow up with Christina, but thank you again for checking in.

Andrea

Andrea De La Merced, CCIA
Crime & Intelligence Analyst II
Los Angeles Police Department
Harbor Division
Direct Line: ▮▮▮▮▮▮▮▮▮
Email: N5967@lapd.online

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, November 04, 2019 2:55 PM
**To:** Christina Ledesma <41115@lapd.online>
**Cc:** Andrea Acosta <N5967@lapd.online>
**Subject:** Re: Voyager Application

Hi Christina and Andrea,

I wanted to check in and see how Voyager was going for you - I noticed since our demo, you hadn't really found much value in using the system. Is there anything I can help with/explain better, or has there been no reason to run anyone through the system since? Just making sure I am helping in any way I can! I am also available to come down and work on investigations with you if that would be preferable.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Sep 23, 2019 at 12:44 PM Christina Ledesma <41115@lapd.online> wrote:

Hello,
First of all thank you very much for the help! I will be the point of contact as well as Andrea De La Merced who is our Harbor Division Crime & Intelligence Analyst II.  I can be reach at my cell phone at ███████████.


Police Officer Christina Ledesma
Los Angeles Police Department
Harbor Division
██████████

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ████████████████████ and delete it from your Inbox.

Exhibit 5, Page 182

| | |
|---|---|
| **From:** | Edward Dorroh |
| **Sent:** | Tuesday, November 5, 2019 6:27 AM |
| **To:** | Yulia Shvetsova |
| **Subject:** | RE: Voyager Check-In |

Thank you Yulia, however I have been trying to catch up on my reports in between other tasking and have not had need for Voyager as of late. ███████
██████████████████████████████

It's just a case of bad timing.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, November 4, 2019 2:59 PM
**Subject:** Voyager Check-In

Hello,

I wanted to check in and see how you were doing with the Voyager platform. Do you have any questions I can answer? I'm also available to come and sit desk-side to help with any investigation analysis you may want assistance with.

Thanks!


Best,




**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to █████████████████ and delete it from your Inbox.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, November 4, 2019 3:36 PM
**To:** Thorsten Timmermans
**Subject:** Re: Voyager Meetup

Have a great, much needed rest!

On Mon, Nov 4, 2019 at 15:34 Thorsten Timmermans <37459@lapd.online> wrote:

Good evening Yulia.  Sadly I'm off ███████ in the morning.  Vacation.  Will reach out once back

Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, November 4, 2019 2:55:33 PM
**To:** Thorsten Timmermans <37459@lapd.online>
**Subject:** Voyager Meetup

Hey T!

Do you need me this week? I can come Wed-Fri.


Best,




**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ████████████████ and delete it from your Inbox.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ████████████████ and delete it from your Inbox.

| | |
|---|---|
| **From:** | Thorsten Timmermans |
| **Sent:** | Monday, November 4, 2019 3:35 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager Meetup |

Good evening Yulia.  Sadly I'm off ███████ in the morning.  Vacation.  Will reach out once back

Get [Outlook for Android](#)

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, November 4, 2019 2:55:33 PM
**To:** Thorsten Timmermans <37459@lapd.online>
**Subject:** Voyager Meetup

Hey T!

Do you need me this week? I can come Wed-Fri.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ████████████████████ and delete it from your Inbox.

**From:** Cullen Schmitz
**Sent:** Monday, November 4, 2019 3:24 PM
**To:** Yulia Shvetsova
**Subject:** Re: Voyager Training

Thank you, I appreciate you working with me here. We can check back in tomorrow, but 10am should be fine.

Cullen

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, November 4, 2019 3:20 PM
**To:** Cullen Schmitz <42774@lapd.online>
**Subject:** Re: Voyager Training

Sure! I put in a calendar invite for 10am as a placeholder, will check with you tomorrow if that time works (I know things come up last minute).

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Nov 4, 2019 at 3:10 PM Cullen Schmitz <42774@lapd.online> wrote:
  Good afternoon,

If you have availability on this Wednesday the 6th, I'd really appreciate the training. Please let me know if that date will work with you. Thank you!

Cullen Schmitz

Get Outlook for iOS

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, November 4, 2019 3:03:44 PM
**To:** Cullen Schmitz <42774@lapd.online>
**Subject:** Voyager Training

Hi Cullen,

Reaching back out to see if you have time this week to do a brief Voyager Demo and get you up and running on the system.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 █████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.
Please forward any suspicious email to █████████████████ and delete it from your Inbox.
ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.
Please forward any suspicious email to █████████████████ and delete it from your Inbox.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Monday, November 4, 2019 3:21 PM |
| **To:** | Cullen Schmitz |
| **Subject:** | Re: Voyager Training |

Sure! I put in a calendar invite for 10am as a placeholder, will check with you tomorrow if that time works (I know things come up last minute).


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Mon, Nov 4, 2019 at 3:10 PM Cullen Schmitz <42774@lapd.online> wrote:

Good afternoon,

If you have availability on this Wednesday the 6th, I'd really appreciate the training. Please let me know if that date will work with you. Thank you!

Cullen Schmitz

Get Outlook for iOS

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, November 4, 2019 3:03:44 PM
**To:** Cullen Schmitz <42774@lapd.online>
**Subject:** Voyager Training

Hi Cullen,

Reaching back out to see if you have time this week to do a brief Voyager Demo and get you up and running on the system.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ████████████ and delete it from your Inbox.

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ████████████ and delete it from your Inbox.

Exhibit 5, Page 192

**From:**
**Sent:** Monday, November 4, 2019 3:16 PM
**To:** Yulia Shvetsova
**Subject:** Re: Checking in w/Voyager

Hi Yulia,

Thanks, I'm still out. Haven't touched any work (███████████). Thank you though!

████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>

**Sent:** Monday, November 4, 2019 2:51:47 PM

**To:** ██████████ <██████████████>

**Subject:** Checking in w/Voyager

Hey █████,

Just checking in with you to see if you needed any help with you being out - let me know if I can run anything for you, or come in to help with any investigations.

████████████████

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and delete it from your Inbox.

**From:** Cullen Schmitz
**Sent:** Monday, November 4, 2019 3:11 PM
**To:** Yulia Shvetsova
**Subject:** Re: Voyager Training

Good afternoon,

If you have availability on this Wednesday the 6th, I'd really appreciate the training. Please let me know if that date will work with you. Thank you!

Cullen Schmitz

Get Outlook for iOS

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, November 4, 2019 3:03:44 PM
**To:** Cullen Schmitz <42774@lapd.online>
**Subject:** Voyager Training

Hi Cullen,

Reaching back out to see if you have time this week to do a brief Voyager Demo and get you up and running on the system.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ███████████████████ and delete it from your Inbox.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Monday, November 4, 2019 3:04 PM |
| **To:** | Cullen Schmitz |
| **Subject:** | Voyager Training |

Hi Cullen,

Reaching back out to see if you have time this week to do a brief Voyager Demo and get you up and running on the system.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ██████████████████ and delete it from your Inbox.

**From:**  Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**  Monday, November 4, 2019 3:03 PM
**To:**  Jodie McGee;Eldin Stupar
**Subject:**  Voyager Analytics

Hi Pam and Eldin,

My name is Yulia - I'm an intel analyst and the designated trainer from Voyager Analytics - the social media analytics platform that is currently on trial. It has been brought to my attention that you had initially been involved with this trial, but never got training or login credentials for the system. May I inquire as to how/why that happened please? If you are still interested and have the time, I'm available this week or next to catch you up and get you started!

Please let me know! Have a great week.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ████████████████████ and delete it from your Inbox.

Exhibit 5, Page 198

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Monday, November 4, 2019 2:59 PM |
| **Subject:** | Voyager Check-In |

Hello,

I wanted to check in and see how you were doing with the Voyager platform. Do you have any questions I can answer? I'm also available to come and sit desk-side to help with any investigation analysis you may want assistance with.

Thanks!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ████████████████ and delete it from your Inbox.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Monday, November 4, 2019 2:56 PM |
| **To:** | Thorsten Timmermans |
| **Subject:** | Voyager Meetup |

Hey T!

Do you need me this week? I can come Wed-Fri.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ██████████████████ and delete it from your Inbox.

Exhibit 5, Page 200

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Monday, November 4, 2019 2:55 PM |
| **To:** | Christina Ledesma |
| **Cc:** | Andrea Acosta |
| **Subject:** | Re: Voyager Application |

Hi Christina and Andrea,

I wanted to check in and see how Voyager was going for you - I noticed since our demo, you hadn't really found much value in using the system. Is there anything I can help with/explain better, or has there been no reason to run anyone through the system since? Just making sure I am helping in any way I can! I am also available to come down and work on investigations with you if that would be preferable.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Sep 23, 2019 at 12:44 PM Christina Ledesma <41115@lapd.online> wrote:
> Hello,
> First of all thank you very much for the help! I will be the point of contact as well as Andrea De La Merced who is our Harbor Division Crime & Intelligence Analyst II.  I can be reach at my cell phone at ▮▮▮▮▮▮▮▮▮.
>
>
> Police Officer Christina Ledesma
> Los Angeles Police Department
> Harbor Division

Exhibit 5, Page 201

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ███████████████ and delete it from your Inbox.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Monday, November 4, 2019 2:52 PM |
| **To:** | ████████ |
| **Subject:** | Checking in w/Voyager |

Hey ██████,

Just checking in with you to see if you needed any help with you being out - let me know if I can run anything for you, or come in to help with any investigations.

████████████████████████

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ████████████████████ and delete it from your Inbox.

Exhibit 5, Page 203

**From:** Arnold Suzukamo
**Sent:** Monday, November 4, 2019 2:30 AM
**To:** Scott McAndrews;Yulia Shvetsova
**Subject:** Re: Follow-up on conversation with Chief Moore and next steps for Wildfire...

Their conversation was passed downward w/o context.

Sent from my Sprint Samsung Galaxy S8.

-------- Original message --------
From: Scott McAndrews <scottm@voyagerlabs.co>
Date: 11/1/19 20:07 (GMT-03:00)
To: Arnold Suzukamo <n1103@lapd.online>, Yulia Shvetsova <yulias@voyagerlabs.co>
Subject: Fwd: Follow-up on conversation with Chief Moore and next steps for Wildfire...

I will let him know.

However and to be upfront, I guess I am a little confused. I was told it was a pleasant conversation and that nothing was pressed. A 3rd party happened to be at that conversation and confirmed the same message. Also, the conversation that happened was organically driven and due to them running into each other at the MCCA Cocktail hour (i.e. not a forced conversation)

So obviously this is concerning and I am curious to know what happened (if you can elaborate)?

Thanks and have a good one!

---------- Forwarded message ---------
From: **Arnold Suzukamo** <n1103@lapd.online>
Date: Fri, Nov 1, 2019 at 6:42 PM
Subject: Re: Follow-up on conversation with Chief Moore and next steps for Wildfire...
To: Scott McAndrews <scottm@voyagerlabs.co>, Yulia Shvetsova <yulias@voyagerlabs.co>

Scott,
Amit is pressing the Chief which has now caused a chain reaction.
Please have Amit stand down until you can get us the document that outlines what differentiates your two products.  Ask him to contact Capt Ramos, and let him know that we will coordinate this

Exhibit 5, Page 204

discussion after we've had time to properly review your document.  I'm back 11/13.


Sent from my Sprint Samsung Galaxy S8.


-------- Original message --------
From: Scott McAndrews <scottm@voyagerlabs.co>
Date: 10/25/19 17:02 (GMT-03:00)
To: Arnold Suzukamo <n1103@lapd.online>, Yulia Shvetsova <yulias@voyagerlabs.co>
Subject: Follow-up on conversation with Chief Moore and next steps for Wildfire...

Arnold,

I haven't forgotten about your request for the comparison.

With that being said, I just wanted to let you know that Chief Moore met up with Amit, our EVP, a few times while he was out at the MCCA Conference this week.  In their discussions, they went over several things, including the Wildfire situation. Chief Moore advised Amit to discuss with Cmr. McMahon ASAP the feedback from the overall discussion. He also wanted us to help finalize the pricing packages, which we are working on next week with ████/Rebecca. Amit is reaching out to Cmr. McMahon to get this finalized for the chief.

We both were wondering if we could have a quick call with you early call next week to debrief on that conversation and the latest discussions surrounding Wildfire? We obviously wanted to make sure you were kept in the loop and also give you some of the other feedback. Just let me know if you have a few minutes early next week and I will schedule a time to chat?

PS - The Chief/Amit both praised you for all your hard work on this and I really do appreciate your help on this whole process as well. Thanks again and have a great weekend!

Best Regards,



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ███████████████████ and delete it from your Inbox.

| | |
|---|---|
| **From:** | Arnold Suzukamo |
| **Sent:** | Friday, November 1, 2019 7:20 PM |
| **To:** | Scott McAndrews;Yulia Shvetsova |
| **Subject:** | Re: Follow-up on conversation with Chief Moore and next steps for Wildfire... |

Their conversation was passed downward w/o context.

Sent from my Sprint Samsung Galaxy S8.

-------- Original message --------
From: Scott McAndrews <scottm@voyagerlabs.co>
Date: 11/1/19 20:07 (GMT-03:00)
To: Arnold Suzukamo <n1103@lapd.online>, Yulia Shvetsova <yulias@voyagerlabs.co>
Subject: Fwd: Follow-up on conversation with Chief Moore and next steps for Wildfire...

I will let him know.

However and to be upfront, I guess I am a little confused. I was told it was a pleasant conversation and that nothing was pressed. A 3rd party happened to be at that conversation and confirmed the same message. Also, the conversation that happened was organically driven and due to them running into each other at the MCCA Cocktail hour (i.e. not a forced conversation)

So obviously this is concerning and I am curious to know what happened (if you can elaborate)?

Thanks and have a good one!

---------- Forwarded message ---------
From: **Arnold Suzukamo** <n1103@lapd.online>
Date: Fri, Nov 1, 2019 at 6:42 PM
Subject: Re: Follow-up on conversation with Chief Moore and next steps for Wildfire...
To: Scott McAndrews < scottm@voyagerlabs.co>, Yulia Shvetsova < yulias@voyagerlabs.co>

Scott,
Amit is pressing the Chief which has now caused a chain reaction.
Please have Amit stand down until you can get us the document that outlines what differentiates your two products.  Ask him to contact Capt Ramos, and let him know that we will coordinate this

Exhibit 5, Page 207

discussion after we've had time to properly review your document.  I'm back 11/13.


Sent from my Sprint Samsung Galaxy S8.


-------- Original message --------
From: Scott McAndrews <scottm@voyagerlabs.co>
Date: 10/25/19 17:02 (GMT-03:00)
To: Arnold Suzukamo <n1103@lapd.online>, Yulia Shvetsova <yulias@voyagerlabs.co>
Subject: Follow-up on conversation with Chief Moore and next steps for Wildfire...

Arnold,

I haven't forgotten about your request for the comparison.

With that being said, I just wanted to let you know that Chief Moore met up with Amit, our EVP, a few times while he was out at the MCCA Conference this week.  In their discussions, they went over several things, including the Wildfire situation. Chief Moore advised Amit to discuss with Cmr. McMahon ASAP the feedback from the overall discussion. He also wanted us to help finalize the pricing packages, which we are working on next week with █████/Rebecca. Amit is reaching out to Cmr. McMahon to get this finalized for the chief.

We both were wondering if we could have a quick call with you early call next week to debrief on that conversation and the latest discussions surrounding Wildfire? We obviously wanted to make sure you were kept in the loop and also give you some of the other feedback. Just let me know if you have a few minutes early next week and I will schedule a time to chat?

PS - The Chief/Amit both praised you for all your hard work on this and I really do appreciate your help on this whole process as well. Thanks again and have a great weekend!

Best Regards,



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ███████████████████ and delete it from your Inbox.

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Friday, November 1, 2019 4:07 PM |
| **To:** | Arnold Suzukamo;Yulia Shvetsova |
| **Subject:** | Fwd: Follow-up on conversation with Chief Moore and next steps for Wildfire... |

I will let him know.

However and to be upfront, I guess I am a little confused. I was told it was a pleasant conversation and that nothing was pressed. A 3rd party happened to be at that conversation and confirmed the same message. Also, the conversation that happened was organically driven and due to them running into each other at the MCCA Cocktail hour (i.e. not a forced conversation)

So obviously this is concerning and I am curious to know what happened (if you can elaborate)?

Thanks and have a good one!

---------- Forwarded message ---------
From: **Arnold Suzukamo** <n1103@lapd.online>
Date: Fri, Nov 1, 2019 at 6:42 PM
Subject: Re: Follow-up on conversation with Chief Moore and next steps for Wildfire...
To: Scott McAndrews <scottm@voyagerlabs.co>, Yulia Shvetsova <yulias@voyagerlabs.co>


Scott,
Amit is pressing the Chief which has now caused a chain reaction.
Please have Amit stand down until you can get us the document that outlines what differentiates your two products.  Ask him to contact Capt Ramos, and let him know that we will coordinate this discussion after we've had time to properly review your document.  I'm back 11/13.



Sent from my Sprint Samsung Galaxy S8.


-------- Original message --------
From: Scott McAndrews <scottm@voyagerlabs.co>
Date: 10/25/19 17:02 (GMT-03:00)
To: Arnold Suzukamo <n1103@lapd.online>, Yulia Shvetsova <yulias@voyagerlabs.co>
Subject: Follow-up on conversation with Chief Moore and next steps for Wildfire...

Arnold,

I haven't forgotten about your request for the comparison.

With that being said, I just wanted to let you know that Chief Moore met up with Amit, our EVP, a few times while he was out at the MCCA Conference this week.  In their discussions, they went over several things, including the Wildfire situation. Chief Moore advised Amit to discuss with Cmr. McMahon ASAP the feedback from the overall discussion. He also wanted us to help finalize the pricing packages, which we are working on next week with █████/Rebecca. Amit is reaching out to Cmr. McMahon to get this finalized for the chief.

We both were wondering if we could have a quick call with you early call next week to debrief on that conversation and the latest discussions surrounding Wildfire? We obviously wanted to make sure you were kept in the loop and also give you some of the other feedback. Just let me know if you have a few minutes early next week and I will schedule a time to chat?

PS - The Chief/Amit both praised you for all your hard work on this and I really do appreciate your help on this whole process as well. Thanks again and have a great weekend!

Best Regards,



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ███████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ████████████████ and delete it from your Inbox.

**From:** Arnold Suzukamo
**Sent:** Friday, November 1, 2019 3:43 PM
**To:** Scott McAndrews;Yulia Shvetsova
**Subject:** Re: Follow-up on conversation with Chief Moore and next steps for Wildfire...

Scott,

Amit is pressing the Chief which has now caused a chain reaction.

Please have Amit stand down until you can get us the document that outlines what differentiates your two products.  Ask him to contact Capt Ramos, and let him know that we will coordinate this discussion after we've had time to properly review your document.  I'm back 11/13.

Sent from my Sprint Samsung Galaxy S8.

-------- Original message --------
From: Scott McAndrews <scottm@voyagerlabs.co>
Date: 10/25/19 17:02 (GMT-03:00)
To: Arnold Suzukamo <n1103@lapd.online>, Yulia Shvetsova <yulias@voyagerlabs.co>
Subject: Follow-up on conversation with Chief Moore and next steps for Wildfire...

Arnold,

I haven't forgotten about your request for the comparison.

With that being said, I just wanted to let you know that Chief Moore met up with Amit, our EVP, a few times while he was out at the MCCA Conference this week.  In their discussions, they went over several things, including the Wildfire situation. Chief Moore advised Amit to discuss with Cmr. McMahon ASAP the feedback from the overall discussion. He also wanted us to help finalize the pricing packages, which we are working on next week with ████/Rebecca. Amit is reaching out to Cmr. McMahon to get this finalized for the chief.

We both were wondering if we could have a quick call with you early call next week to debrief on that conversation and the latest discussions surrounding Wildfire? We obviously wanted to make sure you were kept in the loop and also give you some of the other feedback. Just let me know if you have a few minutes early next week and I will schedule a time to chat?

PS - The Chief/Amit both praised you for all your hard work on this and I really do appreciate your help on this whole process as well. Thanks again and have a great weekend!

Best Regards,



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ▮▮▮▮▮▮▮▮

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Friday, November 1, 2019 12:15 PM
**To:** ▇▇▇▇▇▇▇
**Cc:** Rebecca Nagy;Yulia Shvetsova
**Subject:** Re: Do you all have 15- 20 mins to chat at 10:30 PST or 1 PM PST today?

Thanks and talk to you then. We will have chicken soup for you :)



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ▇▇▇▇▇▇▇

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

On Fri, Nov 1, 2019 at 3:09 PM ▇▇▇▇▇▇ <▇▇▇▇▇▇▇▇> wrote:

I'm free at 1pm PST and will dial in.

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Friday, November 1, 2019 10:05:47 AM
**To:** Rebecca Nagy <n4309@lapd.online>; ▇▇▇▇▇▇ <▇▇▇▇▇▇▇▇>
**Cc:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:** Do you all have 15- 20 mins to chat at 10:30 PST or 1 PM PST today?

Hey guys,

If so, I will send a calendar invite. Again, I want to update you on the last week and some discussions with the Chief and some very important feedback that concerns you all. We have been tasked with receiving 2 different proposals for the LAPD.

PS - ███████████████ ██████, however I at least want you to hear the information and since the timing is important.

**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ███████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ██████████████████ and delete it from your Inbox.

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ██████████████████ and delete it from your Inbox.

**From:** ███████

**Sent:** Friday, November 1, 2019 12:09 PM

**To:** Scott McAndrews;Rebecca Nagy

**Cc:** Yulia Shvetsova

**Subject:** Re: Do you all have 15- 20 mins to chat at 10:30 PST or 1 PM PST today?

I'm free at 1pm PST and will dial in.

---

**From:** Scott McAndrews <scottm@voyagerlabs.co>

**Sent:** Friday, November 1, 2019 10:05:47 AM

**To:** Rebecca Nagy <n4309@lapd.online>; ███████ <███████████>

**Cc:** Yulia Shvetsova <yulias@voyagerlabs.co>

**Subject:** Do you all have 15- 20 mins to chat at 10:30 PST or 1 PM PST today?

Hey guys,

If so, I will send a calendar invite. Again, I want to update you on the last week and some discussions with the Chief and some very important feedback that concerns you all. We have been tasked with receiving 2 different proposals for the LAPD.

PS - ███████████████ ██████, however I at least want you to hear the information and since the timing is important.



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ██████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ███████████████████████ and delete it from your Inbox.

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Friday, November 1, 2019 10:06 AM |
| **To:** | Rebecca Nagy; ████████ |
| **Cc:** | Yulia Shvetsova |
| **Subject:** | Do you all have 15- 20 mins to chat at 10:30 PST or 1 PM PST today? |

Hey guys,

If so, I will send a calendar invite. Again, I want to update you on the last week and some discussions with the Chief and some very important feedback that concerns you all. We have been tasked with receiving 2 different proposals for the LAPD.

PS - █████████████████ ██████, however I at least want you to hear the information and since the timing is important.



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ████████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ████████████████████ and delete it from your Inbox.

| | |
|---|---|
| **From:** | Amit Gavish <amitg@voyagerlabs.co> |
| **Sent:** | Thursday, October 31, 2019 9:07 AM |
| **To:** | John McMahon |
| **Cc:** | Steven Ramos;Scott McAndrews;Paul Joyal |
| **Subject:** | RE: Voyager Labs |

John,

Just circling back on the below to see what is your availability to discuss the IBM Wildfire integration questions you guys had?

I should be available tomorrow and Mon next week.

Regards,


**Amit Gavish**
**Executive Vice President- Americas**
**M**: +1 ███████████
**O**: + 1 212.404.2402
amitg@voyagerlabs.co
www.voyagerlabs.co


**From:** Amit Gavish <amitg@voyagerlabs.co>
**Sent:** Monday, 28 October 2019 8:42
**To:** 26681@lapd.online
**Cc:** 34666@lapd.online; Scott McAndrews <scottm@voyagerlabs.co>; Paul Joyal <pjoyal@nationalstrategies.com>
**Subject:** Voyager Labs

John,

Hope my email finds you well!
Per previous emails, I recommend we jump on a quick call later this week to discuss the IBM/Voyager relations.

We had a very productive discussion with Chief Moore and I believe Scott McAndrews (CC'd) had (or will have) a chance to connect with Cpt. Ramos at the IACP event?

Exhibit 5, Page 219

From our end, Scott McAndrews is running point on all aspects of the conversation. I am intimately involved as well, to ensure we support LAPD in the best possible way.

John/Steven- it's another opportunity to thank you and the teams for supporting the pilot thus far. It is a true pleasure working and assisting the department.

**Amit Gavish**
**Executive Vice President – Americas**
**M: +1** ██████████
**O: +1 212.404.2402**
**amitg@voyagerlabs.co**
**www.voyagerlabs.co**

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ████████████████ and delete it from your Inbox.

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Wednesday, October 30, 2019 7:44 PM |
| **To:** | ██████████ |
| **Cc:** | Rebecca Nagy |
| **Subject:** | Re: Need to connect with you both sooner rather than later |

██████,

So sorry to hear this.... ███████████████████████ If/when we get this setup, I do want you to hear the background chatter , as it will be important for both of you. Rebecca, let me know a good time for you.

██████, ████████████████████████████████!!!

**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ██████████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

On Wed, Oct 30, 2019 at 10:22 PM ██████████ <████████████████> wrote:

Hi Scott,

████████████████████████████████████████ However, I support Voyager. Let me know if there's anything else I can do from afar, and I'll see if I can. I can probably jump on a call this Fri. ████████████████████████

Best,

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Wednesday, October 30, 2019 5:22 PM
**To:** Rebecca Nagy; ████████████
**Subject:** Need to connect with you both sooner rather than later

I need to finalize the final packages for Voyager and get this feedback/pricing to your Chief/Cmr. McMahon by early next week. █████, ████████████████ ████████████████ however you are back in the office. I also was at IACP until yesterday. Do you all have 20 minutes to do a call with myself/Yulia?

I also want to update you both on a few items/situations that have taken place and that you should be aware of as we finalize everything.

Do you have time Friday to chat? Thanks and I hope both of you are well.

**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M:** +1 ████████████

**O:** + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ████████████████ and delete it from your Inbox.

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ████████████████████ and delete it from your Inbox.

| | |
|---|---|
| **From:** | Rebecca Nagy |
| **Sent:** | Wednesday, October 30, 2019 7:31 PM |
| **To:** | ██████ Scott McAndrews |
| **Subject:** | Re: Need to connect with you both sooner rather than later |

Hi

I am good for Friday.


Rebecca



Sent from my T-Mobile 4G LTE Device



-------- Original message --------

From: ████████ <████████████>

Date: 10/30/19 7:22 PM (GMT-08:00)

To: Scott McAndrews <scottm@voyagerlabs.co>, Rebecca Nagy <n4309@lapd.online>

Subject: Re: Need to connect with you both sooner rather than later



Hi Scott,


████████████████████████████████████████████ However, I support Voyager. Let me

know if there's anything else I can do from afar, and I'll see if I can. I can probably jump on a call this Fri. ████████

████████████████


Best,

███

---

**From:** Scott McAndrews <scottm@voyagerlabs.co>

**Sent:** Wednesday, October 30, 2019 5:22 PM

**To:** Rebecca Nagy; ███████

**Subject:** Need to connect with you both sooner rather than later

I need to finalize the final packages for Voyager and get this feedback/pricing to your Chief/Cmr. McMahon by early next week. ██████, ██████████ ████████████████████ however you are back in the office. I also was at IACP until yesterday. Do you all have 20 minutes to do a call with myself/Yulia?

I also want to update you both on a few items/situations that have taken place and that you should be aware of as we finalize everything.

Do you have time Friday to chat? Thanks and I hope both of you are well.



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M:** +1 ████████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to █████████████████████ and delete it from your Inbox.

**From:**
**Sent:**                    Wednesday, October 30, 2019 7:23 PM
**To:**                      Scott McAndrews;Rebecca Nagy
**Subject:**                 Re: Need to connect with you both sooner rather than later

Hi Scott,

█████████████████████████████████████████████████████████████████ However, I support Voyager. Let me know if there's anything else I can do from afar, and I'll see if I can. I can probably jump on a call this Fri. ████████████████████████████ ██████████████████

Best,

██████

---

**From:** Scott McAndrews <scottm@voyagerlabs.co>

**Sent:** Wednesday, October 30, 2019 5:22 PM

**To:** Rebecca Nagy; ████████████████

**Subject:** Need to connect with you both sooner rather than later

I need to finalize the final packages for Voyager and get this feedback/pricing to your Chief/Cmr. McMahon by early next week. ███████, ████████████████ █████████████████████ however you are back in the office. I also was at IACP until yesterday. Do you all have 20 minutes to do a call with myself/Yulia?

I also want to update you both on a few items/situations that have taken place and that you should be aware of as we finalize everything.

Do you have time Friday to chat? Thanks and I hope both of you are well.



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ▉▉▉▉▉▉▉

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ▉▉▉▉▉▉▉▉▉▉▉▉ and delete it from your Inbox.

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Wednesday, October 30, 2019 5:22 PM |
| **To:** | Rebecca Nagy;█████████ |
| **Subject:** | Need to connect with you both sooner rather than later |

I need to finalize the final packages for Voyager and get this feedback/pricing to your Chief/Cmr. McMahon by early next week. ██████, ████████████████████████ however you are back in the office. I also was at IACP until yesterday. Do you all have 20 minutes to do a call with myself/Yulia?

I also want to update you both on a few items/situations that have taken place and that you should be aware of as we finalize everything.

Do you have time Friday to chat? Thanks and I hope both of you are well.



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ██████████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ███████████████████ and delete it from your Inbox.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, October 30, 2019 7:07 AM |
| **To:** | Edward Dorroh |

Meeting ID

███████████████████

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.
ATTENTION: This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender. Please forward any suspicious email to ████████████████████ and delete it from your Inbox.

**From:** Edward Dorroh
**Sent:** Tuesday, October 29, 2019 5:18 PM
**To:** Yulia Shvetsova
**Subject:** Re: Checking in re:tomorrow

Should still be okay unless I'm held up by a fire again.

Ed

Det. Ed Dorroh #33227
LAPD MCD CCS
Main: 213-486-7260
Cell: ███████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, October 29, 2019 4:16:09 PM
**To:** Edward Dorroh <33227@lapd.online>
**Subject:** Checking in re:tomorrow

Hey Ed,

Just wanted to check in and see if a 7am call re: darkweb inclusion into Voyager still works for you! Thanks!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended

recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**ATTENTION**

This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ███████████████ and then delete it from your Inbox.

,

---



## HTML Disclaimer Title

This message contains confidential information and is intended only for the individual(s) addressed in the message. If you aren't the named addressee, you should not disseminate, distribute, or copy this e-mail. If you aren't the intended recipient, you aren'tified that disclosing, distributing, or copying this e-mail is strictly prohibited.

**Fabrikam, Inc.**

---

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Tuesday, October 29, 2019 4:16 PM |
| **To:** | Edward Dorroh |
| **Subject:** | Checking in re:tomorrow |

Hey Ed,

Just wanted to check in and see if a 7am call re: darkweb inclusion into Voyager still works for you! Thanks!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.
**ATTENTION**

This email originated outside of LAPD. Please use caution when clicking on hyperlinks or opening attachments if you are unfamiliar with the sender.

Please forward any suspicious email to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and then delete it from your Inbox.

,



## HTML Disclaimer Title

This message contains confidential information and is intended only for the individual(s) addressed in the message. If you aren't the named addressee, you should not disseminate, distribute, or copy this e-mail. If you aren't the intended recipient, you aren'tified that disclosing, distributing, or copying this e-mail is strictly prohibited.

**Fabrikam, Inc.**

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, October 28, 2019 9:13 AM
**To:** Rebecca Nagy
**Cc:** ▮▮▮▮▮▮▮
**Subject:** Re: Harbor Division Folder

Hi all,

Circling back to this - wanted to let you know that we added the missing languages from your list to the Voyager system capabilities. The two languages that were missing from Rebecca's list were Armenian and Filipino, which are now available for your use.
Thanks and have a great week!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co



This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Wed, Sep 25, 2019 at 12:35 PM Rebecca Nagy <n4309@lapd.online> wrote:
Hello! Happy you are helping Harbor... It is my home away from home.
I am pretty sure all the others were in there
Korean Chinese Vietnamese Japanese Hebrew Bangladesh Thai Filipino Croatian


Rebecca Nagy, CCIA

Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
██████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 12:05 PM
**To:** Rebecca Nagy <n4309@lapd.online>; ████████ <████████████>
**Subject:** Harbor Division Folder

Hi Rebecca and ██████,

I'm meeting with Christina and Andrea today to train on Voyager. They have accounts and are in the "Harbor" folder. You guys also have access to this folder.

Also, @Rebecca Nagy you mentioned you'd like to include Armenian in the search/translate language capabilities. We are working on adding that now, but wanted to know if you wanted any other languages.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Amit Gavish <amitg@voyagerlabs.co>
**Sent:** Monday, October 28, 2019 5:42 AM
**To:** John McMahon
**Cc:** Steven Ramos;Scott McAndrews;Paul Joyal
**Subject:** Voyager Labs

John,

Hope my email finds you well!
Per previous emails, I recommend we jump on a quick call later this week to discuss the IBM/Voyager relations.

We had a very productive discussion with Chief Moore and I believe Scott McAndrews (CC'd) had (or will have) a chance to connect with Cpt. Ramos at the IACP event?

From our end, Scott McAndrews is running point on all aspects of the conversation. I am intimately involved as well, to ensure we support LAPD in the best possible way.

John/Steven- it's another opportunity to thank you and the teams for supporting the pilot thus far. It is a true pleasure working and assisting the department.


**Amit Gavish**
**Executive Vice President – Americas**
**M: +1 ▮▮▮▮▮▮▮▮▮▮**
**O: +1 212.404.2402**
**amitg@voyagerlabs.co**
**www.voyagerlabs.co**

Exhibit 5, Page 237

| From: | Scott McAndrews <scottm@voyagerlabs.co> |
|---|---|
| Sent: | Friday, October 25, 2019 1:02 PM |
| To: | Arnold Suzukamo;Yulia Shvetsova |
| Subject: | Follow-up on conversation with Chief Moore and next steps for Wildfire... |

Arnold,

I haven't forgotten about your request for the comparison.

With that being said, I just wanted to let you know that Chief Moore met up with Amit, our EVP, a few times while he was out at the MCCA Conference this week.  In their discussions, they went over several things, including the Wildfire situation. Chief Moore advised Amit to discuss with Cmr. McMahon ASAP the feedback from the overall discussion. He also wanted us to help finalize the pricing packages, which we are working on next week with ████/Rebecca. Amit is reaching out to Cmr. McMahon to get this finalized for the chief.

We both were wondering if we could have a quick call with you early call next week to debrief on that conversation and the latest discussions surrounding Wildfire? We obviously wanted to make sure you were kept in the loop and also give you some of the other feedback. Just let me know if you have a few minutes early next week and I will schedule a time to chat?

PS - The Chief/Amit both praised you for all your hard work on this and I really do appreciate your help on this whole process as well. Thanks again and have a great weekend!

Best Regards,




**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ██████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

Exhibit 5, Page 238

www.voyagerlabs.co

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Thursday, October 24, 2019 11:47 AM |
| **To:** | ███████ |
| **Subject:** | Re: indefinite buffering in "Queries" |

████████████████ I'm double checking with my team exactly which warrant it was - most likely this one.

████████████████████████████████████████

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Thu, Oct 24, 2019 at 1:08 PM ██████████ <██████████████> wrote:

Hi Yulia,

██████████████████████████████ Bad times!  Do you know which warrant it was?

██████

**From:** Yulia Shvetsova <<u>yulias@voyagerlabs.co</u>>
**Sent:** Thursday, October 24, 2019 10:21:37 AM
**To:** ▉▉▉▉▉▉▉ <▉▉▉▉▉▉▉▉▉▉▉▉>
**Subject:** Re: indefinite buffering in "Queries"

Hey ▉▉▉,

Circling back to this issue - our tech team believes that this issue was caused by a buggy Instagram warrant that you may have uploaded into Voyager. If there is any way you are comfortable doing so, would you please share that PDF file with me so we can resolve and prevent this from recurring? We're not sure if they recently changed something in their warrant formats, which would impact our parsing ability, or if this was a one-off issue.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▉▉▉▉▉▉▉▉▉
<u>yulias@voyagerlabs.co</u>
<u>www.voyagerlabs.co</u>


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Thu, Oct 10, 2019 at 11:40 AM ▉▉▉▉▉▉▉ <▉▉▉▉▉▉▉▉▉▉▉> wrote:

Hi Yulia,

I'm currently experiencing indefinite/ongoing buffering in Queries (see attached). I've logged out and logged back in with the same result. Was working fine last night.

Thanks,

Exhibit 5, Page 242

**From:**
**Sent:**       Thursday, October 24, 2019 11:09 AM
**To:**         Yulia Shvetsova
**Subject:**    Re: indefinite buffering in "Queries"

Hi Yulia,

███████████████████████████████ Bad times!  Do you know which warrant it was?

███████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>

**Sent:** Thursday, October 24, 2019 10:21:37 AM

**To:** ██████████ <████████████████>

**Subject:** Re: indefinite buffering in "Queries"

Hey ██████,

Circling back to this issue - our tech team believes that this issue was caused by a buggy Instagram warrant that you may have uploaded into Voyager. If there is any way you are comfortable doing so, would you please share that PDF file with me so we can resolve and prevent this from recurring? We're not sure if they recently changed something in their warrant formats, which would impact our parsing ability, or if this was a one-off issue.

Best,

Exhibit 5, Page 243



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Thu, Oct 10, 2019 at 11:40 AM ████████ <████████████████> wrote:

Hi Yulia,

I'm currently experiencing indefinite/ongoing buffering in Queries (see attached). I've logged out and logged back in with the same result. Was working fine last night.

Thanks,

████████

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, October 24, 2019 10:22 AM
**To:** ▮▮▮▮▮▮▮
**Subject:** Re: indefinite buffering in "Queries"

Hey ▮▮▮▮,

Circling back to this issue - our tech team believes that this issue was caused by a buggy Instagram warrant that you may have uploaded into Voyager. If there is any way you are comfortable doing so, would you please share that PDF file with me so we can resolve and prevent this from recurring? We're not sure if they recently changed something in their warrant formats, which would impact our parsing ability, or if this was a one-off issue.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Thu, Oct 10, 2019 at 11:40 AM ▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮> wrote:

Hi Yulia,

I'm currently experiencing indefinite/ongoing buffering in Queries (see attached). I've logged out and logged back in with the same result. Was working fine last night.

Thanks,

Exhibit 5, Page 245

| | |
|---|---|
| **From:** | Edward Dorroh |
| **Sent:** | Thursday, October 24, 2019 4:32 AM |
| **To:** | Yulia Shvetsova;Scott McAndrews;Aviv Koren |
| **Subject:** | Re: Darkweb Discussion |

Should not be a problem. However I am only in the office Weds/Thurs next week.
Ed

Det. Ed Dorroh #33227
LAPD MCD CCS
Main: 213-486-7260
Cell: ███████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, October 23, 2019 11:29:02 AM
**To:** Edward Dorroh <33227@lapd.online>; Scott McAndrews <scottm@voyagerlabs.co>; Aviv Koren <avivk@voyagerlabs.co>
**Subject:** Darkweb Discussion

Hi Ed,

Hope all is well. We wanted to chat with you about your current Darkweb collection interests and needs - we are in process of developing ways to ingest this into Voyager and wanted to get your feedback.

Do you have time next week for a 30 minute phone call with our product manager, Aviv (on this email) and myself?


Best,




**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

Exhibit 5, Page 247

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| From: | Yulia Shvetsova <yulias@voyagerlabs.co> |
|---|---|
| Sent: | Wednesday, October 23, 2019 2:57 PM |
| To: | Rebecca Nagy |
| Subject: | Re: another suggestion |

Good call, that seems to be obviously necessary. I will pass that along.  Thanks for letting us know!
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Oct 23, 2019 at 3:48 PM Rebecca Nagy <n4309@lapd.online> wrote:
Hi when I am looking at the conversations There are photos related to some of the postings but they are not showing up when I review or export to a PDF. This makes me have to go back to the warrant and look at the picture and the email content. Is this some thing you can send to the computer people to look into.

Thanks Rebecca

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
████████████

**From:**        Rebecca Nagy
**Sent:**        Wednesday, October 23, 2019 1:49 PM
**To:**          Yulia Shvetsova
**Subject:**     another suggestion

Hi when I am looking at the conversations There are photos related to some of the postings but they are not showing up when I review or export to a PDF. This makes me have to go back to the warrant and look at the picture and the email content. Is this some thing you can send to the computer people to look into.

Thanks Rebecca

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
███████████

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, October 23, 2019 11:29 AM |
| **To:** | Edward Dorroh;Scott McAndrews;Aviv Koren |
| **Subject:** | Darkweb Discussion |

Hi Ed,

Hope all is well. We wanted to chat with you about your current Darkweb collection interests and needs - we are in process of developing ways to ingest this into Voyager and wanted to get your feedback.

Do you have time next week for a 30 minute phone call with our product manager, Aviv (on this email) and myself?


Best,




**Yulia Shvetsova**
**Intelligence Analyst**
<span style="color:blue">**M**</span>: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**       Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**       Tuesday, October 22, 2019 12:56 PM
**To:**         Rebecca Nagy
**Subject:**    Re: Question

Yup! I think currently you could do the research from the group query and then narrow down the group itself by editing it.
Not the best way, but I will add your request to our pipeline.


Best,




**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▮▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Tue, Oct 22, 2019 at 2:54 PM Rebecca Nagy <n4309@lapd.online> wrote:
Great thank you!
This would be good to figure out a workflow for future.
I can see myself using this quite a bit to narrow down who I want to do further research on first.

Rebecca

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, October 22, 2019 12:52 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Question

Not an easy way to do this currently from the internal connections screen but you had the right idea - if you create a group with all of them (114 in total), you can them select all the seeds and export these.
Please see attached.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Tue, Oct 22, 2019 at 2:39 PM Rebecca Nagy <n4309@lapd.online> wrote:
Hi I need some help
I am in the topology section under internal connections
I have identified a group/cluster color (green) I am interested in
I want to only extract the information on this group/cluster and export to a excel file
How do I do it?

Thank you

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
███████████

| | |
|---|---|
| **From:** | Rebecca Nagy |
| **Sent:** | Tuesday, October 22, 2019 12:54 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Question |

Great thank you!
This would be good to figure out a workflow for future.
I can see myself using this quite a bit to narrow down who I want to do further research on first.

Rebecca

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
████████████

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, October 22, 2019 12:52 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Question

Not an easy way to do this currently from the internal connections screen but you had the right idea - if you create a group with all of them (114 in total), you can them select all the seeds and export these.
Please see attached.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Oct 22, 2019 at 2:39 PM Rebecca Nagy <n4309@lapd.online> wrote:
  Hi I need some help
  I am in the topology section under internal connections
  I have identified a group/cluster color (green) I am interested in
  I want to only extract the information on this group/cluster and export to a excel file
  How do I do it?

  Thank you

  Rebecca Nagy, CCIA
  Crime and Intelligence Analyst II
  Major Crimes Division
  Los Angeles Police Department
  ▮▮▮▮▮▮▮▮▮▮

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Tuesday, October 22, 2019 12:52 PM |
| **To:** | Rebecca Nagy |
| **Subject:** | Re: Question |
| **Attachments:** | 114 Group Members.csv |

Not an easy way to do this currently from the internal connections screen but you had the right idea - if you create a group with all of them (114 in total), you can them select all the seeds and export these.
Please see attached.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Tue, Oct 22, 2019 at 2:39 PM Rebecca Nagy <n4309@lapd.online> wrote:
  Hi I need some help
  I am in the topology section under internal connections
  I have identified a group/cluster color (green) I am interested in
  I want to only extract the information on this group/cluster and export to a excel file
  How do I do it?

  Thank you

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
████████████

**From:** Rebecca Nagy
**Sent:** Tuesday, October 22, 2019 12:40 PM
**To:** Yulia Shvetsova
**Subject:** Question

Hi I need some help
I am in the topology section under internal connections
I have identified a group/cluster color (green) I am interested in
I want to only extract the information on this group/cluster and export to a excel file
How do I do it?

Thank you

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
███████████

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Tuesday, October 22, 2019 7:03 AM |
| **To:** | Iris Romero |
| **Subject:** | Re: Reset password |

I'll give you a call later today to make sure you are logging in correctly.
We recently changed the login procedure to allow users to log in from ANY computer, instead of having to use the work desktop stations.

**The new login procedure**:

1.  Navigate to the regular URL: [https://va-bruins.voyager-analytics.com/](https://va-bruins.voyager-analytics.com/)

2.  The first time you log in from a new device, the system will prompt you as follows:



3.  Enter these credentials (*everyone uses the same ones, the password is case sensitive*)
Username: ▮▮▮▮▮▮
Password: ▮▮▮▮▮▮▮▮▮

**Note:** Chrome will ask you if you want to save these credentials. If this is a trusted computer, you may select "**save**". If not, you will need to enter these credentials again the next time you log in.

4.  You will be redirected to the regular sign-in page:

# Welcome to VoyagerAnalytics



5.  Enter your individual username and password to access the system as usual.

Password: ████████

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Oct 21, 2019 at 5:19 PM Autumn Francois <autumn@voyagerlabs.co> wrote:
Hi Det. Romero,

I've reset your password to a temporary one: ████████

To update, please click on the icon of a person in the upper right corner of the screen. Select "Account" and follow the prompts in the "Edit Account" window that appears (see below).  Please let us know if you have any questions.

Best,
Autumn

Step 1:



Step 2:



Step 3:



**Edit Account**

VoyagerAnalyst2

Voyager Analyst2

@  voyager@voyagerlabs.co

Old Password

New Password

Password confirmation

Close    Save Changes



**Autumn Francois**
**Director, Intelligence Analysis**
M: +1 ▮▮▮▮▮▮▮▮▮
O: +1 212 404 2402
autumn@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Oct 21, 2019 at 5:34 PM Iris Romero <37658@lapd.online> wrote:

I Autumn,

How can I reset my password?

Detective Iris Romero, Serial No. 37658
South Bureau Homicide / Southeast Squad
7600 South Broadway
Los Angeles, CA 90003
██████████████

**From:** Iris Romero
**Sent:** Monday, October 21, 2019 6:07 PM
**To:** Autumn Francois
**Subject:** Re: Reset password

Thank you Autumn,

I was trying to log into my account using ██████ and the temporary password I received but it does not allow me to log on.

https://va-bruins.voyager-analytics.com/

Can you check on my user name, I am sorry, I should know this by now :(

---

**From:** Autumn Francois <autumn@voyagerlabs.co>
**Sent:** Monday, October 21, 2019 3:19 PM
**To:** Iris Romero <37658@lapd.online>
**Cc:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:** Re: Reset password

Hi Det. Romero,
I've reset your password to a temporary one: ████████
To update, please click on the icon of a person in the upper right corner of the screen. Select "Account" and follow the prompts in the "Edit Account" window that appears (see below).  Please let us know if you have any questions.

Best,
Autumn

Step 1:





**Step 2:**



**Step 3:**





**Autumn Francois**
**Director, Intelligence Analysis**
M: +1 ▮▮▮▮▮▮▮
O: +1 212 404 2402
autumn@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Oct 21, 2019 at 5:34 PM Iris Romero <37658@lapd.online> wrote:

I Autumn,

How can I reset my password?

Detective Iris Romero, Serial No. 37658
South Bureau Homicide / Southeast Squad
7600 South Broadway
Los Angeles, CA 90003
███████████████

**From:**     Autumn Francois <autumn@voyagerlabs.co>
**Sent:**     Monday, October 21, 2019 3:20 PM
**To:**       Iris Romero
**Cc:**       Yulia Shvetsova
**Subject:**  Re: Reset password

Hi Det. Romero,

I've reset your password to a temporary one: ▓▓▓▓▓▓▓

To update, please click on the icon of a person in the upper right corner of the screen. Select "Account" and follow the prompts in the "Edit Account" window that appears (see below).  Please let us know if you have any questions.

Best,
Autumn

Step 1:



Step 2:



Step 3:





**Autumn Francois**
**Director, Intelligence Analysis**
M: +1 ███████████
O: +1 212 404 2402
autumn@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Oct 21, 2019 at 5:34 PM Iris Romero <37658@lapd.online> wrote:

I Autumn,

How can I reset my password?

Detective Iris Romero, Serial No. 37658
South Bureau Homicide / Southeast Squad
7600 South Broadway
Los Angeles, CA 90003
████████████

**From:** Iris Romero
**Sent:** Monday, October 21, 2019 2:34 PM
**To:** autumn@voyagerlabs.co
**Subject:** Reset password

I Autumn,

How can I reset my password?

Detective Iris Romero, Serial No. 37658
South Bureau Homicide / Southeast Squad
7600 South Broadway
Los Angeles, CA 90003

| | |
|---|---|
| **From:** | Cullen Schmitz |
| **Sent:** | Monday, October 21, 2019 11:32 AM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager Training |

Good afternoon!

Sorry the last couple weeks have been so hectic, I'm still very much interested in the training. So whenever works best for you, I'll free up time so we can get together.

Thank you very much,

Cullen Schmitz

Get Outlook for iOS

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, October 21, 2019 7:11:14 AM
**To:** Cullen Schmitz <42774@lapd.online>
**Subject:** Voyager Training

Hey Cullen!

I haven't forgotten about our Voyager Training. I'm in Chicago for work, but when I get back, we will get together for a few hours.
Thanks for your patience!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**      Amit Gavish <amitg@voyagerlabs.co>
**Sent:**      Monday, October 21, 2019 7:14 AM
**To:**        John McMahon
**Cc:**        Paul Joyal;Michel Moore;Steven Ramos
**Subject:**   Re: Update on Voyager pilot/POC

All,

I want to echo Paul's comment below and thank everyone who supported the pilot thus far. It's been a true pleasure teaming up with LAPD.

John- I will reach out to you and coordinate a brief call about the IBM wildfire.

Chief Moore and Captain Ramos- really looking forward to seeing you later this week in Chicago.

Regards,


Amit Gavish
Executive VP - Americas
███████████


On Sat, Oct 19, 2019, 7:05 PM John McMahon <26681@lapd.online> wrote:

> Paul,
>
>
> Good for the call.  Chief Moore and Captain Ramos will be in Chicago.
>
>
> John
>
>
> **From:** Paul Joyal <pjoyal@nationalstrategies.com>
> **Date:** Saturday, October 19, 2019 at 9:59 AM
> **To:** John McMahon <26681@lapd.online>, Michel Moore <23506@lapd.online>

Exhibit 5, Page 275

**Cc:** Steven Ramos <34666@lapd.online>, Amit Gavish <amitg@voyagerlabs.co>
**Subject:** Re: Update on Voyager pilot/POC

HI John,

Thanks AGAIN for all the support received from you and your team to make the pilot a success. I was confident once we went operational the major crime analysts would acquire difference making investigative information. You have an A team in staff analytics capabilities.

I have looked into the Wildcat integration issue. First,  this technology presents only upside for you at LAPD. Secondly, integration with Voyager presents no structural prohibitions.  However I think that we should have a discussion with Amit Gavish who runs the America's office for Voyager to further explore. If you are open to this I would like to schedule a call with Amit so you have a more thorough discussion and direct access to him.

Please let me know if this is acceptable.  Will you be at MCCA/IACP? If so we can all meet there?

Respectfully,

Paul

---

**From:** John McMahon <26681@lapd.online>
**Date:** Wednesday, October 16, 2019 at 2:03 AM
**To:** Paul Joyal <pjoyal@nationalstrategies.com>, Michel Moore <23506@lapd.online>
**Cc:** Steven Ramos <34666@lapd.online>
**Subject:** Re: Update on Voyager pilot/POC

Hi Paul, please accept my apologies.  This one got past me.  I have heard nothing but good things and look forward to the formal review upon the completed pilot.  I'm also eager to learn what's come about with respect to the explored IBM Wildcat integration.


JOHN McMAHON, Commander

Commanding Officer

Information Technology Group

---

**From:** Paul Joyal <pjoyal@nationalstrategies.com>
**Sent:** Tuesday, October 15, 2019 8:12:58 PM
**To:** Michel Moore <23506@lapd.online>
**Cc:** John McMahon <26681@lapd.online>
**Subject:** Re: Update on Voyager pilot/POC


Thanks Mike

Appreciate the response and hope John has a great break. ██████████████ I just came back from a long weekend ███████████████████ Needed that.

Needless to say look forward to catching up in Chicago

Hope all is well with you and the department.

See you soon.

Best

Paul

On 10/15/19, 10:57 PM, "Michel Moore" <23506@lapd.online> wrote:

Paul

Good evening... Apologies for the delayed response.  We've had a couple issues out there that has taken my attention.

John is on a well deserved vacation so I haven't had an opportunity to talk with you and hope to prior to travel to MCC. That would be helpful to make any meeting more productive.

Mike

> On Oct 15, 2019, at 6:04 PM, Paul Joyal <pjoyal@nationalstrategies.com> wrote:
>
> Mike
>
> Did you receive this email?
>
> Will it be possible to have a conversation with Amit about this?
>
> Hope all is well
>
> Can't believe my Nat's are really rolling tonight!
>
> See you in Chicago
>
> Best
>
> Paul
>
>
> On 10/10/19, 8:59 PM, "Paul Joyal" <pjoyal@nationalstrategies.com> wrote:
>
>   Chief Moore and Commander McMahon
>
>   Greetings
>
>   I thought it would be useful to obtain some statistics and specific case use information related to the Voyager pilot.  I have attached a short report that captures relevant information for your information.
>
>

> There has been great collaboration with all elements of LAPD and Voyager is thrilled by the support received to implement the pilot. Voyager was asked to increase the daily query of search and gladly doubled the number of search queries for the users.
>
> I am sending along some preliminary details on usage, sample comments on the technology and cases relevant to the trial for your review.  This is what has been shared with Voyager and while not comprehensive it is representative of outcomes from using the technology.
>
> We are now past the half way mark on the pilot and wanted to provide this updated information for your review.
>
> Amit and I would appreciate the opportunity to discuss the pilots progress and explore potential next steps during the MCCA/IACP Chicago to ensure continuity if desired.  Again many thanks go to Commander McMahon and his team for their support in making this a flawless POC.
>
> If I can be of any other assistance please let me know.
>
> Looking forward to your response and seeing you soon in Chicago.
>
> Respectfully,
>
> Paul
>
> Paul M. Joyal
> NSI | Managing Director, Public Safety, Homeland Security, Intelligence Practice
> 1990 K Street NW  Suite 320| Washington, DC 20005
> T ▮▮▮▮▮▮▮▮ (direct) | M ▮▮▮▮▮▮▮▮
> pjoyal@nationalstrategies.com
> https://gcc01.safelinks.protection.outlook.com/?url=www.nationalstrategies.com&amp;data=02%7C01%7C26681%40lapd.online%7Ccfb0e06d80e7484d723308d751e6c0a7%7C642fd61c34dd4fd0af8d443576485883%7C0%7C0%7C637067923825265299&amp;sdata=zwTsnIwhUioHMTX4qgk%2BAAgpKWydAG4Wi8ndUnRmiuU%3D&amp;reserved=0
>
>
>
> <LAPD Bullet Points 9_18_ Final Version for Paul - Read-Only - Read-Only.pptx>

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, October 21, 2019 7:11 AM
**To:** Cullen Schmitz
**Subject:** Voyager Training

Hey Cullen!

I haven't forgotten about our Voyager Training. I'm in Chicago for work, but when I get back, we will get together for a few hours.
Thanks for your patience!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipient. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Saturday, October 19, 2019 6:53 PM |
| **To:** | Arnold Suzukamo |
| **Subject:** | Re: when did we start the trial? |

So far so good! Worked on a couple of great cold cases ▇▇▇▇▇▇▇ helped out with a double homicide ▇▇▇▇▇ etc. good progress all around.

We should get together at Boomtown soon!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Thu, Oct 17, 2019 at 4:42 PM Arnold Suzukamo <n1103@lapd.online> wrote:
thanks!!!
how're we doing?  anything noteworthy?

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, October 17, 2019 4:04 PM
**To:** Arnold Suzukamo <n1103@lapd.online>
**Subject:** Re: when did we start the trial?

Mid July, I think around the 15th?

On Thu, Oct 17, 2019 at 15:00 Arnold Suzukamo <n1103@lapd.online> wrote:
or was it august something?

---

**From:** Arnold Suzukamo
**Sent:** Thursday, October 17, 2019 2:59 PM
**To:** Yulia Shvetsova <[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)>
**Subject:** when did we start the trial?

september ??
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▮▮▮▮▮▮▮▮▮
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Paul Joyal <pjoyal@nationalstrategies.com> |
| **Sent:** | Saturday, October 19, 2019 5:23 PM |
| **To:** | John McMahon;Michel Moore |
| **Cc:** | Steven Ramos;Amit Gavish |
| **Subject:** | Re: Update on Voyager pilot/POC |

Thanks John,

Let's find times that work for you.

Best

Paul

**From:** John McMahon <26681@lapd.online>
**Date:** Saturday, October 19, 2019 at 7:05 PM
**To:** Paul Joyal <pjoyal@nationalstrategies.com>, Michel Moore <23506@lapd.online>
**Cc:** Steven Ramos <34666@lapd.online>, Amit Gavish <amitg@voyagerlabs.co>
**Subject:** Re: Update on Voyager pilot/POC

Paul,

Good for the call.  Chief Moore and Captain Ramos will be in Chicago.

John

**From:** Paul Joyal <pjoyal@nationalstrategies.com>
**Date:** Saturday, October 19, 2019 at 9:59 AM
**To:** John McMahon <26681@lapd.online>, Michel Moore <23506@lapd.online>
**Cc:** Steven Ramos <34666@lapd.online>, Amit Gavish <amitg@voyagerlabs.co>
**Subject:** Re: Update on Voyager pilot/POC

HI John,

Thanks AGAIN for all the support received from you and your team to make the pilot a success. I was confident once we went operational the major crime analysts would acquire difference making investigative information. You have an A team in staff analytics capabilities.

I have looked into the Wildcat integration issue. First, this technology presents only upside for you at LAPD. Secondly, integration with Voyager presents no structural prohibitions. However I think that we should have a discussion with Amit Gavish who runs the America's office for Voyager to further explore. If you are open to this I would like to schedule a call with Amit so you have a more thorough discussion and direct access to him.

Please let me know if this is acceptable. Will you be at MCCA/IACP? If so we can all meet there?

Respectfully,

Paul

---

**From:** John McMahon <26681@lapd.online>
**Date:** Wednesday, October 16, 2019 at 2:03 AM
**To:** Paul Joyal <pjoyal@nationalstrategies.com>, Michel Moore <23506@lapd.online>
**Cc:** Steven Ramos <34666@lapd.online>
**Subject:** Re: Update on Voyager pilot/POC

Hi Paul, please accept my apologies. This one got past me. I have heard nothing but good things and look forward to the formal review upon the completed pilot. I'm also eager to learn what's come about with respect to the explored IBM Wildcat integration.

JOHN McMAHON, Commander
Commanding Officer
Information Technology Group

---

**From:** Paul Joyal <pjoyal@nationalstrategies.com>
**Sent:** Tuesday, October 15, 2019 8:12:58 PM
**To:** Michel Moore <23506@lapd.online>
**Cc:** John McMahon <26681@lapd.online>
**Subject:** Re: Update on Voyager pilot/POC

Thanks Mike

Appreciate the response and hope John has a great break. ███████████████ I just came back from a long weekend ███████████████ Needed that.

Needless to say look forward to catching up in Chicago

Hope all is well with you and the department.

Exhibit 5, Page 284

See you soon.

Best

Paul

On 10/15/19, 10:57 PM, "Michel Moore" <23506@lapd.online> wrote:

Paul

Good evening... Apologies for the delayed response.  We've had a couple issues out there that has taken my attention.

John is on a well deserved vacation so I haven't had an opportunity to talk with you and hope to prior to travel to MCC. That would be helpful to make any meeting more productive.

Mike

> On Oct 15, 2019, at 6:04 PM, Paul Joyal <pjoyal@nationalstrategies.com> wrote:
>
> Mike
>
> Did you receive this email?
>
> Will it be possible to have a conversation with Amit about this?
>
> Hope all is well
>
> Can't believe my Nat's are really rolling tonight!
>
> See you in Chicago
>
> Best
>
> Paul
>
>
> On 10/10/19, 8:59 PM, "Paul Joyal" <pjoyal@nationalstrategies.com> wrote:
>
>    Chief Moore and Commander McMahon

>

>    Greetings

>

>    I thought it would be useful to obtain some statistics and specific case use information related to the Voyager pilot.  I have attached a short report that captures relevant information for your information.

>

>    There has been great collaboration with all elements of LAPD and Voyager is thrilled by the support received to implement the pilot. Voyager was asked to increase the daily query of search and gladly doubled the number of search queries for the users.

>

>    I am sending along some preliminary details on usage, sample comments on the technology and cases relevant to the trial for your review.  This is what has been shared with Voyager and while not comprehensive it is representative of outcomes from using the technology.

>

>    We are now past the half way mark on the pilot and wanted to provide this updated information for your review.

>

>    Amit and I would appreciate the opportunity to discuss the pilots progress and explore potential next steps during the MCCA/IACP Chicago to ensure continuity if desired.  Again many thanks go to Commander McMahon and his team for their support in making this a flawless POC.

>

>    If I can be of any other assistance please let me know.

>

>    Looking forward to your response and seeing you soon in Chicago.

>

>    Respectfully,

>

>    Paul

>

>    Paul M. Joyal

>    NSI | Managing Director, Public Safety, Homeland Security, Intelligence Practice

>    1990 K Street NW  Suite 320| Washington, DC 20005

>    T ███████████ (direct) | M ███████████

>    pjoyal@nationalstrategies.com

>    https://gcc01.safelinks.protection.outlook.com/?url=www.nationalstrategies.com&amp;data=02%7C01%7C26681%40lapd.online%7Ccfb0e06d80e7484d723308d751e6c0a7%7C642fd61c34dd4fd0af8d443576485883%7C0%7C0%7C637067923825265299&amp;sdata=zwTsnIwhUioHMTX4qgk%2BAAgpKWydAG4Wi8ndUnRmiuU%3D&amp;reserved=0

>

>

>

>  <LAPD Bullet Points 9_18_ Final Version for Paul - Read-Only - Read-Only.pptx>

**From:** John McMahon
**Sent:** Saturday, October 19, 2019 4:05 PM
**To:** Paul Joyal;Michel Moore
**Cc:** Steven Ramos;Amit Gavish
**Subject:** Re: Update on Voyager pilot/POC

Paul,

Good for the call.  Chief Moore and Captain Ramos will be in Chicago.

John

**From:** Paul Joyal <pjoyal@nationalstrategies.com>
**Date:** Saturday, October 19, 2019 at 9:59 AM
**To:** John McMahon <26681@lapd.online>, Michel Moore <23506@lapd.online>
**Cc:** Steven Ramos <34666@lapd.online>, Amit Gavish <amitg@voyagerlabs.co>
**Subject:** Re: Update on Voyager pilot/POC

HI John,

Thanks AGAIN for all the support received from you and your team to make the pilot a success. I was confident once we went operational the major crime analysts would acquire difference making investigative information. You have an A team in staff analytics capabilities.

I have looked into the Wildcat integration issue. First,  this technology presents only upside for you at LAPD. Secondly, integration with Voyager presents no structural prohibitions.  However I think that we should have a discussion with Amit Gavish who runs the America's office for Voyager to further explore. If you are open to this I would like to schedule a call with Amit so you have a more thorough discussion and direct access to him.

Please let me know if this is acceptable.  Will you be at MCCA/IACP? If so we can all meet there?

Respectfully,

Paul

**From:** John McMahon <26681@lapd.online>
**Date:** Wednesday, October 16, 2019 at 2:03 AM
**To:** Paul Joyal <pjoyal@nationalstrategies.com>, Michel Moore <23506@lapd.online>

**Cc:** Steven Ramos <34666@lapd.online>
**Subject:** Re: Update on Voyager pilot/POC

Hi Paul, please accept my apologies.  This one got past me.  I have heard nothing but good things and look forward to the formal review upon the completed pilot.  I'm also eager to learn what's come about with respect to the explored IBM Wildcat integration.

JOHN McMAHON, Commander
Commanding Officer
Information Technology Group

---

**From:** Paul Joyal <pjoyal@nationalstrategies.com>
**Sent:** Tuesday, October 15, 2019 8:12:58 PM
**To:** Michel Moore <23506@lapd.online>
**Cc:** John McMahon <26681@lapd.online>
**Subject:** Re: Update on Voyager pilot/POC

Thanks Mike

Appreciate the response and hope John has a great break. ███████████████ I just came back from a long weekend ███████████████ Needed that.

Needless to say look forward to catching up in Chicago

Hope all is well with you and the department.

See you soon.

Best

Paul

On 10/15/19, 10:57 PM, "Michel Moore" <23506@lapd.online> wrote:

    Paul

    Good evening... Apologies for the delayed response.  We've had a couple issues out there that has taken my attention.

    John is on a well deserved vacation so I haven't had an opportunity to talk with you and hope to prior to travel to MCC. That would be helpful to make any

meeting more productive.

Mike

> On Oct 15, 2019, at 6:04 PM, Paul Joyal <pjoyal@nationalstrategies.com> wrote:
>
> Mike
>
> Did you receive this email?
>
> Will it be possible to have a conversation with Amit about this?
>
> Hope all is well
>
> Can't believe my Nat's are really rolling tonight!
>
> See you in Chicago
>
> Best
>
> Paul
>
>
> On 10/10/19, 8:59 PM, "Paul Joyal" <pjoyal@nationalstrategies.com> wrote:
>
>   Chief Moore and Commander McMahon
>
>   Greetings
>
>   I thought it would be useful to obtain some statistics and specific case use information related to the Voyager pilot.  I have attached a short report that captures relevant information for your information.
>
>   There has been great collaboration with all elements of LAPD and Voyager is thrilled by the support received to implement the pilot. Voyager was asked to increase the daily query of search and gladly doubled the number of search queries for the users.
>
>   I am sending along some preliminary details on usage, sample comments on the technology and cases relevant to the trial for your review.  This is what has been shared with Voyager and while not comprehensive it is representative of outcomes from using the technology.
>
>   We are now past the half way mark on the pilot and wanted to provide this updated information for your review.
>

>   Amit and I would appreciate the opportunity to discuss the pilots progress and explore potential next steps during the MCCA/IACP Chicago to ensure continuity if desired.  Again many thanks go to Commander McMahon and his team for their support in making this a flawless POC.

>

>   If I can be of any other assistance please let me know.

>

>   Looking forward to your response and seeing you soon in Chicago.

>

>   Respectfully,

>

>   Paul

>

>   Paul M. Joyal

>   NSI | Managing Director, Public Safety, Homeland Security, Intelligence Practice

>   1990 K Street NW  Suite 320| Washington, DC 20005

>   T ████████████ (direct) | M ██████████████

>   pjoyal@nationalstrategies.com

>   https://gcc01.safelinks.protection.outlook.com/?url=www.nationalstrategies.com&amp;data=02%7C01%7C26681%40lapd.online%7Ccfb0e06d80e7484d723308d751e6c0a7%7C642fd61c34dd4fd0af8d443576485883%7C0%7C0%7C637067923825265299&amp;sdata=zwTsnIwhUioHMTX4qgk%2BAAgpKWydAG4Wi8ndUnRmiuU%3D&amp;reserved=0

>

>

>

>   <LAPD Bullet Points 9_18_ Final Version for Paul - Read-Only - Read-Only.pptx>

| | |
|---|---|
| **From:** | Paul Joyal <pjoyal@nationalstrategies.com> |
| **Sent:** | Saturday, October 19, 2019 10:00 AM |
| **To:** | John McMahon;Michel Moore |
| **Cc:** | Steven Ramos;Amit Gavish |
| **Subject:** | Re: Update on Voyager pilot/POC |

HI John,

Thanks AGAIN for all the support received from you and your team to make the pilot a success. I was confident once we went operational the major crime analysts would acquire difference making investigative information. You have an A team in staff analytics capabilities.

I have looked into the Wildcat integration issue. First,  this technology presents only upside for you at LAPD. Secondly, integration with Voyager presents no structural prohibitions.  However I think that we should have a discussion with Amit Gavish who runs the America's office for Voyager to further explore. If you are open to this I would like to schedule a call with Amit so you have a more thorough discussion and direct access to him.

Please let me know if this is acceptable.  Will you be at MCCA/IACP? If so we can all meet there?

Respectfully,

Paul

**From:** John McMahon <26681@lapd.online>
**Date:** Wednesday, October 16, 2019 at 2:03 AM
**To:** Paul Joyal <pjoyal@nationalstrategies.com>, Michel Moore <23506@lapd.online>
**Cc:** Steven Ramos <34666@lapd.online>
**Subject:** Re: Update on Voyager pilot/POC

Hi Paul, please accept my apologies.  This one got past me.  I have heard nothing but good things and look forward to the formal review upon the completed pilot.  I'm also eager to learn what's come about with respect to the explored IBM Wildcat integration.

JOHN McMAHON, Commander
Commanding Officer
Information Technology Group

**From:** Paul Joyal <pjoyal@nationalstrategies.com>
**Sent:** Tuesday, October 15, 2019 8:12:58 PM

**To:** Michel Moore <23506@lapd.online>
**Cc:** John McMahon <26681@lapd.online>
**Subject:** Re: Update on Voyager pilot/POC

Thanks Mike

Appreciate the response and hope John has a great break. ███████████ and I just came back from a long weekend ████████████████
Needed that.

Needless to say look forward to catching up in Chicago

Hope all is well with you and the department.

See you soon.

Best

Paul

On 10/15/19, 10:57 PM, "Michel Moore" <23506@lapd.online> wrote:

    Paul

    Good evening... Apologies for the delayed response.  We've had a couple issues out there that has taken my attention.

    John is on a well deserved vacation so I haven't had an opportunity to talk with you and hope to prior to travel to MCC. That would be helpful to make any meeting more productive.

    Mike

    > On Oct 15, 2019, at 6:04 PM, Paul Joyal <pjoyal@nationalstrategies.com> wrote:
    >
    > Mike
    >
    > Did you receive this email?
    >
    > Will it be possible to have a conversation with Amit about this?
    >
    > Hope all is well
    >

> Can't believe my Nat's are really rolling tonight!
>
> See you in Chicago
>
> Best
>
> Paul
>
>
> On 10/10/19, 8:59 PM, "Paul Joyal" <pjoyal@nationalstrategies.com> wrote:
>
>   Chief Moore and Commander McMahon
>
>   Greetings
>
>   I thought it would be useful to obtain some statistics and specific case use information related to the Voyager pilot.  I have attached a short report that captures relevant information for your information.
>
>   There has been great collaboration with all elements of LAPD and Voyager is thrilled by the support received to implement the pilot. Voyager was asked to increase the daily query of search and gladly doubled the number of search queries for the users.
>
>   I am sending along some preliminary details on usage, sample comments on the technology and cases relevant to the trial for your review.  This is what has been shared with Voyager and while not comprehensive it is representative of outcomes from using the technology.
>
>   We are now past the half way mark on the pilot and wanted to provide this updated information for your review.
>
>   Amit and I would appreciate the opportunity to discuss the pilots progress and explore potential next steps during the MCCA/IACP Chicago to ensure continuity if desired.  Again many thanks go to Commander McMahon and his team for their support in making this a flawless POC.
>
>   If I can be of any other assistance please let me know.
>
>   Looking forward to your response and seeing you soon in Chicago.
>
>   Respectfully,
>
>   Paul
>
>   Paul M. Joyal
>   NSI | Managing Director, Public Safety, Homeland Security, Intelligence Practice
>   1990 K Street NW  Suite 320| Washington, DC 20005

> T ████████ (direct) | M ████████
>
> pjoyal@nationalstrategies.com
>
> https://gcc01.safelinks.protection.outlook.com/?url=www.nationalstrategies.com&amp;data=02%7C01%7C26681%40lapd.online%7Ccfb0e06d80e7484d723308d751e6c0a7%7C642fd61c34dd4fd0af8d443576485883%7C0%7C0%7C637067923825265299&amp;sdata=zwTsnIwhUioHMTX4qgk%2BAAgpKWydAG4Wi8ndUnRmiuU%3D&amp;reserved=0
>
>
>
> <LAPD Bullet Points 9_18_ Final Version for Paul - Read-Only - Read-Only.pptx>

**From:** Arnold Suzukamo
**Sent:** Thursday, October 17, 2019 4:43 PM
**To:** Yulia Shvetsova
**Subject:** Re: when did we start the trial?

thanks!!!
how're we doing?  anything noteworthy?

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, October 17, 2019 4:04 PM
**To:** Arnold Suzukamo <n1103@lapd.online>
**Subject:** Re: when did we start the trial?

Mid July, I think around the 15th?

On Thu, Oct 17, 2019 at 15:00 Arnold Suzukamo <n1103@lapd.online> wrote:
or was it august something?

---

**From:** Arnold Suzukamo
**Sent:** Thursday, October 17, 2019 2:59 PM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:** when did we start the trial?

september ??
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Thursday, October 17, 2019 4:04 PM |
| **To:** | Arnold Suzukamo |
| **Subject:** | Re: when did we start the trial? |

Mid July, I think around the 15th?

On Thu, Oct 17, 2019 at 15:00 Arnold Suzukamo <n1103@lapd.online> wrote:

or was it august something?

---

**From:** Arnold Suzukamo
**Sent:** Thursday, October 17, 2019 2:59 PM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:** when did we start the trial?

september ??

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Arnold Suzukamo
**Sent:** Thursday, October 17, 2019 3:01 PM
**To:** Yulia Shvetsova
**Subject:** Re: when did we start the trial?

or was it august something?

---

**From:** Arnold Suzukamo
**Sent:** Thursday, October 17, 2019 2:59 PM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:** when did we start the trial?

september ??

**From:**       Arnold Suzukamo
**Sent:**       Thursday, October 17, 2019 3:00 PM
**To:**         Yulia Shvetsova
**Subject:**    when did we start the trial?

september ??

**From:** Arnold Suzukamo
**Sent:** Thursday, October 17, 2019 12:50 PM
**To:** Scott McAndrews
**Subject:** Re: Follow-up on the slides..

Scott, any progress on putting together a doc that differentiates the product that we have been using from the product that is integrated in wildfire.  What do we have access to functionally and data wise that is not included in the offering made avail in wildfire.

---

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Sunday, September 22, 2019 4:51 PM
**To:** Arnold Suzukamo <n1103@lapd.online>
**Subject:** Follow-up on the slides..

Arnold,

Per your request, I am forwarding over the slides from our meeting.  Please note, we do have a little sensitivity with the roadmap and due to the lack of the NDA. This is what I was checking on over the weekend. All I ask is that we please keep this confidential between ourselves and because we want to ensure this doesn't get in the wrong hands (e.g. competitors). Make sense?

Thanks again for all your help and have a wonderful rest of your weekend!



**Scott McAndrews**
**Regional Director**
**Public & Private Sector**
**M**: +1 ███████████
**O**: + 1 212.404.2402
scottm@voyagerlabs.co
www.voyagerlabs.co

**From:**  ▮▮▮▮▮▮▮
**Sent:** Wednesday, October 16, 2019 5:21 PM
**To:** Yulia Shvetsova
**Subject:** RE: Exporting IP addresses from Voyager

Hi Yulia,

Thank you. I don't think we need to add it for pilot purposes, but it's good to know it's there (and I definitely recommend that gets brought up to our decision makers if they express those concerns). I don't want it to be a stumbling block to procurement. All good over here – just busy as usual! 😊

Thanks again,

_____, ▮▮▮▮▮▮
**LAPD Robbery-Homicide Division**
**Website: click here**
**(213) 486-6850 office**
▮▮▮▮▮▮▮▮ **cell/voicemail**
▮▮▮▮▮▮▮▮ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, October 16, 2019 4:04 PM
**To:** ▮▮▮▮▮▮▮ < ▮▮▮▮▮▮▮▮ >
**Subject:** Re: Exporting IP addresses from Voyager

Circling back to this - if we want to request approval to add this feature to the trial, may you please send an email to Arnol Suzakomo (n1103@lapd.online) and Captain Bob Long (27410@lapd.online) and cc: Scott (scottm@voyagerlabs.co) and myself please. This has proven to be the most effective way to get approval.

Thank you! Any help needed this week?


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▇▇▇▇▇▇▇
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipient. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Wed, Oct 2, 2019 at 3:47 PM ▇▇▇▇▇▇ <▇▇▇▇▇▇▇▇▇▇> wrote:


Well, that's a shame. Okay thank you!



**From:** Yulia Shvetsova <[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)>
**Sent:** Wednesday, October 02, 2019 3:44 PM
**To:** ▇▇▇▇▇▇ <▇▇▇▇▇▇▇▇▇>
**Cc:** Rebecca Nagy <[n4309@lapd.online](mailto:n4309@lapd.online)>
**Subject:** Re: Exporting IP addresses from Voyager

Regarding the "extrapolating changes" - we do have this availability in the general system, called "Alerts". Basically, the system will let you know daily, weekly, or monthly of any new content or friend changes on a profile. During the trial, the decision was made by your decision makers and we were asked to not include this feature because it's very close to "Active monitoring".

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Oct 2, 2019 at 3:08 PM ███████████ <███████████████> wrote:

Hi Yulia,

Thank you for all of your support and updates. I'm having really good results lately with Voyager – it seems the more I put into it, the more I get out of it. Lately I've been doing a lot more with the Groups feature. Can you remind me what Apollo is for again?

I had an idea for the broader Voyager team, for future iterations (which you may already be working on). I mentioned it to Arnold – wondering if there would be a way to track and highlight new connections in any network – so, for example, if we collect on a Monday and then collect again on Friday, it would be awesome if Voyager could extrapolate those network changes. This would be useful in any scenario where new network actors would be important (counterterrorism, anti-gang, etc.). ███████████████████████████████████████████

████████████████████████████

Also, I wanted to reach out because I'm bumping into some errors with respect to Facebook Pages, where Voyager is not able to locate the Page despite me manually confirming it exists as a page:



V/R,

_____

██████████, ████████

**LAPD Robbery-Homicide Division**

**Website: [click here](#)**

**(213) 486-6850 office**

████████████ **cell/voicemail**

██████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)>
**Sent:** Wednesday, September 25, 2019 4:04 PM
**To:** ████████ <████████████████>
**Subject:** Exporting IP addresses from Voyager

Hey ██████,

Just wanted to give you a heads up that we've added the ability to export IP addresses from warrants when FB provides this.

Column J titled "Post content" will have both the IP address and what type of action it was.

| | J |
|---|---|
| Post content | |
| | |
| ip_address : ████████████ | |
| type : login | |

If the words ip_address and type: login are not needed, it will probably be most efficient to "Find and Replace" within Excel and leave the replace field blank.

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, October 16, 2019 4:56 PM |
| **To:** | Thorsten Timmermans |
| **Subject:** | Phone numbers for Jose and Jessica Sierra |

I checked through their messages and didn't find any additional ones, other than the ones we had.
See you tomorrow!


Best,




**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, October 16, 2019 4:33 PM |
| **To:** | Rebecca Nagy |
| **Subject:** | Re: Warrant FB |

Rebecca,

If you can, please tell me what warrant and what you're not seeing so I can describe this accurately to our support team. If you can, please attach a screenshot of the warrant section and I will try to replicate this issue.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Oct 15, 2019 at 3:39 PM Rebecca Nagy <n4309@lapd.online> wrote:
> Hello
> I am working on the same warrant and I am not seeing some of the posts/ memes from the FB PDF in voyager.
> Help please
>
> Rebecca Nagy, CCIA
> Crime and Intelligence Analyst II
> Major Crimes Division
> Los Angeles Police Department

**From:**      Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**      Wednesday, October 16, 2019 4:28 PM
**To:**        Rebecca Nagy
**Subject:**   Re: Re:

Rebecca,

Just to let you know, this appears to be a resolution issue, when I lowered my screen resolution to 50% I could view the entire message. Obviously, this is too small to be able to read properly, so our tech team is working on a fix.

Screen at 80%:



Screen at 50%:



Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Oct 15, 2019 at 5:58 PM Rebecca Nagy <n4309@lapd.online> wrote:
> tomorrow is good... Thank you
>
>
> Rebecca Nagy, CCIA
> Crime and Intelligence Analyst II
> Major Crimes Division
> Los Angeles Police Department
> ██████████

---

**From:** Yulia Shvetsova <[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)>
**Sent:** Tuesday, October 15, 2019 5:57 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re:

I'm taking a look at this now, it maybe tomorrow morning before I can check with our tech team and respond.

On Tue, Oct 15, 2019 at 17:52 Rebecca Nagy <n4309@lapd.online> wrote:
> Hi another warrant thing
>
>
> IG PDF shows the complete posting



When I download it from Voyager I only get a partial conversation



Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
████████████

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the

intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, October 16, 2019 4:14 PM
**To:** Rebecca Nagy
**Subject:** Re:

Circling back to this:

No current way to export notes per say, other than copying and pasting into a word document. On the updated version of Voyager (which won't be rolled out until after the trial, I believe) there is a "Reports" feature. Jenny was showing this in our mid-trial meeting towards the end. It allows you to export a complete report on the profile including all notes.

As far as flagged conversations go:
1. Once you've flagged particular posts, you can filter from the top menu to "Flagged Only"



2. Then click on the "Export" link to the far right of the same menu



This will by default export the flagged conversations into Excel.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Oct 15, 2019 at 12:14 PM Rebecca Nagy <n4309@lapd.online> wrote:
Hello
I am working on a warrant how do I export flagged files and notes to a word document?

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
████████████

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, October 16, 2019 4:04 PM |
| **To:** | ▆▆▆▆▆▆ |
| **Subject:** | Re: Exporting IP addresses from Voyager |

Circling back to this - if we want to request approval to add this feature to the trial, may you please send an email to Arnol Suzakomo (n1103@lapd.online) and Captain Bob Long (27410@lapd.online) and cc: Scott (scottm@voyagerlabs.co) and myself please. This has proven to be the most effective way to get approval. Thank you! Any help needed this week?


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▆▆▆▆▆▆▆▆
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Wed, Oct 2, 2019 at 3:47 PM ▆▆▆▆▆▆ <▆▆▆▆▆▆▆▆> wrote:


Well, that's a shame. Okay thank you!

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, October 02, 2019 3:44 PM
**To:** ███████ <███████████>
**Cc:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Exporting IP addresses from Voyager

Regarding the "extrapolating changes" - we do have this availability in the general system, called "Alerts". Basically, the system will let you know daily, weekly, or monthly of any new content or friend changes on a profile. During the trial, the decision was made by your decision makers and we were asked to not include this feature because it's very close to "Active monitoring".

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Oct 2, 2019 at 3:08 PM ███████ <███████████> wrote:

Hi Yulia,

Thank you for all of your support and updates. I'm having really good results lately with Voyager – it seems the more I put into it, the more I get out of it. Lately I've been doing a lot more with the Groups feature. Can you remind me what Apollo is for again?

I had an idea for the broader Voyager team, for future iterations (which you may already be working on). I mentioned it to Arnold – wondering if there would be a way to track and highlight new connections in any network – so, for example, if we collect on a Monday and then collect again on Friday, it would be awesome if Voyager could extrapolate those network changes. This would be useful in any scenario where new network actors would be important (counterterrorism, anti-gang, etc.). ███████████████████████████████████████████████████████████████
███████████████████████████

Also, I wanted to reach out because I'm bumping into some errors with respect to Facebook Pages, where Voyager is not able to locate the Page despite me manually confirming it exists as a page:



## Community Query

**Type**

Facebook Page ▼

**Profile Name***

██████████

**Profile Query Name (use CASE NAME : PROFILE NAME, e.g. BANKS : John Smith)***

██████████

**Profile Identification**

██████

Sorry, VoyagerAnalytics could not locate this profile. Please try again.

[Go]

V/R,

_____

████████, ███████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

████████ **cell/voicemail**

██████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 4:04 PM
**To:** ████████ <████████████████>
**Subject:** Exporting IP addresses from Voyager

Hey ██████,

Just wanted to give you a heads up that we've added the ability to export IP addresses from warrants when FB provides this.

Column J titled "Post content" will have both the IP address and what type of action it was.

Exhibit 5, Page 322

Post content

ip_address
type : login

If the words ip_address and type: login are not needed, it will probably be most efficient to "Find and Replace" within Excel and leave the replace field blank.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Rebecca Nagy |
| **Sent:** | Tuesday, October 15, 2019 5:59 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Re: |

tomorrow is good... Thank you


Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
███████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, October 15, 2019 5:57 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re:

I'm taking a look at this now, it maybe tomorrow morning before I can check with our tech team and respond.

On Tue, Oct 15, 2019 at 17:52 Rebecca Nagy <n4309@lapd.online> wrote:
> Hi another warrant thing
>
> IG PDF shows the complete posting



When I download it from Voyager I only get a partial conversation



Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
█████████████

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended

recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Tuesday, October 15, 2019 5:57 PM |
| **To:** | Rebecca Nagy |
| **Subject:** | Re: |

I'm taking a look at this now, it maybe tomorrow morning before I can check with our tech team and respond.

On Tue, Oct 15, 2019 at 17:52 Rebecca Nagy <n4309@lapd.online> wrote:

Hi another warrant thing

IG PDF shows the complete posting



When I download it from Voyager I only get a partial conversation



Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
██████████

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended

recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

Exhibit 5, Page 330

**From:** Rebecca Nagy
**Sent:** Tuesday, October 15, 2019 5:53 PM
**To:** Yulia Shvetsova

Hi another warrant thing

IG PDF shows the complete posting

When I download it from Voyager I only get a partial conversation



Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department

**From:** Rebecca Nagy
**Sent:** Tuesday, October 15, 2019 3:40 PM
**To:** Yulia Shvetsova
**Subject:** Warrant FB

Hello
I am working on the same warrant and I am not seeing some of the posts/ memes from the FB PDF in voyager.
Help please

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
████████████

**From:** Rebecca Nagy
**Sent:** Tuesday, October 15, 2019 12:15 PM
**To:** Yulia Shvetsova

Hello
I am working on a warrant how do I export flagged files and notes to a word document?

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
██████████

**From:**
**Sent:**          Tuesday, October 15, 2019 9:39 AM
**To:**           Yulia Shvetsova
**Subject:**       RE: purging data, CalECPA, etc.


Perfect, thanks Yulia.


**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, October 15, 2019 9:02 AM
**To:** ████████ <████████████████>
**Subject:** Re: purging data, CalECPA, etc.

████,

Please see below responses:


Hi Yulia,


Quick question for you: is there a way, in Voyager, to somehow conduct any of the following:


A. Some sort of administrative-level audit of searches performed? Yes - these can be viewed in the admin panel where admin-level users have access to view searches created and analytic operations undertaken, as well as create users and user groups and allocate queries among user groups
B. Either a manual or automatic purge of data (the latter based on date range, i.e. 5 years)? Yes - the automated deletion policy allows the admin to define the retention policy of profile queries.
C. Mark non-pertinent conversations from warrants for deletion, and then purge them? Not yet
D. REQUIRE that Profile Query Name include a case number before a search can take place? Yes - we can make a field mandatory for collection


On Mon, Oct 14, 2019 at 17:05 ████████ <████████████> wrote:

Okay, thank you! Work-in-progress is good. I don't want this to be a pain point for them. I'm also going to refer them to recent LinkedIn v. HiQ case.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, October 14, 2019 3:47 PM
**To:** ▮▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** Re: purging data, CalECPA, etc.

Hey ▮▮▮▮▮,

Working on getting the right answers from the right people on these:

1. I know we do have an audit panel that we are in the process of improving. I don't think it's enabled for the trial, but is something we would hope to complete updates on by November.

As far as the others, I'm sure it wouldn't be a problem to build all these features in, but I'm waiting on confirmation.

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▮▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Sun, Oct 13, 2019 at 10:39 AM ▮▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮▮▮▮> wrote:

Hi Yulia,

I just wanted to circle back on this. I have a meeting coming up with some of our decision makers at ITG on technology, and I'd like to be able to answer some of these, if possible.

Thank you!

--▮▮▮▮▮

**From:** ▮▮▮▮▮▮
**Sent:** Tuesday, October 08, 2019 3:27 PM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:** purging data, CalECPA, etc.

Hi Yulia,

Quick question for you: is there a way, in Voyager, to somehow conduct any of the following:

    A.  Some sort of administrative-level audit of searches performed?
    B.  Either a manual or automatic purge of data (the latter based on date range, i.e. 5 years)?
    C.  Mark non-pertinent conversations from warrants for deletion, and then purge them?
    D.  REQUIRE that Profile Query Name include a case number before a search can take place?

Trying to navigate some of the discussion around:

- 28 CFR 23 "de facto standards"
- CalECPA requirements

As always, thank you!

_____

████████, ████████

### LAPD Robbery-Homicide Division

**Website: [click here](#)**

**(213) 486-6850 office**

████████████ **cell/voicemail**

████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮▮▮
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, October 15, 2019 9:02 AM
**To:** ███████████
**Subject:** Re: purging data, CalECPA, etc.

██████,

Please see below responses:

Hi Yulia,

Quick question for you: is there a way, in Voyager, to somehow conduct any of the following:

A. Some sort of administrative-level audit of searches performed? <span style="color:red">Yes - these can be viewed in the admin panel where admin-level users have access to view searches created and analytic operations undertaken, as well as create users and user groups and allocate queries among user groups</span>

B. Either a manual or automatic purge of data (the latter based on date range, i.e. 5 years)? <span style="color:red">Yes - the automated deletion policy allows the admin to define the retention policy of profile queries.</span>

C. Mark non-pertinent conversations from warrants for deletion, and then purge them? <span style="color:red">Not yet</span>

D. REQUIRE that Profile Query Name include a case number before a search can take place? <span style="color:red">Yes - we can make a field mandatory for collection</span>

On Mon, Oct 14, 2019 at 17:05 ███████████ <████████████████> wrote:

Okay, thank you! Work-in-progress is good. I don't want this to be a pain point for them. I'm also going to refer them to recent LinkedIn v. HiQ case.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, October 14, 2019 3:47 PM
**To:** ████████ <████████████>
**Subject:** Re: purging data, CalECPA, etc.


Hey ████,


Working on getting the right answers from the right people on these:


1. I know we do have an audit panel that we are in the process of improving. I don't think it's enabled for the trial, but is something we would hope to complete updates on by November.


As far as the others, I'm sure it wouldn't be a problem to build all these features in, but I'm waiting on confirmation.


Best,




**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Sun, Oct 13, 2019 at 10:39 AM ██████████ <████████████████> wrote:

Hi Yulia,

I just wanted to circle back on this. I have a meeting coming up with some of our decision makers at ITG on technology, and I'd like to be able to answer some of these, if possible.

Thank you!

--██████

---

**From:** ████████████
**Sent:** Tuesday, October 08, 2019 3:27 PM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:** purging data, CalECPA, etc.

Hi Yulia,

Quick question for you: is there a way, in Voyager, to somehow conduct any of the following:

    A.  Some sort of administrative-level audit of searches performed?
    B.  Either a manual or automatic purge of data (the latter based on date range, i.e. 5 years)?
    C.  Mark non-pertinent conversations from warrants for deletion, and then purge them?
    D.  REQUIRE that Profile Query Name include a case number before a search can take place?

Trying to navigate some of the discussion around:

- 28 CFR 23 "de facto standards"
- CalECPA requirements

As always, thank you!

_____

███████████, ██████████

**LAPD Robbery-Homicide Division**

**Website: [click here](#)**

**(213) 486-6850 office**

 **cell/voicemail**

**email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**
**Sent:**          Monday, October 14, 2019 5:05 PM
**To:**           Yulia Shvetsova
**Subject:**     RE: purging data, CalECPA, etc.

Okay, thank you! Work-in-progress is good. I don't want this to be a pain point for them. I'm also going to refer them to recent LinkedIn v. HiQ case.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, October 14, 2019 3:47 PM
**To:** ▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** Re: purging data, CalECPA, etc.

Hey ▮▮▮▮,

Working on getting the right answers from the right people on these:

1. I know we do have an audit panel that we are in the process of improving. I don't think it's enabled for the trial, but is something we would hope to complete updates on by November.

As far as the others, I'm sure it wouldn't be a problem to build all these features in, but I'm waiting on confirmation.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Sun, Oct 13, 2019 at 10:39 AM ██████████ <██████████████> wrote:

Hi Yulia,

I just wanted to circle back on this. I have a meeting coming up with some of our decision makers at ITG on technology, and I'd like to be able to answer some of these, if possible.

Thank you!

--██████

**From:** ██████████
**Sent:** Tuesday, October 08, 2019 3:27 PM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:** purging data, CalECPA, etc.

Hi Yulia,

Quick question for you: is there a way, in Voyager, to somehow conduct any of the following:

A. Some sort of administrative-level audit of searches performed?
B. Either a manual or automatic purge of data (the latter based on date range, i.e. 5 years)?
C. Mark non-pertinent conversations from warrants for deletion, and then purge them?
D. REQUIRE that Profile Query Name include a case number before a search can take place?

Trying to navigate some of the discussion around:

- 28 CFR 23 "de facto standards"
- CalECPA requirements

As always, thank you!

_____

██████████████, ██████████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

████████████████ **cell/voicemail**

████████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:**      Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**      Monday, October 14, 2019 3:47 PM
**To:**        ███████████
**Subject:**   Re: purging data, CalECPA, etc.

Hey ██████,

Working on getting the right answers from the right people on these:

1. I know we do have an audit panel that we are in the process of improving. I don't think it's enabled for the trial, but is something we would hope to complete updates on by November.

As far as the others, I'm sure it wouldn't be a problem to build all these features in, but I'm waiting on confirmation.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipient. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Sun, Oct 13, 2019 at 10:39 AM ███████████ <████████████████> wrote:

Hi Yulia,

Exhibit 5, Page 350

I just wanted to circle back on this. I have a meeting coming up with some of our decision makers at ITG on technology, and I'd like to be able to answer some of these, if possible.

Thank you!

-- █████

**From:** ████████████
**Sent:** Tuesday, October 08, 2019 3:27 PM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:** purging data, CalECPA, etc.

Hi Yulia,

Quick question for you: is there a way, in Voyager, to somehow conduct any of the following:

A. Some sort of administrative-level audit of searches performed?
B. Either a manual or automatic purge of data (the latter based on date range, i.e. 5 years)?
C. Mark non-pertinent conversations from warrants for deletion, and then purge them?
D. REQUIRE that Profile Query Name include a case number before a search can take place?

Exhibit 5, Page 351

Trying to navigate some of the discussion around:

- 28 CFR 23 "de facto standards"
- CalECPA requirements

As always, thank you!

_____

█████████████, ████████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

██████████████ **cell/voicemail**

████████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or

other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:**
**Sent:** Sunday, October 13, 2019 10:40 AM
**To:** Yulia Shvetsova
**Subject:** RE: purging data, CalECPA, etc.

Hi Yulia,

I just wanted to circle back on this. I have a meeting coming up with some of our decision makers at ITG on technology, and I'd like to be able to answer some of these, if possible.

Thank you!

-- 

---

**From:** 
**Sent:** Tuesday, October 08, 2019 3:27 PM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:** purging data, CalECPA, etc.

Hi Yulia,

Quick question for you: is there a way, in Voyager, to somehow conduct any of the following:

A) Some sort of administrative-level audit of searches performed?
B) Either a manual or automatic purge of data (the latter based on date range, i.e. 5 years)?
C) Mark non-pertinent conversations from warrants for deletion, and then purge them?
D) REQUIRE that Profile Query Name include a case number before a search can take place?

Trying to navigate some of the discussion around:

- 28 CFR 23 "de facto standards"
- CalECPA requirements

As always, thank you!

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
█████████, ██████

**LAPD Robbery-Homicide Division**
**Website:** **click here**
**(213) 486-6850 office**
████████████ **cell/voicemail**
████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Thursday, October 10, 2019 12:53 PM |
| **To:** | ████████ |
| **Subject:** | Re: indefinite buffering in "Queries" |

We actually just got word from our tech team that they resolved the issue, so should be working fine both ways. Can you try again through the Zscaler just to be sure please?

On Thu, Oct 10, 2019 at 12:24 ██████████ <██████████████████> wrote:

> Hi Yulia,
>
>
> Just got in to the office, and it's working fine here on our LAN. I was working remotely before so I wonder if it's an issue with our VPN (Zscaler/ZPA). We were experiencing that with Palantir recently, as well.
>
>
> Thanks again!
>
>
> _____
>
> ██████████████, ████████
>
> **LAPD Robbery-Homicide Division**
>
> **Website: [click here](#)**
>
> **(213) 486-6850 office**
>
> ██████████████ **cell/voicemail**
>
> ████████████████ **email**

Exhibit 5, Page 356



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, October 10, 2019 10:12 AM
**To:** ▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** Re: indefinite buffering in "Queries"

Our tech team is looking into it as I type. Will keep you posted.

On Thu, Oct 10, 2019 at 10:10 ▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮▮▮▮▮> wrote:

Ok thanks! I'm in incognito with a cleared cache, same result.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, October 10, 2019 9:47:59 AM
**To:** ███████ <███████████████>
**Subject:** Re: indefinite buffering in "Queries"

Can you try clearing your cache or starting in incognito mode please?

On Thu, Oct 10, 2019 at 09:40 ████████ <████████████> wrote:

Hi Yulia,

I'm currently experiencing indefinite/ongoing buffering in Queries (see attached). I've logged out and logged back in with the same result. Was working fine last night.

Thanks,

████

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** ▮▮▮▮▮
**Sent:** Thursday, October 10, 2019 12:24 PM
**To:** Yulia Shvetsova
**Subject:** RE: indefinite buffering in "Queries"

Hi Yulia,

Just got in to the office, and it's working fine here on our LAN. I was working remotely before so I wonder if it's an issue with our VPN (Zscaler/ZPA). We were experiencing that with Palantir recently, as well.

Thanks again!

_____

▮▮▮▮▮, ▮▮▮▮
<span style="color:red">**LAPD Robbery-Homicide Division**</span>
**Website:** [click here](#)
**(213) 486-6850 office**
▮▮▮▮▮ **cell/voicemail**
▮▮▮▮▮ **email**



CONFIDENTIALITY NOTICE: This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, October 10, 2019 10:12 AM
**To:** ▮▮▮▮▮ <▮▮▮▮▮>
**Subject:** Re: indefinite buffering in "Queries"

Our tech team is looking into it as I type. Will keep you posted.

On Thu, Oct 10, 2019 at 10:10 ██████████ <████████████████> wrote:

Ok thanks! I'm in incognito with a cleared cache, same result.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, October 10, 2019 9:47:59 AM
**To:** ███████████ <██████████████████>
**Subject:** Re: indefinite buffering in "Queries"

Can you try clearing your cache or starting in incognito mode please?

On Thu, Oct 10, 2019 at 09:40 ██████████ <██████████████> wrote:

> Hi Yulia,
>
> I'm currently experiencing indefinite/ongoing buffering in Queries (see attached). I've logged out and logged back in with the same result. Was working fine last night.
>
> Thanks,
>
> ████████
>
> --
> Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the

intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▉▉▉▉▉▉
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, October 10, 2019 11:31 AM
**To:** Harold Crossley
**Subject:** Re: Warrant / Instagram

I'm glad it worked!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Oct 9, 2019 at 1:47 PM Harold Crossley <37864@lapd.online> wrote:

Disregard, I figured it out.

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ▮▮▮▮▮▮▮▮
OFFICE: 213-486-7260
CELL: ▮▮▮▮▮▮▮
100 W. 1st Street, STE 973

Los Angeles, CA 90012

---

**From:** Harold Crossley
**Sent:** Wednesday, October 9, 2019 1:47 PM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:** Warrant / Instagram

I'm trying to upload an instragram pdf search warrant return. The profile has since been deactivated.

What do I need to put in the Profile ID box for the warrant? When I put the url or name it says it could not locate.

Thanks!
Harold

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ██████████
OFFICE: 213-486-7260
CELL: ██████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

**From:**
**Sent:**        Thursday, October 10, 2019 10:19 AM
**To:**          Yulia Shvetsova
**Subject:**     Re: indefinite buffering in "Queries"

Okay, thanks ... if I search for a specific query/queries they show up. It's just the main view doesn't show, which is what I need at the moment (using Profile Finder).

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, October 10, 2019 10:12 AM
**To:** ███████████ <████████████████>
**Subject:** Re: indefinite buffering in "Queries"

Our tech team is looking into it as I type. Will keep you posted.

On Thu, Oct 10, 2019 at 10:10 ████████ <██████████████> wrote:

Ok thanks! I'm in incognito with a cleared cache, same result.

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, October 10, 2019 9:47:59 AM
**To:** ███████████ <████████████████>
**Subject:** Re: indefinite buffering in "Queries"

Can you try clearing your cache or starting in incognito mode please?

On Thu, Oct 10, 2019 at 09:40 ████████ <██████████████> wrote:

Hi Yulia,

I'm currently experiencing indefinite/ongoing buffering in Queries (see attached). I've logged out and logged back in with the same result. Was working fine last night.

Exhibit 5, Page 366

Thanks,

██████

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Thursday, October 10, 2019 10:12 AM |
| **To:** | ███████████ |
| **Subject:** | Re: indefinite buffering in "Queries" |

Our tech team is looking into it as I type. Will keep you posted.

On Thu, Oct 10, 2019 at 10:10 ████████ < ████████████████ > wrote:

> Ok thanks! I'm in incognito with a cleared cache, same result.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, October 10, 2019 9:47:59 AM
**To:** ███████████ < ████████████████ >
**Subject:** Re: indefinite buffering in "Queries"

Can you try clearing your cache or starting in incognito mode please?

On Thu, Oct 10, 2019 at 09:40 ████████ < ███████████████ > wrote:

Hi Yulia,

I'm currently experiencing indefinite/ongoing buffering in Queries (see attached). I've logged out and logged back in with the same result. Was working fine last night.

Thanks,

████████

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**
**Sent:** Thursday, October 10, 2019 10:11 AM
**To:** Yulia Shvetsova
**Subject:** Re: indefinite buffering in "Queries"

Ok thanks! I'm in incognito with a cleared cache, same result.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, October 10, 2019 9:47:59 AM
**To:** ███████ <██████████>
**Subject:** Re: indefinite buffering in "Queries"

Can you try clearing your cache or starting in incognito mode please?

On Thu, Oct 10, 2019 at 09:40 ████████ <████████████> wrote:

> Hi Yulia,
>
> I'm currently experiencing indefinite/ongoing buffering in Queries (see attached). I've logged out and logged back in with the same result. Was working fine last night.
>
> Thanks,
>
> ████
>
> --
> Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▉▉▉▉▉▉▉
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, October 10, 2019 9:48 AM
**To:** ▇▇▇▇▇▇
**Subject:** Re: indefinite buffering in "Queries"

Starting Chrome* in incognito mode

On Thu, Oct 10, 2019 at 09:47 Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
Can you try clearing your cache or starting in incognito mode please?

On Thu, Oct 10, 2019 at 09:40 ▇▇▇▇▇▇ <▇▇▇▇▇▇▇▇▇▇> wrote:

Hi Yulia,

I'm currently experiencing indefinite/ongoing buffering in Queries (see attached). I've logged out and logged back in with the same result. Was working fine last night.

Thanks,

▇▇▇▇

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, October 10, 2019 9:48 AM
**To:** █████████
**Subject:** Re: indefinite buffering in "Queries"

Can you try clearing your cache or starting in incognito mode please?

On Thu, Oct 10, 2019 at 09:40 ██████████ <████████████████> wrote:

Hi Yulia,

I'm currently experiencing indefinite/ongoing buffering in Queries (see attached). I've logged out and logged back in with the same result. Was working fine last night.

Thanks,

████

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**     Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**     Thursday, October 10, 2019 9:42 AM
**To:**       ███████████
**Subject:**  Re: indefinite buffering in "Queries"

I will look into this and get back to you.

On Thu, Oct 10, 2019 at 09:40 ███████████ <███████████████> wrote:

> Hi Yulia,
>
> I'm currently experiencing indefinite/ongoing buffering in Queries (see attached). I've logged out and logged back in with the same result. Was working fine last night.
>
> Thanks,
>
> ████
>
>
> --
> Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**
**Sent:**            Thursday, October 10, 2019 9:40 AM
**To:**              Yulia Shvetsova
**Subject:**         indefinite buffering in "Queries"
**Attachments:**     buffering.jpg

Hi Yulia,

I'm currently experiencing indefinite/ongoing buffering in Queries (see attached). I've logged out and logged back in with the same result. Was working fine last night.

Thanks,

███

| | |
|---|---|
| **From:** | Harold Crossley |
| **Sent:** | Wednesday, October 9, 2019 1:48 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Warrant / Instagram |

Disregard, I figured it out.

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: █████████
OFFICE: 213-486-7260
CELL: █████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Harold Crossley
**Sent:** Wednesday, October 9, 2019 1:47 PM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:** Warrant / Instagram

I'm trying to upload an instragram pdf search warrant return. The profile has since been deactivated.

What do I need to put in the Profile ID box for the warrant? When I put the url or name it says it could not locate.

Thanks!
Harold

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section

Exhibit 5, Page 377

Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ███████████
OFFICE: 213-486-7260
CELL: ███████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

**From:** Harold Crossley
**Sent:** Wednesday, October 9, 2019 1:47 PM
**To:** Yulia Shvetsova
**Subject:** Warrant / Instagram

I'm trying to upload an instragram pdf search warrant return. The profile has since been deactivated.

What do I need to put in the Profile ID box for the warrant? When I put the url or name it says it could not locate.

Thanks!
Harold

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ███████████
OFFICE: 213-486-7260
CELL: ██████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

Exhibit 5, Page 379

| From: | ▉▉▉▉▉▉▉ |
|---|---|
| Sent: | Tuesday, October 8, 2019 3:27 PM |
| To: | Yulia Shvetsova |
| Subject: | purging data, CalECPA, etc. |

Hi Yulia,

Quick question for you: is there a way, in Voyager, to somehow conduct any of the following:

A) Some sort of administrative-level audit of searches performed?
B) Either a manual or automatic purge of data (the latter based on date range, i.e. 5 years)?
C) Mark non-pertinent conversations from warrants for deletion, and then purge them?
D) REQUIRE that Profile Query Name include a case number before a search can take place?

Trying to navigate some of the discussion around:

- 28 CFR 23 "de facto standards"
- CalECPA requirements

As always, thank you!

_____

▉▉▉▉▉▉▉, ▉▉▉▉▉
**LAPD Robbery-Homicide Division**
**Website: click here**
**(213) 486-6850 office**
▉▉▉▉▉▉▉ cell/voicemail
▉▉▉▉▉▉▉▉▉ email



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included

herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Tuesday, October 8, 2019 10:47 AM |
| **To:** | Ta, Loc |
| **Cc:** | Kirk Yamamoto;David Whitehead |
| **Subject:** | Re: Burn Rate info for call...Kirk, can you help |

Thanks so much Loc.

See you all on the call.



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ▬▬▬▬▬▬

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

On Tue, Oct 8, 2019 at 1:35 PM Ta, Loc <lota@amazon.com> wrote:

Good news...I was able to find the spend information.  No effort needed from Kirk.  I'll share the info on the call.  Thanks

Loc Ta

AWS

▬▬▬▬▬▬ mobile

Exhibit 5, Page 382

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Tuesday, October 8, 2019 9:53 AM
**To:** Kirk Yamamoto <g9593@lapd.online>
**Cc:** Ta, Loc <lota@amazon.com>; David Whitehead <davidw@voyagerlabs.co>
**Subject:** Burn Rate info for call...Kirk, can you help

Kirk,

First and foremost, I hope you are doing well.

Per our discussion with Loc just now, he requested that he needs to check on the burn rate for the LAPD in advance of our Technology Scoping call later today. Unfortunately, he is out and about right and he doesn't have access to the latest account number for the LAPD. He mentioned it is critical to retrieve this number and to help out with the Burn Rate discussion on our conf. call later today. In the interests of time and since he was away from his computer, I told him I would send a quick note to you.

Can you kindly forward on the latest LAPD account number to Loc and so we can discuss this on our group technology call later today (i.e 12 PM PST)?

Thanks so much and let me know if you have any questions.

Scott

███████████

**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

M: +1 ███████████

O: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

| | |
|---|---|
| **From:** | Ta, Loc <lota@amazon.com> |
| **Sent:** | Tuesday, October 8, 2019 10:35 AM |
| **To:** | Scott McAndrews;Kirk Yamamoto |
| **Cc:** | David Whitehead |
| **Subject:** | RE: Burn Rate info for call...Kirk, can you help |

Good news...I was able to find the spend information.  No effort needed from Kirk.  I'll share the info on the call.  Thanks

Loc Ta
AWS
███████████ mobile

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Tuesday, October 8, 2019 9:53 AM
**To:** Kirk Yamamoto <g9593@lapd.online>
**Cc:** Ta, Loc <lota@amazon.com>; David Whitehead <davidw@voyagerlabs.co>
**Subject:** Burn Rate info for call...Kirk, can you help

Kirk,

First and foremost, I hope you are doing well.

Per our discussion with Loc just now, he requested that he needs to check on the burn rate for the LAPD in advance of our Technology Scoping call later today. Unfortunately, he is out and about right and he doesn't have access to the latest account number for the LAPD. He mentioned it is critical to retrieve this number and to help out with the Burn Rate discussion on our conf. call later today. In the interests of time and since he was away from his computer, I told him I would send a quick note to you.

Can you kindly forward on the latest LAPD account number to Loc and so we can discuss this on our group technology call later today (i.e 12 PM PST)?

Thanks so much and let me know if you have any questions.

Scott
███████████

**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ██████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

**From:**           Scott McAndrews <scottm@voyagerlabs.co>
**Sent:**           Tuesday, October 8, 2019 9:53 AM
**To:**             Kirk Yamamoto
**Cc:**             Ta, Loc;David Whitehead
**Subject:**        Burn Rate info for call...Kirk, can you help

**Follow Up Flag:**     Flag for follow up
**Flag Status:**        Flagged

Kirk,

First and foremost, I hope you are doing well.

Per our discussion with Loc just now, he requested that he needs to check on the burn rate for the LAPD in advance of our Technology Scoping call later today. Unfortunately, he is out and about right and he doesn't have access to the latest account number for the LAPD. He mentioned it is critical to retrieve this number and to help out with the Burn Rate discussion on our conf. call later today. In the interests of time and since he was away from his computer, I told him I would send a quick note to you.

Can you kindly forward on the latest LAPD account number to Loc and so we can discuss this on our group technology call later today (i.e 12 PM PST)?

Thanks so much and let me know if you have any questions.

Scott

███████████



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M:** +1 ███████████

**O:** + 1 212.404.2402

Exhibit 5, Page 387

scottm@voyagerlabs.co

www.voyagerlabs.co

Exhibit 5, Page 388

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, October 2, 2019 3:48 PM |
| **To:** | ▆▆▆▆▆▆ |
| **Subject:** | Re: Exporting IP addresses from Voyager |

Additionally, I received feedback from our support team re: collections issue.
Community/Pages do not work at this time due to a change made by Facebook.  We are working on a fix and hope to have an update on the status this week.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▆▆▆▆▆▆
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Oct 2, 2019 at 3:13 PM ▆▆▆▆▆▆ <▆▆▆▆▆▆▆▆▆> wrote:

Ok thank you, no rush – it's a 2013 case.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, October 02, 2019 3:12 PM
**To:** ▆▆▆▆▆▆ <▆▆▆▆▆▆▆▆>
**Cc:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Exporting IP addresses from Voyager

Exhibit 5, Page 389

Uh oh. Let me check and get back to you by EOD.

On Wed, Oct 2, 2019 at 15:11 ████████ < ██████████████ > wrote:

I know they're very in flux right now – it's nuts! Moving target. 😊  I tried that again, but no luck.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, October 02, 2019 3:10 PM
**To:** ████████ < ██████████ >
**Cc:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Exporting IP addresses from Voyager

Will pass along the feedback, thank you. ████████████████████████

████████████████████████████ FB has made some recent changes that have affected our collections but I believe this should be a workaround.

On Wed, Oct 2, 2019 at 15:08 ████████ < ██████████████ > wrote:

Hi Yulia,

Thank you for all of your support and updates. I'm having really good results lately with Voyager – it seems the more I put into it, the more I get out of it. Lately I've been doing a lot more with the Groups feature. Can you remind me what Apollo is for again?

I had an idea for the broader Voyager team, for future iterations (which you may already be working on). I mentioned it to Arnold – wondering if there would be a way to track and highlight new connections in any network – so, for example, if we collect on a Monday and then collect again on Friday, it would be awesome if Voyager could extrapolate those network changes. This would be useful in any scenario where new network actors would be important (counterterrorism, anti-gang, etc.). ███████████████████████████████████████████
███████████████████████

Also, I wanted to reach out because I'm bumping into some errors with respect to Facebook Pages, where Voyager is not able to locate the Page despite me manually confirming it exists as a page:



V/R,



_____

██████████, ████████

**LAPD Robbery-Homicide Division**

**Website:** **click here**

**(213) 486-6850 office**

██████████ **cell/voicemail**

██████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 4:04 PM
**To:** ██████████ <██████████>
**Subject:** Exporting IP addresses from Voyager

Hey ███,

Just wanted to give you a heads up that we've added the ability to export IP addresses from warrants when FB provides this.

Column J titled "Post content" will have both the IP address and what type of action it was.

| J |
|---|
| Post content |

ip_address : ███████████
type : login

If the words ip_address and type: login are not needed, it will probably be most efficient to "Find and Replace" within Excel and leave the replace field blank.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** ███████
**Sent:** Wednesday, October 2, 2019 3:47 PM
**To:** Yulia Shvetsova
**Cc:** Rebecca Nagy
**Subject:** RE: Exporting IP addresses from Voyager

Well, that's a shame. Okay thank you!

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, October 02, 2019 3:44 PM
**To:** ███████ <███████>
**Cc:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Exporting IP addresses from Voyager

Regarding the "extrapolating changes" - we do have this availability in the general system, called "Alerts". Basically, the system will let you know daily, weekly, or monthly of any new content or friend changes on a profile. During the trial, the decision was made by your decision makers and we were asked to not include this feature because it's very close to "Active monitoring".

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Oct 2, 2019 at 3:08 PM ██████████ <██████████████> wrote:

Hi Yulia,

Thank you for all of your support and updates. I'm having really good results lately with Voyager – it seems the more I put into it, the more I get out of it. Lately I've been doing a lot more with the Groups feature. Can you remind me what Apollo is for again?

I had an idea for the broader Voyager team, for future iterations (which you may already be working on). I mentioned it to Arnold – wondering if there would be a way to track and highlight new connections in any network – so, for example, if we collect on a Monday and then collect again on Friday, it would be awesome if Voyager could extrapolate those network changes. This would be useful in any scenario where new network actors would be important (counterterrorism, anti-gang, etc.). ███████████████████████████████████████████ ████████████████████

Also, I wanted to reach out because I'm bumping into some errors with respect to Facebook Pages, where Voyager is not able to locate the Page despite me manually confirming it exists as a page:



## Community Query

**Type**

Facebook Page        ▼

**Profile Name***

████████████████████

**Profile Query Name (use CASE NAME : PROFILE NAME, e.g. BANKS : John Smith)***

███████████████

**Profile Identification**

██████████

*Sorry, VoyagerAnalytics could not locate this profile. Please try again.*

Go

V/R,

_____

████████████, ████████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

████████████ **cell/voicemail**

████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 4:04 PM
**To:** ████████ <████████████████>
**Subject:** Exporting IP addresses from Voyager

Hey ██████,

Just wanted to give you a heads up that we've added the ability to export IP addresses from warrants when FB provides this.

Column J titled "Post content" will have both the IP address and what type of action it was.

| | J |
|---|---|
| Post content | |

ip_address : ████████████████

type : login

If the words ip_address and type: login are not needed, it will probably be most efficient to "Find and Replace" within Excel and leave the replace field blank.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, October 2, 2019 3:44 PM |
| **To:** | ▇▇▇▇▇▇ |
| **Cc:** | Rebecca Nagy |
| **Subject:** | Re: Exporting IP addresses from Voyager |

Regarding the "extrapolating changes" - we do have this availability in the general system, called "Alerts". Basically, the system will let you know daily, weekly, or monthly of any new content or friend changes on a profile. During the trial, the decision was made by your decision makers and we were asked to not include this feature because it's very close to "Active monitoring".


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Wed, Oct 2, 2019 at 3:08 PM ▇▇▇▇▇▇ <▇▇▇▇▇▇> wrote:

Hi Yulia,


Thank you for all of your support and updates. I'm having really good results lately with Voyager – it seems the more I put into it, the more I get out of it. Lately I've been doing a lot more with the Groups feature. Can you remind me what Apollo is for again?

I had an idea for the broader Voyager team, for future iterations (which you may already be working on). I mentioned it to Arnold – wondering if there would be a way to track and highlight new connections in any network – so, for example, if we collect on a Monday and then collect again on Friday, it would be awesome if Voyager could extrapolate those network changes. This would be useful in any scenario where new network actors would be important (counterterrorism, anti-gang, etc.). ██████████████████████████████
███████████████████████

Also, I wanted to reach out because I'm bumping into some errors with respect to Facebook Pages, where Voyager is not able to locate the Page despite me manually confirming it exists as a page:



V/R,

_____

██████████, ████████

**LAPD Robbery-Homicide Division**

**Website:** [click here](#)

**(213) 486-6850 office**

████████████ **cell/voicemail**

████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)>
**Sent:** Wednesday, September 25, 2019 4:04 PM
**To:** ████████████ <████████████████████>
**Subject:** Exporting IP addresses from Voyager

Hey ▮▮▮▮▮,

Just wanted to give you a heads up that we've added the ability to export IP addresses from warrants when FB provides this.

Column J titled "Post content" will have both the IP address and what type of action it was.



If the words ip_address and type: login are not needed, it will probably be most efficient to "Find and Replace" within Excel and leave the replace field blank.

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

Exhibit 5, Page 404

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** ▇▇▇▇▇▇▇▇
**Sent:** Wednesday, October 2, 2019 3:13 PM
**To:** Yulia Shvetsova
**Subject:** RE: Exporting IP addresses from Voyager

Ok thank you, no rush – it's a 2013 case.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, October 02, 2019 3:12 PM
**To:** ▇▇▇▇▇▇▇ <▇▇▇▇▇▇▇▇▇▇▇▇>
**Cc:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Exporting IP addresses from Voyager

Uh oh. Let me check and get back to you by EOD.

On Wed, Oct 2, 2019 at 15:11 ▇▇▇▇▇▇▇ <▇▇▇▇▇▇▇▇▇▇▇> wrote:

I know they're very in flux right now – it's nuts! Moving target. 😊  I tried that again, but no luck.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, October 02, 2019 3:10 PM
**To:** ▇▇▇▇▇▇▇ <▇▇▇▇▇▇▇▇▇▇▇>
**Cc:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Exporting IP addresses from Voyager

Will pass along the feedback, thank you. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇FB has made some recent changes that have affected our collections but I believe this should be a workaround.

Exhibit 5, Page 406

On Wed, Oct 2, 2019 at 15:08 ███████ <███████████████> wrote:

Hi Yulia,

Thank you for all of your support and updates. I'm having really good results lately with Voyager – it seems the more I put into it, the more I get out of it. Lately I've been doing a lot more with the Groups feature. Can you remind me what Apollo is for again?

I had an idea for the broader Voyager team, for future iterations (which you may already be working on). I mentioned it to Arnold – wondering if there would be a way to track and highlight new connections in any network – so, for example, if we collect on a Monday and then collect again on Friday, it would be awesome if Voyager could extrapolate those network changes. This would be useful in any scenario where new network actors would be important (counterterrorism, anti-gang, etc.). ██████████████████████████████████████████████████████████████████████
████████████████████████

Also, I wanted to reach out because I'm bumping into some errors with respect to Facebook Pages, where Voyager is not able to locate the Page despite me manually confirming it exists as a page:



## Community Query

**Type**

Facebook Page ▾

**Profile Name***

[REDACTED]

**Profile Query Name (use CASE NAME : PROFILE NAME, e.g. BANKS : John Smith)***

[REDACTED]

**Profile Identification**

[REDACTED]

Sorry, VoyagerAnalytics could not locate this profile. Please try again.

Go

V/R,

_____

[REDACTED], [REDACTED]

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

[REDACTED] **cell/voicemail**

[REDACTED] **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 4:04 PM
**To:** ▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** Exporting IP addresses from Voyager

Hey ▮▮▮▮,

Just wanted to give you a heads up that we've added the ability to export IP addresses from warrants when FB provides this.

Column J titled "Post content" will have both the IP address and what type of action it was.

J

Post content

ip_address :
type : login

If the words ip_address and type: login are not needed, it will probably be most efficient to "Find and Replace" within Excel and leave the replace field blank.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**       Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**       Wednesday, October 2, 2019 3:12 PM
**To:**         ▓▓▓▓▓▓▓
**Cc:**         Rebecca Nagy
**Subject:**    Re: Exporting IP addresses from Voyager

Uh oh. Let me check and get back to you by EOD.

On Wed, Oct 2, 2019 at 15:11 ▓▓▓▓▓▓ <▓▓▓▓▓▓▓▓▓▓▓▓> wrote:

I know they're very in flux right now – it's nuts! Moving target. 😊 I tried that again, but no luck.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, October 02, 2019 3:10 PM
**To:** ▓▓▓▓▓▓▓ <▓▓▓▓▓▓▓▓▓▓▓▓>
**Cc:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Exporting IP addresses from Voyager

Will pass along the feedback, thank you. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ FB has made some recent changes that have affected our collections but I believe this should be a workaround.

On Wed, Oct 2, 2019 at 15:08 ▓▓▓▓▓▓ <▓▓▓▓▓▓▓▓▓▓▓▓> wrote:

Hi Yulia,

Exhibit 5, Page 412

Thank you for all of your support and updates. I'm having really good results lately with Voyager – it seems the more I put into it, the more I get out of it. Lately I've been doing a lot more with the Groups feature. Can you remind me what Apollo is for again?

I had an idea for the broader Voyager team, for future iterations (which you may already be working on). I mentioned it to Arnold – wondering if there would be a way to track and highlight new connections in any network – so, for example, if we collect on a Monday and then collect again on Friday, it would be awesome if Voyager could extrapolate those network changes. This would be useful in any scenario where new network actors would be important (counterterrorism, anti-gang, etc.). ███████████████████████
██████████████████

Also, I wanted to reach out because I'm bumping into some errors with respect to Facebook Pages, where Voyager is not able to locate the Page despite me manually confirming it exists as a page:



V/R,

_____

████████████, ████████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

████████████ **cell/voicemail**

████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 4:04 PM

**To:** ██████████ <██████████████████>
**Subject:** Exporting IP addresses from Voyager

Hey ███████,

Just wanted to give you a heads up that we've added the ability to export IP addresses from warrants when FB provides this.

Column J titled "Post content" will have both the IP address and what type of action it was.

| J |
|---|
| Post content |

ip_address : ██████████████████████
type : login

If the words ip_address and type: login are not needed, it will probably be most efficient to "Find and Replace" within Excel and leave the replace field blank.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▇▇▇▇▇▇▇▇
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | |
| **Sent:** | Wednesday, October 2, 2019 3:12 PM |
| **To:** | Yulia Shvetsova |
| **Cc:** | Rebecca Nagy |
| **Subject:** | RE: Exporting IP addresses from Voyager |

I know they're very in flux right now – it's nuts! Moving target. 😊  I tried that again, but no luck.


**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, October 02, 2019 3:10 PM
**To:** ████████ <████████████████>
**Cc:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Exporting IP addresses from Voyager

Will pass along the feedback, thank you. ████████████████████
█████████████████████████ FB has made some recent changes that have affected our collections but I believe this should be a workaround.

On Wed, Oct 2, 2019 at 15:08 ████████ <████████████> wrote:


Hi Yulia,


Thank you for all of your support and updates. I'm having really good results lately with Voyager – it seems the more I put into it, the more I get out of it. Lately I've been doing a lot more with the Groups feature. Can you remind me what Apollo is for again?


I had an idea for the broader Voyager team, for future iterations (which you may already be working on). I mentioned it to Arnold – wondering if there would be a way to track and highlight new connections in any network – so, for example, if we collect on a Monday and then collect again on Friday, it would be awesome if Voyager could extrapolate those network changes. This would be useful in any scenario where new network actors would be important (counterterrorism, anti-gang, etc.). ████████████████████████████████████████
████████████████████

Also, I wanted to reach out because I'm bumping into some errors with respect to Facebook Pages, where Voyager is not able to locate the Page despite me manually confirming it exists as a page:



V/R,

_____

████████, ████████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

█████████ **cell/voicemail**

█████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 4:04 PM
**To:** █████████ <█████████████████>
**Subject:** Exporting IP addresses from Voyager

Hey █████,

Just wanted to give you a heads up that we've added the ability to export IP addresses from warrants when FB provides this.

Column J titled "Post content" will have both the IP address and what type of action it was.

J

Post content

ip_address : ███████████████████

type : login

If the words ip_address and type: login are not needed, it will probably be most efficient to "Find and Replace" within Excel and leave the replace field blank.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, October 2, 2019 3:11 PM |
| **To:** | ███████████ |
| **Cc:** | Rebecca Nagy |
| **Subject:** | Re: Exporting IP addresses from Voyager |

Also, sorry - Apollo is similar to a friendship report that shows a collection between two specific individuals.

On Wed, Oct 2, 2019 at 15:09 Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
> Will pass along the feedback, thank you. ███████████████████████████
> ███████████████████████ FB has made some recent changes that have affected our collections but I believe this should be a workaround.

On Wed, Oct 2, 2019 at 15:08 ███████████ <███████████████> wrote:

> Hi Yulia,

> Thank you for all of your support and updates. I'm having really good results lately with Voyager – it seems the more I put into it, the more I get out of it. Lately I've been doing a lot more with the Groups feature. Can you remind me what Apollo is for again?

> I had an idea for the broader Voyager team, for future iterations (which you may already be working on). I mentioned it to Arnold – wondering if there would be a way to track and highlight new connections in any network – so, for example, if we collect on a Monday and then collect again on Friday, it would be awesome if Voyager could extrapolate those network changes. This would be useful in any scenario where new network actors would be important (counterterrorism, anti-gang, etc.). ███████████████████████████████████████
> ███████████████████████

> Also, I wanted to reach out because I'm bumping into some errors with respect to Facebook Pages, where Voyager is not able to locate the Page despite me manually confirming it exists as a page:



## Community Query

**Type**

Facebook Page ▾

**Profile Name***

████████████████

**Profile Query Name (use CASE NAME : PROFILE NAME, e.g. BANKS : John Smith)***

████████████████

**Profile Identification**

███████

Sorry, Voyager Analytics could not locate this profile. Please try again.

[ Go ]

V/R,

_____

████████████, ████████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

████████████ **cell/voicemail**

████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 4:04 PM
**To:** ▇▇▇▇▇▇ <▇▇▇▇▇▇▇▇▇▇▇>
**Subject:** Exporting IP addresses from Voyager

Hey ▇▇▇▇,

Just wanted to give you a heads up that we've added the ability to export IP addresses from warrants when FB provides this.

Column J titled "Post content" will have both the IP address and what type of action it was.

| | J |
|---|---|
| Post content | |

ip_address : ████████████████████
type : login

If the words ip_address and type: login are not needed, it will probably be most efficient to "Find and Replace" within Excel and leave the replace field blank.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, October 2, 2019 3:10 PM |
| **To:** | ███████ |
| **Cc:** | Rebecca Nagy |
| **Subject:** | Re: Exporting IP addresses from Voyager |

Will pass along the feedback, thank you. ████████████████████████████████████████
████████████████████████████ FB has made some recent changes that have affected our collections but I believe this should be a workaround.

On Wed, Oct 2, 2019 at 15:08 ███████████ < ████████████████ > wrote:

> Hi Yulia,
>
> Thank you for all of your support and updates. I'm having really good results lately with Voyager – it seems the more I put into it, the more I get out of it. Lately I've been doing a lot more with the Groups feature. Can you remind me what Apollo is for again?
>
> I had an idea for the broader Voyager team, for future iterations (which you may already be working on). I mentioned it to Arnold – wondering if there would be a way to track and highlight new connections in any network – so, for example, if we collect on a Monday and then collect again on Friday, it would be awesome if Voyager could extrapolate those network changes. This would be useful in any scenario where new network actors would be important (counterterrorism, anti-gang, etc.). ███████████████████████████████████████████████
> ███████████████████████
>
> Also, I wanted to reach out because I'm bumping into some errors with respect to Facebook Pages, where Voyager is not able to locate the Page despite me manually confirming it exists as a page:



## Community Query

**Type**

Facebook Page ▼

**Profile Name\***

███████████████

**Profile Query Name (use CASE NAME : PROFILE NAME, e.g. BANKS : John Smith)\***

███████████████

**Profile Identification**

██████

Sorry, VoyagerAnalytics could not locate this profile. Please try again.

Go

V/R,

_____

██████████, ████████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

████████████ **cell/voicemail**

████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 4:04 PM
**To:** ███████ <████████████████>
**Subject:** Exporting IP addresses from Voyager

Hey ██████,

Just wanted to give you a heads up that we've added the ability to export IP addresses from warrants when FB provides this.

Column J titled "Post content" will have both the IP address and what type of action it was.

J

Post content

ip_address : ███████████████

type : login

If the words ip_address and type: login are not needed, it will probably be most efficient to "Find and Replace" within Excel and leave the replace field blank.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▇▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | ███████ |
| **Sent:** | Wednesday, October 2, 2019 3:08 PM |
| **To:** | Yulia Shvetsova |
| **Cc:** | Rebecca Nagy |
| **Subject:** | RE: Exporting IP addresses from Voyager |

Hi Yulia,

Thank you for all of your support and updates. I'm having really good results lately with Voyager – it seems the more I put into it, the more I get out of it. Lately I've been doing a lot more with the Groups feature. Can you remind me what Apollo is for again?

I had an idea for the broader Voyager team, for future iterations (which you may already be working on). I mentioned it to Arnold – wondering if there would be a way to track and highlight new connections in any network – so, for example, if we collect on a Monday and then collect again on Friday, it would be awesome if Voyager could extrapolate those network changes. This would be useful in any scenario where new network actors would be important (counterterrorism, anti-gang, etc.). ███████████████████████████████████████████████████████
████████

Also, I wanted to reach out because I'm bumping into some errors with respect to Facebook Pages, where Voyager is not able to locate the Page despite me manually confirming it exists as a page:



## Community Query

**Type**

Facebook Page ▼

**Profile Name***

████████████

**Profile Query Name (use CASE NAME : PROFILE NAME, e.g. BANKS : John Smith)***

████████████

**Profile Identification**

██████

Sorry, VoyagerAnalytics could not locate this profile. Please try again.

Go

V/R,

_____

████████, ██████
**LAPD Robbery-Homicide Division**
**Website: click here**
**(213) 486-6850 office**
████████████ **cell/voicemail**
████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, refers to investigative techniques, security procedures, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 4:04 PM
**To:** ▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** Exporting IP addresses from Voyager

Hey ▮▮▮▮▮,

Just wanted to give you a heads up that we've added the ability to export IP addresses from warrants when FB provides this.
Column J titled "Post content" will have both the IP address and what type of action it was.



If the words ip_address and type: login are not needed, it will probably be most efficient to "Find and Replace" within Excel and leave the replace field blank.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, October 2, 2019 1:21 PM |
| **To:** | Kevan Beard |
| **Subject:** | Re: Quick question |

Ok, my next suggestion would be to try running that email and/or phone in google and seeing if that brings up anything.

On Wed, Oct 2, 2019 at 13:15 Kevan Beard <35841@lapd.online> wrote:

██████████████████████████████ I'd probably get a couple thousand or more by running that.

Kevan

Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, October 2, 2019 1:13:02 PM

**To:** Kevan Beard <35841@lapd.online>
**Subject:** Re: Quick question

Glad to try to help. Sorry it's not populating any results. Profile finder is undergoing a lot of changes given FB and IG's recent updates. I can rerun in an hour or so. Have you tried using the subjects name?

On Wed, Oct 2, 2019 at 13:11 Kevan Beard <35841@lapd.online> wrote:

Thank you for the quick response.  Neither had any hits which is why I wanted to make sure I was doing it correctly.

Kevan

Sent from Mail for Windows 10

Exhibit 5, Page 436

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, October 2, 2019 1:09:29 PM
**To:** Kevan Beard <35841@lapd.online>
**Subject:** Re: Quick question

Yes, that is correct. I would try them separately first and together if that brings too many results.

On Wed, Oct 2, 2019 at 13:01 Kevan Beard <35841@lapd.online> wrote:

Good Afternoon Yulia

I'm trying to see if a email and/or phone has a Facebook or Instagram account associated with it.  Just wanted to make sure I was doing it correctly by using the profile finder tab on the left side of the page?

Any help you can get would be great.

Kevan

Get Outlook for Android

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.
--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Kevan Beard |
| **Sent:** | Wednesday, October 2, 2019 1:16 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Quick question |

███████████████████████████████████ I'd probably get a couple thousand or more by running that.

Kevan

Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, October 2, 2019 1:13:02 PM
**To:** Kevan Beard <35841@lapd.online>
**Subject:** Re: Quick question

Glad to try to help. Sorry it's not populating any results. Profile finder is undergoing a lot of changes given FB and IG's recent updates. I can rerun in an hour or so. Have you tried using the subjects name?

On Wed, Oct 2, 2019 at 13:11 Kevan Beard <35841@lapd.online> wrote:

> Thank you for the quick response.  Neither had any hits which is why I wanted to make sure I was doing it correctly.
>
>
> Kevan
>
>
> Sent from Mail for Windows 10

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, October 2, 2019 1:09:29 PM

**To:** Kevan Beard <35841@lapd.online>
**Subject:** Re: Quick question

Yes, that is correct. I would try them separately first and together if that brings too many results.

On Wed, Oct 2, 2019 at 13:01 Kevan Beard <35841@lapd.online> wrote:
Good Afternoon Yulia

I'm trying to see if a email and/or phone has a Facebook or Instagram account associated with it.  Just wanted to make sure I was doing it correctly by using the profile finder tab on the left side of the page?

Any help you can get would be great.

Kevan

Get Outlook for Android

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮▮▮▮
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, October 2, 2019 1:13 PM |
| **To:** | Kevan Beard |
| **Subject:** | Re: Quick question |

Glad to try to help. Sorry it's not populating any results. Profile finder is undergoing a lot of changes given FB and IG's recent updates. I can rerun in an hour or so. Have you tried using the subjects name?

On Wed, Oct 2, 2019 at 13:11 Kevan Beard <35841@lapd.online> wrote:

Thank you for the quick response.  Neither had any hits which is why I wanted to make sure I was doing it correctly.


Kevan


Sent from Mail for Windows 10

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, October 2, 2019 1:09:29 PM
**To:** Kevan Beard <35841@lapd.online>
**Subject:** Re: Quick question

Yes, that is correct. I would try them separately first and together if that brings too many results.

On Wed, Oct 2, 2019 at 13:01 Kevan Beard <35841@lapd.online> wrote:
Good Afternoon Yulia

I'm trying to see if a email and/or phone has a Facebook or Instagram account associated with it.  Just wanted to make sure I was doing it correctly by using the profile finder tab on the left side of the page?

███████████████████████████

Any help you can get would be great.

Kevan

Get [Outlook for Android](#)

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Kevan Beard |
| **Sent:** | Wednesday, October 2, 2019 1:11 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | RE: Quick question |

Thank you for the quick response.  Neither had any hits which is why I wanted to make sure I was doing it correctly.

Kevan

Sent from Mail for Windows 10

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, October 2, 2019 1:09:29 PM
**To:** Kevan Beard <35841@lapd.online>
**Subject:** Re: Quick question

Yes, that is correct. I would try them separately first and together if that brings too many results.

On Wed, Oct 2, 2019 at 13:01 Kevan Beard <35841@lapd.online> wrote:
> Good Afternoon Yulia
>
> I'm trying to see if a email and/or phone has a Facebook or Instagram account associated with it.  Just wanted to make sure I was doing it correctly by using the profile finder tab on the left side of the page?
>
> ████████████████████████
>
> Any help you can get would be great.
>
> Kevan
>
> Get Outlook for Android

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**       Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**       Wednesday, October 2, 2019 1:09 PM
**To:**         Kevan Beard
**Subject:**    Re: Quick question

Yes, that is correct. I would try them separately first and together if that brings too many results.

On Wed, Oct 2, 2019 at 13:01 Kevan Beard <35841@lapd.online> wrote:

> Good Afternoon Yulia
>
> I'm trying to see if a email and/or phone has a Facebook or Instagram account associated with it.  Just wanted to make sure I was doing it correctly by using the profile finder tab on the left side of the page?
>
> ███████████████████████████
>
> Any help you can get would be great.
>
> Kevan
>
> Get Outlook for Android

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Kevan Beard |
| **Sent:** | Wednesday, October 2, 2019 1:02 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Quick question |

Good Afternoon Yulia

I'm trying to see if a email and/or phone has a Facebook or Instagram account associated with it.  Just wanted to make sure I was doing it correctly by using the profile finder tab on the left side of the page?

Any help you can get would be great.

Kevan

Get Outlook for Android

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, October 2, 2019 12:09 PM |
| **To:** | Harold Crossley |
| **Subject:** | Fwd: Important - Please Read: Voyager - Remote Access |

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

---------- Forwarded message ---------
From: **Yulia Shvetsova** <yulias@voyagerlabs.co>
Date: Fri, Sep 27, 2019 at 11:24 AM
Subject: Fwd: Important - Please Read: Voyager - Remote Access
To: Kyung Park <41372@lapd.online>

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

---------- Forwarded message ---------
From: **Yulia Shvetsova** <yulias@voyagerlabs.co>
Date: Fri, Sep 27, 2019 at 8:14 AM
Subject: Fwd: Important - Please Read: Voyager - Remote Access
To:

Hi all,

Thank you for participating in the trial of VoyagerAnalytics! We have listened to your feedback about logging into the system with your authorized laptops from other networks.  Overnight, we implemented a new login procedure allowing you to connect from **any** computer and location. To do this, we are adding an additional network verification to ensure that only authorized network traffic accesses the system. We understand this is an additional step for you, but we believe the flexibility it allows you makes it well worth the effort!

**The new login procedure**:

1.  Navigate to the regular URL: https://va-bruins.voyager-analytics.com/

2.  The first time you log in from a new device, the system will prompt you as follows:



3.  Enter these credentials (*everyone uses the same ones, the password is case sensitive*)
Username: ███████
Password: ████████████

**Note:** Chrome will ask you if you want to save these credentials. If this is a trusted computer, you may select "**save**". If not, you will need to enter these credentials again the next time you log in.

4.  You will be redirected to the regular sign-in page:



5.  Enter your individual username and password to access the system as usual.

Thank you, and please let me know if you have any questions or concerns.

We hope this change will make it more convenient for you all to access Voyager from wherever you need!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▓▓▓▓▓▓
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▓▓▓▓▓▓
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Harold Crossley |
| **Sent:** | Wednesday, October 2, 2019 10:28 AM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager Training this week |

My cell is ▮▮▮▮▮▮▮▮▮

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ▮▮▮▮▮▮▮▮▮
OFFICE: 213-486-7260
CELL: ▮▮▮▮▮▮▮▮▮
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, October 2, 2019 10:27:10 AM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Voyager Training this week

Great I'm on my way now. I left you a voicemail

On Wed, Oct 2, 2019 at 10:26 Harold Crossley <37864@lapd.online> wrote:
1100 still works for me

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ▮▮▮▮▮▮▮▮▮
OFFICE: 213-486-7260
CELL: ▮▮▮▮▮▮▮▮▮
100 W. 1st Street, STE 973

Exhibit 5, Page 452

Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, October 1, 2019 6:37:43 PM

**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Voyager Training this week

 sounds good.

On Tue, Oct 1, 2019 at 18:37 Harold Crossley <37864@lapd.online> wrote:
> Hello.
>
> Yes that should. I'll be heading out around 730, but I should be back by then. I will let you know if I won't be.
>
> Detective II Harold Crossley
> Serial No. 37864
> Criminal Conspiracy Section
> Major Crimes Division
> Counter-Terrorism and Special Operations Bureau
> Los Angeles Police Department
> DESK: ▮▮▮▮▮▮▮▮▮
> OFFICE: 213-486-7260
> CELL: ▮▮▮▮▮▮▮
>
> 100 W. 1st Street, STE 973
> Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, October 1, 2019 6:35:10 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Voyager Training this week

Hey Harold,

Does tomorrow still work for you? Around 11 am?

On Mon, Sep 30, 2019 at 11:02 Harold Crossley <37864@lapd.online> wrote:
> Either one is good for me

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ███████████
OFFICE: 213-486-7260
CELL: ███████████

100 W. 1st Street, STE 973

Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 30, 2019 11:01:14 AM
**To:** Harold Crossley <37864@lapd.online>; Cullen Schmitz <42774@lapd.online>
**Subject:** Voyager Training this week

Hi all!

When is a good time either Wednesday or Thursday this week to sit down for training? It should take about 2 hours.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Harold Crossley |
| **Sent:** | Wednesday, October 2, 2019 10:28 AM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager Training this week |

I just got back in the office, but I'll be at my desk at 11

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ██████████
OFFICE: 213-486-7260
CELL: ██████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, October 2, 2019 10:27:10 AM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Voyager Training this week

Great I'm on my way now. I left you a voicemail

On Wed, Oct 2, 2019 at 10:26 Harold Crossley <37864@lapd.online> wrote:
  1100 still works for me

  Detective II Harold Crossley
  Serial No. 37864
  Criminal Conspiracy Section
  Major Crimes Division
  Counter-Terrorism and Special Operations Bureau
  Los Angeles Police Department
  DESK: ██████████
  OFFICE: 213-486-7260
  CELL: ██████████
  100 W. 1st Street, STE 973

Exhibit 5, Page 457

Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, October 1, 2019 6:37:43 PM

**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Voyager Training this week

 sounds good.

On Tue, Oct 1, 2019 at 18:37 Harold Crossley <37864@lapd.online> wrote:
> Hello.
>
> Yes that should. I'll be heading out around 730, but I should be back by then. I will let you know if I won't be.
>
> Detective II Harold Crossley
> Serial No. 37864
> Criminal Conspiracy Section
> Major Crimes Division
> Counter-Terrorism and Special Operations Bureau
> Los Angeles Police Department
> DESK: █████████████
> OFFICE: 213-486-7260
> CELL: █████████████
>
> 100 W. 1st Street, STE 973
> Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, October 1, 2019 6:35:10 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Voyager Training this week

Hey Harold,

Does tomorrow still work for you? Around 11 am?

On Mon, Sep 30, 2019 at 11:02 Harold Crossley <37864@lapd.online> wrote:
> Either one is good for me

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ██████████
OFFICE: 213-486-7260
CELL: ██████████

100 W. 1st Street, STE 973

Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 30, 2019 11:01:14 AM
**To:** Harold Crossley <37864@lapd.online>; Cullen Schmitz <42774@lapd.online>
**Subject:** Voyager Training this week

Hi all!

When is a good time either Wednesday or Thursday this week to sit down for training? It should take about 2 hours.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▇▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮▮▮
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**        Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**        Wednesday, October 2, 2019 10:27 AM
**To:**          Harold Crossley
**Subject:**     Re: Voyager Training this week

Great I'm on my way now. I left you a voicemail

On Wed, Oct 2, 2019 at 10:26 Harold Crossley <37864@lapd.online> wrote:
> 1100 still works for me
>
> Detective II Harold Crossley
> Serial No. 37864
> Criminal Conspiracy Section
> Major Crimes Division
> Counter-Terrorism and Special Operations Bureau
> Los Angeles Police Department
> DESK: ███████████
> OFFICE: 213-486-7260
> CELL: ███████████
> 100 W. 1st Street, STE 973
> Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, October 1, 2019 6:37:43 PM

**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Voyager Training this week

👏👏 sounds good.

On Tue, Oct 1, 2019 at 18:37 Harold Crossley <37864@lapd.online> wrote:
> Hello.
>
> Yes that should. I'll be heading out around 730, but I should be back by then. I will let you know if I won't be.
>
> Detective II Harold Crossley
> Serial No. 37864
> Criminal Conspiracy Section
> Major Crimes Division

Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ██████████████
OFFICE: 213-486-7260
CELL: ██████████████

100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, October 1, 2019 6:35:10 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Voyager Training this week

Hey Harold,

Does tomorrow still work for you? Around 11 am?

On Mon, Sep 30, 2019 at 11:02 Harold Crossley <37864@lapd.online> wrote:
  Either one is good for me

  Detective II Harold Crossley
  Serial No. 37864
  Criminal Conspiracy Section
  Major Crimes Division
  Counter-Terrorism and Special Operations Bureau
  Los Angeles Police Department
  DESK: ████████████
  OFFICE: 213-486-7260
  CELL: ████████████

  100 W. 1st Street, STE 973

  Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 30, 2019 11:01:14 AM
**To:** Harold Crossley <37864@lapd.online>; Cullen Schmitz <42774@lapd.online>
**Subject:** Voyager Training this week

Hi all!

When is a good time either Wednesday or Thursday this week to sit down for training? It should take about 2 hours.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▇▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▇▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**      Harold Crossley
**Sent:**      Wednesday, October 2, 2019 10:26 AM
**To:**        Yulia Shvetsova
**Subject:**   Re: Voyager Training this week

1100 still works for me

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ███████████
OFFICE: 213-486-7260
CELL: ███████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, October 1, 2019 6:37:43 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Voyager Training this week

 sounds good.

On Tue, Oct 1, 2019 at 18:37 Harold Crossley <37864@lapd.online> wrote:
  Hello.

  Yes that should. I'll be heading out around 730, but I should be back by then. I will let you know if I won't be.

  Detective II Harold Crossley
  Serial No. 37864
  Criminal Conspiracy Section
  Major Crimes Division
  Counter-Terrorism and Special Operations Bureau
  Los Angeles Police Department
  DESK: ███████████
  OFFICE: 213-486-7260

Exhibit 5, Page 466

CELL: ███████████
[100 W. 1st Street, STE 973](#)
[Los Angeles, CA 90012](#)

---

**From:** Yulia Shvetsova <[yulias@voyagerlabs.co](#)>
**Sent:** Tuesday, October 1, 2019 6:35:10 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Voyager Training this week

Hey Harold,

Does tomorrow still work for you? Around 11 am?

On Mon, Sep 30, 2019 at 11:02 Harold Crossley <37864@lapd.online> wrote:
> Either one is good for me
>
> Detective II Harold Crossley
> Serial No. 37864
> Criminal Conspiracy Section
> Major Crimes Division
> Counter-Terrorism and Special Operations Bureau
> Los Angeles Police Department
> DESK: ███████████
> OFFICE: 213-486-7260
> CELL: ███████████
>
> [100 W. 1st Street, STE 973](#)
> [Los Angeles, CA 90012](#)

---

**From:** Yulia Shvetsova <[yulias@voyagerlabs.co](#)>
**Sent:** Monday, September 30, 2019 11:01:14 AM
**To:** Harold Crossley <37864@lapd.online>; Cullen Schmitz <42774@lapd.online>
**Subject:** Voyager Training this week

Hi all!

When is a good time either Wednesday or Thursday this week to sit down for training? It should take about 2 hours.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Tuesday, October 1, 2019 6:38 PM |
| **To:** | Harold Crossley |
| **Subject:** | Re: Voyager Training this week |

 sounds good.

On Tue, Oct 1, 2019 at 18:37 Harold Crossley <37864@lapd.online> wrote:

Hello.

Yes that should. I'll be heading out around 730, but I should be back by then. I will let you know if I won't be.

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ▇▇▇▇▇▇▇
OFFICE: 213-486-7260
CELL: ▇▇▇▇▇▇
100 W. 1st Street, STE 973
Los Angeles, CA 90012

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, October 1, 2019 6:35:10 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Voyager Training this week

Hey Harold,

Does tomorrow still work for you? Around 11 am?

On Mon, Sep 30, 2019 at 11:02 Harold Crossley <37864@lapd.online> wrote:

Either one is good for me

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section

Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ▌
OFFICE: 213-486-7260
CELL: ▌

<u>100 W. 1st Street, STE 973</u>
<u>Los Angeles, CA 90012</u>

---

**From:** Yulia Shvetsova <<u>yulias@voyagerlabs.co</u>>
**Sent:** Monday, September 30, 2019 11:01:14 AM
**To:** Harold Crossley <37864@lapd.online>; Cullen Schmitz <42774@lapd.online>
**Subject:** Voyager Training this week

Hi all!

When is a good time either Wednesday or Thursday this week to sit down for training? It should take about 2 hours.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▌
<u>yulias@voyagerlabs.co</u>
<u>www.voyagerlabs.co</u>

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Harold Crossley
**Sent:** Tuesday, October 1, 2019 6:37 PM
**To:** Yulia Shvetsova
**Subject:** Re: Voyager Training this week

Hello.

Yes that should. I'll be heading out around 730, but I should be back by then. I will let you know if I won't be.

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: █████████
OFFICE: 213-486-7260
CELL: █████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, October 1, 2019 6:35:10 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Voyager Training this week

Hey Harold,

Does tomorrow still work for you? Around 11 am?

On Mon, Sep 30, 2019 at 11:02 Harold Crossley <37864@lapd.online> wrote:
> Either one is good for me
>
> Detective II Harold Crossley
> Serial No. 37864
> Criminal Conspiracy Section
> Major Crimes Division
> Counter-Terrorism and Special Operations Bureau
> Los Angeles Police Department

DESK: ███████████
OFFICE: 213-486-7260
CELL: ███████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 30, 2019 11:01:14 AM
**To:** Harold Crossley <37864@lapd.online>; Cullen Schmitz <42774@lapd.online>
**Subject:** Voyager Training this week

Hi all!

When is a good time either Wednesday or Thursday this week to sit down for training? It should take about 2 hours.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▮▮▮▮▮▮▮▮▮▮
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**      Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**      Tuesday, October 1, 2019 6:35 PM
**To:**        Harold Crossley
**Subject:**   Re: Voyager Training this week

Hey Harold,

Does tomorrow still work for you? Around 11 am?

On Mon, Sep 30, 2019 at 11:02 Harold Crossley <37864@lapd.online> wrote:
> Either one is good for me
>
> Detective II Harold Crossley
> Serial No. 37864
> Criminal Conspiracy Section
> Major Crimes Division
> Counter-Terrorism and Special Operations Bureau
> Los Angeles Police Department
> DESK: ███████████
> OFFICE: 213-486-7260
> CELL: ███████████
> 100 W. 1st Street, STE 973
> Los Angeles, CA 90012

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 30, 2019 11:01:14 AM
**To:** Harold Crossley <37864@lapd.online>; Cullen Schmitz <42774@lapd.online>
**Subject:** Voyager Training this week

Hi all!

When is a good time either Wednesday or Thursday this week to sit down for training? It should take about 2 hours.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| From: | Yulia Shvetsova <yulias@voyagerlabs.co> |
|---|---|
| Sent: | Tuesday, October 1, 2019 6:35 PM |
| To: | Cullen Schmitz |
| Subject: | Re: Training |

No problem! Thanks for letting me know. I'm out next week but the following week I am available - week of Oct 14th.


On Tue, Oct 1, 2019 at 13:01 Cullen Schmitz <42774@lapd.online> wrote:

Good afternoon,

I apologize for the late response, unfortunately I am helping facilitate a weeklong school out of the office. Sorry things keep popping up. If you are ever back in the office and have time for the training, I still would love to be apart of it.

Thank you,

Cullen Schmitz
42774
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Cullen Schmitz
**Sent:** Tuesday, October 1, 2019 1:01 PM
**To:** yulias@voyagerlabs.co
**Subject:** Training

Good afternoon,

I apologize for the late response, unfortunately I am helping facilitate a weeklong school out of the office. Sorry things keep popping up. If you are ever back in the office and have time for the training, I still would love to be apart of it.

Thank you,

Cullen Schmitz
42774

**From:** Harold Crossley
**Sent:** Monday, September 30, 2019 11:02 AM
**To:** Yulia Shvetsova;Cullen Schmitz
**Subject:** Re: Voyager Training this week

Either one is good for me

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ███████████
OFFICE: 213-486-7260
CELL: ███████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 30, 2019 11:01:14 AM
**To:** Harold Crossley <37864@lapd.online>; Cullen Schmitz <42774@lapd.online>
**Subject:** Voyager Training this week

Hi all!

When is a good time either Wednesday or Thursday this week to sit down for training? It should take about 2 hours.

Best,

Exhibit 5, Page 480



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮▮
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Monday, September 30, 2019 11:01 AM |
| **To:** | Harold Crossley;Cullen Schmitz |
| **Subject:** | Voyager Training this week |

Hi all!

When is a good time either Wednesday or Thursday this week to sit down for training? It should take about 2 hours.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Arnold Suzukamo |
| **Sent:** | Friday, September 27, 2019 5:10 PM |
| **To:** | Yulia Shvetsova;Kyung Park;Scott McAndrews |
| **Subject:** | Re: Voyager update |

thanks

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, September 27, 2019 3:51 PM
**To:** Arnold Suzukamo <n1103@lapd.online>; Kyung Park <41372@lapd.online>; Scott McAndrews <scottm@voyagerlabs.co>
**Subject:** Voyager update

Hey Arnold,

Just letting you know Kyung and I met for Voyager training today.

Have a great weekend!

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Kyung Park |
| **Sent:** | Friday, September 27, 2019 4:38 PM |
| **To:** | Scott McAndrews |
| **Subject:** | Re: Voyager update |

Hi Scott,

I hope this email finds you well. I believe Arnold may have mistaken me for someone else, he does run into a lot of people that are way more qualified than I am.

As far as the training went, I very much enjoyed learning the system. It is a powerful system that can integrate useful tools to ensure a more detailed investigation.

I do understand that very recently  the platform was moved so that users can use the system from a non-stationary location (i.e work desk). The mobility part will greatly enhance the way users can utilize the system. I can see it effecting the outcome of a hot/active case for specialized units.

The platform is very user friendly and the buttons are intuitive. The layout is not cluttered and the result list is also easy to read. Also the snapshot view being a non interactive screen is also great for users not familiar with the social network site that is being viewed, it prevents from accidental clicks.

There are some stuff I spoke with Yulia about, and it seems like our department currently does not want to head towards that direction (hence shutting down the options) but I do believe it will be viable to Federal Agencies and also to other City/Communities (Facial Recognition along with other usage. Another example is being able to log in with fakes accounts that are already friended with the target subject and pulling data. Great function, just not what our department is headed currently.

I do like the fact that Voyager is consistently looking into multiple ways to obtain data and is flexible in obtain the data (learning from previous companies) and staying away from their model.

Connecting what I learned from today, and also the road map meeting I attended when I met you a few days ago, I believe this product will be a good tool in the course of departments investigation. The viability for the company as a resource and long standing of in itself is very evident as well. I understand that each networking site is a labor intensive task and also consumes financial resources, however, I feel the currently sites that can be searched is a good solid base to start.

Is there any target specific questions that I could answer to better help what feedback you were looking to address?

Respectfully
Kyung Park 41372
Los Angeles Police Department
Office of Operations: Telematics Unit

---

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Friday, September 27, 2019 3:56 PM
**To:** Kyung Park <41372@lapd.online>
**Subject:** Re: Voyager update

Kyung,

How did it go?  Arnold speaks very highly of you, so I know these analytic tools are a breeze for you to learn. However, I still would love to know your feedback (good, bad and indifferent), if you didn't mind.

Thanks for your help and do let me know if you need me to do anything for you as well.

Scott
███████

On Fri, Sep 27, 2019, 6:51 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
  Hey Arnold,

  Just letting you know Kyung and I met for Voyager training today.

  Have a great weekend!

  --
  Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**   Scott McAndrews <scottm@voyagerlabs.co>
**Sent:**   Friday, September 27, 2019 3:56 PM
**To:**   Kyung Park
**Subject:**   Re: Voyager update

Kyung,

How did it go?  Arnold speaks very highly of you, so I know these analytic tools are a breeze for you to learn. However, I still would love to know your feedback (good, bad and indifferent), if you didn't mind.

Thanks for your help and do let me know if you need me to do anything for you as well.

Scott
█████████

On Fri, Sep 27, 2019, 6:51 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
Hey Arnold,

Just letting you know Kyung and I met for Voyager training today.

Have a great weekend!

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**     Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**     Friday, September 27, 2019 3:51 PM
**To:**       Arnold Suzukamo;Kyung Park;Scott McAndrews
**Subject:**  Voyager update

Hey Arnold,

Just letting you know Kyung and I met for Voyager training today.

Have a great weekend!

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, September 27, 2019 2:16 PM
**To:** Cullen Schmitz
**Subject:** Re: Voyager training

Sounds good. Next week - Wednesday or Thursday works for me, anytime.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Thu, Sep 26, 2019 at 11:02 AM Cullen Schmitz <42774@lapd.online> wrote:

Good morning,

Unfortunately I'm not in tomorrow. I'll try to work around your schedule though whenever works best for you in the future.

Cullen Schmitz

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 26, 2019 10:33 AM
**To:** Cullen Schmitz <42774@lapd.online>
**Subject:** Re: Voyager training

Hi Cullen,

Would tomorrow around 10am work for you? One additional user wants to join the training but he can't make it today.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Sep 25, 2019 at 9:07 AM Cullen Schmitz <42774@lapd.online> wrote:

Good morning,

That is completely fine, that has priority for sure. Tomorrow should still work for me so no problem. Let me know whenever works best for you. Thank you for the update.

Cullen Schmitz
42774

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 9:00 AM
**To:** Cullen Schmitz <42774@lapd.online>
**Subject:** Voyager training

Hi Cullen,

We may have to push back training today until tomorrow if that's ok with you. I got called in to help out ▇▇▇▇▇▇▇▇ with a double homicide and I'm not entirely sure how long they're going to need me there for. Just a heads up, if I get done in time, I will make my way over to HQ after, but I got asked to make this a priority by LAPD leadership.

Thank you!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▇▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Friday, September 27, 2019 11:25 AM |
| **To:** | Kyung Park |
| **Subject:** | Fwd: Important - Please Read: Voyager - Remote Access |

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

---------- Forwarded message ---------
From: **Yulia Shvetsova** <yulias@voyagerlabs.co>
Date: Fri, Sep 27, 2019 at 8:14 AM
Subject: Fwd: Important - Please Read: Voyager - Remote Access
To:

Hi all,

Thank you for participating in the trial of VoyagerAnalytics! We have listened to your feedback about logging into the system with your authorized laptops from other networks.  Overnight, we implemented a new login procedure allowing you to connect from **any** computer and location. To do this, we are adding an additional network verification to ensure that only authorized network traffic accesses the system. We understand this is an additional step for you, but we believe the flexibility it allows you makes it well worth the effort!

**The new login procedure**:

1. Navigate to the regular URL: https://va-bruins.voyager-analytics.com/

2. The first time you log in from a new device, the system will prompt you as follows:



3. Enter these credentials (*everyone uses the same ones, the password is case sensitive*)
Username: ▮▮▮▮▮▮▮
Password: ▮▮▮▮▮▮▮▮▮▮▮

**Note:** Chrome will ask you if you want to save these credentials. If this is a trusted computer, you may select "**save**". If not, you will need to enter these credentials again the next time you log in.

4. You will be redirected to the regular sign-in page:

# Welcome to VoyagerAnalytics



5. Enter your individual username and password to access the system as usual.

Thank you, and please let me know if you have any questions or concerns.

We hope this change will make it more convenient for you all to access Voyager from wherever you need!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
<span style="color:#00A0E0">**M**</span>: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**        Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**        Friday, September 27, 2019 8:14 AM
**Subject:**     Fwd: Important - Please Read: Voyager - Remote Access

**Follow Up Flag:**   Flag for follow up
**Flag Status:**      Flagged

Hi all,

Thank you for participating in the trial of VoyagerAnalytics! We have listened to your feedback about logging into the system with your authorized laptops from other networks.  Overnight, we implemented a new login procedure allowing you to connect from **any** computer and location. To do this, we are adding an additional network verification to ensure that only authorized network traffic accesses the system. We understand this is an additional step for you, but we believe the flexibility it allows you makes it well worth the effort!

**The new login procedure**:

1.  Navigate to the regular URL: https://va-bruins.voyager-analytics.com/

2.  The first time you log in from a new device, the system will prompt you as follows:



3.  Enter these credentials (*everyone uses the same ones, the password is case sensitive*)
Username: ▮▮▮▮▮▮
Password: ▮▮▮▮▮▮▮▮▮▮

**Note:** Chrome will ask you if you want to save these credentials. If this is a trusted computer, you may select "**save**". If not, you will need to enter these credentials again the next time you log in.

Exhibit 5, Page 496

4.  You will be redirected to the regular sign-in page:



5.  Enter your individual username and password to access the system as usual.

Thank you, and please let me know if you have any questions or concerns.

We hope this change will make it more convenient for you all to access Voyager from wherever you need!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**      Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**      Thursday, September 26, 2019 3:33 PM
**To:**        John Warren
**Subject:**   Fwd: Voyager Login

---------- Forwarded message ---------
From: **Yulia Shvetsova** <yulias@voyagerlabs.co>
Date: Mon, Sep 16, 2019 at 14:39
Subject: Voyager Login
To: <25457@lapd.online>

Hi John,

The URL for Voyager is: https://va-bruins.voyager-analytics.com/
Please note you have to be connected to the LAPD LAN or logged in via Zscaler to access this URL, as one of the security measures.

Please see your credentials below:

To change the password:
Login with the existing credentials
Click the person icon in the top right corner:



Click "Account":



Enter the old password - ▇▇▇▇▇▇ and create a new password in the next two fields. Please note you will need a **non-alphanumeric character** in the password.

Let me know if you have any questions!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** David Whitehead <davidw@voyagerlabs.co>
**Sent:** Thursday, September 26, 2019 2:44 PM
**To:** Yulia Shvetsova
**Cc:** Scott McAndrews;Rebecca Nagy
**Subject:** Re: Increase Bruins queries please

Hi!

Working on it now. I'll update you as soon as it's done.

Thank you,
David

On Thu, Sep 26, 2019, 17:32 Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
They are almost out for the day, thank you!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Thursday, September 26, 2019 2:42 PM |
| **To:** | Yulia Shvetsova |
| **Cc:** | Rebecca Nagy |
| **Subject:** | Re: Increase Bruins queries please |

The elves are working hard Rebecca :)

I am on a call, however I am trying to reach David and Tech Support as we speak

On Thu, Sep 26, 2019, 5:32 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
> They are almost out for the day, thank you!
> --
> Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**      Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**      Thursday, September 26, 2019 2:32 PM
**To:**        David Whitehead;Scott McAndrews
**Cc:**        Rebecca Nagy
**Subject:**   Increase Bruins queries please

They are almost out for the day, thank you!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Thursday, September 26, 2019 12:38 PM |
| **To:** | Rebecca Nagy;Adam Broderick;Albert Shinfeld;Brian Verschueren;█████████;William Lu;Scott Teubert;Kevan Beard;Thorsten Timmermans;Edward Dorroh;Iris Romero;Cedric Washington;William Roecker;Dana Lee;Christina Ledesma;Andrea Acosta |
| **Cc:** | Scott McAndrews;David Whitehead |
| **Subject:** | Important - Please Read: Voyager - Remote Access |

Hi all,

Thank you for participating in the trial of VoyagerAnalytics! We have listened to your feedback about logging into the system with your authorized laptops from other networks and locations. <u>Tonight, at approximately 10pm Pacific Time,</u> we will be implementing a new login procedure allowing you to connect from **any** computer and location. To do this, we are adding an additional network verification to ensure that only authorized network traffic accesses the system. We understand this is an additional step for you, but we believe the flexibility it allows you makes it well worth the effort!

**The new login procedure**:

1.  Navigate to the regular URL: <u>https://va-bruins.voyager-analytics.com/</u>

2.  The first time you log in from a new device, the system will prompt you as follows:



3.  Enter these credentials (*everyone uses the same ones, the password is case sensitive*)
Username: ██████
Password: ████████████

**Note:** Chrome will ask you if you want to save these credentials. If this is a trusted computer, you may select "**save**". If not, you will need to enter these credentials again the next time you log in.

Exhibit 5, Page 505

4.  You will be redirected to the regular sign-in page:



5.  Enter your individual username and password to access the system as usual.

Thank you, and please let me or David Whitehead (cc'd here) know if you have any questions or concerns.

We hope this change will make it more convenient for you all to access Voyager from wherever you need!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended

recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Cullen Schmitz
**Sent:** Thursday, September 26, 2019 11:02 AM
**To:** Yulia Shvetsova
**Subject:** Re: Voyager training

 Good morning,

Unfortunately I'm not in tomorrow. I'll try to work around your schedule though whenever works best for you in the future.

Cullen Schmitz

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 26, 2019 10:33 AM
**To:** Cullen Schmitz <42774@lapd.online>
**Subject:** Re: Voyager training

Hi Cullen,

Would tomorrow around 10am work for you? One additional user wants to join the training but he can't make it today.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 █████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Sep 25, 2019 at 9:07 AM Cullen Schmitz <42774@lapd.online> wrote:
Good morning,

That is completely fine, that has priority for sure. Tomorrow should still work for me so no problem. Let me know whenever works best for you. Thank you for the update.

Cullen Schmitz
42774

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 9:00 AM
**To:** Cullen Schmitz <42774@lapd.online>
**Subject:** Voyager training

Hi Cullen,

We may have to push back training today until tomorrow if that's ok with you. I got called in to help out ▓▓▓▓▓▓▓ with a double homicide and I'm not entirely sure how long they're going to need me there for. Just a heads up, if I get done in time, I will make my way over to HQ after, but I got asked to make this a priority by LAPD leadership.

Thank you!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▓▓▓▓▓▓▓
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Thursday, September 26, 2019 10:35 AM |
| **To:** | Kyung Park |
| **Subject:** | Re: Training on Friday |

Great, thanks.
I'm finalizing with them - we will be around the MCD area.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Thu, Sep 26, 2019 at 6:43 AM Kyung Park <41372@lapd.online> wrote:

Hi Good Morning Yulia,

Yes, I am located at HQ. I do not have any issues with that, the more the merrier. Is there a location you prefer?

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 4:38 PM
**To:** Kyung Park <41372@lapd.online>
**Subject:** Training on Friday

Hi Kyung!

Are you located in HQ? I have to do some additional training for MCD on Friday and wanted to see if we could combine our session with 2 other users if you are ok with that?

Thanks!

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Thursday, September 26, 2019 10:33 AM |
| **To:** | Cullen Schmitz |
| **Subject:** | Re: Voyager training |

Hi Cullen,

Would tomorrow around 10am work for you? One additional user wants to join the training but he can't make it today.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Sep 25, 2019 at 9:07 AM Cullen Schmitz <42774@lapd.online> wrote:

Good morning,

That is completely fine, that has priority for sure. Tomorrow should still work for me so no problem. Let me know whenever works best for you. Thank you for the update.

Cullen Schmitz
42774

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 9:00 AM
**To:** Cullen Schmitz <42774@lapd.online>
**Subject:** Voyager training

Hi Cullen,

We may have to push back training today until tomorrow if that's ok with you. I got called in to help out Harbor division with a double homicide and I'm not entirely sure how long they're going to need me there for. Just a heads up, if I get done in time, I will make my way over to HQ after, but I got asked to make this a priority by LAPD leadership.

Thank you!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 26, 2019 10:32 AM
**To:** Harold Crossley
**Subject:** Re: Voyager Training

Hi Harold,

Would tomorrow around 10 am work for you? One additional user wants to join the training but he can't make it today.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co



This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Wed, Sep 25, 2019 at 8:59 AM Harold Crossley <37864@lapd.online> wrote:
No worries, that probably works better for me too, ████████████████

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ████████████
OFFICE: 213-486-7260

Exhibit 5, Page 514

CELL: ███████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 8:59:14 AM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Voyager Training

Hey Harold,

We may have to push back training today until tomorrow if that's ok with you. I got called in to help out ██████████ with a double homicide and I'm not entirely sure how long they're going to need me there for. Just a heads up, if I get done in time, I will make my way over to HQ after, but I got asked to make this a priority by LAPD leadership.

Thank you!

On Mon, Sep 23, 2019 at 13:28 Harold Crossley <37864@lapd.online> wrote:
  Perfect, thanks!

  Detective II Harold Crossley
  Serial No. 37864
  Criminal Conspiracy Section
  Major Crimes Division
  Counter-Terrorism and Special Operations Bureau
  Los Angeles Police Department
  DESK: ████████
  OFFICE: 213-486-7260
  CELL: ██████
  100 W. 1st Street, STE 973
  Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 1:27:48 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Voyager Training

Somewhere near Rebecca (conference room, an empty desk, or your/Cullen's desks). Wherever works the best/has the best internet :)

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Sep 23, 2019 at 1:25 PM Harold Crossley <37864@lapd.online> wrote:
Hi Yulia,

I should be...where would you be located?

Thanks!
Harold

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ████████████
OFFICE: 213-486-7260
CELL: ████████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 1:24:42 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Voyager Training

Hi Harold,

Are you around Wednesday afternoon? I'm doing training for Officer Cullen Schmitz and we could all sit together and do a brief (2 hours or so) intro to the system so you can get up and running.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Kyung Park
**Sent:** Thursday, September 26, 2019 6:43 AM
**To:** Yulia Shvetsova
**Subject:** Re: Training on Friday

Hi Good Morning Yulia,

Yes, I am located at HQ. I do not have any issues with that, the more the merrier. Is there a location you prefer?

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 4:38 PM
**To:** Kyung Park <41372@lapd.online>
**Subject:** Training on Friday

Hi Kyung!

Are you located in HQ? I have to do some additional training for MCD on Friday and wanted to see if we could combine our session with 2 other users if you are ok with that?
Thanks!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▬▬▬▬▬
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

Exhibit 5, Page 519

**From:**    Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**    Wednesday, September 25, 2019 4:39 PM
**To:**    Kyung Park
**Subject:**    Training on Friday

Hi Kyung!

Are you located in HQ? I have to do some additional training for MCD on Friday and wanted to see if we could combine our session with 2 other users if you are ok with that?
Thanks!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**     Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**     Wednesday, September 25, 2019 4:04 PM
**To:**       ███████
**Subject:**  Exporting IP addresses from Voyager

Hey ████,

Just wanted to give you a heads up that we've added the ability to export IP addresses from warrants when FB provides this.
Column J titled "Post content" will have both the IP address and what type of action it was.

| | J |
|---|---|
| Post content | |

| | |
|---|---|
| ip_address ████████████ | |
| type : login | |

If the words ip_address and type: login are not needed, it will probably be most efficient to "Find and Replace" within Excel and leave the replace field blank.

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**          Rebecca Nagy
**Sent:**          Wednesday, September 25, 2019 3:45 PM
**To:**            Yulia Shvetsova
**Subject:**       Re: Voyager

Sounds good

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Yulia Shvetsova <yulias@voyagerlabs.co>
Date: 9/25/19 3:31 PM (GMT-08:00)
To: Rebecca Nagy <n4309@lapd.online>
Subject: Re: Voyager

And yes we will shoot for 2-3:30 for tomorrow! I will text you as soon as I'm done with my morning commitments and we can go from there.

On Wed, Sep 25, 2019 at 15:29 Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
1. Navigate to Profile
2. Click on warrant in the top menu
3. Select your file from the computer
4. Select FB or IG
5. Enter in the number located on the second line of the warrant PDF (███████████)
6. Enter in the file name (####.pdf usually)
7. Click upload and wait for the page to redirect you to the queries tab showing the warrant is parsing

On Wed, Sep 25, 2019 at 15:27 Rebecca Nagy <n4309@lapd.online> wrote:
fine no tacos for you.... do you have written directions on how to upload a search warrant. I really want to get that done.
if not 2-330 tomorrow? then a longer session next week

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
████████████

Exhibit 5, Page 522

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 3:25 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Voyager

Shoot - unfortunately I have some un-reschedulable demos until 1, so I wouldn't be able to get to you until about 2.

On Wed, Sep 25, 2019 at 15:16 Rebecca Nagy <n4309@lapd.online> wrote:
Tomorrow  is good say about 10:30 am then I will buy you lunch then more voyager. I gotta leave by 1530 tomorrow

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
█████████████

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 3:14 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Voyager

Hey Rebecca!
I'm just now heading back from the harbor area and it's going to take me close to 1 hour to get to you, which doesn't leave us any time to review. I also have a call later this afternoon that cuts into our time.

May we reschedule for tomorrow or Monday? I'm doing some new user training on Friday as well.
--
Best,

Exhibit 5, Page 523



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, September 25, 2019 3:31 PM |
| **To:** | Rebecca Nagy |
| **Subject:** | Re: Voyager |

And yes we will shoot for 2-3:30 for tomorrow! I will text you as soon as I'm done with my morning commitments and we can go from there.

On Wed, Sep 25, 2019 at 15:29 Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
1. Navigate to Profile
2. Click on warrant in the top menu
3. Select your file from the computer
4. Select FB or IG
5. Enter in the number located on the second line of the warrant PDF (███████████)
6. Enter in the file name (####.pdf usually)
7. Click upload and wait for the page to redirect you to the queries tab showing the warrant is parsing

On Wed, Sep 25, 2019 at 15:27 Rebecca Nagy <n4309@lapd.online> wrote:
fine no tacos for you.... do you have written directions on how to upload a search warrant. I really want to get that done.
if not 2-330 tomorrow? then a longer session next week

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
████████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 3:25 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Voyager

Shoot - unfortunately I have some un-reschedulable demos until 1, so I wouldn't be able to get to you until about 2.

On Wed, Sep 25, 2019 at 15:16 Rebecca Nagy <n4309@lapd.online> wrote:
Tomorrow  is good say about 10:30 am then I will buy you lunch then more voyager. I gotta leave by 1530 tomorrow

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
██████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 3:14 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Voyager

Hey Rebecca!
I'm just now heading back from the harbor area and it's going to take me close to 1 hour to get to you, which doesn't leave us any time to review. I also have a call later this afternoon that cuts into our time.

May we reschedule for tomorrow or Monday? I'm doing some new user training on Friday as well.
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, September 25, 2019 3:29 PM |
| **To:** | Rebecca Nagy |
| **Subject:** | Re: Voyager |

1. Navigate to Profile
2. Click on warrant in the top menu
3. Select your file from the computer
4. Select FB or IG
5. Enter in the number located on the second line of the warrant PDF (███████████)
6. Enter in the file name (####.pdf usually)
7. Click upload and wait for the page to redirect you to the queries tab showing the warrant is parsing

On Wed, Sep 25, 2019 at 15:27 Rebecca Nagy <n4309@lapd.online> wrote:
> fine no tacos for you.... do you have written directions on how to upload a search warrant. I really want to get that done.
> if not 2-330 tomorrow? then a longer session next week
>
>
> Rebecca Nagy, CCIA
> Crime and Intelligence Analyst II
> Major Crimes Division
> Los Angeles Police Department
> ████████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 3:25 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Voyager

Shoot - unfortunately I have some un-reschedulable demos until 1, so I wouldn't be able to get to you until about 2.

On Wed, Sep 25, 2019 at 15:16 Rebecca Nagy <n4309@lapd.online> wrote:
> Tomorrow  is good say about 10:30 am then I will buy you lunch then more voyager. I gotta leave by 1530 tomorrow
>
>
> Rebecca Nagy, CCIA
> Crime and Intelligence Analyst II
> Major Crimes Division

Los Angeles Police Department

███████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 3:14 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Voyager

Hey Rebecca!
I'm just now heading back from the harbor area and it's going to take me close to 1 hour to get to you, which doesn't leave us any time to review. I also have a call later this afternoon that cuts into our time.

May we reschedule for tomorrow or Monday? I'm doing some new user training on Friday as well.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Rebecca Nagy |
| **Sent:** | Wednesday, September 25, 2019 3:27 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager |

fine no tacos for you.... do you have written directions on how to upload a search warrant. I really want to get that done.
if not 2-330 tomorrow? then a longer session next week

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
██████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 3:25 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Voyager

Shoot - unfortunately I have some un-reschedulable demos until 1, so I wouldn't be able to get to you until about 2.

On Wed, Sep 25, 2019 at 15:16 Rebecca Nagy <n4309@lapd.online> wrote:
Tomorrow  is good say about 10:30 am then I will buy you lunch then more voyager. I gotta leave by 1530 tomorrow

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
██████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 3:14 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Voyager

Hey Rebecca!

I'm just now heading back from the harbor area and it's going to take me close to 1 hour to get to you, which doesn't leave us any time to review. I also have a call later this afternoon that cuts into our time.

May we reschedule for tomorrow or Monday? I'm doing some new user training on Friday as well.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, September 25, 2019 3:25 PM |
| **To:** | Rebecca Nagy |
| **Subject:** | Re: Voyager |

Shoot - unfortunately I have some un-reschedulable demos until 1, so I wouldn't be able to get to you until about 2.

On Wed, Sep 25, 2019 at 15:16 Rebecca Nagy <n4309@lapd.online> wrote:
> Tomorrow  is good say about 10:30 am then I will buy you lunch then more voyager. I gotta leave by 1530 tomorrow
>
> Rebecca Nagy, CCIA
> Crime and Intelligence Analyst II
> Major Crimes Division
> Los Angeles Police Department
> ██████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 3:14 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Voyager

Hey Rebecca!
I'm just now heading back from the harbor area and it's going to take me close to 1 hour to get to you, which doesn't leave us any time to review. I also have a call later this afternoon that cuts into our time.

May we reschedule for tomorrow or Monday? I'm doing some new user training on Friday as well.
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Rebecca Nagy |
| **Sent:** | Wednesday, September 25, 2019 3:17 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Harbor Division Folder |

Thank you

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
██████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 3:15 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Cc:** ██████████ <██████████>
**Subject:** Re: Harbor Division Folder

Great, I passed that list along and if any of those are not in the system, we will be sure to add them.

On Wed, Sep 25, 2019 at 12:35 Rebecca Nagy <n4309@lapd.online> wrote:
  Hello! Happy you are helping Harbor... It is my home away from home.
  I am pretty sure all the others were in there
  Korean Chinese Vietnamese Japanese Hebrew Bangladesh Thai Filipino Croatian


  Rebecca Nagy, CCIA
  Crime and Intelligence Analyst II
  Major Crimes Division
  Los Angeles Police Department
  ██████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 12:05 PM

Exhibit 5, Page 537

**To:** Rebecca Nagy <n4309@lapd.online>; ████████ < ██████████████ >
**Subject:** Harbor Division Folder

Hi Rebecca and ██████,

I'm meeting with Christina and Andrea today to train on Voyager. They have accounts and are in the "Harbor" folder. You guys also have access to this folder.

Also, @Rebecca Nagy you mentioned you'd like to include Armenian in the search/translate language capabilities. We are working on adding that now, but wanted to know if you wanted any other languages.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▉▉▉▉▉▉▉▉▉
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Rebecca Nagy |
| **Sent:** | Wednesday, September 25, 2019 3:16 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager |

Tomorrow  is good say about 10:30 am then I will buy you lunch then more voyager. I gotta leave by 1530 tomorrow

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
███████████

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 3:14 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Voyager

Hey Rebecca!
I'm just now heading back from the harbor area and it's going to take me close to 1 hour to get to you, which doesn't leave us any time to review. I also have a call later this afternoon that cuts into our time.

May we reschedule for tomorrow or Monday? I'm doing some new user training on Friday as well.
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

Exhibit 5, Page 540

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, September 25, 2019 3:15 PM |
| **To:** | Rebecca Nagy |
| **Cc:** | ███████ |
| **Subject:** | Re: Harbor Division Folder |

Great, I passed that list along and if any of those are not in the system, we will be sure to add them.

On Wed, Sep 25, 2019 at 12:35 Rebecca Nagy <n4309@lapd.online> wrote:
> Hello! Happy you are helping Harbor... It is my home away from home.
> I am pretty sure all the others were in there
> Korean Chinese Vietnamese Japanese Hebrew Bangladesh Thai Filipino Croatian
>
>
> Rebecca Nagy, CCIA
> Crime and Intelligence Analyst II
> Major Crimes Division
> Los Angeles Police Department
> ████████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 12:05 PM

**To:** Rebecca Nagy <n4309@lapd.online>; ████████ <████████████████>
**Subject:** Harbor Division Folder

Hi Rebecca and █████,

I'm meeting with Christina and Andrea today to train on Voyager. They have accounts and are in the "Harbor" folder. You guys also have access to this folder.

Also, @Rebecca Nagy you mentioned you'd like to include Armenian in the search/translate language capabilities. We are working on adding that now, but wanted to know if you wanted any other languages.

Best,

Exhibit 5, Page 542



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, September 25, 2019 3:15 PM |
| **To:** | Rebecca Nagy |
| **Subject:** | Voyager |

Hey Rebecca!

I'm just now heading back from the harbor area and it's going to take me close to 1 hour to get to you, which doesn't leave us any time to review. I also have a call later this afternoon that cuts into our time.

May we reschedule for tomorrow or Monday? I'm doing some new user training on Friday as well.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Rebecca Nagy |
| **Sent:** | Wednesday, September 25, 2019 12:36 PM |
| **To:** | Yulia Shvetsova;█████████ |
| **Subject:** | Re: Harbor Division Folder |

Hello! Happy you are helping Harbor... It is my home away from home.
I am pretty sure all the others were in there
Korean Chinese Vietnamese Japanese Hebrew Bangladesh Thai Filipino Croatian

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
█████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 12:05 PM
**To:** Rebecca Nagy <n4309@lapd.online>; █████████ <█████████>
**Subject:** Harbor Division Folder

Hi Rebecca and █████,

I'm meeting with Christina and Andrea today to train on Voyager. They have accounts and are in the "Harbor" folder. You guys also have access to this folder.

Also, @Rebecca Nagy you mentioned you'd like to include Armenian in the search/translate language capabilities. We are working on adding that now, but wanted to know if you wanted any other languages.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▮▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**
**Sent:**        Wednesday, September 25, 2019 12:18 PM
**To:**          Yulia Shvetsova;Rebecca Nagy
**Subject:**     Re: Harbor Division Folder

Thank you, Yulia!

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 12:05:33 PM
**To:** Rebecca Nagy <n4309@lapd.online>; ▇▇▇▇▇▇ <▇▇▇▇▇▇▇▇▇▇▇>
**Subject:** Harbor Division Folder

Hi Rebecca and ▇▇▇▇,

I'm meeting with Christina and Andrea today to train on Voyager. They have accounts and are in the "Harbor" folder. You guys also have access to this folder.

Also, @Rebecca Nagy you mentioned you'd like to include Armenian in the search/translate language capabilities. We are working on adding that now, but wanted to know if you wanted any other languages.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▇▇▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

Exhibit 5, Page 547

**From:**      Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**       Wednesday, September 25, 2019 12:06 PM
**To:**         Rebecca Nagy;██████████
**Subject:**    Harbor Division Folder

Hi Rebecca and ████,

I'm meeting with Christina and Andrea today to train on Voyager. They have accounts and are in the "Harbor" folder. You guys also have access to this folder.

Also, @Rebecca Nagy you mentioned you'd like to include Armenian in the search/translate language capabilities. We are working on adding that now, but wanted to know if you wanted any other languages.


Best,




**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, September 25, 2019 12:01 PM |
| **To:** | Robert Long |
| **Subject:** | Re: Account Disabled |

Bob,

Sorry for the confusion, your account is enabled now.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Wed, Sep 25, 2019 at 7:48 AM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
Checking with my team, will have you a new login by the end of the day.

On Tue, Sep 24, 2019 at 15:39 Robert Long <27410@lapd.online> wrote:

Hi Yulia,  Tried to log on to do a few run on Voyager but it shows my account is disabled.  Can you reset it?  Thanks



Bob Long

Commanding Officer

Major Crimes Division

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**      Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**      Wednesday, September 25, 2019 12:00 PM
**To:**        Andrea Acosta
**Subject:**   Voyager Credentials

Hi Andrea,

Please see your login info below:

URL:https://va-bruins.voyager-analytics.com/
Username: ████████
Password: ████████████

To change the password:
Login with the existing credentials
Click the person icon in the top right corner:



Click "Account":



Enter the old password - ▮▮▮▮▮▮▮ and create a new password in the next two fields. Please note you will need a **non-alphanumeric character** in the password.

Let me know if you have any questions!

Best,
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 11:56 AM
**To:** Christina Ledesma
**Subject:** Voyager Credentials

Hi Christina,

Please see your login info below:

URL:https://va-bruins.voyager-analytics.com/
Username: ███████
Password: ███████

To change the password:
Login with the existing credentials
Click the person icon in the top right corner:



Click "Account":



Enter the old password - ███████ and create a new password in the next two fields. Please note you will need a **non-alphanumeric character** in the password.

Let me know if you have any questions!
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████
yulias@voyagerlabs.co
www.voyagerlabs.co

Exhibit 5, Page 555

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Cullen Schmitz
**Sent:** Wednesday, September 25, 2019 9:08 AM
**To:** Yulia Shvetsova
**Subject:** Re: Voyager training

Good morning,

That is completely fine, that has priority for sure. Tomorrow should still work for me so no problem. Let me know whenever works best for you. Thank you for the update.

Cullen Schmitz
42774

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 9:00 AM
**To:** Cullen Schmitz <42774@lapd.online>
**Subject:** Voyager training

Hi Cullen,

We may have to push back training today until tomorrow if that's ok with you. I got called in to help out ▇▇▇▇▇▇▇ with a double homicide and I'm not entirely sure how long they're going to need me there for. Just a heads up, if I get done in time, I will make my way over to HQ after, but I got asked to make this a priority by LAPD leadership.

Thank you!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▇▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, September 25, 2019 9:01 AM |
| **To:** | Cullen Schmitz |
| **Subject:** | Voyager training |

Hi Cullen,

We may have to push back training today until tomorrow if that's ok with you. I got called in to help out ███████████ with a double homicide and I'm not entirely sure how long they're going to need me there for. Just a heads up, if I get done in time, I will make my way over to HQ after, but I got asked to make this a priority by LAPD leadership.

Thank you!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Harold Crossley |
| **Sent:** | Wednesday, September 25, 2019 9:00 AM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager Training |

No worries, that probably works better for me too, working an arson series today

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ██████████
OFFICE: 213-486-7260
CELL: ██████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 8:59:14 AM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Voyager Training

Hey Harold,

We may have to push back training today until tomorrow if that's ok with you. I got called in to help out ████████████ with a double homicide and I'm not entirely sure how long they're going to need me there for. Just a heads up, if I get done in time, I will make my way over to HQ after, but I got asked to make this a priority by LAPD leadership.

Thank you!

On Mon, Sep 23, 2019 at 13:28 Harold Crossley <37864@lapd.online> wrote:
> Perfect, thanks!
>
> Detective II Harold Crossley
> Serial No. 37864
> Criminal Conspiracy Section
> Major Crimes Division

Exhibit 5, Page 560

Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ███████████
OFFICE: 213-486-7260
CELL: ███████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 1:27:48 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Voyager Training

Somewhere near Rebecca (conference room, an empty desk, or your/Cullen's desks). Wherever works the best/has the best internet :)


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Mon, Sep 23, 2019 at 1:25 PM Harold Crossley <37864@lapd.online> wrote:
> Hi Yulia,
>
> I should be...where would you be located?
>
> Thanks!

Harold

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ██████████
OFFICE: 213-486-7260
CELL: ██████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 1:24:42 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Voyager Training

Hi Harold,

Are you around Wednesday afternoon? I'm doing training for Officer Cullen Schmitz and we could all sit together and do a brief (2 hours or so) intro to the system so you can get up and running.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the

intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 25, 2019 8:59 AM
**To:** Harold Crossley
**Subject:** Re: Voyager Training

Hey Harold,

We may have to push back training today until tomorrow if that's ok with you. I got called in to help out ███████ with a double homicide and I'm not entirely sure how long they're going to need me there for. Just a heads up, if I get done in time, I will make my way over to HQ after, but I got asked to make this a priority by LAPD leadership.

Thank you!

On Mon, Sep 23, 2019 at 13:28 Harold Crossley <37864@lapd.online> wrote:
> Perfect, thanks!
>
> Detective II Harold Crossley
> Serial No. 37864
> Criminal Conspiracy Section
> Major Crimes Division
> Counter-Terrorism and Special Operations Bureau
> Los Angeles Police Department
> DESK: ████████████
> OFFICE: 213-486-7260
> CELL: ████████████
> 100 W. 1st Street, STE 973
> Los Angeles, CA 90012
>
>
> ──────────────────────────────
> **From:** Yulia Shvetsova <yulias@voyagerlabs.co>
> **Sent:** Monday, September 23, 2019 1:27:48 PM
> **To:** Harold Crossley <37864@lapd.online>
> **Subject:** Re: Voyager Training
>
> Somewhere near Rebecca (conference room, an empty desk, or your/Cullen's desks). Wherever works the best/has the best internet :)
>
>
> Best,

Exhibit 5, Page 564



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Sep 23, 2019 at 1:25 PM Harold Crossley <37864@lapd.online> wrote:

Hi Yulia,

I should be...where would you be located?

Thanks!
Harold

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ████████████
OFFICE: 213-486-7260
CELL: ████████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 1:24:42 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Voyager Training

Exhibit 5, Page 565

Hi Harold,

Are you around Wednesday afternoon? I'm doing training for Officer Cullen Schmitz and we could all sit together and do a brief (2 hours or so) intro to the system so you can get up and running.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

Exhibit 5, Page 566

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, September 25, 2019 7:49 AM |
| **To:** | Robert Long |
| **Subject:** | Re: Account Disabled |

Checking with my team, will have you a new login by the end of the day.

On Tue, Sep 24, 2019 at 15:39 Robert Long <27410@lapd.online> wrote:

> Hi Yulia,  Tried to log on to do a few run on Voyager but it shows my account is disabled.  Can you reset it?  Thanks
>
>
> Bob Long
>
> Commanding Officer
>
> Major Crimes Division

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Robert Long
**Sent:** Tuesday, September 24, 2019 3:40 PM
**To:** yulias@voyagerlabs.co
**Subject:** Account Disabled

Hi Yulia,  Tried to log on to do a few run on Voyager but it shows my account is disabled.  Can you reset it?  Thanks

Bob Long
Commanding Officer
Major Crimes Division

**From:** Arnold Suzukamo
**Sent:** Monday, September 23, 2019 10:05 PM
**To:** Scott McAndrews
**Subject:** Re: Follow-up on the slides..

thanks scott.  yes, this was only for my reference.  needed it for the follow-up call with aviv later this week.

---

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Sunday, September 22, 2019 4:51 PM
**To:** Arnold Suzukamo <n1103@lapd.online>
**Subject:** Follow-up on the slides..

Arnold,

Per your request, I am forwarding over the slides from our meeting.  Please note, we do have a little sensitivity with the roadmap and due to the lack of the NDA. This is what I was checking on over the weekend. All I ask is that we please keep this confidential between ourselves and because we want to ensure this doesn't get in the wrong hands (e.g. competitors). Make sense?

Thanks again for all your help and have a wonderful rest of your weekend!



**Scott McAndrews**
**Regional Director**
**Public & Private Sector**
**M:** +1 ████████
**O:** + 1 212.404.2402
scottm@voyagerlabs.co
www.voyagerlabs.co

**From:** Robert Long
**Sent:** Monday, September 23, 2019 4:50 PM
**To:** Yulia Shvetsova
**Cc:** Rebecca Nagy
**Subject:** Re: Voyager Login

Thank you

Bob Long
Commanding Officer
Major Crimes Division
Los Angeles Police Department

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 2:18:21 PM
**To:** Robert Long <27410@lapd.online>
**Cc:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Voyager Login

Hi Captain Long,

Please see below your Voyager credentials:

URL: https://va-bruins.voyager-analytics.com/
Username: ████
Password: ████████

You have access to the MCD and RHD folders, let me know if you want your own/access to others.

To change the password:
Login with the existing credentials
Click the person icon in the top right corner:

Exhibit 5, Page 570



Click "Account":



Enter the old password - ▮▮▮▮▮▮▮ and create a new password in the next two fields. Please note you will need a **non-alphanumeric character** in the password.

Let me know if you have any questions!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Rebecca Nagy
**Sent:** Monday, September 23, 2019 3:18 PM
**To:** Yulia Shvetsova
**Subject:** Re: Harbor training

Okay cool

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Yulia Shvetsova <yulias@voyagerlabs.co>
Date: 9/23/19 3:17 PM (GMT-08:00)
To: Rebecca Nagy <n4309@lapd.online>
Subject: Re: Harbor training

No I think HQ would be best because I'm meeting Harold and Cullen there as well.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Sep 23, 2019 at 3:09 PM Rebecca Nagy <n4309@lapd.online> wrote:

No problem.
So do you want me to meet you at Harbor Division?

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
████████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 3:06 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Harbor training

Is scheduled for Wednesday at 10:30. I may have to push back our training depending on how quickly they get up to speed.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**        Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**        Monday, September 23, 2019 3:17 PM
**To:**          Rebecca Nagy
**Subject:**     Re: Harbor training

No I think HQ would be best because I'm meeting Harold and Cullen there as well.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Mon, Sep 23, 2019 at 3:09 PM Rebecca Nagy <n4309@lapd.online> wrote:
  No problem.
  So do you want me to meet you at Harbor Division?

  Rebecca Nagy, CCIA
  Crime and Intelligence Analyst II
  Major Crimes Division
  Los Angeles Police Department
  ████████████

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 3:06 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Harbor training

Is scheduled for Wednesday at 10:30. I may have to push back our training depending on how quickly they get up to speed.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Rebecca Nagy |
| **Sent:** | Monday, September 23, 2019 3:09 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Harbor training |

No problem.
So do you want me to meet you at Harbor Division?

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
████████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 3:06 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Harbor training

Is scheduled for Wednesday at 10:30. I may have to push back our training depending on how quickly they get up to speed.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended

recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**      Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**      Monday, September 23, 2019 3:06 PM
**To:**        Rebecca Nagy
**Subject:**   Harbor training

Is scheduled for Wednesday at 10:30. I may have to push back our training depending on how quickly they get up to speed.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| From: | Yulia Shvetsova <yulias@voyagerlabs.co> |
|-------|------------------------------------------|
| Sent: | Monday, September 23, 2019 2:18 PM |
| To: | Robert Long |
| Cc: | Rebecca Nagy |
| Subject: | Voyager Login |

Hi Captain Long,

Please see below your Voyager credentials:

URL: <u>https://va-bruins.voyager-analytics.com/</u>
Username: ███
Password: ███████

You have access to the MCD and RHD folders, let me know if you want your own/access to others.

To change the password:
Login with the existing credentials
Click the person icon in the top right corner:



Click "Account":



Enter the old password - [REDACTED] and create a new password in the next two fields. Please note you will need a **non-alphanumeric character** in the password.

Let me know if you have any questions!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Rebecca Nagy |
| **Sent:** | Monday, September 23, 2019 2:05 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager - reviewing VK |

27410@lapd.online
You rock thank you!

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
█████████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 2:03 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Voyager - reviewing VK

I can create him a login. What's his email?

On Mon, Sep 23, 2019 at 14:02 Rebecca Nagy <n4309@lapd.online> wrote:
Captain Long just requested access to test the system.... is there anyone else who is not using the system we can replace?

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
█████████████

---

**From:** Rebecca Nagy <n4309@lapd.online>
**Sent:** Monday, September 23, 2019 1:47 PM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>

**Subject:** Re: Voyager - reviewing VK

Exhibit 5, Page 583

San Diego is great !Love it down there.
Just let me know about Harbor. ███████████████████████

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
███████████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 1:23 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Voyager - reviewing VK

Thanks! I went down to San Diego for the first time over the weekend ████████████████████████ Was a great time!

We'll tentatively shoot for Wednesday. I've reached out to the Harbor folks as well and waiting to hear back re: what day/time works for them. I'm meeting with Officer Cullen on Wednesday after our session, and hopefully will get Harold Crossley then as well!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Sep 23, 2019 at 1:07 PM Rebecca Nagy <n4309@lapd.online> wrote:
Hello!
Hope you had a good weekend.  I was just talking about you.
Captain Long at MCD wanted to know if we could reallocate one of the spots From Det. Suzie Reed to Officer Cullen Schmitz.

I am around tomorrow or Wednesday.
Also let me know when you will meet with the Harbor personnel and I will help facilitate.

Rebecca


Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
███████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 1:02 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Voyager - reviewing VK

Hey Rebecca,

I'm free anytime on Thursday  if we wanted to schedule in a review session of looking at VK through Voyager.

I also wanted to show you:
- how to remove individuals from a topology
- running lexicon searches

Let me know if that works for you! Alternatively, I could meet Friday afternoon.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Monday, September 23, 2019 2:04 PM |
| **To:** | Rebecca Nagy |
| **Subject:** | Re: Voyager - reviewing VK |

I can create him a login. What's his email?

On Mon, Sep 23, 2019 at 14:02 Rebecca Nagy <n4309@lapd.online> wrote:
> Captain Long just requested access to test the system.... is there anyone else who is not using the system we can replace?
>
> Rebecca Nagy, CCIA
> Crime and Intelligence Analyst II
> Major Crimes Division
> Los Angeles Police Department
> ███████████

**From:** Rebecca Nagy <n4309@lapd.online>
**Sent:** Monday, September 23, 2019 1:47 PM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>

**Subject:** Re: Voyager - reviewing VK

San Diego is great !Love it down there.
Just let me know about Harbor. ███████████████████

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
███████████

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 1:23 PM

**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Voyager - reviewing VK

Thanks! I went down to San Diego for the first time over the weekend ███████████████████ Was a great time!

We'll tentatively shoot for Wednesday. I've reached out to the Harbor folks as well and waiting to hear back re: what day/time works for them. I'm meeting with Officer Cullen on Wednesday after our session, and hopefully will get Harold Crossley then as well!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Sep 23, 2019 at 1:07 PM Rebecca Nagy <n4309@lapd.online> wrote:
Hello!
Hope you had a good weekend.  I was just talking about you.
Captain Long at MCD wanted to know if we could reallocate one of the spots From Det. Suzie Reed to Officer Cullen Schmitz.

I am around tomorrow or Wednesday.
Also let me know when you will meet with the Harbor personnel and I will help facilitate.

Rebecca

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II

Major Crimes Division
Los Angeles Police Department
███████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 1:02 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Voyager - reviewing VK

Hey Rebecca,

I'm free anytime on Thursday  if we wanted to schedule in a review session of looking at VK through Voyager.

I also wanted to show you:
- how to remove individuals from a topology
- running lexicon searches

Let me know if that works for you! Alternatively, I could meet Friday afternoon.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Rebecca Nagy
**Sent:** Monday, September 23, 2019 2:03 PM
**To:** Yulia Shvetsova
**Subject:** Re: Voyager - reviewing VK

Captain Long just requested access to test the system.... is there anyone else who is not using the system we can replace?

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
███████████

---

**From:** Rebecca Nagy <n4309@lapd.online>
**Sent:** Monday, September 23, 2019 1:47 PM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:** Re: Voyager - reviewing VK

San Diego is great !Love it down there.
Just let me know about Harbor. ███████████████████████

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
███████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 1:23 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Voyager - reviewing VK

Thanks! I went down to San Diego for the first time over the weekend ████████████████████████ Was a great time!

We'll tentatively shoot for Wednesday. I've reached out to the Harbor folks as well and waiting to hear back re: what day/time works for them. I'm meeting with Officer Cullen on Wednesday after our session, and hopefully will get Harold Crossley then as well!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Sep 23, 2019 at 1:07 PM Rebecca Nagy <n4309@lapd.online> wrote:
Hello!
Hope you had a good weekend.  I was just talking about you.
Captain Long at MCD wanted to know if we could reallocate one of the spots From Det. Suzie Reed to Officer Cullen Schmitz.

I am around tomorrow or Wednesday.
Also let me know when you will meet with the Harbor personnel and I will help facilitate.

Rebecca


Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
███████████

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 1:02 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Voyager - reviewing VK

Hey Rebecca,

I'm free anytime on Thursday  if we wanted to schedule in a review session of looking at VK through Voyager.

I also wanted to show you:
- how to remove individuals from a topology
- running lexicon searches

Let me know if that works for you! Alternatively, I could meet Friday afternoon.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Rebecca Nagy
**Sent:** Monday, September 23, 2019 1:47 PM
**To:** Yulia Shvetsova
**Subject:** Re: Voyager - reviewing VK

San Diego is great !Love it down there.
Just let me know about Harbor. ███████████████████████


Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
████████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 1:23 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Voyager - reviewing VK

Thanks! I went down to San Diego for the first time over the weekend ████████████████████ Was a great time!

We'll tentatively shoot for Wednesday. I've reached out to the Harbor folks as well and waiting to hear back re: what day/time works for them. I'm meeting with Officer Cullen on Wednesday after our session, and hopefully will get Harold Crossley then as well!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Sep 23, 2019 at 1:07 PM Rebecca Nagy <n4309@lapd.online> wrote:
Hello!
Hope you had a good weekend.  I was just talking about you.
Captain Long at MCD wanted to know if we could reallocate one of the spots From Det. Suzie Reed to Officer Cullen Schmitz.

I am around tomorrow or Wednesday.
Also let me know when you will meet with the Harbor personnel and I will help facilitate.

Rebecca


Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
███████████


**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 1:02 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Voyager - reviewing VK

Hey Rebecca,

I'm free anytime on Thursday  if we wanted to schedule in a review session of looking at VK through Voyager.

I also wanted to show you:
- how to remove individuals from a topology
- running lexicon searches

Let me know if that works for you! Alternatively, I could meet Friday afternoon.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Harold Crossley |
| **Sent:** | Monday, September 23, 2019 1:28 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager Training |

Perfect, thanks!

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ███████████
OFFICE: 213-486-7260
CELL: ███████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 1:27:48 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Voyager Training

Somewhere near Rebecca (conference room, an empty desk, or your/Cullen's desks). Wherever works the best/has the best internet :)

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Sep 23, 2019 at 1:25 PM Harold Crossley <37864@lapd.online> wrote:
> Hi Yulia,
>
> I should be...where would you be located?
>
> Thanks!
> Harold
>
> Detective II Harold Crossley
> Serial No. 37864
> Criminal Conspiracy Section
> Major Crimes Division
> Counter-Terrorism and Special Operations Bureau
> Los Angeles Police Department
> DESK: ███████████
> OFFICE: 213-486-7260
> CELL: ███████████
> 100 W. 1st Street, STE 973
> Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 1:24:42 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Voyager Training

Hi Harold,

Are you around Wednesday afternoon? I'm doing training for Officer Cullen Schmitz and we could all sit together and do a brief (2 hours or so) intro to the system so you can get up and running.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Monday, September 23, 2019 1:28 PM |
| **To:** | Harold Crossley |
| **Subject:** | Re: Voyager Training |

Somewhere near Rebecca (conference room, an empty desk, or your/Cullen's desks). Wherever works the best/has the best internet :)


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▓▓▓▓▓▓▓
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Mon, Sep 23, 2019 at 1:25 PM Harold Crossley <37864@lapd.online> wrote:
> Hi Yulia,
>
> I should be...where would you be located?
>
> Thanks!
> Harold
>
> Detective II Harold Crossley
> Serial No. 37864
> Criminal Conspiracy Section
> Major Crimes Division
> Counter-Terrorism and Special Operations Bureau
> Los Angeles Police Department

DESK: ███████████
OFFICE: 213-486-7260
CELL: ███████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 1:24:42 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Voyager Training

Hi Harold,

Are you around Wednesday afternoon? I'm doing training for Officer Cullen Schmitz and we could all sit together and do a brief (2 hours or so) intro to the system so you can get up and running.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Harold Crossley |
| **Sent:** | Monday, September 23, 2019 1:26 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager Training |

Hi Yulia,

I should be...where would you be located?

Thanks!
Harold

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: █████████████
OFFICE: 213-486-7260
CELL: ███████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 1:24:42 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Voyager Training

Hi Harold,

Are you around Wednesday afternoon? I'm doing training for Officer Cullen Schmitz and we could all sit together and do a brief (2 hours or so) intro to the system so you can get up and running.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▇▇▇▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 1:25 PM
**To:** Harold Crossley
**Subject:** Voyager Training

Hi Harold,

Are you around Wednesday afternoon? I'm doing training for Officer Cullen Schmitz and we could all sit together and do a brief (2 hours or so) intro to the system so you can get up and running.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipient. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Monday, September 23, 2019 1:23 PM |
| **To:** | Rebecca Nagy |
| **Subject:** | Re: Voyager - reviewing VK |

Thanks! I went down to San Diego for the first time over the weekend ███████████████████████ Was a great time!

We'll tentatively shoot for Wednesday. I've reached out to the Harbor folks as well and waiting to hear back re: what day/time works for them. I'm meeting with Officer Cullen on Wednesday after our session, and hopefully will get Harold Crossley then as well!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Sep 23, 2019 at 1:07 PM Rebecca Nagy <n4309@lapd.online> wrote:
Hello!
Hope you had a good weekend.  I was just talking about you.
Captain Long at MCD wanted to know if we could reallocate one of the spots From Det. Suzie Reed to Officer Cullen Schmitz.

I am around tomorrow or Wednesday.
Also let me know when you will meet with the Harbor personnel and I will help facilitate.

Rebecca

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
██████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 1:02 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Voyager - reviewing VK

Hey Rebecca,

I'm free anytime on Thursday  if we wanted to schedule in a review session of looking at VK through Voyager.

I also wanted to show you:
- how to remove individuals from a topology
- running lexicon searches

Let me know if that works for you! Alternatively, I could meet Friday afternoon.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Monday, September 23, 2019 1:18 PM |
| **To:** | Cullen Schmitz |
| **Cc:** | Rebecca Nagy |
| **Subject:** | Re: Fw: Voyager |

Hi Cullen,

Just tried giving you a call but your VM isn't set up.
I'll be working with Rebecca on Wednesday afternoon, and could spend some time training you on Voyager after, if that works for you. Alternatively, any time on Thursday would work for me. What do you think?


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Mon, Sep 23, 2019 at 1:07 PM Rebecca Nagy <n4309@lapd.online> wrote:


Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department

███████

**From:** Cullen Schmitz <42774@lapd.online>
**Sent:** Monday, September 23, 2019 1:01 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Voyager

Cullen Schmitz
42774
███████

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Monday, September 23, 2019 1:14 PM |
| **To:** | ▇▇▇▇▇▇▇ |
| **Cc:** | Christina Ledesma;Andrea Acosta;Rebecca Nagy |
| **Subject:** | Re: Voyager Users |

On it! We are scheduling training for them this week and I noted re: the folders.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▇▇▇▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Sep 23, 2019 at 1:03 PM ▇▇▇▇▇▇▇ <▇▇▇▇▇▇▇▇▇▇▇> wrote:

Thank you, Yulia! We were hoping to add:

- Police Officer Christina Ledesma, 41115@lapd.online
- Crime & Intel Analyst II Andrea Acosta, N5967@lapd.online

Exhibit 5, Page 609

…to Voyager, in a separate Group called "Harbor" … with Rebecca Nagy and myself also having access to that group, if possible (4 total in Harbor Group dropdown, while still allowing Rebecca and I to have access to our existing Groups). Going to try something with them on short notice that could have a real positive outcome with respect to their criminal gang problem. Really appreciate it.


V/R,


_____

████████, ████████

**LAPD Robbery-Homicide Division**

**Website: <span style="color:blue">click here</span>**

**(213) 486-6850 office**

████████████ **cell/voicemail**

████████████ **email**





**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 12:23 PM
**To:** ████████ <████████████>
**Subject:** Voyager Users

Hey ████,

Just FYI, re: users removed from trial

Ellen Fama has already been removed, and I believe the other name was Will Roecker (correct me if I'm wrong there). They've been removed from the official trial, but their logins will still work just in case.

Thanks! Also, thank you for your feedback last week. It was very helpful.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Rebecca Nagy
**Sent:** Monday, September 23, 2019 1:08 PM
**To:** Yulia Shvetsova
**Subject:** Fw: Voyager

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
██████████████

---

**From:** Cullen Schmitz <42774@lapd.online>
**Sent:** Monday, September 23, 2019 1:01 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Voyager

Cullen Schmitz
42774
██████████████

**From:** Rebecca Nagy
**Sent:** Monday, September 23, 2019 1:07 PM
**To:** Yulia Shvetsova
**Subject:** Re: Voyager - reviewing VK

Hello!
Hope you had a good weekend.  I was just talking about you.
Captain Long at MCD wanted to know if we could reallocate one of the spots From Det. Suzie Reed to Officer Cullen Schmitz.

I am around tomorrow or Wednesday.
Also let me know when you will meet with the Harbor personnel and I will help facilitate.

Rebecca


Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
███████████


**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 1:02 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Voyager - reviewing VK

Hey Rebecca,

I'm free anytime on Thursday  if we wanted to schedule in a review session of looking at VK through Voyager.

I also wanted to show you:
- how to remove individuals from a topology
- running lexicon searches

Let me know if that works for you! Alternatively, I could meet Friday afternoon.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**
**Sent:**           Monday, September 23, 2019 1:03 PM
**To:**             Yulia Shvetsova
**Cc:**             Christina Ledesma;Andrea Acosta;Rebecca Nagy
**Subject:**        RE: Voyager Users

Thank you, Yulia! We were hoping to add:

- Police Officer Christina Ledesma, 41115@lapd.online
- Crime & Intel Analyst II Andrea Acosta, N5967@lapd.online

…to Voyager, in a separate Group called "Harbor" … with Rebecca Nagy and myself also having access to that group, if possible ▮▮▮▮▮▮ Harbor Group dropdown, while still allowing Rebecca and I to have access to our existing Groups). Going to try something with them on short notice that could have a real positive outcome with respect to their criminal gang problem. Really appreciate it.

V/R,

_____, ▮▮▮▮▮
**<span style="color:red">LAPD Robbery-Homicide Division</span>**
**Website: click here**
**(213) 486-6850 office**
▮▮▮▮▮▮▮▮▮▮ **cell/voicemail**
▮▮▮▮▮▮▮▮▮▮ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 12:23 PM

**To:** ███████████ <███████████████>
**Subject:** Voyager Users

Hey ██████,

Just FYI, re: users removed from trial
Ellen Fama has already been removed, and I believe the other name was Will Roecker (correct me if I'm wrong there). They've been removed from the official trial, but their logins will still work just in case.
Thanks! Also, thank you for your feedback last week. It was very helpful.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

Exhibit 5, Page 616

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Monday, September 23, 2019 1:02 PM |
| **To:** | Rebecca Nagy |
| **Subject:** | Voyager - reviewing VK |

Hey Rebecca,

I'm free anytime on Thursday  if we wanted to schedule in a review session of looking at VK through Voyager.

I also wanted to show you:
- how to remove individuals from a topology
- running lexicon searches

Let me know if that works for you! Alternatively, I could meet Friday afternoon.


Best,




**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**       Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**       Monday, September 23, 2019 12:59 PM
**To:**         Iris Romero
**Subject:**    Re: Voyager training today

Its no problem! Tomorrow works for me as well. I will be there at 10 until whenever you guys need me. Thanks!

On Mon, Sep 23, 2019 at 12:58 Iris Romero <37658@lapd.online> wrote:
> T told me you would be in tomorrow so instead of coming in today, we can meet tomorrow, I do not want to make you drive down twice.

> **From:** Yulia Shvetsova <yulias@voyagerlabs.co>
> **Sent:** Monday, September 23, 2019 12:50 PM
>
> **To:** Iris Romero <37658@lapd.online>
> **Subject:** Re: Voyager training today
>
> That would work - or I will be on site in the am tomorrow with T and on Wednesday as well. Whatever works best for you!
>
> On Mon, Sep 23, 2019 at 12:32 Iris Romero <37658@lapd.online> wrote:
>> Can we move it to 3 or is that too late
>>
>> Get Outlook for iOS
>
> **From:** Yulia Shvetsova <yulias@voyagerlabs.co>
> **Sent:** Monday, September 23, 2019 10:54:05 AM
> **To:** Iris Romero <37658@lapd.online>
> **Subject:** Re: Voyager training today
>
> Sure! See you then.
>
> On Mon, Sep 23, 2019 at 10:47 Iris Romero <37658@lapd.online> wrote:
>> Sorry I just checked my email,
>>
>> How is 2 PM ? Is that a good time ?
>
> **From:** Yulia Shvetsova <yulias@voyagerlabs.co>
> **Sent:** Monday, September 23, 2019 8:25 AM

**To:** Iris Romero <37658@lapd.online>
**Subject:** Voyager training today

Good morning Iris!

Is today still a good day for you so that I can come by for an hour or so? What time works best for you? Anything after 11 is good for me. Thanks!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.
--

Exhibit 5, Page 619

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Iris Romero
**Sent:** Monday, September 23, 2019 12:58 PM
**To:** Yulia Shvetsova
**Subject:** Re: Voyager training today

T told me you would be in tomorrow so instead of coming in today, we can meet tomorrow, I do not want to make you drive down twice.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 12:50 PM
**To:** Iris Romero <37658@lapd.online>
**Subject:** Re: Voyager training today

That would work - or I will be on site in the am tomorrow with T and on Wednesday as well. Whatever works best for you!

On Mon, Sep 23, 2019 at 12:32 Iris Romero <37658@lapd.online> wrote:
  Can we move it to 3 or is that too late

  Get Outlook for iOS

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 10:54:05 AM
**To:** Iris Romero <37658@lapd.online>
**Subject:** Re: Voyager training today

Sure! See you then.

On Mon, Sep 23, 2019 at 10:47 Iris Romero <37658@lapd.online> wrote:
  Sorry I just checked my email,

  How is 2 PM ? Is that a good time ?

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 8:25 AM
**To:** Iris Romero <37658@lapd.online>
**Subject:** Voyager training today

Good morning Iris!

Is today still a good day for you so that I can come by for an hour or so? What time works best for you? Anything after 11 is good for me. Thanks!

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▮▮▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**        Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**        Monday, September 23, 2019 12:50 PM
**To:**          Iris Romero
**Subject:**     Re: Voyager training today


That would work - or I will be on site in the am tomorrow with T and on Wednesday as well. Whatever works best for you!

On Mon, Sep 23, 2019 at 12:32 Iris Romero <37658@lapd.online> wrote:
 Can we move it to 3 or is that too late

 Get Outlook for iOS

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 10:54:05 AM
**To:** Iris Romero <37658@lapd.online>
**Subject:** Re: Voyager training today

Sure! See you then.

On Mon, Sep 23, 2019 at 10:47 Iris Romero <37658@lapd.online> wrote:
 Sorry I just checked my email,

 How is 2 PM ? Is that a good time ?

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 8:25 AM
**To:** Iris Romero <37658@lapd.online>
**Subject:** Voyager training today

Good morning Iris!

Is today still a good day for you so that I can come by for an hour or so? What time works best for you? Anything after 11 is good for me. Thanks!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▇▇▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▇▇▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Christina Ledesma |
| **Sent:** | Monday, September 23, 2019 12:44 PM |
| **To:** | yulias@voyagerlabs.co |
| **Cc:** | Andrea Acosta |
| **Subject:** | Voyager Application |

Hello,

First of all thank you very much for the help! I will be the point of contact as well as Andrea De La Merced who is our Harbor Division Crime & Intelligence Analyst II.  I can be reach at my cell phone at ███████████.

Police Officer Christina Ledesma
Los Angeles Police Department
Harbor Division
███████████

**From:** Iris Romero
**Sent:** Monday, September 23, 2019 12:33 PM
**To:** Yulia Shvetsova
**Subject:** Re: Voyager training today

Can we move it to 3 or is that too late

Get Outlook for iOS

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 10:54:05 AM
**To:** Iris Romero <37658@lapd.online>
**Subject:** Re: Voyager training today

Sure! See you then.

On Mon, Sep 23, 2019 at 10:47 Iris Romero <37658@lapd.online> wrote:

Sorry I just checked my email,

How is 2 PM ? Is that a good time ?

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 8:25 AM
**To:** Iris Romero <37658@lapd.online>
**Subject:** Voyager training today

Good morning Iris!

Is today still a good day for you so that I can come by for an hour or so? What time works best for you? Anything after 11 is good for me. Thanks!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

Exhibit 5, Page 629

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Monday, September 23, 2019 12:28 PM |
| **To:** | Paul McKechnie |
| **Cc:** | Yulia Shvetsova |
| **Subject:** | Thanks and follow-up…. |
| **Attachments:** | LAPD_Voyager Labs Contact information_7_10.pdf |

Lt. McKechnie,

Great talking with you just now. Per our conversation, we can definitely get your folks setup with passwords. As I mentioned, Yulia Shvetsova will be handling the training in person. You had mentioned Officer Christina Ledesma would be handling from your end. She can reach Yulia at ██████████████

Thanks again for your time today and have a great day!

PS - I have attached our Voyager contact list for your reference

 **Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ████████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

Exhibit 5, Page 630

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Monday, September 23, 2019 12:23 PM |
| **To:** | █████████ |
| **Subject:** | Voyager Users |

Hey ████,

Just FYI, re: users removed from trial
Ellen Fama has already been removed, and I believe the other name was Will Roecker (correct me if I'm wrong there). They've been removed from the official trial, but their logins will still work just in case.
Thanks! Also, thank you for your feedback last week. It was very helpful.


Best,




**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Monday, September 23, 2019 11:34 AM |
| **To:** | Robert Long |
| **Cc:** | Yulia Shvetsova;Autumn Francois |
| **Subject:** | Users to possibly switch out for Harbor Bay |

Capt. Long,

Great talking with you earlier. I just reviewed the users with Yulia and Autumn, we definitely think Suzi Reid (MCD) should be swapped. As a secondary , Scott Teubert at SBH only had 5 logins.

Let me know how you want to proceed and if Lt. Paul McKechnie wants to chat further. Yulia will be doing deskside training with those 1-2 people.

Thanks and talk to you soon.

 **Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ███████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

**From:** Iris Romero
**Sent:** Monday, September 23, 2019 10:55 AM
**To:** Yulia Shvetsova
**Subject:** Re: Voyager training today

Great, thanks!

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 10:54 AM
**To:** Iris Romero <37658@lapd.online>
**Subject:** Re: Voyager training today

Sure! See you then.

On Mon, Sep 23, 2019 at 10:47 Iris Romero <37658@lapd.online> wrote:
> Sorry I just checked my email,
>
> How is 2 PM ? Is that a good time ?

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 8:25 AM
**To:** Iris Romero <37658@lapd.online>
**Subject:** Voyager training today

Good morning Iris!

Is today still a good day for you so that I can come by for an hour or so? What time works best for you? Anything after 11 is good for me. Thanks!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Monday, September 23, 2019 10:54 AM |
| **To:** | Iris Romero |
| **Subject:** | Re: Voyager training today |

Sure! See you then.

On Mon, Sep 23, 2019 at 10:47 Iris Romero <37658@lapd.online> wrote:

> Sorry I just checked my email,
>
> How is 2 PM ? Is that a good time ?

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 8:25 AM
**To:** Iris Romero <37658@lapd.online>
**Subject:** Voyager training today

Good morning Iris!

Is today still a good day for you so that I can come by for an hour or so? What time works best for you? Anything after 11 is good for me. Thanks!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▉▉▉▉▉▉▉▉
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Iris Romero
**Sent:** Monday, September 23, 2019 10:48 AM
**To:** Yulia Shvetsova
**Subject:** Re: Voyager training today

Sorry I just checked my email,

How is 2 PM ? Is that a good time ?

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 23, 2019 8:25 AM
**To:** Iris Romero <37658@lapd.online>
**Subject:** Voyager training today

Good morning Iris!

Is today still a good day for you so that I can come by for an hour or so? What time works best for you? Anything after 11 is good for me. Thanks!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Monday, September 23, 2019 8:25 AM |
| **To:** | Iris Romero |
| **Subject:** | Voyager training today |

Good morning Iris!

Is today still a good day for you so that I can come by for an hour or so? What time works best for you? Anything after 11 is good for me. Thanks!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
<span style="color:blue">M</span>: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Sunday, September 22, 2019 4:51 PM |
| **To:** | Arnold Suzukamo |
| **Subject:** | Follow-up on the slides.. |
| **Attachments:** | LAPD Bullet Points 9_18_ Final Version for Arnold.pptx |

Arnold,

Per your request, I am forwarding over the slides from our meeting.  Please note, we do have a little sensitivity with the roadmap and due to the lack of the NDA. This is what I was checking on over the weekend. All I ask is that we please keep this confidential between ourselves and because we want to ensure this doesn't get in the wrong hands (e.g. competitors). Make sense?

Thanks again for all your help and have a wonderful rest of your weekend!



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ███████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

**From:**          Arnold Suzukamo
**Sent:**          Friday, September 20, 2019 11:25 AM
**To:**            Aviv Koren
**Cc:**            Yulia Shvetsova;Scott McAndrews
**Subject:**       Re: Discuss GeoSpatial Capabilities in Voyager

Thanks.  Can you or Scott send the slide deck that we saw the other day please.

---

**From:** Aviv Koren <avivk@voyagerlabs.co>
**Sent:** Friday, September 20, 2019 1:36 AM
**To:** Arnold Suzukamo <n1103@lapd.online>
**Cc:** Yulia Shvetsova <yulias@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>
**Subject:** Re: Discuss GeoSpatial Capabilities in Voyager

Hi Arnold,

I will send an invite for Wed at 10:00.

Thanks,
Aviv

‫מאת‬ 1:26, 2019 ‫בספט׳‬ 20 ,׳ו ‫יום‬ ‫בתאריך‬ Arnold Suzukamo <n1103@lapd.online>:
How about Wednesday at 1000


Sent from my Sprint Samsung Galaxy S8.


-------- Original message --------
From: Aviv Koren <avivk@voyagerlabs.co>
Date: 9/20/19 01:21 (GMT-08:00)
To: Arnold Suzukamo <n1103@lapd.online>
Cc: Yulia Shvetsova <yulias@voyagerlabs.co>, Scott McAndrews <scottm@voyagerlabs.co>
Subject: Re: Discuss GeoSpatial Capabilities in Voyager

Hi Arnold,

Exhibit 5, Page 640

I would be happy to discuss LAPD needs and Voyager plans for the inferred locations roadmap capability.

I can meet next week Monday till Wednesday, at any time 9 am till 12 pm PST.

Please let me know what time works best for you, and we will set up a meeting.

Best regards,
Aviv

‫מאת‬ ‫,15:15 ,2019 ‫בספט׳‬ 19 ,'‫ה‬ ‫יום‬ ‫בתאריך‬ Arnold Suzukamo <n1103@lapd.online>:
Thank you Yulia


Sent from my Sprint Samsung Galaxy S8.


-------- Original message --------
From: Yulia Shvetsova <yulias@voyagerlabs.co>
Date: 9/19/19 14:09 (GMT-08:00)
To: Aviv Koren <avivk@voyagerlabs.co>, Arnold Suzukamo <n1103@lapd.online>
Cc: Scott McAndrews <scottm@voyagerlabs.co>
Subject: Discuss GeoSpatial Capabilities in Voyager

Hello,

Introducing Arnold and Aviv on this thread - we wanted to discuss an item on our roadmap but ran out of time. I'll let you guys coordinate a date/time that works best.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▮▮▮▮▮▮▮▮
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**          Kyung Park
**Sent:**          Friday, September 20, 2019 8:25 AM
**To:**            Yulia Shvetsova
**Subject:**       Re: Voyager training

Hi Yulia,

Yes, next week Friday 10 is perfect. Thank you!

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, September 20, 2019 8:23 AM
**To:** Kyung Park <41372@lapd.online>
**Subject:** Re: Voyager training

Hi Kyung,

Today will be hard for me to schedule, but anytime next week would work - Friday like you mentioned is free! Is around 10 am good for you?

On Fri, Sep 20, 2019 at 07:43 Kyung Park <41372@lapd.online> wrote:

Good Morning Yulia,

Thank you for accommodating me for training yesterday. It was good to see you as well. If you have time today, I will be free all day until 3:30PM. The next available time that I have free will be next Friday. Hope this works with your schedule.

Thank you,
Kyung Park

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 19, 2019 3:45 PM
**To:** Kyung Park <41372@lapd.online>
**Subject:** Voyager training

Let me know some of your free time next week and I will come with you deskside and train on the system. I'll condense the 4.5 recommended training into about 2.5 ;) there's a lot of features but just to get you up and running.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▓▓▓▓▓▓▓▓▓
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▓▓▓▓▓▓▓▓▓
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, September 20, 2019 8:24 AM
**To:** Kyung Park
**Subject:** Re: Voyager training

Hi Kyung,

Today will be hard for me to schedule, but anytime next week would work - Friday like you mentioned is free! Is around 10 am good for you?

On Fri, Sep 20, 2019 at 07:43 Kyung Park <41372@lapd.online> wrote:

> Good Morning Yulia,
>
> Thank you for accommodating me for training yesterday. It was good to see you as well. If you have time today, I will be free all day until 3:30PM. The next available time that I have free will be next Friday. Hope this works with your schedule.
>
> Thank you,
> Kyung Park

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 19, 2019 3:45 PM
**To:** Kyung Park <41372@lapd.online>
**Subject:** Voyager training

Let me know some of your free time next week and I will come with you deskside and train on the system. I'll condense the 4.5 recommended training into about 2.5 ;) there's a lot of features but just to get you up and running.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▓▓▓▓▓▓▓▓
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▓▓▓▓▓▓▓▓
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Kyung Park |
| **Sent:** | Friday, September 20, 2019 7:44 AM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager training |

Good Morning Yulia,

Thank you for accommodating me for training yesterday. It was good to see you as well. If you have time today, I will be free all day until 3:30PM. The next available time that I have free will be next Friday. Hope this works with your schedule.

Thank you,
Kyung Park

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 19, 2019 3:45 PM
**To:** Kyung Park <41372@lapd.online>
**Subject:** Voyager training

Let me know some of your free time next week and I will come with you deskside and train on the system. I'll condense the 4.5 recommended training into about 2.5 ;) there's a lot of features but just to get you up and running.


--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended

recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Aviv Koren <avivk@voyagerlabs.co> |
| **Sent:** | Friday, September 20, 2019 1:37 AM |
| **To:** | Arnold Suzukamo |
| **Cc:** | Yulia Shvetsova;Scott McAndrews |
| **Subject:** | Re: Discuss GeoSpatial Capabilities in Voyager |

Hi Arnold,

I will send an invite for Wed at 10:00.

Thanks,
Aviv

מאת Arnold Suzukamo <n1103@lapd.online> בתאריך יום ו׳, 20 בספט׳ 2019, 1:26:
How about Wednesday at 1000


Sent from my Sprint Samsung Galaxy S8.


-------- Original message --------
From: Aviv Koren <avivk@voyagerlabs.co>
Date: 9/20/19 01:21 (GMT-08:00)
To: Arnold Suzukamo <n1103@lapd.online>
Cc: Yulia Shvetsova <yulias@voyagerlabs.co>, Scott McAndrews <scottm@voyagerlabs.co>
Subject: Re: Discuss GeoSpatial Capabilities in Voyager

Hi Arnold,

I would be happy to discuss LAPD needs and Voyager plans for the inferred locations roadmap capability.

I can meet next week Monday till Wednesday, at any time 9 am till 12 pm PST.

Please let me know what time works best for you, and we will set up a meeting.

Best regards,
Aviv

Exhibit 5, Page 649

‏מאת Arnold Suzukamo <n1103@lapd.online>‏: בתאריך יום ה׳, 19 בספטʼ 2019, 15:15,

Thank you Yulia


Sent from my Sprint Samsung Galaxy S8.


-------- Original message --------
From: Yulia Shvetsova <yulias@voyagerlabs.co>
Date: 9/19/19 14:09 (GMT-08:00)
To: Aviv Koren <avivk@voyagerlabs.co>, Arnold Suzukamo <n1103@lapd.online>
Cc: Scott McAndrews <scottm@voyagerlabs.co>
Subject: Discuss GeoSpatial Capabilities in Voyager

Hello,

Introducing Arnold and Aviv on this thread - we wanted to discuss an item on our roadmap but ran out of time. I'll let you guys coordinate a date/time that works best.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**          Arnold Suzukamo
**Sent:**          Friday, September 20, 2019 1:27 AM
**To:**          Aviv Koren
**Cc:**          Yulia Shvetsova;Scott McAndrews
**Subject:**          Re: Discuss GeoSpatial Capabilities in Voyager

How about Wednesday at 1000

Sent from my Sprint Samsung Galaxy S8.

-------- Original message --------
From: Aviv Koren <avivk@voyagerlabs.co>
Date: 9/20/19 01:21 (GMT-08:00)
To: Arnold Suzukamo <n1103@lapd.online>
Cc: Yulia Shvetsova <yulias@voyagerlabs.co>, Scott McAndrews <scottm@voyagerlabs.co>
Subject: Re: Discuss GeoSpatial Capabilities in Voyager

Hi Arnold,

I would be happy to discuss LAPD needs and Voyager plans for the inferred locations roadmap capability.

I can meet next week Monday till Wednesday, at any time 9 am till 12 pm PST.

Please let me know what time works best for you, and we will set up a meeting.

Best regards,
Aviv

‫מאת‬ Arnold Suzukamo <n1103@lapd.online> :‫בספט׳ 19, 2019, 15:15, ביום ה׳ בתאריך‬
  Thank you Yulia

Sent from my Sprint Samsung Galaxy S8.

-------- Original message --------
From: Yulia Shvetsova <<u>yulias@voyagerlabs.co</u>>
Date: 9/19/19 14:09 (GMT-08:00)
To: Aviv Koren <<u>avivk@voyagerlabs.co</u>>, Arnold Suzukamo <n1103@lapd.online>
Cc: Scott McAndrews <<u>scottm@voyagerlabs.co</u>>
Subject: Discuss GeoSpatial Capabilities in Voyager

Hello,

Introducing Arnold and Aviv on this thread - we wanted to discuss an item on our roadmap but ran out of time. I'll let you guys coordinate a date/time that works best.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
<u>yulias@voyagerlabs.co</u>
<u>www.voyagerlabs.co</u>

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**      Aviv Koren <avivk@voyagerlabs.co>
**Sent:**      Friday, September 20, 2019 1:22 AM
**To:**        Arnold Suzukamo
**Cc:**        Yulia Shvetsova;Scott McAndrews
**Subject:**   Re: Discuss GeoSpatial Capabilities in Voyager

Hi Arnold,

I would be happy to discuss LAPD needs and Voyager plans for the inferred locations roadmap capability.

I can meet next week Monday till Wednesday, at any time 9 am till 12 pm PST.

Please let me know what time works best for you, and we will set up a meeting.

Best regards,
Aviv

מאת Arnold Suzukamo <n1103@lapd.online>‏ בתאריך יום ה׳, 19 בספט׳ 2019, 15:15:
Thank you Yulia

Sent from my Sprint Samsung Galaxy S8.

-------- Original message --------
From: Yulia Shvetsova <yulias@voyagerlabs.co>
Date: 9/19/19 14:09 (GMT-08:00)
To: Aviv Koren <avivk@voyagerlabs.co>, Arnold Suzukamo <n1103@lapd.online>
Cc: Scott McAndrews <scottm@voyagerlabs.co>
Subject: Discuss GeoSpatial Capabilities in Voyager

Hello,

Introducing Arnold and Aviv on this thread - we wanted to discuss an item on our roadmap but ran out of time. I'll let you guys coordinate a date/time that works best.

Best,

Exhibit 5, Page 653



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 19, 2019 3:45 PM
**To:** Kyung Park
**Subject:** Voyager training

Let me know some of your free time next week and I will come with you deskside and train on the system. I'll condense the 4.5 recommended training into about 2.5 ;) there's a lot of features but just to get you up and running.


--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Arnold Suzukamo |
| **Sent:** | Thursday, September 19, 2019 3:15 PM |
| **To:** | Yulia Shvetsova;Aviv Koren |
| **Cc:** | Scott McAndrews |
| **Subject:** | Re: Discuss GeoSpatial Capabilities in Voyager |

Thank you Yulia

Sent from my Sprint Samsung Galaxy S8.

-------- Original message --------
From: Yulia Shvetsova <yulias@voyagerlabs.co>
Date: 9/19/19 14:09 (GMT-08:00)
To: Aviv Koren <avivk@voyagerlabs.co>, Arnold Suzukamo <n1103@lapd.online>
Cc: Scott McAndrews <scottm@voyagerlabs.co>
Subject: Discuss GeoSpatial Capabilities in Voyager

Hello,

Introducing Arnold and Aviv on this thread - we wanted to discuss an item on our roadmap but ran out of time. I'll let you guys coordinate a date/time that works best.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended

recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Thursday, September 19, 2019 2:10 PM |
| **To:** | Aviv Koren;Arnold Suzukamo |
| **Cc:** | Scott McAndrews |
| **Subject:** | Discuss GeoSpatial Capabilities in Voyager |

Hello,

Introducing Arnold and Aviv on this thread - we wanted to discuss an item on our roadmap but ran out of time. I'll let you guys coordinate a date/time that works best.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, September 18, 2019 5:19 PM |
| **Cc:** | Scott McAndrews |
| **Subject:** | Check In with Voyager Tomorrow |

Hi all,

Just a quick reminder of our check-in with all users tomorrow, Thursday, Sept 19th.
There will be two sessions available, so please choose the one that works best for your schedule. The main goal of this session is to listen to how we can upgrade our platform/data sources/user interface/etc. to best serve your needs.

The options are as follows:
Session 1
Sept. 19
9 AM-12 PM
or
Session 2
Sept. 19
1 PM-4 PM

Both sessions will be at COMPSTAT in the computer lab.
COMPSTAT Unit
500 East Temple Street
Los Angeles, CA 90012

We will be presenting some new developments in the platform, future upgrades, and getting feedback from everyone on how we can improve. See you tomorrow!

Best,


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, September 18, 2019 5:16 PM |
| **To:** | Arnold Suzukamo |
| **Cc:** | Kyung Park |
| **Subject:** | Re: Voyager Training |

**<u>Location:</u>**
COMPSTAT Unit
500 East Temple Street
Los Angeles, CA 90012

**<u>Session 1:</u>**
9 AM -12 PM

OR

**<u>Session 2:</u>**
1 PM - 4 PM

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Sep 18, 2019 at 4:20 PM Arnold Suzukamo <n1103@lapd.online> wrote:
me too yulia.  it already got vaporized from my brain in the following meeting.

**From:** Kyung Park <41372@lapd.online>
**Sent:** Wednesday, September 18, 2019 4:17 PM
**To:** Arnold Suzukamo <n1103@lapd.online>; Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:** Re: Voyager Training

Hi Yulia,

I'm emailing you regarding training for tomorrow. I called and left a voicemajl kn your mobile. Would you be able to send me which time slots you have?

I can be reached at ████████████

Thank you,
Kyung Park

Sent from Workspace ONE Boxer

On Sep 18, 2019 3:18 PM, Arnold Suzukamo <n1103@lapd.online> wrote:

Kyung, there are two sessions scheduled for tomorrow at the training room formally know as RACR (500 e. temple)
please contact yulia to schedule which time slot fits your schedule best.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 18, 2019 2:00 PM
**To:** Arnold Suzukamo <n1103@lapd.online>
**Subject:** Voyager Training

Please connect me with your guy that you want trained on Voyager, I'll set up a time that works for him.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | |
| **Sent:** | Wednesday, September 18, 2019 5:14 PM |
| **To:** | Scott McAndrews |
| **Subject:** | RE: Use Cases for Voyager - Meeting Next Week |

Hi Scott,

Great to see you today, thank you, and I'm excited about the direction Voyager is taking. I apologize for not getting to your questions before now, but we were busy ██████████████████

- The report represents our RHD group only, based on several discussions I've had with our users here (Will, Ellen, Brian). I don't communicate much with the other groups, other than Rebecca, who has been a tremendous point-of-contact throughout.

- Voyager has helped with some "smoking guns" – not necessarily generating The Big Lead that cracks a case wide open, but certainly in surfacing details about guns, murders, etc.

- I certainly did see how it grows – ███████████████████████████████████████████████████ Six degrees of separation, etc. I think other users will encounter this as they put more and more data in, for sure. There's a certain tipping point, and suddenly ████████████████ you see how small the world still is.

- For me it probably occupies something of a space in between "need to have" and "nice to have." Its best features are need to have right now: search warrants are just a beast, for example. So as it stands right now, the warrant processing and the network mapping (especially one hop out to 2nd degree) are probably my favorite features.

- I'm in kind of an unusual place, though, ██████████████████████████████████████████████████ so I suppose everything you proposed today on some level is need to have for me. So I also need avatars, profile finder and robust topic queries, for real-time work. Target acquisition (profile finder) is needed because many of our cases begin with a single data point (name, phone number, etc.). For other folks they may need more of one feature or another based on their day-to-day work.

- I actually like that you have taken a cautionary approach to "monitoring," after seeing some of the seismic shifts take place in the last few years, and the Geofeedia failure. In some ways, I would like such a tool/feature COMPLETELY separate from all of the other Voyager features. Maybe even with its own distinct login/interface/name. Chris Adamcyz from Mesa, AZ PD ██████████████████████ and he has come up with a really good triangle for real-time work: Briefer, Listener, and Investigator. The Briefer is the supervisor, the Listener is actually doing the real-time work (akin to watching a bunch of CCTV feeds), and the Investigator does any follow-up or drill-down on specific threat items. I know this is a hot-button topic that a lot of people get hung up on, but at the same time other agencies (██████████████████████ are looking for this capability so that we can ideally prevent atrocities.

- I was really glad you had the NYPD Commish quote in there, also. I think for our decision makers, it's critical for them to understand this as a new kind of terrain. Most came up in the org when social media wasn't a thing, and there is still some executive-level paradigm shifting to be done. Finally, any discussions with our leadership should at least make mention of Voyager's future and how it aligns with potential use cases ██████████████ Gun detection is a great example.

V/R,

_____

████████████, ████████
**LAPD Robbery-Homicide Division**
**Website:** [click here](click here)
**(213) 486-6850 office**
████████████ **cell/voicemail**
████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Monday, September 16, 2019 11:57 AM
**To:** ████████████ <████████████████████>
**Subject:** Re: Use Cases for Voyager - Meeting Next Week

████████,

I was able to review your feedback. This is great by the way!

Can I ask a few minor questions and if you are ok with sharing:

• Is this report representing all participants in the pilot, your RHD group or your own personal viewpoint?  Is each group passing something like this to us and beforehand (if you know the answer)?

• We absolutely need to address each of the areas you mention as a weakness; The good news is most of these are being addressed or we have a solution. We want to know what are non-starters for you and that are critical.

• Under the 'strengths' section you discuss the cases. Did Voyager help provide any significant 'smoking gun' or was it more of a time saving tool? Just curious from your perspective.

• Were you able to see how Voyager database & larger robust data-sets "grows with you", as your team uses the system more and more every day? We received some feedback that some people weren't sure how it grows with you and I wanted to ensure that you knew that. Also, I wanted to ensure there was no ambiguity behind that statement. Reason being, those datasets that you are researching/entering become larger and larger. They can be very useful to the entire LAPD, as the usage & queries expand into the future. It ultimately increases your overall network exponentially. Does that make sense ?

In your opinion and totally off the record, is this a "Need to have tool" or more of a "Nice to have tool" at this point during the trial?  I just need to know if the trial is resonating for your folks. Thanks for your feedback, as this is really appreciated.



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ███████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

On Fri, Sep 13, 2019 at 5:06 PM ███████████ <███████████████> wrote:

All,

Please see attached. Have a great weekend.

V/R,

_____

███████████, ████████

**LAPD Robbery-Homicide Division**

**Website: <u>click here</u>**

**(213) 486-6850 office**

███████████ **cell/voicemail**

████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Scott McAndrews <<u>scottm@voyagerlabs.co</u>>
**Sent:** Friday, September 13, 2019 11:09 AM
**To:** Yulia Shvetsova <<u>yulias@voyagerlabs.co</u>>

Cc: ████████ <████████████>; Rebecca Nagy <n4309@lapd.online>; Kevan Beard <35841@lapd.online>; William Lu <N5961@lapd.online>
**Subject:** Re: Use Cases for Voyager - Meeting Next Week

If anyone has any questions, please do let us know.

Essentially, the flow of the presentation is as follows:

~ Intro of folks and quick intro from LAPD

~ Transition to Usage Stats/Feedback - **Voyager will be sharing**

~ Use Cases (**This is where each of you can discuss one of your cases and how Voyager helped or didn't help (hope that is not the case :) )**

~ Roadmap - Addressing what is coming (e.g. DarkWeb), items that we already have, however that wasn't included in the trial (e.g. Batch) , what is needed from LAPD for the final solution , and helpful suggestions from you all - **Voyager will be sharing and it will be interactive**

~ Summarize everything - **Voyager will be discussing**

~ Q&A  - **Everyone discussing**

The Senior Command folks want to hear your use cases directly from you in the Use Case examples. We can try to fill in the gaps or add any color commentary, if you would like as well.

Is this feasible for you all to give a few minutes about your use cases? I will leave it up to you all on who shares the cases or how many you want to share. Work for you all?



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ███████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

On Fri, Sep 13, 2019 at 12:29 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:

Hello all,

Thank you for planning to attend the Command Staff meeting next week regarding Voyager. We are compiling a presentation and wanted to include any use cases you guys felt comfortable sharing with us - we don't want to overstep our boundaries in discussing particular scenarios, so wanted to get your feedback.

Please share with us brief descriptions of any individual cases we may use you in our meetings, particularly what aspects of Voyager were useful to you. Some of you have provided the feedback forms, which are great, but if we could please get a bit more detail about what you were working on (ex: murder of individual, did analysis on suspects using Profile Finder, ran warrant through Voyager, etc.)

Thank you and see you all Wednesday!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Arnold Suzukamo
**Sent:** Wednesday, September 18, 2019 4:20 PM
**To:** Kyung Park;Yulia Shvetsova
**Subject:** Re: Voyager Training

me too yulia.  it already got vaporized from my brain in the following meeting.

---

**From:** Kyung Park <41372@lapd.online>
**Sent:** Wednesday, September 18, 2019 4:17 PM
**To:** Arnold Suzukamo <n1103@lapd.online>; Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:** Re: Voyager Training

Hi Yulia,

I'm emailing you regarding training for tomorrow. I called and left a voicemajl kn your mobile. Would you be able to send me which time slots you have?

I can be reached at ██████████.

Thank you,
Kyung Park

Sent from Workspace ONE Boxer

On Sep 18, 2019 3:18 PM, Arnold Suzukamo <n1103@lapd.online> wrote:
Kyung, there are two sessions scheduled for tomorrow at the training room formally know as RACR (500 e. temple)
please contact yulia to schedule which time slot fits your schedule best.

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 18, 2019 2:00 PM
**To:** Arnold Suzukamo <n1103@lapd.online>
**Subject:** Voyager Training

Please connect me with your guy that you want trained on Voyager, I'll set up a time that works for him.

Best,

Exhibit 5, Page 671



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Kyung Park
**Sent:** Wednesday, September 18, 2019 4:18 PM
**To:** Arnold Suzukamo;Yulia Shvetsova
**Subject:** Re: Voyager Training

Hi Yulia,

I'm emailing you regarding training for tomorrow. I called and left a voicemajl kn your mobile. Would you be able to send me which time slots you have?

I can be reached at █████████.

Thank you,
Kyung Park

Sent from Workspace ONE Boxer

On Sep 18, 2019 3:18 PM, Arnold Suzukamo <n1103@lapd.online> wrote:

> Kyung, there are two sessions scheduled for tomorrow at the training room formally know as RACR (500 e. temple)
> please contact yulia to schedule which time slot fits your schedule best.

> **From:** Yulia Shvetsova <yulias@voyagerlabs.co>
> **Sent:** Wednesday, September 18, 2019 2:00 PM
> **To:** Arnold Suzukamo <n1103@lapd.online>
> **Subject:** Voyager Training
>
> Please connect me with your guy that you want trained on Voyager, I'll set up a time that works for him.
>
>
> Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**           Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**           Wednesday, September 18, 2019 3:23 PM
**To:**             Yoli Guzman
**Cc:**             Autumn Francois;Rebecca Nagy;Scott McAndrews
**Subject:**        Re: Voyager Labs Testing

Thank you Jane!

We will not need to set up today - our first session starts at 9 am tomorrow so we should have plenty of time to set up the main monitor in the morning.

Have a good evening!

On Wed, Sep 18, 2019 at 15:03 Yoli Guzman <n5129@lapd.online> wrote:

> Good Afternoon,
>
>
> I was advised to contact you in regards to the Training Room set up availability.  The training room is now available for set up today if you need to come in to set up for tomorrow.  Someone will be here until 5:00 p.m.  Please contact (213) 484-6720 to advise if you do decide to come in.
>
>
>
> Respectfully,
>
>
> Jane Guzman, C.C.I.A.
>
> Crime & Intelligence Analyst II
>
> COMPSTAT - Special Projects Unit
>
> Los Angeles Police Department
>
> 500 E. Temple Street Room 110

Los Angeles, CA  90012

Direct - ██████████

Main - 213-484-6720

N5129@lapd.online



--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**      Arnold Suzukamo
**Sent:**      Wednesday, September 18, 2019 3:18 PM
**To:**      Yulia Shvetsova;Kyung Park
**Subject:**      Re: Voyager Training

Kyung, there are two sessions scheduled for tomorrow at the training room formally know as RACR (500 e. temple)
please contact yulia to schedule which time slot fits your schedule best.

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 18, 2019 2:00 PM
**To:** Arnold Suzukamo <n1103@lapd.online>
**Subject:** Voyager Training

Please connect me with your guy that you want trained on Voyager, I'll set up a time that works for him.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yoli Guzman
**Sent:** Wednesday, September 18, 2019 3:03 PM
**To:** Yulia Shvetsova;Autumn Francois;Scott McAndrews;Rebecca Nagy
**Subject:** Voyager Labs Testing

Good Afternoon,

I was advised to contact you in regards to the Training Room set up availability.  The training room is now available for set up today if you need to come in to set up for tomorrow.  Someone will be here until 5:00 p.m.  Please contact (213) 484-6720 to advise if you do decide to come in.

Respectfully,

**Jane Guzman, C.C.I.A.**
Crime & Intelligence Analyst II
COMPSTAT - Special Projects Unit
Los Angeles Police Department
500 E. Temple Street Room 110
Los Angeles, CA  90012
Direct - ███████████
Main - 213-484-6720
N5129@lapd.online



| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, September 18, 2019 2:00 PM |
| **To:** | Arnold Suzukamo |
| **Subject:** | Voyager Training |

Please connect me with your guy that you want trained on Voyager, I'll set up a time that works for him.


Best,




**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, September 18, 2019 8:40 AM |
| **To:** | Scott McAndrews |
| **Cc:** | Rebecca Nagy |
| **Subject:** | Re: Voyager Names for check-in downstairs and question for Day 2 participants |

Hi all,

Just to clarify - Thursday sessions are either 9-12 or 1-4, not the times stated in the below email!

See everyone in a bit :)

Yulia

On Wed, Sep 18, 2019 at 07:54 Scott McAndrews <scottm@voyagerlabs.co> wrote:

Rebecca,

Enclosed are the Voyager attendees:

Scott McAndrews
Yulia Shvetsova
Jenny Gage
Amit Gavish
Aviv Koren

In terms of Day 2, we haven't really heard from anyone and whether they are attending. Per your suggestions, we changed the structure to have morning slots (8 AM -11 AM) & afternoon (12 PM - 3 PM) . We also wanted to keep it short for them . It is going to be really important for both sides  to go over the user feedback of the trial thus far, tell them what is coming with the Product Roadmap (what we know), and address areas of interest that you want to have with the system in the future. This session is for them! Hence, can we please try and ensure we have an audience for Day 2 and to go over some of this information?

Thanks so much!



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ███████████

**O**: + 1 212.404.2402

[scottm@voyagerlabs.co](mailto:scottm@voyagerlabs.co)

www.voyagerlabs.co

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Wednesday, September 18, 2019 7:54 AM
**To:** Rebecca Nagy
**Cc:** Yulia Shvetsova
**Subject:** Voyager Names for check-in downstairs and question for Day 2 participants

Rebecca,

Enclosed are the Voyager attendees:

Scott McAndrews
Yulia Shvetsova
Jenny Gage
Amit Gavish
Aviv Koren

In terms of Day 2, we haven't really heard from anyone and whether they are attending. Per your suggestions, we changed the structure to have morning slots (8 AM -11 AM) & afternoon (12 PM - 3 PM) . We also wanted to keep it short for them . It is going to be really important for both sides  to go over the user feedback of the trial thus far, tell them what is coming with the Product Roadmap (what we know), and address areas of interest that you want to have with the system in the future. This session is for them! Hence, can we please try and ensure we have an audience for Day 2 and to go over some of this information?

Thanks so much!

**Scott McAndrews**

 **Regional Director**

**Public & Private Sector**

**M**: +1 ███████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Tuesday, September 17, 2019 2:37 PM |
| **To:** | Rebecca Nagy |
| **Subject:** | Invites for Thursday Meeting w/Voyager |

Hey Rebecca,

We finalized times and details for our Thursday meeting and wanted to get everyone the details today. Please review the below email and particularly the <span style="color:red">red text that may need to be removed.</span> Thank you for sending this out today!

Here is the list of users:

N4309@lapd.online

32053@lapd.online

35915@lapd.online

33873@lapd.online

N5477@lapd.online

██████████

 N5961@lapd.online

35745@lapd.online

35841@lapd.online

37459@lapd.online

33227@lapd.online

37864@lapd.online

31677@lapd.online

39522@lapd.online

37658@lapd.online

31784@lapd.online

42908@lapd.online

n2294@lapd.online


The message we came up with:

Hello all,

Thank you for participating in our trial run with Voyager Analytics. This Thursday, September 19th is our mandatory <span style="color:red">(Rebecca, you can take mandatory out if that's too strong)</span> check-in with all of the users.

<mark>There will be two sessions available on Thursday, so please choose the one that works best for your schedule.</mark>

The options are as follows:
<u>Session 1</u>
Sept. 19
9 AM-12 PM
<mark>or</mark>
<u>Session 2</u>
Sept. 19
1 PM-4 PM

Both sessions will be at COMPSTAT in the computer lab.
COMPSTAT Unit
500 East Temple Street
Los Angeles, CA 90012

We will be presenting some new developments in the platform, future upgrades, and getting feedback from everyone on how we can improve. See you Thursday!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Monday, September 16, 2019 5:16 PM |
| **To:** | Rebecca Nagy |
| **Subject:** | Voyager User Logins |

Hi Rebecca,

As discussed, please see the numbers of user logins into Voyager. We mentioned it may be best to phase some folks out of the trial if they are not using it, or phase some folks in instead.

| | |
|---|---|
| Adam Broderick | 32 |
| Albert Shinfeld | 11 |
| Brian Verschueren | 6 |
| ▮▮▮▮▮▮▮▮▮ | 175 |
| Cedric Washington | 6 |
| Dana Lee | 1 |
| Ed Dorroh | 4 |
| Kevan Beard | 33 |
| Rebecca Nagy | 23 |
| Suzie Reed | 2 |
| Scott Teubert | 5 |
| T Timmermans | 19 |
| William Lu | 52 |
| Will Roecker | 14 |

The folks highlighted are those who's feedback indicates they don't have time/don't need to use the platform. Other users with low usage that have not been highlighted have indicated that they may use it, but other factors are affecting usage that we are working on fixing (remote access, etc.)

Maybe instead of officially phasing them out, we should add 3 additional users instead? What are your thoughts? We don't have to finalize this week, as we're not doing makeup training anymore on Thursday.

Thanks for your help!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**      Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**      Monday, September 16, 2019 2:40 PM
**To:**        John Warren
**Subject:**   Voyager Login

Hi John,

The URL for Voyager is: https://va-bruins.voyager-analytics.com/
Please note you have to be connected to the LAPD LAN or logged in via Zscaler to access this URL, as one of the security measures.

Please see your credentials below:
U: ▮▮▮▮▮▮
P: ▮▮▮▮▮▮▮▮▮

To change the password:
Login with the existing credentials
Click the person icon in the top right corner:



Click "Account":



Enter the old password - ▮▮▮▮▮▮ and create a new password in the next two fields. Please note you will need a **non-alphanumeric character** in the password.

Let me know if you have any questions!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Monday, September 16, 2019 11:57 AM
**To:** ▉▉▉▉▉▉
**Subject:** Re: Use Cases for Voyager - Meeting Next Week

▉▉▉,

I was able to review your feedback. This is great by the way!

Can I ask a few minor questions and if you are ok with sharing:

• Is this report representing all participants in the pilot, your RHD group or your own personal viewpoint?  Is each group passing something like this to us and beforehand (if you know the answer)?

• We absolutely need to address each of the areas you mention as a weakness; The good news is most of these are being addressed or we have a solution. We want to know what are non-starters for you and that are critical.

• Under the 'strengths' section you discuss the cases. Did Voyager help provide any significant 'smoking gun' or was it more of a time saving tool? Just curious from your perspective.

• Were you able to see how Voyager database & larger robust data-sets "grows with you", as your team uses the system more and more every day? We received some feedback that some people weren't sure how it grows with you and I wanted to ensure that you knew that. Also, I wanted to ensure there was no ambiguity behind that statement. Reason being, those datasets that you are researching/entering become larger and larger. They can be very useful to the entire LAPD, as the usage & queries expand into the future. It ultimately increases your overall network exponentially. Does that make sense ?

In your opinion and totally off the record, is this a "Need to have tool" or more of a "Nice to have tool" at this point during the trial?  I just need to know if the trial is resonating for your folks. Thanks for your feedback, as this is really appreciated.



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ████████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co


On Fri, Sep 13, 2019 at 5:06 PM ████████ <████████████> wrote:


All,


Please see attached. Have a great weekend.


V/R,


_____

████████████ , ████████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

████████████ **cell/voicemail**

████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Friday, September 13, 2019 11:09 AM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Cc:** ████████████ <████████████>; Rebecca Nagy <n4309@lapd.online>; Kevan Beard <35841@lapd.online>; William Lu <N5961@lapd.online>
**Subject:** Re: Use Cases for Voyager - Meeting Next Week

If anyone has any questions, please do let us know.

Essentially, the flow of the presentation is as follows:

~ Intro of folks and quick intro from LAPD

~ Transition to Usage Stats/Feedback - **Voyager will be sharing**

~ Use Cases **(This is where each of you can discuss one of your cases and how Voyager helped or didn't help (hope that is not the case :) )**

~ Roadmap - Addressing what is coming (e.g. DarkWeb), items that we already have, however that wasn't included in the trial (e.g. Batch) , what is needed from LAPD for the final solution , and helpful suggestions from you all - **Voyager will be sharing and it will be interactive**

~ Summarize everything - **Voyager will be discussing**

~ Q&A  - **Everyone discussing**

The Senior Command folks want to hear your use cases directly from you in the Use Case examples. We can try to fill in the gaps or add any color commentary, if you would like as well.

Is this feasible for you all to give a few minutes about your use cases? I will leave it up to you all on who shares the cases or how many you want to share. Work for you all?



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ████████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

On Fri, Sep 13, 2019 at 12:29 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:

Hello all,

Thank you for planning to attend the Command Staff meeting next week regarding Voyager. We are compiling a presentation and wanted to include any use cases you guys felt comfortable sharing with us - we don't want to overstep our boundaries in discussing particular scenarios, so wanted to get your feedback.

Please share with us brief descriptions of any individual cases we may use you in our meetings, particularly what aspects of Voyager were useful to you. Some of you have provided the feedback forms, which are great, but if we could please get a bit more detail about what you were working on (ex: murder of individual, did analysis on suspects using Profile Finder, ran warrant through Voyager, etc.)

Thank you and see you all Wednesday!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▉▉▉▉▉▉▉
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**        Scott McAndrews <scottm@voyagerlabs.co>
**Sent:**        Monday, September 16, 2019 10:37 AM
**To:**        Rebecca Nagy
**Subject:**        Fwd: Use Cases for Voyager - Meeting Next Week

fyi...

---------- Forwarded message ---------
From: **Scott McAndrews** <scottm@voyagerlabs.co>
Date: Mon, Sep 16, 2019 at 1:36 PM
Subject: Re: Use Cases for Voyager - Meeting Next Week
To: Kevan Beard <35841@lapd.online>
Cc: Yulia Shvetsova <yulias@voyagerlabs.co>


Not a problem. Thanks for the heads up.



 **Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ██████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co


On Mon, Sep 16, 2019 at 1:35 PM Kevan Beard <35841@lapd.online> wrote:
> Good morning

If possible I would like to not use one of my cases for the meeting on the 18th due to the sensitive nature of a couple of them.  I know we are all on the same team but cant have some of the information out in a public setting.  I will be there though to assist in pushing the program through, it has saved countless hours in my investigation.

Kevan

Get Outlook for Android

---

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Friday, September 13, 2019 11:08:55 AM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Cc:** ▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮>; Rebecca Nagy <n4309@lapd.online>; Kevan Beard <35841@lapd.online>; William Lu <n5961@lapd.online>
**Subject:** Re: Use Cases for Voyager - Meeting Next Week

If anyone has any questions, please do let us know.

Essentially, the flow of the presentation is as follows:

~ Intro of folks and quick intro from LAPD
~ Transition to Usage Stats/Feedback - **Voyager will be sharing**
~ Use Cases (**This is where each of you can discuss one of your cases and how Voyager helped or didn't help (hope that is not the case :) )**
~ Roadmap - Addressing what is coming (e.g. DarkWeb), items that we already have, however that wasn't included in the trial (e.g. Batch) , what is needed from LAPD for the final solution , and helpful suggestions from you all -  **Voyager will be sharing and it will be interactive**
~ Summarize everything - **Voyager will be discussing**
~ Q&A  - **Everyone discussing**

The Senior Command folks want to hear your use cases directly from you in the Use Case examples. We can try to fill in the gaps or add any color commentary, if you would like as well.

Is this feasible for you all to give a few minutes about your use cases? I will leave it up to you all on who shares the cases or how many you want to share. Work for you all?



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ██████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

On Fri, Sep 13, 2019 at 12:29 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:

Hello all,

Thank you for planning to attend the Command Staff meeting next week regarding Voyager. We are compiling a presentation and wanted to include any use cases you guys felt comfortable sharing with us - we don't want to overstep our boundaries in discussing particular scenarios, so wanted to get your feedback.

Please share with us brief descriptions of any individual cases we may use you in our meetings, particularly what aspects of Voyager were useful to you. Some of you have provided the feedback forms, which are great, but if we could please get a bit more detail about what you were working on (ex: murder of individual, did analysis on suspects using Profile Finder, ran warrant through Voyager, etc.)

Thank you and see you all Wednesday!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Monday, September 16, 2019 10:37 AM
**To:** Kevan Beard
**Cc:** Yulia Shvetsova
**Subject:** Re: Use Cases for Voyager - Meeting Next Week

Not a problem. Thanks for the heads up.

 **Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ███████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

On Mon, Sep 16, 2019 at 1:35 PM Kevan Beard <35841@lapd.online> wrote:
Good morning

If possible I would like to not use one of my cases for the meeting on the 18th due to the sensitive nature of a couple of them.  I know we are all on the same team but cant have some of the information out in a public setting.  I will be there though to assist in pushing the program through, it has saved countless hours in my investigation.

Kevan

Get Outlook for Android

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Friday, September 13, 2019 11:08:55 AM

Exhibit 5, Page 701

**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Cc:** ██████████ <██████████>; Rebecca Nagy <n4309@lapd.online>; Kevan Beard <35841@lapd.online>; William Lu <n5961@lapd.online>
**Subject:** Re: Use Cases for Voyager - Meeting Next Week

If anyone has any questions, please do let us know.

Essentially, the flow of the presentation is as follows:

~ Intro of folks and quick intro from LAPD
~ Transition to Usage Stats/Feedback - **Voyager will be sharing**
~ Use Cases **(This is where each of you can discuss one of your cases and how Voyager helped or didn't help (hope that is not the case :) )**
~ Roadmap - Addressing what is coming (e.g. DarkWeb), items that we already have, however that wasn't included in the trial (e.g. Batch) , what is needed from LAPD for the final solution , and helpful suggestions from you all - **Voyager will be sharing and it will be interactive**
~ Summarize everything - **Voyager will be discussing**
~ Q&A  - **Everyone discussing**

The Senior Command folks want to hear your use cases directly from you in the Use Case examples. We can try to fill in the gaps or add any color commentary, if you would like as well.

Is this feasible for you all to give a few minutes about your use cases? I will leave it up to you all on who shares the cases or how many you want to share. Work for you all?

 **Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M:** +1 ██████████

**O:** + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

On Fri, Sep 13, 2019 at 12:29 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:

Hello all,

Thank you for planning to attend the Command Staff meeting next week regarding Voyager. We are compiling a presentation and wanted to include any use cases you guys felt comfortable sharing with us - we don't want to overstep our boundaries in discussing particular scenarios, so wanted to get your feedback.

Please share with us brief descriptions of any individual cases we may use you in our meetings, particularly what aspects of Voyager were useful to you. Some of you have provided the feedback forms, which are great, but if we could please get a bit more detail about what you were working on (ex: murder of individual, did analysis on suspects using Profile Finder, ran warrant through Voyager, etc.)

Thank you and see you all Wednesday!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Kevan Beard |
| **Sent:** | Monday, September 16, 2019 10:36 AM |
| **To:** | Scott McAndrews;Yulia Shvetsova |
| **Subject:** | Re: Use Cases for Voyager - Meeting Next Week |

Good morning

If possible I would like to not use one of my cases for the meeting on the 18th due to the sensitive nature of a couple of them.  I know we are all on the same team but cant have some of the information out in a public setting.  I will be there though to assist in pushing the program through, it has saved countless hours in my investigation.

Kevan

Get Outlook for Android

---

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Friday, September 13, 2019 11:08:55 AM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Cc:** ███████ <███████████>; Rebecca Nagy <n4309@lapd.online>; Kevan Beard <35841@lapd.online>; William Lu <n5961@lapd.online>
**Subject:** Re: Use Cases for Voyager - Meeting Next Week

If anyone has any questions, please do let us know.

Essentially, the flow of the presentation is as follows:

~ Intro of folks and quick intro from LAPD
~ Transition to Usage Stats/Feedback - **Voyager will be sharing**
~ Use Cases (**This is where each of you can discuss one of your cases and how Voyager helped or didn't help (hope that is not the case :) )**
~ Roadmap - Addressing what is coming (e.g. DarkWeb), items that we already have, however that wasn't included in the trial (e.g. Batch) , what is needed from LAPD for the final solution , and helpful suggestions from you all -  **Voyager will be sharing and it will be interactive**
~ Summarize everything - **Voyager will be discussing**
~ Q&A  - **Everyone discussing**

The Senior Command folks want to hear your use cases directly from you in the Use Case examples. We can try to fill in the gaps or add any color commentary, if you would like as well.

Is this feasible for you all to give a few minutes about your use cases? I will leave it up to you all on who shares the cases or how many you want to share. Work for you all?

Exhibit 5, Page 704



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ██████████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

On Fri, Sep 13, 2019 at 12:29 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
Hello all,

Thank you for planning to attend the Command Staff meeting next week regarding Voyager. We are compiling a presentation and wanted to include any use cases you guys felt comfortable sharing with us - we don't want to overstep our boundaries in discussing particular scenarios, so wanted to get your feedback.

Please share with us brief descriptions of any individual cases we may use you in our meetings, particularly what aspects of Voyager were useful to you. Some of you have provided the feedback forms, which are great, but if we could please get a bit more detail about what you were working on (ex: murder of individual, did analysis on suspects using Profile Finder, ran warrant through Voyager, etc.)

Thank you and see you all Wednesday!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | |
| **Sent:** | Friday, September 13, 2019 2:07 PM |
| **To:** | Scott McAndrews |
| **Cc:** | Yulia Shvetsova |
| **Subject:** | RE: Use Cases for Voyager - Meeting Next Week |
| **Attachments:** | Voyager RHD Mid Pilot Review - LAPD RHD.pdf |

All,

Please see attached. Have a great weekend.

V/R,

_____, _____

<span style="color:red">**LAPD Robbery-Homicide Division**</span>
**Website:** <span style="color:blue">click here</span>
**(213) 486-6850 office**
▬▬▬▬▬▬▬▬ **cell/voicemail**
▬▬▬▬▬▬▬▬ **email**



CONFIDENTIALITY NOTICE: This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Friday, September 13, 2019 11:09 AM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Cc:** ▬▬▬▬▬▬ <▬▬▬▬▬▬▬▬>; Rebecca Nagy <n4309@lapd.online>; Kevan Beard <35841@lapd.online>; William Lu <N5961@lapd.online>
**Subject:** Re: Use Cases for Voyager - Meeting Next Week

If anyone has any questions, please do let us know.

Essentially, the flow of the presentation is as follows:

~ Intro of folks and quick intro from LAPD
~ Transition to Usage Stats/Feedback - **Voyager will be sharing**
~ Use Cases (<mark>**This is where each of you can discuss one of your cases and how Voyager helped or didn't help (hope that is not the case :) )**</mark>
~ Roadmap - Addressing what is coming (e.g. DarkWeb), items that we already have, however that wasn't included in the trial (e.g. Batch) , what is needed from LAPD for the final solution , and helpful suggestions from you all - **Voyager will be sharing and it will be interactive**
~ Summarize everything - **Voyager will be discussing**
~ Q&A  - **Everyone discussing**

The Senior Command folks want to hear your use cases directly from you in the Use Case examples. We can try to fill in the gaps or add any color commentary, if you would like as well.

Is this feasible for you all to give a few minutes about your use cases? I will leave it up to you all on who shares the cases or how many you want to share. Work for you all?



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ██████████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

On Fri, Sep 13, 2019 at 12:29 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:

> Hello all,
>
> Thank you for planning to attend the Command Staff meeting next week regarding Voyager. We are compiling a presentation and wanted to include any use cases you guys felt comfortable sharing with us - we don't want to overstep our boundaries in discussing particular scenarios, so wanted to get your feedback.

Please share with us brief descriptions of any individual cases we may use you in our meetings, particularly what aspects of Voyager were useful to you. Some of you have provided the feedback forms, which are great, but if we could please get a bit more detail about what you were working on (ex: murder of individual, did analysis on suspects using Profile Finder, ran warrant through Voyager, etc.)

Thank you and see you all Wednesday!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▇▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Friday, September 13, 2019 11:09 AM |
| **To:** | Yulia Shvetsova |
| **Cc:** | █████ Rebecca Nagy;Kevan Beard;William Lu |
| **Subject:** | Re: Use Cases for Voyager - Meeting Next Week |

If anyone has any questions, please do let us know.

Essentially, the flow of the presentation is as follows:

~ Intro of folks and quick intro from LAPD
~ Transition to Usage Stats/Feedback - **Voyager will be sharing**
~ Use Cases (**This is where each of you can discuss one of your cases and how Voyager helped or didn't help (hope that is not the case :) )**
~ Roadmap - Addressing what is coming (e.g. DarkWeb), items that we already have, however that wasn't included in the trial (e.g. Batch) , what is needed from LAPD for the final solution , and helpful suggestions from you all - **Voyager will be sharing and it will be interactive**
~ Summarize everything - **Voyager will be discussing**
~ Q&A  - **Everyone discussing**

The Senior Command folks want to hear your use cases directly from you in the Use Case examples. We can try to fill in the gaps or add any color commentary, if you would like as well.

Is this feasible for you all to give a few minutes about your use cases? I will leave it up to you all on who shares the cases or how many you want to share. Work for you all?



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ████████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

On Fri, Sep 13, 2019 at 12:29 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
Hello all,

Thank you for planning to attend the Command Staff meeting next week regarding Voyager. We are compiling a presentation and wanted to include any use cases you guys felt comfortable sharing with us - we don't want to overstep our boundaries in discussing particular scenarios, so wanted to get your feedback.

Please share with us brief descriptions of any individual cases we may use you in our meetings, particularly what aspects of Voyager were useful to you. Some of you have provided the feedback forms, which are great, but if we could please get a bit more detail about what you were working on (ex: murder of individual, did analysis on suspects using Profile Finder, ran warrant through Voyager, etc.)

Thank you and see you all Wednesday!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the

intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**      Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**      Friday, September 13, 2019 9:29 AM
**To:**        ████████ Rebecca Nagy;Kevan Beard;William Lu
**Subject:**   Use Cases for Voyager - Meeting Next Week

Hello all,

Thank you for planning to attend the Command Staff meeting next week regarding Voyager. We are compiling a presentation and wanted to include any use cases you guys felt comfortable sharing with us - we don't want to overstep our boundaries in discussing particular scenarios, so wanted to get your feedback.

Please share with us brief descriptions of any individual cases we may use you in our meetings, particularly what aspects of Voyager were useful to you. Some of you have provided the feedback forms, which are great, but if we could please get a bit more detail about what you were working on (ex: murder of individual, did analysis on suspects using Profile Finder, ran warrant through Voyager, etc.)

Thank you and see you all Wednesday!


Best,




**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Rebecca Nagy
**Sent:** Thursday, September 12, 2019 3:25 PM
**To:** Scott McAndrews
**Subject:** Fw:
**Attachments:** voyager eval.pdf; Voyager Eval_2 Beard_pdf.pdf; Voyager Evaluation 20190813 - █████████docx; Voyager Feed back by email.docx

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
████████

---

**From:** Rebecca Nagy
**Sent:** Wednesday, September 11, 2019 5:06 PM
**To:** Scott McAndrews <scottm@voyagerlabs.co>; Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:**

Alrighty.....
So most of this you already have but I thought I would resend it any way.

also meeting 12:30 on Wednesday the 18th 9th floor Orange Room - room is booked Arnold is sending out the invite
I requested at least 1 user from each group be in attendance.... I have confirmation from RHD, MCD, CSOC
Det Kourie will send one if no one volunteers.

Command Staff ... Captain Long(confirmed), Captain Ramos from Information Technology Group, Commander Clark Detective Services Group(tentative), Commander Rimkunas(tentative) OIC from RHD?

I hope this helps calms some nerves...

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department

Exhibit 5, Page 715

**From:** Rebecca Nagy
**Sent:** Thursday, September 12, 2019 1:03 PM
**To:** Diane Weber;Yulia Shvetsova
**Cc:** Autumn Francois;Scott McAndrews
**Subject:** Re: Cancellation

Hello everyone,
Due to the activation of the DOC for the 17/18 the only day the training room will be open is on the 19th.
We will have to test connectivity before the training. Sorry for any inconvenience but it is out of our hands.
If this does not work please let me know. And I will see what I can come up with.

Thank you,

Rebecca

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
██████████

**From:** Diane Weber <n1977@lapd.online>
**Sent:** Thursday, September 12, 2019 12:41 PM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Cc:** Autumn Francois <autumn@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>; Rebecca Nagy <n4309@lapd.online>
**Subject:** Cancellation

Yulia & Co:

I am terribly sorry, but we will have to cancel your reservation of our training room next week on 9/18 and 9/19.  We anticipate the Dept. Operations Center will be activated, and will need both the training room and the conference room next door.

Let me know if you want to reschedule.

Diane

Exhibit 5, Page 716

Diane M. Weber, CCIA
Senior Crime & Intelligence Analyst
COMPSTAT Division
500 E. Temple St, Room 110
Los Angeles, CA  90012
(213)484-6720
N1977@lapd.online



**From:** Diane Weber
**Sent:** Thursday, September 12, 2019 12:42 PM
**To:** Yulia Shvetsova
**Cc:** Autumn Francois;Scott McAndrews;Rebecca Nagy
**Subject:** Cancellation

Yulia & Co:

I am terribly sorry, but we will have to cancel your reservation of our training room next week on 9/18 and 9/19.  We anticipate the Dept. Operations Center will be activated, and will need both the training room and the conference room next door.

Let me know if you want to reschedule.

Diane

Diane M. Weber, CCIA
Senior Crime & Intelligence Analyst
COMPSTAT Division
500 E. Temple St, Room 110
Los Angeles, CA  90012
(213)484-6720
N1977@lapd.online



Exhibit 5, Page 718

**From:**          Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**          Thursday, September 12, 2019 9:46 AM
**To:**            Harold Crossley
**Subject:**      Re: Checking in re:today for Voyager training

Just got your VM - sorry the number was blocked so I didn't answer. No problem, we'll check back in tomorrow. There is also makeup training available next week at our check in session. (Details to come on that.)

On Thu, Sep 12, 2019 at 09:23 Harold Crossley <37864@lapd.online> wrote:
See you then!

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ██████████
OFFICE: 213-486-7260
CELL: ████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 12, 2019 9:23 AM

**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Checking in re:today for Voyager training

11 works best for me, please! See you soon.

On Thu, Sep 12, 2019 at 09:20 Harold Crossley <37864@lapd.online> wrote:
An appointment changed on my end, I am available at 1030 (or even earlier) if that's convenient. If not I am still available for 1100.

Detective II Harold Crossley

Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ▓▓▓▓▓▓▓▓
OFFICE: 213-486-7260
CELL: ▓▓▓▓▓▓▓

100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Harold Crossley
**Sent:** Thursday, September 12, 2019 8:59:07 AM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>

**Subject:** Re: Checking in re:today for Voyager training

I can meet you at the parking structure on main Street, between 3rd and 2nd. I can have you park on the roof. 260 S Main street

My cell is ▓▓▓▓▓▓▓▓ Just text or call when close. I will plan on being there at the front of the parking structure at 11.

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ▓▓▓▓▓▓▓▓
OFFICE: 213-486-7260
CELL: ▓▓▓▓▓▓▓

100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 12, 2019 8:16:14 AM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Checking in re:today for Voyager training

Exhibit 5, Page 720

Sure thing. I'll give you a call when I'm there. Would you happen to have a parking pass for the front of the building?

On Thu, Sep 12, 2019 at 08:08 Harold Crossley <37864@lapd.online> wrote:
> Would 1100 be possible?
>
> Thank you,
> Harold
>
> Detective II Harold Crossley
> Serial No. 37864
> Criminal Conspiracy Section
> Major Crimes Division
> Counter-Terrorism and Special Operations Bureau
> Los Angeles Police Department
> DESK: ███████████
> OFFICE: 213-486-7260
> CELL: ███████████
> 100 W. 1st Street, STE 973
> Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 12, 2019 8:06 AM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Checking in re:today for Voyager training

Hi Harold,

Is 10:30 a good time for you?

Thanks!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Harold Crossley
**Sent:** Thursday, September 12, 2019 9:46 AM
**To:** Yulia Shvetsova
**Subject:** Re: Checking in re:today for Voyager training

I just left you a message... ███████████████████████████████. I don't believe i'll be back by 1100.  Would you like to try for the afternoon or reschedule for another day (i'm back after tuesday next week).

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ████████████
OFFICE: 213-486-7260
CELL: ████████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 12, 2019 9:23 AM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Checking in re:today for Voyager training

11 works best for me, please! See you soon.

On Thu, Sep 12, 2019 at 09:20 Harold Crossley <37864@lapd.online> wrote:
  An appointment changed on my end, I am available at 1030 (or even earlier) if that's convenient. If not I am still available for 1100.

  Detective II Harold Crossley
  Serial No. 37864

Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ███████████
OFFICE: 213-486-7260
CELL: ███████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Harold Crossley
**Sent:** Thursday, September 12, 2019 8:59:07 AM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>

**Subject:** Re: Checking in re:today for Voyager training

I can meet you at the parking structure on main Street, between 3rd and 2nd. I can have you park on the roof. 260 S Main street

My cell is ███████████ Just text or call when close. I will plan on being there at the front of the parking structure at 11.

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ███████████
OFFICE: 213-486-7260
CELL: ███████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 12, 2019 8:16:14 AM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Checking in re:today for Voyager training

Sure thing. I'll give you a call when I'm there. Would you happen to have a parking pass for the front of the building?

On Thu, Sep 12, 2019 at 08:08 Harold Crossley <37864@lapd.online> wrote:

> Would 1100 be possible?
>
> Thank you,
> Harold
>
> Detective II Harold Crossley
> Serial No. 37864
> Criminal Conspiracy Section
> Major Crimes Division
> Counter-Terrorism and Special Operations Bureau
> Los Angeles Police Department
> DESK: ██████████
> OFFICE: 213-486-7260
> CELL: ██████████
> 100 W. 1st Street, STE 973
> Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 12, 2019 8:06 AM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Checking in re:today for Voyager training

Hi Harold,

Is 10:30 a good time for you?

Thanks!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Harold Crossley
**Sent:** Thursday, September 12, 2019 9:24 AM
**To:** Yulia Shvetsova
**Subject:** Re: Checking in re:today for Voyager training

See you then!

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ███████████
OFFICE: 213-486-7260
CELL: ████████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 12, 2019 9:23 AM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Checking in re:today for Voyager training

11 works best for me, please! See you soon.

On Thu, Sep 12, 2019 at 09:20 Harold Crossley <37864@lapd.online> wrote:
An appointment changed on my end, I am available at 1030 (or even earlier) if that's convenient. If not I am still available for 1100.

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department

Exhibit 5, Page 729

DESK: ██████████
OFFICE: 213-486-7260
CELL: ██████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Harold Crossley
**Sent:** Thursday, September 12, 2019 8:59:07 AM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>

**Subject:** Re: Checking in re:today for Voyager training

I can meet you at the parking structure on main Street, between 3rd and 2nd. I can have you park on the roof. 260 S Main street

My cell is ██████████ Just text or call when close. I will plan on being there at the front of the parking structure at 11.

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ██████████
OFFICE: 213-486-7260
CELL: ██████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 12, 2019 8:16:14 AM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Checking in re:today for Voyager training

Sure thing. I'll give you a call when I'm there. Would you happen to have a parking pass for the front of the building?

On Thu, Sep 12, 2019 at 08:08 Harold Crossley <37864@lapd.online> wrote:

Would 1100 be possible?

Thank you,
Harold

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ████████████
OFFICE: 213-486-7260
CELL: ███████████
[100 W. 1st Street, STE 973](100 W. 1st Street, STE 973)
[Los Angeles, CA 90012](Los Angeles, CA 90012)

---

**From:** Yulia Shvetsova <[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)>
**Sent:** Thursday, September 12, 2019 8:06 AM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Checking in re:today for Voyager training

Hi Harold,

Is 10:30 a good time for you?

Thanks!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Thursday, September 12, 2019 9:23 AM |
| **To:** | Harold Crossley |
| **Subject:** | Re: Checking in re:today for Voyager training |

11 works best for me, please! See you soon.

On Thu, Sep 12, 2019 at 09:20 Harold Crossley <37864@lapd.online> wrote:
> An appointment changed on my end, I am available at 1030 (or even earlier) if that's convenient. If not I am still available for 1100.
>
> Detective II Harold Crossley
> Serial No. 37864
> Criminal Conspiracy Section
> Major Crimes Division
> Counter-Terrorism and Special Operations Bureau
> Los Angeles Police Department
> DESK: ██████████
> OFFICE: 213-486-7260
> CELL: ████████
> 100 W. 1st Street, STE 973
> Los Angeles, CA 90012

---

**From:** Harold Crossley
**Sent:** Thursday, September 12, 2019 8:59:07 AM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>

**Subject:** Re: Checking in re:today for Voyager training

I can meet you at the parking structure on main Street, between 3rd and 2nd. I can have you park on the roof. 260 S Main street

My cell is ████████. Just text or call when close. I will plan on being there at the front of the parking structure at 11.

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ██████████

OFFICE: 213-486-7260
CELL: ████████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 12, 2019 8:16:14 AM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Checking in re:today for Voyager training

Sure thing. I'll give you a call when I'm there. Would you happen to have a parking pass for the front of the building?

On Thu, Sep 12, 2019 at 08:08 Harold Crossley <37864@lapd.online> wrote:
> Would 1100 be possible?
>
> Thank you,
> Harold
>
> Detective II Harold Crossley
> Serial No. 37864
> Criminal Conspiracy Section
> Major Crimes Division
> Counter-Terrorism and Special Operations Bureau
> Los Angeles Police Department
> DESK: ██████████
> OFFICE: 213-486-7260
> CELL: ████████████
> 100 W. 1st Street, STE 973
> Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 12, 2019 8:06 AM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Checking in re:today for Voyager training

Hi Harold,

Is 10:30 a good time for you?

Thanks!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.
--
Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Harold Crossley |
| **Sent:** | Thursday, September 12, 2019 9:21 AM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Checking in re:today for Voyager training |

An appointment changed on my end, I am available at 1030 (or even earlier) if that's convenient. If not I am still available for 1100.

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ███████████
OFFICE: 213-486-7260
CELL: ███████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Harold Crossley
**Sent:** Thursday, September 12, 2019 8:59:07 AM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:** Re: Checking in re:today for Voyager training

I can meet you at the parking structure on main Street, between 3rd and 2nd. I can have you park on the roof. 260 S Main street

My cell is ██████████. Just text or call when close. I will plan on being there at the front of the parking structure at 11.

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ██████████
OFFICE: 213-486-7260
CELL: ██████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 12, 2019 8:16:14 AM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Checking in re:today for Voyager training

Sure thing. I'll give you a call when I'm there. Would you happen to have a parking pass for the front of the building?

On Thu, Sep 12, 2019 at 08:08 Harold Crossley <37864@lapd.online> wrote:
  Would 1100 be possible?

  Thank you,
  Harold

  Detective II Harold Crossley
  Serial No. 37864
  Criminal Conspiracy Section
  Major Crimes Division
  Counter-Terrorism and Special Operations Bureau
  Los Angeles Police Department
  DESK: ██████████
  OFFICE: 213-486-7260
  CELL: ██████████
  100 W. 1st Street, STE 973
  Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 12, 2019 8:06 AM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Checking in re:today for Voyager training

Hi Harold,

Is 10:30 a good time for you?

Thanks!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Harold Crossley |
| **Sent:** | Thursday, September 12, 2019 8:59 AM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Checking in re:today for Voyager training |

I can meet you at the parking structure on main Street, between 3rd and 2nd. I can have you park on the roof. 260 S Main street

My cell is ▇▇▇▇▇▇. Just text or call when close. I will plan on being there at the front of the parking structure at 11.

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ▇▇▇▇▇▇▇
OFFICE: 213-486-7260
CELL: ▇▇▇▇▇▇▇
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 12, 2019 8:16:14 AM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Checking in re:today for Voyager training

Sure thing. I'll give you a call when I'm there. Would you happen to have a parking pass for the front of the building?

On Thu, Sep 12, 2019 at 08:08 Harold Crossley <37864@lapd.online> wrote:
> Would 1100 be possible?
>
> Thank you,
> Harold
>
> Detective II Harold Crossley
> Serial No. 37864
> Criminal Conspiracy Section

Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ███████████
OFFICE: 213-486-7260
CELL: ███████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 12, 2019 8:06 AM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Checking in re:today for Voyager training

Hi Harold,

Is 10:30 a good time for you?

Thanks!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Thursday, September 12, 2019 8:16 AM |
| **To:** | Harold Crossley |
| **Subject:** | Re: Checking in re:today for Voyager training |

Sure thing. I'll give you a call when I'm there. Would you happen to have a parking pass for the front of the building?

On Thu, Sep 12, 2019 at 08:08 Harold Crossley <37864@lapd.online> wrote:
> Would 1100 be possible?
>
> Thank you,
> Harold
>
> Detective II Harold Crossley
> Serial No. 37864
> Criminal Conspiracy Section
> Major Crimes Division
> Counter-Terrorism and Special Operations Bureau
> Los Angeles Police Department
> DESK: ██████████
> OFFICE: 213-486-7260
> CELL: ██████████
> 100 W. 1st Street, STE 973
> Los Angeles, CA 90012
>
>
> ─────────────────────────────
> **From:** Yulia Shvetsova <yulias@voyagerlabs.co>
> **Sent:** Thursday, September 12, 2019 8:06 AM
> **To:** Harold Crossley <37864@lapd.online>
> **Subject:** Checking in re:today for Voyager training
>
> Hi Harold,
>
> Is 10:30 a good time for you?
>
> Thanks!

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Harold Crossley
**Sent:** Thursday, September 12, 2019 8:09 AM
**To:** Yulia Shvetsova
**Subject:** Re: Checking in re:today for Voyager training

Would 1100 be possible?

Thank you,
Harold

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ██████████
OFFICE: 213-486-7260
CELL: ██████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 12, 2019 8:06 AM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Checking in re:today for Voyager training

Hi Harold,

Is 10:30 a good time for you?

Thanks!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Thursday, September 12, 2019 8:07 AM |
| **To:** | Harold Crossley |
| **Subject:** | Checking in re:today for Voyager training |

Hi Harold,

Is 10:30 a good time for you?

Thanks!

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**      Scott McAndrews <scottm@voyagerlabs.co>
**Sent:**      Wednesday, September 11, 2019 6:21 PM
**To:**        Rebecca Nagy
**Cc:**        Yulia Shvetsova
**Subject:**   Re:

Wonderful news. Yulia and I will be calling you 230 PM PST tomorrow.

Thanks for your help and alleviating stres

On Wed, Sep 11, 2019, 8:06 PM Rebecca Nagy <n4309@lapd.online> wrote:
  Alrighty.....
  So most of this you already have but I thought I would resend it any way.

  also meeting 12:30 on Wednesday the 18th 9th floor Orange Room - room is booked Arnold is sending out the invite
  I requested at least 1 user from each group be in attendance.... I have confirmation from RHD, MCD, CSOC
  Det Kourie will send one if no one volunteers.

  Command Staff ... Captain Long(confirmed), Captain Ramos from Information Technology Group, Commander Clark Detective Services
  Group(tentative), Commander Rimkunas(tentative) OIC from RHD?

  I hope this helps calms some nerves...

  Rebecca Nagy, CCIA
  Crime and Intelligence Analyst II
  Major Crimes Division
  Los Angeles Police Department
  ███████████

| | |
|---|---|
| **From:** | Rebecca Nagy |
| **Sent:** | Wednesday, September 11, 2019 5:06 PM |
| **To:** | Scott McAndrews;Yulia Shvetsova |
| **Attachments:** | voyager eval.pdf; Voyager Eval_2 Beard_pdf.pdf; Voyager Evaluation 20190813 - ███████████docx; Voyager Feed back by email.docx |

Alrighty.....
So most of this you already have but I thought I would resend it any way.

also meeting 12:30 on Wednesday the 18th 9th floor Orange Room - room is booked Arnold is sending out the invite
I requested at least 1 user from each group be in attendance.... I have confirmation from RHD, MCD, CSOC
Det Kourie will send one if no one volunteers.

Command Staff ... Captain Long(confirmed), Captain Ramos from Information Technology Group, Commander Clark Detective Services
Group(tentative), Commander Rimkunas(tentative) OIC from RHD?

I hope this helps calms some nerves...

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
██████████

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Wednesday, September 11, 2019 12:00 PM |
| **To:** | Arnold Suzukamo |
| **Subject:** | Follow-up to your voicemail… |

Arnold,

Sorry I missed your call. ███████████████████████████████████████████████████ You had mentioned that you were trying to push for the 19th, however you are still confirming. If we did have to stack the meetings for the 19th, can we please try and shoot for the Sr. Command Staff meeting in the morning, if possible? As I mentioned, we have people traveling domestically and internationally to be part of this check-in and it would be beneficial for your folks to have them attend (i.e. they will be sharing a lot of the information surrounding product development and addressing the questions that have come up during the trial (e.g. Darkweb)).

Thanks so much and please let me know if you have any questions. Have a great day!



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ███████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

Exhibit 5, Page 751

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Wednesday, September 11, 2019 8:34 AM |
| **To:** | Rebecca Nagy;Yulia Shvetsova |
| **Subject:** | Check-in call today? |

Rebecca and Yulia,

Are you able to have a quick check-in call today? We want to go over a few things and to help prepare for these meetings next week. 15 to 20 min call and just to get the details we need to WOW your audience



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ██████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Tuesday, September 10, 2019 2:27 PM
**To:** Rebecca Nagy;Yulia Shvetsova
**Subject:** Fwd: Status on Final Meeting Time details for 9/18...

Hello ladies,

Just wanted you to know about my efforts to finalize this time for the Senior Command Staff meeting. See below!

In other news, can I get on your schedule later today or tomorrow to discuss how to move forward with this Sr. Command Staff meeting?

I am leaving for my car to drive home in a few mins. Just let me know. Thanks and hope you both are having a great day!

PS - I sent over Det. Kouri that message you requested Rebecca. Did he reach out to you?



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ████████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

---------- Forwarded message ---------
From: **Scott McAndrews <scottm@voyagerlabs.co>**
Date: Tue, Sep 10, 2019 at 5:24 PM
Subject: Status on Final Meeting Time details for 9/18...
To: Arnold Suzukamo <n1103@lapd.online>

Arnold,

I just left you a message. Were you able to finalize the time for the Sr. Command Staff meeting? We are having some folks travel in for that meeting and we now are doing a separate training on Wednesday for the Major Crimes group .  We are organizing that meeting to follow this meeting with your leadership and since it is in the same location.

Can you let me know your thoughts  if this is ok? Thanks so much for your help and please let me know if you have any questions.

Best,


 **Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ███████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Tuesday, September 10, 2019 2:24 PM |
| **To:** | Arnold Suzukamo |
| **Subject:** | Status on Final Meeting Time details for 9/18… |

Arnold,

I just left you a message. Were you able to finalize the time for the Sr. Command Staff meeting? We are having some folks travel in for that meeting and we now are doing a separate training on Wednesday for the Major Crimes group .  We are organizing that meeting to follow this meeting with your leadership and since it is in the same location.

Can you let me know your thoughts  if this is ok? Thanks so much for your help and please let me know if you have any questions.

Best,


 **Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ██████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Tuesday, September 10, 2019 9:38 AM |
| **To:** | Nathan Kouri |
| **Cc:** | Rebecca Nagy |
| **Subject:** | Quick follow-up to yesterday's call |

Det. Kouri,

Per our conversation yesterday, I had a quick follow-up call with Rebecca just now.  We are getting our presentation ready for the Command Staff folks next Wed. As I mentioned, we are trying to summarize all of our findings thus far for you all and for your Sr. Command Staff. One thing we need to receive is the SBH/CSOC  feedback data from those forms that Rebecca created for the evaluation (i.e. The Good/Bad/Indifferent feedback from the users). Rebecca stated she will be more than happy to summarize them, however she needs to have them sent to her. Is this something you can help retrieve or discuss with her?  Rebecca, can you kindly please fill in any details that I may be missing and if you don't mind.

Please note, we are still awaiting the final details on the Sr. Command Staff meeting time from Arnold. Hence, I will send that out to all parties ASAP. Regardless, I think it is important if you both can attend that meeting and if allowed.  I want them to have some representation from you guys and so we can have full collaboration. Again and as you know, that will be their decision, however I think it will be important to have your feedback/thoughts represented.

Work for you? Again, thanks so much for your help and your time. Have a great day!



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ██████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

**www.voyagerlabs.co**

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Tuesday, September 10, 2019 7:58 AM |
| **To:** | Rebecca Nagy |
| **Subject:** | Re: Sept 19th schedule |

Ok great! I will send you two emails with the groups broken out so you can just copy+paste into a new email.

Do we know who we might want to remove/add from the trial, so that we may add them for the training in the afternoon?



Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co



This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Mon, Sep 9, 2019 at 1:30 PM Rebecca Nagy <n4309@lapd.online> wrote:
I can send it out of course.

Just an FYI... MCD has divisional training which had been rescheduled from July and they scheduled it for the 19th... So you will be missing myself and others from the prior training for the morning.
You will still have RHD, CSOC and SBHD attending in the morning.

I think it might be good to send out to invites to the two different groups. Morning group and the afternoon group.

Rebecca

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
███████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 9, 2019 1:24 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Sept 19th schedule

Nope - Scott and I were just discussing who best to send it. When I last sent out a mass email to users, I got no response. Do you think you may send it this time, please? I can shoot you over a draft if that helps, or let me know if you'd rather I send out the invite.

On Mon, Sep 9, 2019 at 13:22 Rebecca Nagy <n4309@lapd.online> wrote:
> Hi
> Have you sent the evite out for the 19th?
>
> Rebecca
>
> Rebecca Nagy, CCIA
> Crime and Intelligence Analyst II
> Major Crimes Division
> Los Angeles Police Department
> ███████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 29, 2019 12:04 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Cc:** Scott McAndrews <scottm@voyagerlabs.co>
**Subject:** Sept 19th schedule

Hi all,

Please see a short summary of what we plan for Sept 19th:

We anticipate this being a half-day for existing users, and a full day for users who have not yet had the official training. In the AM our product team will share our new capabilities, and after lunch, the new users can stay for a demo and training of Voyager Analytics. This training will be held at:

Training Facility
500 East Temple Street
Los Angeles, CA 90012

(I will check with Diane to make sure that date is ok for us to use the training room and check if we can use Det. Warren's laptops)

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▓▓▓▓▓▓▓▓
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▓▓▓▓▓▓▓▓
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Rebecca Nagy
**Sent:** Monday, September 9, 2019 1:30 PM
**To:** Yulia Shvetsova
**Subject:** Re: Sept 19th schedule

I can send it out of course.

Just an FYI... MCD has divisional training which had been rescheduled from July and they scheduled it for the 19th... So you will be missing myself and others from the prior training for the morning.
You will still have RHD, CSOC and SBHD attending in the morning.

I think it might be good to send out to invites to the two different groups. Morning group and the afternoon group.

Rebecca

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
███████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, September 9, 2019 1:24 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Sept 19th schedule

Nope - Scott and I were just discussing who best to send it. When I last sent out a mass email to users, I got no response. Do you think you may send it this time, please? I can shoot you over a draft if that helps, or let me know if you'd rather I send out the invite.

On Mon, Sep 9, 2019 at 13:22 Rebecca Nagy <n4309@lapd.online> wrote:
> Hi
> Have you sent the evite out for the 19th?
>
> Rebecca

Exhibit 5, Page 761

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
███████████

---

**From:** Yulia Shvetsova <[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)>
**Sent:** Thursday, August 29, 2019 12:04 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Cc:** Scott McAndrews <[scottm@voyagerlabs.co](mailto:scottm@voyagerlabs.co)>
**Subject:** Sept 19th schedule

Hi all,

Please see a short summary of what we plan for Sept 19th:

We anticipate this being a half-day for existing users, and a full day for users who have not yet had the official training. In the AM our product team will share our new capabilities, and after lunch, the new users can stay for a demo and training of Voyager Analytics. This training will be held at:

Training Facility
500 East Temple Street
Los Angeles, CA 90012

(I will check with Diane to make sure that date is ok for us to use the training room and check if we can use Det. Warren's laptops)

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ██████████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Monday, September 9, 2019 1:24 PM |
| **To:** | Rebecca Nagy |
| **Subject:** | Re: Sept 19th schedule |

Nope - Scott and I were just discussing who best to send it. When I last sent out a mass email to users, I got no response. Do you think you may send it this time, please? I can shoot you over a draft if that helps, or let me know if you'd rather I send out the invite.

On Mon, Sep 9, 2019 at 13:22 Rebecca Nagy <n4309@lapd.online> wrote:
> Hi
> Have you sent the evite out for the 19th?
>
> Rebecca
>
> Rebecca Nagy, CCIA
> Crime and Intelligence Analyst II
> Major Crimes Division
> Los Angeles Police Department
> ███████████

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 29, 2019 12:04 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Cc:** Scott McAndrews <scottm@voyagerlabs.co>
**Subject:** Sept 19th schedule

Hi all,

Please see a short summary of what we plan for Sept 19th:

We anticipate this being a half-day for existing users, and a full day for users who have not yet had the official training. In the AM our product team will share our new capabilities, and after lunch, the new users can stay for a demo and training of Voyager Analytics. This training will be held at:

Training Facility
500 East Temple Street
Los Angeles, CA 90012

Exhibit 5, Page 764

(I will check with Diane to make sure that date is ok for us to use the training room and check if we can use Det. Warren's laptops)

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**        Rebecca Nagy
**Sent:**        Monday, September 9, 2019 1:23 PM
**To:**          Yulia Shvetsova
**Subject:**     Re: Sept 19th schedule

Hi
Have you sent the evite out for the 19th?

Rebecca

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
███████████

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 29, 2019 12:04 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Cc:** Scott McAndrews <scottm@voyagerlabs.co>
**Subject:** Sept 19th schedule

Hi all,

Please see a short summary of what we plan for Sept 19th:

We anticipate this being a half-day for existing users, and a full day for users who have not yet had the official training. In the AM our product team will share our new capabilities, and after lunch, the new users can stay for a demo and training of Voyager Analytics. This training will be held at:

Training Facility
500 East Temple Street
Los Angeles, CA 90012

(I will check with Diane to make sure that date is ok for us to use the training room and check if we can use Det. Warren's laptops)

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | ▇▇▇▇▇▇ |
| **Sent:** | Thursday, September 5, 2019 6:34 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager warrant processing, success, feature request |

Tried that, no dice! Thanks.

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 5, 2019 5:56:37 PM
**To:** ▇▇▇▇▇▇ <▇▇▇▇▇▇▇▇▇▇>
**Cc:** Arnold Suzukamo <n1103@lapd.online>; Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Voyager warrant processing, success, feature request

Hey ▇▇▇▇,

Thanks for this. Let's chat tomorrow and we can review how to clear the search results out without refreshing everything. To sum it up, remove the search term from the search bar, and hit enter. It should refresh back to all posts.

Give me a call tomorrow anytime!

On Thu, Sep 5, 2019 at 15:25 ▇▇▇▇▇ <▇▇▇▇▇▇▇▇▇> wrote:


**\*CONFIDENTIAL\***


Hi Yulia,


I'm truly enjoying the warrant processing feature set within Voyager. This has already been absolutely **<u>transformative</u>** with respect to time savings and clarity for my work. Additionally, here in California the CalECPA legal requirements demand that we parse out search warrants from electronic communications so that we are dealing only with pertinent/relevant data. This can be a huge challenge. It doesn't apply to pure OSINT content, but search warrants only.

With that said, I have a couple of bugs/feature requests. I know the Instagram warrant is a new feature so I appreciate the flexibility. ██████████████████████████████
████████████████████

████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████

I was able to close it out, reopen, scroll manually, find the post, flag it, and then export out the relevant Comments nicely … but it was a bit clunky getting there.

Arnold, in a nutshell, what I was able to do with Voyager in processing this warrant was take this (from the source warrant production .pdf, which is insanely hard to read and jumps around with sometimes large gaps):

And turn it into this. Clean, chronological, ID'ing essentially sender/recipient (eventually became suspect/victim):



V/R,

_____

████████, ████████

**LAPD Robbery-Homicide Division**

**Website:** **click here**

**(213) 486-6850 office**

████████████ **cell/voicemail**

████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮▮
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, September 5, 2019 6:03 PM
**To:** Harold Crossley
**Subject:** Re: Voyager Training

No problem - I left you a VM on your cell asking if we could meet later anyways because I was assisting with a case ████████ I can meet next Wednesday, Thursday, or Friday - let me know and I'll make whatever work for you.

On Thu, Sep 5, 2019 at 13:49 Harold Crossley <37864@lapd.online> wrote:

> Good afternoon,
>
> I want to apologise for the late notice, ███████████████████████ I just realized I'm supposed to meet with you at 1400. Unfortunately I will have to reschedule.
>
> I'll be back in the office next Wednesday. But let me know what is easiest for you after that.
>
> Thanks
> Harold
>
> Detective II Harold Crossley
> Serial No. 37864
> Criminal Conspiracy Section
> Major Crimes Division
> Counter-Terrorism and Special Operations Bureau
> Los Angeles Police Department
> DESK: ████████████
> OFFICE: 213-486-7260
>
> CELL: ██████████
> 100 W. 1st Street, STE 973
> Los Angeles, CA 90012

---

**From:** Harold Crossley <37864@lapd.online>
**Sent:** Tuesday, September 3, 2019 12:10:01 PM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:** Re: Voyager Training

Sounds good to me! My city cell and desk are in my signature.

Thanks,
Harold

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ██████████
OFFICE: 213-486-7260
CELL: ██████████
[100 W. 1st Street, STE 973](#)
[Los Angeles, CA 90012](#)

---

**From:** Yulia Shvetsova <[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)>
**Sent:** Tuesday, September 3, 2019 12:02 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Voyager Training

Hi Harold,

Just checking in re: Thursday training on Voyager. Does this still work for you?
I'll be at South Bureau in the AM, so I will keep you posted as to when I'm done there as to our timing. I added a tentative meeting on our calendars for 2pm, but may be earlier that I'm free, if that works for you. I'll give you a call when I'm wrapping up there.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Thu, Aug 29, 2019 at 4:02 PM Harold Crossley <37864@lapd.online> wrote:
Good Afternoon,

I believe next thursday would work.

Thank you,
Harold

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ████████████
OFFICE: 213-486-7260
CELL: ████████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

Exhibit 5, Page 775

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 29, 2019 1:26 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Voyager Training

Hi Harold!

My name is Yulia - I am your contact person for Voyager training. I worked with Ed Dorroh recently, and wanted to set aside some time for us to cover a brief training and get you set up with login credentials.
Would tomorrow anytime work for you? If not, let's shoot for next Thursday or Friday if possible - I am at a meeting in Texas Tue-Wed of next week.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▉▉▉▉▉▉▉
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Thursday, September 5, 2019 5:57 PM |
| **To:** | ███████ |
| **Cc:** | Arnold Suzukamo;Rebecca Nagy |
| **Subject:** | Re: Voyager warrant processing, success, feature request |

Hey ██████,

Thanks for this. Let's chat tomorrow and we can review how to clear the search results out without refreshing everything. To sum it up, remove the search term from the search bar, and hit enter. It should refresh back to all posts.

Give me a call tomorrow anytime!

On Thu, Sep 5, 2019 at 15:25 ████████ <████████████████> wrote:


**\*CONFIDENTIAL\***


Hi Yulia,


I'm truly enjoying the warrant processing feature set within Voyager. This has already been absolutely **transformative** with respect to time savings and clarity for my work. Additionally, here in California the CalECPA legal requirements demand that we parse out search warrants from electronic communications so that we are dealing only with pertinent/relevant data. This can be a huge challenge. It doesn't apply to pure OSINT content, but search warrants only.


With that said, I have a couple of bugs/feature requests. I know the Instagram warrant is a new feature so I appreciate the flexibility. ████████████████████
████████████████████


████████████████████████████████████████████
████████████████████████████████████████████resent

Exhibit 5, Page 778

I was able to close it out, reopen, scroll manually, find the post, flag it, and then export out the relevant Comments nicely … but it was a bit clunky getting there.

Arnold, in a nutshell, what I was able to do with Voyager in processing this warrant was take this (from the source warrant production .pdf, which is insanely hard to read and jumps around with sometimes large gaps):



And turn it into this. Clean, chronological, ID'ing essentially sender/recipient (eventually became suspect/victim):



V/R,

_____

████████████, ████████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

██████████ **cell/voicemail**

████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended

recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**
**Sent:** Thursday, September 5, 2019 3:25 PM
**To:** Yulia Shvetsova
**Cc:** Arnold Suzukamo;Rebecca Nagy
**Subject:** Voyager warrant processing, success, feature request
**Attachments:** ███████████████

**\*CONFIDENTIAL\***

Hi Yulia,

I'm truly enjoying the warrant processing feature set within Voyager. This has already been absolutely **<u>transformative</u>** with respect to time savings and clarity for my work. Additionally, here in California the CalECPA legal requirements demand that we parse out search warrants from electronic communications so that we are dealing only with pertinent/relevant data. This can be a huge challenge. It doesn't apply to pure OSINT content, but search warrants only.

With that said, I have a couple of bugs/feature requests. I know the Instagram warrant is a new feature so I appreciate the flexibility. ██████████████ ████████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████

I was able to close it out, reopen, scroll manually, find the post, flag it, and then export out the relevant Comments nicely … but it was a bit clunky getting there.

Arnold, in a nutshell, what I was able to do with Voyager in processing this warrant was take this (from the source warrant production .pdf, which is insanely hard to read and jumps around with sometimes large gaps):



And turn it into this. Clean, chronological, ID'ing essentially sender/recipient (eventually became suspect/victim):



V/R,

_____, _____
**LAPD Robbery-Homicide Division**
**Website: click here**
**(213) 486-6850 office**
████████████ **cell/voicemail**
█████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

| | |
|---|---|
| **From:** | Harold Crossley |
| **Sent:** | Thursday, September 5, 2019 1:50 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager Training |

Good afternoon,

I want to apologise for the late notice, ███████████████████████████ I just realized I'm supposed to meet with you at 1400. Unfortunately I will have to reschedule.

I'll be back in the office next Wednesday. But let me know what is easiest for you after that.

Thanks
Harold

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ████████████
OFFICE: 213-486-7260
CELL: ████████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Harold Crossley <37864@lapd.online>
**Sent:** Tuesday, September 3, 2019 12:10:01 PM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:** Re: Voyager Training

Sounds good to me! My city cell and desk are in my signature.

Thanks,
Harold

Detective II Harold Crossley

Exhibit 5, Page 787

Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: █████████████
OFFICE: 213-486-7260
CELL: ████████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, September 3, 2019 12:02 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Voyager Training

Hi Harold,

Just checking in re: Thursday training on Voyager. Does this still work for you?
I'll be at South Bureau in the AM, so I will keep you posted as to when I'm done there as to our timing. I added a tentative meeting on our calendars for 2pm, but may be earlier that I'm free, if that works for you. I'll give you a call when I'm wrapping up there.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended

recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Thu, Aug 29, 2019 at 4:02 PM Harold Crossley <37864@lapd.online> wrote:

Good Afternoon,

I believe next thursday would work.

Thank you,
Harold

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: █████████
OFFICE: 213-486-7260
CELL: █████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 29, 2019 1:26 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Voyager Training

Hi Harold!

My name is Yulia - I am your contact person for Voyager training. I worked with Ed Dorroh recently, and wanted to set aside some time for us to cover a brief training and get you set up with login credentials.
Would tomorrow anytime work for you? If not, let's shoot for next Thursday or Friday if possible - I am at a meeting in Texas Tue-Wed of next week.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Diane Weber |
| **Sent:** | Thursday, September 5, 2019 5:43 AM |
| **To:** | Yulia Shvetsova |
| **Cc:** | Autumn Francois;Scott McAndrews |
| **Subject:** | RE: Voyager Labs Training |

That should be fine, there isn't anything scheduled in the room that day, but I'll put it on the calendar from noon on  to be sure.

Diane

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, September 04, 2019 8:44 PM
**To:** Diane Weber <n1977@lapd.online>
**Cc:** Autumn Francois <autumn@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>
**Subject:** Re: Voyager Labs Training

Thank you Diane!
Got it re: RACR>COMPSTAT nomenclature. We will most likely try to set it up on the 18th in the afternoon (if thats ok) and test all the connectivity then.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Wed, Sep 4, 2019 at 7:16 AM Diane Weber <n1977@lapd.online> wrote:

Yulia:

Just FYI, RACR no longer exists as a division.  The room is assigned to COMPSTAT/DOC.  The room is available on September 19th, I will reserve it for you.  Do we need to do any checks, or is the connectivity issue resolved?

Thanks,

Diane

Diane M. Weber, CCIA

Senior Crime & Intelligence Analyst

COMPSTAT Division

500 E. Temple St, Room 110

Los Angeles, CA  90012

(213)484-6720

N1977@lapd.online



**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, September 03, 2019 11:34 AM
**To:** Diane Weber <n1977@lapd.online>
**Cc:** Autumn Francois <autumn@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>
**Subject:** Re: Voyager Labs Training

Hi Diane,

We're planning a Voyager mid-trail checkpoint on September 19th. Do you know if the training room at RACR is available that day? May we please use it, if so?

We anticipate an all day meeting.

Thank you and hope your Labor Day holiday was great!

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Sun, Jul 14, 2019 at 6:50 AM Autumn Francois <autumn@voyagerlabs.co> wrote:

Thanks, Diane!

On Sat, Jul 13, 2019 at 1:19 AM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:

Great! See you Tuesday morning. May I please have your phone number for the front desk to let you know I've arrived? They usually won't let me through at security without an escort since I no longer have my city badge.

Best,

Yulia

On Fri, Jul 12, 2019 at 3:13 PM Diane Weber <n1977@lapd.online> wrote:

I am in the office on Tuesday, and the training room is available. Anytime in the morning is good.  See you tgen.

Dian

Get Outlook for Android

---

**From:** Autumn Francois <autumn@voyagerlabs.co>
**Sent:** Friday, July 12, 2019 2:47:31 PM
**To:** Diane Weber
**Cc:** Yulia Shvetsova
**Subject:** Voyager Labs Training

Hi Diane,

Hope all is well! Thanks again for doing the firewall check in preparation for our trial kickoff training next week.

I wanted to 1) re-connect you with my colleague, Yulia Shvetsova (cc'd) who previously worked with Praescient supporting the Palantir contract and recently joined Voyager Labs and will be supporting our pilot and 2) see if there might be a time on Tuesday when she could come by and run a few tests of our system capabilities to check speed on the training desktops.

Thank you and have a great weekend!

Autumn



**Autumn Francois**
**Director, Intelligence Analysis**
M: +1 ████████████
O: +1 212 404 2402
autumn@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--



**Autumn Francois**
**Director, Intelligence Analysis**
M: +1 ████████████
O: +1 212 404 2402
autumn@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, September 4, 2019 8:44 PM |
| **To:** | Diane Weber |
| **Cc:** | Autumn Francois;Scott McAndrews |
| **Subject:** | Re: Voyager Labs Training |

Thank you Diane!
Got it re: RACR>COMPSTAT nomenclature. We will most likely try to set it up on the 18th in the afternoon (if thats ok) and test all the connectivity then.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▇▇▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Wed, Sep 4, 2019 at 7:16 AM Diane Weber <n1977@lapd.online> wrote:

Yulia:



Just FYI, RACR no longer exists as a division.  The room is assigned to COMPSTAT/DOC.  The room is available on September 19th, I will reserve it for you.  Do we need to do any checks, or is the connectivity issue resolved?

Thanks,

Diane

Diane M. Weber, CCIA

Senior Crime & Intelligence Analyst

COMPSTAT Division

500 E. Temple St, Room 110

Los Angeles, CA  90012

(213)484-6720

N1977@lapd.online



**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, September 03, 2019 11:34 AM

**To:** Diane Weber <n1977@lapd.online>
**Cc:** Autumn Francois <autumn@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>
**Subject:** Re: Voyager Labs Training

Hi Diane,

We're planning a Voyager mid-trail checkpoint on September 19th. Do you know if the training room at RACR is available that day? May we please use it, if so?

We anticipate an all day meeting.

Thank you and hope your Labor Day holiday was great!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Sun, Jul 14, 2019 at 6:50 AM Autumn Francois <autumn@voyagerlabs.co> wrote:

Thanks, Diane!

On Sat, Jul 13, 2019 at 1:19 AM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:

Great! See you Tuesday morning. May I please have your phone number for the front desk to let you know I've arrived? They usually won't let me through at security without an escort since I no longer have my city badge.

Best,

Yulia

On Fri, Jul 12, 2019 at 3:13 PM Diane Weber <n1977@lapd.online> wrote:

I am in the office on Tuesday, and the training room is available. Anytime in the morning is good.  See you tgen.

Dian

Get Outlook for Android

Exhibit 5, Page 800

**From:** Autumn Francois <autumn@voyagerlabs.co>
**Sent:** Friday, July 12, 2019 2:47:31 PM
**To:** Diane Weber
**Cc:** Yulia Shvetsova
**Subject:** Voyager Labs Training

Hi Diane,

Hope all is well! Thanks again for doing the firewall check in preparation for our trial kickoff training next week.

I wanted to 1) re-connect you with my colleague, Yulia Shvetsova (cc'd) who previously worked with Praescient supporting the Palantir contract and recently joined Voyager Labs and will be supporting our pilot and 2) see if there might be a time on Tuesday when she could come by and run a few tests of our system capabilities to check speed on the training desktops.

Thank you and have a great weekend!

Autumn



**Autumn Francois**
**Director, Intelligence Analysis**
**M:** +1 ███████████
**O:** +1 212 404 2402
autumn@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--



**Autumn Francois**
**Director, Intelligence Analysis**
M: +1 ████████████
O: +1 212 404 2402
autumn@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Diane Weber
**Sent:** Wednesday, September 4, 2019 7:16 AM
**To:** Yulia Shvetsova
**Cc:** Autumn Francois;Scott McAndrews
**Subject:** RE: Voyager Labs Training

Yulia:

Just FYI, RACR no longer exists as a division.  The room is assigned to COMPSTAT/DOC.  The room is available on September 19th, I will reserve it for you.  Do we need to do any checks, or is the connectivity issue resolved?

Thanks,

Diane

Diane M. Weber, CCIA
Senior Crime & Intelligence Analyst
COMPSTAT Division
500 E. Temple St, Room 110
Los Angeles, CA  90012
(213)484-6720
N1977@lapd.online



**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, September 03, 2019 11:34 AM
**To:** Diane Weber <n1977@lapd.online>
**Cc:** Autumn Francois <autumn@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>
**Subject:** Re: Voyager Labs Training

Hi Diane,

We're planning a Voyager mid-trail checkpoint on September 19th. Do you know if the training room at RACR is available that day? May we please use it, if so? We anticipate an all day meeting.

Thank you and hope your Labor Day holiday was great!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Sun, Jul 14, 2019 at 6:50 AM Autumn Francois <autumn@voyagerlabs.co> wrote:

> Thanks, Diane!

On Sat, Jul 13, 2019 at 1:19 AM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:

> Great! See you Tuesday morning. May I please have your phone number for the front desk to let you know I've arrived? They usually won't let me through at security without an escort since I no longer have my city badge.
>
> Best,
>
> Yulia


On Fri, Jul 12, 2019 at 3:13 PM Diane Weber <n1977@lapd.online> wrote:

> I am in the office on Tuesday, and the training room is available. Anytime in the morning is good.  See you tgen.

Dian

Get [Outlook for Android](#)

---

**From:** Autumn Francois <[autumn@voyagerlabs.co](mailto:autumn@voyagerlabs.co)>
**Sent:** Friday, July 12, 2019 2:47:31 PM
**To:** Diane Weber
**Cc:** Yulia Shvetsova
**Subject:** Voyager Labs Training

Hi Diane,
Hope all is well! Thanks again for doing the firewall check in preparation for our trial kickoff training next week.
I wanted to 1) re-connect you with my colleague, Yulia Shvetsova (cc'd) who previously worked with Praescient supporting the Palantir contract and recently joined Voyager Labs and will be supporting our pilot and 2) see if there might be a time on Tuesday when she could come by and run a few tests of our system capabilities to check speed on the training desktops.

Thank you and have a great weekend!
Autumn



**Autumn Francois**
**Director, Intelligence Analysis**
**M:** +1 ██████████
**O:** +1 212 404 2402
[autumn@voyagerlabs.co](mailto:autumn@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

**Autumn Francois**
**Director, Intelligence Analysis**
**M:** +1 ████████████
**O:** +1 212 404 2402
autumn@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Tuesday, September 3, 2019 3:41 PM |
| **To:** | Rebecca Nagy |
| **Cc:** | Yulia Shvetsova;Autumn Francois |
| **Subject:** | Re: usage |

We are more than happy to walk you through that as well

On Tue, Sep 3, 2019, 6:38 PM Rebecca Nagy <n4309@lapd.online> wrote:
thank you for the information.
I appreciate it.

Rebecca Nagy, CCIA

Crime and Intelligence Analyst II

Major Crimes Division

Los Angeles Police Department

███████████

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, September 3, 2019 3:33:00 PM
**To:** Scott McAndrews <scottm@voyagerlabs.co>
**Cc:** Rebecca Nagy <n4309@lapd.online>; Autumn Francois <autumn@voyagerlabs.co>
**Subject:** Re: usage

Hi all,

Please see attached both:
1. User list

2. User stats (for logins and queries, on separate tabs)

Let us know if you want to discuss/if any questions.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▇▇▇▇▇▇▇
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Sep 3, 2019 at 3:34 PM Scott McAndrews <[scottm@voyagerlabs.co](mailto:scottm@voyagerlabs.co)> wrote:
 Yulia on flight, however will be off shortly. Going to get Autumn involved as well to help.

 **Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ▇▇▇▇▇▇

**O**: + 1 212.404.2402

[scottm@voyagerlabs.co](mailto:scottm@voyagerlabs.co)

www.voyagerlabs.co

On Tue, Sep 3, 2019 at 4:09 PM Rebecca Nagy <n4309@lapd.online> wrote:
HI my list of indviuals who are using the voyager is a little out dated can you email me who you have added since the first round.
Also can you let me know who are the top users and who is not using the system.
I would like to reach out to both groups and get some feedback from both.
Why they are not using the system or why they are abusing the system an how it is helping.

I have the impression from Arnold the focus should be on SBHD and SBCSOC to get feed back from them.... I sent you the email indicating as much.
Since I do not work down there I think it would be good to establish a strong contact like you have with me to really get the feedback you need.

Any questions please let me know.

Rebecca


Rebecca Nagy, CCIA

Crime and Intelligence Analyst II

Major Crimes Division

Los Angeles Police Department

██████████

| | |
|---|---|
| **From:** | Rebecca Nagy |
| **Sent:** | Tuesday, September 3, 2019 3:39 PM |
| **To:** | Yulia Shvetsova;Scott McAndrews |
| **Cc:** | Autumn Francois |
| **Subject:** | Re: usage |

thank you for the information.
I appreciate it.


Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
█████████


**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, September 3, 2019 3:33:00 PM
**To:** Scott McAndrews <scottm@voyagerlabs.co>
**Cc:** Rebecca Nagy <n4309@lapd.online>; Autumn Francois <autumn@voyagerlabs.co>
**Subject:** Re: usage

Hi all,

Please see attached both:
1. User list
2. User stats (for logins and queries, on separate tabs)

Let us know if you want to discuss/if any questions.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Sep 3, 2019 at 3:34 PM Scott McAndrews <scottm@voyagerlabs.co> wrote:
 Yulia on flight, however will be off shortly. Going to get Autumn involved as well to help.



**Scott McAndrews**
**Regional Director**
**Public & Private Sector**
**M**: +1 ███████████
**O**: + 1 212.404.2402
scottm@voyagerlabs.co
www.voyagerlabs.co

On Tue, Sep 3, 2019 at 4:09 PM Rebecca Nagy <n4309@lapd.online> wrote:
 HI my list of indviuals who are using the voyager is a little out dated can you email me who you have added since the first round.
 Also can you let me know who are the top users and who is not using the system.
 I would like to reach out to both groups and get some feedback from both.
 Why they are not using the system or why they are abusing the system an how it is helping.

Exhibit 5, Page 811

I have the impression from Arnold the focus should be on SBHD and SBCSOC to get feed back from them.... I sent you the email indicating as much.

Since I do not work down there I think it would be good to establish a strong contact like you have with me to really get the feedback you need.

Any questions please let me know.

Rebecca


Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
██████████████

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Tuesday, September 3, 2019 3:33 PM |
| **To:** | Scott McAndrews |
| **Cc:** | Rebecca Nagy;Autumn Francois |
| **Subject:** | Re: usage |
| **Attachments:** | Userlist.xlsx; Usage as of Sept 3.xlsx |

Hi all,

Please see attached both:
1. User list
2. User stats (for logins and queries, on separate tabs)

Let us know if you want to discuss/if any questions.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Tue, Sep 3, 2019 at 3:34 PM Scott McAndrews <scottm@voyagerlabs.co> wrote:
 Yulia on flight, however will be off shortly. Going to get Autumn involved as well to help.



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ██████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co


On Tue, Sep 3, 2019 at 4:09 PM Rebecca Nagy <n4309@lapd.online> wrote:
 HI my list of indviuals who are using the voyager is a little out dated can you email me who you have added since the first round.
 Also can you let me know who are the top users and who is not using the system.
 I would like to reach out to both groups and get some feedback from both.
 Why they are not using the system or why they are abusing the system an how it is helping.

 I have the impression from Arnold the focus should be on SBHD and SBCSOC to get feed back from them.... I sent you the email indicating as much.
 Since I do not work down there I think it would be good to establish a strong contact like you have with me to really get the feedback you need.

 Any questions please let me know.

 Rebecca


 Rebecca Nagy, CCIA

 Crime and Intelligence Analyst II

 Major Crimes Division

 Los Angeles Police Department

Exhibit 5, Page 814

Exhibit 5, Page 815

**From:** Thorsten Timmermans
**Sent:** Tuesday, September 3, 2019 2:49 PM
**To:** Yulia Shvetsova
**Subject:** Re: Old warrants upload to Voyager

Thank you.  I will wait till Thursday

Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, September 3, 2019 10:50:53 AM
**To:** Thorsten Timmermans <37459@lapd.online>
**Subject:** Old warrants upload to Voyager

Hey T,

Just an update - we've successfully been able to upload one of the old warrants you shared with me into Voyager. We can do this together on Thursday, or you can try the upload if you have time.
You should be able to upload all of those warrants for the cold case we've been working on.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

Exhibit 5, Page 816

**From:** Rebecca Nagy
**Sent:** Tuesday, September 3, 2019 2:28 PM
**To:** Scott McAndrews

Captain Brockway - SBHD
Captain Long - MCD
Captain Hayes - RHD
Captain Ramos - ISPD

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
██████████

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Tuesday, September 3, 2019 1:34 PM
**To:** Rebecca Nagy;Autumn Francois
**Cc:** Yulia Shvetsova
**Subject:** Re: usage

Yulia on flight, however will be off shortly. Going to get Autumn involved as well to help.

 **Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M:** +1 ███████████

**O:** + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

On Tue, Sep 3, 2019 at 4:09 PM Rebecca Nagy <n4309@lapd.online> wrote:
HI my list of indviuals who are using the voyager is a little out dated can you email me who you have added since the first round.
Also can you let me know who are the top users and who is not using the system.
I would like to reach out to both groups and get some feedback from both.
Why they are not using the system or why they are abusing the system an how it is helping.

I have the impression from Arnold the focus should be on SBHD and SBCSOC to get feed back from them.... I sent you the email indicating as much.
Since I do not work down there I think it would be good to establish a strong contact like you have with me to really get the feedback you need.

Any questions please let me know.

Exhibit 5, Page 818

Rebecca

Rebecca Nagy, CCIA

Crime and Intelligence Analyst II

Major Crimes Division

Los Angeles Police Department

██████████

**From:**      Rebecca Nagy
**Sent:**      Tuesday, September 3, 2019 1:09 PM
**To:**        Yulia Shvetsova;Scott McAndrews
**Subject:**   usage

HI my list of indviuals who are using the voyager is a little out dated can you email me who you have added since the first round.
Also can you let me know who are the top users and who is not using the system.
I would like to reach out to both groups and get some feedback from both.
Why they are not using the system or why they are abusing the system an how it is helping.

I have the impression from Arnold the focus should be on SBHD and SBCSOC to get feed back from them.... I sent you the email indicating as much.
Since I do not work down there I think it would be good to establish a strong contact like you have with me to really get the feedback you need.

Any questions please let me know.

Rebecca


Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
████████████

**From:** Rebecca Nagy
**Sent:** Tuesday, September 3, 2019 1:02 PM
**To:** Yulia Shvetsova
**Subject:** Fw: LAPD User List
**Attachments:** LAPD - VoyagerAnalytics Pilot Kickoff (July 2019).pptx

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
█████████

---

**From:** Rebecca Nagy
**Sent:** Wednesday, July 3, 2019 1:01 PM
**To:** Harold Crossley <37864@lapd.online>; Edward Dorroh <33227@lapd.online>; ████████ <████████████>; Ellen Fama <n4311@lapd.online>; Brian Verschueren <n5477@lapd.online>; Adam Broderick <32053@lapd.online>; Pitwalai Meesri <36177@lapd.online>; Eldin Stupar <39522@lapd.online>; Albert Shinfeld <35915@lapd.online>
**Cc:** Nathan Kouri <34340@lapd.online>; Robert Long <27410@lapd.online>; Sylvia Ruize <26498@lapd.online>; Stephan Margolis <26578@lapd.online>
**Subject:** Fw: LAPD User List

Hello,
You have been selected to participate in the Voyager Pilot program which will run for 4 months. Some of you will be on vacation or supervisor school during the first training. No worries I will schedule a second training in August to accommodate.

First training will be the week of the July 15th.
Make up training will be the week of August 12th (actual date TBD)

I have reserved the Computer training room at Compstat for July 15, 16, 17. It is only a 1 day training.
The date of the training will be confirmed once we are given the go waiting on ITD.

It will be working lunch and Voyager as offered to supply lunch.

We should be able to park at COMPSTAT I will find out and will email passes.
I will be on Vacation next week but will look out for the email and forward it once received.


Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
████████████

---

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Tuesday, July 2, 2019 4:03 PM
**To:** Rebecca Nagy
**Cc:** Nathan Kouri; Autumn Francois
**Subject:** Re: LAPD User List

Sorry for the delay.

I will be sending over the Voyager Contact list once I have Yulia's information.

Thanks and great talking with you all today.

Scott
████████████



On Tue, Jul 2, 2019, 6:44 PM Rebecca Nagy <n4309@lapd.online> wrote:
  Scott or Autumn can you email the power point from today.
   I am working on the training room.
  Thank you.

  Rebecca Nagy, CCIA

Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
██████████

---

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Tuesday, July 2, 2019 1:28:57 PM
**To:** Rebecca Nagy; Nathan Kouri
**Subject:** LAPD User List

Hello all,

Per our conversation, attached is the user list that we need you to fill out for your users information.

Also, if you have any Social Media URLs for the training, that would be great to enter in that field as well. This will ensure we can actively work on things relevant to your users./

Let me know if you have any questions.

Scott
██████████



**Scott McAndrews**
**Regional Director**
**Public & Private Sector**
**M**: +1 ██████████
**O**: + 1 212.404.2402
scottm@voyagerlabs.co
www.voyagerlabs.co

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Tuesday, September 3, 2019 1:00 PM |
| **To:** | Rebecca Nagy |
| **Subject:** | Fwd: Checking in with you |

fyi... this is why you received that message from Arnold (glad to see he sent that the other day). I do need to firm up that Command Staff meeting on 18th or 20th though. I sent him another email earlier today to confirm, as I have to finalize my other appt. in Las VEgas.



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M:** +1 ██████████████

**O:** + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

---------- Forwarded message ---------
From: **Arnold Suzukamo** <n1103@lapd.online>
Date: Fri, Aug 30, 2019 at 4:47 AM
Subject: Re: Checking in with you
To: Scott McAndrews <scottm@voyagerlabs.co>

Good thinking.  I was also going to reach out to Rebecca this week as well, to have a conference call with the eval team.
I will check-in with the Cmdr's calendar to see if those days are available. If so, I'll coordinate through his admin staff to send out a calendar invite to Capt Ramos, Capt Long, Capt Brockway & Capt Hayes.

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Thursday, August 29, 2019 1:36 PM
**To:** Arnold Suzukamo <n1103@lapd.online>
**Subject:** Checking in with you

Arnold,

Did you have 10 mins to check-in with me? I just want to bring you up to speed on a few things and also discuss our mid-trial check-in with your folks (scheduled for Sept. 19th).

In conjunction with that meeting, I think it would be helpful to do a Command Staff meeting with yourself and the other key folks. We want to bring you up to speed on the feedback, the usage, the key cases that Voyager has been assisted and been associated with thus far, and other miscellaneous items. I was wondering if the afternoon of Sept. 18th or anytime on Sept. 20th worked for yourself and team members.  We can do Sept. 19th as well, however she is involved in that all day meeting with most of your staff. I really would like Yulia to join us and since she has played such an integral part in the success of your users' experience thus far. Love to know your thoughts. Rebecca also wanted me to reach out to you sooner rather than later, as we know your schedules book up quickly.

Lastly and if you don't mind, can you help Yulia with this badge situation and because she is now onsite so much?  As you know, she had this access before with Palantir and everything is still in the system. If it is too much of a challenge, just let me know.

Thanks and I hope you are well.

Best,



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ████████████

**O**: + 1 212.404.2402

Exhibit 5, Page 825

scottm@voyagerlabs.co

www.voyagerlabs.co

| | |
|---|---|
| **From:** | Rebecca Nagy |
| **Sent:** | Tuesday, September 3, 2019 12:52 PM |
| **To:** | Yulia Shvetsova;Scott McAndrews |
| **Subject:** | Fw: experience with Voyager so far |

FYI....

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
██████████

**From:** Arnold Suzukamo <n1103@lapd.online>
**Sent:** Friday, August 30, 2019 2:30 AM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: experience with Voyager so far

Rebecca,
We're about at the half-way point with Voyager.  I'd kinda like to have a group feedback session to get some feedback and see how everyone is doing.  I especially would like to hear what's going on down at SBHD and the SBCSOC.  Is this something you can coordinate?  Also, can you send me the evaluation criteria.
Thanks
  suz

**From:** Rebecca Nagy <n4309@lapd.online>
**Sent:** Monday, July 29, 2019 10:17 AM
**To:** Arnold Suzukamo <n1103@lapd.online>; ███████████ < ███████████████ >
**Cc:** Brian Verschueren <n5477@lapd.online>; Ellen Fama <n4311@lapd.online>
**Subject:** Re: experience with Voyager so far

Hi Arnold

██████████████████████████████████████████████████

Not sure if you have a temporary color printer for the war room/cp but that would be helpful and maybe boost the wifi for the room as well.

Thank you!

Rebecca

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Arnold Suzukamo <n1103@lapd.online>
Date: 7/29/19 9:59 AM (GMT-08:00)
To: ██████████ <█████████████████>
Cc: Rebecca Nagy <n4309@lapd.online>, Brian Verschueren <n5477@lapd.online>, Ellen Fama <n4311@lapd.online>
Subject: Re: experience with Voyager so far

███████████████████████. Outside of new hardware, let me know if I can be of assistance.

**From:** ██████████ <█████████████>
**Sent:** Friday, July 26, 2019 4:40 PM
**To:** Arnold Suzukamo <n1103@lapd.online>
**Cc:** Rebecca Nagy <n4309@lapd.online>; Brian Verschueren <n5477@lapd.online>; Ellen Fama <n4311@lapd.online>
**Subject:** experience with Voyager so far

I've had an opportunity to throw some things at Voyager this past week. My first impressions are very positive. This is a valuable best-in-class tool for social media analysis that would surely benefit us.

What it does well:

- Outstanding tool for locating profiles during time-sensitive investigations (for example, yesterday's multi-4 homicide)

- Fantastic for looking at criminal networks, associates, and other connections (such as MS-13)
- Decent job with handling search warrant records*
- Very intuitive and user friendly
- Support has been great
- All of these tasks are very time/labor intensive – this software will cut down on hours

Limitations:

- *2 GB limit on search warrants is impractical, especially as more people move to content-heavy Instagram. I just downloaded a 27 GB warrant the other day
- In general, Facebook is slowly dying (a la Myspace circa 2009), needs more emphasis on Instagram
- Topic monitoring tool not particularly effective/user-friendly compared to competitors
- Needs a better way to manage separate cases so that data doesn't cross-pollinate when we don't want it to
- User-guide is far too text-heavy, online help/FAQ missing some images, could be better

As an example of a truly 21st Century case, check out:
https://www.latimes.com/local/lanow/la-me-ln-ray-diaz-assault-arrest-20190713-story.html



**Actor and social media personality Ray Diaz arrested on suspicion of sexual assault - Los Angeles Times - latimes.com**

www.latimes.com

Actor and social media personality Ray Diaz has been arrested on suspicion of sexual assault, Los Angeles police said. Diaz, 33, who lives in Hollywood, was arrested in San Diego early Friday with ...

This started online, bypassed traditional news almost altogether until arrest, involved a lot of online content, and went viral to the point where public outrage reached the Chief of Police via Twitter. We were able to insert ourselves into this process early on with positive results. By the time Department command staff woke up to the flood of messages in the morning, he was in custody at the border.

This is where an effective monitoring solution (Recorded Future, MediaSonar, Silobreaker, et al.) + analysis tool (Voyager) would have been very helpful. I think we're going to see more of these. For monitoring, DOC, Media Relations, TMU, RHD, and MCD should all have a license. Right now at DOC, from what I've seen, all their big screens are traditional 20th Century media. If they're only watching the news, they're already receiving their information too late.

V/R,

_____

███████████, █████████
**LAPD Robbery-Homicide Division**
**Website: <u>click here</u>**
**(213) 486-6850 office**
████████████ **cell/voicemail**
████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Tuesday, September 3, 2019 12:33 PM |
| **To:** | ███████ |
| **Cc:** | William Roecker |
| **Subject:** | Re: Voyager Support |

Hey  ,

Circling back around to these issues as I've gotten a response from our Product team:

1. Bulk profile finder: I mentioned last week this is a capability not supported on the trial, but is available as a feature request on the system.
2. IP address exports: Not a feature we'd supported previously, but we are adding it to our next system upgrade. (I'm working on getting a solid date for this)

3. **Profile Finder issue reported previously:** we've found the root cause of the issue and the fix is expected to be implemented by Sept 19th. Thank you for your patience!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Sun, Aug 25, 2019 at 8:35 PM ████████ <██████████████> wrote:

Hi Yulia,

Thank you. Yes, this week is good across the board. I should be in Monday through Friday about 0930 to 1730 every day. If possible let's steer clear of Friday afternoon since that's a long holiday weekend afternoon. Otherwise good to go.

Things are going well with Voyager. I'm steering clear of profile finder for the time being, but getting great use of everything else. Been at it this weekend.

We have a couple future feature requests:

- Bulk profile finder (down the road), since we pivot off of Call Data Records many times
- IP address export from the warrant collection (helps with attribution/court … maybe it's already there and I missed it)

More soon,

--█████

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Sunday, August 25, 2019 5:08 PM
**To:** ████████ <██████████████████>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Glad to hear it. Regarding the Profile Finder issue Will relayed to me earlier this week, this is what was reported to our Operations team:

Users are having the following issue: phone number searches for IG profile finder is not working 100% (users reported it works approximately 10% of the time). The way they are able to deduce this is as follows:

Their current workflow:

a. Add user to phone contacts: ███████ (example they agreed to share)

b. Go onto IG and sync contacts with IG account

c. User is populated because of his phone number

However, when this is attempted to be done with Voyager, no results are generated in Profile Finder based off of that phone number.

We are looking into this and should have an update shortly.

███████There's a few other open issues that you reported that I want to follow up on. Are you available at any time this week for me to spend an hour or so with you?

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Aug 20, 2019 at 4:30 PM ███████████ <███████████> wrote:

Got it to work – I used the target number from the warrant instead of the URL, and it took it!

Thanks,

_____

███████████, ███████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

█████████ **cell/voicemail**

█████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, August 19, 2019 12:27 PM
**To:** █████████ <█████████████████>
**Subject:** Re: Voyager Support

Correct, just the PDF. We're trobleshooting these errors and I can take a look tomorrow.

On Mon, Aug 19, 2019 at 11:10 █████████ <█████████████████> wrote:

P.S. Quick question for you – just to verify, the search warrant files we input into Voyager need to be .pdf? And not the full .zip? Just tried one for Instagram and I'm getting this error message (the public profile is private, but still present). Also tried just the █████████ as profile ID with same result – thx:

**From:** ███████
**Sent:** Monday, August 19, 2019 10:52 AM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** RE: Voyager Support

Hi Yulia,

I'll be off-site in training, but Will will be here and is good to go. Still having significant issues with the profile finder/phone number query.

Thanks,

--███████

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 15, 2019 3:17 PM
**To:** ███████ <███████████████>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Please let me know if Wednesday works for you - I am available all day. Another analyst will also come out with me to assist.

Best,

Yulia

On Wed, Aug 14, 2019 at 14:35 ███████████ <███████████████████> wrote:

Yes, no problem…!

_____

████████████, ████████

**LAPD Robbery-Homicide Division**

**Website: [click here](#)**

**(213) 486-6850 office**

████████████ **cell/voicemail**

██████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight,

may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <<u>yulias@voyagerlabs.co</u>>
**Sent:** Wednesday, August 14, 2019 1:29 PM
**To:** ███████ <███████████>
**Cc:** William Roecker <<u>42908@lapd.online</u>>
**Subject:** Re: Voyager Support

Hi all,

I am caught up at 77th Division today and will be here for a few more hours. May we please move to next week?

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
<u>yulias@voyagerlabs.co</u>
<u>www.voyagerlabs.co</u>

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Aug 14, 2019 at 12:04 PM ████████ <████████████> wrote:

Hi Yulia,

Yes, we're in today! Thank you.

V/R,

_____

██████████, ████████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

████████████ **cell/voicemail**

████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 6:30 PM
**To:** ███████ <████████████>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Hi ████ and Will,

I'd be happy to help out! Are you available tomorrow afternoon? I am heading to an out of town wedding on Thursday and will be back on Monday otherwise.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Aug 12, 2019 at 2:16 PM ▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮▮> wrote:

Hi Yulia,

Thank you for your patience as we're scaling down after our major case. I have a new partner here named Will Roecker (cc'd on this email). I was hoping to see if we can substitute Will and get him a trial account (we can change him out with our own Ellen Fama, if needed – she gave permission), ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Will's extremely sharp and has already been messing around with Voyager a bit with me, and I wanted to see if you two can connect for some desk side support. He is here this week through Thursday at RHD.

Recently we have:

A.  been able to have a good success story ▮▮▮▮▮▮▮▮▮▮ with Voyager using the Group feature, which is outstanding; and

B.  Identified several phone numbers were tied to matching social media profiles using our old standalone contact exploitation technique (███████ ███████). Unfortunately, during testing, Voyager did not locate those same profiles in Voyager Profile Finder. This happened on our recent big case, and has happened again on another. We wanted to provide you with a sample phone number so you can test it on your end: ███████ ████. Profile Finder via phone continues to be hit and miss. Will can relay more info if needed.

Finally, when we're doing search warrants to Facebook/Instagram we get one .zip file and one .pdf file per account we request from the provider. The .pdf files are all smaller than the .zip files, size-wise.

V/R,

_____

███████████, ██████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

██████████ **cell/voicemail**

██████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)//third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 09, 2019 12:09 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Harold Crossley
**Sent:** Tuesday, September 3, 2019 12:10 PM
**To:** Yulia Shvetsova
**Subject:** Re: Voyager Training

Sounds good to me! My city cell and desk are in my signature.

Thanks,
Harold

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ████████████
OFFICE: 213-486-7260
CELL: ████████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, September 3, 2019 12:02 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Re: Voyager Training

Hi Harold,

Just checking in re: Thursday training on Voyager. Does this still work for you?
I'll be at South Bureau in the AM, so I will keep you posted as to when I'm done there as to our timing. I added a tentative meeting on our calendars for 2pm, but may be earlier that I'm free, if that works for you. I'll give you a call when I'm wrapping up there.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Thu, Aug 29, 2019 at 4:02 PM Harold Crossley <37864@lapd.online> wrote:

Good Afternoon,

I believe next thursday would work.

Thank you,
Harold

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ███████████
OFFICE: 213-486-7260
CELL: ███████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 29, 2019 1:26 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Voyager Training

Hi Harold!

My name is Yulia - I am your contact person for Voyager training. I worked with Ed Dorroh recently, and wanted to set aside some time for us to cover a brief training and get you set up with login credentials.
Would tomorrow anytime work for you? If not, let's shoot for next Thursday or Friday if possible - I am at a meeting in Texas Tue-Wed of next week.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Tuesday, September 3, 2019 12:02 PM |
| **To:** | Harold Crossley |
| **Subject:** | Re: Voyager Training |

Hi Harold,

Just checking in re: Thursday training on Voyager. Does this still work for you?
I'll be at South Bureau in the AM, so I will keep you posted as to when I'm done there as to our timing. I added a tentative meeting on our calendars for 2pm, but may be earlier that I'm free, if that works for you. I'll give you a call when I'm wrapping up there.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Thu, Aug 29, 2019 at 4:02 PM Harold Crossley <37864@lapd.online> wrote:

Good Afternoon,

I believe next thursday would work.

Thank you,
Harold

Detective II Harold Crossley

Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ███████████
OFFICE: 213-486-7260
CELL: ███████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 29, 2019 1:26 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Voyager Training

Hi Harold!

My name is Yulia - I am your contact person for Voyager training. I worked with Ed Dorroh recently, and wanted to set aside some time for us to cover a brief training and get you set up with login credentials.
Would tomorrow anytime work for you? If not, let's shoot for next Thursday or Friday if possible - I am at a meeting in Texas Tue-Wed of next week.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the

intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Diane Weber
**Sent:** Tuesday, September 3, 2019 11:38 AM
**To:** Yulia Shvetsova
**Cc:** Autumn Francois;Scott McAndrews
**Subject:** Re: Voyager Labs Training

I am out of the office today, will check in the morning.

Diane

Diane Weber
Sr. Crime & Intel Analyst
COMPSTAT
213-484-6720

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, September 3, 2019 11:34:21 AM
**To:** Diane Weber <n1977@lapd.online>
**Cc:** Autumn Francois <autumn@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>
**Subject:** Re: Voyager Labs Training

Hi Diane,

We're planning a Voyager mid-trail checkpoint on September 19th. Do you know if the training room at RACR is available that day? May we please use it, if so? We anticipate an all day meeting.

Thank you and hope your Labor Day holiday was great!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Sun, Jul 14, 2019 at 6:50 AM Autumn Francois <autumn@voyagerlabs.co> wrote:
Thanks, Diane!

On Sat, Jul 13, 2019 at 1:19 AM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
Great! See you Tuesday morning. May I please have your phone number for the front desk to let you know I've arrived? They usually won't let me through at security without an escort since I no longer have my city badge.

Best,

Yulia

On Fri, Jul 12, 2019 at 3:13 PM Diane Weber <n1977@lapd.online> wrote:
I am in the office on Tuesday, and the training room is available. Anytime in the morning is good.  See you tgen.

Dian

Get Outlook for Android

_____

**From:** Autumn Francois <autumn@voyagerlabs.co>
**Sent:** Friday, July 12, 2019 2:47:31 PM
**To:** Diane Weber
**Cc:** Yulia Shvetsova
**Subject:** Voyager Labs Training

Hi Diane,
Hope all is well! Thanks again for doing the firewall check in preparation for our trial kickoff training next week.
I wanted to 1) re-connect you with my colleague, Yulia Shvetsova (cc'd) who previously worked with Praescient supporting the Palantir contract and recently joined Voyager Labs and will be supporting our pilot and 2) see if there might be a time on Tuesday when she could come by and run a few tests of our system capabilities to check speed on the training desktops.

Thank you and have a great weekend!
Autumn



**Autumn Francois**
**Director, Intelligence Analysis**
**M**: +1 ███████████
**O**: +1 212 404 2402
autumn@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--



**Autumn Francois**
**Director, Intelligence Analysis**
**M**: +1 ███████████
**O**: +1 212 404 2402
autumn@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Tuesday, September 3, 2019 11:34 AM |
| **To:** | Diane Weber |
| **Cc:** | Autumn Francois;Scott McAndrews |
| **Subject:** | Re: Voyager Labs Training |

Hi Diane,

We're planning a Voyager mid-trail checkpoint on September 19th. Do you know if the training room at RACR is available that day? May we please use it, if so? We anticipate an all day meeting.

Thank you and hope your Labor Day holiday was great!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co



This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Sun, Jul 14, 2019 at 6:50 AM Autumn Francois <autumn@voyagerlabs.co> wrote:
  Thanks, Diane!

  On Sat, Jul 13, 2019 at 1:19 AM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
    Great! See you Tuesday morning. May I please have your phone number for the front desk to let you know I've arrived? They usually won't let me through at security without an escort since I no longer have my city badge.

Best,

Yulia


On Fri, Jul 12, 2019 at 3:13 PM Diane Weber <n1977@lapd.online> wrote:
I am in the office on Tuesday, and the training room is available. Anytime in the morning is good.  See you tgen.

Dian

Get [Outlook for Android](Outlook for Android)

---

**From:** Autumn Francois <autumn@voyagerlabs.co>
**Sent:** Friday, July 12, 2019 2:47:31 PM
**To:** Diane Weber
**Cc:** Yulia Shvetsova
**Subject:** Voyager Labs Training

Hi Diane,
Hope all is well! Thanks again for doing the firewall check in preparation for our trial kickoff training next week.
I wanted to 1) re-connect you with my colleague, Yulia Shvetsova (cc'd) who previously worked with Praescient supporting the Palantir contract and recently joined Voyager Labs and will be supporting our pilot and 2) see if there might be a time on Tuesday when she could come by and run a few tests of our system capabilities to check speed on the training desktops.

Thank you and have a great weekend!
Autumn



**Autumn Francois**
**Director, Intelligence Analysis**
**M:** +1 ████████████
**O:** +1 212 404 2402
autumn@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--



**Autumn Francois**
**Director, Intelligence Analysis**
M: +1 ██████████████
O: +1 212 404 2402
autumn@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Tuesday, September 3, 2019 11:33 AM |
| **To:** | Arnold Suzukamo |
| **Cc:** | Yulia Shvetsova |
| **Subject:** | Re: Checking in with you |

Arnold,

Need to touch base with you about 2 items and if you had a. few mins to chat. I was hoping to address these items:

1) Remote Access for users - This question keeps coming up and we need to get some resolution, if you don't mind. We have been receiving different answers and some people have said it is ok, so long as they go through the VPN. I want to make sure you are aware though and that we are not stepping on any toes. Yulia, feel free to add any additional details and if I missed anything. Thanks!

2) Command Staff meeting - Any updates on if we can make this Command Staff meeting happen on the 18th or the 20th? Please note, Rebecca already has our folks meeting with your folks most of the 19th at your training facility. It is a 2 part session. The1st half of the day will be updates and talking with our Product Development team. The 2nd part of the day will be to address outstanding questions and to train some of the folks that need more training or are new. Also as an fyi, I also am scheduled to be in Las Vegas for another client oppty on either the morning of 18th (I could meet up with your folks later in the day) or on the 20th. That meeting is not set, as I am awaiting your feedback first and so I can plan the logistics accordingly around your folks schedules.  So, if possible with you/your folks, we can do the LAPD Command Staff meeting on the the 18th or any time on the 20th. Can you let me know what works best for your folks and what you think works best for you all?

I am around most of the afternoon, however I am on a call for the next 45 minutes. Let me know if you need to chat and I will make it happen. Thanks so much and hope you had a great holiday weekend.

Best regards,

 **Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ██████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Tuesday, September 3, 2019 10:51 AM |
| **To:** | Thorsten Timmermans |
| **Subject:** | Old warrants upload to Voyager |

Hey T,

Just an update - we've successfully been able to upload one of the old warrants you shared with me into Voyager. We can do this together on Thursday, or you can try the upload if you have time.
You should be able to upload all of those warrants for the cold case we've been working on.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| From: | Yulia Shvetsova <yulias@voyagerlabs.co> |
|---|---|
| Sent: | Friday, August 30, 2019 10:22 AM |
| To: | Kevan Beard |
| Subject: | Re: Voyager Catch-Up |

Great, thanks! I'd love to sit with you for about an hour or so and see if I could help with anything you're working on, if that's ok with you? Sometime next week, perhaps?


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Thu, Aug 29, 2019 at 5:25 PM Kevan Beard <35841@lapd.online> wrote:

Yulia

I did get them back and only one was rather large but was about 10,000 pages so I was able to upload it without any problems.

Kevan

Get [Outlook for Android](https://aka.ms/outlook)

---

**From:** Yulia Shvetsova <[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)>
**Sent:** Thursday, August 29, 2019 1:29:25 PM

**To:** Kevan Beard <35841@lapd.online>
**Subject:** Voyager Catch-Up

Hey Kevan,

I know last time we spoke, you mentioned you had a few large warrants you wanted to upload and go over. Would anytime tomorrow work for you to do a quick hour catch-up? If not, lets shoot for next Thursday if possible - I'm at meetings in TX next Tue-Wed.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 █████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Friday, August 30, 2019 9:36 AM |
| **To:** | Rebecca Nagy |
| **Subject:** | Fwd: Checking in with you |

fyi...


---------- Forwarded message ---------
From: **Arnold Suzukamo** <n1103@lapd.online>
Date: Fri, Aug 30, 2019 at 4:47 AM
Subject: Re: Checking in with you
To: Scott McAndrews <scottm@voyagerlabs.co>


Good thinking.  I was also going to reach out to Rebecca this week as well, to have a conference call with the eval team.
I will check-in with the Cmdr's calendar to see if those days are available. If so, I'll coordinate through his admin staff to send out a calendar invite to Capt Ramos, Capt Long, Capt Brockway & Capt Hayes.


---

From: Scott McAndrews <scottm@voyagerlabs.co>
Sent: Thursday, August 29, 2019 1:36 PM
To: Arnold Suzukamo <n1103@lapd.online>
Subject: Checking in with you

Arnold,

Did you have 10 mins to check-in with me? I just want to bring you up to speed on a few things and also discuss our mid-trial check-in with your folks (scheduled for Sept. 19th).

In conjunction with that meeting, I think it would be helpful to do a Command Staff meeting with yourself and the other key folks. We want to bring you up to speed on the feedback, the usage, the key cases that Voyager has been assisted and been associated with thus far, and other miscellaneous items. I was wondering if the afternoon of Sept. 18th or anytime on Sept. 20th worked for yourself and team members.  We can do Sept. 19th as well, however she is involved in that all day meeting with most of your staff. I really would like Yulia to join us and since she has played such an integral part in the success of your users' experience thus far. Love to know your thoughts. Rebecca also wanted me to reach out to you sooner rather than later, as we know your schedules book up quickly.

Lastly and if you don't mind, can you help Yulia with this badge situation and because she is now onsite so much?  As you know, she had this access before with Palantir and everything is still in the system. If it is too much of a challenge, just let me know.

Thanks and I hope you are well.

Best,



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ██████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

**From:**        Arnold Suzukamo
**Sent:**        Friday, August 30, 2019 1:47 AM
**To:**          Scott McAndrews
**Subject:**     Re: Checking in with you

Good thinking.  I was also going to reach out to Rebecca this week as well, to have a conference call with the eval team.
I will check-in with the Cmdr's calendar to see if those days are available. If so, I'll coordinate through his admin staff to send out a calendar invite to Capt Ramos, Capt Long, Capt Brockway & Capt Hayes.

---

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Thursday, August 29, 2019 1:36 PM
**To:** Arnold Suzukamo <n1103@lapd.online>
**Subject:** Checking in with you

Arnold,

Did you have 10 mins to check-in with me? I just want to bring you up to speed on a few things and also discuss our mid-trial check-in with your folks (scheduled for Sept. 19th).

In conjunction with that meeting, I think it would be helpful to do a Command Staff meeting with yourself and the other key folks. We want to bring you up to speed on the feedback, the usage, the key cases that Voyager has been assisted and been associated with thus far, and other miscellaneous items. I was wondering if the afternoon of Sept. 18th or anytime on Sept. 20th worked for yourself and team members.  We can do Sept. 19th as well, however she is involved in that all day meeting with most of your staff. I really would like Yulia to join us and since she has played such an integral part in the success of your users' experience thus far. Love to know your thoughts. Rebecca also wanted me to reach out to you sooner rather than later, as we know your schedules book up quickly.

Lastly and if you don't mind, can you help Yulia with this badge situation and because she is now onsite so much?  As you know, she had this access before with Palantir and everything is still in the system. If it is too much of a challenge, just let me know.

Thanks and I hope you are well.

Best,



**Scott McAndrews**
**Regional Director**
**Public & Private Sector**
**M**: +1 ███████████
**O**: + 1 212.404.2402
scottm@voyagerlabs.co
www.voyagerlabs.co

**From:**          Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**           Thursday, August 29, 2019 9:05 PM
**To:**              Rebecca Nagy
**Subject:**       Re: Temp ID Badge/parking pass for HQ

Sounds good, thank you!

On Thu, Aug 29, 2019 at 21:04 Rebecca Nagy <n4309@lapd.online> wrote:
> No problem...parking might not happen but we can at least try on the ID.
> I will let you know.
> Have a good night

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Yulia Shvetsova <yulias@voyagerlabs.co>
Date: 8/29/19 9:01 PM (GMT-08:00)
To: Rebecca Nagy <n4309@lapd.online>
Subject: Re: Temp ID Badge/parking pass for HQ

Thank you, and no, I don't.

On Thu, Aug 29, 2019 at 20:55 Rebecca Nagy <n4309@lapd.online> wrote:
> Hi i will talk to Captain Long and a
> See what we can do. Do you have a security clearance!?

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Yulia Shvetsova <yulias@voyagerlabs.co>
Date: 8/29/19 8:53 PM (GMT-08:00)
To: Scott McAndrews <scottm@voyagerlabs.co>
Cc: Arnold Suzukamo <n1103@lapd.online>, Rebecca Nagy <n4309@lapd.online>

Subject: Re: Temp ID Badge/parking pass for HQ

Got it thanks! I didn't realize I'd have to go through the process again. Makes sense, see you soon hopefully!

On Thu, Aug 29, 2019 at 18:11 Scott McAndrews <scottm@voyagerlabs.co> wrote:
NP, Thanks for letting us know. Have a great night.

On Thu, Aug 29, 2019, 9:08 PM Arnold Suzukamo <n1103@lapd.online> wrote:
yulia -
we were able to justify the cost of running the background check on you at that time, because we had a contract for services.
we are only in a fixed period poc so far.  appreciate all the support you're giving us.

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 29, 2019 12:47 PM
**To:** Arnold Suzukamo <n1103@lapd.online>; Rebecca Nagy <n4309@lapd.online>
**Cc:** Scott McAndrews <scottm@voyagerlabs.co>
**Subject:** Temp ID Badge/parking pass for HQ

Hi Arnold and Rebecca,

One of our uses suggested I try to get a temp ID badge for the HQ and South Bureau locations since I'm there every week. Is this possible/easy? I know last time I had to go through background checks and fingerprinting, since that is already in the system, any way to expedite this process the second time around?

Thanks!
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Rebecca Nagy
**Sent:** Thursday, August 29, 2019 9:04 PM
**To:** Yulia Shvetsova
**Subject:** Re: Temp ID Badge/parking pass for HQ

No problem...parking might not happen but we can at least try on the ID.
I will let you know.
Have a good night

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Yulia Shvetsova <yulias@voyagerlabs.co>
Date: 8/29/19 9:01 PM (GMT-08:00)
To: Rebecca Nagy <n4309@lapd.online>
Subject: Re: Temp ID Badge/parking pass for HQ

Thank you, and no, I don't.

On Thu, Aug 29, 2019 at 20:55 Rebecca Nagy <n4309@lapd.online> wrote:
  Hi i will talk to Captain Long and a
  See what we can do. Do you have a security clearance!?

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Yulia Shvetsova <yulias@voyagerlabs.co>
Date: 8/29/19 8:53 PM (GMT-08:00)
To: Scott McAndrews <scottm@voyagerlabs.co>
Cc: Arnold Suzukamo <n1103@lapd.online>, Rebecca Nagy <n4309@lapd.online>
Subject: Re: Temp ID Badge/parking pass for HQ

Got it thanks! I didn't realize I'd have to go through the process again. Makes sense, see you soon hopefully!

Exhibit 5, Page 873

On Thu, Aug 29, 2019 at 18:11 Scott McAndrews <scottm@voyagerlabs.co> wrote:
  NP, Thanks for letting us know. Have a great night.

 On Thu, Aug 29, 2019, 9:08 PM Arnold Suzukamo <n1103@lapd.online> wrote:
   yulia -
   we were able to justify the cost of running the background check on you at that time, because we had a contract for services.
   we are only in a fixed period poc so far.  appreciate all the support you're giving us.

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 29, 2019 12:47 PM
**To:** Arnold Suzukamo <n1103@lapd.online>; Rebecca Nagy <n4309@lapd.online>
**Cc:** Scott McAndrews <scottm@voyagerlabs.co>
**Subject:** Temp ID Badge/parking pass for HQ

Hi Arnold and Rebecca,

One of our uses suggested I try to get a temp ID badge for the HQ and South Bureau locations since I'm there every week. Is this possible/easy? I know last time I had to go through background checks and fingerprinting, since that is already in the system, any way to expedite this process the second time around?

Thanks!
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the

intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Thursday, August 29, 2019 9:02 PM |
| **To:** | Rebecca Nagy |
| **Subject:** | Re: Temp ID Badge/parking pass for HQ |

Thank you, and no, I don't.

On Thu, Aug 29, 2019 at 20:55 Rebecca Nagy <n4309@lapd.online> wrote:
> Hi i will talk to Captain Long and a
> See what we can do. Do you have a security clearance!?

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Yulia Shvetsova <yulias@voyagerlabs.co>
Date: 8/29/19 8:53 PM (GMT-08:00)
To: Scott McAndrews <scottm@voyagerlabs.co>
Cc: Arnold Suzukamo <n1103@lapd.online>, Rebecca Nagy <n4309@lapd.online>
Subject: Re: Temp ID Badge/parking pass for HQ

Got it thanks! I didn't realize I'd have to go through the process again. Makes sense, see you soon hopefully!

On Thu, Aug 29, 2019 at 18:11 Scott McAndrews <scottm@voyagerlabs.co> wrote:
> NP, Thanks for letting us know. Have a great night.

> On Thu, Aug 29, 2019, 9:08 PM Arnold Suzukamo <n1103@lapd.online> wrote:
>> yulia -
>> we were able to justify the cost of running the background check on you at that time, because we had a contract for services.
>> we are only in a fixed period poc so far.  appreciate all the support you're giving us.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 29, 2019 12:47 PM
**To:** Arnold Suzukamo <n1103@lapd.online>; Rebecca Nagy <n4309@lapd.online>

**Cc:** Scott McAndrews <scottm@voyagerlabs.co>
**Subject:** Temp ID Badge/parking pass for HQ

Hi Arnold and Rebecca,

One of our uses suggested I try to get a temp ID badge for the HQ and South Bureau locations since I'm there every week. Is this possible/easy? I know last time I had to go through background checks and fingerprinting, since that is already in the system, any way to expedite this process the second time around?

Thanks!
Best,

 **Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 █████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,

 **Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 █████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Rebecca Nagy |
| **Sent:** | Thursday, August 29, 2019 8:55 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Temp ID Badge/parking pass for HQ |

Hi i will talk to Captain Long and a
See what we can do. Do you have a security clearance!?


Sent from my T-Mobile 4G LTE Device


-------- Original message --------
From: Yulia Shvetsova <yulias@voyagerlabs.co>
Date: 8/29/19 8:53 PM (GMT-08:00)
To: Scott McAndrews <scottm@voyagerlabs.co>
Cc: Arnold Suzukamo <n1103@lapd.online>, Rebecca Nagy <n4309@lapd.online>
Subject: Re: Temp ID Badge/parking pass for HQ

Got it thanks! I didn't realize I'd have to go through the process again. Makes sense, see you soon hopefully!

On Thu, Aug 29, 2019 at 18:11 Scott McAndrews <scottm@voyagerlabs.co> wrote:
　NP, Thanks for letting us know. Have a great night.


　On Thu, Aug 29, 2019, 9:08 PM Arnold Suzukamo <n1103@lapd.online> wrote:
　　yulia -
　　we were able to justify the cost of running the background check on you at that time, because we had a contract for services.
　　we are only in a fixed period poc so far.  appreciate all the support you're giving us.


　　**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
　　**Sent:** Thursday, August 29, 2019 12:47 PM
　　**To:** Arnold Suzukamo <n1103@lapd.online>; Rebecca Nagy <n4309@lapd.online>
　　**Cc:** Scott McAndrews <scottm@voyagerlabs.co>
　　**Subject:** Temp ID Badge/parking pass for HQ

Exhibit 5, Page 879

Hi Arnold and Rebecca,

One of our uses suggested I try to get a temp ID badge for the HQ and South Bureau locations since I'm there every week. Is this possible/easy? I know last time I had to go through background checks and fingerprinting, since that is already in the system, any way to expedite this process the second time around?

Thanks!
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Thursday, August 29, 2019 8:54 PM |
| **To:** | Scott McAndrews |
| **Cc:** | Arnold Suzukamo;Rebecca Nagy |
| **Subject:** | Re: Temp ID Badge/parking pass for HQ |

Got it thanks! I didn't realize I'd have to go through the process again. Makes sense, see you soon hopefully!

On Thu, Aug 29, 2019 at 18:11 Scott McAndrews <scottm@voyagerlabs.co> wrote:
  NP, Thanks for letting us know. Have a great night.

  On Thu, Aug 29, 2019, 9:08 PM Arnold Suzukamo <n1103@lapd.online> wrote:
    yulia -
    we were able to justify the cost of running the background check on you at that time, because we had a contract for services.
    we are only in a fixed period poc so far.  appreciate all the support you're giving us.

    ---

    **From:** Yulia Shvetsova <yulias@voyagerlabs.co>
    **Sent:** Thursday, August 29, 2019 12:47 PM
    **To:** Arnold Suzukamo <n1103@lapd.online>; Rebecca Nagy <n4309@lapd.online>
    **Cc:** Scott McAndrews <scottm@voyagerlabs.co>
    **Subject:** Temp ID Badge/parking pass for HQ

    Hi Arnold and Rebecca,

    One of our uses suggested I try to get a temp ID badge for the HQ and South Bureau locations since I'm there every week. Is this possible/easy? I know last time I had to go through background checks and fingerprinting, since that is already in the system, any way to expedite this process the second time around?

    Thanks!
    Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Thursday, August 29, 2019 6:12 PM |
| **To:** | Arnold Suzukamo |
| **Cc:** | Yulia Shvetsova;Rebecca Nagy |
| **Subject:** | Re: Temp ID Badge/parking pass for HQ |

NP, Thanks for letting us know. Have a great night.

On Thu, Aug 29, 2019, 9:08 PM Arnold Suzukamo <n1103@lapd.online> wrote:

> yulia -
> we were able to justify the cost of running the background check on you at that time, because we had a contract for services.
> we are only in a fixed period poc so far.  appreciate all the support you're giving us.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 29, 2019 12:47 PM
**To:** Arnold Suzukamo <n1103@lapd.online>; Rebecca Nagy <n4309@lapd.online>
**Cc:** Scott McAndrews <scottm@voyagerlabs.co>
**Subject:** Temp ID Badge/parking pass for HQ

Hi Arnold and Rebecca,

One of our uses suggested I try to get a temp ID badge for the HQ and South Bureau locations since I'm there every week. Is this possible/easy? I know last time I had to go through background checks and fingerprinting, since that is already in the system, any way to expedite this process the second time around?

Thanks!
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Arnold Suzukamo |
| **Sent:** | Thursday, August 29, 2019 6:09 PM |
| **To:** | Yulia Shvetsova;Rebecca Nagy |
| **Cc:** | Scott McAndrews |
| **Subject:** | Re: Temp ID Badge/parking pass for HQ |

yulia -
we were able to justify the cost of running the background check on you at that time, because we had a contract for services.
we are only in a fixed period poc so far.  appreciate all the support you're giving us.

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 29, 2019 12:47 PM
**To:** Arnold Suzukamo <n1103@lapd.online>; Rebecca Nagy <n4309@lapd.online>
**Cc:** Scott McAndrews <scottm@voyagerlabs.co>
**Subject:** Temp ID Badge/parking pass for HQ

Hi Arnold and Rebecca,

One of our uses suggested I try to get a temp ID badge for the HQ and South Bureau locations since I'm there every week. Is this possible/easy? I know last time I had to go through background checks and fingerprinting, since that is already in the system, any way to expedite this process the second time around?

Thanks!
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

Exhibit 5, Page 885

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Kevan Beard |
| **Sent:** | Thursday, August 29, 2019 5:25 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager Catch-Up |

Yulia

I did get them back and only one was rather large but was about 10,000 pages so I was able to upload it without any problems.

Kevan

Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 29, 2019 1:29:25 PM
**To:** Kevan Beard <35841@lapd.online>
**Subject:** Voyager Catch-Up

Hey Kevan,

I know last time we spoke, you mentioned you had a few large warrants you wanted to upload and go over. Would anytime tomorrow work for you to do a quick hour catch-up? If not, lets shoot for next Thursday if possible - I'm at meetings in TX next Tue-Wed.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▇▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended

recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 29, 2019 2:03 PM
**To:** ▆▆▆▆▆▆
**Subject:** Can I drop by and grab my hotspot tomorrow am?

You can leave it downstairs with the guards if that's convenient unless you want to spend some time in Voyager.

Thanks!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▆▆▆▆▆▆▆▆▆
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Harold Crossley |
| **Sent:** | Thursday, August 29, 2019 2:02 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager Training |

Good Afternoon,

I believe next thursday would work.

Thank you,
Harold

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ███████████
OFFICE: 213-486-7260
CELL: ███████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 29, 2019 1:26 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Voyager Training

Hi Harold!

My name is Yulia - I am your contact person for Voyager training. I worked with Ed Dorroh recently, and wanted to set aside some time for us to cover a brief training and get you set up with login credentials.
Would tomorrow anytime work for you? If not, let's shoot for next Thursday or Friday if possible - I am at a meeting in Texas Tue-Wed of next week.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▉▉▉▉▉▉▉▉
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| From: | Scott McAndrews <scottm@voyagerlabs.co> |
|---|---|
| Sent: | Thursday, August 29, 2019 1:37 PM |
| To: | Arnold Suzukamo |
| Subject: | Checking in with you |

Arnold,

Did you have 10 mins to check-in with me? I just want to bring you up to speed on a few things and also discuss our mid-trial check-in with your folks (scheduled for Sept. 19th).

In conjunction with that meeting, I think it would be helpful to do a Command Staff meeting with yourself and the other key folks. We want to bring you up to speed on the feedback, the usage, the key cases that Voyager has been assisted and been associated with thus far, and other miscellaneous items. I was wondering if the afternoon of Sept. 18th or anytime on Sept. 20th worked for yourself and team members.  We can do Sept. 19th as well, however she is involved in that all day meeting with most of your staff. I really would like Yulia to join us and since she has played such an integral part in the success of your users' experience thus far. Love to know your thoughts. Rebecca also wanted me to reach out to you sooner rather than later, as we know your schedules book up quickly.

Lastly and if you don't mind, can you help Yulia with this badge situation and because she is now onsite so much?  As you know, she had this access before with Palantir and everything is still in the system. If it is too much of a challenge, just let me know.

Thanks and I hope you are well.

Best,



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ██████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

Exhibit 5, Page 893

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 29, 2019 1:29 PM
**To:** Kevan Beard
**Subject:** Voyager Catch-Up

Hey Kevan,

I know last time we spoke, you mentioned you had a few large warrants you wanted to upload and go over. Would anytime tomorrow work for you to do a quick hour catch-up? If not, lets shoot for next Thursday if possible - I'm at meetings in TX next Tue-Wed.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▮▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Thursday, August 29, 2019 1:27 PM |
| **To:** | Harold Crossley |
| **Subject:** | Voyager Training |

Hi Harold!

My name is Yulia - I am your contact person for Voyager training. I worked with Ed Dorroh recently, and wanted to set aside some time for us to cover a brief training and get you set up with login credentials.
Would tomorrow anytime work for you? If not, let's shoot for next Thursday or Friday if possible - I am at a meeting in Texas Tue-Wed of next week.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 29, 2019 12:49 PM
**To:** Rebecca Nagy
**Cc:** Scott McAndrews
**Subject:** Feedback forms

Hi Rebecca,

I know you mentioned you could get the feedback forms out to users - would you also mind forwarding me a blank copy please? That way, if a user asks me for it, I can send it to them directly. Thanks!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Thursday, August 29, 2019 12:48 PM |
| **To:** | Arnold Suzukamo;Rebecca Nagy |
| **Cc:** | Scott McAndrews |
| **Subject:** | Temp ID Badge/parking pass for HQ |

Hi Arnold and Rebecca,

One of our uses suggested I try to get a temp ID badge for the HQ and South Bureau locations since I'm there every week. Is this possible/easy? I know last time I had to go through background checks and fingerprinting, since that is already in the system, any way to expedite this process the second time around?

Thanks!
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Thursday, August 29, 2019 12:07 PM |
| **To:** | Scott McAndrews |
| **Cc:** | Katharina McAnany |
| **Subject:** | Re: Follow-up from our conversation... |

Sounds good, thanks Scott. Kathy responding here so you have my contact info. I used to train Palantir with Det. John Warren both at the Academy ████████ and chatted with you after a few of your safety online talks.
I'm at a meeting in Texas next week, but the following week of Sept 9th is open for me.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Thu, Aug 29, 2019 at 10:49 AM Scott McAndrews <scottm@voyagerlabs.co> wrote:

Kathy,

Sorry... ████████████████████████ Per our conversation, you mentioned to use your LAPD address. Yulia, please note that for your future conversations with Kathy.

Thanks

Exhibit 5, Page 898

**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ████████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

---------- Forwarded message ---------
From: **Scott McAndrews** <scottm@voyagerlabs.co>
Date: Thu, Aug 29, 2019 at 1:46 PM
Subject: Follow-up from our conversation...
To: Kathy McAnany <████████████████>, Yulia Shvetsova <yulias@voyagerlabs.co>

Kathy,

Just following up with you from our conversation. Let me know when you want me to reach out to your folks and to setup those passwords.

Also, I have cc:ed Yulia Shvetsova on this email. She is the person that we discussed. She is helping all the great folks now with training. She can also work with you on the setup of yourself and for Alex . I do think you have crossed paths before, however just in case... Yulia meet Kathy....Kathy meet Yulia. You have now been virtually introduced :)

Kathy, sust let me know how to proceed with Alex ███████████████████████

Scott



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ▮▮▮▮▮▮▮▮

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

**From:**          Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**          Thursday, August 29, 2019 12:04 PM
**To:**            Rebecca Nagy
**Cc:**            Scott McAndrews
**Subject:**       Sept 19th schedule

Hi all,

Please see a short summary of what we plan for Sept 19th:

We anticipate this being a half-day for existing users, and a full day for users who have not yet had the official training. In the AM our product team will share our new capabilities, and after lunch, the new users can stay for a demo and training of Voyager Analytics. This training will be held at:

Training Facility
500 East Temple Street
Los Angeles, CA 90012

(I will check with Diane to make sure that date is ok for us to use the training room and check if we can use Det. Warren's laptops)

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Thursday, August 29, 2019 10:49 AM |
| **To:** | Katharina McAnany;Yulia Shvetsova |
| **Subject:** | Fwd: Follow-up from our conversation... |

Kathy,

Sorry...████████████████████████Per our conversation, you mentioned to use your LAPD address. Yulia, please note that for your future conversations with Kathy.

Thanks



**Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ████████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co


---------- Forwarded message ---------
From: **Scott McAndrews** <scottm@voyagerlabs.co>
Date: Thu, Aug 29, 2019 at 1:46 PM
Subject: Follow-up from our conversation...
To: Kathy McAnany <████████████████>, Yulia Shvetsova <yulias@voyagerlabs.co>


Kathy,

Just following up with you from our conversation. Let me know when you want me to reach out to your folks and to setup those passwords.

Exhibit 5, Page 902

Also, I have cc:ed Yulia Shvetsova on this email. She is the person that we discussed. She is helping all the great folks now with training. She can also work with you on the setup of yourself and for Alex . I do think you have crossed paths before, however just in case... Yulia meet Kathy....Kathy meet Yulia. You have now been virtually introduced :)

Kathy, sust let me know how to proceed with Alex ███████████████████████████████

Scott


 **Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ████████████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

**From:** Thorsten Timmermans
**Sent:** Thursday, August 29, 2019 10:48 AM
**To:** Yulia Shvetsova
**Subject:** Re: Cancel meetup

Sounds good.  Enjoy your trip

Get [Outlook for Android](#)

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 29, 2019 10:46:38 AM
**To:** Thorsten Timmermans <37459@lapd.online>
**Subject:** Re: Cancel meetup

Sure, no problem. I will be in dallas until Wednesday, but Thursday would be good!

On Thu, Aug 29, 2019 at 10:25 Thorsten Timmermans <37459@lapd.online> wrote:
> Yulia,
>
> Can we reschedule for next week sometime? I have court at 1pm today.  Next week is open.  Pick what works for you.
>
> T
>
> Get [Outlook for Android](#)

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ███████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

Exhibit 5, Page 904

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**       Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**       Thursday, August 29, 2019 10:47 AM
**To:**         Thorsten Timmermans
**Subject:**    Re: Cancel meetup

Sure, no problem. I will be in dallas until Wednesday, but Thursday would be good!

On Thu, Aug 29, 2019 at 10:25 Thorsten Timmermans <37459@lapd.online> wrote:

> Yulia,
>
> Can we reschedule for next week sometime? I have court at 1pm today. Next week is open. Pick what works for you.
>
> T
>
> Get Outlook for Android

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Thorsten Timmermans
**Sent:** Thursday, August 29, 2019 10:25 AM
**To:** Yulia Shvetsova
**Subject:** Cancel meetup

Yulia,

Can we reschedule for next week sometime? I have court at 1pm today.  Next week is open.  Pick what works for you.

T

Get Outlook for Android

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Thursday, August 29, 2019 7:59 AM |
| **To:** | Thorsten Timmermans |
| **Subject:** | Re: update on Voyager |

Sure, see you then!


Best,

 **Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Thu, Aug 29, 2019 at 7:55 AM Thorsten Timmermans <37459@lapd.online> wrote:
Can we do 1pm?

Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 29, 2019 7:44:14 AM
**To:** Thorsten Timmermans <37459@lapd.online>
**Subject:** Re: update on Voyager

Would around noon work? or what time would you prefer?

On Thu, Aug 29, 2019 at 07:20 Thorsten Timmermans <37459@lapd.online> wrote:
 Good morning Yulia,

Got a lot happening this morning.  What time did you want to meet?

T

Get Outlook for Android

---

**From:** Thorsten Timmermans
**Sent:** Tuesday, August 27, 2019 1:47:55 PM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:** RE: update on Voyager


Awesome.  I have court this week.  Hopefully, I will finish before our meet.


Respectfully,


T


Sent from Mail for Windows 10

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 27, 2019 10:30:58 AM
**To:** Thorsten Timmermans <37459@lapd.online>
**Subject:** update on Voyager


Hey T,

Quick update - we should hopefully have the capability of ingesting your old warrants by the beginning of next week! See you Thursday.


Best,


**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**          Thorsten Timmermans
**Sent:**          Thursday, August 29, 2019 7:55 AM
**To:**            Yulia Shvetsova
**Subject:**       Re: update on Voyager

Can we do 1pm?

Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 29, 2019 7:44:14 AM
**To:** Thorsten Timmermans <37459@lapd.online>
**Subject:** Re: update on Voyager

Would around noon work? or what time would you prefer?


On Thu, Aug 29, 2019 at 07:20 Thorsten Timmermans <37459@lapd.online> wrote:
> Good morning Yulia,
>
> Got a lot happening this morning.  What time did you want to meet?
>
> T
>
> Get Outlook for Android

---

**From:** Thorsten Timmermans
**Sent:** Tuesday, August 27, 2019 1:47:55 PM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:** RE: update on Voyager


Awesome.  I have court this week.  Hopefully, I will finish before our meet.


Respectfully,

T

Sent from Mail for Windows 10

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 27, 2019 10:30:58 AM
**To:** Thorsten Timmermans <37459@lapd.online>
**Subject:** update on Voyager

Hey T,

Quick update - we should hopefully have the capability of ingesting your old warrants by the beginning of next week! See you Thursday.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Thursday, August 29, 2019 7:44 AM |
| **To:** | Thorsten Timmermans |
| **Subject:** | Re: update on Voyager |

Would around noon work? or what time would you prefer?


On Thu, Aug 29, 2019 at 07:20 Thorsten Timmermans <37459@lapd.online> wrote:

Good morning Yulia,

Got a lot happening this morning.  What time did you want to meet?

T

Get [Outlook for Android](#)

---

**From:** Thorsten Timmermans
**Sent:** Tuesday, August 27, 2019 1:47:55 PM
**To:** Yulia Shvetsova <[yulias@voyagerlabs.co](#)>
**Subject:** RE: update on Voyager


Awesome.  I have court this week.  Hopefully, I will finish before our meet.



Respectfully,



T



Sent from [Mail](#) for Windows 10

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 27, 2019 10:30:58 AM
**To:** Thorsten Timmermans <37459@lapd.online>
**Subject:** update on Voyager

Hey T,

Quick update - we should hopefully have the capability of ingesting your old warrants by the beginning of next week! See you Thursday.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Thorsten Timmermans |
| **Sent:** | Thursday, August 29, 2019 7:20 AM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: update on Voyager |

Good morning Yulia,

Got a lot happening this morning.  What time did you want to meet?

T

Get Outlook for Android

---

**From:** Thorsten Timmermans
**Sent:** Tuesday, August 27, 2019 1:47:55 PM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:** RE: update on Voyager

Awesome.  I have court this week.  Hopefully, I will finish before our meet.

Respectfully,

T

Sent from Mail for Windows 10

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 27, 2019 10:30:58 AM
**To:** Thorsten Timmermans <37459@lapd.online>
**Subject:** update on Voyager

Hey T,

Quick update - we should hopefully have the capability of ingesting your old warrants by the beginning of next week! See you Thursday.

Best,

Exhibit 5, Page 915



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▇▇▇▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Wednesday, August 28, 2019 9:19 AM |
| **To:** | Rebecca Nagy;Yulia Shvetsova |
| **Subject:** | So can we confirm the Sept. 19th date for both sides |

That is the date that worked best for us over here. If so, we will block out that day with your folks and also start discussing the agenda.

Work for you?

 **Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M:** +1 ██████████

**O:** + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

**From:** Thorsten Timmermans
**Sent:** Tuesday, August 27, 2019 1:48 PM
**To:** Yulia Shvetsova
**Subject:** RE: update on Voyager

Awesome.  I have court this week.  Hopefully, I will finish before our meet.

Respectfully,

T

Sent from Mail for Windows 10

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 27, 2019 10:30:58 AM
**To:** Thorsten Timmermans <37459@lapd.online>
**Subject:** update on Voyager

Hey T,

Quick update - we should hopefully have the capability of ingesting your old warrants by the beginning of next week! See you Thursday.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended

recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 27, 2019 10:31 AM
**To:** Thorsten Timmermans
**Subject:** update on Voyager

Hey T,

Quick update - we should hopefully have the capability of ingesting your old warrants by the beginning of next week! See you Thursday.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Monday, August 26, 2019 3:04 PM |
| **To:** | Rebecca Nagy;Yulia Shvetsova |
| **Subject:** | quick check-in with Yulia on Thursday 10 AM |

Rebecca ,

I just got off the phone with Yulia. As we discussed this morning, she has some information for you on the usage and feedback from the users. She mentioned you all had talked about her usage to help you with Fleet week.

Why don't the 3 of us shoot for Thursday morning at 10 AM PST (1 PM EST) to chat? Let me know if that still works for  you.  If so, I will send a calendar invite.

Thanks for your time and call me if you need anything.

 **Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ██████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Monday, August 26, 2019 3:02 PM |
| **To:** | Thorsten Timmermans |
| **Subject:** | Thursday training |

Hey T,

Have to move our Voyager session back a few hours on Thursday. If this doesn't work for you, let me know of any other good time on Wednesday or Friday.
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** ███████
**Sent:** Sunday, August 25, 2019 7:02 PM
**To:** Yulia Shvetsova
**Cc:** Autumn Francois;Arnold Suzukamo
**Subject:** RE: Large Insta Warrants

My mistake – I thought it was the .zip files originally. The .pdfs have been working great.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Sunday, August 25, 2019 4:51 PM
**To:** ███████ <███████>
**Cc:** Autumn Francois <autumn@voyagerlabs.co>; Arnold Suzukamo <n1103@lapd.online>
**Subject:** Re: Large Insta Warrants

Hi ██████,

Just circling back around to this - the current IG upload limit is 5GB (this is **just** the PDF - not the .zip file). Is this upload limit still an issue for you? If so, may we please get a copy of one of the larger sized warrants (you mentioned 12-17 GB) so we can run through our system and make sure our reader can scale to that size? Let's touch base this week.

Thank you!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ███████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Jul 29, 2019 at 9:34 AM ██████████ <██████████████> wrote:

Hi Yulia,

Yes, I'm on vacation starting today, so we'll have to circle back on this next week. We are working around the clock ██████████████████████████ I can tell you that I've been using Voyager a LOT, and will debrief more when I can. ██████████████████████ ████████████████████████████████████████████████████████ ████████ Voyager has still been very, very helpful.

I will update more soon!

Thanks,

████████

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, July 29, 2019 9:27 AM
**To:** ██████████ <██████████████>
**Cc:** Autumn Francois <autumn@voyagerlabs.co>
**Subject:** Re: Large Insta Warrants

Hey ███████,

Any luck with the above shared files? I'm not sure if you're on vacation now - sorry to bother you if so!

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: +1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

On Thu, Jul 25, 2019 at 7:05 AM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:

Hi ██████,

We are working on the large ████████ warrant request we discussed. May you please use the Sharepoint drive to drop one of the large (~17GB) warrants so that we may test drive the required changes? Thank you and please call if you need anything: ████████████

Best,

Yulia

**From:**
**Sent:**        Sunday, August 25, 2019 6:35 PM
**To:**          Yulia Shvetsova
**Cc:**          William Roecker
**Subject:**     RE: Voyager Support


Hi Yulia,

Thank you. Yes, this week is good across the board. I should be in Monday through Friday about 0930 to 1730 every day. If possible let's steer clear of Friday afternoon since that's a long holiday weekend afternoon. Otherwise good to go.

Things are going well with Voyager. I'm steering clear of profile finder for the time being, but getting great use of everything else. Been at it this weekend.

We have a couple future feature requests:
- Bulk profile finder (down the road), since we pivot off of Call Data Records many times
- IP address export from the warrant collection (helps with attribution/court … maybe it's already there and I missed it)

More soon,

--███

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Sunday, August 25, 2019 5:08 PM
**To:** ███████████ <███████████████>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Glad to hear it. Regarding the Profile Finder issue Will relayed to me earlier this week, this is what was reported to our Operations team:

Users are having the following issue: phone number searches for IG profile finder is not working 100% (users reported it works approximately 10% of the time). The way they are able to deduce this is as follows:
Their current workflow:
a. Add user to phone contacts: ██████████ (example they agreed to share)

b. Go onto IG and sync contacts with IG account
c. User is populated because of his phone number
However, when this is attempted to be done with Voyager, no results are generated in Profile Finder based off of that phone number.

We are looking into this and should have an update shortly.

███ There's a few other open issues that you reported that I want to follow up on. Are you available at any time this week for me to spend an hour or so with you?

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Aug 20, 2019 at 4:30 PM ████████ <████████████> wrote:

Got it to work – I used the target number from the warrant instead of the URL, and it took it!

Thanks,

_____

████████, ████

**LAPD Robbery-Homicide Division**

**Website: [click here](#)**

**(213) 486-6850 office**

████████ **cell/voicemail**

████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)>
**Sent:** Monday, August 19, 2019 12:27 PM
**To:** ████████ <████████>
**Subject:** Re: Voyager Support

Correct, just the PDF. We're trobleshooting these errors and I can take a look tomorrow.

On Mon, Aug 19, 2019 at 11:10 ████████ <████████████> wrote:

P.S. Quick question for you – just to verify, the search warrant files we input into Voyager need to be .pdf? And not the full .zip? Just tried one for Instagram and I'm getting this error message (the public profile is private, but still present). Also tried ████████████ as profile ID with same result – thx:

**From:** ▉▉▉▉▉▉
**Sent:** Monday, August 19, 2019 10:52 AM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** RE: Voyager Support

Hi Yulia,

I'll be off-site in training, but Will will be here and is good to go. Still having significant issues with the profile finder/phone number query.

Thanks,

--▉▉▉▉▉

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 15, 2019 3:17 PM
**To:** ███████ <███████████>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Please let me know if Wednesday works for you - I am available all day. Another analyst will also come out with me to assist.

Best,

Yulia

On Wed, Aug 14, 2019 at 14:35 ██████ <██████████████> wrote:

Yes, no problem…!

_____

███████████, ████████

**LAPD Robbery-Homicide Division**

**Website:  click here**

**(213) 486-6850 office**

████████████ **cell/voicemail**

████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 14, 2019 1:29 PM
**To:** ███████████ < ████████████ >
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Hi all,

I am caught up at 77th Division today and will be here for a few more hours. May we please move to next week?

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Aug 14, 2019 at 12:04 PM ▮▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮▮▮▮> wrote:

Hi Yulia,

Yes, we're in today! Thank you.

V/R,

_____

▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

██████████ **cell/voicemail**

██████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 6:30 PM
**To:** ██████████ <██████████>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Hi ██████ and Will,

I'd be happy to help out! Are you available tomorrow afternoon? I am heading to an out of town wedding on Thursday and will be back on Monday otherwise.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Aug 12, 2019 at 2:16 PM ███████████ <███████████> wrote:

Hi Yulia,

Thank you for your patience as we're scaling down after our major case. I have a new partner here named Will Roecker (cc'd on this email). I was hoping to see if we can substitute Will and get him a trial account (we can change him out with our own Ellen Fama, if needed – she gave permission), ███████████ ███████████ Will's extremely sharp and has already been messing around with Voyager a bit with me, and I wanted to see if you two can connect for some desk side support. He is here this week through Thursday at RHD.

Recently we have:

A.   been able to have a good success story ████████████ with Voyager using the Group feature, which is outstanding; and
B.   Identified several phone numbers were tied to matching social media profiles using our old standalone contact exploitation technique ████
     ████████. Unfortunately, during testing, Voyager did not locate those same profiles in Voyager Profile Finder. This happened on our recent big
     case, and has happened again on another. We wanted to provide you with a sample phone number so you can test it on your end: ████████████
     Profile Finder via phone continues to be hit and miss. Will can relay more info if needed.

Finally, when we're doing search warrants to Facebook/Instagram we get one .zip file and one .pdf file per account we request from the provider. The .pdf
files are all smaller than the .zip files, size-wise.

V/R,

_____

████████████, ████████

**LAPD Robbery-Homicide Division**

**Website: [click here](#)**

**(213) 486-6850 office**

████████████ **cell/voicemail**

████████████ **email**

Exhibit 5, Page 936



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 09, 2019 12:09 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Sunday, August 25, 2019 5:08 PM |
| **To:** | ▇▇▇▇▇▇▇ |
| **Cc:** | William Roecker |
| **Subject:** | Re: Voyager Support |

Glad to hear it. Regarding the Profile Finder issue Will relayed to me earlier this week, this is what was reported to our Operations team:

Users are having the following issue: phone number searches for IG profile finder is not working 100% (users reported it works approximately 10% of the time). The way they are able to deduce this is as follows:
Their current workflow:
a. Add user to phone contacts: ▇▇▇▇▇▇▇▇ (example they agreed to share)
b. Go onto IG and sync contacts with IG account
c. User is populated because of his phone number
However, when this is attempted to be done with Voyager, no results are generated in Profile Finder based off of that phone number.

We are looking into this and should have an update shortly.

▇▇▇▇▇There's a few other open issues that you reported that I want to follow up on. Are you available at any time this week for me to spend an hour or so with you?

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▇▇▇▇▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Aug 20, 2019 at 4:30 PM ██████████ <████████████████> wrote:

Got it to work – I used the target number from the warrant instead of the URL, and it took it!

Thanks,

_____

████████████, ████████

**LAPD Robbery-Homicide Division**

**Website: <u>click here</u>**

**(213) 486-6850 office**

████████████  **cell/voicemail**

████████████████  **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, August 19, 2019 12:27 PM
**To:** ███████████ <███████████████████>
**Subject:** Re: Voyager Support

Correct, just the PDF. We're trobleshooting these errors and I can take a look tomorrow.

On Mon, Aug 19, 2019 at 11:10 ███████████ <███████████████████> wrote:

P.S. Quick question for you – just to verify, the search warrant files we input into Voyager need to be .pdf? And not the full .zip? Just tried one for Instagram and I'm getting this error message (the public profile is private, but still present). Also tried just ███████████ as profile ID with same result – thx:



**From:** ███████████
**Sent:** Monday, August 19, 2019 10:52 AM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** RE: Voyager Support

Hi Yulia,

I'll be off-site in training, but Will will be here and is good to go. Still having significant issues with the profile finder/phone number query.

Thanks,

--███████

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 15, 2019 3:17 PM
**To:** ███████████ <███████████████████>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Please let me know if Wednesday works for you - I am available all day. Another analyst will also come out with me to assist.

Best,

Yulia

On Wed, Aug 14, 2019 at 14:35 ███████ <███████████> wrote:

Yes, no problem…!

_____

███████████, ████████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

████████████ **cell/voicemail**

████████████ **email**



CONFIDENTIALITY NOTICE: This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight,

may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 14, 2019 1:29 PM
**To:** ███████████ <███████████>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Hi all,

I am caught up at 77th Division today and will be here for a few more hours. May we please move to next week?

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Aug 14, 2019 at 12:04 PM ███████ <██████████> wrote:

Hi Yulia,

Yes, we're in today! Thank you.

V/R,

_____

████████, ███████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

████████ **cell/voicemail**

██████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 6:30 PM
**To:** ████████ <████████████>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Hi ████ and Will,

I'd be happy to help out! Are you available tomorrow afternoon? I am heading to an out of town wedding on Thursday and will be back on Monday otherwise.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Aug 12, 2019 at 2:16 PM ▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮> wrote:

Hi Yulia,

Thank you for your patience as we're scaling down after our major case. I have a new partner here named Will Roecker (cc'd on this email). I was hoping to see if we can substitute Will and get him a trial account (we can change him out with our own Ellen Fama, if needed – she gave permission), ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ Will's extremely sharp and has already been messing around with Voyager a bit with me, and I wanted to see if you two can connect for some desk side support. He is here this week through Thursday at RHD.

Recently we have:

A. been able to have a good success story ▮▮▮▮▮▮▮▮ with Voyager using the Group feature, which is outstanding; and

B.  Identified several phone numbers were tied to matching social media profiles using our old standalone contact exploitation technique ███████ ███████. Unfortunately, during testing, Voyager did not locate those same profiles in Voyager Profile Finder. This happened on our recent big case, and has happened again on another. We wanted to provide you with a sample phone number so you can test it on your end: ███████. Profile Finder via phone continues to be hit and miss. Will can relay more info if needed.

Finally, when we're doing search warrants to Facebook/Instagram we get one .zip file and one .pdf file per account we request from the provider. The .pdf files are all smaller than the .zip files, size-wise.

V/R,

_____

████████, ████████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

████████ **cell/voicemail**

████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 09, 2019 12:09 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
<span style="color:blue">M</span>: 1 ▮▮▮▮▮▮▮▮▮
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Sunday, August 25, 2019 4:51 PM
**To:** ███████
**Cc:** Autumn Francois;Arnold Suzukamo
**Subject:** Re: Large Insta Warrants

Hi ███████,

Just circling back around to this - the current IG upload limit is 5GB (this is **just** the PDF - not the .zip file). Is this upload limit still an issue for you? If so, may we please get a copy of one of the larger sized warrants (you mentioned 12-17 GB) so we can run through our system and make sure our reader can scale to that size? Let's touch base this week.

Thank you!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Jul 29, 2019 at 9:34 AM ███████ <███████████> wrote:

Hi Yulia,

Yes, I'm on vacation starting today, so we'll have to circle back on this next week. ███████████ I can tell you that I've been using Voyager a LOT, and will debrief more when I can. ███████████

████ Voyager has still been very, very helpful.

I will update more soon!

Thanks,

████

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, July 29, 2019 9:27 AM
**To:** ████████ <████████████████>
**Cc:** Autumn Francois <autumn@voyagerlabs.co>
**Subject:** Re: Large Insta Warrants

Hey ██████,

Any luck with the above shared files? I'm not sure if you're on vacation now - sorry to bother you if so!

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: +1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

On Thu, Jul 25, 2019 at 7:05 AM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:

Hi ██████,

We are working on the large Instagram warrant request we discussed. May you please use the Sharepoint drive to drop one of the large (~17GB) warrants so that we may test drive the required changes? Thank you and please call if you need anything: ███████████

Best,

Yulia

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Sunday, August 25, 2019 4:49 PM |
| **To:** | William Lu |
| **Cc:** | Rebecca Nagy;Nathan Kouri |
| **Subject:** | Re: Voyager Feedback/Questions |

Apologies for the delay in these questions being answered:

1. The timezone that the system auto reverts to is EDT. We are exploring changing over to PDT, to be relevant to your investigations, and will update if this can be completed during the trial time.

2. The data we are collecting on an individual is the activity by that individual, so the posts of other people will not populate under "posts". However, you are able to view the activity between two (or more) individuals by navigating to the Topology Discovery and selecting (by right clicking or from the analyst panel) one of more individuals and selecting "Friendship Report" from the right-hand pane. The Friendship Report displays the friendship data and shared interactions between the connection and the seed. The Friendship Report is only available for Facebook and Instagram profiles.



Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Sat, Jul 27, 2019 at 12:17 PM William Lu <n5961@lapd.online> wrote:

Good afternoon all! I am about to go on vacation, so I'd like to contribute some feedback before I leave.

Since our training, I've used Voyager a few times to look for profiles. The profile finder was useful with phone numbers. ████████████████████ ████████████████████████████████████████████

I've also used the Topic Query several times ████████████████████████████ It is very helpful to be able to gather posts from multiple sources all in the same run.

General Questions:

Exhibit 5, Page 958

1. Are the time stamps from the posts reflective of the subject's time zone, or Los Angeles' time zone? I was curious if the time stamps are in UTC or if it was converted into Pacific time for us.

2. I've noticed that the posts from Facebook queries only show "outgoing" posts from the subject. Would we be able to pull posts that the subject's friends post into his/her wall?

That's all I have for now, thank you again for all the work!

-William

| | |
|---|---|
| **From:** | David Whitehead <davidw@voyagerlabs.co> |
| **Sent:** | Friday, August 23, 2019 1:19 PM |
| **To:** | Rebecca Nagy |
| **Cc:** | Yulia Shvetsova;Scott McAndrews |
| **Subject:** | Re: Please increase usage for the day |

Hi Rebecca (and all)!

We've added 30 additional queries for the day.  They are available now.  Please let me know if you need more.

Thank you!
David

On Fri, Aug 23, 2019 at 3:38 PM Rebecca Nagy <n4309@lapd.online> wrote:
  Thank you!



  Sent from my T-Mobile 4G LTE Device


  -------- Original message --------
  From: David Whitehead <davidw@voyagerlabs.co>
  Date: 8/23/19 2:33 PM (GMT-06:00)
  To: Yulia Shvetsova <yulias@voyagerlabs.co>
  Cc: Scott McAndrews <scottm@voyagerlabs.co>, Rebecca Nagy <n4309@lapd.online>
  Subject: Re: Please increase usage for the day

  Hi Yulia,

  Working on it now.  Will update you in a bit.

  Thank you!
  David

  On Fri, Aug 23, 2019 at 3:02 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
    Hi all,

    We're almost out of queries for the day, may we please increase?

Best,
Yulia
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 <span style="background:black">████████</span>
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

David Whitehead
Director, Technical Account Management
M: 1-<span style="background:black">████████</span>
O: 1-212-404-2402
davidw@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

David Whitehead
Director, Technical Account Management
M: 1-██████████
O: 1-212-404-2402
davidw@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Rebecca Nagy |
| **Sent:** | Friday, August 23, 2019 12:39 PM |
| **To:** | David Whitehead;Yulia Shvetsova |
| **Cc:** | Scott McAndrews |
| **Subject:** | Re: Please increase usage for the day |

Thank you!


Sent from my T-Mobile 4G LTE Device


-------- Original message --------
From: David Whitehead <davidw@voyagerlabs.co>
Date: 8/23/19 2:33 PM (GMT-06:00)
To: Yulia Shvetsova <yulias@voyagerlabs.co>
Cc: Scott McAndrews <scottm@voyagerlabs.co>, Rebecca Nagy <n4309@lapd.online>
Subject: Re: Please increase usage for the day

Hi Yulia,

Working on it now.  Will update you in a bit.

Thank you!
David

On Fri, Aug 23, 2019 at 3:02 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
  Hi all,

  We're almost out of queries for the day, may we please increase?

  Best,
  Yulia
  --
  Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

David Whitehead
Director, Technical Account Management
M: 1-███████████
O: 1-212-404-2402
[davidw@voyagerlabs.co](mailto:davidw@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | David Whitehead <davidw@voyagerlabs.co> |
| **Sent:** | Friday, August 23, 2019 12:33 PM |
| **To:** | Yulia Shvetsova |
| **Cc:** | Scott McAndrews;Rebecca Nagy |
| **Subject:** | Re: Please increase usage for the day |

Hi Yulia,

Working on it now.  Will update you in a bit.

Thank you!
David

On Fri, Aug 23, 2019 at 3:02 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
Hi all,

We're almost out of queries for the day, may we please increase?

Best,
Yulia
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

David Whitehead
Director, Technical Account Management
M: 1-██████████
O: 1-212-404-2402
davidw@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 23, 2019 12:02 PM
**To:** David Whitehead;Scott McAndrews
**Cc:** Rebecca Nagy
**Subject:** Please increase usage for the day

Hi all,

We're almost out of queries for the day, may we please increase?

Best,
Yulia
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Edward Dorroh
**Sent:** Wednesday, August 21, 2019 1:21 PM
**To:** Yulia Shvetsova
**Subject:** RE: Voyager Analytics Link

Ok.  I will give it a try.

Thank you.

Ed

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 21, 2019 11:55 AM
**To:** Edward Dorroh <33227@lapd.online>
**Subject:** Re: Voyager Analytics Link

I actually was able to run the search and I do see that all 3 populate: IG, FB, and TW.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Aug 21, 2019 at 11:42 AM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:

Hey Ed,

We made some fixes to our Twitter collections, may you please try again to search on your email address and see if that Twitter account pops up?

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Aug 20, 2019 at 11:42 AM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:

Great, thanks! Will keep you posted on the issue/remote access.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Aug 20, 2019 at 11:41 AM Edward Dorroh <33227@lapd.online> wrote:

No need to meet up yet.  Truthfully, I have to spend this week writing reports and closing out cases.  My backlog is causing issues.

Thank you for checking in.

Ed

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 20, 2019 11:36 AM
**To:** Edward Dorroh <33227@lapd.online>
**Subject:** Re: Voyager Analytics Link

Hi Ed,

Just checking in with you:

1. We're working on getting you remote access so you don't have to access via Zscaler.

2. Did you have a chance to check your twitter account that you thought may have been linked to ▇▇▇▇▇▇▇▇▇▇? Is it linked to that email, and if so, we will check why it didn't find through Voyager.

Also, do you have any need to meet up this week to work on anything in particular/answer any questions you may have?

Thanks!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▇▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Aug 14, 2019 at 10:20 AM Edward Dorroh <33227@lapd.online> wrote:

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 14, 2019 7:11 AM
**To:** Edward Dorroh <33227@lapd.online>
**Subject:** Voyager Analytics Link


https://va-bruins.voyager-analytics.com/



Best,




**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 21, 2019 12:38 PM
**To:** William Roecker
**Subject:** Re: Voyager Credentials

Done, apologies. Try logging out and back in. Thanks!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Aug 21, 2019 at 12:34 PM William Roecker <42908@lapd.online> wrote:
Are you able to put me in the RHD group? It looks like I'm in south bureau homicide

Get Outlook for iOS

---

**From:** William Roecker
**Sent:** Wednesday, August 21, 2019 11:10:26 AM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:** Re: Voyager Credentials

Awesome, Thank you. See you then.

**From:** Yulia Shvetsova <<u>yulias@voyagerlabs.co</u>>
**Sent:** Wednesday, August 21, 2019 10:35 AM
**To:** William Roecker <42908@lapd.online>
**Subject:** Voyager Credentials

Hi Will,

Please see your login info below:

URL: <u>https://va-bruins.voyager-analytics.com</u>
U: ▮▮▮▮▮▮▮
P: ▮▮▮▮▮▮▮ (can change once you login)

See you today at 2!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮
<u>yulias@voyagerlabs.co</u>
<u>www.voyagerlabs.co</u>

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | William Roecker |
| **Sent:** | Wednesday, August 21, 2019 12:35 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager Credentials |

Are you able to put me in the RHD group? It looks like I'm in south bureau homicide

Get Outlook for iOS

---

**From:** William Roecker
**Sent:** Wednesday, August 21, 2019 11:10:26 AM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Subject:** Re: Voyager Credentials

Awesome, Thank you. See you then.

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 21, 2019 10:35 AM
**To:** William Roecker <42908@lapd.online>
**Subject:** Voyager Credentials

Hi Will,

Please see your login info below:

URL: https://va-bruins.voyager-analytics.com
U: ████████
P: ████████ (can change once you login)

See you today at 2!

Best,

Exhibit 5, Page 975



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, August 21, 2019 11:55 AM |
| **To:** | Edward Dorroh |
| **Subject:** | Re: Voyager Analytics Link |

I actually was able to run the search and I do see that all 3 populate: IG, FB, and TW.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Wed, Aug 21, 2019 at 11:42 AM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:

Hey Ed,

We made some fixes to our Twitter collections, may you please try again to search on your email address and see if that Twitter account pops up?


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Aug 20, 2019 at 11:42 AM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
Great, thanks! Will keep you posted on the issue/remote access.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Aug 20, 2019 at 11:41 AM Edward Dorroh <33227@lapd.online> wrote:

███████████████████████████████████

Exhibit 5, Page 978

No need to meet up yet.  Truthfully, I have to spend this week writing reports and closing out cases.  My backlog is causing issues.

Thank you for checking in.

Ed

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 20, 2019 11:36 AM
**To:** Edward Dorroh <33227@lapd.online>
**Subject:** Re: Voyager Analytics Link

Hi Ed,

Just checking in with you:

1. We're working on getting you remote access so you don't have to access via Zscaler.

2. Did you have a chance to check your twitter account that you thought may have been linked to ███████████? Is it linked to that email, and if so, we will check why it didn't find through Voyager.

Also, do you have any need to meet up this week to work on anything in particular/answer any questions you may have?

Thanks!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Aug 14, 2019 at 10:20 AM Edward Dorroh <33227@lapd.online> wrote:

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 14, 2019 7:11 AM
**To:** Edward Dorroh <33227@lapd.online>
**Subject:** Voyager Analytics Link

https://va-bruins.voyager-analytics.com/

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 21, 2019 11:42 AM
**To:** Edward Dorroh
**Subject:** Re: Voyager Analytics Link

Hey Ed,

We made some fixes to our Twitter collections, may you please try again to search on your email address and see if that Twitter account pops up?

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Aug 20, 2019 at 11:42 AM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
Great, thanks! Will keep you posted on the issue/remote access.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▓▓▓▓▓▓▓▓
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Aug 20, 2019 at 11:41 AM Edward Dorroh <33227@lapd.online> wrote:

████████████████████████████████████████████

No need to meet up yet.  Truthfully, I have to spend this week writing reports and closing out cases.  My backlog is causing issues.

Thank you for checking in.

Ed

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 20, 2019 11:36 AM
**To:** Edward Dorroh <33227@lapd.online>
**Subject:** Re: Voyager Analytics Link

Hi Ed,

Just checking in with you:

1. We're working on getting you remote access so you don't have to access via Zscaler.

2. Did you have a chance to check your twitter account that you thought may have been linked to ███████████? Is it linked to that email, and if so, we will check why it didn't find through Voyager.

Also, do you have any need to meet up this week to work on anything in particular/answer any questions you may have?

Thanks!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Aug 14, 2019 at 10:20 AM Edward Dorroh <33227@lapd.online> wrote:

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 14, 2019 7:11 AM
**To:** Edward Dorroh <33227@lapd.online>
**Subject:** Voyager Analytics Link

https://va-bruins.voyager-analytics.com/

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** William Roecker
**Sent:** Wednesday, August 21, 2019 11:10 AM
**To:** Yulia Shvetsova
**Subject:** Re: Voyager Credentials

Awesome, Thank you. See you then.

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 21, 2019 10:35 AM
**To:** William Roecker <42908@lapd.online>
**Subject:** Voyager Credentials

Hi Will,

Please see your login info below:

URL: https://va-bruins.voyager-analytics.com
U: ████████
P: ████████ (can change once you login)

See you today at 2!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**     Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**     Wednesday, August 21, 2019 10:35 AM
**To:**     William Roecker
**Subject:**     Voyager Credentials

Hi Will,

Please see your login info below:

URL: https://va-bruins.voyager-analytics.com
U: ▮▮▮▮▮▮
P: ▮▮▮▮▮▮ (can change once you login)

See you today at 2!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**
**Sent:** Tuesday, August 20, 2019 4:31 PM
**To:** Yulia Shvetsova
**Cc:** William Roecker
**Subject:** RE: Voyager Support


Got it to work – I used the target number from the warrant instead of the URL, and it took it!

Thanks,


_____, _____
**LAPD Robbery-Homicide Division**
**Website: <span style="color:blue">click here</span>**
**(213) 486-6850 office**
▇▇▇▇▇▇▇ **cell/voicemail**
▇▇▇▇▇▇▇▇▇ **email**



CONFIDENTIALITY NOTICE: This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.


**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, August 19, 2019 12:27 PM
**To:** ▇▇▇▇▇▇▇▇ <▇▇▇▇▇▇▇▇▇▇>
**Subject:** Re: Voyager Support

Correct, just the PDF. We're troubleshooting these errors and I can take a look tomorrow.

On Mon, Aug 19, 2019 at 11:10 ▇▇▇▇▇▇▇ <▇▇▇▇▇▇▇▇▇▇> wrote:

P.S. Quick question for you – just to verify, the search warrant files we input into Voyager need to be .pdf? And not the full .zip? Just tried one for Instagram and I'm getting this error message (the public profile is private, but still present). Also tried just ▮▮▮▮▮▮▮▮▮ as profile ID with same result – thx:

**From:** ▮▮▮▮▮▮▮
**Sent:** Monday, August 19, 2019 10:52 AM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** RE: Voyager Support

Hi Yulia,

I'll be off-site in training, but Will will be here and is good to go. Still having significant issues with the profile finder/phone number query.

Thanks,

--▮▮▮▮

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 15, 2019 3:17 PM
**To:** ▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮>

**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Please let me know if Wednesday works for you - I am available all day. Another analyst will also come out with me to assist.

Best,

Yulia

On Wed, Aug 14, 2019 at 14:35 ████████ <████████████> wrote:

Yes, no problem...!

_____

████████, ██████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

████████ **cell/voicemail**

████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 14, 2019 1:29 PM
**To:** ███████████ <█████████████████>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Hi all,

I am caught up at 77th Division today and will be here for a few more hours. May we please move to next week?

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Aug 14, 2019 at 12:04 PM ██████████ <█████████████> wrote:

Hi Yulia,

Yes, we're in today! Thank you.

V/R,

_____

████████, ███████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

████████ **cell/voicemail**

████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 6:30 PM
**To:** ████████ <████████████>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Hi ████ and Will,

I'd be happy to help out! Are you available tomorrow afternoon? I am heading to an out of town wedding on Thursday and will be back on Monday otherwise.

Best,



**Yulia Shvetsova**
Intelligence Analyst
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Aug 12, 2019 at 2:16 PM ▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮> wrote:

Hi Yulia,

Thank you for your patience as we're scaling down after our major case. I have a new partner here named Will Roecker (cc'd on this email). I was hoping to see if we can substitute Will and get him a trial account (we can change him out with our own Ellen Fama, if needed – she gave permission), ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Will's extremely sharp and has already been messing around with Voyager a bit with me, and I wanted to see if you two can connect for some desk side support. He is here this week through Thursday at RHD.

Recently we have:

A. been able to have a good success story on a robbery series with Voyager using the Group feature, which is outstanding; and
B. Identified several phone numbers were tied to matching social media profiles using our old standalone contact exploitation technique ████ ██████████ Unfortunately, during testing, Voyager did not locate those same profiles in Voyager Profile Finder. This happened on our recent big case, and has happened again on another. We wanted to provide you with a sample phone number so you can test it on your end: ██████████. Profile Finder via phone continues to be hit and miss. Will can relay more info if needed.

Finally, when we're doing search warrants to Facebook/Instagram we get one .zip file and one .pdf file per account we request from the provider. The .pdf files are all smaller than the .zip files, size-wise.

V/R,

_____

████████, ███████

**LAPD Robbery-Homicide Division**

**Website:  click here**

**(213) 486-6850 office**

████████ **cell/voicemail**

█████████ **email**

Exhibit 5, Page 997



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 09, 2019 12:09 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**       Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**       Tuesday, August 20, 2019 11:43 AM
**To:**         Edward Dorroh
**Subject:**    Re: Voyager Analytics Link

Great, thanks! Will keep you posted on the issue/remote access.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Tue, Aug 20, 2019 at 11:41 AM Edward Dorroh <33227@lapd.online> wrote:




No need to meet up yet.  Truthfully, I have to spend this week writing reports and closing out cases.  My backlog is causing issues.


Thank you for checking in.

Ed


**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 20, 2019 11:36 AM
**To:** Edward Dorroh <33227@lapd.online>
**Subject:** Re: Voyager Analytics Link


Hi Ed,


Just checking in with you:

1. We're working on getting you remote access so you don't have to access via Zscaler.

2. Did you have a chance to check your twitter account that you thought may have been linked to ███████████? Is it linked to that email, and if so, we will check why it didn't find through Voyager.


Also, do you have any need to meet up this week to work on anything in particular/answer any questions you may have?

Thanks!


Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▉▉▉▉▉▉▉▉
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Aug 14, 2019 at 10:20 AM Edward Dorroh <33227@lapd.online> wrote:

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 14, 2019 7:11 AM
**To:** Edward Dorroh <33227@lapd.online>
**Subject:** Voyager Analytics Link

https://va-bruins.voyager-analytics.com/

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▇▇▇▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Edward Dorroh
**Sent:** Tuesday, August 20, 2019 11:41 AM
**To:** Yulia Shvetsova
**Subject:** RE: Voyager Analytics Link

███████████████████████████████

No need to meet up yet.  Truthfully, I have to spend this week writing reports and closing out cases.  My backlog is causing issues.

Thank you for checking in.

Ed

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 20, 2019 11:36 AM
**To:** Edward Dorroh <33227@lapd.online>
**Subject:** Re: Voyager Analytics Link

Hi Ed,

Just checking in with you:
1. We're working on getting you remote access so you don't have to access via Zscaler.
2. Did you have a chance to check your twitter account that you thought may have been linked to ████████████? Is it linked to that email, and if so, we will check why it didn't find through Voyager.

Also, do you have any need to meet up this week to work on anything in particular/answer any questions you may have?
Thanks!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Aug 14, 2019 at 10:20 AM Edward Dorroh <33227@lapd.online> wrote:

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 14, 2019 7:11 AM
**To:** Edward Dorroh <33227@lapd.online>
**Subject:** Voyager Analytics Link

https://va-bruins.voyager-analytics.com/

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Tuesday, August 20, 2019 11:36 AM |
| **To:** | Edward Dorroh |
| **Subject:** | Re: Voyager Analytics Link |

Hi Ed,

Just checking in with you:
1. We're working on getting you remote access so you don't have to access via Zscaler.
2. Did you have a chance to check your twitter account that you thought may have been linked to ███████████? Is it linked to that email, and if so, we will check why it didn't find through Voyager.

Also, do you have any need to meet up this week to work on anything in particular/answer any questions you may have?
Thanks!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Wed, Aug 14, 2019 at 10:20 AM Edward Dorroh <33227@lapd.online> wrote:

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 14, 2019 7:11 AM
**To:** Edward Dorroh <33227@lapd.online>
**Subject:** Voyager Analytics Link

https://va-bruins.voyager-analytics.com/

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▮▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Tuesday, August 20, 2019 11:20 AM |
| **To:** | Dana Lee |
| **Subject:** | Re: Voyager Analytics Credentials |

Great :)
Thank you for checking!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Tue, Aug 20, 2019 at 11:18 AM Dana Lee <n2294@lapd.online> wrote:

I'm good, Yulia!!! 😊 I logged in now so I'm good to go…thanks again!!


**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 20, 2019 11:17 AM
**To:** Dana Lee <n2294@lapd.online>
**Subject:** Re: Voyager Analytics Credentials

Are you at your desk now? I'm here and can come over to make sure you can log in.


Best,




**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Tue, Aug 20, 2019 at 11:12 AM Dana Lee <n2294@lapd.online> wrote:

Thank you so much, Yulia!!! Have a wonderful day!! 😊


Dana


**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 20, 2019 11:11 AM

**To:** Dana Lee <n2294@lapd.online>
**Subject:** Voyager Analytics Credentials

Hi Dana,

Please see your Voyager Credentials:

Link: https://va-bruins.voyager-analytics.com

username: ██████

temporary password: ██████

Please note that you will have to be either on the LAPD LAN or logged into Zscaler to access this URL. Please let me know if you have any questions!

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Dana Lee
**Sent:** Tuesday, August 20, 2019 11:19 AM
**To:** Yulia Shvetsova
**Subject:** RE: Voyager Analytics Credentials

I'm good, Yulia!!! 😊 I logged in now so I'm good to go…thanks again!!

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 20, 2019 11:17 AM
**To:** Dana Lee <n2294@lapd.online>
**Subject:** Re: Voyager Analytics Credentials

Are you at your desk now? I'm here and can come over to make sure you can log in.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Aug 20, 2019 at 11:12 AM Dana Lee <n2294@lapd.online> wrote:

Thank you so much, Yulia!!! Have a wonderful day!! 😊

Dana

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 20, 2019 11:11 AM
**To:** Dana Lee <n2294@lapd.online>
**Subject:** Voyager Analytics Credentials

Hi Dana,

Please see your Voyager Credentials:

Link: https://va-bruins.voyager-analytics.com

username: ▇▇▇

temporary password: ▇▇▇▇

Please note that you will have to be either on the LAPD LAN or logged into Zscaler to access this URL. Please let me know if you have any questions!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**     Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**     Tuesday, August 20, 2019 11:17 AM
**To:**       Dana Lee
**Subject:**  Re: Voyager Analytics Credentials

Are you at your desk now? I'm here and can come over to make sure you can log in.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Aug 20, 2019 at 11:12 AM Dana Lee <n2294@lapd.online> wrote:

Thank you so much, Yulia!!! Have a wonderful day!! 😉

Dana

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 20, 2019 11:11 AM

Exhibit 5, Page 1017

**To:** Dana Lee <n2294@lapd.online>
**Subject:** Voyager Analytics Credentials

Hi Dana,

Please see your Voyager Credentials:

Link: https://va-bruins.voyager-analytics.com

username: ▇▇▇▇

temporary password: ▇▇▇▇▇

Please note that you will have to be either on the LAPD LAN or logged into Zscaler to access this URL. Please let me know if you have any questions!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▇▇▇▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Tuesday, August 20, 2019 11:16 AM |
| **To:** | Michael Levant;Dana Lee;Curtis Morton;Brandon Bourgeois;Mark Hahn |
| **Subject:** | Voyager Analytics Contact |

Hi all,

Thank you for sitting through the Voyager Social Media demo last week. There are a few users in your department who have user accounts:

T Timmermans
Dana Lee
William Lu
Scott Teubert

We are in trial mode right now, so additional accounts would require approval from your department, but if anyone is very interested, we can see what can be done.

**I am available if you have something you'd like me to search or if you have any FB or IG warrants you'd like me to upload and show you.**

Thank you again! My contact info is below.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▆▆▆▆▆▆▆▆▆
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| From: | Dana Lee |
|---|---|
| Sent: | Tuesday, August 20, 2019 11:13 AM |
| To: | Yulia Shvetsova |
| Subject: | RE: Voyager Analytics Credentials |

Thank you so much, Yulia!!! Have a wonderful day!! 

Dana

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 20, 2019 11:11 AM
**To:** Dana Lee <n2294@lapd.online>
**Subject:** Voyager Analytics Credentials

Hi Dana,

Please see your Voyager Credentials:

Link: https://va-bruins.voyager-analytics.com
username: ▮▮▮
temporary password: ▮▮▮▮

Please note that you will have to be either on the LAPD LAN or logged into Zscaler to access this URL. Please let me know if you have any questions!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended

recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 20, 2019 11:11 AM
**To:** Dana Lee
**Subject:** Voyager Analytics Credentials

Hi Dana,

Please see your Voyager Credentials:

Link: https://va-bruins.voyager-analytics.com
username: ███
temporary password: ██████

Please note that you will have to be either on the LAPD LAN or logged into Zscaler to access this URL. Please let me know if you have any questions!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**      Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**      Monday, August 19, 2019 12:27 PM
**To:**        ███████████
**Subject:**   Re: Voyager Support

Correct, just the PDF. We're troubleshooting these errors and I can take a look tomorrow.

On Mon, Aug 19, 2019 at 11:10 ███████████ <███████████████████> wrote:


P.S. Quick question for you – just to verify, the search warrant files we input into Voyager need to be .pdf? And not the full .zip? Just tried one for Instagram and I'm getting this error message (the public profile is private, but still present). Also tried just ████████████ as profile ID with same result – thx:



**From:** █████████
**Sent:** Monday, August 19, 2019 10:52 AM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** RE: Voyager Support

Hi Yulia,

I'll be off-site in training, but Will will be here and is good to go. Still having significant issues with the profile finder/phone number query.

Thanks,

--██████

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 15, 2019 3:17 PM
**To:** █████████ <████████████████>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Please let me know if Wednesday works for you - I am available all day. Another analyst will also come out with me to assist.

Exhibit 5, Page 1026

Best,

Yulia


On Wed, Aug 14, 2019 at 14:35 ████████ <████████████> wrote:


Yes, no problem...!


_____

████████, ██████

**LAPD Robbery-Homicide Division**

**Website: [click here](#)**

**(213) 486-6850 office**

████████████ **cell/voicemail**

████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may

be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 14, 2019 1:29 PM
**To:** ███████████ <███████████>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Hi all,

I am caught up at 77th Division today and will be here for a few more hours. May we please move to next week?

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the

intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Aug 14, 2019 at 12:04 PM ▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮▮▮▮> wrote:

Hi Yulia,

Yes, we're in today! Thank you.

V/R,

_____

▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

▮▮▮▮▮▮▮▮▮ **cell/voicemail**

▮▮▮▮▮▮▮▮▮▮ **email**

Exhibit 5, Page 1029



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 6:30 PM
**To:** ▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Hi ▮▮▮▮ and Will,

I'd be happy to help out! Are you available tomorrow afternoon? I am heading to an out of town wedding on Thursday and will be back on Monday otherwise.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Aug 12, 2019 at 2:16 PM ▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮> wrote:

Hi Yulia,

Thank you for your patience as we're scaling down after our major case. I have a new partner here named Will Roecker (cc'd on this email). I was hoping to see if we can substitute Will and get him a trial account (we can change him out with our own Ellen Fama, if needed – she gave permission), ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ Will's extremely sharp and has already been messing around with Voyager a bit with me, and I wanted to see if you two can connect for some desk side support. He is here this week through Thursday at RHD.

Recently we have:

A.  been able to have a good success story on a robbery series with Voyager using the Group feature, which is outstanding; and

B.  Identified several phone numbers were tied to matching social media profiles using our old standalone contact exploitation technique ████ ████████ Unfortunately, during testing, Voyager did not locate those same profiles in Voyager Profile Finder. This happened on our recent big case, and has happened again on another. We wanted to provide you with a sample phone number so you can test it on your end: ██████████. Profile Finder via phone continues to be hit and miss. Will can relay more info if needed.

Finally, when we're doing search warrants to Facebook/Instagram we get one .zip file and one .pdf file per account we request from the provider. The .pdf files are all smaller than the .zip files, size-wise.

V/R,

_____

██████████, ████████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

██████████ **cell/voicemail**

██████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 09, 2019 12:09 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended

recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** ▊▊▊▊▊▊
**Sent:** Monday, August 19, 2019 11:11 AM
**To:** Yulia Shvetsova
**Cc:** William Roecker
**Subject:** RE: Voyager Support

P.S. Quick question for you – just to verify, the search warrant files we input into Voyager need to be .pdf? And not the full .zip? Just tried one for Instagram and I'm getting this error message (the public profile is private, but still present). Also tried just ▊▊▊▊▊▊▊ as profile ID with same result – thx:



**From:** ███████████
**Sent:** Monday, August 19, 2019 10:52 AM
**To:** Yulia Shvetsova <yulias@voyagerlabs.co>

**Cc:** William Roecker <42908@lapd.online>
**Subject:** RE: Voyager Support

Hi Yulia,

I'll be off-site in training, but Will will be here and is good to go. Still having significant issues with the profile finder/phone number query.

Thanks,

--██████

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 15, 2019 3:17 PM
**To:** ████████ <████████████>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Please let me know if Wednesday works for you - I am available all day. Another analyst will also come out with me to assist.

Best,
Yulia

On Wed, Aug 14, 2019 at 14:35 ████████ <██████████████> wrote:

Yes, no problem...!

_____

████████, ██████

**LAPD Robbery-Homicide Division**

**Website:** **click here**

Exhibit 5, Page 1038

**(213) 486-6850 office**

████████████ **cell/voicemail**

████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 14, 2019 1:29 PM
**To:** ████████ <████████████>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Hi all,

I am caught up at 77th Division today and will be here for a few more hours. May we please move to next week?

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Aug 14, 2019 at 12:04 PM ███████████ <███████████████> wrote:

Hi Yulia,

Yes, we're in today! Thank you.

V/R,

_____

████████, ████

**<span style="color:red">LAPD Robbery-Homicide Division</span>**

**Website:** <span style="color:blue">click here</span>

**(213) 486-6850 office**

████████ **cell/voicemail**

████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <<span style="color:blue">yulias@voyagerlabs.co</span>>
**Sent:** Tuesday, August 13, 2019 6:30 PM
**To:** ████████ <████████>
**Cc:** William Roecker <<span style="color:blue">42908@lapd.online</span>>
**Subject:** Re: Voyager Support

Hi ████ and Will,

I'd be happy to help out! Are you available tomorrow afternoon? I am heading to an out of town wedding on Thursday and will be back on Monday otherwise.

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Aug 12, 2019 at 2:16 PM ▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮> wrote:

Hi Yulia,

Thank you for your patience as we're scaling down after our major case. I have a new partner here named Will Roecker (cc'd on this email). I was hoping to see if we can substitute Will and get him a trial account (we can change him out with our own Ellen Fama, if needed – she gave permission), ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Will's extremely sharp and has already been messing around with Voyager a bit with me, and I wanted to see if you two can connect for some desk side support. He is here this week through Thursday at RHD.

Recently we have:

A. been able to have a good success story on a robbery series with Voyager using the Group feature, which is outstanding; and

B. Identified several phone numbers were tied to matching social media profiles using our old standalone contact exploitation technique ██████ ████████. Unfortunately, during testing, Voyager did not locate those same profiles in Voyager Profile Finder. This happened on our recent big case, and has happened again on another. We wanted to provide you with a sample phone number so you can test it on your end: ████████████. Profile Finder via phone continues to be hit and miss. Will can relay more info if needed.

Finally, when we're doing search warrants to Facebook/Instagram we get one .zip file and one .pdf file per account we request from the provider. The .pdf files are all smaller than the .zip files, size-wise.

V/R,

_____

████████, ███████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

████████████ **cell/voicemail**

███████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 09, 2019 12:09 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▉▉▉▉▉▉▉
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▉▉▉▉▉▉▉
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**
**Sent:**          Monday, August 19, 2019 10:52 AM
**To:**            Yulia Shvetsova
**Cc:**            William Roecker
**Subject:**       RE: Voyager Support


Hi Yulia,

I'll be off-site in training, but Will will be here and is good to go. Still having significant issues with the profile finder/phone number query.

Thanks,

--███████

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 15, 2019 3:17 PM
**To:** ███████████ <███████████████████>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Please let me know if Wednesday works for you - I am available all day. Another analyst will also come out with me to assist.

Best,
Yulia

On Wed, Aug 14, 2019 at 14:35 ███████████ <███████████████████> wrote:


Yes, no problem...!


_____

██████████, ███████

**LAPD Robbery-Homicide Division**

**Website:** **click here**

**(213) 486-6850 office**

████████████ **cell/voicemail**

████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 14, 2019 1:29 PM
**To:** ████████████ <████████████>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Hi all,

I am caught up at 77th Division today and will be here for a few more hours. May we please move to next week?

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Aug 14, 2019 at 12:04 PM ███████████ <███████████████> wrote:

Hi Yulia,

Yes, we're in today! Thank you.

V/R,

_____

██████████, ███████

**LAPD Robbery-Homicide Division**

**Website:** **click here**

**(213) 486-6850 office**

████████████ **cell/voicemail**

████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 6:30 PM
**To:** ███████ <████████████████>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Hi ▇▇▇▇ and Will,

I'd be happy to help out! Are you available tomorrow afternoon? I am heading to an out of town wedding on Thursday and will be back on Monday otherwise.

Best,



**Yulia Shvetsova**
Intelligence Analyst
M: 1 ▇▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Aug 12, 2019 at 2:16 PM ▇▇▇▇▇▇ <▇▇▇▇▇▇▇▇▇> wrote:

Hi Yulia,

Thank you for your patience as we're scaling down after our major case. I have a new partner here named Will Roecker (cc'd on this email). I was hoping to see if we can substitute Will and get him a trial account (we can change him out with our own Ellen Fama, if needed – she gave permission), ███████████ █████████████████████ Will's extremely sharp and has already been messing around with Voyager a bit with me, and I wanted to see if you two can connect for some desk side support. He is here this week through Thursday at RHD.

Recently we have:

A.  been able to have a good success story on a robbery series with Voyager using the Group feature, which is outstanding; and
B.  Identified several phone numbers were tied to matching social media profiles using our old standalone contact exploitation technique ████████ ██████████. Unfortunately, during testing, Voyager did not locate those same profiles in Voyager Profile Finder. This happened on our recent big case, and has happened again on another. We wanted to provide you with a sample phone number so you can test it on your end: ████████████. Profile Finder via phone continues to be hit and miss. Will can relay more info if needed.

Finally, when we're doing search warrants to Facebook/Instagram we get one .zip file and one .pdf file per account we request from the provider. The .pdf files are all smaller than the .zip files, size-wise.

V/R,

_____

█████████, ████████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

████████ **cell/voicemail**

████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 09, 2019 12:09 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▮▮▮▮▮▮▮
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| From: | Yulia Shvetsova <yulias@voyagerlabs.co> |
|---|---|
| Sent: | Thursday, August 15, 2019 3:17 PM |
| To: | ▮▮▮▮▮ |
| Cc: | William Roecker |
| Subject: | Re: Voyager Support |

Please let me know if Wednesday works for you - I am available all day. Another analyst will also come out with me to assist.

Best,
Yulia

On Wed, Aug 14, 2019 at 14:35 ▮▮▮▮▮ <▮▮▮▮▮▮▮> wrote:

Yes, no problem…!

_____

▮▮▮▮▮▮, ▮▮▮▮

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

▮▮▮▮▮ **cell/voicemail**

▮▮▮▮▮ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 14, 2019 1:29 PM
**To:** ▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Hi all,

I am caught up at 77th Division today and will be here for a few more hours. May we please move to next week?

Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Aug 14, 2019 at 12:04 PM ████████████ <████████████████> wrote:

Hi Yulia,

Yes, we're in today! Thank you.

V/R,

_____

████████████, ████████

**LAPD Robbery-Homicide Division**

**Website:** click here

**(213) 486-6850 office**

███████████ **cell/voicemail**

███████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 6:30 PM
**To:** ███████████ < ███████████ >
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support


Hi ██████ and Will,


I'd be happy to help out! Are you available tomorrow afternoon? I am heading to an out of town wedding on Thursday and will be back on Monday otherwise.

Best,



**Yulia Shvetsova**
Intelligence Analyst
M: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Aug 12, 2019 at 2:16 PM ▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮> wrote:

Hi Yulia,

Thank you for your patience as we're scaling down after our major case. I have a new partner here named Will Roecker (cc'd on this email). I was hoping to see if we can substitute Will and get him a trial account (we can change him out with our own Ellen Fama, if needed – she gave permission), ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ Will's extremely sharp and has already been messing around with Voyager a bit with me, and I wanted to see if you two can connect for some desk side support. He is here this week through Thursday at RHD.

Recently we have:

A.  been able to have a good success story on a robbery series with Voyager using the Group feature, which is outstanding; and
B.  Identified several phone numbers were tied to matching social media profiles using our old standalone contact exploitation technique █████ ███████ Unfortunately, during testing, Voyager did not locate those same profiles in Voyager Profile Finder. This happened on our recent big case, and has happened again on another. We wanted to provide you with a sample phone number so you can test it on your end: ████████. Profile Finder via phone continues to be hit and miss. Will can relay more info if needed.

Finally, when we're doing search warrants to Facebook/Instagram we get one .zip file and one .pdf file per account we request from the provider. The .pdf files are all smaller than the .zip files, size-wise.

V/R,

_____

████████, ███████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

████████ **cell/voicemail**

████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 09, 2019 12:09 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 █████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 █████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**            Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**            Thursday, August 15, 2019 8:17 AM
**To:**              William Lu
**Subject:**        Re: New Voyager Trial Account

Thanks for spreading the word!

On Thu, Aug 15, 2019 at 09:06 William Lu <n5961@lapd.online> wrote:

> Hey Yulia, I got word that you met up with Dana yesterday and helped her catch up. Thank you for the help!
>
>
> -William
>
>
> **From:** Yulia Shvetsova <[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)>
> **Sent:** Tuesday, August 13, 2019 7:09 PM
> **To:** William Lu <N5961@lapd.online>
> **Cc:** Dana Lee <n2294@lapd.online>
> **Subject:** Re: New Voyager Trial Account
>
>
> Hi William and Dana,
>
>
> We would be happy to get you set up and running. I am going out of town for a wedding and will be back on Monday - I will come in and sit with you to make sure you are able to login and give you a brief training. Would Monday work for you? We'll need about 2 hours. Feel free to call or text if needed.
>
>
> Best,

Exhibit 5, Page 1062



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Aug 13, 2019 at 2:24 PM William Lu <n5961@lapd.online> wrote:

Good afternoon all!

After using Voyager I decided to show it off to some of the other analysts at South Bureau. It feels like a user-friendly program with a pretty good potential! I was wondering if my colleague, Dana (CC-ed in this email) would also be able to get the same trial account as myself? She is the Crime and Intel Analyst II at South Bureau Homicide.

Thank you for all the support and let me know if you have any questions!

-William

Crime and Intelligence Analyst II

Los Angeles Police Department

Exhibit 5, Page 1063

Operations – South Bureau

Community Safety Operations Center (Room 201)

Main Line: (323) 276 - 7190

Direct Line: █████████████

Email: N5961@lapd.online

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | William Lu |
| **Sent:** | Thursday, August 15, 2019 8:07 AM |
| **To:** | Yulia Shvetsova |
| **Subject:** | RE: New Voyager Trial Account |

Hey Yulia, I got word that you met up with Dana yesterday and helped her catch up. Thank you for the help!

-William

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 7:09 PM
**To:** William Lu <N5961@lapd.online>
**Cc:** Dana Lee <n2294@lapd.online>
**Subject:** Re: New Voyager Trial Account

Hi William and Dana,

We would be happy to get you set up and running. I am going out of town for a wedding and will be back on Monday - I will come in and sit with you to make sure you are able to login and give you a brief training. Would Monday work for you? We'll need about 2 hours. Feel free to call or text if needed.


Best,




**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▬▬▬▬▬
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Aug 13, 2019 at 2:24 PM William Lu <n5961@lapd.online> wrote:

Good afternoon all!

After using Voyager I decided to show it off to some of the other analysts at South Bureau. It feels like a user-friendly program with a pretty good potential! I was wondering if my colleague,  Dana (CC-ed in this email) would also be able to get the same trial account as myself? She is the Crime and Intel Analyst II at South Bureau Homicide.

Thank you for all the support and let me know if you have any questions!

-William

Crime and Intelligence Analyst II

Los Angeles Police Department

Operations – South Bureau

Community Safety Operations Center (Room 201)

Main Line: (323) 276 - 7190

Direct Line: ███████████

Email: N5961@lapd.online

**From:**
**Sent:** Wednesday, August 14, 2019 1:36 PM
**To:** Yulia Shvetsova
**Cc:** William Roecker
**Subject:** RE: Voyager Support

Yes, no problem...!

_____

███████████ ,
**LAPD Robbery-Homicide Division**
**Website:** **click here**
**(213) 486-6850 office**
███████████ **cell/voicemail**
███████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 14, 2019 1:29 PM
**To:** ███████████ <███████████>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Hi all,

I am caught up at 77th Division today and will be here for a few more hours. May we please move to next week?

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Aug 14, 2019 at 12:04 PM ███████████ <███████████████> wrote:

Hi Yulia,

Yes, we're in today! Thank you.

V/R,

_____

███████████, ████████

**LAPD Robbery-Homicide Division**

**Website: click here**

Exhibit 5, Page 1068

**(213) 486-6850 office**

█████████ **cell/voicemail**

█████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 6:30 PM
**To:** ██████████ <████████████████>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Hi ██████ and Will,

I'd be happy to help out! Are you available tomorrow afternoon? I am heading to an out of town wedding on Thursday and will be back on Monday otherwise.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Aug 12, 2019 at 2:16 PM ▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮> wrote:

Hi Yulia,

Thank you for your patience as we're scaling down after our major case. I have a new partner here named Will Roecker (cc'd on this email). I was hoping to see if we can substitute Will and get him a trial account (we can change him out with our own Ellen Fama, if needed – she gave permission), ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ Will's extremely sharp and has already been messing around with Voyager a bit with me, and I wanted to see if you two can connect for some desk side support. He is here this week through Thursday at RHD.

Recently we have:

A.   been able to have a good success story on a robbery series with Voyager using the Group feature, which is outstanding; and
B.   Identified several phone numbers were tied to matching social media profiles using our old standalone contact exploitation technique ███████ ███████████ Unfortunately, during testing, Voyager did not locate those same profiles in Voyager Profile Finder. This happened on our recent big case, and has happened again on another. We wanted to provide you with a sample phone number so you can test it on your end: ████████████. Profile Finder via phone continues to be hit and miss. Will can relay more info if needed.

Finally, when we're doing search warrants to Facebook/Instagram we get one .zip file and one .pdf file per account we request from the provider. The .pdf files are all smaller than the .zip files, size-wise.

V/R,

_____

████████████, ████████

**LAPD Robbery-Homicide Division**

**Website: [click here](#)**

**(213) 486-6850 office**

████████████ **cell/voicemail**

████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 09, 2019 12:09 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▮▮▮▮▮▮▮▮
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, August 14, 2019 1:29 PM |
| **To:** | ▮▮▮▮▮▮ |
| **Cc:** | William Roecker |
| **Subject:** | Re: Voyager Support |

Hi all,

I am caught up at 77th Division today and will be here for a few more hours. May we please move to next week?


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Wed, Aug 14, 2019 at 12:04 PM ▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮> wrote:


Hi Yulia,


Yes, we're in today! Thank you.

V/R,

_____

████████████, ████████

**LAPD Robbery-Homicide Division**

**Website: <u>click here</u>**

**(213) 486-6850 office**

████████████ **cell/voicemail**

████████████ **email**



CONFIDENTIALITY NOTICE: This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <<u>yulias@voyagerlabs.co</u>>
**Sent:** Tuesday, August 13, 2019 6:30 PM
**To:** ████████████ <████████████████>

**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Hi ██████ and Will,

I'd be happy to help out! Are you available tomorrow afternoon? I am heading to an out of town wedding on Thursday and will be back on Monday otherwise.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Aug 12, 2019 at 2:16 PM ████████ <████████████████> wrote:

Hi Yulia,

Thank you for your patience as we're scaling down after our major case. I have a new partner here named Will Roecker (cc'd on this email). I was hoping to see if we can substitute Will and get him a trial account (we can change him out with our own Ellen Fama, if needed – she gave permission), ██████████████████ ████████████████ Will's extremely sharp and has already been messing around with Voyager a bit with me, and I wanted to see if you two can connect for some desk side support. He is here this week through Thursday at RHD.

Recently we have:

A.  been able to have a good success story on a robbery series with Voyager using the Group feature, which is outstanding; and
B.  Identified several phone numbers were tied to matching social media profiles using our old standalone contact exploitation technique ██████ ████████████ Unfortunately, during testing, Voyager did not locate those same profiles in Voyager Profile Finder. This happened on our recent big case, and has happened again on another. We wanted to provide you with a sample phone number so you can test it on your end: ██████████████. Profile Finder via phone continues to be hit and miss. Will can relay more info if needed.

Finally, when we're doing search warrants to Facebook/Instagram we get one .zip file and one .pdf file per account we request from the provider. The .pdf files are all smaller than the .zip files, size-wise.

V/R,

_____

████████, ████████

**LAPD Robbery-Homicide Division**

Exhibit 5, Page 1077

**Website:** click here

**(213) 486-6850 office**

████████████ **cell/voicemail**

████████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 09, 2019 12:09 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▊▊▊▊▊▊
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**
**Sent:**        Wednesday, August 14, 2019 12:04 PM
**To:**          Yulia Shvetsova
**Cc:**          William Roecker
**Subject:**     RE: Voyager Support


Hi Yulia,

Yes, we're in today! Thank you.

V/R,


_____, _____
**LAPD Robbery-Homicide Division**
**Website: click here**
**(213) 486-6850 office**
██████████ cell/voicemail
██████████ email




**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 6:30 PM
**To:** ██████████ <██████████████████>
**Cc:** William Roecker <42908@lapd.online>
**Subject:** Re: Voyager Support

Hi ████ and Will,

I'd be happy to help out! Are you available tomorrow afternoon? I am heading to an out of town wedding on Thursday and will be back on Monday otherwise.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Aug 12, 2019 at 2:16 PM ███████████ <███████████████> wrote:

Hi Yulia,

Thank you for your patience as we're scaling down after our major case. I have a new partner here named Will Roecker (cc'd on this email). I was hoping to see if we can substitute Will and get him a trial account (we can change him out with our own Ellen Fama, if needed – she gave permission), ██████████████
████████████████████ Will's extremely sharp and has already been messing around with Voyager a bit with me, and I wanted to see if you two can connect for some desk side support. He is here this week through Thursday at RHD.

Recently we have:

A. been able to have a good success story on a robbery series with Voyager using the Group feature, which is outstanding; and

B. Identified several phone numbers were tied to matching social media profiles using our old standalone contact exploitation technique ████ ██████████ Unfortunately, during testing, Voyager did not locate those same profiles in Voyager Profile Finder. This happened on our recent big case, and has happened again on another. We wanted to provide you with a sample phone number so you can test it on your end: ██████████. Profile Finder via phone continues to be hit and miss. Will can relay more info if needed.

Finally, when we're doing search warrants to Facebook/Instagram we get one .zip file and one .pdf file per account we request from the provider. The .pdf files are all smaller than the .zip files, size-wise.

V/R,

_____

████████, ███████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

████████ **cell/voicemail**

████████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 09, 2019 12:09 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ██████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**          Edward Dorroh
**Sent:**           Wednesday, August 14, 2019 10:20 AM
**To:**             Yulia Shvetsova
**Subject:**     RE: Voyager Analytics Link
**Attachments:**  VK Blocked.docx

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 14, 2019 7:11 AM
**To:** Edward Dorroh <33227@lapd.online>
**Subject:** Voyager Analytics Link

https://va-bruins.voyager-analytics.com/

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Wednesday, August 14, 2019 9:27 AM |
| **To:** | Rebecca Nagy;Nathan Kouri |
| **Subject:** | Fwd: Other user |

Good morning all,

So we had another user request come up for the system and after adding the additional user. Again, we don't mind accommodating folks, however I also want to make sure we don't let the scope become to big (i.e. too many cooks in the kitchen scenario). I also don't want the additional users cutting into the daily usage limits too much for your core users. We are more than happy to try and expand it, however I don't want to penalize your current users. if this becomes the hot ticket around LAPD :)

Thoughts?

 **Scott McAndrews**

**Regional Director**

**Public & Private Sector**

**M**: +1 ███████████

**O**: + 1 212.404.2402

scottm@voyagerlabs.co

www.voyagerlabs.co

---------- Forwarded message ---------
From: **Yulia Shvetsova** <yulias@voyagerlabs.co>
Date: Wed, Aug 14, 2019 at 12:08 PM
Subject: Other user
To: Scott McAndrews <scottm@voyagerlabs.co>, Autumn Francois <autumn@voyagerlabs.co>

Hi,

When I was training with Cedric Washington and Iris Romero at 77th yesterday, Cedric invited a guy from ATF to sit in with us. He collaborates frequently with the 77th division and Cedric in particular.

Stephen Walaski
Intelligence Research Specialist
Bureau of Alcohol, Tobacco, Firearms and Explosives
Los Angeles Field Division, Glendale IV
███████████ Cell
Stephen.A.Walaski@usdoj.gov

He appears to have credentials to get on the Bruins LAN system. I think we should try to get him a separate user account.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, August 14, 2019 7:25 AM |
| **To:** | Autumn Francois |
| **Cc:** | Edward Dorroh |
| **Subject:** | Re: VoyagerAnalytics Login Credentials |

Thank you Autumn!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Aug 14, 2019 at 7:18 AM Autumn Francois <autumn@voyagerlabs.co> wrote:
Hi Det. Dorroh,
Please see below your login credentials for the VoyagerAnalytics pilot system:

URL: https://va-bruins.voyager-analytics.com/
Username: ████████
Temporary Password: 

Please let Yulia or I know if you have any questions.

Best regards,
Autumn

**Autumn Francois**
**Director, Intelligence Analysis**
**M:** +1 ███████████
**O:** +1 212 404 2402
autumn@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Autumn Francois <autumn@voyagerlabs.co> |
| **Sent:** | Wednesday, August 14, 2019 7:18 AM |
| **To:** | Edward Dorroh |
| **Cc:** | Yulia Shvetsova |
| **Subject:** | VoyagerAnalytics Login Credentials |

Hi Det. Dorroh,
Please see below your login credentials for the VoyagerAnalytics pilot system:

URL: https://va-bruins.voyager-analytics.com/
Username: ▇▇▇▇▇▇
Temporary Password: ▇▇▇▇▇

Please let Yulia or I know if you have any questions.

Best regards,
Autumn



**Autumn Francois**
**Director, Intelligence Analysis**
**M**: +1 ▇▇▇▇▇▇▇▇
**O**: +1 212 404 2402
autumn@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**      Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**      Wednesday, August 14, 2019 7:11 AM
**To:**        Edward Dorroh
**Subject:**   Voyager Analytics Link

https://va-bruins.voyager-analytics.com/


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Edward Dorroh
**Sent:** Wednesday, August 14, 2019 6:36 AM
**To:** Yulia Shvetsova
**Subject:** RE: Arrived

On the way.


Det. Ed Dorroh #33227
LAPD Major Crimes Division
Criminal Conspiracy Section
100 W. 1st Street, 9th Floor
Los Angeles, CA 90012
Main: 213-486-7260
Desk: ████████████
Cell: ███████████
33227@lapd.online


**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 14, 2019 6:35:34 AM
**To:** Edward Dorroh <33227@lapd.online>
**Subject:** Arrived

Hi,

I am downstairs on 2nd ave ██████████████
Thanks!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, August 14, 2019 6:36 AM |
| **To:** | Edward Dorroh |
| **Subject:** | Arrived |

Hi,

I am downstairs on 2nd ave ████████████
Thanks!
--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 9:01 PM
**To:** Harold Crossley
**Subject:** Re: Voyager August Training

Thank you for your response!

On Tue, Aug 13, 2019 at 20:17 Harold Crossley <37864@lapd.online> wrote:
> Good Evening,
>
> Either of those timeframes will work for me.
>
> Thank you,
> Harold
>
> Detective II Harold Crossley
> Serial No. 37864
> Criminal Conspiracy Section
> Major Crimes Division
> Counter-Terrorism and Special Operations Bureau
> Los Angeles Police Department
> DESK: ███████████
> OFFICE: 213-486-7260
> CELL: ███████████
> 100 W. 1st Street, STE 973
> Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 6:15 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Voyager August Training

Hello all,

Thank you for participating in this trial run of Voyager! We are excited to share some new system developments (including IG warrant parsing) and check in to see what further improvements you'd like us to make.

Our available timeframe to hold this meeting is:

Sept. 3rd-6th (please note this is the week after Labor Day Monday)
or
Sept. 9th-13th

We anticipate this being a half-day for existing users, and a full day for users who have not yet had the official training. In the AM our product team will share our new capabilities, and after lunch, the new users can stay for a demo and training of Voyager Analytics. This training will be held at:

Training Facility
500 East Temple Street
Los Angeles, CA 90012

**Please respond with your availability during the timeframe specified.**

Thank you!
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Harold Crossley |
| **Sent:** | Tuesday, August 13, 2019 8:17 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager August Training |

Good Evening,

Either of those timeframes will work for me.

Thank you,
Harold

Detective II Harold Crossley
Serial No. 37864
Criminal Conspiracy Section
Major Crimes Division
Counter-Terrorism and Special Operations Bureau
Los Angeles Police Department
DESK: ███████████
OFFICE: 213-486-7260
CELL: ████████████
100 W. 1st Street, STE 973
Los Angeles, CA 90012

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 6:15 PM
**To:** Harold Crossley <37864@lapd.online>
**Subject:** Voyager August Training

Hello all,

Thank you for participating in this trial run of Voyager! We are excited to share some new system developments (including IG warrant parsing) and check in to see what further improvements you'd like us to make.

Our available timeframe to hold this meeting is:

Sept. 3rd-6th (please note this is the week after Labor Day Monday)
or
Sept. 9th-13th

<u>We anticipate this being a half-day for existing users, and a full day for users who have not yet had the official training.</u> In the AM our product team will share our new capabilities, and after lunch, the new users can stay for a demo and training of Voyager Analytics. This training will be held at:

Training Facility
500 East Temple Street
Los Angeles, CA 90012

**Please respond with your availability during the timeframe specified.**

Thank you!
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Tuesday, August 13, 2019 7:47 PM |
| **To:** | Kevan Beard |
| **Subject:** | Re: Voyager Support |

Glad it worked!

On Tue, Aug 13, 2019 at 19:46 Kevan Beard <35841@lapd.online> wrote:

I got it to work, I had an extra blank space before the first number.  Thanks again.

Kevan

Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 7:44:36 PM

**To:** Kevan Beard <35841@lapd.online>
**Subject:** Re: Voyager Support

I believe its the number on the same (second) line down on the warrant return. It will be shorter than the FB number. Try that and let me know, in the meantime I will double check with my team.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 █████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the

intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Aug 13, 2019 at 7:42 PM Kevan Beard <35841@lapd.online> wrote:
Hello Yulia

I'm trying to upload the Instagram warrant into the system and it is asking for the profile ID... I what would this be on the warrant return.  I know for the Facebook its that long number that usually starts with ██████  Thank you for your help.

Kevan

Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 4:38:24 PM
**To:** Kevan Beard <35841@lapd.online>
**Subject:** Re: Voyager Support

Hi Kevan,

Left you a VM at ██████████ re: this issue and IG warrants. If you need further assistance, please give me a call.

Thank you!
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Aug 12, 2019 at 7:11 PM Kevan Beard <35841@lapd.online> wrote:

Good Evening Yulia

I have a quick question that I hope you can answer.  I am going through a facebook warrant on the voyager system and am trying to locate a voice message that is found in the conversation section.  I click on the little paperclip in the message and it gives me a pop up with the audio clip MP4 but it will not play.  I then go went to the actual return from facebook and there is no audio clips in the return.  Do they not always send the audio clips? Or am I just not doing something correct.  Not sure if you have access to my profile but if you do I can send you the page number.  Hopefully this makes sense, and thank you for the help.

Kevan

Sent from Mail for Windows 10

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 9, 2019 12:08:57 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Kevan Beard |
| **Sent:** | Tuesday, August 13, 2019 7:47 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager Support |

I got it to work, I had an extra blank space before the first number.  Thanks again.

Kevan

Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 7:44:36 PM
**To:** Kevan Beard <35841@lapd.online>
**Subject:** Re: Voyager Support

I believe its the number on the same (second) line down on the warrant return. It will be shorter than the FB number. Try that and let me know, in the meantime I will double check with my team.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▮▮▮▮▮▮▮▮
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Aug 13, 2019 at 7:42 PM Kevan Beard <35841@lapd.online> wrote:

Hello Yulia

I'm trying to upload the Instagram warrant into the system and it is asking for the profile ID... I what would this be on the warrant return.  I know for the Facebook its that long number that usually starts with ███████  Thank you for your help.

Kevan

Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 4:38:24 PM
**To:** Kevan Beard <35841@lapd.online>
**Subject:** Re: Voyager Support

Hi Kevan,

Left you a VM at ███████████ re: this issue and IG warrants. If you need further assistance, please give me a call.

Thank you!
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Aug 12, 2019 at 7:11 PM Kevan Beard <35841@lapd.online> wrote:

Good Evening Yulia


I have a quick question that I hope you can answer.  I am going through a facebook warrant on the voyager system and am trying to locate a voice message that is found in the conversation section.  I click on the little paperclip in the message and it gives me a pop up with the audio clip MP4 but it will not play.  I then go went to the actual return from facebook and there is no audio clips in the return.  Do they not always send the audio clips? Or am I just not doing something correct.  Not sure if you have access to my profile but if you do I can send you the page number.  Hopefully this makes sense, and thank you for the help.


Kevan


Sent from Mail for Windows 10

_____

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 9, 2019 12:08:57 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
<span style="color:#4a90d9">M</span>: 1
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Tuesday, August 13, 2019 7:45 PM |
| **To:** | Kevan Beard |
| **Subject:** | Re: Voyager Support |

I believe its the number on the same (second) line down on the warrant return. It will be shorter than the FB number. Try that and let me know, in the meantime I will double check with my team.


Best,




**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co



This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Tue, Aug 13, 2019 at 7:42 PM Kevan Beard <35841@lapd.online> wrote:
> Hello Yulia
>
> I'm trying to upload the Instagram warrant into the system and it is asking for the profile ID... I what would this be on the warrant return.  I know for the Facebook its that long number that usually starts with ████████  Thank you for your help.
>
> Kevan
>
> Get Outlook for Android

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 4:38:24 PM
**To:** Kevan Beard <35841@lapd.online>
**Subject:** Re: Voyager Support

Hi Kevan,

Left you a VM at ███████ re: this issue and IG warrants. If you need further assistance, please give me a call.

Thank you!
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Aug 12, 2019 at 7:11 PM Kevan Beard <35841@lapd.online> wrote:

Good Evening Yulia

I have a quick question that I hope you can answer.  I am going through a facebook warrant on the voyager system and am trying to locate a voice message that is found in the conversation section.  I click on the little paperclip in the message and it gives me a pop up with the audio clip MP4 but it will not play.  I then go to the actual return from facebook and there is no audio clips in the return.  Do they not always send the audio clips? Or am I just not doing something correct.  Not sure if you have access to my profile but if you do I can send you the page number.  Hopefully this makes sense, and thank you for the help.

Kevan

Sent from Mail for Windows 10

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 9, 2019 12:08:57 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▮▮▮▮▮▮▮▮▮
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Kevan Beard |
| **Sent:** | Tuesday, August 13, 2019 7:43 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager Support |

Hello Yulia

I'm trying to upload the Instagram warrant into the system and it is asking for the profile ID... I what would this be on the warrant return.  I know for the Facebook its that long number that usually starts with ███████  Thank you for your help.

Kevan

Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 4:38:24 PM
**To:** Kevan Beard <35841@lapd.online>
**Subject:** Re: Voyager Support

Hi Kevan,

Left you a VM at ███████████ re: this issue and IG warrants. If you need further assistance, please give me a call.

Thank you!
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended

recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Aug 12, 2019 at 7:11 PM Kevan Beard <35841@lapd.online> wrote:

Good Evening Yulia

I have a quick question that I hope you can answer.  I am going through a facebook warrant on the voyager system and am trying to locate a voice message that is found in the conversation section.  I click on the little paperclip in the message and it gives me a pop up with the audio clip MP4 but it will not play.  I then go went to the actual return from facebook and there is no audio clips in the return.  Do they not always send the audio clips? Or am I just not doing something correct.  Not sure if you have access to my profile but if you do I can send you the page number.  Hopefully this makes sense, and thank you for the help.

Kevan

Sent from Mail for Windows 10

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 9, 2019 12:08:57 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Tuesday, August 13, 2019 7:09 PM |
| **To:** | William Lu |
| **Cc:** | Dana Lee |
| **Subject:** | Re: New Voyager Trial Account |

Hi William and Dana,

We would be happy to get you set up and running. I am going out of town for a wedding and will be back on Monday - I will come in and sit with you to make sure you are able to login and give you a brief training. Would Monday work for you? We'll need about 2 hours. Feel free to call or text if needed.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Tue, Aug 13, 2019 at 2:24 PM William Lu <n5961@lapd.online> wrote:

Good afternoon all!


After using Voyager I decided to show it off to some of the other analysts at South Bureau. It feels like a user-friendly program with a pretty good potential! I was wondering if my colleague,  Dana (CC-ed in this email) would also be able to get the same trial account as myself? She is the Crime and Intel Analyst II at South Bureau Homicide.

Thank you for all the support and let me know if you have any questions!

-William


Crime and Intelligence Analyst II

Los Angeles Police Department

Operations – South Bureau

Community Safety Operations Center (Room 201)

Main Line: (323) 276 - 7190

Direct Line: █████████████

Email: N5961@lapd.online

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Tuesday, August 13, 2019 6:30 PM |
| **To:** | ███████ |
| **Cc:** | William Roecker |
| **Subject:** | Re: Voyager Support |

Hi ██████ and Will,

I'd be happy to help out! Are you available tomorrow afternoon? I am heading to an out of town wedding on Thursday and will be back on Monday otherwise.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Mon, Aug 12, 2019 at 2:16 PM ███████████ <████████████████> wrote:

Hi Yulia,


Thank you for your patience as we're scaling down after our major case. I have a new partner here named Will Roecker (cc'd on this email). I was hoping to see if we can substitute Will and get him a trial account (we can change him out with our own Ellen Fama, if needed – she gave permission), ████████████████████████

███████████████ Will's extremely sharp and has already been messing around with Voyager a bit with me, and I wanted to see if you two can connect for some desk side support. He is here this week through Thursday at RHD.

Recently we have:

A. been able to have a good success story on a robbery series with Voyager using the Group feature, which is outstanding; and
B. Identified several phone numbers were tied to matching social media profiles using our old standalone contact exploitation technique ██████ ████████ Unfortunately, during testing, Voyager did not locate those same profiles in Voyager Profile Finder. This happened on our recent big case, and has happened again on another. We wanted to provide you with a sample phone number so you can test it on your end: █████████. Profile Finder via phone continues to be hit and miss. Will can relay more info if needed.

Finally, when we're doing search warrants to Facebook/Instagram we get one .zip file and one .pdf file per account we request from the provider. The .pdf files are all smaller than the .zip files, size-wise.

V/R,

_____

████████, ███████

**LAPD Robbery-Homicide Division**

**Website: click here**

**(213) 486-6850 office**

███████████ **cell/voicemail**

Exhibit 5, Page 1117

 **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 09, 2019 12:09 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
[yulias@voygaerlabs.co](mailto:yulias@voygaerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Tuesday, August 13, 2019 6:16 PM |
| **To:** | Harold Crossley |
| **Subject:** | Voyager August Training |

Hello all,

Thank you for participating in this trial run of Voyager! We are excited to share some new system developments (including IG warrant parsing) and check in to see what further improvements you'd like us to make.

Our available timeframe to hold this meeting is:

Sept. 3rd-6th (please note this is the week after Labor Day Monday)
or
Sept. 9th-13th

<u>We anticipate this being a half-day for existing users, and a full day for users who have not yet had the official training.</u> In the AM our product team will share our new capabilities, and after lunch, the new users can stay for a demo and training of Voyager Analytics. This training will be held at:

Training Facility
500 East Temple Street
Los Angeles, CA 90012

**Please respond with your availability during the timeframe specified.**

Thank you!
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Tuesday, August 13, 2019 6:07 PM |
| **To:** | Rebecca Nagy |
| **Cc:** | Edward Dorroh;37864@laod.online;Iris Romero;Autumn Francois;Rebecca McIntire;Pitwalai Meesri;Scott McAndrews;Nathan Kouri;⬛⬛⬛⬛⬛ Adam Broderick;Albert Shinfeld;Suzanne Reed;Brian Verschueren;William Lu;Scott Teubert;Kevan Beard;Thorsten Timmermans;Harold Crossley;Jodie McGee;Eldin Stupar;Cedric Washington;William Roecker |
| **Subject:** | Re: Voyager August Training - Need to set a date |

Hello all,

Thank you for participating in this trial run of Voyager! We are excited to share some new system developments (including IG warrant parsing) and check in to see what further improvements you'd like us to make.

Our available timeframe to hold this meeting is:

Sept. 3rd-6th (please note this is the week after Labor Day Monday)
or
Sept. 9th-13th

<u>We anticipate this being a half-day for existing users, and a full day for users who have not yet had the official training.</u> In the AM our product team will share our new capabilities, and after lunch, the new users can stay for a demo and training of Voyager Analytics. This training will be held at:

Training Facility
500 East Temple Street
Los Angeles, CA 90012

**Please respond with your availability during the timeframe specified.**

Thank you!
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Aug 6, 2019 at 2:57 PM Rebecca Nagy <n4309@lapd.online> wrote:
Hello
Welcome back to those who just got back from vacation and those who had supervisors school.

We need to get a date set to get you started with Voyager and reserve the room.

Autumn and Yulia are they Voyager trainers and supporters for this trial.

Rebecca Nagy, CCIA

Crime and Intelligence Analyst II

Major Crimes Division

Los Angeles Police Department

████████████

| | |
|---|---|
| **From:** | Kevan Beard |
| **Sent:** | Tuesday, August 13, 2019 4:43 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager Support |

Hi Yulia.. sorry I saw the number but didnt recognize it so I didn't answer.  I got your email and will be trying out the Instagram warrant section this evening.   Thank you for your quick reply.  Have a great evening.

Kevan

Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 4:38:24 PM
**To:** Kevan Beard <35841@lapd.online>
**Subject:** Re: Voyager Support

Hi Kevan,

Left you a VM at █████████ re: this issue and IG warrants. If you need further assistance, please give me a call.

Thank you!
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 █████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

Exhibit 5, Page 1124

On Mon, Aug 12, 2019 at 7:11 PM Kevan Beard <35841@lapd.online> wrote:

Good Evening Yulia

I have a quick question that I hope you can answer.  I am going through a facebook warrant on the voyager system and am trying to locate a voice message that is found in the conversation section.  I click on the little paperclip in the message and it gives me a pop up with the audio clip MP4 but it will not play.  I then go went to the actual return from facebook and there is no audio clips in the return.  Do they not always send the audio clips? Or am I just not doing something correct.  Not sure if you have access to my profile but if you do I can send you the page number.  Hopefully this makes sense, and thank you for the help.

Kevan

Sent from Mail for Windows 10

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 9, 2019 12:08:57 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1
[yulias@voygaerlabs.co](mailto:yulias@voygaerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Scott McAndrews <scottm@voyagerlabs.co> |
| **Sent:** | Tuesday, August 13, 2019 4:39 PM |
| **To:** | Nathan Kouri |
| **Subject:** | Re: New Voyager Trial Account |

Fantastic, I will ask them to reach out.


Hope all is well for you!


On Tue, Aug 13, 2019, 7:38 PM Nathan Kouri <34340@lapd.online> wrote:
> Scott,
>
> That is not a problem with me.  She works here in the office and oftentimes does work for us.
>
>
> Detective III Nathan Kouri
> Southeast Homicide Coordinator
> South Bureau Homicide Division
> Los Angeles Police Department
> Office ███████████████
> Fax (323) 758-5926

---

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 4:36:08 PM
**To:** Rebecca Nagy <n4309@lapd.online>; Nathan Kouri <34340@lapd.online>
**Subject:** Fwd: New Voyager Trial Account

Fyi...

Up to you guys if you want to add. Just let me know your thoughts.

---------- Forwarded message ---------
From: **William Lu** <n5961@lapd.online>
Date: Tue, Aug 13, 2019 at 5:24 PM
Subject: New Voyager Trial Account

To: Autumn Francois <autumn@voyagerlabs.co>
CC: Yulia Shvetsova <yulias@voyagerlabs.co>, Dana Lee <n2294@lapd.online>


Good afternoon all!


After using Voyager I decided to show it off to some of the other analysts at South Bureau. It feels like a user-friendly program with a pretty good potential! I was wondering if my colleague, Dana (CC-ed in this email) would also be able to get the same trial account as myself? She is the Crime and Intel Analyst II at South Bureau Homicide.


Thank you for all the support and let me know if you have any questions!

-William


Crime and Intelligence Analyst II

Los Angeles Police Department

Operations – South Bureau

Community Safety Operations Center (Room 201)

Main Line: (323) 276 - 7190

Direct Line: ██████████

Email: N5961@lapd.online


--

**Autumn Francois**
**Director, Intelligence Analysis**
**M:** +1 ███████████
**O:** +1 212 404 2402
autumn@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**          Scott McAndrews <scottm@voyagerlabs.co>
**Sent:**          Tuesday, August 13, 2019 4:39 PM
**To:**            Rebecca Nagy
**Subject:**       Fwd: ID Badges for Bruins

Thoughts on this?  I think this is important for Yulia and since she is stationed there each week. What are your thoughts?

---------- Forwarded message ---------
From: **Yulia Shvetsova** <yulias@voyagerlabs.co>
Date: Tue, Aug 13, 2019, 7:26 PM
Subject: ID Badges for Bruins
To: Scott McAndrews <scottm@voyagerlabs.co>
Cc: Autumn Francois <autumn@voyagerlabs.co>

Hey Scott,

Det. Cedric Washington let me know that since I've had a city badge previously, if a Captain requests that it be re-instated, it may be an easy process to complete. Autumn mentioned that maybe Captain Long could help. This would be very helpful for us - that was w don't have to make appointments with specific individuals to come let us in the buildings.
The three buildings I currently need access for are:

77th Street Community Police Station
7600 S Broadway, Los Angeles, CA 90003

LAPD Headquarters
100 W 1st St, Los Angeles, CA 90012

COMPSTAT/Training Unit
500 East Temple Street Los Angeles, CA 90012

Please let me know if you think this is a good idea.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**     Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**     Tuesday, August 13, 2019 4:38 PM
**To:**       Kevan Beard
**Subject:**  Re: Voyager Support

Hi Kevan,

Left you a VM at ███████████ re: this issue and IG warrants. If you need further assistance, please give me a call.

Thank you!
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Aug 12, 2019 at 7:11 PM Kevan Beard <35841@lapd.online> wrote:

Good Evening Yulia

I have a quick question that I hope you can answer.  I am going through a facebook warrant on the voyager system and am trying to locate a voice message that is found in the conversation section.  I click on the little paperclip in the message and it gives me a pop up with the audio clip MP4 but it will not play.  I then go went to the actual return from facebook and there is no audio clips in the return.  Do they not always send the audio clips? Or am I just not doing something correct.  Not sure if you have access to my profile but if you do I can send you the page number.  Hopefully this makes sense, and thank you for the help.

Kevan

Sent from Mail for Windows 10

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 9, 2019 12:08:57 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Nathan Kouri
**Sent:** Tuesday, August 13, 2019 4:38 PM
**To:** Scott McAndrews
**Subject:** Re: New Voyager Trial Account

Scott,

That is not a problem with me.  She works here in the office and oftentimes does work for us.


Detective III Nathan Kouri
Southeast Homicide Coordinator
South Bureau Homicide Division
Los Angeles Police Department
Office ███████████
Fax (323) 758-5926

---

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 4:36:08 PM
**To:** Rebecca Nagy <n4309@lapd.online>; Nathan Kouri <34340@lapd.online>
**Subject:** Fwd: New Voyager Trial Account

Fyi...

Up to you guys if you want to add. Just let me know your thoughts.

---------- Forwarded message ---------
From: **William Lu** <n5961@lapd.online>
Date: Tue, Aug 13, 2019 at 5:24 PM
Subject: New Voyager Trial Account
To: Autumn Francois <autumn@voyagerlabs.co>
CC: Yulia Shvetsova <yulias@voyagerlabs.co>, Dana Lee <n2294@lapd.online>


Good afternoon all!

After using Voyager I decided to show it off to some of the other analysts at South Bureau. It feels like a user-friendly program with a pretty good potential! I was wondering if my colleague, Dana (CC-ed in this email) would also be able to get the same trial account as myself? She is the Crime and Intel Analyst II at South Bureau Homicide.

Thank you for all the support and let me know if you have any questions!

-William

Crime and Intelligence Analyst II

Los Angeles Police Department

Operations – South Bureau

Community Safety Operations Center (Room 201)

Main Line: (323) 276 - 7190

Direct Line: █████████████

Email: N5961@lapd.online

--

**Autumn Francois**
**Director, Intelligence Analysis**
M: +1 ███████████
O: +1 212 404 2402
autumn@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Scott McAndrews <scottm@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 4:36 PM
**To:** Rebecca Nagy;Nathan Kouri
**Subject:** Fwd: New Voyager Trial Account

Fyi...

Up to you guys if you want to add. Just let me know your thoughts.

---------- Forwarded message ---------
From: **William Lu** <n5961@lapd.online>
Date: Tue, Aug 13, 2019 at 5:24 PM
Subject: New Voyager Trial Account
To: Autumn Francois <autumn@voyagerlabs.co>
CC: Yulia Shvetsova <yulias@voyagerlabs.co>, Dana Lee <n2294@lapd.online>


Good afternoon all!


After using Voyager I decided to show it off to some of the other analysts at South Bureau. It feels like a user-friendly program with a pretty good potential! I was wondering if my colleague,  Dana (CC-ed in this email) would also be able to get the same trial account as myself? She is the Crime and Intel Analyst II at South Bureau Homicide.



Thank you for all the support and let me know if you have any questions!

-William


Crime and Intelligence Analyst II

Los Angeles Police Department

Operations – South Bureau

Community Safety Operations Center (Room 201)

Main Line: (323) 276 - 7190

Direct Line: ███████████

Email: N5961@lapd.online

--



**Autumn Francois**
**Director, Intelligence Analysis**
**M**: +1 ███████████
**O**: +1 212 404 2402
autumn@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 4:34 PM
**To:** Rebecca Nagy
**Cc:** Autumn Francois;Scott McAndrews
**Subject:** Re: Fw: voyager eval

Great, thank you Rebecca!

A quick update: we have rolled out the IG warrant reader capability for your team and will be training users in the coming week. This should resolve the issue Kevan pointed out in his first evaluation.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Mon, Aug 12, 2019 at 6:05 PM Rebecca Nagy <n4309@lapd.online> wrote:

FYI...


Rebecca Nagy, CCIA

Crime and Intelligence Analyst II

Major Crimes Division

Los Angeles Police Department

███████████

---

**From:** Kevan Beard <35841@lapd.online>
**Sent:** Monday, August 12, 2019 5:29 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** voyager eval

Rebecca

Attached are (4) voyager evaluations for some of my usage.  I will continue to send them your way as I use the system.  Let me know if you need anything from me.  Have a great day.

Kevan

Sent from Mail for Windows 10

**From:** William Lu
**Sent:** Tuesday, August 13, 2019 2:24 PM
**To:** Autumn Francois
**Cc:** Yulia Shvetsova;Dana Lee
**Subject:** New Voyager Trial Account

Good afternoon all!

After using Voyager I decided to show it off to some of the other analysts at South Bureau. It feels like a user-friendly program with a pretty good potential! I was wondering if my colleague,  Dana (CC-ed in this email) would also be able to get the same trial account as myself? She is the Crime and Intel Analyst II at South Bureau Homicide.

Thank you for all the support and let me know if you have any questions!
-William

Crime and Intelligence Analyst II
Los Angeles Police Department
Operations – South Bureau
Community Safety Operations Center (Room 201)
Main Line: (323) 276 - 7190
Direct Line: ▉▉▉▉▉▉▉▉▉▉
Email: N5961@lapd.online

**From:** Thorsten Timmermans
**Sent:** Tuesday, August 13, 2019 12:46 PM
**To:** Yulia Shvetsova
**Subject:** Re: Voyager Support

That is fine.  I will let then know.

Get [Outlook for Android](#)

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 13, 2019 12:41:14 PM
**To:** Thorsten Timmermans <37459@lapd.online>
**Subject:** Re: Voyager Support

I have a product meeting until 10:30 that covers updates to our system including the new IG warrants - can we say 11?

On Tue, Aug 13, 2019 at 12:31 Thorsten Timmermans <37459@lapd.online> wrote:

Yulia,

Detectives are good to meet up at 0930 tomorrow.  Does that work for you?

Get [Outlook for Android](#)

---

**From:** Yulia Shvetsova <[yulias@voyagerlabs.co](#)>
**Sent:** Monday, August 12, 2019 11:40:17 AM

**To:** Thorsten Timmermans <37459@lapd.online>
**Subject:** Re: Voyager Support

Great! Are you able to attach them to an email or should I bring a thumb drive on Wednesday?


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Aug 12, 2019 at 11:28 AM Thorsten Timmermans <37459@lapd.online> wrote:
  Yep.  Also, I should have several warrant returns that date back from 2013- Facebook

  Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, August 12, 2019 11:08:36 AM
**To:** Thorsten Timmermans <37459@lapd.online>
**Subject:** Re: Voyager Support

Wednesday works for me! We can touch base tomorrow and pick a time that works for you.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Aug 12, 2019 at 7:32 AM Thorsten Timmermans <37459@lapd.online> wrote:
Good morning Yulia.  I am back from my trip.  Let me know when you get some time to discuss that cold case.   I advised the Detective you will be put of town Thursday.  He said that a meeting Wednesday would be best for him.  I think I can get some o FCC the old Facebook warrant returns to see of their can be uploaded to Voyager.  Feel free to call when you get time.

Respectfully,

Timmermans

Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 9, 2019 12:08:57 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Tuesday, August 13, 2019 12:41 PM |
| **To:** | Thorsten Timmermans |
| **Subject:** | Re: Voyager Support |

I have a product meeting until 10:30 that covers updates to our system including the new IG warrants - can we say 11?

On Tue, Aug 13, 2019 at 12:31 Thorsten Timmermans <37459@lapd.online> wrote:

> Yulia,
>
> Detectives are good to meet up at 0930 tomorrow.  Does that work for you?
>
> Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, August 12, 2019 11:40:17 AM

**To:** Thorsten Timmermans <37459@lapd.online>
**Subject:** Re: Voyager Support

Great! Are you able to attach them to an email or should I bring a thumb drive on Wednesday?


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ███████████
yulias@voygaerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the

intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Aug 12, 2019 at 11:28 AM Thorsten Timmermans <37459@lapd.online> wrote:
Yep.  Also, I should have several warrant returns that date back from 2013- Facebook

Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, August 12, 2019 11:08:36 AM
**To:** Thorsten Timmermans <37459@lapd.online>
**Subject:** Re: Voyager Support

Wednesday works for me! We can touch base tomorrow and pick a time that works for you.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████
yulias@voygaerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Mon, Aug 12, 2019 at 7:32 AM Thorsten Timmermans <37459@lapd.online> wrote:
Good morning Yulia.  I am back from my trip.  Let me know when you get some time to discuss that cold case.   I advised the Detective you will be put of town Thursday.  He said that a meeting Wednesday would be best for him.  I think I can get some o FCC the old Facebook warrant returns to see of their can be uploaded to Voyager.  Feel free to call when you get time.

Exhibit 5, Page 1147

Respectfully,

Timmermans

Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 9, 2019 12:08:57 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ██████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Thorsten Timmermans |
| **Sent:** | Tuesday, August 13, 2019 12:32 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager Support |

Yulia,

Detectives are good to meet up at 0930 tomorrow.  Does that work for you?

Get [Outlook for Android](#)

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, August 12, 2019 11:40:17 AM
**To:** Thorsten Timmermans <37459@lapd.online>
**Subject:** Re: Voyager Support

Great! Are you able to attach them to an email or should I bring a thumb drive on Wednesday?


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
[yulias@voyaerlabs.co](#)
[www.voyagerlabs.co](#)


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Mon, Aug 12, 2019 at 11:28 AM Thorsten Timmermans <37459@lapd.online> wrote:

Yep.  Also, I should have several warrant returns that date back from 2013- Facebook

Get [Outlook for Android](#)

---

**From:** Yulia Shvetsova <[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)>
**Sent:** Monday, August 12, 2019 11:08:36 AM
**To:** Thorsten Timmermans <37459@lapd.online>
**Subject:** Re: Voyager Support

Wednesday works for me! We can touch base tomorrow and pick a time that works for you.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████
[yulias@voygaerlabs.co](mailto:yulias@voygaerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Mon, Aug 12, 2019 at 7:32 AM Thorsten Timmermans <37459@lapd.online> wrote:
> Good morning Yulia.  I am back from my trip.  Let me know when you get some time to discuss that cold case.   I advised the Detective you will be put of town Thursday.  He said that a meeting Wednesday would be best for him.  I think I can get some o FCC the old Facebook warrant returns to see of their can be uploaded to Voyager.  Feel free to call when you get time.
>
> Respectfully,
>
> Timmermans
>
> Get [Outlook for Android](#)

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 9, 2019 12:08:57 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ██████████
yulias@voygaerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**          Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**          Monday, August 12, 2019 7:14 PM
**To:**            Kevan Beard
**Subject:**       Re: Voyager Support

Hey Kevan,

The video/audio clips should be in the Facebook warrant folder they send - they usually send the PDF and a folder with all the "extra" materials. Voyager wouldn't upload those into the system, but they should be available. I can check with my team to see if anyone has other use cases and will follow up.

Best,
Yulia

On Mon, Aug 12, 2019 at 19:11 Kevan Beard <35841@lapd.online> wrote:

Good Evening Yulia


I have a quick question that I hope you can answer.  I am going through a facebook warrant on the voyager system and am trying to locate a voice message that is found in the conversation section.  I click on the little paperclip in the message and it gives me a pop up with the audio clip MP4 but it will not play.  I then go went to the actual return from facebook and there is no audio clips in the return.  Do they not always send the audio clips? Or am I just not doing something correct.  Not sure if you have access to my profile but if you do I can send you the page number.  Hopefully this makes sense, and thank you for the help.



Kevan



Sent from Mail for Windows 10

From: Yulia Shvetsova <yulias@voyagerlabs.co>

Exhibit 5, Page 1153

**Sent:** Friday, August 9, 2019 12:08:57 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Kevan Beard
**Sent:** Monday, August 12, 2019 7:11 PM
**To:** Yulia Shvetsova
**Subject:** RE: Voyager Support

Good Evening Yulia

I have a quick question that I hope you can answer.  I am going through a facebook warrant on the voyager system and am trying to locate a voice message that is found in the conversation section.  I click on the little paperclip in the message and it gives me a pop up with the audio clip MP4 but it will not play.  I then go went to the actual return from facebook and there is no audio clips in the return.  Do they not always send the audio clips? Or am I just not doing something correct.  Not sure if you have access to my profile but if you do I can send you the page number.  Hopefully this makes sense, and thank you for the help.

Kevan

Sent from Mail for Windows 10

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 9, 2019 12:08:57 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Rebecca Nagy |
| **Sent:** | Monday, August 12, 2019 6:05 PM |
| **To:** | Yulia Shvetsova;Autumn Francois;Scott McAndrews |
| **Subject:** | Fw: voyager eval |
| **Attachments:** | voyager eval.pdf |

FYI...

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
████████

---

**From:** Kevan Beard <35841@lapd.online>
**Sent:** Monday, August 12, 2019 5:29 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Subject:** voyager eval

Rebecca

Attached are (4) voyager evaluations for some of my usage.  I will continue to send them your way as I use the system.  Let me know if you need anything from me.  Have a great day.

Kevan

Sent from Mail for Windows 10

**From:**          Cedric Washington
**Sent:**          Tuesday, August 13, 2019 7:44 AM
**To:**            Yulia Shvetsova
**Subject:**       Error Today
**Attachments:**   Voyager Error.png

**From:** ███████
**Sent:** Monday, August 12, 2019 2:17 PM
**To:** Yulia Shvetsova
**Cc:** William Roecker;Rebecca Nagy;David Whitehead;Autumn Francois;Arnold Suzukamo
**Subject:** RE: Voyager Support

Hi Yulia,

Thank you for your patience as we're scaling down after our major case. I have a new partner here named Will Roecker (cc'd on this email). I was hoping to see if we can substitute Will and get him a trial account (we can change him out with our own Ellen Fama, if needed – she gave permission), ███████ ███████ Will's extremely sharp and has already been messing around with Voyager a bit with me, and I wanted to see if you two can connect for some desk side support. He is here this week through Thursday at RHD.

Recently we have:

A)  been able to have a good success story on a robbery series with Voyager using the Group feature, which is outstanding; and
B)  Identified several phone numbers were tied to matching social media profiles using our old standalone contact exploitation technique ███████ ███████ Unfortunately, during testing, Voyager did not locate those same profiles in Voyager Profile Finder. This happened on our recent big case, and has happened again on another. We wanted to provide you with a sample phone number so you can test it on your end: ███████. Profile Finder via phone continues to be hit and miss. Will can relay more info if needed.

Finally, when we're doing search warrants to Facebook/Instagram we get one .zip file and one .pdf file per account we request from the provider. The .pdf files are all smaller than the .zip files, size-wise.

V/R,


_____, ███████
**<span style="color:red">LAPD Robbery-Homicide Division</span>**
**Website:** <span style="color:blue">click here</span>
**(213) 486-6850 office**
███████ **cell/voicemail**
███████ **email**



**CONFIDENTIALITY NOTICE:** This communication and its contents (including attachments) may contain confidential, Law Enforcement Sensitive (LES), For Official Use Only (FOUO), Controlled Unclassified Information (CUI), Personal Identifying Information (PII), information that is investigatory or intelligence in nature, and/or other legally privileged information. This information, upon suitable review and oversight, may be exempt from public disclosure under the Freedom of Information Act and/or California Public Records Act. It is solely for the use of the intended recipient(s). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with appropriate policy relating to this information and is not to be released to the public, the media, foreign nationals, or other personnel who do not have a valid "right/need-to-know" without prior approval of an authorized official. Some information may include encrypted content for privacy and data protection purposes. Unauthorized interception, review, use or disclosure of all content and metadata is prohibited and may violate applicable laws, including the U.S. Electronic Communications Privacy Act and the California Electronic Communications Privacy Act. Any misuse or unauthorized disclosure may result in both civil and criminal penalties. This notice may apply to specific content, attachments, and metadata, including such material that may be included herein as a reply, forward, or hyperlink. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately. Originator Control (ORCON)/third-party agency permission rules apply.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 09, 2019 12:09 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▮▮▮▮▮▮▮▮▮
yulias@voygaerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Cedric Washington
**Sent:** Monday, August 12, 2019 12:49 PM
**To:** Yulia Shvetsova
**Subject:** Re: How about 1:30

Yes

Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, August 12, 2019 11:58:43 AM
**To:** Cedric Washington <31784@lapd.online>
**Subject:** Re: How about 1:30

Great. Can I call or text you at ███████ when I arrive upstairs?

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Aug 12, 2019 at 11:57 AM Cedric Washington <31784@lapd.online> wrote:

> Yes

Get [Outlook for Android](#)

---

**From:** Yulia Shvetsova <[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)>
**Sent:** Monday, August 12, 2019 11:55:41 AM
**To:** Cedric Washington <31784@lapd.online>
**Subject:** Re: How about 1:30

Would 2pm work? I have a meeting that will run over. Thanks!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Mon, Aug 12, 2019 at 11:54 AM Cedric Washington <31784@lapd.online> wrote:

Get [Outlook for Android](#)

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, August 12, 2019 11:59 AM
**To:** Cedric Washington
**Subject:** Re: How about 1:30

Great. Can I call or text you at ███████████ when I arrive upstairs?

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Aug 12, 2019 at 11:57 AM Cedric Washington <31784@lapd.online> wrote:

Yes

Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, August 12, 2019 11:55:41 AM
**To:** Cedric Washington <31784@lapd.online>
**Subject:** Re: How about 1:30

Would 2pm work? I have a meeting that will run over. Thanks!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ███████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Aug 12, 2019 at 11:54 AM Cedric Washington <31784@lapd.online> wrote:

Get Outlook for Android

**From:** Cedric Washington
**Sent:** Monday, August 12, 2019 11:57 AM
**To:** Yulia Shvetsova
**Subject:** Re: How about 1:30

Yes

Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, August 12, 2019 11:55:41 AM
**To:** Cedric Washington <31784@lapd.online>
**Subject:** Re: How about 1:30

Would 2pm work? I have a meeting that will run over. Thanks!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Mon, Aug 12, 2019 at 11:54 AM Cedric Washington <31784@lapd.online> wrote:

Get Outlook for Android

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Monday, August 12, 2019 11:56 AM |
| **To:** | Cedric Washington |
| **Subject:** | Re: How about 1:30 |

Would 2pm work? I have a meeting that will run over. Thanks!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voygaerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Mon, Aug 12, 2019 at 11:54 AM Cedric Washington <31784@lapd.online> wrote:


Get Outlook for Android

**From:** Cedric Washington
**Sent:** Monday, August 12, 2019 11:55 AM
**To:** Yulia Shvetsova
**Subject:** How about 1:30

Get Outlook for Android

| | |
|---|---|
| **From:** | Cedric Washington |
| **Sent:** | Monday, August 12, 2019 11:54 AM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager Training |

Let me check with her now

Get [Outlook for Android](#)

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, August 12, 2019 10:44:51 AM
**To:** Cedric Washington <31784@lapd.online>
**Subject:** Re: Voyager Training

Hi - apologies for the late reply. Yes - can we meet around 1pm today?

On Mon, Aug 12, 2019 at 06:27 Cedric Washington <31784@lapd.online> wrote:

> Good morning Yulia,
>
>
> Iris said that she would be available Monday afternoon as I will be also. So please let me know a time if that option is still available.
>
>
> Thanks,
>
>
> Cedric
>
>
> **From:** Yulia Shvetsova <yulias@voyagerlabs.co>
> **Sent:** Friday, August 09, 2019 12:18 PM

Exhibit 5, Page 1170

**To:** Cedric Washington <31784@lapd.online>
**Subject:** Re: Voyager Training

Perhaps you and Iris can pick a few hours that work for both of you and we can all sit together. Just let me know!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Fri, Aug 9, 2019 at 2:11 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:

  Hi Cedric,

I am available Monday afternoon, Tuesday morning, or Wednesday morning to go over Voyager with you in person. Do any of those work for you? Otherwise, we can push back one more week. I will be flying out for a wedding Wednesday afternoon until the following week, but will be available remotely for any questions.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended

recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**        Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**         Monday, August 12, 2019 11:40 AM
**To:**           Thorsten Timmermans
**Subject:**     Re: Voyager Support

Great! Are you able to attach them to an email or should I bring a thumb drive on Wednesday?


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ████████████
yulias@voygaerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Mon, Aug 12, 2019 at 11:28 AM Thorsten Timmermans <37459@lapd.online> wrote:
  Yep.  Also, I should have several warrant returns that date back from 2013- Facebook

  Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, August 12, 2019 11:08:36 AM
**To:** Thorsten Timmermans <37459@lapd.online>
**Subject:** Re: Voyager Support

Wednesday works for me! We can touch base tomorrow and pick a time that works for you.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Mon, Aug 12, 2019 at 7:32 AM Thorsten Timmermans <37459@lapd.online> wrote:
Good morning Yulia.  I am back from my trip.  Let me know when you get some time to discuss that cold case.   I advised the Detective you will be put of town Thursday.  He said that a meeting Wednesday would be best for him.  I think I can get some o FCC the old Facebook warrant returns to see of their can be uploaded to Voyager.  Feel free to call when you get time.

Respectfully,

Timmermans

Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 9, 2019 12:08:57 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**       Thorsten Timmermans
**Sent:**        Monday, August 12, 2019 11:28 AM
**To:**           Yulia Shvetsova
**Subject:**    Re: Voyager Support

Yep.  Also, I should have several warrant returns that date back from 2013- Facebook

Get Outlook for Android

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Monday, August 12, 2019 11:08:36 AM
**To:** Thorsten Timmermans <37459@lapd.online>
**Subject:** Re: Voyager Support

Wednesday works for me! We can touch base tomorrow and pick a time that works for you.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ██████████
yulias@voygaerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Mon, Aug 12, 2019 at 7:32 AM Thorsten Timmermans <37459@lapd.online> wrote:

Good morning Yulia.  I am back from my trip.  Let me know when you get some time to discuss that cold case.   I advised the Detective you will be put of town Thursday.  He said that a meeting Wednesday would be best for him.  I think I can get some o FCC the old Facebook warrant returns to see of their can be uploaded to Voyager.  Feel free to call when you get time.

Respectfully,

Timmermans

Get [Outlook for Android](#)

---

**From:** Yulia Shvetsova <[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)>
**Sent:** Friday, August 9, 2019 12:08:57 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
[yulias@voygaerlabs.co](mailto:yulias@voygaerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Monday, August 12, 2019 11:09 AM |
| **To:** | Thorsten Timmermans |
| **Subject:** | Re: Voyager Support |

Wednesday works for me! We can touch base tomorrow and pick a time that works for you.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voygaerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Mon, Aug 12, 2019 at 7:32 AM Thorsten Timmermans <37459@lapd.online> wrote:
Good morning Yulia.  I am back from my trip.  Let me know when you get some time to discuss that cold case.   I advised the Detective you will be put of town Thursday.  He said that a meeting Wednesday would be best for him.  I think I can get some o FCC the old Facebook warrant returns to see of their can be uploaded to Voyager.  Feel free to call when you get time.

Respectfully,

Timmermans

Get Outlook for Android

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 9, 2019 12:08:57 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ██████████
yulias@voygaerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Monday, August 12, 2019 10:45 AM |
| **To:** | Cedric Washington |
| **Subject:** | Re: Voyager Training |

Hi - apologies for the late reply. Yes - can we meet around 1pm today?

On Mon, Aug 12, 2019 at 06:27 Cedric Washington <31784@lapd.online> wrote:

> Good morning Yulia,
>
>
> Iris said that she would be available Monday afternoon as I will be also. So please let me know a time if that option is still available.
>
>
> Thanks,
>
>
> Cedric
>
>
> **From:** Yulia Shvetsova <yulias@voyagerlabs.co>
> **Sent:** Friday, August 09, 2019 12:18 PM
> **To:** Cedric Washington <31784@lapd.online>
> **Subject:** Re: Voyager Training
>
>
> Perhaps you and Iris can pick a few hours that work for both of you and we can all sit together. Just let me know!
>
>
> Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Fri, Aug 9, 2019 at 2:11 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:

Hi Cedric,

I am available Monday afternoon, Tuesday morning, or Wednesday morning to go over Voyager with you in person. Do any of those work for you? Otherwise, we can push back one more week. I will be flying out for a wedding Wednesday afternoon until the following week, but will be available remotely for any questions.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**          Thorsten Timmermans
**Sent:**          Monday, August 12, 2019 7:33 AM
**To:**             Yulia Shvetsova
**Subject:**       Re: Voyager Support

Good morning Yulia.  I am back from my trip.  Let me know when you get some time to discuss that cold case.   I advised the Detective you will be put of town Thursday.  He said that a meeting Wednesday would be best for him.  I think I can get some o FCC the old Facebook warrant returns to see of their can be uploaded to Voyager.  Feel free to call when you get time.

Respectfully,

Timmermans

Get [Outlook for Android](Outlook for Android)

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 9, 2019 12:08:57 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Cedric Washington |
| **Sent:** | Monday, August 12, 2019 6:27 AM |
| **To:** | Yulia Shvetsova |
| **Subject:** | RE: Voyager Training |

Good morning Yulia,

Iris said that she would be available Monday afternoon as I will be also. So please let me know a time if that option is still available.

Thanks,

Cedric

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 09, 2019 12:18 PM
**To:** Cedric Washington <31784@lapd.online>
**Subject:** Re: Voyager Training

Perhaps you and Iris can pick a few hours that work for both of you and we can all sit together. Just let me know!


Best,




**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▇▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Fri, Aug 9, 2019 at 2:11 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:

Hi Cedric,

I am available Monday afternoon, Tuesday morning, or Wednesday morning to go over Voyager with you in person. Do any of those work for you? Otherwise, we can push back one more week. I will be flying out for a wedding Wednesday afternoon until the following week, but will be available remotely for any questions.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Thorsten Timmermans |
| **Sent:** | Friday, August 9, 2019 2:04 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Old FB warrants |

Hi Yulia,

I expect to be back on Monday.  Let me catch up with work and I will reach up with you hopefully before Wednesday.

T

Get [Outlook for Android](Outlook for Android)

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 7, 2019 3:36:00 PM
**To:** Thorsten Timmermans <37459@lapd.online>
**Subject:** Old FB warrants

Hi T,

Hope you are enjoying your time off (and hope you don't get this e-mail on vacation). You mentioned us assisting on the older case when you return. Before we take a stab at this, may you please share one of those warrant returns with us? We need to make sure that our system can ingest these old warrants - in terms of how similarly it is structured to the current warrants. If the integration isn't seamless, we should be able to work with it still, but it may take some time for our engineers to configure the warrant system for these formats. If any questions, feel free to call or text.

Thank you!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ██████████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 9, 2019 12:18 PM
**To:** Cedric Washington
**Subject:** Re: Voyager Training

Perhaps you and Iris can pick a few hours that work for both of you and we can all sit together. Just let me know!


Best,




**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▓▓▓▓▓▓▓▓▓
yulias@voygaerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Fri, Aug 9, 2019 at 2:11 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
> Hi Cedric,
>
> I am available Monday afternoon, Tuesday morning, or Wednesday morning to go over Voyager with you in person. Do any of those work for you? Otherwise, we can push back one more week. I will be flying out for a wedding Wednesday afternoon until the following week, but will be available remotely for any questions.
>
>
> Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
[yulias@voygaerlabs.co](mailto:yulias@voygaerlabs.co)
[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Friday, August 9, 2019 12:17 PM |
| **To:** | Scott Teubert |
| **Subject:** | Re: Voyager Support |

Sounds good Scott! I sent them separate emails since we had a previous email thread about availability.

Have a good time off.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Fri, Aug 9, 2019 at 2:15 PM Scott Teubert <35745@lapd.online> wrote:
Hi Yulia, I think we need to concentrate on getting Washington and Romero trained up. I am out of town until Wednesday so I do t know what their schedules look like.

Get Outlook for iOS

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 9, 2019 12:08:57 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Scott Teubert |
| **Sent:** | Friday, August 9, 2019 12:16 PM |
| **To:** | Yulia Shvetsova |
| **Subject:** | Re: Voyager Support |

Hi Yulia, I think we need to concentrate on getting Washington and Romero trained up. I am out of town until Wednesday so I do t know what their schedules look like.

Get Outlook for iOS

---

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 9, 2019 12:08:57 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 █████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Friday, August 9, 2019 12:12 PM |
| **To:** | Cedric Washington |
| **Subject:** | Voyager Training |

Hi Cedric,

I am available Monday afternoon, Tuesday morning, or Wednesday morning to go over Voyager with you in person. Do any of those work for you? Otherwise, we can push back one more week. I will be flying out for a wedding Wednesday afternoon until the following week, but will be available remotely for any questions.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voygaerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 9, 2019 12:09 PM
**Subject:** Voyager Support

Hello,

I am available Monday afternoon, Tuesday afternoon, or Wednesday morning to assist with any questions you may have. I will be out of town Thur-Fri but always available for remote support. Please let me know if you need me!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voygaerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:**          Edward Dorroh
**Sent:**          Friday, August 9, 2019 12:03 PM
**To:**            Yulia Shvetsova
**Subject:**      RE: Voyager August Training - Need to set a date

Yes.  9th floor.

Contact info below.

Ed

Det. Ed Dorroh #33227
LAPD Major Crimes Division
Criminal Conspiracy Section
100 W. 1st Street, 9th Floor
Los Angeles, CA 90012
Main: 213-486-7260
Desk: ███████████
Cell: ███████████
33227@lapd.online


**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 09, 2019 12:02 PM
**To:** Edward Dorroh <33227@lapd.online>
**Cc:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Voyager August Training - Need to set a date

I will come to you. You're at MCD in the HQ building?


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▮▮▮▮▮▮▮▮
yulias@voyaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Fri, Aug 9, 2019 at 2:00 PM Edward Dorroh <33227@lapd.online> wrote:

Hello Yulia,

I can do Wednesday.

Where do you want to do it or is it a webinar thing?

Ed

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 09, 2019 11:58 AM
**To:** Edward Dorroh <33227@lapd.online>
**Cc:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Voyager August Training - Need to set a date

Exhibit 5, Page 1198

I'm available this Wednesday - Aug 14th between 10-2 if that works for you. Feel free to call or text me and let me know (███████████).

Otherwise, I will check with my teammates to try and schedule something for the following week (Aug 19-23).

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Fri, Aug 9, 2019 at 10:29 AM Edward Dorroh <33227@lapd.online> wrote:

Unfortunately, Det. Crossley is now on vacation until the 27th and I will be off the majority of that week.   Is it possible to do one-on-one training?   I would like to get it sooner than later.  Also, Aug 12th is ███████████ funeral and the 26th is a prescheduled unit training day.

Ed

Det. Ed Dorroh #33227

LAPD Major Crimes Division

Criminal Conspiracy Section

100 W. 1st Street, 9th Floor

Los Angeles, CA 90012

Main: 213-486-7260

Desk: █████████████

Cell: ████████████

[33227@lapd.online](mailto:33227@lapd.online)

**From:** Yulia Shvetsova <[yulias@voyagerlabs.co](mailto:yulias@voyagerlabs.co)>
**Sent:** Tuesday, August 06, 2019 7:27 PM
**To:** Rebecca Nagy <[n4309@lapd.online](mailto:n4309@lapd.online)>
**Cc:** Edward Dorroh <[33227@lapd.online](mailto:33227@lapd.online)>; [37864@laod.online](mailto:37864@laod.online); Iris Romero <[37658@lapd.online](mailto:37658@lapd.online)>; Autumn Francois <[autumn@voyagerlabs.co](mailto:autumn@voyagerlabs.co)>; Rebecca McIntire <[38364@lapd.online](mailto:38364@lapd.online)>; Pitwalai Meesri <[36177@lapd.online](mailto:36177@lapd.online)>; Scott McAndrews <[scottm@voyagerlabs.co](mailto:scottm@voyagerlabs.co)>; Nathan Kouri <[34340@lapd.online](mailto:34340@lapd.online)>; ████████████ <████████████████████>
**Subject:** Re: Voyager August Training - Need to set a date

Sounds great! Let us know what dates in August work for you. The best weeks for us would be the week of Aug 12th or Aug 26th.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Aug 6, 2019 at 4:57 PM Rebecca Nagy <n4309@lapd.online> wrote:

Hello
Welcome back to those who just got back from vacation and those who had supervisors school.

We need to get a date set to get you started with Voyager and reserve the room.

Autumn and Yulia are they Voyager trainers and supporters for this trial.

Rebecca Nagy, CCIA

Crime and Intelligence Analyst II

Major Crimes Division

Los Angeles Police Department

████████████

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 9, 2019 12:02 PM
**To:** Edward Dorroh
**Cc:** Rebecca Nagy
**Subject:** Re: Voyager August Training - Need to set a date

I will come to you. You're at MCD in the HQ building?

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▮▮▮▮▮▮▮
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Fri, Aug 9, 2019 at 2:00 PM Edward Dorroh <33227@lapd.online> wrote:

> Hello Yulia,
>
> I can do Wednesday.
>
> Where do you want to do it or is it a webinar thing?

Ed

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 09, 2019 11:58 AM
**To:** Edward Dorroh <33227@lapd.online>
**Cc:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Voyager August Training - Need to set a date

I'm available this Wednesday - Aug 14th between 10-2 if that works for you. Feel free to call or text me and let me know (█████████).

Otherwise, I will check with my teammates to try and schedule something for the following week (Aug 19-23).

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 █████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Fri, Aug 9, 2019 at 10:29 AM Edward Dorroh <33227@lapd.online> wrote:

Unfortunately, Det. Crossley is now on vacation until the 27th and I will be off the majority of that week.   Is it possible to do one-on-one training?   I would like to get it sooner than later.  Also, Aug 12th is ███████████ funeral and the 26th is a prescheduled unit training day.

Ed

Det. Ed Dorroh #33227

LAPD Major Crimes Division

Criminal Conspiracy Section

100 W. 1st Street, 9th Floor

Los Angeles, CA 90012

Main: 213-486-7260

Desk: ███████████

Cell: ███████████

33227@lapd.online

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 06, 2019 7:27 PM

**To:** Rebecca Nagy <n4309@lapd.online>
**Cc:** Edward Dorroh <33227@lapd.online>; 37864@laod.online; Iris Romero <37658@lapd.online>; Autumn Francois <autumn@voyagerlabs.co>; Rebecca McIntire <38364@lapd.online>; Pitwalai Meesri <36177@lapd.online>; Scott McAndrews <scottm@voyagerlabs.co>; Nathan Kouri <34340@lapd.online>; ▇▇▇▇▇▇ <▇▇▇▇▇▇▇▇▇▇▇▇▇>
**Subject:** Re: Voyager August Training - Need to set a date

Sounds great! Let us know what dates in August work for you. The best weeks for us would be the week of Aug 12th or Aug 26th.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ▇▇▇▇▇▇▇▇
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Aug 6, 2019 at 4:57 PM Rebecca Nagy <n4309@lapd.online> wrote:

> Hello
> Welcome back to those who just got back from vacation and those who had supervisors school.

We need to get a date set to get you started with Voyager and reserve the room.

Autumn and Yulia are they Voyager trainers and supporters for this trial.

Rebecca Nagy, CCIA

Crime and Intelligence Analyst II

Major Crimes Division

Los Angeles Police Department

| | |
|---|---|
| **From:** | Edward Dorroh |
| **Sent:** | Friday, August 9, 2019 12:01 PM |
| **To:** | Yulia Shvetsova |
| **Cc:** | Rebecca Nagy |
| **Subject:** | RE: Voyager August Training - Need to set a date |

Hello Yulia,

I can do Wednesday.

Where do you want to do it or is it a webinar thing?

Ed

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Friday, August 09, 2019 11:58 AM
**To:** Edward Dorroh <33227@lapd.online>
**Cc:** Rebecca Nagy <n4309@lapd.online>
**Subject:** Re: Voyager August Training - Need to set a date

I'm available this Wednesday - Aug 14th between 10-2 if that works for you. Feel free to call or text me and let me know (███████████).
Otherwise, I will check with my teammates to try and schedule something for the following week (Aug 19-23).


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ████████████
yulias@voyaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended

recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Fri, Aug 9, 2019 at 10:29 AM Edward Dorroh <33227@lapd.online> wrote:

Unfortunately, Det. Crossley is now on vacation until the 27th and I will be off the majority of that week.   Is it possible to do one-on-one training?   I would like to get it sooner than later.  Also, Aug 12th is ███████ funeral and the 26th is a prescheduled unit training day.

Ed

Det. Ed Dorroh #33227

LAPD Major Crimes Division

Criminal Conspiracy Section

100 W. 1st Street, 9th Floor

Los Angeles, CA 90012

Main: 213-486-7260

Desk: ███████

Cell: ███████

33227@lapd.online

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 06, 2019 7:27 PM

**To:** Rebecca Nagy <n4309@lapd.online>
**Cc:** Edward Dorroh <33227@lapd.online>; 37864@laod.online; Iris Romero <37658@lapd.online>; Autumn Francois <autumn@voyagerlabs.co>; Rebecca McIntire <38364@lapd.online>; Pitwalai Meesri <36177@lapd.online>; Scott McAndrews <scottm@voyagerlabs.co>; Nathan Kouri <34340@lapd.online>; ███████ <███████████>
**Subject:** Re: Voyager August Training - Need to set a date

Sounds great! Let us know what dates in August work for you. The best weeks for us would be the week of Aug 12th or Aug 26th.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 █████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Aug 6, 2019 at 4:57 PM Rebecca Nagy <n4309@lapd.online> wrote:

> Hello
> Welcome back to those who just got back from vacation and those who had supervisors school.

We need to get a date set to get you started with Voyager and reserve the room.

Autumn and Yulia are they Voyager trainers and supporters for this trial.

Rebecca Nagy, CCIA

Crime and Intelligence Analyst II

Major Crimes Division

Los Angeles Police Department

████████

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Friday, August 9, 2019 11:58 AM |
| **To:** | Edward Dorroh |
| **Cc:** | Rebecca Nagy |
| **Subject:** | Re: Voyager August Training - Need to set a date |

I'm available this Wednesday - Aug 14th between 10-2 if that works for you. Feel free to call or text me and let me know (████████████).
Otherwise, I will check with my teammates to try and schedule something for the following week (Aug 19-23).


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Fri, Aug 9, 2019 at 10:29 AM Edward Dorroh <33227@lapd.online> wrote:

Unfortunately, Det. Crossley is now on vacation until the 27th and I will be off the majority of that week.   Is it possible to do one-on-one training?   I would like to get it sooner than later.  Also, Aug 12th is ████████████ funeral and the 26th is a prescheduled unit training day.


Ed

Det. Ed Dorroh #33227

LAPD Major Crimes Division

Criminal Conspiracy Section

100 W. 1st Street, 9th Floor

Los Angeles, CA 90012

Main: 213-486-7260

Desk: ████████████

Cell: ████████████

33227@lapd.online

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 06, 2019 7:27 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Cc:** Edward Dorroh <33227@lapd.online>; 37864@laod.online; Iris Romero <37658@lapd.online>; Autumn Francois <autumn@voyagerlabs.co>; Rebecca McIntire <38364@lapd.online>; Pitwalai Meesri <36177@lapd.online>; Scott McAndrews <scottm@voyagerlabs.co>; Nathan Kouri <34340@lapd.online>; ████████████ <████████████████████>
**Subject:** Re: Voyager August Training - Need to set a date

Sounds great! Let us know what dates in August work for you. The best weeks for us would be the week of Aug 12th or Aug 26th.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▊▊▊▊▊▊▊▊
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Aug 6, 2019 at 4:57 PM Rebecca Nagy <n4309@lapd.online> wrote:

Hello
Welcome back to those who just got back from vacation and those who had supervisors school.

We need to get a date set to get you started with Voyager and reserve the room.

Autumn and Yulia are they Voyager trainers and supporters for this trial.

Rebecca Nagy, CCIA

Crime and Intelligence Analyst II

Major Crimes Division

Los Angeles Police Department

| | |
|---|---|
| **From:** | Edward Dorroh |
| **Sent:** | Friday, August 9, 2019 8:29 AM |
| **To:** | Yulia Shvetsova;Rebecca Nagy |
| **Subject:** | RE: Voyager August Training - Need to set a date |

Unfortunately, Det. Crossley is now on vacation until the 27th and I will be off the majority of that week.   Is it possible to do one-on-one training?   I would like to get it sooner than later.  Also, Aug 12th is ██████████ funeral and the 26th is a prescheduled unit training day.

Ed
Det. Ed Dorroh #33227
LAPD Major Crimes Division
Criminal Conspiracy Section
100 W. 1st Street, 9th Floor
Los Angeles, CA 90012
Main: 213-486-7260
Desk: ████████████
Cell: ████████████
33227@lapd.online


**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 06, 2019 7:27 PM
**To:** Rebecca Nagy <n4309@lapd.online>
**Cc:** Edward Dorroh <33227@lapd.online>; 37864@laod.online; Iris Romero <37658@lapd.online>; Autumn Francois <autumn@voyagerlabs.co>; Rebecca McIntire <38364@lapd.online>; Pitwalai Meesri <36177@lapd.online>; Scott McAndrews <scottm@voyagerlabs.co>; Nathan Kouri <34340@lapd.online>; ████████ █ <████████████████>
**Subject:** Re: Voyager August Training - Need to set a date

Sounds great! Let us know what dates in August work for you. The best weeks for us would be the week of Aug 12th or Aug 26th.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▮▮▮▮▮▮▮▮▮▮
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Aug 6, 2019 at 4:57 PM Rebecca Nagy <n4309@lapd.online> wrote:

Hello
Welcome back to those who just got back from vacation and those who had supervisors school.

We need to get a date set to get you started with Voyager and reserve the room.

Autumn and Yulia are they Voyager trainers and supporters for this trial.

Rebecca Nagy, CCIA

Crime and Intelligence Analyst II

Major Crimes Division

Los Angeles Police Department

▮▮▮▮▮▮▮▮▮▮

**From:** Cedric Washington
**Sent:** Wednesday, August 7, 2019 2:30 PM
**To:** Yulia Shvetsova
**Subject:** RE: Voyager Training

Yes, we can. Enjoy the humidity in Texas.

CW

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 07, 2019 1:06 PM
**To:** Cedric Washington <31784@lapd.online>
**Subject:** Re: Voyager Training

Hi Cedric,

I'm in Texas for a last minute Robbery Investigators conference - may we postpone training for one more week please?
Thanks!


Best,




**Yulia Shvetsova**
**Intelligence Analyst**
**M:** 1 ███████████
yulias@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Thu, Aug 1, 2019 at 9:23 AM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:

Thank you for letting me know! Lets reschedule for Wednesday and I will confirm next week.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▮▮▮▮▮▮▮▮
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Jul 31, 2019 at 8:22 PM Cedric Washington <31784@lapd.online> wrote:

Good evening Yulia,

We did get very busy today and I believe we will be tomorrow as well. I hate to cancel for this week, I already started trying to learn on my own. So, If possible can we try again next week, possibly Wednesday please?

On another note, can you tell me how to upload the search warrant return data that I have for Facebook and Instagram? I could not figure that out.

Thank you and sorry for canceling at the last minute.

Cedric Washington

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, July 31, 2019 3:26 PM
**To:** Cedric Washington <31784@lapd.online>
**Subject:** Voyager Training

Hi Cedric!

We discussed doing training tomorrow for Iris and you. Scott let me know that you guys may have gotten busy yesterday and to check back with you. What do you think re:tomorrow?

We've set the day aside for you guys, so we're perfectly ok with coming by and sitting deskside or working on our own cases until you have a spare hour if that works for you. If not tomorrow, let's try to set some time aside next week because another trainer will be out here then as well to assist.

Feel free to call or text: █████████.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, August 7, 2019 1:06 PM |
| **To:** | Cedric Washington |
| **Subject:** | Re: Voyager Training |

Hi Cedric,

I'm in Texas for a last minute Robbery Investigators conference - may we postpone training for one more week please?
Thanks!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voyagerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Thu, Aug 1, 2019 at 9:23 AM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
Thank you for letting me know! Lets reschedule for Wednesday and I will confirm next week.


Best,

**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Wed, Jul 31, 2019 at 8:22 PM Cedric Washington <31784@lapd.online> wrote:

Good evening Yulia,

We did get very busy today and I believe we will be tomorrow as well. I hate to cancel for this week, I already started trying to learn on my own. So, If possible can we try again next week, possibly Wednesday please?

On another note, can you tell me how to upload the search warrant return data that I have for Facebook and Instagram? I could not figure that out.

Thank you and sorry for canceling at the last minute.

Cedric Washington

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, July 31, 2019 3:26 PM
**To:** Cedric Washington <31784@lapd.online>
**Subject:** Voyager Training


Hi Cedric!


We discussed doing training tomorrow for Iris and you. Scott let me know that you guys may have gotten busy yesterday and to check back with you. What do you think re:tomorrow?


We've set the day aside for you guys, so we're perfectly ok with coming by and sitting deskside or working on our own cases until you have a spare hour if that works for you. If not tomorrow, let's try to set some time aside next week because another trainer will be out here then as well to assist.


Feel free to call or text: ███████████.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ███████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, August 7, 2019 12:36 PM
**To:** Thorsten Timmermans
**Subject:** Old FB warrants

Hi T,

Hope you are enjoying your time off (and hope you don't get this e-mail on vacation). You mentioned us assisting on the older case when you return. Before we take a stab at this, may you please share one of those warrant returns with us? We need to make sure that our system can ingest these old warrants - in terms of how similarly it is structured to the current warrants. If the integration isn't seamless, we should be able to work with it still, but it may take some time for our engineers to configure the warrant system for these formats. If any questions, feel free to call or text.

Thank you!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▇▇▇▇▇▇▇
yulias@voyaerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipient. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, August 7, 2019 11:34 AM |
| **To:** | ███████ |
| **Subject:** | Re: IG and FB warrants |

One more question - you mentioned that sometimes you get a warrant return for an entire gang or similar group of people.
Does this mean you receive 1 warrant folder with many PDF files and each PDF contains 1 FB/IG profile? Or does this mean you get 1 PDF file with multiple profiles covered within this 1 file?

Thank you!



Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voyaerlabs.co
www.voyagerlabs.co



This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Wed, Aug 7, 2019 at 1:31 PM Yulia Shvetsova <yulias@voyagerlabs.co> wrote:
Hi ██████,


Checking in re: some questions on the warrant upload tool.

1. For Facebook and Instagram warrants:
**Is the warrant** PDF file itself larger than 5GB, or does the large size you mentioned previously (12 – 18GB) refer to the full warrant folder that FB or IG returns to you? Only the PDF file size matters for our upload maximums.

2. Do you have a IG warrant example you may be able to provide us that is one of the larger sizes? We are implementing the IG warrant piece right now and want to test drive it so we can get it out to you guys faster.

Thank you!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ███████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Wednesday, August 7, 2019 11:31 AM |
| **To:** | ▬▬▬▬▬ |
| **Subject:** | IG and FB warrants |

Hi ▬▬▬▬,

Checking in re: some questions on the warrant upload tool.

1. For Facebook and Instagram warrants:
**Is the warrant** PDF file itself larger than 5GB, or does the large size you mentioned previously (12 − 18GB) refer to the full warrant folder that FB or IG returns to you? Only the PDF file size matters for our upload maximums.

2. Do you have a IG warrant example you may be able to provide us that is one of the larger sizes? We are implementing the IG warrant piece right now and want to test drive it so we can get it out to you guys faster.

Thank you!

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▬▬▬▬▬▬▬
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Yulia Shvetsova <yulias@voyagerlabs.co> |
| **Sent:** | Tuesday, August 6, 2019 7:28 PM |
| **To:** | Harold Crossley |
| **Subject:** | Re: Voyager August Training - Need to set a date |

Sounds great! Let us know what dates in August work for you. The best weeks for us would be the week of Aug 12th or Aug 26th.


Best,
Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ▓▓▓▓▓▓▓▓
yulias@voygaerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Tue, Aug 6, 2019 at 4:57 PM Rebecca Nagy <n4309@lapd.online> wrote:
Hello
Welcome back to those who just got back from vacation and those who had supervisors school.

We need to get a date set to get you started with Voyager and reserve the room.

Autumn and Yulia are they Voyager trainers and supporters for this trial.

Rebecca Nagy, CCIA

Crime and Intelligence Analyst II

Major Crimes Division

Los Angeles Police Department

██████████

**From:**        Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:**        Tuesday, August 6, 2019 7:27 PM
**To:**        Rebecca Nagy
**Cc:**        Edward Dorroh;37864@laod.online;Iris Romero;Autumn Francois;Rebecca McIntire;Pitwalai Meesri;Scott McAndrews;Nathan Kouri;██████████
**Subject:**        Re: Voyager August Training - Need to set a date

Sounds great! Let us know what dates in August work for you. The best weeks for us would be the week of Aug 12th or Aug 26th.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ██████████
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

On Tue, Aug 6, 2019 at 4:57 PM Rebecca Nagy <n4309@lapd.online> wrote:
> Hello
> Welcome back to those who just got back from vacation and those who had supervisors school.
>
> We need to get a date set to get you started with Voyager and reserve the room.
>
> Autumn and Yulia are they Voyager trainers and supporters for this trial.

Rebecca Nagy, CCIA

Crime and Intelligence Analyst II

Major Crimes Division

Los Angeles Police Department

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Tuesday, August 6, 2019 7:21 PM
**To:** Rebecca Nagy;████████
**Subject:** Increased query today: Tue, Aug 6

Hi all,

We noticed you guys were almost at your max query limits earlier today, and increased your daily usage. We do check this periodically, but if you notice any issues yourselves, please let us know.

On another note, I am in Texas this week for a conference. Always available for assistance over the phone, but lets resume all in-person training next week! Thanks!


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voygaerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | Rebecca Nagy |
| **Sent:** | Tuesday, August 6, 2019 2:57 PM |
| **To:** | Edward Dorroh;37864@laod.online;Iris Romero;Autumn Francois;Yulia Shvetsova;Rebecca McIntire;Pitwalai Meesri |
| **Cc:** | Scott McAndrews;Nathan Kouri;███████████ |
| **Subject:** | Voyager August Training - Need to set a date |

Hello
Welcome back to those who just got back from vacation and those who had supervisors school.

We need to get a date set to get you started with Voyager and reserve the room.

Autumn and Yulia are they Voyager trainers and supporters for this trial.

Rebecca Nagy, CCIA
Crime and Intelligence Analyst II
Major Crimes Division
Los Angeles Police Department
███████████

Exhibit 5, Page 1235

| From: | David Whitehead <davidw@voyagerlabs.co> |
|---|---|
| Sent: | Sunday, August 4, 2019 5:30 PM |
| To: | ██████████ |
| Cc: | Voyager Analytics Support;Autumn Francois;Scott McAndrews;Yulia Shvetsova;Jonathan Larkin;Lawson Ferguson;Yossi Eini;Liran Ben Abu;Arnold Suzukamo;Rebecca Nagy |
| Subject: | Re: VoyagerAnalytics Maintenance - Sunday, August 4 - 12:00AM - 12:00PM PST |

Hi █████,

Thank you very much for the update!  I know the team has been working closely with you, and we appreciate your attention and hope you're getting good value from both the technology and team.  I will ask our analysts reach out to work with you to identify the issue to the limit of your ability to share so we can identify exactly what happened.  If it's something that we can improve in the product, please rest assured we will.  If there's something else going on, we'll work with you to isolate it so we're all clear as to what it is and how best to deal with it.

Again, thank you for keeping us in the loop and we look forward to resolving this and continuing to work with you on the pilot.

Take care,
David

On Sun, Aug 4, 2019 at 4:55 PM ████████████ <████████████████> wrote:


Hi David,


Thank you. ████████████████████████████████████████████████████
████████████████████████████████████████████████████ Hoping it's just a hiccup. These were specifically for Instagram accounts.


Thanks,

**From:** David Whitehead <davidw@voyagerlabs.co>
**Sent:** Sunday, August 04, 2019 12:13 PM
**To:** Voyager Analytics Support <support@voyagerlabs.co>; Autumn Francois <autumn@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>; Yulia Shvetsova <yulias@voyagerlabs.co>; Jonathan Larkin <jonathanl@voyagerlabs.co>; Lawson Ferguson <lawson@voyagerlabs.co>; Yossi Eini <yossie@voyagerlabs.co>; Liran Ben Abu <liranb@voyagerlabs.co>
**Subject:** Re: VoyagerAnalytics Maintenance - Sunday, August 4 - 12:00AM - 12:00PM PST

All,

The maintenance window is now complete.  Thank you for your patience.  If you encounter any issues at all please reply to this email and contact me directly on my cell.

Thank you!

David Whitehead

On Sun, Aug 4, 2019 at 11:41 AM David Whitehead <davidw@voyagerlabs.co> wrote:

All,

My apologies for the delayed notice, but the maintenance window will be ongoing until 12pm today.  While the system is up and accessible, periods of limited access may be experienced.

Please 'reply all' to this email and call me directly (██████) if you require immediate access or encounter any issues.

Thank you,

David Whitehead

On Fri, Aug 2, 2019 at 2:40 PM David Whitehead <davidw@voyagerlabs.co> wrote:

All,

The VoyagerAnalytics platform will be under maintenance from midnight until 8AM Pacific Time this Sunday, August 4th.  During that time there may be short periods of inaccessibility of some features.

If you have need of the system during this period please call or email me so I can ensure you have the necessary access.

I will send an email when the maintenance is complete.

Thank you,

David Whitehead

--

David Whitehead

Director, Technical Account Management

M: 1-██████████

O: 1-212-404-2402

[davidw@voyagerlabs.co](mailto:davidw@voyagerlabs.co)

[www.voyagerlabs.co](http://www.voyagerlabs.co)

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

David Whitehead

Director, Technical Account Management

M: 1-█████████

O: 1-212-404-2402

davidw@voyagerlabs.co

www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

David Whitehead

Director, Technical Account Management

M: 1-███████████

O: 1-212-404-2402

davidw@voyagerlabs.co

www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--
David Whitehead
Director, Technical Account Management
M: 1-███████████

O: 1-212-404-2402
davidw@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** ▮▮▮▮▮▮
**Sent:** Sunday, August 4, 2019 1:56 PM
**To:** David Whitehead;Voyager Analytics Support;Autumn Francois;Scott McAndrews;Yulia Shvetsova;Jonathan Larkin;Lawson Ferguson;Yossi Eini;Liran Ben Abu
**Cc:** Arnold Suzukamo;Rebecca Nagy
**Subject:** RE: VoyagerAnalytics Maintenance - Sunday, August 4 - 12:00AM - 12:00PM PST

Hi David,

Thank you. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Hoping it's just a hiccup. These were specifically for Instagram accounts.

Thanks,

▮▮▮▮

**From:** David Whitehead <davidw@voyagerlabs.co>
**Sent:** Sunday, August 04, 2019 12:13 PM
**To:** Voyager Analytics Support <support@voyagerlabs.co>; Autumn Francois <autumn@voyagerlabs.co>; Scott McAndrews <scottm@voyagerlabs.co>; Yulia Shvetsova <yulias@voyagerlabs.co>; Jonathan Larkin <jonathanl@voyagerlabs.co>; Lawson Ferguson <lawson@voyagerlabs.co>; Yossi Eini <yossie@voyagerlabs.co>; Liran Ben Abu <liranb@voyagerlabs.co>
**Subject:** Re: VoyagerAnalytics Maintenance - Sunday, August 4 - 12:00AM - 12:00PM PST

All,

The maintenance window is now complete.  Thank you for your patience.  If you encounter any issues at all please reply to this email and contact me directly on my cell.

Thank you!
David Whitehead

On Sun, Aug 4, 2019 at 11:41 AM David Whitehead <davidw@voyagerlabs.co> wrote:

All,

My apologies for the delayed notice, but the maintenance window will be ongoing until 12pm today.  While the system is up and accessible, periods of limited access may be experienced.

Please 'reply all' to this email and call me directly (██████████) if you require immediate access or encounter any issues.

Thank you,
David Whitehead

On Fri, Aug 2, 2019 at 2:40 PM David Whitehead <davidw@voyagerlabs.co> wrote:

All,

The VoyagerAnalytics platform will be under maintenance from midnight until 8AM Pacific Time this Sunday, August 4th.  During that time there may be short periods of inaccessibility of some features.

If you have need of the system during this period please call or email me so I can ensure you have the necessary access.

I will send an email when the maintenance is complete.

Thank you,
David Whitehead


--

David Whitehead
Director, Technical Account Management
M: 1-██████████
O: 1-212-404-2402
davidw@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

David Whitehead
Director, Technical Account Management
M: 1-██████████
O: 1-212-404-2402
davidw@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

David Whitehead
Director, Technical Account Management
M: 1-██████████
O: 1-212-404-2402
davidw@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | David Whitehead <davidw@voyagerlabs.co> |
| **Sent:** | Sunday, August 4, 2019 12:13 PM |
| **To:** | Voyager Analytics Support;Autumn Francois;Scott McAndrews;Yulia Shvetsova;Jonathan Larkin;Lawson Ferguson;Yossi Eini;Liran Ben Abu |
| **Subject:** | Re: VoyagerAnalytics Maintenance - Sunday, August 4 - 12:00AM - 12:00PM PST |

All,

The maintenance window is now complete.  Thank you for your patience.  If you encounter any issues at all please reply to this email and contact me directly on my cell.

Thank you!
David Whitehead

On Sun, Aug 4, 2019 at 11:41 AM David Whitehead <davidw@voyagerlabs.co> wrote:
> All,
>
> My apologies for the delayed notice, but the maintenance window will be ongoing until 12pm today.  While the system is up and accessible, periods of limited access may be experienced.
>
> Please 'reply all' to this email and call me directly (███████████) if you require immediate access or encounter any issues.
>
> Thank you,
> David Whitehead
>
> On Fri, Aug 2, 2019 at 2:40 PM David Whitehead <davidw@voyagerlabs.co> wrote:
>> All,
>>
>> The VoyagerAnalytics platform will be under maintenance from midnight until 8AM Pacific Time this Sunday, August 4th.  During that time there may be short periods of inaccessibility of some features.
>>
>> If you have need of the system during this period please call or email me so I can ensure you have the necessary access.
>>
>> I will send an email when the maintenance is complete.
>>
>> Thank you,
>> David Whitehead

--

David Whitehead
Director, Technical Account Management
M: 1-███████████
O: 1-212-404-2402
davidw@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

David Whitehead
Director, Technical Account Management
M: 1-███████████
O: 1-212-404-2402
davidw@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

David Whitehead
Director, Technical Account Management
M: 1-██████████
O: 1-212-404-2402
davidw@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

| | |
|---|---|
| **From:** | David Whitehead <davidw@voyagerlabs.co> |
| **Sent:** | Sunday, August 4, 2019 8:41 AM |
| **To:** | Voyager Analytics Support;Autumn Francois;Scott McAndrews;Yulia Shvetsova;Jonathan Larkin;Lawson Ferguson;Yossi Eini;Liran Ben Abu |
| **Subject:** | Re: VoyagerAnalytics Maintenance - Sunday, August 4 - 12:00AM - 12:00PM PST |

All,

My apologies for the delayed notice, but the maintenance window will be ongoing until 12pm today.  While the system is up and accessible, periods of limited access may be experienced.

Please 'reply all' to this email and call me directly (████████) if you require immediate access or encounter any issues.

Thank you,
David Whitehead

On Fri, Aug 2, 2019 at 2:40 PM David Whitehead <davidw@voyagerlabs.co> wrote:
 All,

 The VoyagerAnalytics platform will be under maintenance from midnight until 8AM Pacific Time this Sunday, August 4th.  During that time there may be short periods of inaccessibility of some features.

 If you have need of the system during this period please call or email me so I can ensure you have the necessary access.

 I will send an email when the maintenance is complete.

 Thank you,
 David Whitehead


 --

 David Whitehead
 Director, Technical Account Management
 M: 1-████████████
 O: 1-212-404-2402
 davidw@voyagerlabs.co
 www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

--

David Whitehead
Director, Technical Account Management
M: 1-▇▇▇▇▇▇▇▇
O: 1-212-404-2402
davidw@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** David Whitehead <davidw@voyagerlabs.co>
**Sent:** Friday, August 2, 2019 11:41 AM
**To:** Voyager Analytics Support;Autumn Francois;Scott McAndrews;Yulia Shvetsova;Jonathan Larkin;Lawson Ferguson;Yossi Eini;Liran Ben Abu
**Subject:** VoyagerAnalytics Maintenance - Sunday, August 4 - 12:00AM - 8:00AM PST

All,

The VoyagerAnalytics platform will be under maintenance from midnight until 8AM Pacific Time this Sunday, August 4th.  During that time there may be short periods of inaccessibility of some features.

If you have need of the system during this period please call or email me so I can ensure you have the necessary access.

I will send an email when the maintenance is complete.

Thank you,
David Whitehead


--

David Whitehead
Director, Technical Account Management
M: 1-██████████
O: 1-212-404-2402
davidw@voyagerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Thursday, August 1, 2019 7:23 AM
**To:** Cedric Washington
**Subject:** Re: Voyager Training

Thank you for letting me know! Lets reschedule for Wednesday and I will confirm next week.


Best,



**Yulia Shvetsova**
**Intelligence Analyst**
**M**: 1 ████████████
yulias@voygaerlabs.co
www.voyagerlabs.co


This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.


On Wed, Jul 31, 2019 at 8:22 PM Cedric Washington <31784@lapd.online> wrote:

Good evening Yulia,


We did get very busy today and I believe we will be tomorrow as well. I hate to cancel for this week, I already started trying to learn on my own. So, If possible can we try again next week, possibly Wednesday please?


On another note, can you tell me how to upload the search warrant return data that I have for Facebook and Instagram? I could not figure that out.

Thank you and sorry for canceling at the last minute.


Cedric Washington




**From:** Yulia Shvetsova <yulias@voyagerlabs.co>
**Sent:** Wednesday, July 31, 2019 3:26 PM
**To:** Cedric Washington <31784@lapd.online>
**Subject:** Voyager Training


Hi Cedric!


We discussed doing training tomorrow for Iris and you. Scott let me know that you guys may have gotten busy yesterday and to check back with you. What do you think re:tomorrow?


We've set the day aside for you guys, so we're perfectly ok with coming by and sitting deskside or working on our own cases until you have a spare hour if that works for you. If not tomorrow, let's try to set some time aside next week because another trainer will be out here then as well to assist.


Feel free to call or text: ██████████.

Best,



**Yulia Shvetsova**
**Intelligence Analyst**
M: 1 ▇▇▇▇▇▇▇
yulias@voygaerlabs.co
www.voyagerlabs.co

This email communication, including attachments (if any), contains confidential and/or proprietary information intended only for use by the intended recipients. Any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify the sender by reply email, delete the communication and any attachments and destroy all copies.

EXHIBIT 6

SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 1400

1900 AVENUE OF THE STARS

LOS ANGELES, CALIFORNIA 90067-6029

(310) 789-3100

FAX (310) 789-3150

WWW.SUSMANGODFREY.COM

| SUITE 5100 | SUITE 3000 | 32ND FLOOR |
|---|---|---|
| 1000 LOUISIANA STREET | 401 UNION STREET | 1301 AVENUE OF THE AMERICAS |
| HOUSTON, TEXAS 77002-5096 | SEATTLE, WASHINGTON 98101-2683 | NEW YORK, NEW YORK 10019-6023 |
| (713) 651-9366 | (206) 516-3880 | (212) 336-8330 |

OLEG ELKHUNOVICH
DIRECT DIAL (310) 789-3193

E-MAIL OElkhunovich@susmangodfrey.com

February 23, 2023

Edward Tulin
Gish PLLC
41 Madison Avenue, Floor 31
New York, NY 10010
edward@gishpllc.com

**Re:   Further Cease and Desist of Access to Facebook and Instagram –
Voyager Labs, Ltd.**

Dear Mr. Tulin:

As you know, we represent Meta Platforms, Inc. ("Meta") in its suit against your client Voyager Labs, Ltd. ("Voyager") in the case captioned *Meta Platforms, Inc. v. Voyager Labs Ltd.*, No. 23-cv-00154-LB (the "Action"), pending in the United States District Court for the Northern District of California.

Meta has discovered that despite filing this Action, prior legal correspondence, disabling Voyager's Instagram and Facebook accounts, and revoking Voyager's limited license to use and access Facebook and Instagram, Voyager has continued to access and scrape data from Meta computers as described in the Action. Voyager has persisted in these unauthorized access and data collection activities despite Meta's previous notices to Voyager—including a cease-and-desist notice in 2017, pre-action correspondence in 2022, and the filing of the Action—that Voyager's conduct was unauthorized and a violation of Facebook's and Instagram's terms.

I write to reiterate that **Meta revoked Voyager's limited license to access and use Facebook and Instagram. Accordingly, Voyager must stop accessing and using Facebook and Instagram, and cease its unauthorized data collection practices immediately. This includes Voyager's activities supporting and facilitating the unauthorized collection of data from Facebook and Instagram by Voyager's customers.**

Exhibit 6, Page 1

Edward Tulin
Gish PLLC
February 23, 2023
Page 2


This letter is not intended by us, and should not be construed by Voyager, as a waiver or relinquishment of any of Meta's rights or remedies in this matter, including those claimed in the Action. Meta specifically reserves all such rights and remedies whether at law or in equity, under applicable domestic and foreign laws.

Sincerely,

Oleg Elkhunovich


cc:     Abraham Tabaie
        Skadden, Arps, Slate, Meagher & Flom LLP
        525 University Avenue
        Palo Alto, CA 94301
        abraham.tabaie@skadden.com

Exhibit 6, Page 2