ABRAHAM A. TABAIE (SBN 260727)
abraham.tabaie@skadden.com
EMILY REITMEIER (SBN 305512)
emily.reitmeier@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER &
 FLOM LLP
525 University Avenue
Palo Alto, California 94301-1908
Telephone:  (650) 470-4500
Facsimile:  (650) 470-4570

EDWARD L. TULIN (*pro hac vice*)
edward@gishpllc.com
ANDREW D. GISH (*pro hac vice*)
andrew@gishpllc.com
RAYMOND J. BILDERBECK (*pro hac vice*)
ray@gishpllc.com
GISH PLLC
41 Madison Avenue, Floor 31
New York, NY 10010
Telephone:  (212) 518-2000

Attorneys for Defendant Voyager Labs, Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation;<br><br>    Plaintiff,<br>  v.<br><br>VOYAGER LABS LTD., a United Kingdom corporation,<br><br>    Defendant. | Case No. 3:23-cv-00154-AMO<br><br>**DECLARATION OF COURTNEY BROMLEY IN SUPPORT OF DEFENDANT VOYAGER LABS LTD.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION** |

I, Courtney Bromley, hereby declare and state as follows:

1. I am the Chief Executive Officer of Voyager Labs Ltd. ("Voyager UK"). I have knowledge of the matters set forth in this declaration, either through direct, firsthand knowledge, or by being informed through my discussions with those who have firsthand knowledge, and if called upon as a witness I could and would testify competently thereto.

2. I make this declaration in support of the Defendant's Motion to Dismiss the First Amended Complaint for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).

3. In preparing this declaration, I have reviewed the Complaint filed in this action on January 12, 2023, the First Amended Complaint filed in this action on May 5, 2023, the exhibits attached to those two complaints, and the sets of Initial Disclosures exchanged between the parties on May 5, 2023.

4. Voyager UK is incorporated in the United Kingdom with the registration number 07154170, and has a registered address at 22 Manchester Square, London, England, W1U 3PT.[1] At no point has Voyager UK had a registered address outside the United Kingdom.

5. Voyager Analytics, Inc. is a wholly owned subsidiary of Voyager UK, and was incorporated under the laws of the State of Delaware on or around February 2, 2015, with registration number 5684998.

6. Bionic 8 Analytics Ltd. is a wholly owned subsidiary of Voyager UK, and was incorporated under the laws of Israel on or around July 17, 2012.

7. Novarize Inc. is an indirect subsidiary of Voyager UK, and was incorporated under the laws of the State of Delaware on or around May 1, 2018, with registration number 6867249.

8. Voyager Analytics, Inc., Bionic 8 Analytics Ltd., and Novarize Inc. are collectively referred to in this declaration as "the Non-Party Entities."

9. Voyager UK does not exercise "complete control over its subsidiaries" as stated in paragraph 7 of the First Amended Complaint. At all times, Voyager UK has been a legally and

---

[1] Prior to July 25, 2016, Voyager UK was called Voyager Analytics Ltd.

factually separate corporate entity from the Non-Party Entities. Each of the Non-Party Entities maintains its own independent corporate status, identity, and structure.

10. In my position as Voyager UK's CEO, I have participated in the oversight and management of Voyager UK's activities since October 2022, and in the course of my work, I have learned about Voyager UK's activities that occurred prior to October 2022.

11. Voyager UK does not lease or own an office or otherwise have any presence in California. Voyager UK is also not registered with the Secretary of State of California to do business in California, and does not have a registered agent for service of process in California.

12. I am currently the only officer of Voyager UK. I do not reside in California, and to the best of my knowledge, none of the individuals who previously served as officers of Voyager UK were based in California.

13. None of the members of Voyager UK's Board of Directors is based, or has ever been based, in California.

14. I understand that Plaintiff has identified certain individuals in its Initial Disclosures, including:

- Ronen Golan
- David Whitehead
- Jay Klein
- Erez Hershkovitz
- Nir Tenzer
- Scott McAndrews
- Autumn Francois
- Jonathan Larkin
- Lawson Ferguson
- Yulia Shvetsova
- Amitt Gavish
- Arthur Vaizman

- Eden Stone

To the best of my knowledge, none of the foregoing individuals is employed by Voyager UK.

15. I understand that in its Initial Disclosures, Plaintiff identified Avi Korenblum as Voyager UK's CEO. Mr. Korenblum is not Voyager UK's CEO. Mr. Korenblum is a member of Voyager UK's Board of Directors and is not based in California.

16. I have reviewed the documents included in Exhibit 3 and Exhibit 5 to both the Complaint and the First Amended Complaint, in which the following individuals appear:

- Liran Ben Abu
- Yossi Eini
- Lawson Ferguson
- Autumn Francois
- Amit Gavish
- Aviv Koren
- Jonathan Larkin
- Scott McAndrews
- Yulia Shvetsova
- David Whitehead

To the best of my knowledge, none of the foregoing individuals (i) is currently employed by Voyager UK; or (ii) were employed by Voyager UK at the time of the communications contained in Exhibits 3 and 5.

17. To the best of my knowledge, the individuals referred to as "Voyager Employee 1," "Voyager Employee 2," and "Voyager Employee 3" in the First Amended Complaint (i) are not currently employed by Voyager UK; and (ii) were not employed by Voyager UK at the time of the actions alleged in the First Amended Complaint.

18. Plaintiff incorrectly states that "in 2019, Voyager UK's research and development group had 77 employees on a monthly average"; the individuals in that "research and development group" were not employed by Voyager UK.

19. To the best of my knowledge, the email address support@voyagerlabs.com is not maintained or managed by Voyager UK, and Voyager UK has not and does not use that email address to communicate with anyone in California.

20. Contrary to the allegations in paragraph 13 of the First Amended Complaint, Voyager UK does not have, and has never had, multiple Facebook and Instagram accounts, and never agreed to any terms of service or use associated with Facebook or Instagram, and therefore never agreed to any forum selection clause that may appear in those terms of service or use. Voyager UK also has never entered into a signed, bilateral agreement or contract with Meta or any of its predecessors in interest. I understand that in the context of communications between counsel for Meta and counsel for Voyager UK that occurred before Meta filed its original Complaint in this action, Voyager UK agreed not to contest personal jurisdiction solely for claims brought by Meta for breach of contract in California (but did not make such an agreement for any other claims).

21. Contrary to the allegations in paragraph 14 of the First Amended Complaint, Voyager UK has not marketed, offered, or distributed VoyagerInsights, VoyagerAnalytics, VoyagerVisions, or VoyagerCheck to the City of Los Angeles Police Department. And while Voyager UK entered into a single contract with a California-based customer in 2014, Voyager UK ultimately did not provide any services to that customer in California or receive any revenue from California (or otherwise) in connection with that agreement. Voyager UK provides no services for any California-based customers; has no contracts that were made in California; has no contracts that are governed by California law; and does not market, sell, or offer for sale any products in California.

22. To the best of my knowledge, no director, officer, employee, agent, or representative of Voyager UK (i) has entered into any agreement with Meta or any of Meta's predecessors-in-interest for purposes of conducting business on Voyager UK's behalf or on behalf of any of the Non-Party Entities, (ii) has created any account on Facebook or Instagram for purposes of conducting business on Voyager UK's behalf or on behalf of any of the Non-Party Entities, or (iii)

has used any account on Facebook or Instagram for purposes of conducting business on Voyager UK's behalf or on behalf of any of the Non-Party Entities.

23. Specifically, to the best of my knowledge, no director, officer, employee, agent, or representative of Voyager UK:

- Created a Facebook account with the name "Voyager Analytics" on February 1, 2016;
- Created an Instagram account with the name "voyageranalytics" on February 24, 2016;
- Created an Instagram account with the name "voyageranalytics8166" on February 16, 2016;
- Created or administered at least one Facebook Page with the name "Voyager Labs" between February 16, 2016, and January 12, 2023;
- Created or controlled at least one Facebook Business Manager account with the name "Voyager Labs" between October 9, 2017, and January 12, 2023;
- Created or controlled at least two applications on the Meta Developer Platform between July 31, 2016, and January 12, 2023; or
- Created, controlled, or used over 38,000 Facebook accounts to scrape data from any Facebook users in California (or elsewhere) between June 2020 and at least September 2022.

24. Voyager UK does not own, manage, or host internet domains or subdomains located at voyagerlabs.co, voyager-labs.com, voyager-analytics.com, vawaltsso.voyager-analytics.com, va-dany.voyager-analytics.com, or va-cheetah-new.voyageranalytics.com, and does not execute any requests relating to those domains/subdomains.

25. Contrary to the allegations in paragraphs 55 and 56 of the First Amended Complaint, between July 2022 and at least September 2022, Voyager UK did not use or cause to be used any fake Facebook user accounts to scrape information from any Facebook users in California (or Facebook users that are based anywhere else).

I declare under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct.

Executed this 1st day of June 2023, at Potomac, Maryland.

_____
Courtney Bromley