UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>VOYAGER LABS LTD., a United Kingdom corporation,<br><br>Defendant. | Case No. 3:23-cv-00154-AMO<br><br>[PROPOSED] ORDER FOR EXTENSION OF CASE DEADLINES |

Having reviewed the parties' joint stipulation, ECF 92, the Court hereby **SETS** the following deadlines:

| Event | Current Deadline | [Proposed] New Deadline |
|---|---|---|
| **Substantial completion of document production** | June 28, 2024 | October 1, 2024 |
| **Close of fact discovery** | August 23, 2024 | November 25, 2024 |
| **Parties to provide initial expert disclosure(s) and report(s)** | September 24, 2024 | December 20, 2024 |
| **Parties to identify rebuttal expert(s) and provide rebuttal expert report(s)** | October 23, 2024 | January 23, 2025 |
| **Close of expert discovery** | November 14, 2024 | February 13, 2025 |
| **Deadline to file summary judgment motion** | January 13, 2025 | April 14, 2025 |
| **Deadline to file opposition to summary judgment motion** | January 27, 2025 | April 28, 2025 |

| Deadline to file reply in support of summary judgment motion | February 13, 2025 | May 15, 2025 |
|---|---|---|
| Hearing on summary judgment and *Daubert* motion ** | March 27, 2025 at 2:00 p.m. | June 26, 2025 at 2:00 p.m. |
| Joint pretrial conference statement | September 19, 2025 | December 19, 2025 |
| Pretrial conference | October 2, 2025 at 11:00 a.m. | January 8, 2026 at 11:00 a.m. |
| Jury Trial (5 days) | October 27, 2025 at 8:30 a.m. | January 20, 2026 at 8:30 a.m. |

**Parties shall refer to the Court's Standing Order for Civil Cases for limits on and sequencing of Daubert motions. A request to extend any of the above deadlines must be submitted at least seven days before the deadline expires.

**IT IS SO ORDERED.**

Dated: June 3, 2024

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge